UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1793
(7:22-cv-03738-TMC)

_____

KELLY DAWSEY

       Plaintiff - Appellee

v.

BMW MANUFACTURING CO., LLC, d/b/a BMW Group

       Defendant - Appellant

 and

BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, d/b/a BMW Group

       Defendant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of South Carolina at Spartanburg |
|---|---|
| Originating Case Number | 7:22-cv-03738-TMC |
| Date notice of appeal filed in originating court: | 06/11/2026 |
| Appellant | BMW Manufacturing Co., LLC |
| Appellate Case Number | 26-1793 |

| Case Manager | J. Neal<br>804-916-2702 |
| --- | --- |