# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-1793, Dawsey v. BMW Manufacturing Co., LLC |
| **Originating No. & Caption** | 7:22-cv-03738-TMC, Dawsey v. BMW Manufacturing Co., LLC |
| **Originating Court/Agency** | U.S. District Court for the District of South Carolina |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | | |
| Time allowed for filing in Court of Appeals | June 13, 2026; Rule 4(a)(4)(A)(iv) | | |
| Date of entry of order or judgment appealed | April 6, 2026; May 14, 2026 | | |
| Date notice of appeal or petition for review filed | June 11, 2026 | | |
| If cross appeal, date first appeal filed | N/A | | |
| Date of filing any post-judgment motion | March 25, 2026 | | |
| Date order entered disposing of any post-judgment motion | May 14, 2026 | | |
| Date of filing any motion to extend appeal period | N/A | | |
| Time for filing appeal extended to | N/A | | |
| Is appeal from final judgment or order? | ◉ Yes | | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | N/A | |
| Case number of any pending appeal in same case | N/A | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | N/A | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| Plaintiff Kelly Dawsey, a former employee of Defendant BMW Manufacturing Co., LLC ("BMW MC"), filed this action in 2022 claiming that BMW MC had discriminated against her based on her national origin, race, and sex in violation of Title VII and 42 U.S.C. § 1981 when BMW MC decided to transfer Dawsey to a new job.<br><br>Dawsey's claims were tried before a jury in February 2026. The jury upheld Dawsey's claim of national origin discrimination but rejected her claims for race and sex discrimination. The jury awarded Dawsey $100,000 in compensatory damages and $5 million in punitive damages. Following the jury's verdict, BMW MC moved with Dawsey's consent to amend the judgment to reduce the damages award to the $300,000 cap for compensatory and punitive damages under Title VII.<br><br>By a second amended judgment entered on April 6, 2026, the trial court awarded Dawsey back pay in the amount of $389,907, bringing the total judgment to $689,907. After BMW MC's post-trial motion was denied by the trial court, BMW MC timely appealed the second amended judgment and the court's order denying the post-trial motion. |

| **Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary) |
|---|
| 1. Did the trial court err by upholding the jury's verdict of national origin discrimination?<br><br>2. Did the trial court err by awarding back pay damages to Dawsey?<br><br>3. Did the trial court err by awarding punitive damages to Dawsey? |

| **Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.) ||
|---|---|
| Adverse Party: Kelly Dawsey<br><br>Attorney: Brian Patrick Murphy<br>Address:<br>    Stephenson & Murphy, LLC<br>    207 Whitsett Stret<br>    Greenville, SC 29601<br><br>E-mail: brian@stephensonmurphy.com<br><br>Phone:  864.370.9400 | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Adverse Parties (continued)** ||
| Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Adverse Party:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| **Appellant** (Attach additional page if necessary.) | |
|---|---|
| Name:  BMW Manufacturing Co., LLC | Name:  BMW Manufacturing Co., LLC |
| Attorney:  Charles E. Johnson<br>Address:<br>   Robinson, Bradshaw & Hinson, P.A.<br>   600 South Tryon Street, Suite 2300<br>   Charlotte, NC 28202<br><br>E-mail:  cejohnson@rbh.com<br><br>Phone:  704-377-8354 | Attorney:  Brendan P. Biffany<br>Address:<br>   Robinson, Bradshaw & Hinson, P.A.<br>   600 South Tryon Street, Suite 2300<br>   Charlotte, NC 28202<br><br>E-mail:  bbiffany@rbh.com<br><br>Phone: 704-377-8125 |

| **Appellant (continued)** | |
|---|---|
| Name:  BMW Manufacturing Co., LLC | Name: |
| Attorney:  Aryana Ainolhayat<br>Address:<br>   Robinson, Bradshaw & Hinson, P.A.<br>   1450 Raleigh Road, Suite 100<br>   Chapel Hill, NC 27517<br><br>E-mail:  aainolhayat@rbh.com<br><br>Phone: 919-328-8818 | Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** /s/ Charles E. Johnson          **Date:**          July 1, 2026

**Counsel for:** Appellant BMW Manufacturing Co., LLC

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:                                    Date: