IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1793

KELLY DAWSEY,

   Plaintiff-Appellee,

v.

BMW MANUFACTURING CO., LLC,

   Defendant-Appellant,

## DEFENDANT-APPELLANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND OPENING BRIEF

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Local Rules 27 and 31(c), Appellant BMW Manufacturing Co., LLC ("BMW MC") respectfully moves the Court for a 30-day extension of time to file the Joint Appendix and its Opening Brief. In support of this motion, BMW MC states:

1. This Case was docketed in this Court and the docketing notice and briefing order were issued on June 23, 2026.

2.      The current deadline for BMW MC to file the Joint Appendix and its Opening Brief is August 3, 2026, and the current deadline for Appellee Kelly Dawsey to file her Response Brief is September 1, 2026.

3.      Undersigned counsel for BMW MC was engaged after trial as appellate counsel and has been diligently working to understand the issues and prepare a Joint Appendix and Opening Brief. Because of the volume of materials and issues in the case and counsel for BMW MC's obligations in other cases, BMW MC needs additional time to prepare the Joint Appendix and Opening Brief. Thus, good cause exists for a 30-day extension of BMW MC's deadline to file the Joint Appendix and its Opening Brief.

4.      Counsel for BMW MC has consulted with Brian Murphy, counsel for Appellee, who consents to the extension sought in this motion.

WHEREFORE, BMW MC respectfully requests that the Court extend the deadlines for it to file the Joint Appendix and its Opening Brief by 30 days, up to and including September 3, 2026, and for Appellee to file her Response Brief by 30 days, up to and including October 1, 2026.

2

This 6th day of July, 2026.

Respectfully submitted,

/s/ Charles E. Johnson

Charles E. Johnson
cejohnson@rbh.com

Brendan P. Biffany
bbiffany@rbh.com

Aryana Ainolhayat
aainolhayat@rbh.com

ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: 704.377.2536

*Attorneys for Appellant BMW*
*Manufacturing Co., LLC*