FILED:  July 7, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1793
(7:22-cv-03738-TMC)

_____

KELLY DAWSEY

Plaintiff - Appellee

v.

BMW MANUFACTURING CO., LLC, d/b/a BMW Group
Defendant - Appellant

and

BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, d/b/a BMW
Group

Defendant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/03/2026

Opening brief due: 09/03/2026

Response brief due: 10/05/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk