No. 26-1793

# In the United States Court of Appeals for the Fourth Circuit

KELLY DAWSEY,

*Plaintiff-Appellee*,

v.

BMW MANUFACTURING CO., LLC,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of South Carolina

## JOINT APPENDIX
## VOLUME III OF VI

Charles E. Johnson
Brendan P. Biffany
Aryana Ainolhayat
ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.2536

*Counsel for Defendant-Appellant BMW Manufacturing Co., LLC*

Brian P. Murphy
STEPHENSON AND MURPHY, LLC
207 Whitsett Street
Greenville, South Carolina 29601
864.370.9400

*Counsel for Plaintiff-Appellee Kelly Dawsey*

# TABLE OF CONTENTS

**Page**


**Volume I**

Judgment (DE 217) .......................................................................... JA1

Amended Judgment (DE 236)......................................................... JA2

Order Awarding Backpay (DE 238) ................................................ JA3

Second Amended Judgment (DE 239) ............................................JA22

May 13, 2026 Post-Trial Motion Hearing Transcript (DE 272) ........JA23

**Volume II**

District Court Docket Sheet .........................................................JA112

Plaintiff's Amended Complaint (DE 20) ........................................JA142

BMW MC's Answer to Amended Complaint (DE 40) ......................JA158

BMW AG's Answer to Amended Complaint (DE 96)......................JA171

Report of Magistrate Judge (DE 113) ............................................JA182

Order (DE 119) ...............................................................................JA200

February 12, 2026 Strikes for Cause Transcript (DE 246) ............JA219

February 17, 2026 Trial Transcript, Volume I (DE 247) ................JA247

Opening Statement by Counsel for Plaintiff ..........................JA316

Opening Statement by Counsel for Defendant BMW MC .....JA319

Opening Statement by Counsel for Defendant BMW AG ......JA315

Kelly Dawsey, Direct Examination.......................................JA334

February 18, 2026 Trial Transcript, Volume II (DE 248) ..............JA452

Kelly Dawsey, Direct Examination (cont'd)...........................JA457

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW MC ....................................JA562

**Volume III**

February 19, 2026 Trial Transcript, Volume III (DE 249).............JA684

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW MC (cont'd) ..........................................................JA688

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW AG..................................................................JA754

Robert Englehorn, Direct Examination by Counsel for Defendant BMW MC .........................................................JA797

Robert Englehorn, Cross Examination by Counsel for Defendant BMW AG ..........................................................JA851

Robert Englehorn, Cross Examination by Counsel for Plaintiff.....................................................................JA859

Robert Englehorn, Redirect Examination by Counsel for Defendant BMW MC.........................................................JA906

Robert Englehorn, Recross Examination by Counsel for Plaintiff.....................................................................JA910

February 20, 2026 Trial Transcript, Volume IV (DE 250).............JA942

Christine Petrasch, Direct Examination by Counsel for Defendant BMW MC .........................................................JA946

Christine Petrasch, Cross Examination by Counsel for Defendant BMW AG .......................................................JA1032

Christine Petrasch, Cross Examination by Counsel for Plaintiff...................................................................JA1056

Christine Petrasch, Redirect Examination by Counsel for Defendant BMW MC.......................................................JA1133

Christine Petrasch, Recross Examination by Counsel for Defendant BMW AG .......................................................JA1138

**Volume IV**

February 23, 2026 Trial Transcript, Volume V (DE 251) .............JA1164

Corey Epps, Direct Examination by Counsel for Defendant BMW MC ........................................................................JA1169

Corey Epps, Cross Examination by Counsel for Defendant BMW AG........................................................................JA1194

Corey Epps, Cross Examination by Counsel for Plaintiff ....JA1198

Corey Epps, Redirect Examination by Counsel for Defendant BMW MC ........................................................................JA1210

Corey Epps, Recross Examination by Counsel for Defendant BMW AG ........................................................................JA1211

Sherill Miller, Direct Examination by Counsel for Defendant BMW MC ........................................................................JA1276

Sherill Miller, Cross Examination by Counsel for Plaintiff........................................................................JA1297

Sherry McCraw, Direct Examination by Counsel for Defendant BMW MC.......................................................JA1304

Sherry McCraw, Cross Examination by Counsel for Defendant BMW AG .......................................................JA1383

Sherry McCraw, Cross Examination by Counsel for Plaintiff ........................................................................JA1384

Sherry McCraw, Redirect Examination by Counsel for Defendant BMW MC .......................................................JA1419

February 24, 2026 Trial Transcript, Volume VI (DE 252)............JA1460

Clarence Edward Bailey, II, Examination by Deposition Testimony.............................................................................JA1465

Neal Gilmore, Examination by Deposition Testimony.........JA1478

Eva Burgmeier, Examination by Deposition Testimony......JA1484

Charge Conference ............................................................JA1622

**Volume V**

February 25, 2026 Trial Transcript, Volume VII (DE 253) ..........JA1666

Charge Conference (cont'd) ...............................................JA1669

Closing Argument by Counsel for Plaintiff ..........................JA1678

Closing Argument by Counsel for Defendant BMW MC......JA1723

Closing Argument by Counsel for Defendant BMW AG ......JA1766

Rebuttal Closing Argument by Counsel for Plaintiff ...........JA1788

Jury Charge..........................................................................JA1794

Verdict ..................................................................................JA1830

Jury Polled............................................................................JA1832

Verdict Form (DE 216) ...............................................................JA1862

March 13, 2026 Post-Trial Damages Hearing Transcript (DE 254).........................................................................................JA1868

Kelly Dawsey, Direct Examination ....................................JA1874

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW MC ..........................................................JA1855

Kelly Dawsey, Redirect Examination..................................JA1904

John E. Gibson, Jr., Direct Examination by Counsel for

Plaintiff....................JA1909

John E. Gibson, Jr., Cross Examination by Counsel for Defendant BMW MC....................JA1926

John E. Gibson, Jr., Redirect Examination by Counsel for Plaintiff....................JA1983

Closing Statement by Counsel for Defendant BMW MC.....JA1989

Closing Statement by Counsel for Plaintiff....................JA2003

Consent Motion to Amend/Correct Judgment (DE 231) ..............JA2031

Order Granting Consent Motion to Amend/Correct Judgment (DE 235)....................JA2034

Motion for Judgment as a Matter of Law or in the Alternative Motion for a New Trial (DE 237) ....................JA2036

Joint Proposed Jury Charges (DE 240-1) ....................JA2059

Notice of Appeal (DE 265)....................JA2062

Amended Notice of Appeal (DE 275)....................JA2064

**Vol VI**

Trial Exhibits

Plaintiff's Exhibit 1 (Plaintiff's Resume, Dec. 2021)...........JA2066

Plaintiff's Exhibit 2 (Plant Spartanburg Organization Chart) ....................JA2069

Plaintiff's Exhibit 3 (Petrasch Jan. 10, 2022 email to HR network)....................JA2070

Plaintiff's Exhibit 4 (Petrasch Dec. 3, 2021 email)..............JA2074

Plaintiff's Exhibit 5 (TX-6 Organization Structure Development Step 2 – for April 2021)....................JA2077

Plaintiff's Exhibit 6 (TX-6 and TX-60 Info-Share Documentation, Sept. 29, 2021) .......... JA2078

Plaintiff's Exhibit 7 (T-Vorhalt Request) .......... JA2080

Plaintiff's Exhibit 8 (TX-60 Job Function Data Sheet, Rev. April 1, 2019) .......... JA2081

Plaintiff's Exhibit 9 (TX-61 Job Function Data Sheet, Rev. March 1, 2020) .......... JA2085

Plaintiff's Exhibit 10 (Exempt Organizational Structure, Aug. 2021) .......... JA2088

Plaintiff's Exhibit 12 (Exempt Organizational Structure, Sept. 2021) .......... JA2100

Plaintiff's Exhibit 14 (Plaintiff's Portfolio 2020) .......... JA2112

Plaintiff's Exhibit 15 (Plaintiff's Portfolio 2019) .......... JA2117

Plaintiff's Exhibit 16 (Plaintiff's Portfolio 2018) .......... JA2122

Plaintiff's Exhibit 17 (Expat Guidelines for Plant Spartanburg, Jan. 8, 2016) .......... JA2126

Plaintiff's Exhibit 18 (TX-6 Organizational Overview) .......... JA2141

Plaintiff's Exhibit 19 (Plaintiff's Compensation Change Statement, March 20, 2021) .......... JA2142

Plaintiff's Exhibit 20 (Overview on Reference Partner input during the promotion procedure, Oct. 2010) .......... JA2143

Plaintiff's Exhibit 21 (Petrasch Text to Plaintiff, Oct. 1, 2021) .......... JA2144

Plaintiff's Exhibit 22 (International Grading FLIV Approval Committee TS Spartanburg) .......... JA2145

Plaintiff's Exhibit 24 (June 3, 2021 email from Plaintiff to Epps, Suber and Sanders attaching Project Misaligned PG Overview PowerPoint).........JA2146

Plaintiff's Exhibit 25 (Jan. 1, 2021 email from Petrasch to Plaintiff, Epps, Medley, Keith and Sinanian re: "as discussed" topics).........JA2152

Plaintiff's Exhibit 26 (March 19, 2021 email from Petrasch to Belinski attaching 2021 Review TX-60 Org).........JA2154

Plaintiff's Exhibit 27 (April 8, 2021 email from Petrasch to Plaintiff re: draft job descriptions for VP HR and Manager of Recruiting).........JA2161

Plaintiff's Exhibit 28 (Email from Petrasch to Plaintiff re: HR Compact submittals).........JA2163

Plaintiff's Exhibit 29 (TX-61 Job Function Data Sheet, rev. date Oct. 24, 2021).........JA2166

Plaintiff's Exhibit 31 (March 3, 2021 email from Petrasch to Plaintiff re: P&S TX-6).........JA2169

Plaintiff's Exhibit 37 (Sept. 23, 2021 email from Petrasch to Koepnick and Burgmeier re: PE-TAG PE-Kreis).........JA2170

Plaintiff's Exhibit 39 (Jan. 4, 2022 email from Petrasch to Hacker).........JA2173

Plaintiff's Exhibit 41 (Jan. 5, 2022 email from Petrasch to Burghardt re: Plaintiff's resignation).........JA2174

Plaintiff's Exhibit 46 (TX-60 Job Function Data Sheet, Feb. 1, 2022).........JA2175

Plaintiff's Exhibit 47 (HRIS Screenshots re Epps Employment).........JA2179

Plaintiff's Exhibit 48 (Personnel Development Succession Planning, June 19, 2020).........JA2183

Plaintiff's Exhibit 49 (BMW Group Plant Spartanburg, Memo to Eddie Bailey re: Compensation Statement, April 19, 2023) ....................JA2185

Plaintiff's Exhibit 50 (BMW Group Plant Spartanburg, Memo to Neal Gilmore Compensation Statement, April 19, 2023) ....................JA2186

Plaintiff's Exhibit 52 (Portfolio 2022 – Eddie Bailey, March 2023)....................JA2187

Plaintiff's Exhibit 63 (April 21, 2021 Burgmeier email re: P-Circle) ....................JA2191

Defendant's Exhibit 1 (BMW MC Job Offer Letter, April 25, 1995) ....................JA2192

Defendant's Exhibit 2 (Morse & Savage copy of Plaintiff's Resume) ....................JA2194

Defendant's Exhibit 3 (BMW MC Implementation of Exempt Grading, Salary, Bonus and Benefits Structure Effective Aug. 2001)....................JA2197

Defendant's Exhibit 4 (Personnel Development/Succession Planning PowerPoint, June 2021) ....................JA2209

Defendant's Exhibit 5 (TX-6 Organizational Overview PowerPoint, Jan. 2022) ....................JA2221

Defendant's Exhibit 6 (Documents related to promotions, salary increases, and bonuses (2014-2021)) ....................JA2226

Defendant's Exhibit 7 (HR Records re: Plaintiff's Position/Pay History) ....................JA2236

Defendant's Exhibit 9 (HR Records on Scott Medley Position/Pay History, 2007 – 2025)....................JA2240

Defendant's Exhibit 10 (July 19, 2021 Email from Petrasch to Koepnick re: Succession)....................JA2242

Defendant's Exhibit 11 (TX-60 Job Function Data Sheet, Feb. 1, 2022) ....................JA2244

Defendant's Exhibit 12 (TX-61 Job Function Data Sheet, Oct. 24, 2021 ....................JA2252

Defendant's Exhibit 13 (TX-64 Job Function Data Sheet, May 1, 2019) ....................JA2261

Defendant's Exhibit 14 (June 3, 2021 Email from Plaintiff to Epps re: "Project Misaligned" PowerPoint) ....................JA2265

Defendant's Exhibit 15 (Jan. 21, 2021 Email from Petrasch to Plaintiff, Epps, Medley, Keith and Sinanian with Topics for Network to HR Team) ....................JA2271

Defendant's Exhibit 16 (Substructure HR Plant Spartanburg, TX-6, Nov. 2019) ....................JA2273

Defendant's Exhibit 17 (Sherry McCraw BMW MC Position History) ....................JA2277

Defendant's Exhibit 18 (Sept 23, 2021 Email from Petrasch to Englehorn attaching PowerPoint for PE Tax TX-6 Presentation) ....................JA2278

Defendant's Exhibit 19 (TX-6 and TX-60 Info-Share Documents for Plaintiff and Petrasch with Handwritten Notes, Sept. 29, 2021) ....................JA2280

Defendant's Exhibit 20 (Oct. 1, 2021 Email from Petrasch to Koepnick with Org. Chart) ....................JA2284

Defendant's Exhibit 21 (Sept. 23, 2021 Email from Petrasch to Sanders re: Epps' Promotion) ....................JA2288

Defendant's Exhibit 22 (Oct. 1, 2021 Email from Petrasch to McCraw re: Upgrading Epps to G11) ....................JA2290

Defendant's Exhibit 23 (TX-6 - HR Workshop VI / Management Workshop Agenda, Nov. 11, 2021) ....................JA2291

Defendant's Exhibit 24 (TX-6 Reorganization PowerPoint, Aug. 2019)....JA2293

Defendant's Exhibit 25 (Dec. 10, 2021 Email from Petrasch to HR Team re: Meeting on TX-6 Organization)....JA2308

Defendant's Exhibit 26 (Dec. 13, 2021 Email from Petrasch to Plaintiff and Medley attaching TX-6 PowerPoint)....JA2309

Defendant's Exhibit 27 (Documents Produced by Miller in response to Subpoena issued to Morse & Savage)....JA2323

Defendant's Exhibit 28 (Morse & Savage Consultant Agreement signed by Plaintiff, Sept. 2021)....JA2354

Defendant's Exhibit 29 (Plaintiff's Check to Morse & Savage, Sept. 16, 2021)....JA2355

Defendant's Exhibit 30 (Madewell Concrete Offer Letter to Plaintiff, Dec. 10, 2021)....JA2356

Defendant's Exhibit 31 (Dec. 9, 2021 Email from Petrasch to all HR Team re: TX-6 Circle)....JA2370

Defendant's Exhibit 32 (Plaintiff's Notes, Sept. 27, 2021)....JA2371

Defendant's Exhibit 33 (Jan. 3, 2022 Email from Petrasch to McCraw attaching Plaintiff's Resignation Notice)....JA2372

Defendant's Exhibit 34 (Plaintiff's Resignation letter, Jan. 3, 2022)....JA2374

Defendant's Exhibit 36 (GSP International Airport Offer of Employment, July 1, 2022)....JA2375

Economic Damages Hearing Exhibits

Plaintiff's Exhibit 53 (BMW Salary History)....JA2377

Plaintiff's Exhibit 54 (BMW RSA Statement)....JA2379

Plaintiff's Exhibit 55 (Summary Page Regarding Retirement Contributions....................JA2380

Plaintiff's Exhibit 56 (Madewell 2022 W-2)....................JA2381

Plaintiff's Exhibit 57 (GSP Annual Compensation Statements) ....................JA2382

Plaintiff's Exhibit 58 (2022 GSP W-2) ....................JA2390

Plaintiff's Exhibit 59 (2023 GSP W-2) ....................JA2391

Plaintiff's Exhibit 60 (2024 GSP W-2) ....................JA2392

Plaintiff's Exhibit 61 (2025 GSP W-2) ....................JA2393

Plaintiff's Exhibit 62 (Dec. 22, 2025 Expert Report of John E. Gibson)....................JA2398

Defendant's Exhibit 38 (Jan. 18, 2023 Expert Report of John E. Gibson) ....................JA2413

Defendant's Exhibit 39 (Oct. 31, 2025 Expert Report of John E. Gibson) ....................JA2427

Defendant's Exhibit 40 (Dec. 1, 2025 Expert Report of John E. Gibson) ....................JA2441

Defendant's Exhibit 41 (Dec. 22, 2025 Expert Report of John E. Gibson) ....................JA2456

Defendant's Exhibit 42 (Nov. 20, 2025 Expert Rebuttal Report of Nicholas R. Harris)....................JA2471

Defendant's Exhibit 55 (Plaintiff BMW MC Earning Statement 2019-2022) ....................JA2501

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| KELLY DAWSEY, | ) | CA. NO. 7:22-CV-3738 |
| | ) | GREENVILLE, SC |
| PLAINTIFF, | ) | FEBRUARY 19, 2026 |
| VERSUS | ) | |
| BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, COLLECTIVELY D/B/A BMW GROUP DOING BUSINESS AS BMW GROUP, | ) | |
| BMW MANUFACTURING CO LLC, COLLECTIVELY D/B/A BMW GROUP DOING BUSINESS AS BMW GROUP | ) | |
| DEFENDANTS. | ) | |

BEFORE THE HONORABLE TIMOTHY M. CAIN
UNITED STATES CHIEF DISTRICT COURT JUDGE
JURY TRIAL
VOLUME III

APPEARANCES:

FOR THE PLAINTIFF: BRIAN P. MURPHY, ESQ.
STEPHENSON AND MURPHY
207 WHITSETT STREET
GREENVILLE, SC 29601

FOR THE DEFENDANT:
BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT: KURT ROZELSKY, ESQ.
SPENCER FANE LLP
P O BOX 294
GREENVILLE, SC 29602

APPEARANCES CONTINUED

BMW MANUFACTURING CO LLC: DONALD RANDLE MOODY, II, ESQ.
ELLISON MCCOY, ESQ.
JACKSON LEWIS
15 SOUTH MAIN STREET
SUITE 700
GREENVILLE, SC 29601

COURT REPORTER: DEBRA R. BULL, RPR, CRR
UNITED STATES COURT REPORTER
315 SOUTH MCDUFFIE STREET
ANDERSON, SC 29624

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** *** ***

INDEX

KELLY DAWSEY
Cross exam continued by Mr. Moody 5
Cross exam by Mr. Rozelsky 71
ROBERT ENGLEHORN
Direct exam by Mr. Moody 114
Cross exam by Mr. Rozelsky 168
Cross exam by Mr. Murphy 176
Redirect exam by Mr. Moody 223
Recross exam by Mr. Murphy 227

EXHIBITS

PLAINTIFF

49 Bailey compensation statement 5/6/2022 188
50 Gilmore compensation statement 4/19/2022 191

DEFENSE

14 Email from Kelly Dawsey to Corey Epps et al W/project misaligned PowerPoint dated 6/3/2021 57
18 Email from Petrasch to Englehorn with PowerPoint For PE Tag TX 6 presentation dated 9/23/2021 142
20 Email from Christine Petrasch to Claudia Koepnick with org chart dated 10/1/2021
23 TX 6 management workshop agenda dated 11/11/2021 62
24 TX 6 reorganization PowerPoint 64

INDEX CONTINUED

DEFENSE EXHIBITS

25 Email from Petrasch to HR team re meeting on TX 6 organization dated 12/10/2021 66

26 Email from Petrasch to Dawsey with TX 6 Reorganization PowerPoint dated 12/13/2021 67

27 Documents produced by Miller in response to Subpoena issued to Morse and Savage 11

28 Morse and Savage consultant agreement with Kelly Dawsey 21

29 Copy of check to Morse and Savage from Kelly Dawsey 22

30 Offer letter to Dawsey by Madewell Concrete And emails dated 12/10/2021 23

31 Email from Petrasch to all HR team following Up on TX 6 circle dated 12/9/2021 30

32 Kelly Dawsey handwritten notes dated 9/27/2021 35

36 Offer letter from GSP Airport dated 7/1/2022 34

(Whereupon, the hearing commenced at 9:15 a.m.)

(Whereupon, the following was heard outside the presence of the trial jury.)

THE COURT: Please be seated. Good morning. Is the defense ready?

MR. MOODY: Yes, Your Honor.

THE COURT: Plaintiff ready?

MR. MURPHY: Yes, Your Honor.

THE COURT: All right. Ms. Dawsey, do you understand you are still under oath?

THE WITNESS: Yes, sir.

THE COURT: All right. Let's bring in the jury, please.

(Whereupon, the following was heard in the presence of the trial jury.)

THE COURT: Good morning, members of the jury. I hope you had a good evening and welcome back. At this point, the Defendant, BMW MC, will resume cross-examination of Ms. Dawsey.

MR. MOODY: Thank you, Judge Cain.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, as we concluded yesterday afternoon, I think you corrected me on a statement and you basically -- regarding why you didn't tell anybody at

BMW that you had a job as of December 10th, and I think you corrected me by saying you didn't think it was any of their business; is that correct?
A. Correct.
Q. Now, yesterday, right before that, I think I asked you about a comment when you were present for a comment when the new President and CEO mentioned a boat; do you remember that?
A. I do.
Q. Do you know why Dr. Englehorn may have referenced a boat by chance?
A. I don't.
Q. Are you aware that he was a world-class rowing competitor?
A. I was not.
Q. But he did in that comment say, we are all in the same boat, if you have a problem, raise your hand, and we will go the extra mile or something to that effect, correct?
A. Correct.
Q. Now, previous to that comment that you wrote down about Dr. Englehorn in September, you all signed an entry on September 11th, I think that was a Sunday, you told me in prior testimony that you would go into the weekends if you had overflow notes, right?

A. From the week, correct.
Q. Yes, ma'am. Do you recall me asking you about some comments you wrote down like, "be more BMW"?
A. I do.
Q. "Have a fighting spirit"?
A. I do.
Q. And you told me that those were kind of mottos to be more self-reflective about your leadership, right?
A. No, sir. Those were comments presented to us, the leaders, from Christina, in our staff meeting.
Q. And did you follow that up by telling me that you viewed those as comments as leaders you needed to be more self-reflective?
A. Correct.
Q. Okay. Thank you for that.
And this was before you knew who TX-6 would be, right?
A. Correct.
Q. Because we know that you found out TX-6 would be Sherry McCraw on September 16th, correct?
A. I think I knew earlier than September.
Q. All right. Well --
A. September 15th, correct, it was a phone call from Christina, she was travelling.
Q. And it was the evening of September 15th as I

recollect you telling me?
A. It was late in the afternoon, yes.
Q. Because you had other tasks to complete that day and you called your boss after those tasks were done?
A. Yes. I had an audit I had to participate in that day.
Q. So, you have Christina and you have Dr. Englehorn that are making positive messages to their teams, would you agree with me about that?
A. I would.
Q. Thank you. And you were dissatisfied at BMW and considering unemployment in the summer of '21, weren't you?
A. No, sir.
Q. Okay. Now, you testified that your husband was working on a job and met Sherrill Miller. Who eventually becomes your recruiter and that happened in the summer of '21, didn't it?
A. Not that I recall.
Q. Okay. That's fine.
A. It was September.
Q. Well, September is when you reached out to Ms. Miller, though, right?
A. Yes, I reached out to her when I first learned of her from my husband.

Q. Thank you. And we know that the initial email, so to speak, came from your husband to Ms. Miller, right?
A. Correct.
Q. Yes, ma'am. Now, when this is all happening in early September, you knew then that Christina Petrasch had already considered an outside candidate to come into the HR department to be a manager to elevate up to VP of HR, right?
A. Could you ask the question again.
Q. I will do my best. You knew that Christina Petrasch was considering Garth Warner at Hubbell to come into TX-64, right?
A. Correct.
Q. And you knew, according to your testimony yesterday, that Garth Warner was considered to be an outside candidate who could elevate up to VP of HR, right?
A. I understood that Johannes wanted another candidate to look at.
Q. Well, that is not what you testified to yesterday, you said Christina Petrasch was considering a local candidate, right?
A. Correct.
Q. Thank you, ma'am.

And you have testified in your deposition and in this trial that there were continued chaotic communications and '21 was a tough year, right?

A. Yes, it was.

Q. Thank you.

And you have testified here and in your deposition that, quote, the communications were chaotic, it was this, it was that, end quote, do you remember telling me that, ma'am?

A. I do.

Q. And you viewed your husband meeting Sherrill Miller to be a positive issue, right?

A. I viewed it as divine intervention, yes.

Q. All right. And you didn't know the name of the international that may be inbound to the TX-6 Department until September 30th, right?

A. Correct.

Q. That is where you have the Eva Burgmeier in the margin of your notes?

A. Yes.

Q. Thank you, ma'am.

Now, Ms. Fowler let's do Defendant's exhibit 27, please, bates numbers 5 through 9.

Overnight I tried to speed some things through, if I go too fast, tell me to slow me down. And I know

you have been on the stand awhile, I want to get you down soon.

Your Honor, we would move for the admission of 27 redacted as it is without objection now.

THE COURT: Admitted without objection.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, I don't know that any exhibits have been shown yet that have black on it, but under the Rules of Evidence, there are some things we are not allowed to show so that has been removed, okay?

A. Okay.

THE COURT: Let me say this to the jury, you may see some exhibits that have these redactions or parts that have been marked out, don't worry about that. Don't even think about the fact that it has been marked out. You just focus on what is there for you to consider. Thank you.

MR. MOODY: Thank you, Judge Cain.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. All right. Ms. Dawsey, you told Ms. Miller you didn't want to work as much, didn't you?

A. I told her I needed to get a better work-life balance.

Q. And that means you don't want to work as much, right?
A. I don't want to work 12- to 15-hour days every day.
Q. And would that be not working as much?
A. As 12- to 15-hours a day, yes.
Q. Thank you.
Ma'am, that first page, that would be your husband's email to Ms. Miller that we just talked about, right?
A. Yes.
Q. Ms. Fowler, if you will go to five. Let me see if I can get this right, I apologize. Yeah. All right.
So, we know your husband reached out to Ms. Miller on Wednesday, September 8th. And then we have an email from you on Monday, September 13th, in the evening, and I am not going to read all of it, I am just going to read some segments, okay. But we see that you start here saying:
"It was a pleasure to meet you on Friday. Although our meeting was virtual, I felt like I had known you for a very long time."
Correct?

A. Right.
Q. Would it be correct that Friday would be September 10th you had your initial meeting with the recruiter?
A. Correct.
Q. And then you spent the weekend putting together what you were looking for, would you agree with me?
A. I did.
Q.

"So the list of companies that I am interested in pursuing," under that heading, you say that: "Culture and fit was something important to you."

Right?
A. Correct.
Q. And then you say:

"I would be looking for culture, fast paced, change orientation and leadership that is focused on collaborative business results versus personal agendas."

Right?
A. Correct.
Q. And I asked you before, did people at BMW have some personal agendas, in your opinion, and you said yes, right?

A. Correct.
Q. And you were looking to get away from personal agendas?
A. I was looking for a collaborative business, yes.
Q. And then the next heading you say:
"List of companies that I am not interested in pursuing."
Ms. Fowler, if we can go to the next page. And then you have headings of:
"Recruiting companies to avoid or consulting companies to avoid and positions interested in pursuing."
Right?
A. Correct.
Q. And you say, "look forward to working with you in that September 13th. Ms. Fowler, if we can go two pages, please. If I am going too fast. Just tell me to slow down.
Ms. Dawsey, is this a page that you sent to Ms. Miller that kind of coordinated with your email?
A. It is.
Q. All right. And the companies interested in pursuing I notice "Clemson University" is the first one there, you are a Clemson grad?
A. Correct.

Q. Even though they are not a company, they rose to the top for you?
A. I searched for vacancies and they had vacancies.
Q. And on here we also see "Robert Bosch" is one, as well as some other well-known companies that primarily are in South Carolina and the Upstate?
A. Correct.
Q. And then companies not interested in pursuing, you have a list of -- why were you not interested in pursuing these companies, including Hubbell Lighting?
A. Well, Hubbell Lighting, for the obvious reason, that there was already discussions there with the Director of HR -- I think his title was Director of HR. Other companies I had just had interactions with them over my career and weren't interested in pursuing them.
Q. All right. Thank you for that.
At the bottom these are recruiting companies to avoid and you previously told me that Christina Stroud is someone who worked at BMW with you, right?
A. Correct.
Q. And then -- I don't know how to say his last name.
A. Hammes.
Q. You are somehow related to him; is that correct?
A. No. He was an acquaintance of my brother.
Q. Oh, I misunderstood. Thank you. That was

someone you didn't want to pursue.

Next page, Ms. Fowler. And, Ms. Bull, for the record, in this exhibit, this would be paginated bates number 9, when I say next page, and I apologize for not tracking in the exhibit. There it is.

All right. Ms. Dawsey, do you remember this document that you put together for Ms. Miller?

A. I do.

Q. And these were job postings that you had seen and you just kind of cut and pasted into this document for Ms. Miller, right?

MR. MURPHY: Your Honor, can we approach?

THE COURT: Yes.

(Whereupon, a bench conference was held on the record in the presence of the trial jury, but outside the hearing of the trial jury.)

MR. MURPHY: Your Honor, I was stopped yesterday, and I will have to object on the grounds of relevance at this point. Mitigation is not at issue in this jury trial, so I don't know what company she is interested in or not interested in has anything to do with any of the issues before this jury.

MR. MOODY: It has everything to do with the fact that she was pursuing VP jobs outside of BMW prior to knowing who the TX-6 was officially going to be, but she

knew she was not a candidate, Judge.

MR. ROZELSKY: I join in.

MR. MURPHY: I still don't understand why it is relevant. I couldn't talk about she was looking and accepted lower paying jobs, that yesterday was objectionable. Now he is trying to show she is going for higher-paying jobs and that is somehow is relevant.

MR. MOODY: I didn't mention pay at all.

MR. MURPHY: Well, you just said, you are trying to show she is going for VP jobs only, and yesterday I got shut down and I was trying to put in evidence that she accepted a lower-paying job.

MR. MOODY: Your Honor, I have removed any salary that she is seeking and I am talking about what she is doing to get out of BMW.

THE COURT: I think the examination at this point is going towards her motivations, why did she leave? Did she leave because of the reasons that form the basis of her suit or did she leave for other reasons? And I think he is entitled to go into that, but I would not go into any financial or mitigation.

MR. MOODY: I am not asking any financial, Judge.

MR. MURPHY: Your Honor, does that open the door to me pointing out that she actually accepted a job with lower pay? He is trying to create the impression she is

limiting herself to these high-ranking jobs, but objecting when I point out that she is --

THE COURT: I think it goes to her thought process. What was her thought process about why she left BMW and I haven't heard anything about money, mitigation, duty to mitigate, or anything like that so far. Now, you know, if he gets into money, that may be something we have to address moving forward.

MR. MOODY: I will be happy to go back in and say, Ms. Dawsey, I am just asking you about time line questions related to your job search. I am limiting it to that. I am just going time line.

THE COURT: Okay.

MR. MURPHY: Thank you.

THE COURT: I guess to make it clear I am overruling the objection at this point.

MR. MURPHY: Thank you, Your Honor.

(Whereupon, the bench conference concluded and the following was heard in open court.)

THE COURT: Proceed.

MR. MOODY: Thank you, Judge Cain.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, before I ask more questions, I want to make sure we are clear, I am merely asking about your

job search time line, I am trying to get the dates together of when you were doing things; do you understand me?
A. Yes, sir.
Q. I am limiting my examination to your time line, okay?
A. Okay.
Q. I want to focus on dates and what you did, are we square?
A. Yes, sir.
Q. Thank you very much.
So, we know that your husband on September 8th sends an email to a recruiter, and on Friday, September 10th, you have a virtual meeting with her, you spend some time over the weekend trying to give your recruiter direction, and what we just looked at on September 13th is the direction you gave her, right?
A. Correct.
Q. Thank you.
And this is all before you know that Sherry McCraw is going to be the TX-6?
A. I think I knew that earlier in September, but the 15th is the phone call, so, yes. Yes.
Q. So, Christina Petrasch tells you Sherry McCraw will be TX-6 on September 15th, right?

A. Right.
Q. Had anyone in senior leadership told you Sherry McCraw would be TX-6 prior to September 15th?
A. No.
Q. And Sherry McCraw was not officially announced to the department as the TX-6 until November 11th, would that be correct?
A. Officially, correct.
Q. We will look at that workshop. Okay. So, you had inside information before the entire department knew in November; is that right?
A. Yes.
Q. When I say "entire department," let me correct that. November 11th was a Department Manager meeting with several members of senior leadership, right?
A. It was the leaders of HR, yes.
Q. And the entire department didn't know who the TX-6 and the different TX-61, 62, et cetera, who those managers would be until December 13th; is that correct?
A. Correct.
Q. So, months before everybody else knew, you knew that Sherry McCraw would be the TX-6, correct?
A. Correct.
Q. All right.
Ms. Fowler ,let's go to the next exhibit.

Your Honor, we are going to introduce Defendant's Exhibit 28. It is offered without objection.

THE COURT: Admitted without objection.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. All right. Ms. Dawsey, unfortunately this is not dated, but I think you recall our conversation about it. Ms. Miller sent you a consultant agreement on September 15th, right?

A. Correct.

Q. It just happened to be the same day you learned from Christina that Sherry McCraw would be TX-6, right?

A. Correct.

Q. We don't want to bore everybody with HR stuff and recruiting stuff, let me see if I can simplify this. In a typical situation with a recruiter, a recruiter finds a candidate and matches them with a company and the company pays the recruiter, would you agree with me about that?

A. Yes.

Q. In this situation, you negotiated with the recruiter to pay the recruiter a set amount of money and the recruiter found you companies to talk to, right?

A. Correct.

Q. Is that fair the way I described it?

A. Yes.
Q. So, in this situation, this agreement basically says that she is going to be a recruiter, kind of reverse situation, and you were going to pay her $1,500, right?
A. Correct.
MR. MOODY: Thank you, ma'am. Let's go to the next one, Ms. Fowler.
We have redacted all of your personal information, Ms. Dawsey, but Judge, this is Defendant's exhibit 29, which is admitted without objection.
THE COURT: Admitted.
CROSS EXAM CONTINUED
BY MR. MOODY:
Q. We are doing this for time line. Ma'am, is this your check to Ms. Miller for $1,500 and the date of the check is September 16th?
A. Correct.
Q. You are paying a recruiter to help you find external opportunities outside of BMW?
A. Correct.
Q. All right, ma'am. Let's see if we can scooch forward. All right, ma'am. Do you remember having an interview with Bosch?
A. I do.

Q. What month was that?
A. I think December, November or December.
Q. Was the interview with Bosch before the interview you had with Madewell?
A. I think so.
Q. And we know -- you and I know that Ms. Miller had a period where she was sick for three weeks, right?
A. Correct.
Q. So, that kind of slowed some things down, but we know you had an interview with Bosch and an interview with Madewell, correct?
A. Correct.
Q. And you were still in TX-60?
A. Correct.
Q. You were still being paid in accordance to what we talked about yesterday, right?
A. Correct.

MR. MOODY: So, let's talk about Madewell. Ms. Fowler, let's go to Defendant's exhibit 30.

Your Honor, I don't think this has been admitted, admitted without objection.

THE COURT: Defendant's 30 admitted.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. All right. Ms. Fowler, let's go to 2807. All

right. Ma'am, this is just to help refresh your recollection. In 2807, again, I am time lining here. Do you recall dealing with Sara Middleton at Madewell Concrete?
A. I do.
Q. Who is she?
A. She is a recruiter.
Q. All right. Ma'am, do you see the date of this says Tuesday, November 30th. Do you recollect this email regarding "Let's meet"?
A. I do.
Q. All right. So, we know that you had an initial contact with her in November, and it says, "Let's meet." And it looks like on that third line there, I don't know if Ms. Fowler is fast enough to highlight, "meeting on Friday at 8:30 a.m."
A. Correct.
Q. Is that correct? So that would be Friday, December 3rd, right?
A. Correct.
Q. Thank you, ma'am.
And then we know if we go to 2805, Ms. Fowler, just back a couple of pages, we see at the bottom there on Monday, December 6th, the subject is "Madewell Concrete offer." That may be a little ambiguous,

Madewell Concrete made the offer, right?
A. The offer was extended from Madewell Concrete.
Q. Thank you.
It doesn't mean a concrete offer, that is the way I was reading it wrong.
A. I see.
Q. It was coming from Madewell Concrete, you knew that it was made, that you had an offer as of Monday, December 6th, right?
A. Correct.
Q. Ms. Fowler, let's go to 2802. Down at the bottom, Ms. Fowler.
Ms. Dawsey, we see on Wednesday, December 8th, you are saying:
"Thank you, Sara. At first glance
it looks solid. I will come back
to you with any questions I may
have."
Right?
A. Correct.
Q. All right. Thank you. Let's go to, Ms. Fowler, ,if we will go to 2018, the last page -- one of the last pages in this. 2810, Dawsey 2810.
THE COURT: Are we still on that same exhibit?
MR. MOODY: Yes, Your Honor.

THE COURT: Thank you.

MR. MOODY: I apologize, it is Defendant's exhibit 30 and the page -- it is bates number says Dawsey 2810 because I keep saying next page I keep messing up, I apologize.

THE COURT: It is all right.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, do you recall writing this letter to Sara Middleton?

A. I do.

Q. Let's look at it. First paragraph:

"Please accept this written confirmation as a followup to the verbal as given on Friday, December 10, 2021, as my acceptance of the job offer from Madewell Concrete."

So, you told Madewell verbally on Friday, December 10th, you were coming, right?

A. I accepted the offer on Friday, December 10th.

Q. And you said:

"Due to the approaching holidays and year-end benefits earned, I would like to give my formal two-week notice to my current employer on

Monday, January 3, 2022, and to
start -- that is 2022 -- and to
start with Madewell Concrete on
Monday, January 31, 2022."
Right?
A. Correct.
Q. And so the next paragraph ends -- well, I will read the whole sentence in that next paragraph:
"Therefore, please record my start
date of employment with Madewell
Concrete to be Monday, January 31,
2022."
And you close the letter that last sentence saying:
"I look forward to working,
strategizing and moving the business
forward with this passionate team."
Did I read that correctly?
A. Correct.
Q. Thank you, ma'am.
Ma'am, did you ever tell Sherrill Miller that you wanted to leave BMW because you were being discriminated against?
A. I did not.
Q. Thank you.

Ms. Fowler, let's go to 2801, Your Honor, in the same exhibit, Your Honor, Defendant's 30.

All right. Ms. Dawsey, I am not going to read all of this, but it is an email Thursday, December 9th, from Sara Middleton, the day before you verbally accepted, right?

A. Correct.

Q. If you look at that -- I did something wrong Ms. Rutgers, I touched the screen, I apologize. You don't want me to doing anything. All right.

There is a dash there and it says:

"It looks like, could a start date Monday 1-31 be acceptable?"

That is your language, right?

A. Correct.

Q. And the response there, would that be Ms. Middleton's response?

A. It is.

Q. And it says:

"It is acceptable, but we would gladly have you sooner."

And there is some kind of smiley wink emoji something like that, I am not sure, right?

A. Correct.

Q. And so as of December 9th, you knew that Madewell

Concrete would gladly allow you to start sooner than January 31st, right?
A. Correct.
Q. According to this letter that you sent, you had planned your resignation and told Madewell when you would resign and when you would come to work for them, right?
A. Correct.
Q. So, early in December you knew, as we talked about yesterday, that you knew you were leaving BMW, right?
A. I knew I had accepted a job offer with Madewell Concrete.
Q. And from the acceptance of the job with Madewell Concrete on December 10th, 2021, you waited 24 days to tell BMW MC you were resigning, right?
A. I waited until January 3rd.
Q. That is 24 days.
A. I would have to count the days, but I believe you.
Q. And you worked ten business days until January 14th, right?
A. Correct.
Q. And then you took the rest of January off before going to Madewell, right?
A. Correct.

Q. And remember you said the offer from Madewell looked solid on December 8th, correct?
A. Correct.
Q. You also had a meeting with TX and TX-6 to discuss 2022 targets around that same time period, didn't you?
A. I don't recall.
Q. All right. Ms. Fowler, Defendant's exhibit 31, please.
Ma'am, I see you are a recipient of this note from Ms. Petrasch, right? In the cc you see your name?
A. I do.
Q. And the date of this is sent on December 9th, correct?
A. Correct.
Q. And she, Ms. Petrasch --
THE COURT: What exhibit is this?
MR. MOODY: Defendant's exhibit 31. It is in evidence without objection.
THE COURT: Admitted.
MR. MOODY: I profusely apologize once again.
THE COURT: It is all right. It is a lot of exhibits.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. So, Defendant's exhibit 31, it has a bates stamp

of BMW MC 517. This is an email from Christina Petrasch on December 9th to you and it looks like not only Department Managers, but people who are serving under the Department Managers; is that correct?
A. Correct.
Q. And on December 9th, she says:
"We had a TX-6 Circle target presentation and also very fruitful discussion with our TX."
That is Christina talking about a meeting with the President and CEO, Dr. Englehorn, correct?
A. Correct.
Q. And she remarks and she is basically saying:
"I know all of you spend/spent a lot of time and effort into that presentation and also during the year on steering our targets."
And you were involved in steering targets, right?
A. Correct.
Q. And she says:
"Without your passion for that topic, we would not be able to have such a great basis and foundation on similar targets, KPIs, status, and

also having very good discussions on HR development." And she says: "Let us say thank you to all of you, end quote, for that. We really appreciate your hard work."

And you were a recipient of this on December 9th, correct?

A. Correct.

Q. Thank you, ma'am.

Q. So, now -- we were just talking about December 9th. We have talked about you had meetings with your team members and it showed you at 64, I will not show that yet, we will get there, but you had an internal meeting with Christina on the 10th of December, right? A Friday? About the HR organization?

A. I don't recall that one.

Q. That is fine. Do you recall meeting with your team on Monday, December 13th, and showing the PowerPoint about the new HR organization?

A. Yes, I do.

Q. Thank you.

Ma'am, would you agree with me that you started a job search on September 10th and you resigned on January 3rd?

A. Correct.

Q. Would you agree with me that is 115 days?
A. I would have to count in the calendar, but I believe you.
Q. I used the Google machine, that is the number I got.
A. I have to be careful.
Q. Would you agree with me that 115 days is about a third of the year?
A. Yes, sir.
Q. All right. And you continued from when you resigned, BMW allowed you to work two more weeks, ten business days, right?
A. Correct.
Q. So, from the date that you officially started your job search until January 14th, the same thing I used for the 115 days tells me that is 126 days, that really is at least a third of the year, right?
A. Correct.
Q. And during the whole time you were doing your job search, BMW fully paid you?
A. Correct.
Q. And you were never demoted?
A. Correct.
Q. At present, you are the Vice President and Chief Human Resource Officer at GSP Airport?

A. Right.

MR. MOODY:Ms. Fowler, if we can put up 36, Defendant's exhibit 36, Your Honor.

THE COURT: Thirty-six (36) is admitted without objection.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. And just have a few points from this one, Ms. Dawsey. We see that you had an offer from GSP International Airport as of July 1st, 2022, correct?

A. Correct.

Q. And you testified yesterday that you were at Madewell for a relatively short period of time?

A. About six months.

Q. Thank you.

And that as of July 1st, you received a job offer and the offer for the position of Vice President Chief Human Resources Officer, right?

A. Correct.

Q. And that first paragraph concludes with the phrase, "I think that the position will provide you with an opportunity for positive career growth," right?

A. Correct.

Q. So, within months of leaving BMW, you obtained a job with the title of Vice President and Chief Human

Resources Officer at GSP Airport, right?
A. Correct.
Q. And would you agree with me that the title of Vice President is a promotion in title versus being a Department Manager at BMW?
A. Correct.
Q. All right. Ma'am, in your handwritten notes we know that you had a talk with an attorney's office on September 27, didn't you?
A. I did.
MR. MOODY: Your Honor, this is Defendant's exhibit 29 -- excuse me. I got the wrong number there. I apologize, Your Honor. I mistyped. I apologize, it is actually Defendant's exhibit 32.
THE COURT: All right. Again, it is admitted without objection.
MR. MOODY: Thank you, Judge.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. We see at the top of this document you have "Monday," it looks like an "M," would that be Monday, 9-27?
A. Correct.
Q. These are your notes from a conversation, right, ma'am?

A. Correct.
Q. And it is some background information. It looks like you wrote "employee handbook," right?
A. I did.
Q. And then does the next thing stand for performance review?
A. "Last performance review 4-4."
Q. And then the next statement is what?
A. "Had I received any disciplinary coaching, no."
Q. What it actually says coaching, no?
A. Coaching, no, uh-huh (affirmative response).
Q. And then if we go down below that on exhibit 32 in your handwriting, let me see if I can read this. "When will be told," does that stand for Wednesday?
A. It does.
Q. And so this would be in late September?
A. Correct.
Q. Okay. And then there is right below that does it say," so comma, you haven't been told"?
A. It does.
Q. To the right, does that say "cut in pay dash potentially"?
A. Correct.
Q. And then it says below that, "level job dash FL-3 to FL-4"?

A. Correct.
Q. And then below that it says "noncompete, no," right?
A. Correct.
Q. So, when you are talking about cut in pay potentially and then you put right below that level job FL-3 to FL-4, that is potential as well, right?
A. Correct.
Q. So, that is all your guessing, correct?
A. No. At this point, Christina had told me that she wanted me to go to 61 to protect function level three, that is what I knew.
Q. All right. But you wrote "potentially" down, correct?
A. I did.
Q. And you didn't say Christina told me or anything like that in this note, did you?
A. I did not.
Q. Thank you, ma'am.
Let me ask you this, when you say "potentially," what day were you going to be demoted?
A. At this point I didn't know that I was going to be demoted.
Q. And so at any point did you know you were going to be demoted?

A. When I moved to the function level four role I considered that a demotion.
Q. All right. You might have considered that a demotion, but let me ask you this, what day was that going to happen?
A. I never received an offer so I do not know.
Q. So, what month was that going to happen?
A. I don't know. I did not receive anything in writing directly to me.
Q. All right. And what year would that happen?
A. Would have been 2022.
Q. And you are positive that a demotion would happen in 2022?
A. I was told by the Vice President of Human Resources.
Q. And, again, you never received anything in writing that reflected a change for you, did you?
A. I did not.
Q. And so you did receive a job offer and that means you didn't receive a change notification either, right?
A. Correct.
Q. Thank you, ma'am.
Now, ma'am, yesterday before Mr. Murphy ended his questioning of you, you said that you were exhausted after a year of chaos and change, right?

A. Correct.
Q. You felt betrayed?
A. Correct.
Q. You felt undermined?
A. I don't remember saying undermined, but you say I said it, I felt that, yes.
Q. Okay. And that you didn't like the way the organization was going, right?
A. I don't recall saying that.
Q. Were you unhappy?
A. After I had been told I would be replaced by a German and moved to a function level four, yes, I was unhappy.
Q. All right. So, do you remember when I -- well, let me ask you this. Do you remember when we asked you whether you went to see any doctors?
A. I do.
Q. You told us none, right?
A. Correct.
Q. In fact, we asked you to give us the name, address, and telephone number of every medical doctor, psychologist, psychiatrist, psycho-analyst, social worker, therapist, minister, counselor, or other individual who has provided treatment, counseling, or services to you for whom you have consulted for any

alleged compensatory damages, and we had an underlying thing for basically what you seek in this case. And then we ask for each individual identified in response to this, please state the mental, physical, psychological, or emotional condition, injury, or illness for which you sought treatment, counseling or other services from the individual. And your answer on that was?
A. None.
Q. Thank you, ma'am.
Ms. Fowler, can you put that back up? Thirty-two, I think.
All right. Ma'am, down there in the far right this is a little chart you wrote on your sheet of Defendant's exhibit 32; do you see that, ma'am?
A. I do.
Q. And what you were doing there is you were putting American as "A"?
A. Yes.
Q. And "G" you put for German?
A. Correct.
Q. And then you up here where Annmarie Higgins you didn't put somebody's name, you put German, is that Moritz Kippenberger?
A. Correct.

Q. Did Moritz Kippenberger also serve in TX-60 under Johannes Trauth?
A. I think Moritz returned to Germany when Johannes came, but, again, I would have to look at the dates.
Q. Do you remember testifying in your deposition that you didn't even have to post for TX-60 or apply for TX-60, do you remember that, ma'am?
A. I do.
Q. You said Johannes came to you when you were in TX 62?
A. Correct.
Q. As like a Section Manager?
A. Correct.
Q. And he said I want you to be TX-60 and be my Department Manager, right?
A. Correct.
Q. You got a job without even applying for it, right?
A. I did not apply through job posting, no.
Q. So you took that position from an international who also happened to be a German?
A. Whose contract ended and they returned to Germany, yes.
Q. So, you got the position as a domestic replacing an international, right?

A. Correct.
Q. Thank you. All right. Let's talk briefly about Mr. Trauth, he was at BMW MC from -- was it '14 to '18?
A. That sounds about right.
Q. Some time in 2014, and he completed his assignment at BMW in 2018, right?
A. I will agree with you, that sounds about right.
Q. And you were hopeful to be his replacement as VP HR when he left, right?
A. I had expressed interest in moving up to Vice President of Human Resources.
Q. Certainly. Were you hopeful to replace him?
A. I wasn't hopeful at any time, I just had expressed interest and I was working hard.
Q. Okay. I will take this and mess everything up. Ma'am, I am going to ask you to look at Plaintiff's 17, so if Ms. Bull doesn't slow me down, you can slow me down, too. This is Plaintiff's exhibit 17. Ma'am, I am going to ask just some real quick questions about this first page.
You testified that senior management had adopted these. Where does it say on this document that senior management adopted these expat guidelines for Plant Spartanburg?
A. So, the first line that says:

"Outcome of TS Gesprach October 2015."
That was a senior leadership workshop where the guidelines were discussed.
Q. All right. Now, it doesn't say that. It doesn't say that is a senior management workshop where the guidelines were discussed, it says "outcome of TS Gesprach," Gesprach is conversation in German, right?
A. Correct.
Q. In October 2015. It actually says TS-6 workshop, that is a 6 Department workshop, isn't it?
A. So TS developed -- had the discussion on the guidelines and then TX-6 applied those guidelines and brought the example back of how they would be applied in a department. So, it is twofold.
Q. Yes, ma'am. But it I doesn't say that senior management has adopted these guidelines, does it?
A. It says "outcome of TS Gesprach," which is an outcome of senior leadership discussion.
Q. Gesprach means conversation, doesn't it?
A. Correct.
Q. Thank you.
Let's go to the next page. So, we know we are back in 2015, right?
A. This is 2016, January 8th.

Q. Okay. So the first page said 2015, so we are in 2016. Do you see the second area there it says:
"Requests are often made to fill open jobs with an international assignment because their competency or skill set is lacking in the local talent."
Do you see that?
A. I do.
Q. Next page. There are objectives here, right?
A. Correct.
Q. First one:
"Bring knowledge and benchmarks to Plant Spartanburg from other locations."
Right?
A. Correct.
Q. That is part of being in a production network and sharing best practices, would you agree with me?
A. I would.
Q. All right.
"Offer opportunity for development for both domestic and in-bounds."
Would you agree with me that when someone comes from another plant and brings new ideas and how they do

things, that that benefits the people at the receiving plant like Spartanburg?
A. I would.
Q. Thank you.
The third one is:
"Obtain the needed support for launches. We launch products here in Spartanburg, we are very fortunate to be able to do that."
Right?
A. Correct.
Q. And then there are other, you know, recommendations there, those are all business-oriented objectives, right?
A. Correct.
Q. Thank you. Now let's go to the first organizational chart thing, Ms. Fowler, it is two pages over.
Now, this is a "TX-6 organizational chart for workshop." So, these guidelines are only applying to TX-6, right?
A. No, sir.
Q. Well, that is what it says.
A. The guidelines you just read were guidelines for the plant.

Q. Okay.
A. This is a workshop where those guidelines were then applied in TS-6 to show how the guidelines should apply in each functional area.
Q. All right, ma'am. Let's go to the next page, Ms. Fowler.
Isn't it true that you were doing these guidelines with Mr. Trauth to be able to help you become the next VP of HR?
A. No, sir.
Q. You deny that?
A. I do.
Q. All right. Would you admit to me that there is on -- nowhere on this document does it say "American"?
A. Correct.
Q. And you used American throughout your testimony, and that is a word that you have used, and it doesn't say that here on the document, does it?
A. It does not.
Q. Ma'am, did you expect to be in TX-60 forever?
A. I expected to be in TX-60 until I retired, yes.
Q. These guidelines, did you ever walk them down to the legal department and talk to anybody in legal about these guidelines?
A. I don't recall if legal was involved.

Q. Yeah. And you don't have any proof that legal was involved, do you?
A. I do not.
Q. Now, we see that TX-60 there is in green and if it is in red, that basically says no international can do that job, right?
A. Correct.
Q. So, it works both ways, doesn't it?
A. What works both ways?
Q. If you have international that wanted to go to a green box, that would be a problem as well, wouldn't it?
A. Correct.
Q. Okay. And if you are slotting positions for domestic workers, that is a problem as well, isn't it?
A. Correct.
Q. And we know that as of January 2022 that that Department of TX-6 had 80-something people and other than Christine, there weren't any internationals, correct?
A. I think I indicated yesterday I think there were some in the international HR, but I don't remember.
Q. But you don't know?
A. I can't confirm that, no.
Q. Thank you.

Ms. Fowler, let's go to the next page.
If we look at 61 here, ma'am, it basically has the department head as a domestic, right?
A. Correct.
Q. All right. Ms. Fowler, let's go to the next page.
For 62, it has the Department Manager as the domestic, doesn't it?
A. Correct.
Q. And we don't have one for 64 because 64 didn't exist, right?
A. Correct.
Q. And if we go to 65, Ms. Fowler, the next page.
It is TX-65, we see that Mr. Childers is in a green box, isn't he?
A. Correct.
Q. So, at one point Mr. Childers was a Department Manager, right?
A. This was a Section Manager role, function level four.
Q. Okay. But he is the top one in 65, right?
A. He is the manager for TX-65, yes.
Q. Bear with me just one moment, Ms. Dawsey.
Ms. Fowler, can we go to Plaintiff's 20? Can you highlight in Plaintiff's 20 the upper left next to the

heading for the jury and Ms. Dawsey?
Ma'am, I have one question about this document, is this a document from October 2010?
A. Correct.
Q. Thank you. All right. Ms. Fowler --
MR. MOODY: Your Honor, might we take a quick break?
THE COURT: Yes, sir.
MR. MOODY: Thank you.
THE COURT: We will take a short break. Members of the jury, remember my former admonition, don't discuss the case or make any final decisions. Everyone please remain in the courtroom while the jury is excused.
(Whereupon, the following was heard outside the presence of the trial jury.)
THE COURT: Ms. Dawsey, you may take a break as well, but just don't discuss your testimony.
All right. Take a short recess.
(Whereupon, a short recess was held.)
THE COURT: All right. Let's bring in the jury, please.
(Whereupon, the following was heard in the presence of the trial jury.)
THE COURT: All right. Mr. Moody.

MR. MOODY: Thank you, Judge Cain.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, I don't remember where we were, but I will do the best I can to move through. When we were talking about those expat guidelines, the terms on those sheets are "domestic" and "international," correct?

A. Correct.

Q. And when you use the term "American" and "German," that is what you have attributed to people's national origin, correct?

A. That is the most common that I dealt with in my role, yes.

Q. Okay. But nowhere on that expat's guideline does it say "American" or "German," does it?

A. It does not.

Q. And the terms are "domestic" and "international," correct?

A. Correct.

Q. And you would agree with me that TX-60 and TX-65 on those guidelines both had green boxes around them, right?

A. Correct.

Q. Which indicated that the suggestion was that

either a domestic or an international could be in those positions, correct?
A. Correct.
Q. And the guidelines suggested that 61 and 62 would be dedicated to a domestic, correct?
A. Correct.
Q. And that doesn't matter what their national origin is, does it?
A. It indicated that they would be a Plant Spartanburg or American employee, yes.
Q. So, are you saying that only Americans work at Plant Spartanburg and are considered domestic?
A. In those terms, yes, domestic, domestic to America, Plant Spartanburg employees are, that was the intention.
Q. So, in your department, that was the intention, is that your interpretation?
A. No, sir.
Q. So, you didn't write that when you put the guidelines together, did you?
A. Did not.
Q. You are the one that put the guidelines together back in 2015 and '16, right?
A. So, Johannes Trauth instructed the guidelines, I prepared the PowerPoint.

Q. And that is what I asked, you prepared it, you did all of the typing?

A. Correct.

Q. Ms. Fowler, let's go to five, that would be that page for TX-60, ma'am.

This is Defendant's exhibit 5. Ma'am, all of these folks on your team, they are considered domestic, right?

A. Correct.

Q. Do you know where everybody on your team was born?

A. I do not.

Q. All right. Because it didn't matter where they were born, right?

A. Correct.

Q. And where you are born is your national origin, correct?

A. Correct.

Q. All right. So, do you know if all of these people are actually United States citizens?

A. I do not know.

Q. Because you didn't care, did you?

MR. MURPHY: Your Honor, can we approach?

(Whereupon, a bench conference was held on the record in the presence of the trial jury, but outside the hearing of the trial jury.)

MR. MURPHY: Your Honor, I have to object at this point. I was not allowed to use the word "national origin" yesterday, and the Court has made the point that national origin and citizenship are two different things, which is a correct point. So, I have to object to him trying to get her to define national origin for the reasons I wasn't allowed to use the word yesterday. And national origin is a legal term and it does go far beyond where you were born. She can give her understanding of that, but it is unfair when I got shut down yesterday and couldn't talk about national origin based on their objection for them to now be asking her what national origin means.

MR. MOODY: Your Honor, she has testified profusely about Americans and Germans, and I am crossing her, as Your Honor allowed me to do, on these guidelines, which we objected to for various and serial reasons. So, this is just part of a cross that he doesn't like. I asked her about her department, specifically, and if she had knowledge, and she didn't know their national origin or citizenship, that is where I went. I am talking about domestic and international and she said all of them are domestic.

MR. MURPHY: That is true. I don't have an objection to her using the term domestic and

international, he asked her what national origin meant, and I wasn't even allowed to use that word. And it is a legal term, so her understanding of what national origin means, which is not crystal clear even under the state law, it is more amorphous -- certainly more amorphous than where you were born. It is broader than where you were born, but my objection is not that he asked her who was domestic and who was international, he is certainly entitled to do that because I did that. It is this whole issue of national origin trying to pin her down to a definition of national origin, that is not accurate.

MR. MCCOY: He didn't ask her to define it.

MR. MURPHY: He said that is where you are born, national origin is where you are born, right? Then he starts talking about citizenship, and you have already said citizenship is not national origin. It will be very confusing to the jury to allow them to mislead -- to allow him to mislead the jury on this issue of the scope of the claims.

MR. MOODY: Your Honor, I am not trying to mislead anybody, I am just responding to her repeated use of American and German when it is not even on the guidelines. She says it was intent, we don't have an intent, our intent is domestic and international.

MR. MURPHY: I am not objecting to him using the word "American" or "German." I am not objecting to him using the word international or domestic. He asked her what national origin meant. He said, that is where you are born, right? And now he is getting into citizenship.

THE COURT: Are you going to ask her anything else about national origin?

MR. MOODY: No, Your Honor. She said I don't know, I am moving.

THE COURT: Well, he asked it, she answered it, now we are talking about it. I think when you -- assuming you want to do some redirect, if you want to delve into that, it has been mentioned on cross, what are you wanting me to do?

MR. MURPHY: She has answered it. I believe the question is pending. I don't believe there was an answer to the question that I objected to, we can check. Unless she answered and I didn't hear, I objected when he raised the question about citizenship.

MR. MOODY: Would you like me to strike my last question and just sum up, you do not know the national origin or citizenship of any of these folks?

MR. MURPHY: No.

MR. MOODY: How about I just say, would you agree

with me that all of these people here are considered domestic employees because they are at Plant Spartanburg, how about that?

MR. MURPHY: Not because they are at Plant Spartanburg. She gave an explanation of what domestic meant.

MR. ROZELSKY: She can answer that. If he asks the question, she can answer it. Just because you disagree with his frame of the question.

THE COURT: So, what would your question be again?

MR. MOODY: Ms. Dawsey, would you agree with me that all of the individuals in your department, as of January 21st, are considered domestic employees.

MR. MURPHY: She already answered that.

THE COURT: He says he is going to withdraw the question to which you object and then he is going to ask that question. Is that acceptable?

MR. MURPHY: Yes, sir.

THE COURT: I don't think he is suggesting that you are.

(Whereupon, the bench conference concluded and the following was heard in open court.)

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, I am going to ask this question, okay, are you tracking with me?

A. Yes, sir.

Q. Thank you, ma'am. As we look at Defendant's exhibit 5 and this picture of TX-60 with all of these folks and everybody having it looks like a black border around them for their org chart box, we see Ryan Childers is down here, Supplier Train Future Talent Project Manager, that means he left TX-65, correct?

A. Correct.

Q. And as we look at all of these folks who are on your team, would you agree with me that they are all classified as domestic?

A. Yes, I would.

Q. Thank you.

MR. MOODY: All right. Ma'am, I am going to ask you to look at Defendant's exhibit 14. Judge, I don't know if it has been admitted yet as a Defendant's exhibit, but we would move for its admission without objection.

THE COURT: It is admitted.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. I think we looked at this yesterday or the day before yesterday and you testified about this, I think, misaligned policy that you and others had put together; do you remember that?

A. I do.

Q. It was very unpopular in Spartanburg, right?

A. Correct.

Q. And that is -- I think that is how you described it. When -- you testified that this policy was implemented?

A. Correct.

Q. Is the policy still in effect?

A. I don't know. I haven't been there in years.

Q. All right. You testified that you gave letters to people, right?

A. Correct.

Q. Who were they?

A. The individuals on the slide that were impacted, Corey Epps, and I met with them, and gave them letters.

Q. You gave me the name of Randall Trigg yesterday, is that somebody you sent a letter to?

A. I did not.

Q. Did you send a letter to Horace Butler?

A. I did not.
Q. Did you send a letter to Chris Lee?
A. I did not.
Q. Did anybody in TX-60 send a letter to those people?
A. They did not. I don't know that they were impacted by this.
Q. Okay. None of those people were in HR, Randall Trigg, Horace Butler or Chris Lee, are they?
A. They were not.
Q. Did any of them have a change in personal grade in their pay?
A. Not that I am aware of.
Q. Thank you, ma'am.
So, let's go over, Ms. Fowler, if we can, it is page three, it looks like that.
Is this the chart you were talking about about people who got letters?
A. Correct.
Q. If we look under TX-6, it says, "Current Project Manager," and it has one. And then you say "PG Alignment, one." Are you talking about Ryan Childers there?
A. Yes.
Q. Did you send Ryan Childers a letter?

A. We did.
Q. Are you sure about that?
A. We had a meeting with Ryan Childers.
Q. Did you send him a letter?
A. I am pretty sure in those discussions that communications were given indicating the impact.
Q. Do you know if Ryan Childers was ever adversely affected by this letter you may have sent him?
A. I do not.
Q. And in that letter you were telling him that his personal grade was too high for the position he was performing; is that correct?
A. He was informed that he was coming out of a project classification, he would be placed in the professional band. He had previously been a Section Manager and his personal grade would be decreased.
Q. All right. And you don't know if that ever happened, do you?
A. I do not.
Q. And the reason you don't know if that happened is because you left BMW in January of 2022, correct?
A. Correct.
Q. And as you testified, you had these meetings, I guess, the date of this exhibit looks like June 3rd of 2021, right?

A. This was effective July 1st, 2021.
Q. All right. And as for any of these folks in the PG Alignment that you sent letters to, you don't have any information that they were adversely affected, do you?
A. I don't know that it was implemented, correct.
Q. Thank you.
Ma'am, you testified you were not aware of any function level three or four promoted to level 2?
A. No, sir.
Q. Is there any policy that prevents a function level four employee from becoming a function level two employee?
A. Not that I am aware of.
Q. The only thing that prevents function level four to function level two is the validation process we have talked about, right?
A. I have never seen a function level four be validated to be a function level two.
Q. Okay. Just because you haven't seen it, there is not a policy that prevents it?
A. Not that I know of.
Q. To reach the high level of function level two, you said there were around ten or so in Spartanburg that you had to go through this validation process, right?

A. Correct.
Q. And that is the process that you talked to Trauth and Knudt Flor about and you never pursued it, correct?
A. Not correct.
Q. Well, you didn't take Knudt Flor up on his invitation to come to his office to talk to him about it at any time, correct?
A. I didn't consider an invitation to his office as an invitation for validation. Validation is a formal process.
Q. And you didn't -- okay. So, the President and CEO, you didn't view that as an invitation, fine. You didn't pursue the validation process with Christine Petrasch, did you?
A. I did not.
Q. All right. Ma'am, let's get back on this time line. November 11th, I think I referred to it previously and let's look at Defendant's exhibit 23, which, Your Honor, is admitted without objection.
THE COURT: Twenty-three is admitted.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. We see the face page and the second page that it is a TX-6 management workshop, correct, ma'am?
A. Correct.

Q. And that would be the Department Managers?
A. This would be all managers that have a TX, Six X code.
Q. Okay. So, that would be 60, 61, 62, 64, 65?
A. Correct.
Q. It would not be the ones that have three digit numbers?
A. Correct.
Q. So, if we look at item 11, it says TX, that would be Dr. Englehorn, correct?
A. Correct.
Q. And TX-4, that would be Sherry McCraw?
A. Correct.
Q. She is leading assembly at that time?
A. That's correct.
Q. Addresses the changes in TX-6 organization, correct?
A. Correct.
Q. And we see under the responsible that TX-6 would be Christine Petrasch, she is there, right?
A. Correct.
Q. So this is the official meeting that talks about the changes to the organization and that is on November 11, right?
A. Correct.

Q. And this is two months after you officially started a job search for external position, right?
A. Correct.
Q. Thank you, ma'am. Next note on the time line and I guess let's -- let me clarify before we leave that one. This is the one where everybody officially knows Sherry McCraw will be TX-6?
A. This is where the managers and Human Resources are made aware.
Q. Thank you for that. I really appreciate you correcting me. So, let's go to 24.
THE COURT: Twenty-four (24) is admitted without objection.
MR. MOODY: Thank you, Judge.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. Ms. Fowler, can we go into the document where it is BMW 258?
All right. Ma'am, do you recall a presentation to the department managers where this was put on for the organization changes?
A. I do.
Q. So -- and this first slide we see a number one next to Scott Medley up there, he is coming off the baseline organization chart, isn't he?

A. Correct.
Q. And he is going to a project, correct?
A. Correct.
Q. And you just testified that Ryan Childers went to a project, he was coming back and he would have a misaligned personal grade, correct?
A. Correct.
Q. All right. So, the first move is Scott Medley, we see that TX-64 which we talked about yesterday is vacant, Scott Medley is going to a project.
Ms. Fowler, can we go to the next page, BMW MC 259?
We see the second move there is you are going to TX-64, correct?
A. Correct.
Q. And that the TX-60 is vacated.
Let's go to the next page, Ms. Fowler.
And we see in the third move that Eva Burgmeier is coming into that third position, correct?
A. Correct.
Q. And this was -- was this part of the November workshop?
A. Correct.
Q. Okay. So as of November 11th, BMW MC showed you being responsible as a Department Manager for TX-64,

correct?
A. Correct.
Q. Thank you, ma'am.
Now, let's go to Defendant's exhibit 25. This is an email from TX-6 Christine Petrasch to --
MR. MOODY: Your Honor, I apologize, we move to admit Defendant's exhibit 25 without objection.
THE COURT: Admitted. Thank you.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. Now, and just before I ask you a question about this, I got a little note, the Plant Debrecen, it is spelled, D-e-b-r-e-c-e-n, do you remember we talked about that yesterday?
A. I do.
Q. It is actually in the country of Hungary, Hungary, H-u-n-g-a-r-y, which is a European country, correct?
A. Yes. I remembered that last night.
Q. I wanted to make sure the record was clear.
So, this email on December 10th of 2021 from Christine Petrasch, you are included. In that, I think, it is a Friday, correct?
A. I don't remember the day of the week, December 10th. Yes, it is because that is the day I accepted

the verbal offer, correct.
Q. And this is your boss basically saying this is the plan for Monday, December 13th, correct?
A. Correct.
Q. And it basically says on item three that Kelly and Scott will have a pre-info meeting for their teams on Monday from eight to eight fifteen a.m. correct?
A. Correct.
MR. MOODY: And, ma'am, if we look at Defendant's exhibit 26 -- Judge, if it hadn't been admitted, we move for admission?
THE COURT: Admitted without objection.
MR. MOODY: Ms. Fowler, go to the same slides on that one.

CROSS EXAM CONTINUED

BY MR. MOODY:
Q. Where in November it was just the TX-60 folks and the Department Managers with this presentation. In this presentation, keep on going over, we have a presentation with the entire Department, right?
A. So, the 8:00 o'clock was with TX-60 and then it followed with all of TX-6.
Q. All right. So, the eight o'clock, did you show TX-60 these slides that showed the movement?
A. I did.

Q. So, that would be the first slide with Scott Medley -- and, Ms. Fowler, next page. The second slide indicating you were going to TX-64 -- and next page, Ms. Fowler, the third slide indicating Eva Burgmeier was coming to Spartanburg, correct?

A. Correct.

Q. Now, we know that you had these meetings with your team TX-60 and there was an entire department meeting informing everyone of this reorganization and you had already accepted a job at another company?

A. Correct.

Q. And you had already told the other company what your employment track would be and you would start with them on January 31st, right?

A. Correct.

Q. Ma'am, did Christine -- let me strike that.

Christine Petrasch never told you you should be demoted, did she?

A. Christine told me I was going to a function level four, that is a demotion.

Q. Did Christine Petrasch ever say, Kelly, you are being demoted, did she?

A. I don't recall her saying "demoted."

Q. No, ma'am, she didn't. She never said you are being demoted, correct?

A. Correct.

MR. MOODY: Your Honor, may I have a moment?

THE COURT: Yes, sir.

MR. MOODY: Thank you, Your Honor. I needed to consult with my team about exhibits as I have shown everyone I am terrible with them.

CROSS EXAM CONTINUED

BY MR. MOODY:

Q. Ms. Dawsey, just a couple, as I close, I promise I am almost done. You resigned on January 3rd, 2022, right?

A. Correct.

Q. Your last day was January 14th, 2022?

A. Officially it is Monday January 17th because I worked through the weekend, but my last day in the plant was the 14th, correct.

Q. And you kept your computer?

A. I did.

Q. You were function level three when you resigned, right?

A. Correct.

Q. You were personal grade 11 when you resigned, correct?

A. Correct.

Q. Your pay had not been reduced, correct?

A. Correct.
Q. No written demotion had occurred, had it?
A. I had no formal offer, no.
Q. And no change letter?
A. And no change letter, correct.
Q. You never moved to TX-64, correct?
A. Correct.
Q. You never experienced a downgrade in function level, did you?
A. Correct.
Q. When you say "correct," do you mean you agree with me?
A. I did not, correct.
Q. You don't know what ultimately happened with TX-64 after you resigned, do you?
A. I do not.
Q. You don't know what the company had to do after your resignation to move functions around, do you?
A. Can you ask that again?
Q. Yes, ma'am. You don't know what the company had to do to move functions after your resignation, do you?
A. I do not know what they did, no.
Q. Would you agree with me that your work at BMW MC allowed you to pursue external opportunities to be a VP of HR, a position that you wanted?

A. Can you define "allowed you?"
Q. That your experience at BMW MC made you a candidate externally for you to pursue a Vice President of Human Resources position?
A. Yes.
Q. All right. And today you are the VP of HR at the GSP International Airport, right?
A. Correct.
MR. MOODY: Thank you, Your Honor.
THE COURT: Mr. Rozelsky.

CROSS EXAM

BY MR. ROZELSKY:
Q. Good morning, Ms. Dawsey. I represent BMW AG, or as your lawyer says, all of Germany. This little dot is driving me crazy, I will see if I can get it erased. Oh, clear button. Sorry, OCD?
I just want to establish a couple of things: You were never an employee of BMW AG, correct?
A. Correct.
Q. Never applied to work for BMW AG?
A. Correct.
Q. Never received a paycheck from BMW AG?
A. Correct.
Q. No one at BMW AG gave input into your portfolio reviews?

A. Not correct.
Q. No? Who at BMW AG gave input?
A. So, if they were listed as process partners, individuals that I would have worked with over the years were listed as process partners.
Q. Do you remember any of them?
A. Not off the top of my head.
Q. You never supervised anyone at AG, correct?
A. While they were at AG?
Q. Yes, ma'am.
A. No, sir.
Q. Now, outside of BMW MC, you told the rest of the world you worked for BMW MC, correct?
A. BMW Manufacturing, yes.
Q. And that is what you had on your resume that went to Morse and Savage, the recruiter?
A. Correct.
Q. That is what you had on the resume that went to GSP?
A. Correct.
Q. That is what is on your LinkedIn page, right?
A. Yes.
Q. I asked you about your portfolio, is there a box on the portfolio that you get to submit where it asks you if you are interested in being an international

candidate?
A. It is a part of the process, I don't know if it is on the form. It is a part of that process.
Q. And there are flags where you can indicate which countries you would be willing to go to?
A. I think so, yes.
Q. And you testified that you understood that being an international candidate would enhance your chances of being validated and thus enhance your chances of being Vice President of HR at MC, correct?
A. I testified that an international experience definitely enhances your professional experience. I didn't testify that I thought it would help to move up, no.
Q. Okay. So, you don't think that in order to be validated that it would have been enhanced by you being an international candidate?
A. Enhancement, yes.
Q. And I think you indicated in your deposition that you chose. For family reasons. Not to be an international candidate, correct?
A. I was asked in 2019 by a colleague from PM-6 would I come to Germany.
Q. Right.
A. And my answer, at that time, was my daughter was a

senior in high school in 2019, and I would not uproot her from high school.
Q. Right.
A. Based on that timing, I could not come right then.
Q. Right, for family reasons --
A. For family reasons.
Q. -- you had a daughter in high school?
A. It wasn't a never, it was the timing.
Q. Understood. Did you ever after that 2019 check the box that says you want to be considered as an international candidate on any of your portfolios?
A. I did not. COVID happened and the world fell apart after that.
Q. You talked about being in TX-60, and I apologize, I know we have used for now almost three days lots of letters and things, but in your role that you took TX-60, you started that in 2015, correct?
A. Correct.
Q. And you just told Mr. Moody that you anticipated that you would stay in that role until you retired, correct?
A. Correct.
Q. And you indicated at your deposition that you intended to retire at age 60, correct?

A. Correct.
Q. So, you intended to stay in that role for 13 years?
A. Correct.
Q. Now, remember one of the documents we have seen, lots of org charts, but do you remember the document that had a red box around you? And it said you had already been in the position four to five years?
A. I do.
Q. That is because people move around at BMW MC, correct?
A. Some people move around, yes, sir.
Q. And are there -- well, let's talk about that. Were there any presidents, TX-601 that ever sat in that position for 13 years?
A. Ask that again.
Q. Did anyone in TX-1 ever stay in that position for 13 years?
A. Stay in TX-1?
Q. Yes. President of BMW MC for 13 years, did anybody stay in that position?
A. You mean TX?
Q. I'm sorry, TX.
A. I doubt it. I would have to look at the dates.
Q. The same with TX-6, no one was ever the VP of HR

for 13 years?
A. Kathy Wall was the VP, I think, for the longest. I don't know if it was 13 years, but there was movement.
Q. And Kathy Wall followed Ms. Crocker?
A. Correct.
Q. And there had been, what, six TX-6s over the last 25 years?
A. That sounds about right.
Q. You were going to stay in TX-60 for 13 years?
A. Correct.
Q. Did you communicate that to anyone? To Ms. Petrasch? To Johannes Trauth, before her, did you say I want to stay in this position until I retire?
A. I did not.
Q. In fact, you said, I want to be a Vice President?
A. I expressed interest when I was asked, yes.
Q. I'm sorry, expressed interest. You didn't say I want to do it, you said I am interested in it?
A. Correct.
Q. That is like being a Department Manager or manager of a department, it is semantics. You expressed interest because you wanted to be the Vice President of HR?
A. Correct.
Q. If you didn't want to be, you wouldn't express

interest, right?

A. Correct.

Q. Now, on Tuesday you spoke with Mr. Murphy about a number of documents to show how BMW AG sort of forced its will on the HR department, do you remember that? We went through a series of documents. We will go through them again?

A. I remember the documents, I don't know about forced will, but I remember the documents.

Q. Well, why do you think those documents were being shown, to show the involvement of BMW AG with BMW AC?

A. Correct.

Q. So, could we look at Defendant's exhibit number 5, these are all already admitted. Okay. And if we go -- I may have the wrong one, I am looking for the one that is journey to minus 25 CPU. Can we go through more of this? This is the wrong --

MR. ROZELSKY: I am afraid I will make Mr. Moody look like the technical wizard.

MR. MOODY: It is the right one.

MR. ROZELSKY: Yes.

BY MR. ROZELSKY:

Q. You were talking about this as a directive that came from BMW AG, correct?

A. The head count reduction, yes.

Q. But this document was created by somebody in TX-6, correct?
A. Correct.
Q. Can we look at Plaintiff's exhibit 28? This is the HR Compact, okay. Remember you discussed this as if to suggest that Plant Spartanburg was being forced to put information into a certain template so that global could have it all uniform, correct?
A. Correct.
Q. And this is, in fact, an email from you, correct?
A. Correct.
Q. Okay. Can we look at P-25 -- sorry, Plaintiff's 25. Now, we talked a lot about this, I don't want to get too deep into it, it is a document, a draft created by Christine Petrasch, the Vice President of HR at BMW MC, correct?
A. I don't know who created it, the email is from her.
Q. It says "first draft," right?
A. Correct.
Q. But you don't have any evidence that this was created by somebody in Germany, correct?
A. I do not.
Q. In fact, the context of it would tell you it wasn't created in Germany because it was what Plant

Spartanburg HR Department was saying to Germany, this is what we are doing for 2021, correct? These are our goals?
A. Again, I don't know who created it. I can't speculate who did and who didn't.
Q. That wasn't my question. My question was, this document is saying these are our BMW MC goals that we are telling you in Germany, correct?
A. These were topics she sent to P, correct.
Q. To Germany, to BMW AG?
A. Correct.
Q. That somebody at Plant Spartanburg said these were topics we want to tell Germany about, correct?
A. Correct.
Q. Can we look at Plaintiff's exhibit 17? You have testified a lot about this document and I think you said that you created the PowerPoint based on what Mr. Trauth told you to put into it, correct?
A. After we had multiple discussions, yes.
Q. No one at BMW AG contributed to anything in that document, correct?
A. Correct.
Q. Yesterday you kept talking about documents -- in fact, you said to Mr. Moody, can't tell about the document, can't tell unless you give me the document,

show me the letter, show me the calendar, show me the SAP, do you remember that?
A. I do.
Q. You don't have a document from BMW AG that says we approve these guidelines and they are now policies of BMW, correct?
A. Correct.
Q. In fact, you don't have a document that says BMW AG even knew these existed?
A. Correct.
You can take that down.
You like precision, right?
A. I do.
Q. It is like me wanting to take that file off, certain things bother you if they don't align correctly. In fact, I think you said first to your attorney that you really liked TX-60 because you liked the technical aspects of the job, correct?
A. Correct.
Q. In fact, what I think you said was -- well, sorry, got distracted in my notes. We will come back to that.
You talked about several times to your attorney that you had to get sign-off from BMW AG for certain things, correct?

A. Correct.
Q. But you haven't presented any documents that show that actual sign-off, right?
A. We have submitted the submittals that I would have to make to Germany.
Q. Going back to this technical piece, you said:
"You liked TX-60, that the
technical aspects were for you,
that you enjoyed -- I'm sorry -- it
brought technical aspects for HR for
you enjoyed the compensation aspect,
the planning, the steering, as
well as still interacting with
people"?
Right? You are a people person,
serving heart?
A. Correct.
Q. But you said you really enjoyed the combination of HR technical and taking care of employees, correct?
A. Correct.
Q. Now, when we talked about these documents, you used a couple of words and I am not sure if they all meant to be the same thing or not. You talked about guidelines, you talked about goals, you talked about targets, and you talked about policies, right?

A. Correct.
Q. These were all terms that you have used over the last two days to describe different things that were either promulgated, that is, set out by MC, or, in your opinion, brought to you by BMW AG, correct?
A. Correct.
Q. And you felt a need to follow those to the T, correct?
A. That is what HR steering does, yes.
Q. Right. So, except when it wasn't convenient, right?
A. I don't know what you are talking about, is there an example?
Q. Yes, there is an example of that. You got an email that said Germany has an expat to replace Stephan Dombrowski, and what did you say to BMW AG? No. You said, no, right?
A. I said we have already started the recruiting and have a candidate identified.
Q. So, there are sometimes you can say "no," if the circumstances line up the way you think they should line up, right?
A. Not according to me. We were able to push back on topics, we did when we could, and some we were able to go with the local direction.

Q. So, sometimes you would hear something, a suggestion, a goal, a target from Germany that you couldn't achieve, right?
A. Potentially, yes.
Q. And if you didn't achieve it, were people going to get fired?
A. I think it depended on what the goal or the target was.
Q. Sure. Now, as TX-60, part of your job was compensation, correct?
A. Correct.
Q. That compensation was for domestics, locals, as they have been called?
A. In TX-60, yes.
Q. And TX-62 actually had responsibility for what has been called expats or internationals, correct?
A. I think it was in TX-64.
Q. Okay.
A. Sixty-two (62) is payroll.
Q. Can we look at Plaintiff's 26, please? Oh, I'm sorry, you were making a distinction between payroll and benefits; is that right?
A. Payroll and what I would consider international terms and conditions.
Q. Okay. So, TX-62 was responsible for expat

payroll, but TX-64 was responsible for benefits, is that what you are saying?
A. Terms and conditions.
Q. Terms and conditions?
A. Yes.
Q. But you weren't responsible for either of those?
A. I was not.
Q. So, to the extent you have testified that you know about the benefits and other things that expats or internationals got, that is just what you would have heard at the water cooler?
A. No, sir.
Q. Well, that wasn't part of your job function, correct?
A. It was not.
Q. And you are aware that any amount that was paid by BMW AG for any benefits was reimbursed by BMW MC, right?
A. I am not aware of that.
Q. Let's's talk a little bit about your personal interaction with BMW AG. I think you said to Mr. Murphy that you had calls, regular calls, weekly calls, I think you said, with someone in Germany, a counterpart?
A. Interactions weekly.

Q. What do you mean, is that different than a call?
A. That could be an email, that could be a virtual meeting.
Q. Okay.
A. It could be a number of things.
Q. From time to time. Would you be asked to sit as a proxy for Christine Petrasch on calls to Germany?
A. I would.
Q. And those calls that Christine would be on were calls talking about global HR issues, right?
A. Correct.
Q. That is things that they want the plant in South Africa and the plant in China and the plant in Spartanburg and the plant in Munich and the one in Hungary that I am not sure I can pronounce, they want some commonality so that people can understand across the company how we are consistent, correct?
A. Correct.
Q. And sometimes those were technical aspects and sometimes those were, how do we continue to treat our people and make them feel good about their job, right?
A. Correct.
Q. Now, this consistency, across the country, you talk about HRIS systems, that is Human Resources Information Systems, correct?

A. Correct.

Q. I think you talked a fair amount about SAP, which I understand is some sort of software that helps accumulate all of the information about individual employees?

A. Correct.

Q. Is that also -- SAP also includes information about policies that are promulgated either in Plant Spartanburg or worldwide?

A. It does not.

Q. Where do you keep the book of policies for worldwide?

A. I don't have a book of worldwide policies. If they were applicable to the area that we were responsible for, they were saved in the TX-60 share folders.

Q. I came to a place in my outline I was supposed to ask you about that, why you liked TX-60. Sorry.

Can you pull up Plaintiff's exhibit 25, please?

Now, these were HR goals for both BMW AG and for BMW MC, correct?

A. Yes.

Q. Okay. I think Mr. Murphy pointed out that the things highlighted in yellow were things that were being sort of exported to the global network?

A. Correct.
Q. And the things in white were local initiatives, correct?
A. Correct.
Q. And Mr. Murphy or excuse me Mr. Moody went at length to kind of walk through these issues with you, I won't do that with you again, but did you ever get an email either from Ms. Petrasch or from somebody at BMW AG that said, no, no, no, no, you can't do any of these things that are highlighted?
A. I did not.
Q. Now, throughout your time with BMW Manufacturing company, you were never authorized to act on behalf of BMW AG, correct?
A. Correct.
Q. And to your knowledge, Christine Petrasch, as the Vice President of HR and MC, Manufacturing Company, was not authorized to act on behalf of BMW AG, correct?
A. I can't answer that.
Q. Now, and I apologize, some overlap because I wasn't certain I would know everything that Moody asked, but I will be brief. You had already met with your recruiter before you were made aware that a German was coming to TX-60, correct?
A. Correct.

Q. And let me just make sure I understand, when you found out that Ms. McCraw, a white American female, like you, was going to get the TX-6 position, that upset you, didn't it?
A. It did not.
Q. Didn't upset you. The position you expressed an interest in was being filled by a domestic that wasn't named Kelly Dawsey and that didn't upset you?
A. It did not.
Q. But you were ready for a change anyway?
A. My name was not called, sir.
Q. No, I mean, you were ready for change, that is what you told Ms. Miller?
A. I was exploring options, yes, sir.
Q. Which meant you were ready for a change?
A. I was exploring options.
Q. Didn't you tell her that you, in fact, wanted to downsize?
A. I told her I needed a better work-life balance and I could not any longer work 12 to 15 hour days.
Q. You left BMW MC before Ms. Burgmeier ever arrived, didn't you?
A. She came over on look and see, a look and see trip, maybe two, so I did get to meet her before she arrived for her assignment, yes.

Q. You don't have any idea what her duties were or what additional duties may have been placed on that position when she arrived, correct?
A. I do not.
Q. Can we look at Plaintiff's 3, please?
Now, this was a document that you and your attorney talked about for a couple of reasons, but one of which is he pointed out that this was in German and that sometimes emails came to you from P Circle in German, right?
A. Correct.
Q. And this was an email that was -- what is the date on the top of that?
A. January 10th, 2022.
Q. So, that was actually a week after you had given your written resignation?
A. Correct.
Q. But you were getting this because you were still TX-60, correct?
A. Correct.
Q. And if you go over to the third page of this, do you see under the names and you were asked about the names and who they were and what their positions were on Tuesday, correct?
A. The names at the top?

Q. Yes, ma'am.
A. Yes, sir.
Q. And just below that where it says, "Dear colleagues," is the entire same message now in English?
A. I didn't do a comparison German to English, but normally that is how it would work, yes, sir.
Q. You are not suggesting that the P Circle would send something in German and then something completely different to the English speakers?
A. I am not.
Q. I understand, again, attention to detail. You didn't do the red line to compare was it accurately translated, right?
A. Correct.
Q. Let's talk about this email. This is seven days after you resigned and 30 days after you have accepted a job at Madewell Concrete, correct?
A. Correct.
Q. And it says:
"Dear colleagues, we wish you a
happy and healthy new year and a
good start to 2022."
Correct?
A. Correct.
Q. And then it says:

"Many of you have just returned from the holiday season and had a break over the new year which we hope was restful for you."
Correct?
A. Correct.
Q. And then they say:
"In the P Circle this morning, we could all feel the strong anticipation to get back to work together with you, just as we did last year as a strong team working with all of the passion for people and places to make our company fit for the future."
Correct?
A. Correct.
Q. And those are all things that you said you liked about your job, that you could make it a place where everybody could work together for the future, correct?
A. I don't think I used those words.
Q. You didn't want it to be good for the future of the company?
A. Absolutely I did.
Q. I understand you didn't say those words, I am

saying that is the way you felt, that is the servant's heart, I want to help people make our company fit for the future, correct?
A. Correct.
Q. And then they give three initiatives, three topics that are particularly important to us, to us BMW AG in Germany, correct?
A. Correct.
Q. Could you read to the jury the first topic?
A.
"The employee journey will become
our operating system in HR."
Q. And how about the second topic at the bottom of that page?
A.
"HR becomes even more
international."
Q. The next page, the third topic?
A.
"People and places will be further
strengthened."
Q. So, what you testified to was BMW AG was exerting its will on BMW MC through this happy new year, we are going to be stronger together email?
A. Correct.

Q. Did you not want to be stronger together?
A. I did want to be stronger together.
Q. Did MC have a policy that they didn't like to be stronger together or they were offended by being told by their colleagues in Germany happy new year?
A. Not that I am aware of.
Q. Now, let's look at those names. Did Ilka Horstmeier, I am sorry, let me find the list. Did Ilka Horstmeier, number 16, ever communicate to you that she made the decision to put Eva Burgmeier in TX-60? Did Andreas Batz, number 2, ever tell you that he made the decision to put Eva Burgmeier in TX-60?
A. He did not.
Q. How about Barbara Burghardt, number five, did she ever tell you that she made the decision to put Eva Burgmeier into TX-60?
A. She did not.
Q. Rather than going through the last two, did the last two ever call you or write to you or tell you that they made the decision to put Eva Burgmeier into TX-60?
A. They did not.
Q. In fact, no one at BMW AG ever communicated to you that they had anything to do with either Ms. McCraw becoming a TX-6 or Ms. Burgmeier being TX-60, correct?
A. Correct.

Q. Is it ever okay to lie to your team?
A. I would have to say in this circumstance for the first time in 26 years I had to put myself first.
Q. So, the answer to my question is yes? At least once in 26 years it was okay for you to lie to your team?
A. Normally I would say absolutely not, but these were not normal circumstances.
Q. And what was the lie? Was it that you didn't know you were going to TX-64 or was it that you had already accepted a job offer and you had no intention of filling the box that you showed your team that morning in the eight a.m. pre-meet or was it both?
A. I was honestly still considering and I wanted that time to think through, but I understand your question, and it was potentially that misrepresentation if indeed I resigned in January.
Q. But you said to Mr. Moody, you never got an offer letter, so you didn't know you were going to TX-64, but you told your employees, your team, the people you gathered with up in a pre-meeting that you were going to TX-64?
A. I said that I did not get an offer letter, I had my name on a PowerPoint, and that my boss was telling me to find another job.

Q. Is that what you told your team that morning?
A. I did not.
Q. What did you tell them? You told them, said, hey, you see that box over there TX-64? That is where I am going, Kelly Dawsey?
A. I was told to tell them what I was asked to tell them which was that PowerPoint.
MR. ROZELSKY: Thank you, no further questions.
MR. MURPHY: No redirect, Your Honor.
THE COURT: All right.
Thank you, Ms. Dawsey, you may return to your seat.
MR. MURPHY: I can't see very well, Your Honor. Your Honor, subject to the agreement on the readings in reply, we do not intend to call any further witnesses at this time.
THE COURT: All right. Anything from the defense at this time?
MR. MCCOY: Your Honor, we will have a motion we would like to argue.
THE COURT: Okay.
Let me talk to the lawyers briefly just about logistics, it doesn't need to be on the record.
(Whereupon, a bench conference was held off the record.)

THE COURT: Members of the jury, I wanted to chat with the attorneys about logistics. I will need to take up some legal matters and given the time, which is about 20 minutes until 12, I am going to go ahead and let you break for lunch and ask that you be back here by one fifteen. And so you will have a little extra time at lunch, but we will be here working during most of that time and hopefully what we do will be able to, to some extent, be able to streamline some things. So, at this time you may leave, I ask that you come back by 1:15.

Remember my previous admonition, do not discuss the case, form any opinions about the case, do any research about the case. And everyone will just remain as is as the jurors are excused.

(Whereupon, the following was heard outside the presence of the trial jury.)

MR. MURPHY: Can we take a quick five minute?

THE COURT: Why don't we take a short break and just recognize that the jurors are going to be filtering out, so be mindful of that.

(Whereupon, a short recess was held.)

THE COURT: All right. We are back on the record after a conference with the attorneys. I appreciate the attorneys being willing to discuss

logistical matters and the fact that they are mindful of the juror's time, and their needs, and also other obligations of the Court.

But in any event, I will let you all tell me what you have stipulated and agreed to. Defense is entitled to file a motion pursuant to Rule 50. The parties previously, as I understand it, entered into an agreement that the Plaintiff may use unread deposition excerpts identified in the 26(a)(3) responses for purposes of a directed verdict motion. To the extent BMW does not call a witness for whom Plaintiff provided excerpts, Plaintiff may read excerpts from that witness to the jury during reply.

So, I will be glad to hear from you on what you have agreed to do or what you want to do.

MR. MURPHY: Brian Murphy for the Plaintiff. That is an accurate summary. We were -- to the extent a witness is not called, we are going to defer reading of the depositions until reply, not knowing who was going to be called and the jury is not hearing from the same person twice and isn't put through the ordeal of having to sit there and listen to depositions being read to them, but that the deposition excerpts, as you said, could be used in the event that either or both of the Defendants moves for a directed verdict. And what we

submitted to the Court is a document, it is a cover sheet called "Deposition Excerpts for Directed Verdict and Exhibit Cross Reference," with six attachments, each of which are the excerpts from the 26(a)(3) you just referenced, which are Mr. Bailey, Ms. Burgmeier, Dr. Englehorn, Mr. Epps, Mr. Gilmore, and Ms. Petrasch and I would move that this document be -- well, I will wait and see when they move it, make a motion, I will move for that to be admitted as a Court exhibit, but otherwise that is an accurate description of our agreement.

THE COURT: Okay.

MR. ROZELSKY: Your Honor, we agree with the agreement. We also reserve the right, and we think under Rule 50 we can make this directed verdict motion at any time and we discussed with the Court the potential to make partial directed verdict motions at an appropriate time based on the trial schedule that may be limited initially to the race and sex claims, but also we intend to make full directed verdict motions at some point.

MR. MCCOY: I would agree with that on behalf of BMW MC. We just note so the record is fully clear, we intend to move for directed verdict on all claims of the case. We reserve the right -- of course we want to

make sure we are protected for appellate purposes, but we will make that motion at a time that is convenient for the Court.

THE COURT: Is that acceptable? Do you agree with that, Mr. Murphy?

MR. MURPHY: I appreciate, that Your Honor.

THE COURT: Well, Rule 50 provides that a motion for judgment is, as a matter of law, may be made at any time before the case is submitted to the jury and this appears to be a reasonable approach so that we can keep the case moving along and to avoid having the jury sitting in the jury room for an extended period of time. So, with that, the Defendants -- both Defendants' right to move forward on a Rule 50 motion for judgment as a matter of law would be retained and preserved so that they can raise that at the appropriate time. This is done without prejudice to any party. It is without prejudice to the right of the BMW Defendants to pursue such a motion and it is without prejudice to the right of the Plaintiff to fully argue against any such motion. So, does that cover it sufficiently?

MR. MCCOY: Yes, thank, Your Honor.

MR. ROZELSKY: Yes.

MR. MURPHY: Yes.

THE COURT: All right. With that, is there

anything else before we break for lunch? I know Mr. Murphy filed a motion at ECF 202 that we probably need to address before we get into too much testimony on behalf of the Defendants, but why don't we go ahead and break for lunch and then we will come back and deal with that, okay. It is about 12:25, so I asked the jury to be back at 1:15, I don't want to press anyone, do y'all think you can be back in an hour, get something and be back?

MR. MCCOY: Yes, sir.

THE COURT: Of course, in the meantime, I will be reviewing matters. I think we got these excerpts last week and will continue to review those as we move forward. Thank you.

(Whereupon, a lunch recess was held)

THE COURT: All right. I suppose we should take up this motion filed by Mr. Murphy at ECF --

MR. ROZELSKY: Your Honor, can I clarify something about what we said just before we left?

THE COURT: Yes, sir.

MR. ROZELSKY: Both BMW MC and BMW AG, at this time, are moving for a directed verdict. The reason I am saying that is we intend to argue that directed verdict at the completion -- after plaintiff has been fully heard. I don't want us to be confused that if we

get to argue in two days that what comes into evidence the next two days is relevant to that motion.

MR. MURPHY: You are looking at me, sir, are you looking for a response?

THE COURT: Yes, sir. I thought you were contemplating.

MR. MURPHY: I don't know, again, if I have a say in the matter. I stated my reasons earlier for thinking it will drag things on, but however you decide you want to handle that, if we can keep this moving along, I am in favor of anything that keeps this moving along.

MR. ROZELSKY: I didn't mean to suggest that we would argue now. I want to preserve the record that we are moving for directed verdict on all of Plaintiff's claims as of this time and that we reserve argument until it works for the schedule.

THE COURT: And BMW MC is reserving the same right?

MR. MCCOY: Correct, Your Honor.

THE COURT: Motions have been made on all remaining claims of the Plaintiff and I will hear further from you on that at a later time and that is being done to help move things along and with everyone being mindful of the jurors situation. So, with that,

let's go ahead and talk about the motion in limine filed on the 17th.

MR. MURPHY: Thank you, Your Honor. I filed a motion with respect to matters that I was unaware of until the opening statement. During the opening statement, Mr. McCoy was alluding to the history of BMW coming to South Carolina, he referred to the peach orchards that used to be where the plant now stands, and he talked about the recruitment of BMW to South Carolina. He then attributed BMW's decision to move here to the good works of Governor Campbell. And he made the statement that, you may have noticed when you walked in the building, that this building is named for Carroll Campbell, and it is named for Carroll Campbell because he brought BMW to South Carolina.

I obviously got very upset about that. I think that calls into question the integrity of the entire system to suggest to people this building is what it is because of the grace of BMW. And the other subtext to all of that is this notion that BMW, which nobody questions its positive impacts in our community, including the significant economic impact, that somehow that has any relevance to this case, which it does not. Of course, the company can talk about what they do, and I don't have a problem with a company patting itself on

the back, but this notion that it could be used somehow as a defense in this case, I will be objecting on that, as well.

But in my motion I point out, Your Honor, they are free to correct me, they don't have a witness who could testify to any of this. In opening statement, you can talk about what the evidence is going to be, but what you can't do in opening statement is talk about facts that you don't have any evidence to support. And there is not a single witness, of whom I am aware, and I researched all of them, who could possibly testify about either Governor's Campell's actions, why BMW chose South Carolina, why this courthouse is named for Carroll Campbell, they can't provide any evidence of that. So, the only thing I can surmise from the opening statement is that they intend to put witnesses on the stand to try to do that.

At that point in time I thought it was incumbent upon me to raise that issue beforehand because if they try, I will have to start with foundation objections and I thought it was best to bring a motion to clear the air on that, what can and can't be said, and how we will handle it before we get the jury in the box.

THE COURT: Thank you.

Mr. McCoy.

MR. MCCOY: Thank you, Your Honor, may it please the Court. Your Honor, Mr. Murphy addressed this very issue during the middle of my opening statement, so I feel like I have heard this statement from one of my colleagues attributed to a very famous jurist that I feel like we are grinding the same corn here. I believe Mr. Murphy might have even been involved in that case when the statement was made.

The information -- let me just first of all, we have the transcript from courtesy of Ms. Bull, thank you, this is the statement that I made in the opening:

" I don't know if you noticed when you walked in the door of this courthouse today whose name is on the building, Carroll Campbell. The reason his name is on this building is because of his legacy. Certainly, governor of our state, but also because of his instrumental role in bringing BMW to the United States and to the Upstate of South Carolina."

So, that is the statement that Mr. Murphy is objecting to.

Your Honor, in his motion Mr. Murphy, you know,

did a lot of research, appreciate that, but, you know, one of the things that you find when you look around, first of all, is that you can easily find articles that talk about the link between Carroll Campbell and BMW and his role in bringing BMW to the Upstate. I have two of those articles here, first of all Greenville News article from April 12, 2019 talking about the dedication of the new federal courthouse to the late Governor Carroll Campbell. Also, WYFF article on their web page from October 17th of 2022, again talking about the dedication of the courthouse to Carroll Campbell. And in that article, on the WYFF web page, it says:

"He is credited with bringing BMW to the Upstate, which today has been a 12 billion dollar investment on this the 30th anniversary of BMW coming to the Upstate, it is hard to understate the profound legacy of Governor Campbell for the economy of this area and he started his whole business here on this location. So, it is a great way to honor his legacy and recognize how profoundly it changed South Carolina and Greenville, which is a great

attribute, said Greenville Mayor
Knox White."

So, there is ample public information out there about the connection between Governor Carroll Campbell and my client.

Your Honor, you stated in the initial instructions to the jurors that attorney statements are not evidence, and I know in closing when you give them the final instructions, you will say the same thing again. I don't believe anything we have said here is inappropriate. I indicated to you that we will have testimony to talk about Carroll Campbell's connection to the plant. I know Mr. Murphy doesn't believe we can do that, but we have the opportunity to do that and we will. If we don't, he certainly has the right to raise that at closing. He can say, we didn't present evidence we told you we had.

So, I just, from my standpoint, I think we are grinding the same corn here. I did not think the opening statement was inappropriate, it was a statement by me based upon factual information that is clearly in the record. There are plenty of articles if you Google them. And so, you know, I do not believe there was anything prejudicial about that. We certainly, in that statement, did not make any sort of insinuation that BMW

had anything to do with the naming of this building. It is simply there is that connection between the two. So, we request Your Honor deny the motion.

Thank you.

MR. ROZELSKY: Your Honor, very briefly. I think it was all Defendants to the motion.

You may recall that I asked the question of the Court, I can't remember if we were on the record or not, about whether I could bring up the treaty in opening. And as we had that discussion, Your Honor indicated, you can bring up whatever you want essentially, but at your own peril. So, I think the fact that, as Mr. McCoy just said, things that are said in openings are not evidence. And so to suggest that there should be some curative instruction or something that changes and makes it even more, you know, attenuated is inappropriate.

MR. MURPHY: Your Honor, that doesn't answer the evidentiary issue. And when I bring a motion in limine, it is incumbent on them to say, here is what the evidence is, and here is how it gets in. Now, are they going to put up a witness to say, I read a WYFF site, which quoted Knox White who said something? That is not admissible. There is no rule of evidence that allows things to be admissible just because they have been reported in the media, we have Rules of Evidence

specifically to keep that out.

And the first rule of evidence we have, on this point, is that witnesses must have personal knowledge of the matters about which they testify. And I read that Knox White said something on WYFF is never going to be admissible under the Rules of Evidence. So, that is the issue right know. Who do they have who is going to get up and say, this is what Carroll Campbell did? I don't think they have a single person who knows Carroll Campbell. They couldn't testify about what Carroll Campbell did, why he did it, or why this courthouse was named.

I am not seeking any kind of punitive measure for what he said in opening, what I am just saying is that was a -- and I don't mean it was intentionally done -- I am not trying to blow this into a bigger deal, but when a jury hears something like that, it is very hard to unring that bell without a curative instruction. That is a separate issue.

The big issue is, are they going to be allowed to get up there and say, here is the history of BMW as I have read it in news accounts? No. The Rules of Evidence have specifically devised to keep that kind of thing out and limit testimony to things of which people have personal knowledge. And he never once refuted my

statement that none of their witnesses have personal knowledge. He never once refuted my statement that none of his people were ever even employed at the time or had any involvement either in the recruitment of BMW, which occurred between '89 and '92, or the naming of this courthouse.

So, I made a motion, he hasn't responded to that, hasn't provided you any evidence, hasn't told you how it is going to happen. So, with that, Your Honor, I think he hasn't given you any basis for denying the motion.

MR. MCCOY: Your Honor, obviously, first of all, if we have a witness that gets on the stand and starts to quote from an article, Mr. Murphy has every right to object to that. I mean, that is his right. But we have told you when we had the sidebar on this issue we do have a witness who can talk about Carroll Campbell. I know Mr. Murphy doesn't believe --

THE COURT: Why would we be talking about a deceased politician? What is the relevance of that to why we are here this week? What relevance is it what Carroll Campbell did or didn't do.

MR. MCCOY: Other than the history of our company in the United States and he played a role in it. That is the significance.

THE COURT: All right. Anything else on this?

MR. ROZELSKY: Nothing, Your Honor.

THE COURT: Here is my ruling. This case, first of all, is being tried in Greenville because that is where I said it would be tried. There is some information in the motion that the Defendants wanted the case tried here so they could talk about the name on the building. The Defendants did not request that this trial be held in Greenville. The Defendants requested that the trial be held in Spartanburg because Spartanburg was closer presumably to the plant and where many of their witnesses and others associated with the defendants are located. And I indicated that I would not hold the trial in Spartanburg, but I would consider holding it in Greenville.

Anderson, which is my duty station, was not chosen for the site of the trial in part due to water quality issues identified by GSA after routine testing in or around November of 2025. And I have not held court in Anderson since then and we only recently received confirmation that those issues had been resolved and that the building is suitable for public use.

So, as to the request for the curative instruction in my preliminary instructions to the jury,

I instructed them on what constitutes evidence and what is not evidence and specifically told them that statements of attorneys and objections of attorneys are not evidence. And my last instruction, prior to the opening statements beginning, was to tell them to remember that statements of lawyers are not evidence. The jurors are under oath and their responses to the questionnaires they indicated that they can follow the law as instructed and I have no reason to believe that they will not follow my instructions. I think a curative instruction will only distract from the issues that are important in this trial and will possibly confuse the jurors and waste time.

Now, as to the request that I limit testimony of BMW witnesses to talk about the company and its history, I would note that considerable time was spent in direct examination of the Plaintiff on her history and background including her education, experience, and family history. Likewise, BMW is entitled to present some testimony about the history of the company, including when it came to South Carolina, the company's purpose, its products, and its people. So, just as the Plaintiff is entitled to present who she is as a person to the jury, the Defendant is entitled to present similar testimony to introduce the company to

the jury.

So, I am not inclined to enter an Order as to what testimony on behalf of the BMW Defendants is admissible and what is not admissible before hearing it. That said, I don't know that we need a lot of testimony about former politicians, or the naming of buildings, or state government recruitment efforts as I don't know how that is relevant to this case.

So, the motion for a curative instruction is denied. The motion for an instruction that statements of lawyers are not evidence is granted as this will be in the Court's standard instructions at the close of the case. The motion to impose limits on the testimony of BMW witnesses is denied at this time subject to any objection made during such testimony. But, again, BMW is entitled to talk about the history of the company, but I don't think we need to spend a lot of time talking about the politicians who were probably involved in that process, or the Department of Commerce, or the Council on Economic Development, or the name on this building. Let's get to this and get moving. Okay?

MR. MURPHY: Thank you, Your Honor.

MR. MCCOY: Thank you.

THE COURT: Anything else before we bring the jury in?

MR. ROZELSKY: Not from AG, Your Honor.

THE COURT: All right. Let's have them.

(Whereupon, the following was heard in the presence of the trial jury)

THE COURT: Welcome back, members of the jury. I appreciate your patience. We have been working on some matters and I believe we have made progress in streamlining things for you.

Mr. Murphy, did you have any other witnesses at this time?

MR. MURPHY: No, sir.

THE COURT: All right. I will be glad to hear from the defense.

MR. MOODY: Your Honor, BMW MC calls Dr. Robert Englehorn. I have him in the room outside, I will be right back.

THE COURT: Okay.

THE COURT: Sir, please come to the front to be sworn.

THE CLERK: Raise your right hand.

ROBERT ENGELHORN, having been first duly sworn, testified as follows:

THE CLERK: Please have a seat in the witness stand.

THE COURT: Come around, have a seat in the

witness box here.
THE COURT: Proceed.
MR. MOODY: Your Honor, may I move around freely? I don't mean to be rude by moving around without the Court's permission.
THE COURT: Yes, sir.

DIRECT EXAM

BY MR. MOODY:
Q. Please state your name.
A. Robert Englehorn.
Q. All right. And do you have a degree whereby you earned the title of doctor?
A. Yes, sir.
Q. So, if someone has referred to you as Dr. Robert Englehorn, that is you?
A. That's me.
Q. All right. And I know that you prefer that we call you Robert, is it okay if I call you Robert?
A. Sure.
Q. Robert, would you please tell the jury a little about yourself, and I am going to break it down. Where were you born?
A. I was born and raised in Bavaria close by Munich.
Q. And Bavaria close by Munich. What year were you born, sir?

A. Gesprach.
Q. What year?
A. 1970.
Q. Thank you. Fifty-five years old?
A. Yes, sir.
Q. Let's talk just briefly about your education. How far did you go in school?
A. I finished with German gymnasium.
Q. When you say "German gymnasium," can you spell that for Ms. Bull?
A. G-y-m-n-a-s-i-u-m.
Q. That is the equivalent of a high school diploma?
A. Yes, German.
Q. How old were you when you got that?
A. Nineteen.
Q. Nineteen years old. What did you do next? Did you do the equivalent of a college in the United States?
A. No, I first executed my duty, I was in military service in Germany.
Q. What did you do in the military, sir?
A. I was a German paratrooper for 50 months.
Q. You jumped out of planes?
A. Yes, sir.
Q. All right. You had military service that you had to complete, right?

A. Finished as a Sergeant.
Q. So, you finished as a Sergeant?
A. Exactly.
Q. In the military. All right. After the military service, what did you do, sir?
A. I started my studies at the University of Munich in terms of mechanical engineering.
Q. All right. How long did you go there?
A. I was there for two-and-a-half years and I finished my studies in Berlin with diploma of manufacturing engineer.
Q. So, you finished your college being a manufacturing engineer?
A. Yeah, which is equivalent here to a master's here in the U.S.
Q. Equivalent to a master's degree?
A. Yes.
Q. Thank you for that.
After you received your master's, what did you do, sir?
A. I went further on to university doing my Ph.D. thesis for another five years.
Q. So, you continued to do a Ph.D. thesis for five years, how old were you around that time?
A. I finished my Ph.D. thesis at 32.

Q. You were 32 years old.
Now, sir, you have not been here, but there has been some testimony that you made a comment about a boat to the employees at the plant of Spartanburg. Could you please tell the jury about your experience with boats?
A. In my former times, long years ago, I was heavily practicing rowing, participating in row championships, and also being German national championship. Was always in the team boat. I was a coxed four in the eight and, therefore, we all sitting in one boat because it is all about losing and winning together in the boat, any race together. So, I am really a fan about team support.
Q. All right. So, you are a former world championship competitive athlete for rowing?
A. Yes, sir.
Q. You did that on behalf of the country of Germany?
A. Yes, sir.
Q. You said you were a national champion rower?
A. Yes, sir.
Q. So, does your athletic background inform you as to how you are a professional today?
A. Yes. I think it is about endurance, it is about, kind of, having ambition to reach goal. It is about, again, sitting in one boat as a team doing the

exercising together. Also going through hard times to reach the goal. And it really gave me a lot here for my personal career.
Q. All right. So, there was a comment that has been testified to that you said, we are all in the same boat, something to the effect, if you have a problem raise your hand?
A. Absolutely.
Q. And we are going the extra mile. So, is that referring back to how you came through as a competitive rower?
A. Yep, absolutely. Also want to explain the hours per week training, and so forth, you need some endurance about doing that.
Q. Thank you, Robert.
Your professional experience, you said you received your doctorate, and what was your doctorate in?
A. In manufacturing engineering.
Q. What does that mean?
A. So, it was about improving quality efficiency, about really putting the manufacturing to the next steps to achieve the next level of having the innovations and the leapfrog above other industries.
Q. So, you are a doctor in manufacturing engineer?
A. Yes, sir.

Q. And if we, in the United States, hear that term German engineering and advertisements or whatever, would you be the embodiment of a German engineer?
A. I would hope so, yes, sir.
Q. Okay. Thank you.
Professionally, did you start working for BMW after you received your doctorate?
A. No. I worked close to ten years in a German truck company named Mann Trucks.
Q. That is Mann Trucks, M-a-n-n?
A. Exactly.
Q. That is a truck company that predominantly services Europe, correct?
A. It is predominantly Europe, yes.
Q. And in the United States we have totally different rules and regulations for tractor trailers?
A. Yes. Navistar is a subsidiary, for example, so they are internationally, but Mann truck was mainly based and served for Europe.
Q. Here in the states we have Mack trucks and Volvo trucks, would Mann be kind of an equivalent to one of those companies?
A. Yes.
Q. How long did you work for Mann?
A. Nine-and-a-half years.

Q. What did you do for them, sir?
A. I was -- had several units there. It was drivetrains and gear boxes, was heading the tractor assembly, was heading Plant Munich, as well.
THE COURT: What was that last one?
THE WITNESS: Plant Munich.

DIRECT EXAM CONTINUED

BY MR. MOODY:
Q. So, what year did you enter BMW?
A. It was 2011.
Q. 2011. We know you are still with BMW, correct?
A. Yes, sir.
Q. From 2011 until today, have you worked for a BMW Company?
A. Yes, sir.
Q. In 2011, for whom did you work at a BMW company?
A. I think it was maybe close two handful of different positions: I was in planning, body shop planning; I have been to Plant Regensburg for painted body operations. I was then four years in China heading operations.
Q. Let's stop right there. You were four years in China?
A. Yes, sir.
Q. And you headed operations in China?

A. Yes, sir.
Q. How many plants were you responsible for in China, sir?
A. Three plants.
Q. Three plants. I will ask you this question so hopefully we can move faster, as the head, were you the President and CEO in China?
A. Yes, sir. Of manufacturing.
Q. I'm sorry?
A. For manufacturing.
Q. For manufacturing.
A. Sales is another division.
Q. All right. Thank you for that.
So, you were President and CEO for manufacturing China, just as you are here in the United States?
A. Yes, sir.
Q. So, when you were in China for the four years, did being on that international assignment in China help you decide how an international plant should be organized from an HR perspective?
A. Sure.
Q. Tell us about that, please.
A. Heading operations in China also have numerous obstacles and hurdles to overcome and there is always

vital, specifically I was in China, to have local competence who knows about Government, who knows about education, who knows really about the plant itself, have a deep-rooted experience there to go forward.

Q. All right. So, in China, when you chose your Vice Presidents, what did you choose to do for Human Resources in China?

A. I choose a local one.

Q. Okay. Is a local the same as a domestic?

A. Yes, sir.

Q. Okay. How did that work for you, Robert, in China, having a local Vice President of Human Resources?

A. It went pretty well because he was aware about the politics. Don't forget that the Communist Party is somewhere always on the table, he knows about unions, he knows about the work force. And at this point in time, nowadays it is different, so there was a huge increase of volume and structure on the yearly basis. So it was real vital to have a few people in business and know the business for years in China.

Q. So, it was important to have someone who knew the business and knew the business for years. Was it also important for someone to know the people locally?

A. Absolutely. Car production is all about people,

people, people, people who are running the business and that, for sure, also was the case.
Q. All right. Thank you for that. So, four years in China, where did you go next?
A. Next they pulled me over to headquarters to run Plant Munich, which is, I think, the first place of BMW 1923 starting there with motorbike production and getting there the task including the partner plant in Mexico, San Luis Potosi.
Q. So, you were in Munich and you had responsibility over the Mexican plant, the Plant in Mexico, in San Luis Potosi?
A. San Luis Potosi.
Q. So, you were the head of the plant in Mexico, as well as Munich; is that correct?
A. Yes.
Q. So, how long did you do that, sir?
A. For three years.
Q. Three years. What happened after those three years?
A. After those three years we are still during COVID, I was asked to have the honor to overtake Plant Spartanburg, including also the plant in south Africa, Plant Rosalyn from 2021 on forward.
Q. So, you left Munich, in that assignment over in

Mexico to Munich, to come to Spartanburg, right --
A. Yes, sir.
Q. -- Plant Spartanburg.
You mentioned it was an honor, why is it an honor?
A. Spartanburg is the single biggest plant we have in the network. At Plant Spartanburg we produce the X model, which is relevant for big contribution to BMW AG to the overall business. There is always the saying is, if BMW Manufacturing has a cough, BMW headquarters has fevers, and so I was very pleased and honored to be asked to guide and lead the plant.
Q. How many large production plants are in the BMW Group network?
A. I think roughly ten.
Q. Roughly ten. And there is -- there are additional locations, about 30 locations in the entire network, correct?
A. The smaller ones, the SKDs, where you have to import parts, for example, like Thailand, like Malaysia, like Vietnam, to assemble their cars, plus there are only ten per (inaudible) vehicle blocks.
Q. But we have ten big ones?
A. Exactly.
Q. So, where does Plant Spartanburg rank in the

network?
A. Number one.
Q. Number one. So, Plant Spartanburg here, right up the street, right up the interstate is the number one plant in the production network, right?
A. Yes, sir.
Q. Thank you, sir.
I just want to make sure that the record is clear, you are the President and CEO of BMW MC; is that correct?
A. Yes, sir.
Q. Is there anybody that ranks higher than you at BMW MC?
A. Nope.
Q. And you have been serving as the President and CEO for how many years?
A. Proud now for four-and-a-half years.
Q. Four-and-a-half years?
A. Time flies.
Q. Robert, where are the BMW vehicles that Plant Spartanburg makes, where are they designed?
A. The vehicles are designed in Munich, designed and engineered.
Q. The vehicles that you make when you were over in China, where were they designed?

A. In Munich.
Q. The vehicles that the plant in Mexico makes, where are they designed?
A. In Munich.
Q. And I think you also said you had responsibility over a plant in South Africa or did I mishear?
A. You are correct.
Q. Where are they designed?
A. Munich.
Q. As the top executive at BMW Spartanburg, you said Plant Spartanburg is ranked number one, do you compete with the other plants?
A. Absolutely.
Q. Why?
A. So, BMW looks to make high-level premium cars for best manufacturing prices on the global scale and level. So for sure we are competing, specifically with these new models, all the other plants for the model and location we compete in efficiency, we compete also in quality. So, if we deliver bad quality to our customers, we are not considered anymore as number one activity. So, it is a constant fight in terms of quality efficiency, together with our people, and the ideas of our people to maintain the number one position.
Q. All right. So, let's talk about BMW MC and the

relationship with MC in Plant Spartanburg and headquarters. Do you, as the BMW MC CEO and President, are you allowed to operate on an island with no accountability?

A. For sure we make our own decisions, but we are embedded in a network, as you said. The cars are designed, engineered in Munich. We are part of a global production system with standards. We also competing for investment money out of the global headquarters. And so we are not alone on the planet, we are embedded in a network.

Q. You are not alone on the planet. Do you share things with other plants?

A. Sure. We share the best practices. We share also people. Send people to do support, for example, at our Africa operation. We send people to Munich to witness the first car built of the next car generation upcoming, so we, yeah, working in a global environment and being part of a global environment.

Q. The Plant Spartanburg, how many countries do you export to?

A. We export currently to over 120 countries through the world. You can be sure every -- outside China, every X5, X6 and X7 and XM you see globally on the planet comes here from the Upstate.

Q. And in a bit of irony, is the largest export country Germany?
A. No, we are the single biggest exporter by value at Plant Spartanburg for 12 years in a row.
Q. So BMW MC is the single largest exporter by value?
A. In the U.S.
Q. In the United States for 11 years in a row. Do you know which country receives the most vehicles from Plant Spartanburg?
A. At the moment it is Germany, then followed by Japan.
Q. All right. So, we literally export the most vehicles from South Carolina to Germany and Japan, right?
A. Yes, sir.
Q. Thank you.
Is it important for Plant Spartanburg to have a strong relationship with headquarters?
A. Absolutely. Again, as I said, we are not alone on the planet. We need to align up front the vehicles coming to the plant, we need to align on strategies, we need to align on the competition. And so the connection and the deliberation and cooperation, which is the headquarters, is of utmost importance.
Q. We are the number one plant in Spartanburg. Are

we also considered something called a lead plant, l-e-a-d?
A. Yes, sir.
Q. What is -- can you tell the jury what that means briefly?
A. We are after -- we are the lead plant for X models, so that means every X model here running globally in the world needs to come to our table to be of the design and engineering in terms of manufacturing opportunities, in terms of really having the right industrialization also toward our suppliers to bring these new babies to the light. For example, including here South Africa and China, as well.
Q. So, does Plant Spartanburg set the standard for the X model?
A. Yes, sir.
Q. And does Plant Spartanburg push forward in new product releases?
A. Yes, sir.
Q. And do you have new product releases going on at Plant Spartanburg that nobody knows about right now?
A. Yes, sir.
Q. Top secret stuff?
A. Top secret. Took long time, but still.
Q. I'm sorry?

A. For a couple of months.
Q. Okay. So, let's talk about this 2021 to 2023 time period. You mentioned that you were coming to Plant Spartanburg, it was an honor to run the plant. The business environment then in 2021, to the best of your recollection, what, other than COVID, what was happening at Plant Spartanburg?
A. Numerous activities. I think you are all aware the car industry is in globally ever reaching the same. And the big transformation, big shift over towards electrification.
Q. So, in 2021, the car industry was in a shift towards electrification?
A. It still is.
Q. I am sorry to interrupt, please continue.
A. It was basically the time was to think about how to set up Plant Spartanburg for the next common generation, for the next flag level, and to really foster the future looking toward Spartanburg, still maintain the position number one, which we truly like, and to anticipate what is needed for that.
Q. All right. So, lots of people work at Plant Spartanburg, right?
A. Eleven thousand (11,000) plus.
Q. And with your leadership, there has been

expansion, hasn't there, sir?
A. Absolutely.
Q. We know that there is a new plant in Woodruff, don't we? Can you tell the jury about that briefly?
A. There is only one example about our big expansion, so we founded Plant Woodruff in 2022 to really cope with the battery assembly. They are looking to under 20 countries on the vehicle supply with a couple of hundred people additionally at the work force, which at the moment close to 300 already on-boarded and still growing.

We also have other activities aside. So, we needed to expand our logistics operation, building, setting up a new logistic center at the airport or south of the plant as a second one. We built up complete new press shop the first year in the U.S., it was over a hundred people to be employed. And we expanded also our body shop operations and also our assembly towards the new car generations able to build the batteries that are inside of the card.
Q. So, you are preparing for the future?
A. Yes, sir. We have, at this point in time, 2022, we have been honored to announce that the single biggest investment in South Carolina was 1.7 billion U.S. dollars, that was lost a couple of months later by some

other folks, but at this point in time, we had ben the one.

Q. That's fine. With all of these operations, new plant in Woodruff, press shop, logistics center, you needed to hire a whole lot of new people, too, as well?

A. Absolutely. We needed the best because we are talking about new technologies. It is not only the batteries, but it was the interior of the cars, specifically electric, electronics, homologation, renegation (phonetic) --

THE COURT REPORTER: Sir, what was that word?

THE WITNESS: Electric and electrification.

THE COURT REPORTER: You said homologation?

THE WITNESS: This last one was homologation, yes, sir -- yes, ma'am. I'm sorry.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. What is the word?

A. Homologation. Sorry for this technical term.

Q. No, that sounds like an engineering term.

A. But it is important, if you are looking to deliver to hundreds -- 120 countries, and every country has a specific needs in terms of emission, in terms of revolution (phonetic) for the cars. So the cars shipped

to China or ship to Japan, they are different like we ship and deliver here to the U.S.

Q. So, are you trying to say they are in compliance with country regulations?

A. Yes, sir. Thanks for making this term easier.

Q. You speak English better than I do. So, we have all of these things going on, you need to hire people.

A. Yes.

Q. The HR Department at Plant Spartanburg, did you view that as a very important aspect of your leadership team?

A. It is one of the most important because, as I said, at the end it is all about people, it is all about their knowledge, it is all about their passion, and it is all about the willingness to drive us together forwards.

Q. Who did you select to be your TX-6?

A. TX-6 was one of my first decisions to make here in the U.S. because TX-6, when I entered, was Christine Petrasch, and it was clear that she will leave after her expat assignment in a couple of months later and, therefore, this decision was one of the first ones to get here on my side.

Q. All right. So, TX-6 -- thank you, Mr. Murphy. And I also apologize, you came in to be here for this

trial, right? You have been travelling?
A. Yes, sir.
Q. All right.
A. And working this morning.
Q. Okay. Why did you choose Sherry McCraw?
A. Well, that was the first decision, and based on my past experience, I was looking here for a leader with knowledge, with having the knowledge about the plant, about the people, about the government, about the training, and about the past experience here over the last decades. Again, stating that the people and hiring people is one of the utmost importance.
Q. All right.
A. And because the question was, why I choose Sherry McCraw to be the successor, Sherry truly has all of this knowledge.
Q. All right. So, how do you know that Sherry McCraw has the knowledge that you were seeking in the Vice President of Human Resources at Plant Spartanburg?
A. Sherry McCraw was basically here in the -- when the plant was founded. She witnessed all of the growth over the decades. She had a good background, solid background in engineering and planning. She had a good and solid background about the people heading the assembly operation, very successful for a couple of

years. She also, this is important, also on the final side because you are going to compete with these other plants, she was heading here BMW Manufacturing for couple of years as a CFO.
Q. She had been Chief Financial Officer?
A. Exactly. And she had also vast international experience in Munich, and in the network, a good standing and, therefore, she fitted perfectly for me to be the VP of HR. Including, as I stated before, the experience I have made throughout the last years having someone really to be connected here to the community as a local is truly helpful.
Q. Was she well regarded in the production network?
A. Absolutely.
Q. And one of the reasons is because she had run finance, right?
A. Yes, sir.
Q. She had been on an international assignment and other people knew her from years ago?
A. Yes, sir.
Q. Do you have any knowledge of her going to Munich and pushing for Plant Spartanburg to have new models?
A. Oh, gosh, I do.
Q. Do you have knowledge of what she did as the chief person for assembly?

A. Yes, sir. She put up the next model generations on the line, also having very good relationship with and to the people developing local talents as well. So, perfectly suited.
Q. And being the leader of assembly, she knew what people problems could be in manufacturing?
A. Absolutely.
Q. She had navigated manufacturing during COVID, right, sir?
A. Yes.
Q. So was taking her out of assembly a subtraction from assembly?
A. Oh, it was a win for the plant having new VP of HR.
Q. And did you feel comfortable with assembly if you needed to run it?
A. Yes, sir.
Q. Because that is what you do, right, sir?
A. Absolutely.
Q. All right.
A. It is my profession.
Q. When you went to Ms. McCraw and said I want you to be my VP of HR, how did that go?
A. Well, it was a hard discussion because first of all she was not so excited to takeover this role. So,

it took us some discussions over that because she really loves what she did, but Sherry is a professional one, I could win her over, was quite happy that this materialized finally.
Q. So, you won her over?
A. Yes, sir.
Q. You persuaded her?
A. Yes, sir.
Q. Did it take more than one conversation?
A. Maybe two.
Q. All right.
Sir, are you telling the jury that you were personally involved in choosing the Vice President of HR?
A. Yes, sir.
Q. Did anyone else choose your Vice President of HR at Plant Spartanburg?
A. No. Final decision up to me.
Q. Robert, you are aware of the role called TX-60, right?
A. Right.
Q. Before we start talking about these roles, you have been in plants around the globe. Is the United State's work force unique?
A. Every work force is unique, every people are

unique. Certain specialities with regard to the laws, the community, but to be honest, all work forces, it is one of the best ones in the network. Proud, strong South Carolinians with rolling-up-the-sleeves mentality, and I am very happy to have this work force here.
Q. Wonderful.
So, the TX-60 role is compensation, benefits, steering, planning, et cetera?
A. Yes, sir.
Q. Is that a role that is important to have a connection to the production network?
A. It is of utmost importance.
Q. Why?
A. Because it is one of the main interfaces to the network. And as I described at the beginning, we are not here alone on the planet, this is the connector here on the HR side to the network itself.
Q. All right. Would you describe that as a technical position?
A. Yes, sir.
Q. When you became the President and CEO, you are aware Ms. Dawsey had been in TX-60 for seven years, right?
A. I learned about that, yes.
Q. Is that typical for someone to be in a position

that long?
A. Typically I think we are almost asked to switch positions every three to five years, seven years closer to the end.
Q. Why in the BMW culture are you encouraged to move?
A. It is for business reasons because in a big company, the work is so divided, so after a certain period of time, you have to bring your knowledge to a new function. You have to bring your expertise to foster also a new role. And that is also I think was many, many good examples, a role model over the last decades.
Q. So, you move people for business reasons?
A. Absolutely.
Q. Does it also help the person?
A. Yes, sir.
Q. How does it help the person to move their role?
A. I can only -- well, the first maybe job shared by myself, so I moved several times on the global basis, and maybe even thinking why do you have to move? What is the next position will be about? But it really fosters your personality, gives you a growth of your view, and it gives you additional benefits in your personal life, as well.
Q. Is it important for BMW MC employees to understand

what is happening in other technologies or areas of the plant?
A. Sure. Because, again, our world is relatively work divided, and, therefore, you have to bring your knowledge to the next level position and getting there the next five level.
Q. So, somebody working in HR, it is important for them to know what is happening on the production line with somebody building a car?
A. Absolutely. And vice versa by the way.
Q. All right, sir.
You chose Sherry McCraw as the Vice President. There has been some discussion of a lady named Eva Burgmeier. Can you tell us how you knew Eva Burgmeier?
A. I knew her from my role in Munich heading the other plant. She was a rising talent, a rising star in the HR business. She was willing also to work abroad getting additional knowledge.
Q. She was open to an international assignment?
A. Exactly. Exactly. And we had a relatively good relationship from a future role Plant Munich towards the HR so that is how I knew her.
Q. And in her role in Munich, was she exposed to global best practices?
A. Yes, sir.

Q. From the entire production network?
A. Yeah. She had been in numerous roles. To my knowledge, was also back in the plant (inaudible) thing, and she had been on the compensation benefit side. She had been on the relation with the union and works council, which are very important in Germany and in Europe, so really had broad knowledge in HR.
Q. And she knew what other plants were doing. Did you have a hope that she could bring best practices that other plants were doing to Plant Spartanburg?
A. Sure.
Q. When you were considering Eva Burgmeier as an international candidate to come to Plant Spartanburg, was her nationality a consideration --
A. No.
Q. -- in your decision?
A. Nope. It was about talent and qualification.
Q. Right.
Sir, did you demand that Eva Burgmeier takeover the TX-60 position?
A. No.
Q. So, how did Eva Burgmeier end up being proposed for TX-60?
A. I talked to Christine Petrasch, she was heading TX-6, was head of HR, she might think about an idea

how to embed, for example, Eva in your first line, and she came up with the idea to a TX-60 role.
Q. So, you asked the existing VP of HR, Christine Petrasch, is there a position that we can put Eva Burgmeier in in the Department Manager position that could benefit Plant Spartanburg?
A. Yes, sir.
Q. Is that a fair way of saying it?
A. Exactly.
Q. Thank you.
And you told that to Ms. Petrasch and she went to work, right?
A. Yes.
Q. All right. So, there is a couple of documents we are going to look at real quick. Let's go ahead and do Defendant's 18, Ms. Fowler.
Robert this, first page has a lot of non-English language other than the email headers and signatures.
THE COURT: Excuse me, you said Defendant's 18?
MR. MOODY: Yes, Your Honor. I apologize once again, it is offered if not yet admitted.
THE COURT: It is admitted.

DIRECT EXAM CONTINUED

BY MR. MOODY:
Q. Robert, I will ask you, do you remember the email

chain?
A. Yes, sir.
Q. And English is not your first language, right?
A. Nope.
Q. How many languages do you speak, sir?
A. Including German, three.
Q. Three. So English?
A. Yes, sir.
Q. What else?
A. French.
Q. Do you speak any Mandarin?
A. Oh, yeah, you are right, it is so tiny I can order food and drive a taxi, but that is maybe it.
Q. So, can you order food and do a taxi in Mandarin, that is more than I can do.
A. Rules of life.
Q. So, English is not your first language?
A. No, sir.
Q. German is. So, Christine is communicating with others, Eva Burgmeier and another lady, and then she copies you with this on 9-23 and it says -- Robert, can you tell the jury what the next words mean in English?
A. Means "memo for your information."
Q. All right. For your information.
Ms. Fowler, let's go to the next page.

Now, Robert, there has been testimony in this case that all of this HR reorganization, that it had not become disseminated in the plant about what is going on; is that correct?

A. Yes, sir.

Q. And you have not announced that you had chosen Sherry McCraw to be the Vice President of Human Resources, correct?

A. Yes.

Q. And when you chose Sherry McCraw to be the Vice President of Human Resources, you knew that she had to be at assembly until the spring of 2022, right?

A. Yes. Had some discussion about the end date of Christine Petrasch and we realigned in the spring of 2022.

Q. So, thank you for that. There was discussion and testimony already so we don't have to plow the same field, that Ms. Petrasch's international assignment was supposed to end at the end of 2021, right?

A. Yes, sir.

Q. And did you go to her and ask for an extension for her to stay over three months until Sherry McCraw could enter as the Vice President?

A. Yes, sir. Because leaving assembly is also not a topic you can do by fingers snapping there, you need to

talk about proper succession.
Q. So, there was a transfer of responsibility that you needed a lead time to make that transfer?
A. Yes.
Q. Okay. And if we look at this attachment here, we see that this is something from Ms. Petrasch, right?
A. Yes, sir.
Q. This is her planning, as of September 23rd, we have Eva Burgmeier, she put in TX-60, correct?
A. Yes, sir.
Q. She has Kelly Dawsey proposed for TX-61 and she has Corey Epps proposed for TX-64, right?
A. Exactly.
Q. And then Scott Medley, who was in TX-64, was proposed for a project, correct?
A. Yes.
Q. Did you have a meeting with Ms. Petrasch and Sherry McCraw to discuss this proposed organization on October 1st or 2nd?
A. Yes.
Q. Would you tell the jury about that meeting and this proposal?
A. For me it was key because the intention there was to put Sherry McCraw in the position of HR VP and taking over this responsibility to get a clear alignment on

this proposal. So, we had a meeting together with Christine and Sherry to discuss about this proposal.
Q. All right. Ms. Bull is keeping up, let's come down. Let's come down to 40 miles an hour.
A. Okay.
Q. All right.
A. Try at 35.
Q. That will work. There has been testimony in this case that ultimately Corey Epps stays in TX-61 and Ms. Dawsey is proposed to go to TX-64, are you aware of that?
A. Yes, sir.
Q. Was that a result of the meeting that you had with your Vice Presidents?
A. Yes, sir.
Q. What happened on October 1st that this proposal of Ms. Dawsey going to 61 and Corey Epps going to 64 was somehow changed?
A. There was a clear argument from Sherry McCraw in multiple dimensions to change this proposal. One was that Corey Epps only had been in the position since --
MR. MURPHY: Your Honor, I have to object on hearsay if he is testifying to what Ms. Petrasch said.
MR. MOODY: I think he is talking about Ms. McCraw.

MR. MURPHY: If it is Ms. McCraw, it is still hearsay.
MR. MOODY: I am not offering it for the truth of the matter. I am offering it for his understanding of the organizational development.
THE COURT: I overrule the objection.
MR. MOODY: Thank you.

DIRECT EXAM CONTINUED

BY MR. MOODY:
Q. Robert, could you please continue in your discussion about Corey Epps and TX-61 and the reasoning about Corey Epps in TX-61?
A. Corey Epps was only a -- for a short period of time in this function, and moving him after he was one year doesn't make too much sense, first. Second, he came really along, 61 is really connected to the people business.
Q. People on the floor?
A. People on the floor with regards to the management team on the floor, the section leaders. And he came out of production -- Corey Epps came out of production.
Q. So, Corey Epps had actually worked in production?
A. Exactly.
Q. So he knew how to assemble cars?
A. Yeah.

Q. And he knew people on the floor?
A. Absolutely.
Q. And the TX-61 is a position in the HR Department that primarily deals with face-to-face dealing with people on a daily basis?
A. Absolutely.
Q. And is that a position where the person gets out of the office and goes and walks around and visits with associates?
A. Absolutely.
Q. Is the TX-60 a position where the person is primarily in the planning office?
A. Yes, sir.
Q. So, did you leave that discussion with a belief that Corey Epps was the proper person to continue serving in TX-61?
A. Yes, sir.
Q. Sir, was Corey Epps's race a factor in any of your decision-making?
A. Nope.
Q. And you are aware that Corey Epps is an African-American male, right?
A. Yes, sir.
Q. Did race have any factor in your decision-making?
A. Nope.

Q. Was it really a decision about what was best for the business?
A. It is all about business needs for the sake of the people and the plant.
Q. What is the purpose of BMW MC?
A. It is about delivering excellent cars to customers and having employment here and grows in Upstate South Carolina.
Q. So, ultimately, Robert, the purpose of BMW MC is to produce vehicles on a daily basis; is that correct?
A. Fifteen hundred (1,500) per day, over 420,000 per year.
Q. Did Corey Epps status as a man have anything to do with him staying in TX-61?
A. No.
Q. Did you also learn in that meeting that there was an issue about Corey Epps's personal grade in that he had not been promoted as he was promised in April?
A. I heard about it, but I was not familiar with it.
Q. Did you leave that to your Vice President and others to fix it?
A. Absolutely.
Q. Do you know whether they fixed it?
A. They fixed it.
Q. Thank you. Sir, there has been another exhibit,

Ms. Fowler, if we go to 11 or 23, defense exhibit 23, Your Honor. Ms. Fowler, if you will show the face sheet real quick.

Robert, this is a workshop that is dated November 11, 2021. Ms. Fowler, if we go to the next page. And we have talked already about item 11. Sir, do you remember on November 11th being present at the CTC Dogwood to address the Department Managers in TX-6 about Sherry McCraw being announced as the new Vice President of HR?

A. Yes, I do, sir.

Q. How did you think that workshop went?

A. It went really well. It was -- the talk was well presented also as to reasons, as to movement. And I asked the team, everybody was fine with it. If you have anything. Please raise your hand. And I felt was full commitment and pushing forward for the changes and the challenges we see or what we saw at this point in time in Plant Spartanburg.

Q. Because there was big work to be done?

A. Absolutely.

Q. And if we go to exhibit Defendant's exhibit 24, Ms. Fowler. And if you would go to the last page of that, three pages from the end, it is BMW MC 2660. Come two over. All right.

As of November 11th, sir, is this your understanding of your team from an HR perspective?
A. Yes. Very proud at this point in time to have this lineup.
Q. Were you excited about it?
A. Absolutely, it was amazing.
Q. Were you excited about Kelly Dawsey being in TX-64?
A. Absolutely. I knew her doing a wonderful job in TX-60. After seven years, we desperately needed her experience, her knowledge to help us here in the function of TX-64 because, not to mention, four digit number of people that needed to be hired.
Q. All right. So let's talk about TX-64. TX-64 is not a position that exists in any other plants that you have been in, right?
A. Nope.
Q. This would be a uniquely Plant Spartanburg position, right, sir?
A. Yes, sir.
Q. And do we have issues about getting qualified people to work at Plant Spartanburg?
A. We have. We have specifically and also nowadays, but 2021, I still can recall we have an unemployment rate of two percent. It was really kind of hard after

the COVID to get the right people in there. So, they needed to, we need numerous on-boarding activities, also on the national U.S. level, also international level to attract the right talents here to the Upstate to help us with the business, and this is only one part of the job description here.
Q. All right, sir. Did you have an understanding about the strengths of Kelly Dawsey and her ability to perform these functions in TX-64?
A. Absolutely.
Q. Where did you get that from?
A. We had experience for a couple of months performing her -- to her role of TX-60. She was professional, she was committed to BMW, and she has a vast and broad knowledge about the HR business.
Q. Did Sherry McCraw speak highly of Kelly Dawsey's ability to be a TX-64?
A. Yes.
Q. Did Christine McCraw give you a favorable impression of Kelly Dawsey's ability to push TX-64 forward?
A. Thumbs up.
Q. Were you excited about this organization?
A. Absolutely.
Q. So, we know that Kelly Dawsey resigned and gave

notice of her resignation on January 3rd and her last day at the facility was January 14th. Are you aware of Kelly Dawsey experiencing any reduction in pay while she worked at BMW MC?

A. Nope.

Q. Was she demoted?

A. Nope.

Q. Did you view her going to TX-64 as a demotion?

A. Nope.

Q. Have you ever demoted a Department Manager in your experience at BMW MC?

A. Nope.

Q. Do you demote people?

A. If necessary, yes; but in this case, there was no necessity at all.

Q. And you haven't done so in Plant Spartanburg?

A. No.

Q. Did Kelly Dawsey ever move out of TX-60 before she resigned, sir?

A. No.

Q. Are you aware of any change letter being issued to her about going to TX-64?

A. Nope.

Q. Did you force her out?

A. Nope.

MR. MOODY: Ms. Fowler, can you go to defense exhibit 33?

Your Honor, I think defense 33 is already in.

THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. Robert, give us some context. Can you tell this jury what happens at BMW MC in December and January?

A. We have a breakdown, we have refurbishment, bigger maintenance in the plant for ten, fourteen days to be repaired for the next year and be prepared for the next upcoming models in the line.

Q. So, you used December and January, the holidays?

A. Exactly.

Q. To retool, maintenance, and prepare for new production?

A. Shortly before Christmas and normally ending beginning of the year.

Q. All right. So, kind of like restaurants in February when the kitchen closes have to redo the kitchen?

A. Right.

Q. So, when do you get ready to start back up?

A. It was the third or fourth of January.

Q. Third or fourth of January. And everybody knows

that, right?
A. Sure.
Q. And it is, I imagine, a pretty hectic time getting everybody back and starting back up, correct?
A. Yes. After the heavy dishes of Christmas and New Year's Eve to get all kicked off and thinking of the people working intensively between Christmas and New Year's Eve getting the lines ready to rumble back again, quite exciting time.
Q. Because the lines hadn't been running, you have to get ready to push 1,500 vehicles out the first day?
A. Absolutely.
Q. So, do you recall receiving this email that is in front of you?
A. Unfortunately, yes.
Q. And this is an email at the bottom where we see Kelly Dawsey is informing Ms. Petrasch of her resignation correct?
A. Yes.
Q. You are copied on this resignation letter, right?
A. Yes.
Q. How did the timing of her resignation impact the reorganization of the HR department?
MR. MURPHY: Object to relevance grounds, Your Honor. The relevance of the impact of her resignation

have to do with whether she is discriminated against.

THE COURT: I will overrule the objection.

MR. MOODY: Thank you, Your Honor.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. You may answer, Robert.

A. We all had been completely overwhelmed about this resignation because we communicated this cost and showed in the lines before about the new lineup of HR, making us bulletproof with all of the knowledge here of our leaders towards the future, and then all of a sudden and in between these break the resignation came in. So, we had been completely over the top, how you call it, couldn't understand why this came in at this point in time and that even why. Anyhow, it came in and so, how you say, it was kind of overwhelming to get this message.

Q. So, you are trying to get a plant restarted and you get a resignation from Ms. Dawsey so she would not be continuing into TX-60 and she was certainly not going to move to TX-64, correct?

A. Yes, sir.

Q. Sir, there has been testimony about you requesting a meeting with Ms. Dawsey in January, do you remember doing that?

A. Absolutely.
Q. Why?
A. Because, again, personally, I was overwhelmed because we set up good lineup of our first line, we talked to the people, we -- outlined the bullet-proofness of this new organization, and then all of a sudden the resignation came in and I want to understand why. It is about me looking bad, what happened there. So, it was a true understanding because, again. Besides, we have been screwed up for the organization, I was eager to know the background for that.
Q. Since you are a big team work guy, you wanted to know the reasons she resigned from the team, right?
MR. MURPHY: Your Honor, this is leading.
THE COURT: That was leading.
MR. MOODY: Yes, sir. I will try to do better.
DIRECT EXAM CONTINUED
BY MR. MOODY:
Q. Robert, from a standpoint of being the President and CEO, was there a disruption to the HR Department following this resignation?
MR. MURPHY: Your Honor, again, I will object. I don't see how any of this is relevant to the decisions that were made. What the effect of her resignation,

which occurred after the decision, isn't a part of this case.

THE COURT: Well, come up here and I will explain it.

(Whereupon, a bench conference was held on the record in the presence of the trial, jury but outside the hearing of the trial jury.)

THE COURT: Do you want to respond?

MR. MOODY: She claims she didn't have a job offer, so this is all in response to that. She claims she never got a change notice, didn't get a job offer.

MR. MURPHY: That is undisputed.

MR. MOODY: I think it is.

THE COURT: She was saying she was fired because she was discriminated against and this goes to her motivation for leaving. Was it because she was discriminated against or because she wanted to stick them in the eye?

MR. MURRAY: How is the effect of her resignation go to her motive of leaving? She wasn't fired, sir, she was never fired.

THE COURT: I think it is relevant as to why she left BMW.

MR. MURPHY: What they claim happened after she left, how is that relevant as to why she left? She

testified I left for these reasons, and that is fine for them to go into that, and they went into it a lot with the timing, but if they are going to sit here and say, look, we had a lot of problems because she quit, that is irrelevant to why they made the decisions that caused her to quit. They are trying to flip this case around saying, look at Kelly, look what she did, look what she did.

The issues in this case are why they decided to remove her from TX-60 and why they decided to put her in TX-64, that is it. She resigns in January. What happens after January has nothing to do with those issues. They are just trying to flip the narrative and say, oh, look what she did to us. That is not what this case is about and, again, I can understand now why it is going to be a two-week trial if we get into these issues. Those aren't the issues.

THE COURT: Why she left is relevant.

MR. MURPHY: Why she left, not the effect it had on them.

THE COURT: His testimony is going to, in part, his state of mind about -- his state of mind during this process and whether or not he was part of this -- of some effort to push her out.

MR. MURPHY: I agree is relevant. That is not

what this goes to. This is all post decision. The decision was made, they say, in November, announced in November and December. What all led up to that, I haven't had one objection to that, Your Honor. Okay. His role in it, all of that. I agree with you, fair game.

She leaves in January and now they want to say, oh, that caused us a lot of problems. That has nothing to go with his state of mind in making decisions in the fall. Has nothing to go to the state of mind and where she went. They are trying to now sit there and say, oh, poor us, look what her quitting did to us. That is completely relevant to his state of mind in making the decisions that led to this lawsuit. Completely irrelevant.

MR. ROZELSKY: His state of mind is, I believe she was going to be an integral part of this group, and she says they were demoting me, they were pushing me away, they were pushing me out, there wasn't a role for me. His state of mind when they were making the decision is, I am moving her to an integral role, and this shows how integral it was. It blew up when she left. That was the integral.

MR. MOODY: It wasn't for her employ, it was for business reasons they thought -- -

THE COURT: Whether it was or whether it wasn't, this testimony, I think, goes to his state of mind before the time she left. I think it is relevant to that. And you may be right and I may be wrong, but that is my ruling, so let's go on.

(Whereupon, the bench conference concluded and the following was heard in open court.)

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. Robert, how did Ms. Dawsey's resignation impact the planned HR organization?

A. The whole plan, how to master the future business needs, had been disrupted.

Q. All right. Is that one of the reasons you asked to meet with Ms. Dawsey?

A. Yes, sir.

Q. She didn't ask to meet with you, did she, sir?

A. Not to my knowledge.

Q. She never came to you to ask to see you if she had a problem after you offered that in September to the employees, right?

A. No.

Q. What were your personal feelings about the fact that Ms. Dawsey resigned?

A. I was personally disappointed because we truly set

up from the bottom this new organization to, again, enforce these vast challenges we have to overcome future wise, and, therefore I was down, to be honest.
Q. You were down. All right. Let's talk about that meeting. What do you remember about Ms. Dawsey coming to your office?
A. I was -- I remember I was asking the question for her reason for resignation and there had been two major statements: First was she was disappointed not to become the head of HR.
Q. Okay.
Let me ask you, had she ever told you before that she wanted to be the head of HR?
A. Nope.
Q. All right. I am sorry, the next one?
A. No. And the second one, as I recall, she was disappointed to be replaced by a German.
Q. Sir, did you have any intent to replace Kelly Dawsey with a German?
A. No.
Q. Did nationality of any of these people on the team ever enter your mind?
A. No.
Q. Is that a no?
A. No.

Q. What was your intent in building up this team that would serve alongside you as the President and CEO?
A. The intent to build this team, like I described, was to fit to the business needs, to cope with expertise, the knowledge of the management team, and to create a solid environment in the HR to cope with the challenges.
Q. Sir, you said we are all in the same boat, if you have a problem, raise your hand, we will go the extra mile. After that meeting with Ms. Dawsey, did you have an impression as to whether she was committed to the team?
A. Nope.
Q. You didn't have an impression?
A. Didn't have it.
Q. I'm sorry?
A. I didn't have the impression that she was any more part of the team.
Q. You felt like she was gone?
A. Yeah.
Q. Was there any reason to try to keep her at that point?
A. No.
Q. Did you feel like she was committed to another company?

A. Didn't talk about it, no feelings about that, no.
Q. All right. Thank you, sir.
Was Ms. Dawsey ever a candidate for the Vice President of HR?
A. Nope.
Q. And why is that, sir?
A. Normally, the process is to vet the candidate.
Q. The process is to vet candidates?
A. Yes.
Q. Let me see if I can help, if Mr. Murphy will allow, is that called a validation process?
A. Yes, sir.
Q. We have heard all about that. So, there are very few validated function level ones in BMW at Group companies; is that correct?
A. Yes.
Q. The only one in the United States is you, right, sir?
A. In manufacturing, yes; I have a colleague in sales.
Q. Thank you for that, I was wrong.
THE COURT: You have a colleague where?
THE WITNESS: Sales. Sales department up in New Jersey.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. So, there are very few level ones throughout the BMW Group complex?

A. Yes.

Q. And there are very few level twos throughout the BMW Group companies, right?

A. True.

Q. Is it a very difficult thing to become a function level one or function level two at BMW?

A. It is not an easy one, yeah.

Q. Why is it hard?

A. Because you need to underline your knowledge, your flexibility is very important. So, speaking for myself, I wouldn't have been a level one position without not going around numerous functions, numerous positions there, having a broad expertise, and willing to move throughout different functions.

Q. So, when the business has a need, you have to go, right?

A. Absolutely.

Q. Did you have a desire to go serve in China?

A. No. It was a task.

THE COURT REPORTER: It was what?

THE WITNESS: Task. Order. You can wish it might

be an order.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. They say they want you to go to China?

A. Yes.

Q. You say yes or maybe find another place to go?

A. You only get asked once, otherwise you have a problem.

Q. Yes, sir.

Would you consider BMW MC to be a high-performing organization under your leadership?

A. Absolutely.

Q. Are you pleased with your organization from a Human Resources standpoint?

A. Yes, sir.

Q. Have you tried to replace Ms. McCraw?

A. No.

Q. How is she doing?

A. Wonderful.

Q. How has your TX structure worked since Christine Petrasch ended her assignment?

A. I think we went through hard times to reset the organization, it was under the leadership of Sherry. She did a wonderful job there developing the people, developing the talents, and finally all paid off because

we are now ready to run for the next car generation. The plant Woodruff is set up. We did hire the people also on a national level here in the U. S., we got the right talents, so, I am very pleased.

Q. Has Ms. Burgmeier ended her assignment?

A. Yes, sir.

THE COURT: What was your answer?

THE WITNESS: Yes, sir.

DIRECT EXAM CONTINUED

BY MR. MOODY:

Q. Sir, were you aware that Ms. Dawsey was unhappy with the proposed change else before she resigned?

A. Nope.

Q. Did you intend to harm her career?

A. Nope.

Q. Why did you make the decisions you made?

A. Business decisions for the sake of the company, for the sake of fostering Plant Spartanburg to cope with the future needs.

Q. Is it important to have someone with a connection to the international production network in TX-60?

A. Absolutely.

MR. MOODY: Your Honor, may I have a moment?

THE COURT: Yes, sir.

MR. MOODY: Thank you, Judge.

That is all the questions we have for Dr. Englehorn at this time, Judge.

MR. ROZELSKY: May it please the Court. Are we ready? Do you want to take and break or do you want to go?

THE COURT: We can keep going.

Let me ask, does anybody on the jury want a break? If so, raise your hand. Seems everyone one is good to go.

MR. ROZELSKY: Thank you.

CROSS EXAM

BY MR. ROZELSKY:

Q. Dr. Englehorn, you said you are the President and CEO of BMW MC, correct?
A. Yes, sir.
Q. Do you currently work for BMW AG?
A. No.
Q. You have worked for them before, correct?
A. Yes, sir.
Q. Now you are working for MC?
A. Yes, sir.
Q. Does your pay come from MC?
A. Yes, sir.
Q. Does any of your pay or benefits come from AG?
A. The retirement.

Q. The retirement?
A. Yes.
Q. Does MC do --
A. They are wiring, the MC is wiring the payments for the pensions, to my knowledge.
Q. I am sorry, I think you said MC wires the payments to AG for retirement?
A. Yes.
THE COURT: Sir, can you pull that microphone a little closer? Thank you.

CROSS EXAM CONTINUED

BY MR. ROZELSKY:
Q. When you took over as the President and CEO of BMW MC, you had final authority over all hiring?
A. In MC, yes.
Q. At MC, yes. And you were personally the person guiding the reorganization of the HR department?
A. Yes, sir. With the support of my VPs.
Q. I'm sorry.
A. With the support of my VPs.
Q. All right. With the support of both Christine Petrasch and then Ms. McCraw?
A. Yes.
Q. Did you personally make the recommendations as to who would hold what role with the support of your VPs?

A. VPs make the proposal and we align and agree commonly on it.
Q. Was TX-60 considered a strategic HR position?
A. Yes, sir.
Q. Is it a technical position?
A. Yes.
Q. As it relates to the global network?
A. Yes, sir.
Q. And that position, does it regularly interact with Munich?
A. Yes.
Q. Do they talk about, if you know, things of a global nature?
A. Yes, sir.
Q. And TX-60 was, when Ms. Dawsey held it, then Ms. Burgmeier held it, one of the highest HR positions at MC? It is not a VP, but it is a very important role?
A. Very important.
Q. You wanted to make sure you had the right person in that role?
A. Yes, sir.
Q. And I think you said, I would like to convert it to the English, the buck stops with you. I think you said, I am the final decision-maker, right?
A. For MC, yes.

Q. Did anyone at BMW AG in Munich tell you you should put somebody in a specific spot at TX-60?
A. The final decision is up to me. For sure, there are discussions and alignments upfront.
Q. When you say "alignment," is that sharing information?
A. Yes, sir.
Q. Did you share information that you were wanting to put Ms. Burgmeier into TX-60 with Ilka Horstmeier?
A. Yes, sir.
Q. And Ilka Horstmeier has been described as the head of P, correct? That is the head of global HR?
A. Yes, sir.
Q. Did you ask Ms. Horstmeier for permission or were you informing Ms. Horstmeier.
A. I was informing her and she was very pleased with this decision.
Q. And did you know Ms. Horstmeier before this issue came up in Spartanburg?
A. Sure. We had been colleagues for numerous times.
Q. Did you work together in Munich?
A. Yeah. She was head of the engine plant, I was head of body shop planning.
Q. So, in the same Plant Munich?
A. Yeah, the same environment.

Q. And roughly how long did you and Ms. Horstmeier work together in the same plants or near each other in leadership teams?
A. I think Munich had been maybe three or four years, but I have known her since my beginning at the start of BMW.
Q. So, more than ten years?
A. Yeah.
Q. And did you speak with a Ms. Barbara Burghardt also?
A. Yes, sir.
Q. Was that for this alignment or information sharing?
A. Yes. Also information and to get her also in the boat of this decision.
Q. Mow, I think you may have testified that you asked for potential international candidates; is that correct?
A. Yes, sir.
Q. Is there someone whose job it is to acquire all of the people around the globe that are interested in moving within the company to different countries?
A. It is exactly what you described and this is Ms. Barbara Burghardt.
Q. Is that something that as people are moving up

towards what we have heard is called OFK or the level two type positions, is moving internationally an important part of that process?
A. Absolutely.
Q. And so once folks identify by saying I would like to be an international candidate, do they get put on a list?
A. Yes, sir.
Q. Is that list maintained at AG in Munich?
A. Yes, sir.
Q. And then if you were getting ready and you say you want a person, say, in assembly, and you might say to AG, do you have any international candidates that would fit in assembly? Is that one of the things that could happen?
A. That is one of the things that could happen.
Q. Is that what happened for you to get Ms. Burgmeier's name as a potential person to work at MC?
A. Yeah. It was one input. The other one was that I knew her longer time also from my time being in Plant Munich, heading Plant Munich, and so we had multiple interactions.
Q. So, sometimes you might get a list of five names you have never heard of them, and in this case you are

saying you knew Eva Burgmeier from your interactions at Plant Munich?
A. Absolutely, yes.
Q. Did that help your decision that you wanted her on your team?
A. Yes, sir.
Q. When you were deciding that you wanted Ms. Burgmeier on the team, were you deciding what position you wanted or just that you wanted her on the team?
A. No, it was basically I wanted her on the team and stated -- asked Christine Petrasch to think about and come up with a proposal.
Q. There is a writer that talks about, it is a book, Good to Great, and he talks about getting the right people on the bus and the right people off the bus, are you familiar with that concept? Maybe for you it is the right people in the boat and the right people out of the boat, correct?
A. Yes.
Q. You decided or did you decide that you thought Ms. Burgmeier was a good person to have in your boat?
A. Yes, sir.
Q. Did you also think that Ms. Dawsey was a good person to have in your boat?

A. Absolutely.
Q. Now, when you rowed -- I think you said you rowed the fours and the eights, that is four people in the boat or eight people in the boat?
A. Yes. Yes.
Q. The people in the front are looking the way you are going, they are telling you how to row, right?
A. The Coxed.
Q. Coxed. Were you always in the same seat in the boat or did other strengths involve where you sat in the boat?
A. It depended on how the team fits best together. It could be in the off another position, but the team was, if you have to -- the statement, how the team performs best off.

MR. ROZELSKY: That is all I have, thank you.

THE COURT: We might want to take a break. So, we will take a short break and then we will come back and hopefully work towards finishing up with this witness. In any event, members of the jury, please remember my admonition, do not discuss the case or form any final opinions about the case. And at this time, you may retire to the jury room, and everyone may remain seated while the jurors are excused.

(Whereupon, the following was heard outside the

presence of the trial jury.)

THE COURT: Sir, you may be excused for a break as well. You may not discuss your testimony during the break; do you understand?

THE WITNESS: Okay.

THE COURT: Thank you.

(Whereupon, a short recess was held.)

THE COURT: All right. Let's bring the jury in.

(Whereupon, the following was heard in the presence of the trial jury.)

THE COURT: Mr. Murphy.

MR. MURPHY: Thank you.

CROSS EXAM

BY MR. MURPHY:

Q. Good afternoon, Dr. Engelhorn. I don't know if you remember me, I am Brian Murphy. We met some time ago --

A. Yes, sir.

Q. -- at your lawyer's office.

Sir, I am going to start with questions you were asked about Mr. Epps. Corey Epps, when you came to Spartanburg, was in TX-61, correct?

A. Yes, sir.

Q. That is a function level three position?

A. Yes, sir.

Q. And in your conversations with Ms. Petrasch and Ms. McCraw, the three of you, if I understand your testimony right, were deciding to fill in the positions of TX-60, 61 and 64; is that correct?
A. Yes, sir.
Q. And TX-60 is a function level three position, right?
A. To my knowledge, yeah.
Q. TX-61 is a function level three position?
A. Yes, sir.
Q. And TX-64 is a function level four position, correct?
A. It is not graded, to my knowledge.
Q. And you testified that in making the decision to keep Mr. Epps in TX-61, that his race was not a factor at all; is that what you said?
A. Yes.
Q. Okay. I want to show you a document that is already in evidence, Plaintiff's exhibit 5.
Sir, I am going to call your attention to this box under TX-61 for Corey Epps; do you see that?
A. Yes, sir.
MR. MOODY: Your Honor, for foundation on this witness, this is dated at a time where he is not around. I just wanted to note that objection for the record.

MR. MURPHY: Define objection, Your Honor.

MR. MOODY: I am objecting to this witness had no involvement with this document because it preexisted him.

THE COURT: Well, he can answer questions about it if he has knowledge about the document.

MR. MOODY: And for direct, I think I asked him about his decision, not anything else, so just scope of direct.

THE COURT: Well, you are objecting to Mr. Murphy asking questions about this exhibit of this witness, I overrule it at this time because I don't know what he is going to ask.

MR. MOODY: Thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Dr. Englehorn, you see down under number one where it says "Corey Epps, first and only minority candidate within the HR first-line, good market value, more offers on FE three. Very important to keep him in that position." Do you see that?

A. It is written there, sir. Yes.

Q. So, his race was a consideration in having him in TX-61, wasn't it?

A. I cannot answer to that because he was in the

function before I came, but his race was, for me, not an issue.
Q. But you can't say race is irrelevant when that is the only reason given him for there in that function level three position, can you?
A. I don't get your question, sorry.
Q. You don't understand the question?
A. Yes, sir.
Q. Is it still your testimony that race is irrelevant to Corey Epps being in TX-61, a function level three position?
A. Race is not an issue in the 61 position.
Q. Why is it listed on here that he is "first and only minority candidate within HR"?
MR. MOODY: Objection, restate my objection, Judge.
THE COURT: Can you ask him if he is familiar with this document or knows what it is?

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. You are the President of BMW MC?
THE COURT: Well, let me rule on the objection so I don't get fussed at or fussed about for not ruling on objections. It sounds like you are going to ask him about the document and if he knows what the document is,

right?

MR. MURPHY: Well, I am asking him about his statement that Corey Epps's race is irrelevant to him being in TX-61.

THE COURT: What is your objection?

MR. MOODY: My objection continues to be that this witness was not at BMW MC at the time of this document and he has not established that he even knows what this document is, Judge.

MR. ROZELSKY: Judge, I join in the objection and also note it calls for speculation.

MR. MURPHY: Your Honor, it is already in evidence.

THE COURT: It is in evidence. I sustain the objection. I think, in fairness, you need to ask him if he is familiar with the document, if he knows what it is, if he has ever seen it before.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Did Ms. Petrasch explain to you that she wanted Corey Epps in that function level three position to show that the HR department can develop a minority?

A. Sir, I am not familiar with this document.

Q. I am not asking about this document. Did Ms. Petrasch tell you that she wanted Mr. Epps in that

position at function level three to prove that HR develops minorities?

A. I cannot recall, no.

Q. You are not aware of her doing that?

A. No.

THE COURT: What is your answer?

THE WITNESS: No. I cannot recall.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Let me go back to some of the terms that have been used. You talked about your experience in China and wanting a local HR person in China. When you are referring to locals in China, to whom are you referring?

A. Chinese people.

Q. And when you are referring to a local in Spartanburg, to whom are you referring?

A. Local are people out of Spartanburg, out of the U.S.

Q. Okay. Did the decision to move Ms. McCraw into TX-6 have anything to do with Ms. Burgmeier coming from Germany to Spartanburg?

A. It was an independent decision.

Q. So, you are saying it is not linked at all?

A. It puts Sherry McCraw in TX-6 was an independent

decision.
Q. But are they linked at all?
A. They are linked then to the discussion on -- about who the first line will be.
Q. How so?
A. Direct reports.
Q. How so?
A. What do you say, sorry?
Q. How so? How are they linked?
A. Again, to put Sherry McCraw in the position of VP of HR was my decision for business reasons for good sake and stating them.
Second question was, who is now the set up of the relevant functions 60, 61, 62, 64, 65 to cope with the future needs of the plant. That means an investment of 1.7 billion, the single biggest largest investment made in U.S. to hiring close to a thousand people to set up of a complete new plant, to get the right skills and talents on board, and how an organization under the lead of Sherry McCraw supports those business needs.
Q. But what you told your Vice Presidents was, you needed an international in this position to create a bridge to Germany, right?
A. No.

Q. You deny saying that?
A. My topic is, and I stated it, we need -- we are not alone in the world. We needed clear bridge hat to Germany dealing with the several topics in the BMW network, but this could be any one with the right skills, the right talent, and the right qualification. So, it doesn't need to be international candidate. It could be for sure a local candidate having all of the skills, having multiple drops abroad, for example, in the network, and bringing the talents across.
Q. So, it could be Kelly Dawsey?
A. Obviously, she was in the function.
Q. Right. She was doing a great job in that function, wasn't she?
A. Yes, sir.
Q. She was a great bridge to Germany, wasn't she?
A. She did a great job in the TX-60 function, no doubt about it.
Q. So, there was absolutely no business need to move her, was there?
A. There was a business need.
Q. What is the business need to move somebody out of a job if they are doing a great job?
A. As I explained, we had a couple of things to do in the future, 2021 onwards. Again we have to invest

1.7 billion U.S. dollars, we have to hire close to a thousand people, and we have to really force the future together. And, therefore, for sure, there was a business need in the function 64. Sixty-four (64) is responsible for talent, for recruiting, and definitely had their elite to foster and underlying disposition. Also, in addition health and safety, we needed one of the best performers we had in the plant, and after seven years, as I stated before, it is time to move on.

Q. The business need to move Kelly Dawsey out of TX-60 where she was doing a great job has to do with 1.7 billion dollars in investment?

A. Yes. Because you need people to run this investment.

Q. So --

A. It is a machine, the machineries on the U.S. assembly lines, we are talking about the battery assembly, you are talking about huge needs in electric, electronics. We are talking about upscaling the qualification of our people so there was a need to cope with this topics to foster the future needs of Plant Spartanburg. And Kelly Dawsey was perfectly fitted after seven years of vast experience in the TX-60 function. She was the perfect fit for this role.

Q. She was the perfect fit for TX-60?

A. Yes, she was, but even a better one for 64.
Q. How could she be a better one for TX-64 than the job she had been doing excellent work in for five or six years?
A. Seven years, to mention, and we had a need in 64 with all of the expertise she gained over her career with BMW. Again, recruiting and to getting right people on board. Getting the right people on board is vital for the survival of Plant Spartanburg. If you screw up on that, then you don't ramp-up any my models and then you cannot deliver 1500 cars per day to happy customers, and then you are not winning the competition towards other plans for future plant locations. It is easy like it is, but very important.
Q. You weren't putting Kelly Dawsey in TX-64 in any type of promotion, were you?
A. We take her personal experience, her vast knowledge during her HR career to foster this position, which is so important and still is important for Plant Spartanburg. We had, for example, no people, no people at all who could assemble batteries. So, for example, we went to Austin, we went to Nevada, knocking at the gates of Tesla, inquiring people there and getting just the right people to do the things here which need to be done.

Q. Did you view Kelly Dawsey going from TX-60 to TX-64 as some sort of promotion?
A. It was a lateral move, but we needed her in this function desperately.
Q. You say lateral move here?
A. Horizontal.
Q. The person who filled TX-64 after Kelly left was who? Who was the person who filled the position?
MR. MOODY: Your Honor, objection relevance.
THE COURT: You are asking who filled her position?
MR. MURPHY: Who filled TX-64? After she left?
THE COURT: Your objection is it is not relevant?
MR. MOODY: Well, the relevance based on other matters.
THE COURT: What is the relevance, Mr. Murphy?
MR. MURPHY: Well, Your Honor, if he is going to testify that this is such a key position requiring such amazing talents and experience, I get to cross him on inexperience and the low level given to the people who actually filled the job.
THE COURT: I overrule the objection.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Who filled the position after Kelly left?

A. After Kelly left, we have to reorganize ourselves, how we cope with the future needs, and fill the position back in.
Q. I asked who?
A. I am standing on the tube.
Q. I'm sorry, if you answered, I didn't hear you, sir.
A. No. Sorry, my mind is too busy, I didn't get the name in me out of it, maybe someone.
Q. So it is a very important key position that had something to do with 1.7 billion dollars, you don't even know who was in it?
A. I know, but I didn't, at the moment, have the name present sorry.
Q. Okay. Can you think of it now?
A. Maybe you ask me in ten minutes later.
Q. Okay. Was this very important position, TX-64, have something to do with 1.7 billion dollars something that important, you probably met with that person all the time, didn't you? If it was that important?
A. Again, HR Department is run by the VP, head of HR, and coping with the day-to-day needs there.
Q. Are you familiar with the name Eddy Bailey?
A. Yes.
Q. Who is Eddy Bailey?

A. Eddy Bailey was in the HR Department.
Q. In what position?
A. I cannot recall.
Q. You can't recall. Let me show you a document, a document without objection, Plaintiff's exhibit 49. I don't believe I have offered it.
THE COURT: Forty-nine (49) is admitted without objection.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Dr. Englehorn, do you see the name?
A. Gilmore is the name.
Q. I'm sorry, sir I didn't catch you.
A. Neal Gilmore is the name, I recall now.
Q. We will get to Mr. Gilmore.
A. Gotcha.
Q. Do you see this promotion document for Eddy Bailey?
A. I can see it now.
Q. And the date of that is what?
A. May 6.
Q. Of what year, sir, just so the record is clear?
A. 2022.
Q. And into what position was he going?
A. Sixty-four (64) with what -- seeing this for the

first time, though.
Q. TX-64, right?
A. (Witness nods head affirmatively.)
Q. This is that big important job you felt Kelly needed to be in, right?
A. This is obviously the case, yeah.
Q. All right. What level is that job?
A. It is -- what is his level -- you have here level four.
Q. Level four?
A. But this his personal position is level four, to my knowledge.
Q. Well, that is not a personal grade, is it? That is a function level. You know the difference between function level and personal grade, right?
A. I know.
Q. So, that is the function level there, right, four?
A. I can only read what is here, this is the current classification. To my point, this is -- this wasn't this point in time 2021 an ungraded function, sir.
Q. So, you agree that Eddy Bailey went into TX-64 after Kelly left as a level four in the TX-64?
A. No. Again, we had two states. We had been after the resignation of Ms. Dawsey, we had been in big

trouble, big, big trouble because her knowledge failed within BMW MC, failed for recruiting, failed for health and safety and, therefore, we need to cope to set up here a new organization.

Q. And I apologize, sir, but I am not getting all of that. What failed?

A. It was clear that we have in big mess within the whole organization, it was a perfect one, in my point of view, after the resignation of Ms. Dawsey.

Q. It was a perfect organization after the resignation of Ms. Dawsey?

A. No. It was a perfect organization until the resignation.

Q. But you have testified since Ms. McCraw became Vice President you are extremely happy with how HR performed and its structure, right?

A. Yeah, but it takes us really hard times to overcome all of the challenges. We had to at least lose half year to a year for the reorganization, the restructuring because all of the qualification, which Ms. Dawsey had and had been supporting the move to her new role vanished; therefore, we have to come up with another organization and find other names, which true, they developed luckily, but it cost us six to 12 months hard time in the whole HR organization.

Q. So, it didn't go so well after Ms. McCraw became Vice President?
A. That you say. I said it did go very well with McCraw because she took the lead to reorganize, again, HR, but it took us at least six to 12 months of hard times because of qualification and all, but Kelly Dawsey possesses for the 64 function vanished.
Q. You said the name of the person -- so, you didn't remember Mr. Bailey, but you did remember Mr. Gilmore, correct?
A. Yes, sir.
MR. MURPHY: Your Honor, this is Plaintiff's exhibit 50 offered without objection.
THE COURT: Admitted.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Now, this is -- Mr. Gilmore came into the position TX-64 at what time?
A. 2023.
Q. Okay. And at what function level?
A. I can only read here, it is LL four, but his personal grade is also four, I think.
Q. His personal grade -- let me help you out, sir. We don't want to demote him, what is his personal grade?
A. It is here, nine.

Q. Nine, okay. That is two levels below Kelly Dawsey, right?

A. This is two levels below, but it doesn't have any evidence, sir, because we needed Kelly Dawsey in this position unchanged of anything to help us to run the project, to run the hiring, to have an investment of 1.7 billion U.S. dollars, to hire a thousand people additionally, unchanged; this was the issue. All subsequent reorganizations need to take place for the sake of healing this disruption.

Q. But, again, this shows a TX-64 is a function level four position, in which a grade nine -- personal grade nine person was placed, right?

A. Sir, we want to have Ms. Dawsey in this function as a function level three position unchanged with the same salary and pushing us again to the new heights. With the resignation, again, we have hard times and, also, this kind of management, management teams are not growing on the trees. We have a good team, yes, but they need time also for the development. We need to help us out, that was basically the case.

Q. There has not been anybody, since Ms. Dawsey left, serve in TX-64 at a function level three, has there?

A. Look, hiring thousand people means something. You have to deal with resumes, you have to deal with

qualifications, you have to deal with interviews, you have to select the right people, and to guide all, and to lead all of these activities. We needed the best skilled people and the best manager and it was Ms. Dawsey.

Q. Do you recall what my question was?

A. Sorry?

Q. Do you recall what my question was?

A. Please. I think I did answer your question.

Q. You thought that was an answer to my question? Could I have the question read back please?

(Whereupon, the court reporter read the question back.)

THE WITNESS: Because we haven't, again, as I said, not the right development in the team step.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. So the answer is no, there hasn't been?

A. No.

Q. And would you say you wanted, to hear you right and, please, I apologize if I hear you wrong, but did I hear you say the plan was to keep Kelly Dawsey at a function level three while she is in TX-64?

A. Sure. Yes.

Q. You are saying yes. Okay. But you never

offered Kelly Dawsey TX-64, did you?
A. We sat together with the management team and went through the new organization. And it was the duty of my head of HR to talk up front and get this whole organization set up.
Q. Sir, I didn't ask you what somebody else's job duties were, I asked you, you did not offer Ms. Dawsey the TX-64 position, did you?
A. This is not my role, sir.
Q. Okay. You were not present when anybody else offered Kelly Dawsey the TX-64 position, were you?
A. No, it is not my role.
Q. And you don't recall reading anything where somebody ever offered Kelly the TX-64 position?
A. I only can talk about the meeting we had with the whole HR team where we showed the new organization, which had been discussed upfront with Kelly Dawsey, with Christine Petrasch, and, yeah, this was also with the good mood in the team to have this organization to cope with the future business needs.
Q. Let me try it again. You don't recall reading anything where someone offered Kelly Dawsey TX-64, do you?
A. It is not my job.
Q. So, if you don't -- you didn't offer her TX-64,

you didn't hear anybody else offer her 64, and you haven't read anything where she was offered TX-64, and certainly you don't have any knowledge that anybody ever offered Kelly Dawsey TX-64 at function level three, do you?

MR. MOODY: Objection, compound, argumentative.

THE COURT: Can you restate it?

MR. MURPHY: Okay.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You did not offer her TX-64, I got that right, didn't I?

A. No.

Q. I didn't get it right?

A. No, I did not personally offer, it was Christine Petrasch who offered that.

Q. But you weren't present for Christine Petrasch offering Kelly Dawsey?

A. Yes, it is not my job, sir.

Q. Let me just apologize. I understand the figurative meaning of what you are saying, there is a literal meaning and unfortunately the record takes down the literal meaning of your words. So, if you repeat this, not to sound argumentative with you, it is just because the transcript only gets the actual, literal

meaning, okay. If I am misunderstanding you, please correct me. I just don't want to sound like I am trying to be rude and keep asking the same question.

You were not present when Ms. Petrasch ever made an offer to Kelly Dawsey for TX-64, were you?

A. No, I was not present. It was not my job.

Q. So, you certainly don't have any firsthand knowledge anybody ever told Kelly Dawsey that she was going to be a function level three at TX-64?

A. Sure. We discussed about that together with both Christine Petrasch and Sherry McCraw to need her with the skills on an unchanged function level in this new ungraded position 64.

Q. Are you aware that Ms. Petrasch told Ms. Dawsey that when she moves to TX-64, she is going to move from a function level three to a function level four?

A. I was not present, it is not my job.

Q. Are you saying that it is contrary to instructions you directly gave Ms. Petrasch?

A. I didn't get your question.

Q. If Ms. Petrasch told Kelly Dawsey she was going from function level three to function level four, did that violate some instruction that you gave Ms. Petrasch?

A. It is my speculation. I cannot recall. It was

clearly to have Ms. Dawsey, I can only state this, with her knowledge, with her expertise, with no impact on the pay, with no impact on the grading in this very important function for our plant. With her resignation, to be honest, we have been screwed up. We have been screwed up for six to 12 months for reorganization.

Q. Okay. So, were you unscrewed up at the time that Neal Gilmore took TX-64 at a function level four?

A. If I had been unscrewed? That didn't --

Q. You said you were screwed up?

A. I was screwed up at the resignation. We altogether, it was not only me. I was personally disappointed, sir, and we all, the whole HR team, was really screwed up because we have been all ourselves, two, three months of continuously directing what needs to be done, how we organize, how we use Ms. Dawsey's expertise. And, again, good managers are not growing on the trees and, therefore, tough discussion came up with new hires on that.

Q. By April 2023, was HR still screwed up?

A. It was on the way to the top back again.

Q. Do you know Neal Gilmore?

A. I know him.

Q. Were you aware that when Neal Gilmore went into this critical TX-64 position having something to do with

1.7 billion dollars, he had never worked in HR before?
A. Again, we choose people by qualification, by skills, and also look to Sherry McCraw. She also never ever have worked before in HR, but she brought perfect knowledge what needs to be done there. And also in terms of being Chief Financial Officer, being ahead of assembly, working together with people on a daily basis, educating, teach them, development, there is huge benefits of this cross functional of bridging here.
Q. I didn't ask you anything about Ms. McCraw or cross bridging or anything, did I? My question was, did you know that Neal Gilmore, when he went into this critical position as you have described it, had no HR experience?
A. I cannot recall.
Q. Can you explain to me, if TX-64 is such a critical position, that by not having the right person in it screwed up all of HR for a year, can you explain to me why anybody would ever hire somebody in that position if they have no HR experience?
A. Look, I trust my VP of HR there. And with the vast experience, which this candidate brought alongside, he was the best fit for this position. And, again, showed clearly that to fill in position on the HR side, specifically after the resignation of Ms. Dawsey, which

come abrupt, and all of a sudden screwed us up to develop, and again further talents and development.

Q. So, Ms. Dawsey was so experienced, so skilled, so knowledgeable that her absence screwed an entire HR department up for a year, is that what your testimony is?

A. It screwed the 64 role in itself, in terms of hiring and the need for us to reorganize.

Q. So the answer is --

A. We only have a couple of experienced people. And if you are talking about, again, doing the single biggest investment in South Carolina at this point in time ever here in the state, ever in the state, 1.7 billion, you need a talented team behind you. So, we have here our management team had been set up until the end of December and then, yeah, we were blown away.

Q. So, the answer is yes?

A. Sorry, can you repeat?

Q. Is the answer to my question yes?

THE COURT: He is wanting you to repeat the question.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. So the departure of -- can the question be read back?

(Whereupon, the court reporter read the question back.)

THE WITNESS: You have to have the right experience in terms of people management, hiring, and do not only get from HR, HR is one point of the business, but even it is more important to have the skills coming directly from the plant, from the shop floor, and having the knowledge about that. So, this is important.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. So, what skills did Mr. Bailey have?

A. Mr. Bailey? I think if to ask me later, our fellows, but to my knowledge, he worked as well on the shop floor. Again, this is not my job here to select first lines. To decide, yes, but to select --

Q. Let's talk about the actual job requirements -- well, let me ask you this first. With Ms. Dawsey leaving -- and there are about 90 employees in this HR department, correct?

A. If you say so.

Q. I am asking you for what you know?

A. I cannot recall the exact amount, but number sounds reasonable.

Q. Okay. Has the departure of any other HR employee at BMW ever screwed up the department for a year like

the departure of Kelly Dawsey?

A. The timing is important, as I said before. The timing was crucial. We had such an amount of work to do, it was contrast to the years before where we more or less stayed flat on the employment, we more or less stayed flat on the volume, we more or less stayed flat on the technologies. But to realize, again, an investment of 1.7 billion U.S. dollar here in the U.S. construction-wise, building-wise, equipment-wise, we need talented people in the short period of time and we need the best people to drive this business. And, therefore, again, if this might have been happening in a phase five years before, 2020, 2018, whatever, the situation could be different, but we had just decided to go for the next level. We compete here, as I said, with other plants for future model and location. And, again, this is crucial to safeguard employment here in South Carolina. To safeguard, have the 11,000 people working here at the plant, get their bi-weekly payment, get good job opportunities, it is important. And car production, if only, for example, one screw is missing at the car, Mr. Murphy, you won't drive a BMW with a one missing screw.

So, all have to fit together and we desperately needed, in the short period of time, is knowledge, the

support, and this upscaling, and basically we have been disrupted.

Q. Do you recall what my question was?

THE COURT: Here is the question, sir: His question was:

"Has the departure of any other
employee in the HR department ever
screwed up the department for a year
like the departure of Ms. Dawsey
when she left?

THE WITNESS: We hadn't had such talented people there.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You haven't had such talented people as Kelly Dawsey there?

A. Yes, sir.

Q. Let's talk about the actual job duties of TX-60. As President and CEO of BMW, is the most important job in filling a position is finding the best qualified candidate to fill that position?

A. Yes.

Q. Let's talk about the responsibilities and duties of TX-60. Again, Kelly Dawsey has been in that position how many years?

A. Seven.
Q. And as far as you know, all excellent reviews, correct?
A. I was very happy with the work of Ms. Dawsey.
Q. So was her boss Ms. Petrasch?
A. Yes.
Q. Ms. Petrasch actually went to bat for Ms. Dawsey on several things, didn't she?
A. I cannot recall.
Q. Did Ms. Petrasch speak up for Kelly Dawsey if she should be considered for higher positions?
A. No.
Q. She never did that?
A. No.
Q. Okay. Well, let's talk about OFCCP. Between Kelly Dawsey and Eva Burgmeier, who was more qualified to deal with the OFCCP?
A. What do you mean this "OFCCP"?
Q. Do you know what OFCCP is?
A. Maybe you can help me.
Q. Well --
A. I don't know the abbreviation, I am sorry.
Q. Have you ever heard of the office of federal contract compliance?
A. No.

Q. You are not personally aware of those duties then?
A. There are a lot of duties which I am not aware.
Q. Okay. If there are a lot of duties of which you are not aware, how can you determine that Eva Burgmeier was the most qualified to perform those duties?
A. Now, look, you have a department here, as you stated, rightfully, hopefully close to a hundred people. There are specialists dealing same like, for example, for OSHA, for health and safety purposes, very specific specified people dealing with very specific purposes. Having seen here the view, the whole business decision was driven to have Kelly Dawsey moving to TX-64 in terms of recruitment and bringing this function to a next level, which we needed for the business need. It was not doing about, which you obviously did an excellent job in the TX-60, at least these three months or was four months I was a part of the game, but we have a lot of specialists dealing with legislation and all of the things what needs to be happen.
Q. Let me go to another job duty see if you know about that. ERISA, do you know what ERISA is?
A. Nope.
Q. Do you know that in America we have private health insurance and savings and pension plans?

A. I was unaware.
Q. Oak. And do you know that there are federal laws governing that?
A. Yes, sir.
Q. Were you aware that TX-60 works in the area of compliance with those federal laws of the United States?
A. Yep.
Q. And Ms. Burgmeier had never worked on ERISA matters before coming to Spartanburg, had she?
A. I don't know, but maybe not because she was first time in the U.S., but anyhow, every business there are specialists. There are specialists who knows about the function, who knows about what to deal, how to deal, and, by the way, it is part of the business. So, for example, ask me do I know upfront being to China how to run an operation in China? No. So, you have to get there, learn there, and you have your team. You have to rely on your team, team support built it. Team work built it. That is our motto and we have to stick together. And we have a lot of specialists working with the topics, by the way, we never have since Eva Burgmeier took over the position had one incident coping with all of this environment. So, it worked perfectly afterwards.
Q. I am not asking you about China or any of that

stuff, I am asking you, did Ms. Burgmeier have any experience dealing with ERISA before she came to Spartanburg?
A. I can only -- I don't know basically. Maybe not.
Q. But you know that Kelly Dawsey --
A. I did not ask her upfront about that.
Q. So, you didn't ask Ms. Burgmeier about one of the key job duties of TX-60 when deciding she was the most qualified to be in that position?
A. Because we have very good specialists and the team working there.
Q. Are you aware the specialist working on that in HR is TX-60?
A. It is the team of TX-60.
Q. Are you aware Ms. Burgmeier had no training in U.S. employment laws before she came here?
A. Neither do I. We get to the things on the job.
Q. So, you were aware --
A. No.
Q. Did you, in interviewing Ms. Burgmeier, ever ask her about her knowledge about compliance with U.S. employment laws?
A. Not that I recall.
Q. Are you aware Ms. Burgmeier had no training in

South Carolina laws or dealing with South Carolina government agencies?
A. I cannot recall.
Q. So, you didn't ask her about that when deciding if she was the most qualified person for the position?
A. It was about really establishing, what I said, a clear connection to the network. And she was best fitted all due to the fact that we need Ms. Dawsey in the 64 position. There was immediate business need, as I said, for hiring roughly a thousand people and to get Ms. Dawsey over in this position.
Q. You mentioned works council, Mrs. Burgmeier had experience with work councils in Germany, correct?
A. Yes, sir.
Q. And TX-60 is the position that deals with compensation issues, including hourly compensation and compensation levels for people on the hourly work force, correct?
A. Yes, sir.
Q. Okay. And in Germany those wages are determined through consultation with unions on the work council, correct?
A. Yes.
Q. And that is not how it works in the United States, is it?

A. Nope.
Q. So, Ms. -- for the department of compensation, Ms. Burgmeier, before she came to the United States, had no experience in compensation systems in the United States, did she?
A. Look, the compensation is also based on the international level, and well settled, and well suited. And we did some very good, I think, steps towards the compensation and benefits, and all of our people had been very grateful for the steps.
Q. I didn't ask you any of that. What I said was, for the manager of compensation, you chose somebody to determine -- the person most qualified was somebody who had zero experience in compensation in the United States?
A. No, it is not zero competence. It is also pay salary in the U. S., you have hourly salary, you have benchmark activities, so that is what I said. I said, I think, at least to my knowledge, as I can touch it, 80 to 90 percent of compensation comes with benefits more or less embedded in the worldwide proceeding. There might be some specifics here to the U.S.
Q. Some specifics, we don't have works council, it is done completely differently, isn't it?
A. Works council is something which you have to deal

in Germany, and in Europe, and here and there, also in the U.S. as you are aware, more up north with unions. And, therefore, this was the issue and, yeah, Barbara was perfectly suited for this job.

Q. Well, we don't have unions at BMW here, do we?

A. No.

Q. Okay. So, any experience working with the unions through the work council is not applicable in Germany, it is not applicable to South Carolina, is it?

A. Yeah, but, as you know, we are right to work state, and we want to keep our issue free. And so, therefore, I think it is sure valid to have some knowledge about works council and unions and how to keep us here issue free.

Q. You mean union free?

A. Issue free.

Q. What does union have to do with issues?

A. We are union free company.

MR. MOODY: Objection, Your Honor, he is arguing with him now.

MR. MURPHY: I asked him to explain his answer.

THE COURT: He can answer this question, but after that we will move on from the works council.

MR. MURPHY: Okay.

THE COURT: You have thoroughly examined that topic. So, the question is, what does it mean, I think, to be issue free.

THE WITNESS: We have no unions and we have no works council.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Okay. And you talked about your knowledge of Ms. Burgmeier, but you never worked with her prior to her coming to Spartanburg, had you?

A. Sure.

Q. Sir, do you remember I took your deposition almost three years ago?

A. Time flies.

MR. MURPHY: May I approach him with it?

THE COURT: Yes, sir.

MR. MURPHY: If you will go ahead and open that, sir.

THE COURT: The record will show that Mr. Murphy provided the witness with the sealed deposition. You may open it.

MR. MURPHY: You prefer the witness read the answer on these; is that right? That is how you do it?

THE COURT: That is the way I have seen it done and the way we used to do it. You read the question

and he reads the answer.

MR. MURPHY: Okay.

THE COURT: But it is done both ways, but I will let you decide. You are doing the examination.

MR. MURPHY: It is actually a very short answer so I think we can get it done.

THE COURT: Okay.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Sir, I would like you to turn to page 62. This deposition occurred in your lawyer's office, correct?

MR. MURPHY: Your Honor, you have already given an instruction on deposition, haven't you? Yeah, you did. Okay.

THE COURT: It was very inartful, but hopefully it was --

MR. MURPHY: I thought you already instructed it is sworn testimony.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. If you will go to page 62. Do you see the lines on the left side of the column?

THE COURT: Wait a minute Mr. Murphy, sir, asked you if you remember doing this in your lawyer's office.

THE WITNESS: Yes, sir.

THE COURT: Okay. Go ahead.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Sir, do you see line 22 with the question beginning on line 22? Do you see the line 22, sir?

A. Yes.

Q. I am going to read the question I asked you, and I am going to ask you to read the answer you gave under oath:

"Question: Have you ever worked with Ms. Burgmeier before she came to Spartanburg?"

What answer did you give under oath at that time:

A.

"No."

Q. Now, you mention --

A. Let me -- I think the statement here, she was not working with me my first-line. We had here a couple of interactions before for sure before. So, what you mean by "worked," my understanding was worked as being on my first-line and interactions in Germany in terms of unions is a different one.

Q. That wasn't the question. My question was have you ever worked with Ms. Burgmeier before she came to Spartanburg and your answer under oath was no, correct?

A. Yeah, she was not part of my first-line, that is correct.
Q. I didn't ask you was she part of your first-line, I asked you had you ever worked with her before and your answer was no?
A. She was not part of my first-line, yes, sir.
Q. Now, Ms. Burgmeier has gone back to BMW AG in Germany, correct?
A. Yes, sir.
Q. Okay. And has she been replaced by a lady by the name of Bianca Siemens?
A. Yes.
Q. Ms. Siemens is also from Germany, right?
A. She is an international candidate, yes, sir.
Q. International candidate means she is from Germany?
A. No.
Q. I asked if she is from Germany, you said she is international candidate, is she from Germany?
A. She is German. International candidate.
Q. Today, again, we have a situation where we have a domestic Vice President, Ms. McCraw, and an international or German in TX-60?
A. We have a skill, the most skilled and qualified people on this job, yes, sir.
Q. Whatever that is, TX-6 is domestic and TX-60 is

German, correct?

A. I don't mind if it is German, if it is international, if it is local, someone has to have the right skills. As noted before, anybody with the right skills.

Q. I didn't ask if you minded, I am asking a very simple question that today we, again, have a situation where we have a domestic Vice President TX-6 and an international or German in TX-60?

MR. MOODY: Objection, compound.

THE COURT: Overruled.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Correct?

A. German, yes, sir.

Q. Let me show you a document that is already in evidence as Plaintiff's exhibit 17 and I am going to go to BMW MC document 236.

MR. MOODY: Your Honor, we would raise our objection on this and ask for some foundation with this witness.

MR. ROZELSKY: BMW AG joins in that objection.

MR. MURPHY: Are you the President of BMW MC?

THE COURT: I can't see the document.

MR. MURPHY: That is my fault.

THE COURT: All right. He is going to lay some foundation.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You are the President of BMW MC?

A. Yes.

Q. You see this as a BMW MC document, correct?

A. Obviously. I don't know this.

Q. And does this document not describe exactly what you have been saying in terms of the best practice is to have -- one option is to have a local in the Vice President position and then an international in the next line?

MR. MOODY: Objection, Your Honor, narrative. The witness said he didn't know this.

THE COURT: He says he doesn't know this document.

MR. MURPHY: I am asking, doesn't it describe the exact rule he has been talking about earlier?

MR. MOODY: Objection. He has not talked about a rule.

MR. MURPHY: Your Honor, he talked about China, coming here --

THE COURT: He says he doesn't know the document. I just think you need to rephrase your question.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Whether you have seen this document before or not, does it not describe what you have said is the practice, which is to have, for example, if you have an international in TX-6, you have a domestic in TX-60, right?

MR. MOODY: Objection, misstates his testimony.

MR. MURPHY: And if you have --

THE COURT: Wait a minute. Let me rule on the objection. You say it misstates his testimony, he can answer the question. So, go ahead.

THE WITNESS: I cannot answer because there is still old post codes in this, maybe about 20, 15, 16, whatever, so, I cannot answer that. I see this document the first time, I cannot answer about that.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. I understand you are claiming to have seen this the first time, but that language I just highlighted is exactly what you said your policy is, isn't it?

A. Sorry. This old post code says ten years ago. I cannot comment, it would be speculation.

Q. I am not asking you about the date of the document. I am saying that under that, which is

highlighted, TX-60 department has a need for international inbound planner or Department Manager ideally from AG, tied to network. Those are the words you used. Tied to the international network?

A. Yeah, but we needed qualified person, the best qualified person on the job. Again, I don't know this document, obviously ten, fifteen years ago set up by anybody, cannot answer for it.

Q. But you just talked about the need for a target international network, and that is what this document is talking about; isn't it?

A. Sorry, seeing this for the first time, cannot answer.

Q. You are still under contract with BMW AG; are you not?

A. I am employee of BMW MC.

Q. That was not my question. You are under contract with BMW AG; are you not?

A. As I say, my retirement funds are still with BMW AG. I am still in contract and I am employee of BMW MC.

Q. Do you have a contract with BMW AG?

A. A sleeping one, yes, sir.

Q. A what one, sir?

A. Didn't get the right explanation. I am employed

with BMW MC and have the possibility to enter back into BMW AG. So, it is kind of a sleeping contract, how you call it.

Q. Are you saying -- I am sorry if I am misunderstanding you.

MR. MOODY: He is saying sleeping.

MR. MURPHY: Sleeping.

THE WITNESS: Sleeping. Not active is maybe the better one.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You do have a contract with BMW AG?

A. Not active.

Q. But as with all the expats, you go on assignment, and then BMW AG calls you back.

A. I am employed by BMW MC. It is my duty and honor to be their President and CEO for four-and-a-half years.

Q. And I am not asking you that. I think you know that. You have a contract with BMW AG, and it calls for your return to BMW AG, correct?

A. At some point in time.

Q. Now, you keep talking about you are President of BMW MC, and that is the Spartanburg plant, correct?

A. Yes, sir.

Q. But you don't do work for just the Spartanburg

plant, you do work for other BMW companies as well, don't you?
A. Yeah, I am also responsible for plants in Africa.
Q. And China?
A. No, China I have only a dotted line.
Q. But those aren't part of BMW MC, are they?
A. These are not part of BMW MC, right.
Q. So, while you keep saying you are an employee with BMW MC, you are doing work for other BMW AG plants at the same time?
MR. ROZELSKY: Object to the form. There is no foundation that any of those plants are BMW AG plants. It is BMW South Africa, BMW Mexico.
MR. MURPHY: Let me retry.
THE COURT: You withdraw and rephrase?
MR. MURPHY: Happily.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. What is the corporation that runs the BMW South Africa plant?
A. Local entity there.
Q. And you do work for that local entity, right?
A. I am surveying it. It is not doing extra work, I am surveying it.
Q. Surveying it -- did you say "surveying"?

A. Yes, sir.
Q. That means overseeing it, right?
A. (Witness nods head affirmatively.)
THE COURT: What was your answer to oversee?
THE WITNESS: Overseeing, surveying. However you phrase it.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. And there is a term used to refer collectively to all of the BMW companies, right?
A. The "term," can you rephrase your question? I didn't get it.
Q. Do you know what BMW Group is?
A. Yes, sir.
Q. What is BMW Group?
A. It is old entities bounded together.
Q. And that is how BMW represents its stuff to the world, right, as BMW Group?
A. It is different. It is BMW Group, it is BMW AG, there are different entities here, so you cannot phrase it in as a single sentence.
Q. Of all the materials, the marketing, the websites, it is all just known as BMW Group?
A. It is about the propeller, it is about the DNA, and it is about the brand itself.

Q. The brand is BMW Group, right?
A. No, the brand is BMW. The brand is BMW.
MR. MURPHY: If I could have just a couple of seconds, Your Honor.
THE COURT: Yes, sir.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. And in testifying for Mr. Moody that, as one of your first decisions, you wanted a domestic in TX-6, correct?
A. I'm sorry, didn't get Mr. Moody?
Q. That is your lawyer.
A. Yeah, yeah. Was it from how you question you asked. Was it from now?
Q. Let me just ask.
A. Yeah.
Q. You wanted a domestic or local in TX-6 when you came to BMW MC, correct?
A. I wanted the best fit for this position. This could be either international, it could be either local and domestic. In looking to all of the possibilities, I sought combined because it was my experience that with all of the different candidates, a local one and German cross would be the best picture.
Q. Are you having trouble understanding my questions

today?
A. I am sorry, I am a German native.
Q. You didn't seem to have a problem with the same question several years ago. If you turn to page 22 of your deposition. I am going to ask the question on line 15, beginning at line 15, and I am going to ask you to give your answer that you gave under oath back in 2023.
"Question: But you wanted a
domestic or local in the TX-6
position, is that what you are
saying?"
What was your answer under oath then?
A.
"Yes, sir. This is correct."
I didn't say it different. Local and domestic was the best solution for the plant after the iteration of numerous other possibilities, it truly underlines.
Q. But for the record, the only response you gave back in 2023 was yes, sir, correct?
A. Yes, sir, still correct.
MR. MURPHY: No further questions at this time. Thank you, Dr. Engelhorn.
THE COURT: Any redirect?
MR. MOODY: Very few. I promise I won't break

that. It is late, everybody is tired.

REDIRECT EXAM

BY MR. MOODY:

Q. Dr. Englehorn, would you please turn to page 62 of your deposition, sir, it was line 22 where Mr. Murphy started. I am going to start with the questions and we are just going to read a little bit more than what you were allowed to read, all right?

A. Thank you, sir.

Q. I am on line 22, I will do the "Q," you do the "A," all right.

"Have you ever worked with Ms. Burgmeier before she came to Spartanburg?"

A.

"No."

Q.

"Did you know her?"

A.

"I met her a couple of times in former positions and also being the President and CEO of BMW MC."

Q.

"What interactions did you have with Ms. Burgmeier prior to her -- strike

that.
As President of BMW MC, what interactions did you have with Ms. Burgmeier prior to interviewing her for the TX-60 position?
A.
"What I know is that she was responsible for works council, grading topics, and in my former position, being a Plant Director of Plant Munich, I was in touch with her in some grading activities of the works council."
Q. All right, sir. You tried to explain to Mr. Murphy that English is not your native language, but when you were allowed to explain a little bit, that gave context that you had worked with her before, correct?
MR. MURPHY: Objection, Your Honor, leading.
THE COURT: Sustained.

REDIRECT EXAM CONTINUED

BY MR. MOODY:
Q. All right, Robert. Bianca, talked about presently serving in the TX-60 position. Was it necessary for her to be a German to serve in TX-60?

A. Nope.
Q. Is it necessary to be a German to be tied to the international production network?
A. No.
Q. Do you know anything about Bianca's family?
A. Nope.
Q. We are talking about first-line people under Sherry McCraw, is it -- is the person that has the most knowledge of the first-line people, would that be the Vice President that they report to?
A. Yes, sir.
Q. When you deal with your leadership team, is it you, generally, dealing with vice presidents?
A. Yes, sir.
Q. And is that because there is a limited amount of Dr. Englehorn to go around?

MR. MURPHY: Your Honor, again, he is leading.

THE COURT: Just a minute, sir.

MR. MURPHY: Objection, leading.

THE WITNESS: I have ten people.

THE COURT: Wait until I rule on this objection. It was leading.

MR. MOODY: I will do my best, Judge. I am going fast trying to get out of here, I apologize.

REDIRECT EXAM CONTINUED

BY MR. MOODY:

Q. Robert, what is your management philosophy regarding the levels of leadership that you spend the most time with?

A. It is about responsibility, it is about transparency, it is about appreciation, it is about leadership, and it is about team support.

Q. All right. When it comes to first-line people that you refer to in your previous testimony, who would those people be when you are the President and CEO of BMW MC?

A. What is the one in which I can rely on, which I can trust, with achieved goal, was affixed to the team, which are eager to achieve common targets, and to create the future together as a team.

Q. All right. When we are dealing with HR topics, what leader do you look to for answers?

A. This lady, Sherry McCraw.

Q. I think I finally asked a better question, my apologies if I was not clear before.

Sir, you, in response to Mr. Murphy's questions, said you had half a year to a year lost due to the reorganization, correct?

A. Yes, sir.

Q. Are you aware of all of the things that Ms. McCraw has done with TX-64 since Ms. Dawsey's resignation?
A. For sure not.
Q. Is the best person to deal with that, would that be Ms. McCraw?
A. Yes, sir.
Q. And when we are dealing with questions regarding Eddy Bailey, Neal Gilmore or any other individuals who filled TX-64 after Ms. Dawsey's resignation, who is the best person to talk about those things?
A. Sherry McCraw.
MR. MOODY: All right. One moment, Judge.
THE COURT: Yes.
MR. MOODY: No further questions, Judge.
MR. ROZELSKY: None, Your Honor.
MR. MURPHY: Shortly.

RECROSS EXAM

BY MR. MURPHY:
Q. Your lawyer just asked you about all of the changes that have been made since Ms. Dawsey resigned, do you recall that question that just happened?
A. Yes.
Q. In fact, TX-64 hasn't changed since Kelly Dawsey resigned, has it?
A. Obviously we still need to do the recruiting, we

still need to cope with the challenges, so, yes, we still have to foster this position.

Q. And we may have misunderstood each other, but the job hasn't changed, has it?

A. The job for sure. It needs, as we said at the beginning, cope with all of the additional challenges. So, it means, again, hiring a thousand people, getting the investments done, upscaling, it is a peak to climb over, a very high one.

Q. I am simply asking you with respect to the TX-64 position, it hasn't changed, has it?

A. Sure. The continuity of the workload has dramatically changed over the last years.

MR. MOODY: Your Honor, objection, that he is exceeding the scope of my redirect.

THE COURT: Do you want to respond to that, Mr. Murphy?

MR. MURPHY: Well, he had asked him about the changes that were made in TX-64. That was the question Mr. Moody -- like the last question he asked him about all of the changes in TX-64. I am just asking the witness to name one.

MR. MOODY: Your Honor, I asked who is the best witness to ask about changes to TX-64 and he identified Ms. McCraw, who is sitting right here.

THE COURT: I will sustain the objection. I believe we have plowed this ground enough.

MR. MURPHY: All right, Your Honor. I am done.

THE COURT: Anything else for this witness from anyone?

MR. MOODY: No Your Honor.

MR. ROZELSKY: Nothing for this witness, Your Honor.

MR. MURPHY: Nothing from the Plaintiff.

THE COURT: Thank you, sir, you may step down. If you will kindly go over to Mr. Murphy as you leave.

Well, it is about ten minutes to five, unless you have a five-minute witness, this might be a good time to break. We will break for the evening. Members of the jury, we will stop for the evening. I have a meeting early in the morning here with some folks from the Fourth Circuit and so I hope that that meeting will conclude fairly early, but it is a gentleman from the Fourth Circuit, I said folks, but anyway, I will ask that you be back at nine-thirty in the morning. So, maybe that will help a little bit with the traffic, school traffic, and some of the other congestion here. So, I hope you have a good evening. Remember my previous admonition, don't talk about the case, don't do any research about the case or form any final

opinions about the case.

Now, when you get here, we may be in here working and so we may not start at 9:30 if we are will in here working on some other things, legal matters, but I appreciate your patience so far. I appreciate your attention to this case. And I hope you have a good evening and everyone may remain seated while the jurors are excused.

(Whereupon, the following was heard outside the presence of the trial jury.)

Anything we need to take up on the record?

MR. MURPHY: Not from the Plaintiff.

MR. MCCOY: No, Your Honor.

MR. ROZELSKY: Nothing from Germany, Your Honor.

THE COURT: We are off the record.

(Whereupon, the hearing concluded at 4:52 p.m.)

*** END OF REQUESTED TRANSCRIPT ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from my stenographic notes in the above-entitled matter.

S/Debra R. Bull, RPR, CRR    April 15, 2026
Date

**$**

**$1,500** [2] - 22:4, 22:16

**'**

**'14** [1] - 42:3
**'16** [1] - 51:23
**'18** [1] - 42:3
**'21** [3] - 8:12, 8:18, 10:3
**'89** [1] - 109:5
**'92** [1] - 109:5

**1**

**1,500** [2] - 149:11, 155:11
**1-31** [1] - 28:13
**1.7** [10] - 131:24, 182:16, 184:1, 184:11, 187:11, 187:18, 192:7, 198:1, 199:13, 201:8
**10** [1] - 26:16
**10/1/2021** [1] - 3:21
**10th** [11] - 6:1, 13:3, 19:14, 26:19, 26:20, 29:14, 32:14, 32:23, 66:21, 66:25, 89:14
**11** [8] - 4:8, 63:9, 63:24, 69:22, 128:7, 150:1, 150:5, 150:6
**11,000** [2] - 130:24, 201:18
**11/11/2021** [1] - 3:22
**114** [1] - 3:6
**115** [3] - 33:1, 33:7, 33:16
**11th** [7] - 6:23, 20:6, 20:14, 62:17, 65:24, 150:7, 151:1
**12** [10] - 12:3, 12:6, 88:20, 96:4, 105:7, 105:15, 128:4, 190:24, 191:5, 197:6
**12/10/2021** [2] - 4:4, 4:14
**12/13/2021** [1] - 4:6
**12/9/2021** [1] - 4:16
**120** [2] - 127:22, 132:23
**126** [1] - 33:16
**12:25** [1] - 100:6
**13** [7] - 75:2, 75:15, 75:18, 75:20, 76:1, 76:3, 76:9
**13th** [6] - 12:17, 14:16, 19:16, 20:19, 32:18, 67:3
**14** [2] - 3:16, 57:19
**142** [1] - 3:19
**14th** [5] - 29:21, 33:15, 69:13, 69:16, 153:2
**15** [6] - 2:4, 88:20, 216:14, 222:6, 230:25
**15-hour** [1] - 12:3
**15-hours** [1] - 12:6
**1500** [1] - 185:11
**15th** [6] - 7:23, 7:25, 19:23, 19:25, 20:3, 21:9
**16** [2] - 93:9, 216:14
**168** [1] - 3:7
**16th** [2] - 7:20, 22:17
**17** [4] - 42:16, 42:18, 79:15, 214:17
**176** [1] - 3:8
**17th** [3] - 69:14, 102:2, 105:10
**18** [3] - 3:18, 142:16, 142:19
**188** [1] - 3:13
**19** [1] - 1:4
**191** [1] - 3:14
**1923** [1] - 123:7
**1970** [1] - 115:3
**1:15** [2] - 96:11, 100:7
**1st** [5] - 34:10, 34:16, 61:1, 145:19, 146:16

**2**

**2** [2] - 61:9, 93:11
**20** [6] - 3:20, 48:24, 48:25, 96:4, 131:7, 216:14
**2010** [1] - 49:3
**2011** [4] - 120:10, 120:11, 120:13, 120:16
**2014** [1] - 42:5
**2015** [6] - 43:2, 43:10, 43:24, 44:1, 51:23, 74:18
**2016** [2] - 43:25, 44:2
**2018** [3] - 25:22, 42:6, 201:13
**2019** [4] - 73:22, 74:1, 74:10, 105:7
**202** [1] - 100:2
**2020** [1] - 201:13
**2021** [15] - 26:16, 29:14, 60:25, 61:1, 66:21, 79:2, 123:24, 130:2, 130:5, 130:12, 144:19, 150:5, 151:24, 183:25, 189:21
**2022** [20] - 27:1, 27:2, 27:4, 27:12, 30:5, 34:10, 38:11, 38:13, 47:17, 60:21, 69:10, 69:13, 89:14, 90:22, 105:10, 131:6, 131:22, 144:12, 144:15, 188:23
**2023** [5] - 130:2, 191:19, 197:20, 222:8, 222:20
**2025** [1] - 110:19
**2026** [2] - 1:4, 230:25
**207** [1] - 1:18
**21** [1] - 4:10
**21st** [1] - 56:14
**22** [7] - 4:12, 212:4, 212:5, 222:4, 223:5, 223:10
**223** [1] - 3:9
**227** [1] - 3:10
**23** [5] - 3:22, 4:14, 62:18, 150:1
**236** [1] - 214:18
**23rd** [1] - 145:8
**24** [6] - 3:23, 29:14, 29:17, 64:11, 64:12, 150:22
**25** [7] - 4:3, 66:4, 66:7, 76:7, 77:16, 78:13, 86:19
**258** [1] - 64:18
**259** [1] - 65:12
**26** [5] - 4:5, 67:10, 83:20, 94:3, 94:5
**26(a)(3** [2] - 97:9, 98:4
**2660** [1] - 150:24
**27** [4] - 4:7, 10:23, 11:3, 35:9
**28** [3] - 4:9, 21:2, 78:4
**2801** [1] - 28:1
**2802** [1] - 25:11
**2805** [1] - 24:22
**2807** [2] - 23:25, 24:2
**2810** [3] - 25:23, 26:3
**29** [3] - 4:11, 22:11, 35:12
**294** [1] - 1:22
**29601** [2] - 1:18, 2:5
**29602** [1] - 1:22
**29624** [1] - 2:7
**2nd** [1] - 145:19

**3**

**3** [2] - 27:1, 89:5
**30** [8] - 4:13, 4:16, 23:19, 23:22, 26:3, 28:2, 90:16, 124:17
**300** [1] - 131:10
**30th** [3] - 10:16, 24:9, 105:16
**31** [6] - 4:15, 27:4, 27:11, 30:7, 30:17, 30:25
**315** [1] - 2:7
**31st** [2] - 29:2, 68:14
**32** [6] - 4:17, 35:14, 36:12, 40:15, 116:25, 117:1
**33** [2] - 154:2, 154:3
**34** [1] - 4:18
**35** [2] - 4:17, 146:7
**36** [4] - 4:18, 34:2, 34:3, 34:4
**3rd** [6] - 24:19, 29:16, 32:24, 60:24, 69:10, 153:1

**4**

**4-4** [1] - 36:7
**4/19/2022** [1] - 3:14
**40** [1] - 146:4
**420,000** [1] - 149:11
**49** [3] - 3:13, 188:5, 188:7
**4:52** [1] - 230:17

**5**

**5** [6] - 3:3, 10:23, 52:6, 57:7, 77:14, 177:19
**5/6/2022** [1] - 3:13
**50** [7] - 3:14, 97:6, 98:15, 99:7, 99:14, 115:21, 191:13
**517** [1] - 31:1
**57** [1] - 3:17

**6**

**6** [8] - 3:19, 3:22, 3:23, 4:4, 4:5, 4:16, 43:11, 188:21
**6/3/2021** [1] - 3:17
**60** [3] - 63:4, 74:25, 182:14
**61** [9] - 37:11, 48:2, 51:4, 63:4, 146:17, 147:16, 177:4, 179:12, 182:14
**62** [11] - 3:22, 20:18, 41:10, 48:7, 51:4, 63:4, 83:19, 182:14, 211:10, 211:21, 223:4
**64** [18] - 3:23, 32:12, 48:10, 63:4, 146:17, 177:4, 182:14, 184:4, 185:1, 185:5, 188:25, 191:7, 195:1, 196:13, 199:7, 207:9
**65** [4] - 48:13, 48:21, 63:4, 182:14
**66** [1] - 4:4
**67** [1] - 4:6
**6th** [2] - 24:24, 25:9

**7**

**7/1/2022** [1] - 4:18
**700** [1] - 2:4
**71** [1] - 3:4
**7:22-CV-3738** [1] - 1:3

**8**

**80** [1] - 208:20
**80-something** [1] - 47:18
**8:00** [1] - 67:21
**8:30** [1] - 24:16
**8th** [5] - 12:16, 19:12, 25:13, 30:2, 43:25

**9**

**9** [2] - 10:23, 16:4
**9-23** [1] - 143:21
**9-27** [1] - 35:22
**9/23/2021** [1] - 3:19
**9/27/2021** [1] - 4:17
**90** [2] - 200:18, 208:20
**9:15** [1] - 5:1
**9:30** [1] - 230:3
**9th** [7] - 28:4, 28:25, 30:12, 31:2, 31:6, 32:6, 32:11

**A**

**a.m** [4] - 5:1, 24:16, 67:7, 94:13
**abbreviation** [1] - 203:22
**ability** [3] - 152:8, 152:17, 152:20
**able** [8] - 31:23, 45:9, 46:8, 82:23, 82:24, 96:8, 96:9, 131:19
**above-entitled** [1] - 230:23
**abroad** [2] - 140:18, 183:9
**abrupt** [1] - 199:1

**absence** [1] - 199:4
**absolutely** [32] - 91:24, 94:7, 118:8, 118:12, 122:25, 126:13, 128:19, 131:2, 132:7, 135:14, 136:7, 136:19, 139:14, 140:10, 148:2, 148:6, 148:10, 149:22, 150:21, 151:6, 151:9, 152:10, 152:24, 155:12, 157:1, 165:21, 166:12, 167:22, 173:4, 174:3, 175:1, 183:19
**AC** [1] - 77:11
**accept** [1] - 26:13
**acceptable** [4] - 28:13, 28:20, 56:18, 99:4
**acceptance** [2] - 26:16, 29:13
**accepted** [10] - 17:5, 17:12, 17:24, 26:20, 28:6, 29:11, 66:25, 68:10, 90:16, 94:11
**accordance** [1] - 23:15
**according** [3] - 9:15, 29:4, 82:23
**accountability** [1] - 127:4
**accounts** [1] - 108:22
**accumulate** [1] - 86:4
**accurate** [3] - 54:12, 97:17, 98:10
**accurately** [1] - 90:12
**achieve** [4] - 83:3, 83:5, 118:22, 226:15
**achieved** [1] - 226:14
**acquaintance** [1] - 15:24
**acquire** [1] - 172:20
**act** [2] - 87:13, 87:18
**actions** [1] - 103:12
**active** [2] - 218:8, 218:13
**activities** [6] - 130:8, 131:12, 152:2, 193:3, 208:18, 224:12
**activity** [1] - 126:22
**actual** [4] - 81:3, 195:25, 200:16, 202:18
**addition** [1] - 184:7
**additional** [5] - 89:2, 124:17, 139:23, 140:18, 228:6
**additionally** [2] - 131:9, 192:8
**address** [4] - 18:8, 39:21, 100:3, 150:8
**addressed** [1] - 104:2
**addresses** [1] - 63:16
**admissible** [5] - 107:23, 107:24, 108:6, 112:4
**admission** [3] - 11:3, 57:21, 67:11
**admit** [2] - 46:13, 66:7
**admitted** [24] - 11:5, 21:3, 22:11, 22:12, 23:20, 23:21, 23:22, 30:19, 34:4, 35:15, 57:20, 57:23, 62:19, 62:20, 64:12, 66:8, 67:11, 67:12, 77:14, 98:9, 142:21, 142:22, 188:7, 191:14
**admonition** [4] - 49:11, 96:12, 175:21, 229:24
**adopted** [3] - 42:21, 42:23, 43:17
**adversely** [2] - 60:7, 61:4
**advertisements** [1] - 119:2
**affected** [2] - 60:8, 61:4
**affirmatively** [2] - 189:3, 220:3
**affixed** [1] - 226:14
**afraid** [1] - 77:18
**Africa** [8] - 85:13, 123:23, 126:6, 127:16, 129:13, 219:3, 219:13, 219:20
**African** [1] - 148:22
**African-American** [1] - 148:22
**afternoon** [3] - 5:23, 8:2, 176:15
**afterwards** [1] - 205:24
**AG** [51] - 71:13, 71:18, 71:20, 71:22, 71:24, 72:2, 72:8, 72:9, 77:4, 77:11, 77:24, 79:10, 79:20, 80:4, 80:9, 80:24, 82:5, 82:16, 84:17, 84:21, 86:20, 87:9, 87:14, 87:18, 92:7, 92:22, 93:22, 100:21, 113:1, 124:8, 168:16, 168:24, 169:7, 171:1, 173:9, 173:13, 213:7, 214:22, 217:3, 217:14, 217:18, 217:20, 217:22, 218:2, 218:12, 218:15, 218:19, 218:20, 219:9, 219:12, 220:19
**age** [1] - 74:25
**agencies** [1] - 207:2
**agenda** [1] - 3:22
**agendas** [3] - 13:20, 13:24, 14:3
**ago** [7] - 117:7, 135:19, 176:17, 210:13, 216:22, 217:7, 222:4
**agree** [23] - 8:9, 13:6, 21:18, 32:22, 33:1, 33:7, 35:3, 42:7, 44:19, 44:24, 50:21, 55:25, 56:12, 57:14, 70:11, 70:23, 98:13, 98:22, 99:4, 159:25, 160:5, 170:1, 189:22
**agreed** [2] - 97:5, 97:15
**agreement** [7] - 4:9, 21:8, 22:2, 95:14, 97:8, 98:11, 98:14
**ahead** [8] - 96:4, 100:4, 102:1, 142:15, 198:6, 210:17, 212:1, 216:12
**AIDED** [1] - 2:9
**air** [1] - 103:21
**airport** [1] - 131:14
**Airport** [5] - 4:18, 33:25, 34:10, 35:1, 71:7
**AKTIENGESELLSCHAFT** [2] - 1:7, 1:21
**al** [1] - 3:16
**align** [5] - 80:15, 128:20, 128:21, 128:22, 170:1
**Alignment** [2] - 59:22, 61:3
**alignment** [3] - 145:25, 171:5, 172:12
**alignments** [1] - 171:4
**alleged** [1] - 40:1
**allow** [4] - 29:1, 54:18, 54:19, 164:12
**allowed** [12] - 11:11, 33:11, 53:2, 53:7, 53:16, 54:2, 70:24, 71:1, 108:20, 127:3, 223:8, 224:16
**allows** [1] - 107:24
**alluding** [1] - 102:6
**almost** [4] - 69:10, 74:16, 139:2, 210:13
**alone** [5] - 127:10, 127:12, 128:19, 138:16, 183:3
**alongside** [2] - 163:2, 198:22
**altogether** [1] - 197:12
**amazing** [2] - 151:6, 186:19
**ambiguous** [1] - 24:25
**ambition** [1] - 117:24
**America** [2] - 51:14, 204:24
**American** [10] - 40:18, 46:14, 46:16, 50:10, 50:16, 51:10, 54:23, 55:2, 88:2, 148:22
**Americans** [2] - 51:11, 53:15
**amorphous** [2] - 54:5, 54:6
**amount** [6] - 21:22, 84:16, 86:2, 200:22, 201:3, 225:15
**ample** [1] - 106:3
**analyst** [1] - 39:22
**AND** [1] - 1:17
**ANDERSON** [1] - 2:7
**Anderson** [2] - 110:16, 110:20
**Andreas** [1] - 93:11
**anniversary** [1] - 105:16
**Annmarie** [1] - 40:22
**announce** [1] - 131:23
**announced** [4] - 20:5, 144:6, 150:9, 160:2
**answer** [37] - 40:7, 55:18, 56:7, 56:8, 73:25, 87:19, 94:4, 107:17, 156:6, 167:7, 178:5, 178:25, 181:6, 193:9, 193:10, 193:18, 199:9, 199:17, 199:19, 209:22, 209:23, 210:23, 211:1, 211:5, 212:8, 212:13, 212:25, 213:5, 216:12, 216:13, 216:15, 216:16, 217:8, 217:13, 220:4, 222:7, 222:13
**answered** [5] - 55:11, 55:16, 55:19, 56:15, 187:6
**answers** [1] - 226:18
**anticipate** [1] - 130:21
**anticipated** [1] - 74:20
**anticipation** [1] - 91:10
**anyhow** [2] - 156:15, 205:11
**anyway** [2] - 88:10, 229:19
**apart** [1] - 74:14
**apologies** [1] - 226:21
**apologize** [17] - 12:13, 16:4, 26:2, 26:5, 28:9, 30:20, 35:13, 35:14, 66:6, 74:15, 87:20, 133:25, 142:20, 190:5, 193:21, 195:20, 225:24
**APPEARANCES** [2] - 1:16, 2:1
**appellate** [1] - 99:1
**applicable** [3] - 86:14, 209:8, 209:9
**applied** [4] - 43:13, 43:14, 46:3, 71:20
**apply** [3] - 41:6, 41:19, 46:4
**applying** [2] - 41:17, 45:20
**appreciate** [8] - 32:5, 64:10, 96:25, 99:6, 105:1, 113:6, 230:5
**appreciation** [1] - 226:7
**approach** [4] - 16:12, 52:22, 99:10, 210:15
**approaching** [1] - 26:22
**appropriate** [2] - 98:18, 99:16
**approve** [1] - 80:5
**April** [4] - 105:7, 149:18, 197:20, 230:25
**area** [5] - 44:2, 46:4, 86:14, 105:20, 205:5
**areas** [1] - 140:1

**argue** [5] - 95:20, 99:20, 100:23, 101:1, 101:14
**arguing** [1] - 209:20
**argument** [2] - 101:16, 146:19
**argumentative** [2] - 195:6, 195:24
**arrived** [3] - 88:21, 88:25, 89:3
**article** [4] - 105:7, 105:9, 105:12, 109:14
**articles** [3] - 105:3, 105:6, 106:22
**AS** [2] - 1:8, 1:10
**aside** [1] - 131:12
**aspect** [2] - 81:11, 133:10
**aspects** [4] - 80:18, 81:8, 81:10, 85:19
**assemble** [3] - 124:21, 147:24, 185:21
**assembly** [17] - 63:14, 120:4, 131:7, 131:18, 134:25, 135:25, 136:5, 136:11, 136:12, 136:15, 144:12, 144:24, 173:12, 173:14, 184:17, 184:18, 198:7
**assignment** [12] - 42:5, 44:5, 88:25, 121:19, 123:25, 133:21, 135:18, 140:19, 144:18, 166:21, 167:5, 218:14
**associated** [1] - 110:12
**associates** [1] - 148:9
**assuming** [1] - 55:13
**athlete** [1] - 117:15
**athletic** [1] - 117:21
**attachment** [1] - 145:5
**attachments** [1] - 98:3
**attention** [3] - 90:11, 177:20, 230:6
**attenuated** [1] - 107:16
**attorney** [4] - 80:16, 80:23, 89:7, 106:7
**attorney's** [1] - 35:8
**attorneys** [5] - 96:2, 96:24, 96:25, 111:3
**attract** [1] - 152:4
**attribute** [1] - 106:1
**attributed** [3] - 50:11, 102:10, 104:5
**audit** [1] - 8:5
**Austin** [1] - 185:22
**authority** [1] - 169:14
**authorized** [2] - 87:13, 87:18
**avoid** [4] - 14:10, 14:11, 15:18, 99:11
**aware** [32] - 6:13, 59:13, 61:8, 61:14, 64:9, 84:16, 84:19, 87:23, 93:6, 103:10, 122:14, 130:8, 137:19, 138:22, 146:10, 148:21, 153:2, 153:21, 167:11, 181:4, 196:14, 197:24, 204:1, 204:2, 204:4, 205:5, 206:13, 206:16, 206:19, 206:25, 209:2, 227:1
**awhile** [1] - 11:1

**B**

**babies** [1] - 129:12
**background** [7] - 36:2, 111:18, 117:21, 134:22, 134:23, 134:24, 157:11
**bad** [2] - 126:20, 157:8
**Bailey** [11] - 3:13, 98:5, 187:23, 187:25, 188:1, 188:18, 189:22, 191:9, 200:11, 200:12, 227:8
**balance** [2] - 11:25, 88:19
**band** [1] - 60:15
**Barbara** [3] - 93:14, 172:9, 209:4
**barbara** [1] - 172:24
**based** [9] - 53:12, 74:4, 79:17, 98:18, 106:21, 119:19, 134:6, 186:14, 208:6
**baseline** [1] - 64:25
**basis** [8] - 17:18, 31:24, 109:10, 122:19, 139:19, 148:5, 149:10, 198:8
**bat** [1] - 203:7
**bates** [4] - 10:23, 16:3, 26:3, 30:25
**batteries** [3] - 131:19, 132:9, 185:21
**battery** [2] - 131:7, 184:17
**Batz** [1] - 93:11
**Bavaria** [2] - 114:23, 114:24
**BAYERISCHE** [2] - 1:6, 1:20
**bear** [1] - 48:23
**became** [3] - 138:21, 190:14, 191:1
**become** [5] - 46:8, 92:11, 144:3, 162:10, 165:9
**becomes** [2] - 8:17, 92:16
**becoming** [2] - 61:12, 93:24
**BEFORE** [1] - 1:13
**beforehand** [1] - 103:19
**beginning** [7] - 111:5, 138:15, 154:18, 172:5, 212:5, 222:6, 228:6
**behalf** [6] - 87:13, 87:18, 98:22, 100:4, 112:3, 117:17
**behind** [1] - 199:14
**belief** [1] - 148:14
**bell** [1] - 108:18
**below** [8] - 36:12, 36:18, 36:24, 37:2, 37:6, 90:3, 192:1, 192:3
**ben** [1] - 132:1
**bench** [7] - 16:14, 18:18, 52:23, 56:22, 95:24, 158:5, 161:6
**benchmark** [1] - 208:18
**benchmarks** [1] - 44:13
**benefit** [2] - 141:4, 142:6
**benefits** [12] - 26:23, 45:1, 83:22, 84:1, 84:9, 84:17, 138:7, 139:23, 168:24, 198:9, 208:9, 208:20
**Berlin** [1] - 116:10
**best** [30] - 9:11, 44:19, 50:5, 103:21, 126:16, 127:14, 130:5, 132:7, 138:3, 140:24, 141:9, 149:1, 175:12, 175:15, 184:8, 193:3, 193:4, 198:23, 201:11, 202:20, 207:7, 215:10, 217:5, 221:19, 221:24, 222:17, 225:23, 227:4, 227:10, 228:23
**betrayed** [1] - 39:2
**better** [8] - 11:24, 88:19, 133:6, 157:17, 185:1, 185:2, 218:9, 226:20
**between** [9] - 83:21, 105:4, 106:4, 107:2, 109:5, 155:7, 156:12, 189:14, 203:15
**beyond** [1] - 53:9
**bi** [1] - 201:19
**bi-weekly** [1] - 201:19
**Bianca** [2] - 213:11, 224:23
**Bianca's** [1] - 225:5
**big** [14] - 108:20, 124:8, 124:23, 130:10, 131:5, 139:6, 150:20, 157:13, 189:4, 189:25, 190:1, 190:7
**bigger** [2] - 108:16, 154:10
**biggest** [5] - 124:6, 128:3, 131:23, 182:16, 199:12
**billion** [11] - 105:15, 131:24, 182:16, 184:1, 184:12, 187:11, 187:18, 192:7, 198:1, 199:14, 201:8
**bit** [5] - 84:20, 128:1, 223:7, 224:16, 229:21
**black** [2] - 11:9, 57:8
**blew** [1] - 160:22
**blocks** [1] - 124:22
**blow** [1] - 108:16
**blown** [1] - 199:16
**BMW** [189] - 1:7, 1:8, 1:9, 1:10, 1:11, 2:2, 5:18, 6:1, 7:3, 8:11, 13:23, 15:19, 16:24, 17:15, 18:5, 22:20, 27:22, 29:10, 29:15, 31:1, 33:11, 33:20, 34:24, 35:5, 42:3, 42:6, 60:21, 64:18, 65:11, 65:24, 70:23, 71:2, 71:13, 71:18, 71:20, 71:22, 71:24, 72:2, 72:12, 72:13, 72:14, 75:10, 75:20, 77:4, 77:11, 77:24, 78:15, 79:7, 79:10, 79:20, 80:4, 80:6, 80:8, 80:24, 82:5, 82:16, 84:17, 84:21, 86:20, 86:21, 87:8, 87:12, 87:14, 87:18, 88:21, 92:6, 92:22, 92:23, 93:22, 97:11, 98:23, 99:18, 100:21, 101:18, 102:6, 102:9, 102:15, 102:19, 102:20, 103:12, 104:20, 105:4, 105:5, 105:13, 105:16, 106:25, 108:21, 109:4, 111:15, 111:19, 112:3, 112:14, 112:15, 113:14, 119:6, 120:9, 120:11, 120:13, 120:16, 123:6, 124:8, 124:10, 124:13, 125:9, 125:12, 125:20, 126:10, 126:15, 126:25, 127:2, 128:5, 135:3, 139:5, 139:25, 149:5, 149:9, 150:24, 152:14, 153:4, 153:11, 154:8, 158:23, 164:15, 165:4, 165:7, 165:10, 166:10, 168:14, 168:16, 169:13, 171:1, 172:6, 179:21, 180:7, 183:4, 185:7, 190:2, 200:25, 201:22, 202:19, 209:5, 213:7, 214:18, 214:22, 214:23, 215:5, 215:7, 217:14, 217:16, 217:18, 217:19, 217:20, 217:22, 218:1, 218:2, 218:12, 218:15, 218:16, 218:19, 218:20, 218:23, 219:1, 219:6, 219:7, 219:9, 219:12, 219:13, 219:19, 220:10, 220:13, 220:15, 220:17, 220:18, 220:19, 220:23, 221:1, 221:2, 221:18, 223:22, 224:2, 226:12
**BMW's** [1] - 102:10
**board** [3] - 182:19, 185:8
**boarded** [1] - 131:10
**boarding** [1] - 152:2
**boat** [19] - 6:7, 6:11,

6:17, 117:4, 117:10, 117:11, 117:12, 117:25, 118:6, 163:8, 172:15, 174:18, 174:19, 174:22, 174:25, 175:4, 175:10, 175:11
**boats** [1] - 117:6
**body** [4] - 120:18, 120:20, 131:18, 171:23
**book** [3] - 86:11, 86:13, 174:14
**border** [1] - 57:8
**bore** [1] - 21:14
**born** [12] - 52:10, 52:13, 52:15, 53:9, 54:6, 54:7, 54:14, 54:15, 55:5, 114:22, 114:23, 114:25
**Bosch** [4] - 15:4, 22:24, 23:3, 23:10
**boss** [4] - 8:4, 67:2, 94:24, 203:5
**bother** [1] - 80:15
**bottom** [6] - 15:17, 24:23, 25:12, 92:13, 155:16, 162:1
**bounded** [1] - 220:16
**bounds** [1] - 44:23
**BOX** [1] - 1:22
**box** [11] - 47:11, 48:15, 57:9, 72:23, 74:11, 75:7, 94:12, 95:4, 103:23, 114:1, 177:21
**boxes** [2] - 50:22, 120:3
**brand** [4] - 220:25, 221:1, 221:2
**break** [19] - 49:7, 49:10, 49:17, 91:2, 96:5, 96:19, 100:1, 100:5, 114:21, 156:12, 168:4, 168:8, 175:17, 175:18, 176:2, 176:4, 222:25, 229:14
**breakdown** [1] - 154:9
**BRIAN** [1] - 1:17
**Brian** [2] - 97:16, 176:16
**bridge** [3] - 182:24, 183:3, 183:16
**bridging** [2] - 198:9, 198:11
**brief** [1] - 87:22
**briefly** [6] - 42:2, 95:22, 107:5, 115:6, 129:5, 131:4
**bring** [14] - 5:12, 44:13, 49:21, 103:21, 107:9, 107:11, 107:18, 112:24, 129:11, 139:8, 139:9, 140:4, 141:9, 176:8
**bringing** [5] - 104:20, 105:5, 105:13, 183:10, 204:13
**brings** [1] - 44:25
**broad** [3] - 141:7, 152:15, 165:17
**broader** [1] - 54:6
**brother** [1] - 15:24
**brought** [6] - 43:14, 81:10, 82:5, 102:15, 198:4, 198:22
**buck** [1] - 170:23
**build** [2] - 131:19, 163:3
**building** [13] - 102:13, 102:18, 104:15, 104:17, 107:1, 110:8, 110:22, 112:20, 131:13, 140:9, 163:1, 201:9
**building-wise** [1] - 201:9
**buildings** [1] - 112:6
**built** [4] - 127:17, 131:15, 205:18, 205:19
**bull** [6] - 16:2, 42:17, 104:10, 115:10, 146:3, 230:25
**BULL** [1] - 2:6
**bullet** [1] - 157:6
**bullet-proofness** [1] - 157:6
**bulletproof** [1] - 156:10
**Burghardt** [3] - 93:14, 172:9, 172:24
**Burgmeier** [43] - 10:18, 65:18, 68:4, 88:21, 93:10, 93:12, 93:16, 93:20, 93:24, 98:5, 140:14, 141:12, 141:19, 141:22, 142:5, 143:20, 145:9, 167:5, 170:16, 171:9, 174:1, 174:8, 174:22, 181:21, 203:16, 204:4, 205:8, 205:22, 206:1, 206:8, 206:16, 206:21, 206:25, 207:12, 208:3, 210:9, 212:11, 212:24, 213:7, 223:13, 223:25, 224:4
**Burgmeier's** [1] - 173:18
**bus** [2] - 174:16
**business** [43] - 6:3, 13:19, 14:4, 27:16, 29:20, 33:12, 45:13, 105:21, 122:20, 122:21, 122:23, 123:1, 124:9, 130:5, 139:6, 139:13, 140:17, 147:17, 149:2, 149:3, 152:5, 152:15, 160:25, 161:12, 163:4, 165:19, 167:17, 182:11, 182:21, 183:19, 183:21, 183:22, 184:4, 184:10, 194:20, 200:5, 201:11, 204:12, 204:15, 205:11, 205:14, 207:9
**BUSINESS** [2] - 1:8, 1:10
**business-oriented** [1] - 45:13
**busy** [1] - 187:8
**Butler** [2] - 58:25, 59:9
**button** [1] - 71:16
**BY** [64] - 5:22, 11:7, 11:21, 18:23, 21:5, 22:14, 23:24, 26:8, 30:24, 34:7, 35:19, 50:3, 57:2, 58:2, 62:22, 64:16, 66:10, 67:16, 69:8, 71:12, 77:22, 114:8, 120:8, 132:18, 142:24, 147:9, 154:6, 156:5, 157:19, 161:9, 165:2, 166:3, 167:10, 168:12, 169:12, 176:14, 178:16, 179:20, 180:19, 181:9, 186:24, 188:10, 191:16, 193:17, 195:10, 199:23, 200:10, 202:14, 210:7, 211:9, 211:20, 212:3, 214:13, 215:4, 216:2, 216:18, 218:11, 219:18, 220:8, 221:7, 223:3, 224:22, 226:2, 227:18

**C**

**CA** [1] - 1:3
**Cain** [4] - 5:20, 11:19, 18:21, 50:1
**CAIN** [1] - 1:13
**calendar** [2] - 33:2, 80:1
**Campbell** [15] - 102:11, 102:14, 103:14, 104:15, 105:4, 105:9, 105:11, 105:19, 106:4, 108:8, 108:10, 108:11, 109:17, 109:22
**Campbell's** [1] - 106:12
**Campell's** [1] - 103:12
**candidate** [27] - 9:7, 9:17, 9:20, 9:23, 17:1, 21:17, 71:3, 73:1, 73:8, 73:17, 73:21, 74:12, 82:19, 141:13, 164:4, 164:8, 173:6, 178:18, 179:14, 183:7, 183:8, 198:22, 202:21, 213:14, 213:15, 213:18, 213:19
**candidates** [4] - 164:9, 172:17, 173:13, 221:23
**cannot** [17] - 178:25, 181:3, 181:7, 185:11, 188:3, 196:25, 198:15, 200:22, 203:9, 207:3, 216:13, 216:15, 216:16, 216:23, 217:8, 217:12, 220:20
**car** [10] - 122:25, 127:17, 130:9, 130:12, 131:19, 140:9, 167:1, 201:20, 201:22
**card** [1] - 131:20
**care** [2] - 52:21, 81:19
**career** [6] - 15:15, 34:22, 118:3, 167:14, 185:6, 185:18
**careful** [1] - 33:6
**CAROLINA** [1] - 1:1
**Carolina** [16] - 15:6, 102:7, 102:10, 102:15, 103:13, 104:22, 105:24, 111:21, 128:13, 131:24, 149:8, 199:12, 201:18, 207:1, 209:9
**Carolinians** [1] - 138:4
**Carroll** [14] - 102:14, 103:14, 104:15, 105:4, 105:9, 105:11, 106:4, 106:12, 108:8, 108:9, 108:10, 109:17, 109:22
**cars** [9] - 124:21, 126:15, 127:6, 132:9, 132:25, 147:24, 149:6, 185:11
**case** [32] - 40:2, 49:12, 96:13, 96:14, 98:25, 99:9, 99:11, 102:23, 103:2, 104:8, 110:3, 110:7, 112:8, 112:13, 123:2, 144:2, 146:9, 153:14, 158:2, 159:6, 159:9, 159:15, 173:25, 175:21, 175:22, 189:6, 192:21, 229:24, 229:25, 230:1, 230:6
**catch** [1] - 188:13
**caused** [2] - 159:5, 160:8
**cc** [1] - 30:10
**center** [2] - 131:14, 132:4
**CEO** [17] - 6:7, 31:11, 62:12, 121:7, 121:14, 125:9, 125:15, 127:2, 138:21, 157:21, 163:2, 168:14, 169:13, 202:19, 218:17, 223:22, 226:11
**certain** [6] - 78:7, 80:15, 80:24, 87:21, 138:1, 139:7
**certainly** [9] - 42:12, 54:5, 54:9, 104:18, 106:15, 106:24, 156:20, 195:3, 196:7
**CERTIFICATE** [1] - 230:20
**certify** [1] - 230:21
**cetera** [2] - 20:18, 138:8
**CFO** [1] - 135:4
**chain** [1] - 143:1
**challenges** [6] - 150:18, 162:2, 163:7, 190:18, 228:1, 228:6
**champion** [1] - 117:19

**championship** [2] - 117:9, 117:15
**championships** [1] - 117:8
**chance** [1] - 6:11
**chances** [2] - 73:8, 73:9
**change** [14] - 13:17, 38:17, 38:20, 38:25, 59:11, 70:4, 70:5, 88:10, 88:12, 88:15, 146:20, 153:21, 158:11, 167:12
**changed** [6] - 105:24, 146:18, 227:23, 228:4, 228:11, 228:13
**changes** [9] - 63:16, 63:23, 64:21, 107:15, 150:17, 227:20, 228:19, 228:21, 228:24
**chaos** [1] - 38:25
**chaotic** [2] - 10:2, 10:7
**chart** [7] - 3:21, 40:14, 45:17, 45:19, 57:9, 59:17, 64:25
**charts** [1] - 75:6
**chat** [1] - 96:1
**check** [5] - 4:11, 22:16, 22:17, 55:18, 74:10
**Chief** [5] - 33:24, 34:18, 34:25, 135:5, 198:6
**CHIEF** [1] - 1:14
**chief** [1] - 135:24
**Childers** [8] - 48:14, 48:17, 57:10, 59:22, 59:25, 60:3, 60:7, 65:4
**China** [31] - 85:13, 120:20, 120:23, 120:25, 121:2, 121:7, 121:15, 121:18, 121:19, 121:24, 122:1, 122:5, 122:7, 122:12, 122:21, 123:4, 125:25, 127:23, 129:13, 133:1, 165:22, 166:4, 181:11, 181:12, 181:13, 205:15, 205:16, 205:25, 215:22, 219:4, 219:5
**Chinese** [1] - 181:15
**choose** [6] - 122:6, 122:8, 134:5, 134:14, 137:16, 198:2
**choosing** [1] - 137:13
**chose** [6] - 73:20, 103:12, 122:5, 140:12, 144:10, 208:12
**chosen** [2] - 110:17, 144:6
**Chris** [2] - 59:2, 59:9
**Christina** [14] - 7:10, 7:24, 8:7, 9:6, 9:11, 9:22, 15:18, 19:24, 21:12, 31:1, 31:10, 32:14, 37:10, 37:16
**Christine** [28] - 3:20, 47:19, 62:13, 63:20, 66:5, 66:22, 68:16, 68:17, 68:19, 68:21, 78:15, 85:7, 85:9, 87:16, 133:19, 141:24, 142:3, 143:19, 144:14, 146:2, 152:19, 166:20, 169:21, 174:12, 194:18, 195:15, 195:17, 196:11
**Christmas** [3] - 154:17, 155:5, 155:7
**circle** [1] - 4:16
**Circle** [4] - 31:7, 89:9, 90:7, 91:8
**Circuit** [2] - 229:17, 229:19
**circumstance** [1] - 94:2
**circumstances** [2] - 82:21, 94:8
**citizens** [1] - 52:19
**citizenship** [7] - 53:4, 53:21, 54:16, 54:17, 55:6, 55:20, 55:23
**claim** [1] - 158:24
**claiming** [1] - 216:19
**claims** [7] - 54:20, 98:19, 98:24, 101:16, 101:22, 158:9, 158:10
**clarify** [2] - 64:5, 100:18
**class** [1] - 6:13
**classification** [2] - 60:14, 189:20
**classified** [1] - 57:15
**Claudia** [1] - 3:20
**clear** [16] - 18:15, 18:25, 54:4, 66:20, 71:16, 98:23, 103:21, 125:9, 133:20, 145:25, 146:19, 183:3, 188:22, 190:7, 207:7, 226:21
**clearly** [3] - 106:21, 197:1, 198:24
**Clemson** [2] - 14:23, 14:24
**CLERK** [2] - 113:20, 113:23
**client** [1] - 106:5
**climb** [1] - 228:8
**close** [11] - 27:13, 69:9, 112:12, 114:23, 114:24, 119:8, 120:17, 131:10, 182:17, 184:1, 204:7
**closer** [3] - 110:11, 139:3, 169:10
**closes** [1] - 154:20
**closing** [2] - 106:8, 106:16
**CO** [2] - 1:9, 2:2
**coaching** [3] - 36:9, 36:10, 36:11
**code** [2] - 63:3, 216:22
**codes** [1] - 216:14
**collaborative** [2] - 13:19, 14:4
**colleague** [3] - 73:22, 164:20, 164:23
**colleagues** [5] - 90:4, 90:20, 93:5, 104:5, 171:20
**collectively** [1] - 220:9
**COLLECTIVELY** [2] - 1:7, 1:10
**college** [2] - 115:17, 116:12
**column** [1] - 211:22
**combination** [1] - 81:18
**combined** [1] - 221:22
**comfortable** [1] - 136:15
**coming** [18] - 25:7, 26:19, 60:13, 64:24, 65:5, 65:19, 68:5, 87:24, 102:7, 105:16, 128:21, 130:3, 162:6, 181:21, 200:6, 205:9, 210:10, 215:23
**comma** [1] - 36:19
**commenced** [1] - 5:1
**comment** [7] - 6:6, 6:7, 6:16, 6:21, 117:3, 118:4, 216:23
**comments** [3] - 7:3, 7:9, 7:12
**Commerce** [1] - 112:19
**commitment** [1] - 150:17
**committed** [3] - 152:14, 163:11, 163:24
**common** [3] - 50:13, 130:17, 226:15
**commonality** [1] - 85:16
**commonly** [1] - 170:2
**communicate** [2] - 76:11, 93:9
**communicated** [2] - 93:22, 156:8
**communicating** [1] - 143:19
**communications** [3] - 10:3, 10:7, 60:6
**Communist** [1] - 122:15
**community** [3] - 102:21, 135:11, 138:2
**Compact** [1] - 78:5
**companies** [16] - 13:9, 14:6, 14:10, 14:11, 14:22, 15:5, 15:8, 15:10, 15:14, 15:17, 21:23, 119:22, 164:16, 165:7, 219:1, 220:10
**Company** [2] - 87:17, 120:14
**company** [28] - 15:1, 16:20, 21:17, 21:18, 68:10, 68:12, 70:17, 70:20, 85:17, 87:13, 91:14, 91:23, 92:2, 102:24, 102:25, 109:23, 111:15, 111:20, 111:25, 112:16, 119:9, 119:12, 120:16, 139:7, 163:25, 167:17, 172:22, 209:19
**company's** [1] - 111:21
**compare** [1] - 90:12
**comparison** [1] - 90:5
**compensation** [17] - 3:13, 3:14, 81:11, 83:10, 83:12, 138:7, 141:4, 207:16, 207:17, 208:2, 208:4, 208:6, 208:9, 208:12, 208:14, 208:20
**compensatory** [1] - 40:1
**compete** [5] - 126:11, 126:19, 135:2, 201:15
**competence** [2] - 122:2, 208:16
**competency** [1] - 44:5
**competing** [2] - 126:17, 127:9
**competition** [2] - 128:22, 185:12
**competitive** [2] - 117:15, 118:10
**competitor** [1] - 6:14
**complete** [4] - 8:3, 115:25, 131:15, 182:18
**completed** [1] - 42:5
**Completely** [1] - 160:14
**completely** [5] - 90:8, 156:7, 156:13, 160:13, 208:24
**completion** [1] - 100:24
**complex** [1] - 165:4
**compliance** [4] - 133:3, 203:24, 205:6, 206:22
**compound** [2] - 195:6, 214:10
**computer** [1] - 69:17
**concept** [1] - 174:17
**conclude** [1] - 229:18
**concluded** [5] - 5:23, 18:18, 56:22, 161:6, 230:17
**concludes** [1] - 34:20
**concrete** [1] - 25:4
**Concrete** [13] - 4:13, 24:4, 24:25, 25:1, 25:2, 25:7, 26:17, 27:3, 27:11, 29:1, 29:12, 29:14, 90:17
**condition** [1] - 40:5
**conditions** [3] - 83:24, 84:3, 84:4
**conference** [8] - 16:14, 18:18, 52:23, 56:22, 95:24, 96:24, 158:5, 161:6
**confirm** [1] - 47:24
**confirmation** [2] - 26:14, 110:21
**confuse** [1] - 111:13
**confused** [1] -

100:25
**confusing** [1] - 54:18
**congestion** [1] - 229:22
**connected** [2] - 135:11, 147:16
**connection** [7] - 106:4, 106:12, 107:2, 128:22, 138:11, 167:20, 207:7
**connector** [1] - 138:16
**consider** [5] - 11:18, 62:8, 83:23, 110:14, 166:10
**considerable** [1] - 111:16
**consideration** [2] - 141:14, 178:23
**considered** [13] - 9:7, 9:16, 38:2, 38:3, 51:12, 52:7, 56:1, 56:14, 74:11, 126:21, 129:1, 170:3, 203:11
**considering** [5] - 8:12, 9:12, 9:22, 94:14, 141:12
**consistency** [1] - 85:23
**consistent** [1] - 85:17
**constant** [1] - 126:22
**constitutes** [1] - 111:1
**construction** [1] - 201:9
**construction-wise** [1] - 201:9
**consult** [1] - 69:5
**consultant** [2] - 4:9, 21:8
**consultation** [1] - 207:21
**consulted** [1] - 39:25
**consulting** [1] - 14:11
**contact** [1] - 24:13
**contemplating** [1] - 101:6
**context** [3] - 78:24, 154:7, 224:17
**continue** [5] - 85:20, 100:13, 130:15, 147:10, 148:15
**CONTINUED** [59] - 2:1, 4:1, 5:21, 11:6, 11:20, 18:22, 21:4, 22:13, 23:23, 26:7, 30:23, 34:6, 35:18, 50:2, 57:1, 58:1, 62:21, 64:15, 66:9, 67:15, 69:7, 120:7, 132:17, 142:23, 147:8, 154:5, 156:4, 157:18, 161:8, 165:1, 166:2, 167:9, 169:11, 178:15, 179:19, 180:18, 181:8, 186:23, 188:9, 191:15, 193:16, 195:9, 199:22, 200:9, 202:13, 210:6, 211:8, 211:19, 212:2, 214:12, 215:3, 216:1, 216:17, 218:10, 219:17, 220:7, 221:6, 224:21, 226:1
**continued** [4] - 3:3, 10:2, 33:10, 116:23
**continues** [1] - 180:6
**continuing** [1] - 156:20
**continuity** [1] - 228:12
**continuously** [1] - 197:15
**contract** [9] - 41:22, 203:24, 217:14, 217:17, 217:20, 217:22, 218:2, 218:12, 218:19
**contrary** [1] - 196:18
**contrast** [1] - 201:4
**contributed** [1] - 79:20
**contribution** [1] - 124:8
**convenient** [2] - 82:10, 99:2
**conversation** [5] - 21:7, 35:24, 43:8, 43:20, 137:9
**conversations** [1] - 177:1
**convert** [1] - 170:22
**cooler** [1] - 84:11
**cooperation** [1] - 128:23
**coordinated** [1] - 14:20
**cope** [11] - 131:6, 163:4, 163:6, 167:18, 182:14, 184:20, 187:2, 190:3, 194:19, 228:1, 228:6
**copied** [1] - 155:20
**copies** [1] - 143:21
**coping** [2] - 187:22, 205:22
**Copy** [1] - 4:11
**Corey** [22] - 3:16, 58:21, 145:12, 146:9, 146:17, 146:21, 147:11, 147:12, 147:13, 147:21, 147:22, 148:15, 148:18, 148:21, 149:13, 149:17, 176:21, 177:21, 178:18, 179:10, 180:3, 180:21
**corn** [2] - 104:6, 106:19
**corporation** [1] - 219:19
**Correct** [1] - 31:20
**correct** [345] - 6:3, 6:4, 6:19, 6:20, 7:1, 7:14, 7:18, 7:20, 7:23, 9:4, 9:14, 9:24, 10:17, 12:25, 13:2, 13:4, 13:14, 13:22, 14:1, 14:14, 14:25, 15:7, 15:20, 15:23, 19:18, 20:7, 20:8, 20:13, 20:19, 20:20, 20:22, 20:23, 21:10, 21:13, 21:24, 22:6, 22:18, 22:21, 23:8, 23:11, 23:12, 23:14, 23:17, 24:17, 24:18, 24:20, 25:10, 25:20, 27:6, 27:19, 28:7, 28:15, 28:24, 29:3, 29:8, 29:22, 29:25, 30:2, 30:3, 30:13, 30:14, 31:4, 31:5, 31:11, 31:12, 32:7, 32:8, 32:25, 33:13, 33:18, 33:21, 33:23, 34:10, 34:11, 34:19, 34:23, 35:2, 35:6, 35:23, 36:1, 36:17, 36:23, 37:1, 37:4, 37:8, 37:9, 37:14, 38:21, 39:1, 39:3, 39:19, 40:21, 40:25, 41:11, 41:13, 41:16, 42:1, 43:9, 43:21, 44:11, 44:17, 45:11, 45:15, 46:15, 47:7, 47:13, 47:16, 47:20, 48:4, 48:9, 48:12, 48:16, 49:4, 50:8, 50:9, 50:12, 50:19, 50:20, 50:24, 51:2, 51:3, 51:5, 51:6, 52:3, 52:9, 52:14, 52:16, 52:17, 53:5, 57:11, 57:12, 58:9, 58:13, 58:18, 59:19, 60:12, 60:21, 60:22, 61:6, 62:1, 62:3, 62:4, 62:7, 62:24, 62:25, 63:5, 63:8, 63:10, 63:11, 63:13, 63:15, 63:17, 63:18, 63:21, 63:25, 64:3, 65:1, 65:2, 65:3, 65:6, 65:7, 65:14, 65:15, 65:19, 65:20, 65:23, 66:1, 66:2, 66:18, 66:23, 67:1, 67:3, 67:4, 67:7, 67:8, 68:5, 68:6, 68:11, 68:15, 68:25, 69:1, 69:12, 69:16, 69:21, 69:23, 69:24, 69:25, 70:1, 70:5, 70:6, 70:7, 70:10, 70:11, 70:13, 71:8, 71:18, 71:19, 71:21, 71:23, 72:1, 72:8, 72:13, 72:17, 72:20, 73:10, 73:21, 74:18, 74:19, 74:22, 74:23, 74:25, 75:1, 75:4, 75:11, 76:5, 76:10, 76:19, 76:24, 77:2, 77:12, 77:24, 78:2, 78:3, 78:8, 78:9, 78:10, 78:11, 78:16, 78:20, 78:22, 79:2, 79:8, 79:9, 79:11, 79:13, 79:14, 79:18, 79:21, 79:22, 80:6, 80:7, 80:10, 80:18, 80:19, 80:25, 81:1, 81:17, 81:19, 81:20, 82:1, 82:5, 82:6, 82:8, 83:10, 83:11, 83:16, 84:14, 85:11, 85:17, 85:18, 85:22, 85:25, 86:1, 86:6, 86:21, 87:1, 87:3, 87:4, 87:14, 87:15, 87:18, 87:24, 87:25, 89:3, 89:11, 89:17, 89:19, 89:20, 89:24, 90:14, 90:17, 90:18, 90:23, 90:24, 91:5, 91:6, 91:16, 91:17, 91:20, 92:3, 92:4, 92:7, 92:8, 92:25, 93:24, 93:25, 101:20, 103:5, 119:13, 120:11, 123:15, 124:18, 125:10, 126:7, 144:4, 144:8, 145:9, 145:15, 149:10, 155:4, 155:18, 156:21, 164:16, 168:14, 168:18, 171:12, 172:18, 174:19, 176:22, 177:4, 177:12, 191:10, 196:2, 200:19, 203:3, 207:13, 207:18, 207:22, 211:11, 212:25, 213:2, 213:8, 214:1, 214:14, 215:7, 218:20, 218:23, 221:10, 221:18, 222:15, 222:20, 222:21, 224:18, 226:24, 230:21
**corrected** [2] - 5:24, 6:2
**correcting** [1] - 64:11
**correctly** [2] - 27:18, 80:15
**cost** [2] - 156:8, 190:24
**cough** [1] - 124:10
**council** [11] - 141:6, 207:12, 207:21, 208:23, 208:25, 209:8, 209:14, 209:24, 210:5, 224:8, 224:13
**Council** [1] - 112:19
**councils** [1] - 207:13
**counseling** [2] - 39:24, 40:6
**counselor** [1] - 39:23
**count** [3] - 29:18, 33:2, 77:25
**counterpart** [1] - 84:24
**countries** [6] - 73:5, 127:20, 127:22, 131:8, 132:23, 172:22
**country** [8] - 66:16, 66:17, 85:23, 117:17, 128:2, 128:8, 132:23, 133:4
**couple** [18] - 24:23, 69:9, 71:17, 81:22, 89:7, 130:1, 131:8, 131:25, 133:21, 134:25, 135:4, 142:14, 152:12, 183:24, 199:10, 212:18, 221:3, 223:20
**course** [3] - 98:25, 100:11, 102:24
**court** [6] - 18:19, 56:23, 110:20, 161:7, 193:12, 200:1
**Court** [9] - 53:3, 97:3, 98:1, 98:9, 98:16, 99:3, 104:2,

107:8, 168:3
**COURT** [146] - 1:1, 1:14, 2:6, 2:6, 5:4, 5:7, 5:9, 5:12, 5:16, 11:5, 11:13, 16:13, 17:16, 18:3, 18:13, 18:15, 18:20, 21:3, 22:12, 23:22, 25:24, 26:1, 26:6, 30:16, 30:19, 30:21, 34:4, 35:15, 49:8, 49:10, 49:17, 49:21, 49:25, 55:7, 55:11, 56:10, 56:16, 56:20, 57:23, 62:20, 64:12, 66:8, 67:12, 69:3, 71:10, 95:10, 95:17, 95:21, 96:1, 96:19, 96:23, 98:12, 99:4, 99:7, 99:25, 100:11, 100:16, 100:20, 101:5, 101:18, 101:21, 103:24, 109:19, 110:1, 110:3, 112:24, 113:2, 113:5, 113:12, 113:17, 113:18, 113:25, 114:2, 114:6, 120:5, 132:12, 132:14, 142:19, 142:22, 147:6, 154:4, 156:2, 157:16, 158:3, 158:8, 158:14, 158:22, 159:18, 159:21, 161:1, 164:23, 165:24, 167:7, 167:24, 168:6, 169:9, 175:17, 176:2, 176:6, 176:8, 176:11, 178:5, 178:10, 179:17, 179:22, 180:5, 180:14, 181:6, 186:10, 186:13, 186:16, 186:22, 188:7, 191:14, 195:7, 199:20, 202:4, 209:23, 210:1, 210:16, 210:19, 210:24, 211:3, 211:7, 211:15, 211:23, 212:1, 214:11, 214:24, 215:1, 215:16, 215:24, 216:10, 219:15, 220:4, 221:5, 222:24, 224:20, 225:18, 225:21, 227:13, 228:16, 229:1, 229:4, 229:10, 230:16
**Court's** [2] - 112:12, 114:5
**courtesy** [1] - 104:10
**courthouse** [6] - 103:13, 104:14, 105:8, 105:11, 108:11, 109:6
**courtroom** [1] - 49:13
**cover** [2] - 98:1, 99:21
**COVID** [5] - 74:13, 123:21, 130:6, 136:8, 152:1
**Coxed** [2] - 175:8, 175:9
**coxed** [1] - 117:10
**CPU** [1] - 77:16
**crazy** [1] - 71:15
**create** [4] - 17:25, 163:6, 182:23, 226:16
**created** [7] - 78:1, 78:14, 78:17, 78:22, 78:25, 79:4, 79:17
**credited** [1] - 105:13
**critical** [3] - 197:25, 198:13, 198:16
**Crocker** [1] - 76:4
**Cross** [5] - 3:3, 3:4, 3:7, 3:8, 98:3
**cross** [7] - 5:19, 53:18, 55:14, 186:19, 198:9, 198:11, 221:24
**CROSS** [47] - 5:21, 11:6, 11:20, 18:22, 21:4, 22:13, 23:23, 26:7, 30:23, 34:6, 35:18, 50:2, 57:1, 58:1, 62:21, 64:15, 66:9, 67:15, 69:7, 71:11, 168:11, 169:11, 176:13, 178:15, 179:19, 180:18, 181:8, 186:23, 188:9, 191:15, 193:16, 195:9, 199:22, 200:9, 202:13, 210:6, 211:8, 211:19, 212:2, 214:12, 215:3, 216:1, 216:17, 218:10, 219:17, 220:7, 221:6
**cross-examination** [1] - 5:19
**crossing** [1] - 53:15
**CRR** [2] - 2:6, 230:25
**crucial** [2] - 201:3, 201:17
**crystal** [1] - 54:4
**CTC** [1] - 150:8
**culture** [3] - 13:11, 13:16, 139:5
**curative** [5] - 107:15, 108:18, 110:24, 111:11, 112:9
**current** [2] - 26:25, 189:19
**Current** [1] - 59:20
**customers** [3] - 126:21, 149:6, 185:12
**cut** [3] - 16:10, 36:21, 37:5

**D**

**D/B/A** [2] - 1:7, 1:10
**daily** [3] - 148:5, 149:10, 198:7
**damages** [1] - 40:1
**dash** [3] - 28:11, 36:21, 36:24
**date** [12] - 22:16, 24:8, 27:10, 28:12, 30:12, 33:14, 60:24, 89:12, 144:13, 188:20, 216:24, 230:25
**dated** [13] - 3:17, 3:19, 3:21, 3:22, 4:4, 4:6, 4:14, 4:16, 4:17, 4:18, 21:7, 150:4, 177:24
**dates** [4] - 19:1, 19:8, 41:4, 75:24
**daughter** [2] - 73:25, 74:8
**DAWSEY** [2] - 1:3, 3:2
**Dawsey** [99] - 3:16, 4:5, 4:10, 4:12, 4:13, 4:17, 5:9, 5:19, 5:23, 11:8, 11:22, 14:19, 16:6, 18:10, 18:24, 22:10, 25:13, 25:23, 26:3, 26:9, 28:3, 34:9, 48:23, 49:1, 49:17, 50:4, 56:12, 57:3, 69:9, 71:13, 88:8, 95:5, 95:11, 138:22, 145:11, 146:10, 146:17, 151:7, 152:8, 152:25, 153:3, 153:18, 155:17, 156:19, 156:24, 161:15, 161:24, 162:5, 162:19, 163:10, 164:4, 167:11, 170:15, 174:24, 183:11, 184:10, 184:22, 185:15, 186:1, 189:25, 190:9, 190:11, 190:21, 191:6, 192:2, 192:4, 192:14, 192:22, 193:5, 193:22, 194:1, 194:7, 194:11, 194:17, 194:22, 195:4, 195:18, 196:5, 196:8, 196:14, 196:21, 197:1, 198:25, 199:3, 200:17, 201:1, 202:9, 202:16, 202:24, 203:4, 203:7, 203:10, 203:16, 204:12, 206:6, 207:8, 207:11, 227:20, 227:23
**dawsey** [1] - 21:6
**Dawsey's** [6] - 152:16, 152:20, 161:10, 197:16, 227:2, 227:9
**day-to-day** [1] - 187:22
**days** [18] - 12:3, 29:14, 29:17, 29:18, 29:20, 33:1, 33:7, 33:12, 33:16, 74:16, 82:3, 88:20, 90:15, 90:16, 101:1, 101:2, 154:10
**deal** [11] - 100:5, 108:16, 192:25, 193:1, 203:17, 205:13, 208:25, 225:12, 227:4
**dealing** [11] - 24:3, 148:4, 183:4, 204:8, 204:10, 204:18, 206:2, 207:1, 225:13, 226:17, 227:7
**deals** [2] - 148:4, 207:15
**dealt** [1] - 50:13
**Dear** [2] - 90:3, 90:20
**DEBRA** [1] - 2:6
**Debrecen** [1] - 66:12
**DEBRECEN** [1] - 66:13
**decades** [3] - 134:11, 134:22, 139:12
**deceased** [1] - 109:20
**December** [30] - 6:1, 20:19, 23:2, 24:19, 24:24, 25:9, 25:13, 26:15, 26:19, 26:20, 28:4, 28:25, 29:9, 29:14, 30:2, 30:12, 31:2, 31:6, 32:6, 32:10, 32:14, 32:18, 66:21, 66:24, 67:3, 154:8, 154:13, 160:3, 199:16
**decide** [5] - 101:9, 121:20, 174:21, 200:15, 211:4
**decided** [4] - 159:9, 159:10, 174:21, 201:14
**deciding** [5] - 174:7, 174:8, 177:3, 206:9, 207:4
**decision** [28] - 93:10, 93:12, 93:15, 93:20, 102:10, 133:22, 134:6, 137:18, 141:16, 148:19, 148:24, 149:1, 158:1, 160:1, 160:2, 160:20, 170:24, 171:3, 171:17, 172:15, 174:4, 177:14, 178:8, 181:20, 181:23, 182:1, 182:11, 204:12
**decision-maker** [1] - 170:24
**decision-making** [2] - 148:19, 148:24
**decisions** [10] - 49:12, 127:5, 133:18, 157:24, 159:5, 160:9, 160:14, 167:16, 167:17, 221:9
**decreased** [1] - 60:16
**dedicated** [1] - 51:5
**dedication** [2] - 105:8, 105:11
**deep** [2] - 78:14, 122:4
**deep-rooted** [1] - 122:4
**Defendant** [2] - 5:18, 111:24
**DEFENDANT** [1] - 1:19
**Defendant's** [26] - 10:22, 21:1, 22:10, 23:19, 23:22, 26:2, 28:2, 30:7, 30:17, 30:25, 34:3, 35:11, 35:14, 40:15, 52:6, 57:6, 57:19, 57:20, 62:18, 66:4, 66:7, 67:10, 77:13, 142:16, 142:19, 150:22
**defendants** [1] - 110:13
**Defendants** [9] - 97:25, 99:13, 99:18,

100:4, 107:6, 110:6, 110:8, 110:9, 112:3
**DEFENDANTS** [1] - 1:12
**Defendants'** [1] - 99:13
**defense** [8] - 5:5, 95:18, 97:5, 103:2, 113:13, 150:1, 154:1, 154:3
**DEFENSE** [2] - 3:15, 4:2
**defer** [1] - 97:18
**define** [4] - 53:6, 54:13, 71:1, 178:1
**definitely** [2] - 73:12, 184:5
**definition** [1] - 54:11
**degree** [2] - 114:11, 116:16
**deliberation** [1] - 128:23
**deliver** [4] - 126:20, 132:22, 133:2, 185:11
**delivering** [1] - 149:6
**delve** [1] - 55:14
**demand** [1] - 141:19
**demote** [2] - 153:13, 191:24
**demoted** [10] - 33:22, 37:21, 37:23, 37:25, 68:18, 68:22, 68:23, 68:25, 153:6, 153:10
**demoting** [1] - 160:18
**demotion** [6] - 38:2, 38:4, 38:12, 68:20, 70:2, 153:8
**denied** [2] - 112:10, 112:14
**deny** [3] - 46:11, 107:3, 183:1
**denying** [1] - 109:11
**department** [27] - 9:8, 20:6, 20:10, 20:13, 20:17, 43:15, 46:23, 48:3, 51:16, 53:19, 56:13, 64:20, 68:8, 76:21, 77:5, 155:23, 164:24, 169:17, 180:22, 199:5, 200:19, 200:25, 202:7, 202:8, 204:6, 208:2, 217:1
**Department** [26] - 10:15, 20:14, 31:3, 31:4, 35:5, 41:15, 43:11, 47:18, 48:7, 48:17, 63:1, 65:25, 67:18, 67:20, 76:20, 79:1, 112:19, 133:9, 142:5, 148:3, 150:8, 153:10, 157:21, 187:21, 188:1, 217:2
**departure** [5] - 199:24, 200:24, 201:1, 202:6, 202:9
**depended** [2] - 83:7, 175:12
**Deposition** [1] - 98:2
**deposition** [13] - 10:1, 10:7, 41:5, 73:19, 74:24, 97:8, 97:23, 210:12, 210:20, 211:11, 211:13, 222:5, 223:5
**depositions** [2] - 97:19, 97:22
**describe** [5] - 82:3, 138:18, 215:9, 215:18, 216:4
**described** [7] - 21:25, 58:10, 138:15, 163:3, 171:11, 172:23, 198:13
**description** [2] - 98:10, 152:6
**design** [1] - 129:9
**designed** [7] - 125:21, 125:22, 125:25, 126:3, 126:8, 127:7
**desire** [1] - 165:22
**desperately** [3] - 151:10, 186:4, 201:24
**detail** [1] - 90:11
**determine** [2] - 204:4, 208:13
**determined** [1] - 207:20
**develop** [2] - 180:22, 199:2
**developed** [2] - 43:12, 190:24
**developing** [3] - 136:3, 166:24, 166:25
**development** [7] - 32:2, 44:22, 147:5, 192:20, 193:15, 198:8, 199:2
**Development** [1] - 112:20
**develops** [1] - 181:2
**devised** [1] - 108:23
**difference** [1] - 189:14
**different** [17] - 20:18, 53:4, 82:3, 85:1, 90:9, 119:15, 120:18, 122:18, 133:1, 165:18, 172:22, 201:14, 212:22, 220:19, 220:20, 221:23, 222:16
**differently** [1] - 208:24
**difficult** [1] - 165:9
**digit** [2] - 63:6, 151:12
**dimensions** [1] - 146:20
**diploma** [2] - 115:12, 116:10
**Direct** [1] - 3:6
**direct** [4] - 111:17, 178:7, 178:9, 182:6
**DIRECT** [12] - 114:7, 120:7, 132:17, 142:23, 147:8, 154:5, 156:4, 157:18, 161:8, 165:1, 166:2, 167:9
**directed** [9] - 97:10, 97:25, 98:15, 98:17, 98:20, 98:24, 100:22, 100:23, 101:15
**Directed** [1] - 98:2
**directing** [1] - 197:15
**direction** [3] - 19:16, 19:17, 82:25
**directive** [1] - 77:23
**directly** [3] - 38:9, 196:19, 200:7
**Director** [3] - 15:13, 224:10
**disagree** [1] - 56:9
**disappointed** [4] - 161:25, 162:9, 162:17, 197:13
**disciplinary** [1] - 36:9
**discriminated** [4] - 27:23, 156:1, 158:15, 158:17
**discuss** [9] - 30:4, 49:12, 49:18, 96:12, 96:25, 145:18, 146:2, 175:21, 176:3
**discussed** [6] - 43:4, 43:7, 78:5, 98:16, 194:17, 196:10
**discussion** [12] - 31:9, 43:12, 43:19, 107:10, 136:24, 140:13, 144:13, 144:16, 147:11, 148:14, 182:3, 197:18
**discussions** [6] - 15:12, 32:1, 60:5, 79:19, 137:1, 171:4
**dishes** [1] - 155:5
**disposition** [1] - 184:6
**disrupted** [2] - 161:13, 202:2
**disruption** [2] - 157:21, 192:10
**dissatisfied** [1] - 8:11
**disseminated** [1] - 144:3
**distinction** [1] - 83:21
**distract** [1] - 111:11
**distracted** [1] - 80:21
**DISTRICT** [3] - 1:1, 1:1, 1:14
**divided** [2] - 139:7, 140:4
**divine** [1] - 10:13
**DIVISION** [1] - 1:2
**division** [1] - 121:12
**DNA** [1] - 220:24
**doctor** [3] - 39:21, 114:12, 118:24
**doctorate** [3] - 118:17, 119:7
**doctors** [1] - 39:16
**document** [48] - 16:7, 16:10, 35:20, 42:22, 46:14, 46:18, 49:3, 64:17, 75:6, 78:1, 78:14, 79:7, 79:16, 79:21, 79:25, 80:4, 80:8, 89:6, 98:1, 98:7, 177:18, 178:3, 178:6, 179:18, 179:25, 180:7, 180:9, 180:16, 180:23, 180:24, 188:4, 188:5, 188:17, 214:16, 214:18, 214:24, 215:7, 215:9, 215:17, 215:24, 216:3, 216:16, 216:25, 217:7, 217:10
**documents** [10] - 75:5, 77:4, 77:6, 77:8, 77:9, 77:10, 79:23, 81:2, 81:21, 142:14
**Documents** [1] - 4:7
**Dogwood** [1] - 150:8
**DOING** [2] - 1:8, 1:10
**dollar** [2] - 105:15, 201:8
**dollars** [7] - 131:25, 184:1, 184:12, 187:11, 187:18, 192:7, 198:1
**Dombrowski** [1] - 82:16
**domestic** [34] - 41:24, 44:23, 47:15, 48:3, 48:8, 50:7, 50:18, 51:1, 51:5, 51:12, 51:13, 52:7, 53:22, 53:23, 53:25, 54:8, 54:25, 55:3, 56:2, 56:5, 56:14, 57:15, 88:7, 122:9, 213:21, 213:25, 214:8, 216:6, 221:9, 221:17, 221:21, 222:10, 222:16
**domestics** [1] - 83:12
**DONALD** [1] - 2:2
**done** [17] - 8:4, 69:10, 99:17, 101:24, 108:15, 150:20, 153:16, 185:25, 197:16, 198:5, 208:24, 210:24, 211:3, 211:6, 227:2, 228:8, 229:3
**door** [2] - 17:23, 104:13
**dot** [1] - 71:14
**dotted** [1] - 219:5
**doubt** [2] - 75:24, 183:18
**down** [26] - 6:21, 7:3, 10:25, 11:2, 14:18, 17:11, 23:9, 25:11, 36:12, 37:13, 40:13, 42:17, 42:18, 46:22, 53:11, 54:11, 57:10, 80:11, 114:21, 146:4, 162:3, 162:4, 178:17, 195:22, 229:10
**downgrade** [1] - 70:8
**downsize** [1] - 88:18
**Dr** [16] - 6:10, 6:22, 8:7, 31:11, 63:10, 98:6, 113:14, 114:14, 168:2, 168:13, 176:15, 178:17, 188:11, 222:23, 223:4, 225:16
**draft** [2] - 78:14, 78:19
**drag** [1] - 101:9
**dramatically** [1] - 228:13
**drive** [4] - 133:15, 143:13, 201:11, 201:22
**driven** [1] - 204:12
**drivetrains** [1] - 120:3

**driving** [1] - 71:15
**drops** [1] - 183:9
**due** [4] - 26:22, 110:17, 207:8, 226:23
**duly** [1] - 113:21
**during** [12] - 31:16, 33:19, 96:7, 97:13, 102:5, 104:3, 112:15, 123:21, 136:8, 159:22, 176:3, 185:18
**duties** [10] - 89:1, 89:2, 194:7, 202:18, 202:23, 204:1, 204:2, 204:3, 204:5, 206:9
**duty** [6] - 18:6, 110:16, 115:18, 194:3, 204:21, 218:16

**E**

**eager** [2] - 157:11, 226:15
**early** [4] - 9:6, 29:9, 229:16, 229:18
**earned** [2] - 26:23, 114:12
**easier** [1] - 133:5
**easily** [1] - 105:3
**easy** [2] - 165:11, 185:14
**ECF** [2] - 100:2, 100:17
**economic** [1] - 102:22
**Economic** [1] - 112:20
**economy** [1] - 105:19
**Eddy** [6] - 187:23, 187:25, 188:1, 188:17, 189:22, 227:8
**educating** [1] - 198:8
**education** [3] - 111:18, 115:6, 122:3
**effect** [6] - 6:18, 58:14, 118:6, 157:25, 158:19, 159:19
**effective** [1] - 61:1
**efficiency** [3] - 118:20, 126:19, 126:23
**effort** [2] - 31:15, 159:24
**efforts** [1] - 112:7
**eight** [6] - 67:7, 67:23, 94:13, 117:10, 175:4
**eights** [1] - 175:3
**either** [12] - 38:20, 51:1, 82:4, 84:6, 86:8, 87:8, 93:23, 97:24, 103:12, 109:4, 221:20
**electric** [3] - 132:10, 132:13, 184:18
**electrification** [3] - 130:11, 130:13, 132:13
**electronics** [2] - 132:10, 184:19
**elevate** [2] - 9:8, 9:17
**eleven** [1] - 130:24
**elite** [1] - 184:6
**ELLISON** [1] - 2:3
**email** [22] - 9:1, 12:9, 12:17, 14:20, 19:13, 24:10, 28:4, 31:1, 66:5, 66:21, 78:10, 78:17, 82:15, 85:2, 87:8, 89:12, 90:15, 92:24, 142:18, 142:25, 155:13, 155:16
**Email** [6] - 3:16, 3:18, 3:20, 4:3, 4:5, 4:15
**emails** [2] - 4:14, 89:9
**embed** [1] - 142:1
**embedded** [3] - 127:6, 127:11, 208:21
**embodiment** [1] - 119:3
**emission** [1] - 132:24
**emoji** [1] - 28:22
**emotional** [1] - 40:5
**employ** [1] - 160:24
**employed** [4] - 109:3, 131:17, 217:25, 218:16
**employee** [11] - 36:3, 51:10, 61:12, 61:13, 71:18, 92:11, 200:24, 202:7, 217:16, 217:20, 219:8
**employees** [10] - 51:14, 56:2, 56:14, 81:19, 86:5, 94:20, 117:4, 139:25, 161:21, 200:18
**employer** [1] - 26:25
**employment** [7] - 27:10, 68:13, 149:7, 201:5, 201:17, 206:17, 206:23
**encouraged** [1] - 139:5
**end** [11] - 10:8, 26:23, 32:4, 133:13, 139:4, 141:22, 144:13, 144:19, 150:24, 199:16
**END** [1] - 230:18
**ended** [4] - 38:23, 41:22, 166:21, 167:5
**ending** [1] - 154:17
**ends** [1] - 27:7
**endurance** [2] - 117:23, 118:13
**enforce** [1] - 162:2
**Engelhorn** [2] - 176:15, 222:23
**ENGELHORN** [1] - 113:21
**engine** [1] - 171:22
**engineer** [4] - 116:11, 116:13, 118:24, 119:3
**engineered** [2] - 125:23, 127:7
**engineering** [6] - 116:7, 118:18, 119:2, 129:9, 132:21, 134:23
**ENGLEHORN** [1] - 3:5
**Englehorn** [16] - 3:18, 6:10, 6:22, 8:7, 31:11, 63:10, 98:6, 113:15, 114:10, 114:15, 168:2, 168:13, 178:17, 188:11, 223:4, 225:16
**English** [11] - 90:4, 90:5, 90:9, 133:6, 142:17, 143:3, 143:7, 143:17, 143:22, 170:23, 224:15
**enhance** [2] - 73:8, 73:9
**enhanced** [1] - 73:16
**enhancement** [1] - 73:18
**enhances** [1] - 73:12
**enjoyed** [3] - 81:9, 81:11, 81:18
**enter** [5] - 112:2, 120:9, 144:23, 162:22, 218:1
**entered** [2] - 97:7, 133:19
**entire** [10] - 20:10, 20:13, 20:17, 67:20, 68:8, 90:4, 102:17, 124:17, 141:1, 199:4
**entities** [2] - 220:16, 220:20
**entitled** [8] - 17:20, 54:9, 97:6, 111:19, 111:23, 111:24, 112:16, 230:23
**entity** [2] - 219:21, 219:22
**entry** [1] - 6:23
**environment** [6] - 127:19, 130:5, 163:6, 171:25, 205:23
**Epps** [23] - 3:16, 58:21, 98:6, 145:12, 146:9, 146:17, 146:21, 147:11, 147:12, 147:13, 147:21, 147:22, 148:15, 148:21, 149:13, 176:21, 177:15, 177:21, 178:18, 179:10, 180:21, 180:25
**Epps's** [3] - 148:18, 149:17, 180:3
**equipment** [1] - 201:9
**equipment-wise** [1] - 201:9
**equivalent** [5] - 115:12, 115:17, 116:14, 116:16, 119:21
**erased** [1] - 71:15
**ERISA** [4] - 204:22, 205:8, 206:2
**ESQ** [4] - 1:17, 1:21, 2:2, 2:3
**essentially** [1] - 107:11
**establish** [1] - 71:17
**established** [1] - 180:8
**establishing** [1] - 207:6
**et** [3] - 3:16, 20:18, 138:8
**Europe** [5] - 119:13, 119:14, 119:19, 141:7, 209:1
**European** [1] - 66:17
**Eva** [20] - 10:18, 65:18, 68:4, 93:10, 93:12, 93:15, 93:20, 140:13, 140:14, 141:12, 141:19, 141:22, 142:1, 142:4, 143:20, 145:9, 174:1, 203:16, 204:4, 205:21
**Eve** [2] - 155:6, 155:8
**evening** [7] - 5:17, 7:25, 12:18, 229:14, 229:15, 229:23, 230:7
**event** [3] - 97:4, 97:24, 175:20
**eventually** [1] - 8:17
**Evidence** [4] - 11:10, 107:25, 108:6, 108:23
**evidence** [24] - 17:11, 30:18, 78:21, 101:1, 103:7, 103:9, 103:14, 106:8, 106:17, 107:14, 107:20, 107:23, 108:2, 109:8, 111:1, 111:2, 111:4, 111:6, 112:11, 177:19, 180:13, 180:14, 192:4, 214:17
**evidentiary** [1] - 107:18
**exact** [2] - 200:22, 215:19
**exactly** [13] - 116:3, 119:11, 124:24, 135:6, 140:20, 142:9, 145:13, 147:23, 154:14, 172:23, 215:9, 216:21
**EXAM** [63] - 5:21, 11:6, 11:20, 18:22, 21:4, 22:13, 23:23, 26:7, 30:23, 34:6, 35:18, 50:2, 57:1, 58:1, 62:21, 64:15, 66:9, 67:15, 69:7, 71:11, 114:7, 120:7, 132:17, 142:23, 147:8, 154:5, 156:4, 157:18, 161:8, 165:1, 166:2, 167:9, 168:11, 169:11, 176:13, 178:15, 179:19, 180:18, 181:8, 186:23, 188:9, 191:15, 193:16, 195:9, 199:22, 200:9, 202:13, 210:6, 211:8, 211:19, 212:2, 214:12, 215:3, 216:1, 216:17, 218:10, 219:17, 220:7, 221:6, 223:2, 224:21, 226:1, 227:17
**exam** [7] - 3:3, 3:4, 3:6, 3:7, 3:8, 3:9, 3:10
**examination** [5] - 5:19, 17:16, 19:5, 111:17, 211:4
**examined** [1] - 210:1
**example** [16] - 43:14, 82:13, 82:14, 119:17, 124:20, 127:15, 129:12, 131:5, 142:1, 183:9, 185:20,

185:22, 201:21, 204:8, 205:15, 216:5
**examples** [1] - 139:11
**exceeding** [1] - 228:15
**excellent** [4] - 149:6, 185:3, 203:2, 204:16
**except** [1] - 82:10
**excerpts** [6] - 97:9, 97:12, 97:23, 98:4, 100:12
**Excerpts** [1] - 98:2
**excited** [4] - 136:25, 151:5, 151:7, 152:23
**exciting** [1] - 155:9
**excuse** [3] - 35:12, 87:5, 142:19
**excused** [5] - 49:14, 96:15, 175:24, 176:2, 230:8
**executed** [1] - 115:18
**executive** [1] - 126:10
**exercising** [1] - 118:1
**exerting** [1] - 92:22
**exhausted** [1] - 38:25
**exhibit** [43] - 10:22, 16:3, 16:5, 20:25, 22:11, 23:19, 25:24, 26:2, 28:2, 30:7, 30:16, 30:17, 30:25, 34:3, 35:12, 35:14, 36:12, 40:15, 42:18, 52:6, 57:7, 57:19, 57:21, 60:24, 62:18, 66:4, 66:7, 67:10, 77:13, 78:4, 79:15, 86:19, 98:9, 149:25, 150:1, 150:22, 154:2, 177:19, 178:11, 188:5, 191:13, 214:17
**Exhibit** [2] - 21:2, 98:3
**exhibits** [4] - 11:8, 11:14, 30:22, 69:5
**EXHIBITS** [2] - 3:11, 4:2
**exist** [1] - 48:11
**existed** [1] - 80:9
**existing** [1] - 142:3
**exists** [1] - 151:15
**expand** [1] - 131:13
**expanded** [1] - 131:17
**expansion** [2] - 131:1, 131:5
**expat** [5] - 42:23, 50:6, 82:15, 83:25, 133:21
**expat's** [1] - 50:15
**expats** [3] - 83:16, 84:9, 218:14
**expect** [1] - 46:20
**expected** [1] - 46:21
**experience** [28] - 71:2, 73:11, 73:12, 111:18, 117:5, 118:16, 122:4, 134:7, 134:10, 135:7, 135:10, 151:11, 152:12, 153:11, 181:11, 184:23, 185:17, 186:19, 198:14, 198:20, 198:22, 200:4, 206:2, 207:13, 208:4, 208:14, 209:7, 221:22
**experienced** [3] - 70:8, 199:3, 199:10
**experiencing** [1] - 153:3
**expertise** [6] - 139:9, 163:5, 165:17, 185:6, 197:2, 197:17
**explain** [8] - 118:12, 158:4, 180:20, 198:16, 198:18, 209:22, 224:14, 224:16
**explained** [1] - 183:24
**explanation** [2] - 56:5, 217:25
**exploring** [2] - 88:14, 88:16
**export** [4] - 127:21, 127:22, 128:1, 128:12
**exported** [1] - 86:25
**exporter** [2] - 128:3, 128:5
**exposed** [1] - 140:23
**express** [1] - 76:25
**expressed** [6] - 42:10, 42:13, 76:16, 76:17, 76:21, 88:6
**extended** [2] - 25:2, 99:12
**extension** [1] - 144:21
**extent** [4] - 84:8, 96:9, 97:10, 97:17
**external** [3] - 22:20, 64:2, 70:24
**externally** [1] - 71:3
**extra** [5] - 6:18, 96:6, 118:9, 163:10, 219:23
**extremely** [1] - 190:15
**eye** [1] - 158:18

### F

**face** [4] - 62:23, 148:4, 150:2
**face-to-face** [1] - 148:4
**facility** [1] - 153:2
**fact** [17] - 11:16, 16:23, 39:20, 76:15, 78:10, 78:24, 79:24, 80:8, 80:16, 80:20, 88:17, 93:22, 97:1, 107:12, 161:23, 207:8, 227:23
**factor** [3] - 148:18, 148:24, 177:15
**facts** [1] - 103:9
**factual** [1] - 106:21
**failed** [4] - 190:1, 190:2, 190:6
**fair** [4] - 21:25, 86:2, 142:8, 160:5
**fairly** [1] - 229:18
**fairness** [1] - 180:15
**fall** [1] - 160:10
**familiar** [6] - 149:19, 174:17, 179:17, 180:16, 180:23, 187:23
**family** [5] - 73:20, 74:6, 74:7, 111:19, 225:5
**famous** [1] - 104:5
**fan** [1] - 117:13
**FANE** [1] - 1:21
**far** [6] - 18:7, 40:13, 53:9, 115:7, 203:2, 230:5
**fast** [5] - 10:25, 13:17, 14:17, 24:15, 225:24
**faster** [1] - 121:6
**fault** [1] - 214:25
**favor** [1] - 101:11
**favorable** [1] - 152:19
**FE** [1] - 178:20
**FEBRUARY** [1] - 1:4
**February** [1] - 154:20
**federal** [4] - 105:8, 203:23, 205:2, 205:6
**feelings** [2] - 161:23, 164:1
**fell** [1] - 74:13
**fellows** [1] - 200:13
**felt** [9] - 12:23, 39:2, 39:4, 39:6, 82:7, 92:1, 150:16, 163:19, 189:4
**female** [1] - 88:2
**fevers** [1] - 124:11
**few** [6] - 34:8, 122:20, 164:15, 165:3, 165:6, 222:25
**field** [1] - 144:18
**fifteen** [4] - 67:7, 96:6, 149:11, 217:7
**fifty** [1] - 115:4
**fifty-five** [1] - 115:4
**fight** [1] - 126:22
**fighting** [1] - 7:5
**figurative** [1] - 195:21
**file** [2] - 80:14, 97:6
**filed** [4] - 100:2, 100:17, 102:1, 102:3
**fill** [5] - 44:3, 177:3, 187:2, 198:24, 202:21
**filled** [8] - 88:7, 186:7, 186:8, 186:10, 186:12, 186:21, 186:25, 227:9
**filling** [2] - 94:11, 202:20
**filtering** [1] - 96:20
**final** [9] - 49:12, 106:9, 135:1, 137:18, 169:14, 170:24, 171:3, 175:22, 229:25
**finally** [3] - 137:4, 166:25, 226:20
**finance** [1] - 135:16
**financial** [2] - 17:21, 17:22
**Financial** [2] - 135:5, 198:6
**fine** [6] - 8:20, 32:17, 62:12, 132:3, 150:15, 159:1
**fingers** [1] - 144:25
**finished** [6] - 115:8, 116:1, 116:2, 116:10, 116:12, 116:25
**finishing** [1] - 175:19
**fired** [4] - 83:6, 158:14, 158:20, 158:21
**first** [63] - 8:24, 12:8, 14:23, 25:15, 26:12, 34:20, 42:20, 42:25, 44:1, 44:12, 45:16, 64:23, 65:8, 68:1, 78:19, 80:16, 92:9, 94:3, 104:9, 105:3, 105:6, 108:2, 109:12, 110:3, 113:21, 115:18, 123:6, 127:17, 131:16, 133:18, 133:22, 134:6, 136:24, 139:18, 142:1, 142:17, 143:3, 143:17, 147:15, 155:11, 157:4, 162:9, 178:18, 178:19, 179:13, 182:4, 189:1, 200:15, 200:17, 205:10, 212:18, 212:21, 213:1, 213:3, 213:6, 216:16, 216:20, 217:12, 221:9, 225:7, 225:9, 226:9
**first-line** [9] - 178:19, 212:18, 212:21, 213:1, 213:3, 213:6, 225:7, 225:9, 226:9
**firsthand** [1] - 196:7
**fit** [10] - 13:12, 91:14, 92:2, 163:4, 173:14, 184:24, 184:25, 198:23, 201:24, 221:19
**fits** [1] - 175:12
**fitted** [3] - 135:8, 184:22, 207:8
**five** [15] - 12:12, 52:4, 75:8, 93:14, 96:18, 115:4, 116:22, 116:23, 139:3, 140:6, 173:24, 185:3, 201:13, 229:12, 229:13
**five-minute** [1] - 229:13
**fix** [1] - 149:21
**fixed** [2] - 149:23, 149:24
**FL-3** [2] - 36:24, 37:7
**FL-4** [2] - 36:25, 37:7
**flag** [1] - 130:18
**flags** [1] - 73:4
**flat** [3] - 201:5, 201:6
**flexibility** [1] - 165:14
**flies** [2] - 125:19, 210:14
**flip** [2] - 159:6, 159:13
**floor** [6] - 147:18, 147:19, 147:20, 148:1, 200:7, 200:14
**Flor** [2] - 62:3, 62:5
**focus** [2] - 11:17, 19:8
**focused** [1] - 13:18
**folders** [1] - 86:16

**folks** [10] - 52:7, 55:23, 57:8, 57:13, 61:2, 67:17, 132:1, 173:5, 229:16, 229:19
**follow** [4] - 7:11, 82:7, 111:8, 111:10
**followed** [3] - 67:22, 76:4, 128:10
**following** [14] - 4:15, 5:2, 5:14, 18:19, 49:15, 49:23, 56:23, 96:16, 113:3, 157:22, 161:7, 175:25, 176:9, 230:9
**follows** [1] - 113:22
**followup** [1] - 26:14
**food** [2] - 143:13, 143:14
**FOR** [3] - 1:1, 1:17, 1:19
**force** [8] - 122:17, 131:9, 137:24, 137:25, 138:5, 153:24, 184:2, 207:17
**forced** [3] - 77:4, 77:9, 78:6
**forces** [1] - 138:2
**foregoing** [1] - 230:21
**forever** [1] - 46:20
**forget** [1] - 122:15
**form** [6] - 17:18, 73:3, 96:13, 175:21, 219:11, 229:25
**formal** [3] - 26:24, 62:9, 70:3
**former** [6] - 49:11, 112:6, 117:7, 117:14, 223:21, 224:9
**forth** [1] - 118:13
**fortunate** [1] - 45:9
**forty** [1] - 188:7
**forty-nine** [1] - 188:7
**forward** [12] - 14:15, 18:8, 22:23, 27:15, 27:17, 99:14, 100:14, 122:4, 123:24, 129:17, 150:17, 152:21
**forwards** [1] - 133:16
**foster** [6] - 130:19, 139:10, 184:6, 184:21, 185:18, 228:2
**fostering** [1] - 167:18
**fosters** [1] - 139:22
**foundation** [6] - 31:24, 103:20, 177:23, 214:20, 215:2, 219:12
**founded** [2] - 131:6, 134:21
**four** [36] - 38:1, 39:12, 48:20, 61:9, 61:12, 61:15, 61:18, 64:12, 68:20, 75:8, 117:10, 120:20, 120:22, 121:18, 123:3, 125:17, 125:18, 151:12, 172:4, 175:3, 177:11, 184:4, 188:25, 189:9, 189:10, 189:11, 189:18, 189:23, 191:21, 191:22, 192:12, 196:16, 196:22, 197:8, 204:17, 218:17
**four-and-a-half** [3] - 125:17, 125:18, 218:17
**fours** [1] - 175:3
**fourteen** [1] - 154:10
**Fourth** [2] - 229:17, 229:19
**fourth** [2] - 154:24, 154:25
**Fowler** [40] - 10:22, 12:12, 14:8, 14:16, 16:2, 20:25, 22:8, 23:19, 23:25, 24:15, 24:22, 25:11, 25:12, 25:21, 28:1, 30:7, 34:2, 40:11, 45:17, 46:6, 48:1, 48:5, 48:13, 48:24, 49:5, 52:4, 59:15, 64:17, 65:11, 65:17, 67:13, 68:2, 68:4, 142:16, 143:25, 150:1, 150:2, 150:5, 150:23, 154:1
**frame** [1] - 56:9
**free** [7] - 103:5, 209:12, 209:15, 209:16, 209:17, 209:19, 210:3
**freely** [1] - 114:3
**French** [1] - 143:10
**Friday** [10] - 12:22, 13:2, 19:13, 24:16, 24:18, 26:15, 26:18, 26:20, 32:15, 66:23
**front** [5] - 113:18, 128:20, 155:14, 175:6, 194:4
**fruitful** [1] - 31:8
**full** [2] - 98:20, 150:17
**fully** [4] - 33:20, 98:23, 99:20, 100:25
**function** [59] - 37:11, 38:1, 39:12, 48:19, 61:9, 61:11, 61:12, 61:15, 61:16, 61:18, 61:19, 61:23, 68:19, 69:19, 70:8, 84:13, 139:9, 147:14, 151:12, 164:15, 165:9, 165:10, 176:24, 177:6, 177:9, 177:11, 179:1, 179:4, 179:10, 180:21, 181:1, 183:12, 183:14, 183:17, 184:4, 184:24, 186:4, 189:14, 189:15, 189:17, 189:21, 191:7, 191:20, 192:11, 192:14, 192:15, 192:23, 193:23, 195:4, 196:9, 196:12, 196:16, 196:22, 197:4, 197:8, 204:14, 205:13
**functional** [2] - 46:4, 198:9
**functions** [6] - 70:18, 70:21, 152:9, 165:16, 165:18, 182:14
**funds** [1] - 217:19
**fussed** [2] - 179:23
**future** [20] - 91:15, 91:20, 91:22, 92:3, 130:19, 131:21, 140:21, 156:11, 161:12, 162:2, 167:19, 182:15, 183:25, 184:2, 184:21, 185:13, 187:2, 194:20, 201:16, 226:16
**Future** [1] - 57:10

### G

**g-y-m-n-a-s-i-u-m** [1] - 115:11
**gained** [1] - 185:6
**game** [2] - 160:6, 204:18
**Garth** [2] - 9:12, 9:16
**gates** [1] - 185:23
**gathered** [1] - 94:21
**gear** [1] - 120:3
**generally** [1] - 225:13
**generation** [3] - 127:17, 130:18, 167:1
**generations** [2] - 131:19, 136:1
**gentleman** [1] - 229:18
**German** [36] - 39:12, 40:20, 40:23, 41:21, 43:8, 50:10, 50:16, 54:23, 55:2, 87:23, 89:8, 89:10, 90:5, 90:8, 115:8, 115:9, 115:13, 115:21, 117:9, 119:2, 119:3, 119:8, 143:6, 143:19, 162:17, 162:19, 213:19, 213:22, 214:1, 214:2, 214:9, 214:15, 221:23, 222:2, 224:25, 225:2
**Germans** [1] - 53:15
**Germany** [38] - 41:3, 41:22, 71:14, 73:23, 78:22, 78:25, 79:1, 79:8, 79:10, 79:13, 81:5, 82:15, 83:2, 84:23, 85:7, 92:7, 93:5, 115:19, 117:17, 128:2, 128:10, 128:13, 141:6, 181:22, 182:24, 183:4, 183:16, 207:13, 207:20, 209:1, 209:9, 212:21, 213:8, 213:13, 213:15, 213:17, 213:18, 230:14
**Gesprach** [6] - 43:1, 43:8, 43:18, 43:20, 115:1
**Gilmore** [12] - 3:14, 98:6, 188:12, 188:14, 188:15, 191:9, 191:17, 197:8, 197:22, 197:24, 198:12, 227:8
**given** [8] - 26:15, 60:6, 89:15, 96:3, 109:10, 179:4, 186:20, 211:12
**glad** [2] - 97:14, 113:12
**gladly** [2] - 28:21, 29:1
**glance** [1] - 25:15
**global** [13] - 78:7, 85:10, 86:25, 126:16, 127:8, 127:9, 127:18, 127:19, 139:19, 140:24, 170:7, 170:13, 171:12
**globally** [3] - 127:24, 129:8, 130:9
**globe** [2] - 137:23, 172:21
**goal** [5] - 83:2, 83:7, 117:24, 118:2, 226:14
**goals** [4] - 79:3, 79:7, 81:24, 86:20
**Google** [2] - 33:4, 106:22
**gosh** [1] - 135:23
**gotcha** [1] - 188:16
**governing** [1] - 205:3
**Government** [1] - 122:2
**government** [3] - 112:7, 134:9, 207:2
**governor** [1] - 104:18
**Governor** [4] - 102:11, 105:9, 105:19, 106:4
**Governor's** [1] - 103:12
**grace** [1] - 102:19
**grad** [1] - 14:24
**grade** [13] - 59:11, 60:11, 60:16, 65:6, 69:22, 149:17, 189:13, 189:15, 191:22, 191:23, 191:24, 192:12
**graded** [1] - 177:13
**grading** [3] - 197:3, 224:9, 224:12
**granted** [1] - 112:11
**grateful** [1] - 208:10
**great** [8] - 31:24, 105:22, 105:25, 183:13, 183:16, 183:17, 183:23, 184:11
**Great** [1] - 174:15
**green** [4] - 47:4, 47:11, 48:15, 50:22
**GREENVILLE** [4] - 1:3, 1:18, 1:22, 2:5
**Greenville** [6] - 105:6, 105:25, 106:1, 110:4, 110:9, 110:15
**grinding** [2] - 104:6, 106:19
**ground** [1] - 229:2
**grounds** [2] - 16:18, 155:24
**Group** [10] - 124:14, 164:15, 165:4, 165:7, 220:13, 220:15, 220:18, 220:19, 220:23, 221:1
**group** [1] - 160:17
**GROUP** [4] - 1:8, 1:8,

1:10, 1:11
**growing** [3] - 131:11, 192:19, 197:17
**grows** [1] - 149:7
**growth** [3] - 34:22, 134:21, 139:22
**GSA** [1] - 110:18
**GSP** [6] - 4:18, 33:25, 34:9, 35:1, 71:7, 72:19
**guess** [3] - 18:15, 60:24, 64:5
**guessing** [1] - 37:9
**guide** [2] - 124:12, 193:2
**guideline** [1] - 50:15
**guidelines** [24] - 42:23, 43:4, 43:7, 43:13, 43:17, 45:20, 45:24, 46:2, 46:3, 46:8, 46:22, 46:24, 50:6, 50:22, 51:4, 51:20, 51:22, 51:24, 53:17, 54:24, 80:5, 81:24
**guiding** [1] - 169:17
**guy** [1] - 157:13
**gymnasium** [2] - 115:8, 115:9

**H**

**half** [7] - 116:9, 119:25, 125:17, 125:18, 190:19, 218:17, 226:23
**Hammes** [1] - 15:22
**hand** [6] - 6:17, 113:20, 118:7, 150:16, 163:9, 168:8
**handbook** [1] - 36:3
**handful** [1] - 120:17
**handle** [2] - 101:10, 103:23
**handwriting** [1] - 36:13
**handwritten** [2] - 4:17, 35:7
**happily** [1] - 219:16
**happy** [9] - 18:9, 90:21, 92:23, 93:5, 137:3, 138:5, 185:11, 190:15, 203:4
**hard** [13] - 32:5, 42:14, 105:17, 108:17, 118:1, 136:24, 151:25, 165:12, 166:22, 190:17, 190:25, 191:5, 192:17
**harm** [1] - 167:14
**hat** [1] - 183:3
**head** [16] - 48:3, 72:7, 77:25, 121:6, 123:14, 141:25, 162:10, 162:13, 171:11, 171:12, 171:22, 171:23, 187:21, 189:3, 194:4, 220:3
**headed** [1] - 120:25
**headers** [1] - 142:18
**heading** [12] - 13:11, 14:5, 49:1, 120:3, 120:4, 120:21, 121:24, 134:24, 135:3, 140:15, 141:24, 173:22
**headings** [1] - 14:9
**headquarters** [6] - 123:5, 124:10, 127:2, 127:10, 128:18, 128:24
**healing** [1] - 192:10
**health** [4] - 184:7, 190:2, 204:9, 204:24
**healthy** [1] - 90:21
**hear** [11] - 55:19, 83:1, 97:14, 101:22, 113:12, 119:1, 187:6, 193:20, 193:21, 193:22, 195:1
**heard** [21] - 5:2, 5:14, 18:5, 18:19, 49:15, 49:23, 56:23, 84:11, 96:16, 100:25, 104:4, 113:3, 149:19, 161:7, 164:14, 173:1, 173:25, 175:25, 176:9, 203:23, 230:9
**hearing** [7] - 5:1, 16:15, 52:24, 97:20, 112:4, 158:7, 230:17
**hears** [1] - 108:17
**hearsay** [2] - 146:23, 147:2
**heart** [2] - 81:16, 92:2
**heavily** [1] - 117:7
**heavy** [1] - 155:5
**hectic** [1] - 155:3
**heights** [1] - 192:16
**held** [13] - 16:14, 49:20, 52:23, 95:24, 96:22, 100:15, 110:9, 110:10, 110:19, 158:5, 170:15, 170:16, 176:7
**help** [18] - 22:19, 24:1, 46:8, 73:13, 92:2, 101:24, 121:19, 139:15, 139:17, 151:11, 152:5, 164:11, 174:4, 191:23, 192:5, 192:21, 203:20, 229:21
**helpful** [1] - 135:12
**helps** [1] - 86:3
**herself** [1] - 18:1
**Higgins** [1] - 40:22
**high** [10] - 18:1, 60:11, 61:23, 74:1, 74:2, 74:8, 115:12, 126:15, 166:11, 228:9
**high-level** [1] - 126:15
**high-performing** [1] - 166:11
**high-ranking** [1] - 18:1
**higher** [3] - 17:7, 125:12, 203:11
**higher-paying** [1] - 17:7
**highest** [1] - 170:16
**highlight** [2] - 24:15, 48:25
**highlighted** [4] - 86:24, 87:10, 216:20, 217:1
**highly** [1] - 152:16
**hire** [6] - 132:5, 133:7, 167:2, 184:1, 192:7, 198:19
**hired** [1] - 151:13
**hires** [1] - 197:19
**hiring** [9] - 134:12, 169:14, 182:17, 192:6, 192:24, 199:8, 200:4, 207:10, 228:7
**history** [8] - 102:6, 108:21, 109:23, 111:16, 111:17, 111:19, 111:20, 112:16
**hold** [2] - 110:14, 169:25
**holding** [1] - 110:15
**holiday** [1] - 91:2
**holidays** [2] - 26:22, 154:13
**homologation** [3] - 132:10, 132:14, 132:15
**Homologation** [1] - 132:20
**honest** [3] - 138:2, 162:3, 197:5
**honestly** [1] - 94:14
**honor** [6] - 105:22, 123:22, 124:4, 124:5, 130:4, 218:16
**Honor** [86] - 5:6, 5:8, 11:3, 16:12, 16:17, 17:13, 17:23, 18:17, 21:1, 23:20, 25:25, 28:1, 28:2, 34:3, 35:11, 35:13, 49:6, 52:22, 53:1, 53:14, 53:16, 54:21, 55:9, 62:19, 66:6, 69:2, 69:4, 71:9, 95:9, 95:13, 95:14, 95:19, 98:13, 99:6, 99:22, 100:18, 101:20, 102:3, 103:4, 104:1, 104:2, 104:25, 106:6, 107:3, 107:5, 107:10, 107:17, 109:10, 109:12, 110:2, 112:22, 113:1, 113:14, 114:3, 142:20, 146:22, 150:2, 154:3, 155:25, 156:3, 157:15, 157:23, 160:4, 167:23, 177:23, 178:1, 180:12, 186:9, 186:17, 191:12, 209:20, 211:12, 214:19, 215:14, 215:22, 221:4, 224:19, 225:17, 227:15, 228:14, 228:23, 229:3, 229:6, 229:8, 230:13, 230:14
**HONORABLE** [1] - 1:13
**honored** [2] - 124:11, 131:23
**hope** [7] - 5:17, 91:3, 119:4, 141:9, 229:17, 229:23, 230:6
**hopeful** [3] - 42:8, 42:12, 42:13
**hopefully** [5] - 96:8, 121:6, 175:19, 204:7, 211:15
**Horace** [2] - 58:25, 59:9
**horizontal** [1] - 186:6
**Horstmeier** [8] - 93:8, 93:9, 171:9, 171:11, 171:14, 171:15, 171:18, 172:1
**hour** [3] - 88:20, 100:8, 146:4
**hourly** [3] - 207:16, 207:17, 208:17
**hours** [1] - 118:12
**HR** [97] - 4:3, 4:15, 9:8, 9:9, 9:17, 15:13, 20:16, 21:14, 32:2, 32:15, 32:19, 42:9, 46:9, 47:22, 59:8, 70:25, 71:6, 73:10, 75:25, 76:23, 77:5, 78:5, 78:15, 79:1, 81:10, 81:19, 82:9, 85:10, 86:20, 87:17, 92:12, 92:16, 121:21, 133:9, 135:9, 136:14, 136:23, 137:14, 137:16, 138:17, 140:7, 140:17, 140:22, 141:7, 141:25, 142:3, 144:2, 145:24, 148:3, 150:10, 151:2, 152:15, 155:23, 156:9, 157:21, 161:11, 162:10, 162:13, 163:6, 164:5, 169:17, 170:3, 170:16, 171:12, 178:19, 179:14, 180:22, 181:1, 181:12, 182:11, 185:18, 187:21, 187:22, 188:1, 190:15, 190:25, 191:5, 194:4, 194:16, 197:13, 197:20, 198:1, 198:4, 198:13, 198:18, 198:20, 198:21, 198:24, 199:4, 200:5, 200:18, 200:24, 202:7, 206:13, 226:17
**HRIS** [1] - 85:24
**Hubbell** [3] - 9:12, 15:10, 15:11
**huge** [3] - 122:18, 184:18, 198:9
**Human** [14] - 33:25, 34:18, 34:25, 38:14, 42:11, 64:8, 71:4, 85:24, 122:6, 122:12, 134:19, 144:7, 144:11, 166:14
**hundred** [4] - 131:8, 131:17, 149:11, 204:7
**hundreds** [1] - 132:23
**Hungary** [3] - 66:16, 66:17, 85:15
**HUNGARY** [1] - 66:17
**hurdles** [1] - 121:25

**husband** [6] - 8:15, 8:25, 9:2, 10:11, 12:15, 19:12
**husband's** [1] - 12:9

I

**idea** [3] - 89:1, 141:25, 142:2
**ideally** [1] - 217:3
**ideas** [2] - 44:25, 126:24
**identified** [5] - 40:3, 82:19, 97:9, 110:18, 228:24
**identify** [1] - 173:5
**II** [1] - 2:2
**III** [1] - 1:15
**Ilka** [4] - 93:7, 93:8, 171:9, 171:11
**illness** [1] - 40:6
**imagine** [1] - 155:3
**immediate** [1] - 207:9
**impact** [7] - 60:6, 102:22, 155:22, 155:25, 161:10, 197:2, 197:3
**impacted** [2] - 58:20, 59:7
**impacts** [1] - 102:21
**implemented** [2] - 58:12, 61:6
**import** [1] - 124:20
**importance** [3] - 128:24, 134:12, 138:12
**important** [34] - 13:12, 92:6, 111:12, 122:22, 122:24, 128:17, 132:22, 133:10, 133:12, 135:1, 138:10, 139:25, 140:7, 141:6, 165:14, 167:20, 170:17, 170:18, 173:3, 178:20, 185:14, 185:19, 187:10, 187:17, 187:19, 187:20, 189:4, 197:4, 200:6, 200:8, 201:2, 201:20, 202:19
**impose** [1] - 112:13
**impression** [5] - 17:25, 152:20, 163:11, 163:14, 163:17
**improving** [1] - 118:20
**IN** [1] - 1:1
**in-bounds** [1] - 44:23
**inappropriate** [3] - 106:11, 106:20, 107:16
**inartful** [1] - 211:15
**inaudible** [2] - 124:22, 141:3
**inbound** [2] - 10:15, 217:2
**incident** [1] - 205:22
**inclined** [1] - 112:2
**included** [1] - 66:22
**includes** [1] - 86:7
**including** [10] - 15:10, 102:22, 111:18, 111:21, 123:8, 123:23, 129:12, 135:9, 143:6, 207:16
**increase** [1] - 122:19
**incumbent** [2] - 103:18, 107:19
**indeed** [1] - 94:16
**independent** [2] - 181:23, 181:25
**INDEX** [2] - 3:1, 4:1
**indicate** [1] - 73:4
**indicated** [9] - 47:21, 50:25, 51:9, 73:19, 74:24, 106:11, 107:10, 110:13, 111:8
**indicating** [3] - 60:6, 68:3, 68:4
**individual** [4] - 39:24, 40:3, 40:7, 86:4
**individuals** [4] - 56:13, 58:20, 72:4, 227:8
**industrialization** [1] - 129:11
**industries** [1] - 118:23
**industry** [2] - 130:9, 130:12
**inexperience** [1] - 186:20
**info** [1] - 67:6
**inform** [1] - 117:21
**information** [17] - 20:10, 22:10, 36:2, 61:4, 78:7, 86:4, 86:7, 104:9, 106:3, 106:21, 110:6, 143:23, 143:24, 171:6, 171:8, 172:12, 172:14
**Information** [1] - 85:25
**informed** [1] - 60:13
**informing** [4] - 68:9, 155:17, 171:15, 171:16
**initial** [4] - 9:1, 13:3, 24:12, 106:6
**initiatives** [2] - 87:2, 92:5
**injury** [1] - 40:5
**innovations** [1] - 118:22
**input** [3] - 71:24, 72:2, 173:20
**inquiring** [1] - 185:23
**inside** [2] - 20:10, 131:20
**insinuation** [1] - 106:25
**instructed** [4] - 51:24, 111:1, 111:9, 211:17
**instruction** [9] - 107:15, 108:18, 110:25, 111:4, 111:11, 112:9, 112:10, 196:23, 211:13
**instructions** [6] - 106:7, 106:9, 110:25, 111:10, 112:12, 196:18
**instrumental** [1] - 104:19
**insurance** [1] - 204:25
**integral** [4] - 160:17, 160:21, 160:22, 160:23
**integrity** [1] - 102:17
**intend** [6] - 95:15, 98:20, 98:24, 100:23, 103:16, 167:14
**intended** [2] - 74:25, 75:2
**intensively** [1] - 155:7
**intent** [6] - 54:24, 54:25, 162:18, 163:1, 163:3
**intention** [4] - 51:15, 51:16, 94:11, 145:23
**intentionally** [1] - 108:15
**interact** [1] - 170:9
**interacting** [1] - 81:13
**interaction** [1] - 84:21
**interactions** [8] - 15:14, 84:25, 173:23, 174:1, 212:19, 212:21, 223:24, 224:3
**interest** [7] - 42:10, 42:14, 76:16, 76:17, 76:22, 77:1, 88:7
**interested** [12] - 13:10, 14:7, 14:12, 14:22, 15:8, 15:9, 15:15, 16:20, 16:21, 72:25, 76:18, 172:21
**interfaces** [1] - 138:14
**interior** [1] - 132:9
**internal** [1] - 32:13
**international** [52] - 10:15, 41:20, 41:25, 44:4, 47:5, 47:10, 47:22, 50:7, 50:18, 51:1, 53:22, 54:1, 54:8, 54:25, 55:3, 72:25, 73:8, 73:11, 73:17, 73:21, 74:12, 83:23, 92:17, 121:19, 121:20, 135:6, 135:18, 140:19, 141:13, 144:18, 152:3, 167:21, 172:17, 173:6, 173:13, 182:23, 183:7, 208:7, 213:14, 213:15, 213:18, 213:19, 213:22, 214:3, 214:9, 215:12, 216:6, 217:2, 217:4, 217:10, 221:20, 225:3
**International** [2] - 34:10, 71:7
**internationally** [2] - 119:18, 173:2
**internationals** [3] - 47:19, 83:16, 84:10
**interpretation** [1] - 51:17
**interrupt** [1] - 130:15
**interstate** [1] - 125:4
**intervention** [1] - 10:13
**interview** [5] - 22:24, 23:3, 23:10
**interviewing** [2] - 206:21, 224:4
**interviews** [1] - 193:1
**introduce** [2] - 21:1, 111:25
**invest** [1] - 183:25
**investment** [10] - 105:15, 127:9, 131:24, 182:16, 182:17, 184:12, 184:14, 192:6, 199:12, 201:8
**investments** [1] - 228:8
**invitation** [4] - 62:6, 62:8, 62:9, 62:12
**involve** [1] - 175:10
**involved** [6] - 31:18, 46:25, 47:2, 104:7, 112:18, 137:13
**involvement** [3] - 77:11, 109:4, 178:3
**irony** [1] - 128:1
**irrelevant** [5] - 159:5, 160:15, 179:3, 179:9, 180:3
**island** [1] - 127:3
**issue** [21] - 10:12, 16:19, 54:10, 54:19, 103:19, 104:3, 107:18, 108:7, 108:19, 108:20, 109:16, 149:17, 171:18, 179:2, 179:12, 192:8, 209:3, 209:12, 209:15, 209:17, 210:3
**issued** [2] - 4:8, 153:21
**issues** [13] - 16:22, 85:10, 87:6, 110:18, 110:21, 111:11, 151:21, 159:9, 159:13, 159:17, 207:16, 209:18
**item** [3] - 63:9, 67:5, 150:6
**iteration** [1] - 222:17
**itself** [5] - 102:25, 122:3, 138:17, 199:7, 220:25

J

**JACKSON** [1] - 2:3
**January** [29] - 27:1, 27:4, 27:11, 29:2, 29:16, 29:20, 29:23, 32:24, 33:15, 43:25, 47:17, 56:14, 60:21, 68:14, 69:10, 69:13, 69:14, 89:14, 94:17, 153:1, 153:2, 154:8, 154:13, 154:24, 154:25, 156:24, 159:11, 159:12, 160:7
**Japan** [3] - 128:11, 128:13, 133:1
**Jersey** [1] - 164:25

**job** [66] - 6:1, 8:16, 16:9, 17:12, 17:24, 18:11, 19:1, 26:17, 29:11, 29:13, 32:23, 33:15, 33:19, 34:16, 34:25, 36:24, 37:6, 38:19, 41:17, 41:19, 47:6, 64:2, 68:10, 80:18, 83:9, 84:13, 85:21, 90:17, 91:19, 94:11, 94:25, 139:18, 151:9, 152:6, 158:9, 158:11, 166:24, 172:20, 183:13, 183:17, 183:23, 184:11, 185:3, 186:21, 189:4, 189:7, 194:6, 194:24, 195:19, 196:6, 196:17, 200:14, 200:16, 201:20, 202:18, 202:19, 204:16, 204:21, 206:9, 206:18, 209:4, 213:24, 217:6, 228:4, 228:5
**jobs** [6] - 16:24, 17:5, 17:7, 17:10, 18:1, 44:4
**Johannes** [6] - 9:19, 41:2, 41:3, 41:9, 51:24, 76:12
**join** [2] - 17:2, 180:10
**joins** [1] - 214:22
**journey** [2] - 77:16, 92:11
**Judge** [19] - 5:20, 11:19, 17:1, 17:22, 18:21, 22:10, 35:17, 50:1, 57:19, 64:14, 67:10, 167:25, 168:2, 179:16, 180:9, 180:10, 225:23, 227:12, 227:14
**JUDGE** [1] - 1:14
**judgment** [2] - 99:8, 99:14
**July** [3] - 34:10, 34:16, 61:1
**jumped** [1] - 115:22
**June** [1] - 60:24
**jurist** [1] - 104:5
**juror's** [1] - 97:2
**jurors** [8] - 96:15, 96:20, 101:25, 106:7, 111:7, 111:13, 175:24, 230:7
**jury** [54] - 5:3, 5:12, 5:15, 5:16, 11:13, 16:15, 16:16, 16:19, 16:22, 49:1, 49:11, 49:13, 49:16, 49:21, 49:24, 52:24, 52:25, 54:18, 54:19, 92:9, 96:1, 96:17, 97:13, 97:20, 99:9, 99:11, 99:12, 100:6, 103:23, 108:17, 110:25, 111:24, 112:1, 112:25, 113:4, 113:5, 114:20, 117:5, 129:4, 131:4, 137:12, 143:22, 145:21, 154:8, 158:6, 158:7, 168:7, 175:20, 175:23, 176:1, 176:8, 176:10, 229:15, 230:10
**JURY** [1] - 1:14

## K

**Kathy** [2] - 76:2, 76:4
**keep** [18] - 26:4, 67:19, 86:11, 99:10, 101:10, 108:1, 108:23, 163:21, 168:6, 177:15, 178:20, 193:22, 196:3, 209:12, 209:14, 218:22, 219:8
**keeping** [1] - 146:3
**keeps** [1] - 101:11
**KELLY** [2] - 1:3, 3:2
**Kelly** [51] - 3:16, 4:10, 4:12, 4:17, 67:5, 68:21, 88:8, 95:5, 145:11, 151:7, 152:8, 152:16, 152:20, 152:25, 153:3, 153:18, 155:17, 159:7, 162:18, 183:11, 184:10, 184:22, 185:15, 186:1, 186:7, 186:25, 187:1, 189:4, 189:23, 191:6, 192:1, 192:4, 193:22, 194:1, 194:11, 194:14, 194:17, 194:22, 195:4, 195:18, 196:5, 196:8, 196:21, 201:1, 202:15, 202:24, 203:10, 203:16, 204:12, 206:6, 227:23
**kept** [2] - 69:17, 79:23
**key** [4] - 145:23, 186:18, 187:10, 206:9
**kicked** [1] - 155:6
**kind** [16] - 7:7, 14:20, 16:10, 22:3, 23:9, 28:22, 87:6, 108:13, 108:23, 117:24, 119:21, 151:25, 154:19, 156:16, 192:18, 218:2
**kindly** [1] - 229:11
**Kippenberger** [2] - 40:24, 41:1
**kitchen** [2] - 154:20, 154:21
**knocking** [1] - 185:23
**knowing** [2] - 16:25, 97:19
**knowledge** [43] - 44:13, 53:20, 87:16, 108:3, 108:25, 109:2, 133:14, 134:8, 134:16, 134:18, 135:21, 135:24, 139:8, 140:5, 140:18, 141:3, 141:7, 151:11, 152:15, 156:10, 161:18, 163:5, 165:13, 169:5, 177:8, 177:13, 178:6, 185:18, 189:12, 190:1, 195:3, 196:8, 197:2, 198:5, 200:8, 200:13, 201:25, 206:22, 208:19, 209:14, 210:8, 225:9
**knowledgeable** [1] - 199:4
**known** [4] - 12:23, 15:5, 172:5, 220:23
**knows** [15] - 64:7, 108:9, 122:2, 122:3, 122:16, 122:17, 129:21, 154:25, 179:18, 179:25, 180:8, 180:16, 205:12, 205:13
**Knox** [3] - 106:2, 107:22, 108:5
**Knudt** [2] - 62:3, 62:5
**Koepnick** [1] - 3:21
**KPIs** [1] - 31:25
**KURT** [1] - 1:21

## L

**lacking** [1] - 44:6
**lady** [4] - 140:13, 143:20, 213:10, 226:19
**language** [6] - 28:14, 142:18, 143:3, 143:17, 216:20, 224:15
**languages** [1] - 143:5
**large** [1] - 124:13
**largest** [3] - 128:1, 128:5, 182:16
**last** [25] - 15:21, 25:22, 27:13, 36:7, 55:21, 66:19, 69:13, 69:15, 76:6, 82:3, 91:12, 93:18, 93:19, 100:12, 111:4, 120:5, 132:15, 134:11, 135:10, 139:11, 150:23, 153:1, 228:13, 228:20
**late** [4] - 8:2, 36:16, 105:8, 223:1
**lateral** [2] - 186:3, 186:5
**launch** [1] - 45:7
**launches** [1] - 45:7
**law** [4] - 54:5, 99:8, 99:15, 111:9
**laws** [6] - 138:1, 205:2, 205:6, 206:17, 206:23, 207:1
**lawsuit** [1] - 160:14
**lawyer** [3] - 71:14, 221:12, 227:19
**lawyer's** [3] - 176:19, 211:11, 211:24
**lawyers** [3] - 95:22, 111:6, 112:11
**lay** [1] - 215:1
**lead** [7] - 124:12, 129:1, 129:6, 145:3, 182:20, 191:4, 193:3
**LEAD** [1] - 129:2
**leader** [3] - 134:7, 136:5, 226:18
**leaders** [5] - 7:10, 7:12, 20:16, 147:20, 156:11
**leadership** [14] - 7:8, 13:18, 20:2, 20:15, 43:3, 43:19, 130:25, 133:10, 166:11, 166:23, 172:3, 225:12, 226:4, 226:8
**leading** [7] - 63:14, 157:15, 157:16, 224:19, 225:17, 225:19, 225:22
**leapfrog** [1] - 118:23
**learn** [2] - 149:16, 205:17
**learned** [3] - 8:24, 21:11, 138:24
**least** [6] - 33:17, 94:4, 190:18, 191:5, 204:16, 208:19
**leave** [10] - 17:17, 17:18, 17:19, 27:22, 64:5, 96:10, 133:20, 148:14, 149:20, 229:11
**leaves** [1] - 160:7
**leaving** [6] - 29:10, 34:24, 144:24, 158:16, 158:20, 200:18
**led** [2] - 160:3, 160:14
**Lee** [2] - 59:2, 59:9
**left** [24] - 18:5, 42:9, 48:25, 57:11, 60:21, 88:21, 100:19, 123:25, 158:23, 158:25, 159:1, 159:18, 159:19, 160:22, 161:3, 186:7, 186:12, 186:25, 187:1, 189:23, 192:22, 202:10, 211:22
**legacy** [3] - 104:17, 105:18, 105:23
**legal** [8] - 46:23, 46:25, 47:1, 53:8, 54:3, 96:3, 230:4
**legislation** [1] - 204:19
**length** [1] - 87:6
**less** [4] - 201:5, 201:6, 208:21
**let's** [1] - 84:20
**letter** [20] - 4:13, 4:18, 26:9, 27:13, 29:4, 58:23, 58:25, 59:2, 59:4, 59:25, 60:4, 60:8, 60:10, 70:4, 70:5, 80:1, 94:19, 94:23, 153:21, 155:20
**letters** [5] - 58:16, 58:21, 59:18, 61:3, 74:17
**level** [69] - 36:24, 37:6, 37:11, 38:1, 39:12, 48:19, 61:9, 61:11, 61:12, 61:15, 61:16, 61:18, 61:19, 61:23, 68:19, 69:19, 70:9, 118:22, 126:15, 126:16, 130:18, 140:5, 140:6, 152:3, 152:4, 164:15, 165:3,

165:6, 165:10, 165:15, 167:3, 173:1, 176:24, 177:6, 177:9, 177:11, 179:5, 179:10, 180:21, 181:1, 186:20, 189:7, 189:8, 189:10, 189:11, 189:14, 189:15, 189:17, 189:23, 191:20, 192:11, 192:15, 192:23, 193:23, 195:4, 196:9, 196:12, 196:16, 196:22, 197:8, 201:15, 204:14, 208:7
**levels** [4] - 192:1, 192:3, 207:17, 226:4
**LEWIS** [1] - 2:3
**lie** [3] - 94:1, 94:5, 94:9
**life** [4] - 11:24, 88:19, 139:24, 143:16
**light** [1] - 129:12
**Lighting** [2] - 15:10, 15:11
**likewise** [1] - 111:19
**limine** [2] - 102:1, 107:19
**limit** [2] - 108:24, 111:14
**limited** [2] - 98:19, 225:15
**limiting** [3] - 18:1, 18:11, 19:5
**limits** [1] - 112:13
**line** [36] - 18:10, 18:12, 19:1, 19:5, 22:15, 24:14, 42:25, 62:17, 64:4, 82:21, 90:12, 136:2, 140:8, 142:1, 154:12, 157:4, 178:19, 182:4, 212:4, 212:5, 212:18, 212:21, 213:1, 213:3, 213:6, 215:13, 219:5, 222:6, 223:5, 223:10, 225:7, 225:9, 226:9
**lines** [6] - 155:8, 155:10, 156:9, 184:17, 200:15, 211:21
**lineup** [3] - 151:4, 156:9, 157:4
**lining** [1] - 24:2
**link** [1] - 105:4
**linked** [4] - 181:24, 182:2, 182:3, 182:9
**LinkedIn** [1] - 72:21
**list** [7] - 13:9, 14:6, 15:9, 93:8, 173:7, 173:9, 173:24
**listed** [3] - 72:3, 72:5, 179:13
**listen** [1] - 97:22
**literal** [3] - 195:22, 195:23, 195:25
**literally** [1] - 128:12
**LL** [1] - 191:21
**LLC** [2] - 1:9, 2:2
**LLP** [1] - 1:21
**local** [23] - 9:22, 44:6, 82:25, 87:2, 122:1, 122:8, 122:9, 122:12, 135:12, 136:3, 181:12, 181:16, 181:18, 183:8, 214:3, 215:11, 219:21, 219:22, 221:17, 221:20, 221:23, 222:10, 222:16
**locally** [1] - 122:24
**locals** [2] - 83:12, 181:13
**located** [1] - 110:13
**location** [3] - 105:21, 126:19, 201:16
**locations** [4] - 44:15, 124:17, 185:13
**logistic** [1] - 131:14
**logistical** [1] - 97:1
**logistics** [4] - 95:23, 96:2, 131:13, 132:4
**longest** [1] - 76:2
**look** [42] - 9:20, 14:15, 20:9, 26:12, 27:15, 28:8, 41:4, 42:16, 48:2, 57:6, 57:13, 57:19, 59:20, 62:18, 63:9, 67:9, 75:24, 77:13, 77:19, 78:4, 78:12, 79:15, 83:20, 88:23, 89:5, 93:7, 105:2, 142:15, 145:5, 159:4, 159:7, 159:14, 160:12, 192:24, 198:3, 198:21, 204:6, 208:6, 226:18
**looked** [3] - 19:16, 30:2, 58:3
**looking** [15] - 13:6, 13:16, 14:2, 14:4, 17:4, 77:15, 101:3, 101:4, 130:19, 131:7, 132:22, 134:7, 157:8, 175:6, 221:21
**looks** [10] - 24:14, 25:16, 28:12, 31:2, 35:21, 36:2, 57:8, 59:16, 60:24, 126:15
**lose** [1] - 190:19
**losing** [1] - 117:12
**lost** [2] - 131:25, 226:23
**loves** [1] - 137:2
**low** [1] - 186:20
**lower** [3] - 17:5, 17:12, 17:25
**lower-paying** [1] - 17:12
**luckily** [1] - 190:24
**Luis** [3] - 123:9, 123:12, 123:13
**lunch** [5] - 96:5, 96:7, 100:1, 100:5, 100:15

**M**

**ma'am** [52] - 7:2, 9:5, 9:25, 10:9, 10:21, 12:8, 22:7, 22:15, 22:22, 22:23, 24:1, 24:8, 24:21, 27:20, 27:21, 30:9, 32:9, 32:22, 35:7, 35:25, 37:19, 38:22, 38:23, 40:10, 40:13, 40:15, 41:7, 42:16, 42:18, 43:16, 46:5, 46:20, 48:2, 49:2, 52:5, 52:6, 57:6, 57:18, 59:14, 61:8, 62:16, 62:24, 64:4, 64:19, 66:3, 67:9, 68:16, 68:24, 70:20, 72:10, 90:1, 132:16
**machine** [2] - 33:4, 184:16
**machineries** [1] - 184:16
**Mack** [1] - 119:20
**Madewell** [21] - 4:13, 23:4, 23:11, 23:18, 24:3, 24:24, 25:1, 25:2, 25:7, 26:17, 26:18, 27:3, 27:10, 28:25, 29:5, 29:11, 29:13, 29:24, 30:1, 34:13, 90:17
**MAIN** [1] - 2:4
**main** [1] - 138:14
**maintain** [2] - 126:24, 130:20
**maintained** [1] - 173:9
**maintenance** [2] - 154:10, 154:15
**major** [1] - 162:8
**maker** [1] - 170:24
**Malaysia** [1] - 124:20
**male** [1] - 148:22
**man** [1] - 149:13
**management** [14] - 3:22, 42:21, 42:23, 43:6, 43:17, 62:24, 147:19, 163:5, 192:18, 194:2, 199:15, 200:4, 226:3
**manager** [5] - 9:8, 48:22, 76:20, 193:4, 208:12
**Manager** [15] - 20:14, 35:5, 41:12, 41:15, 48:7, 48:18, 48:19, 57:11, 59:21, 60:16, 65:25, 76:20, 142:5, 153:10, 217:2
**Managers** [5] - 31:3, 31:4, 63:1, 67:18, 150:8
**managers** [5] - 20:19, 63:2, 64:8, 64:20, 197:17
**Mandarin** [2] - 143:11, 143:14
**Mann** [5] - 119:9, 119:10, 119:18, 119:21, 119:24
**MANN** [1] - 119:10
**Manufacturing** [5] - 72:14, 87:12, 87:17, 124:10, 135:3
**manufacturing** [14] - 116:11, 116:13, 118:18, 118:21, 118:24, 121:8, 121:10, 121:11, 121:15, 126:16, 129:9, 136:6, 136:8, 164:20
**MANUFACTURING** [2] - 1:9, 2:2
**margin** [1] - 10:19
**marked** [2] - 11:15, 11:16
**market** [1] - 178:19
**marketing** [1] - 220:22
**master** [1] - 161:12
**master's** [3] - 116:14, 116:16, 116:19
**matches** [1] - 21:17
**materialized** [1] - 137:4
**materials** [1] - 220:22
**matter** [7] - 51:7, 52:12, 99:8, 99:15, 101:8, 147:4, 230:23
**matters** [9] - 96:3, 97:1, 100:12, 102:4, 108:4, 113:7, 186:15, 205:9, 230:4
**Mayor** [1] - 106:1
**MC** [71] - 5:18, 29:15, 31:1, 42:3, 65:11, 65:24, 70:23, 71:2, 72:12, 72:13, 73:10, 75:10, 75:20, 78:16, 79:7, 82:4, 84:17, 86:21, 87:17, 88:21, 92:23, 93:3, 98:23, 100:21, 101:18, 113:14, 125:9, 125:13, 126:25, 127:1, 127:2, 128:5, 139:25, 149:5, 149:9, 150:24, 153:4, 153:11, 154:8, 166:10, 168:14, 168:20, 168:22, 169:3, 169:4, 169:6, 169:14, 169:15, 169:16, 170:17, 170:25, 173:19, 179:21, 180:7, 190:2, 214:18, 214:23, 215:5, 215:7, 217:16, 217:21, 218:1, 218:16, 218:23, 219:6, 219:7, 219:9, 221:18, 223:22, 224:2, 226:12
**McCoy** [3] - 102:6, 103:25, 107:12
**MCCOY** [12] - 2:3, 54:13, 95:19, 98:22, 99:22, 100:10, 101:20, 104:1, 109:12, 109:23, 112:23, 230:13
**McCraw** [48] - 7:20, 19:21, 19:24, 20:3, 20:5, 20:22, 21:12, 63:12, 64:7, 88:2, 93:23, 134:5, 134:15, 134:18, 134:20, 136:22, 140:12, 144:7, 144:10, 144:22, 145:18, 145:24, 146:19, 146:25, 147:1, 150:9, 152:16, 152:19, 166:16, 169:22, 177:2, 181:20, 181:25, 182:10,

182:20, 190:14, 191:1, 191:4, 196:11, 198:3, 198:10, 213:21, 225:8, 226:19, 227:1, 227:5, 227:11, 228:25
**MCDUFFIE** [1] - 2:7
**mean** [15] - 25:4, 70:11, 75:22, 85:1, 88:12, 101:13, 108:15, 109:15, 114:4, 118:19, 143:22, 203:18, 209:16, 210:2, 212:20
**meaning** [4] - 195:21, 195:22, 195:23, 196:1
**means** [14] - 12:1, 38:19, 43:20, 53:13, 54:4, 57:11, 129:4, 129:7, 143:23, 182:15, 192:24, 213:15, 220:2, 228:7
**meant** [5] - 54:1, 55:4, 56:6, 81:23, 88:15
**meantime** [1] - 100:11
**measure** [1] - 108:13
**mechanical** [1] - 116:7
**media** [1] - 107:25
**medical** [1] - 39:21
**Medley** [5] - 64:24, 65:8, 65:10, 68:2, 145:14
**meet** [7] - 12:21, 24:10, 24:13, 88:24, 94:13, 161:15, 161:17
**meeting** [29] - 4:3, 7:10, 10:11, 12:22, 13:3, 19:14, 20:14, 24:16, 30:4, 31:10, 32:14, 32:17, 60:3, 63:22, 67:6, 68:9, 85:3, 94:21, 145:17, 145:21, 146:1, 146:13, 149:16, 156:24, 162:5, 163:10, 194:15, 229:16, 229:17
**meetings** [3] - 32:11, 60:23, 68:7
**members** [8] - 5:16, 20:15, 32:12, 49:10, 96:1, 113:5, 175:20, 229:15
**memo** [1] - 143:23
**mental** [1] - 40:4
**mentality** [1] - 138:4
**mention** [4] - 17:8, 151:12, 185:5, 212:16
**mentioned** [5] - 6:7, 55:14, 124:4, 130:3, 207:12
**merely** [1] - 18:25
**mess** [2] - 42:15, 190:7
**message** [2] - 90:4, 156:17
**messages** [1] - 8:8
**messing** [1] - 26:4
**met** [6] - 8:16, 58:21, 87:22, 176:16, 187:19, 223:20
**Mexican** [1] - 123:11
**Mexico** [6] - 123:9, 123:11, 123:14, 124:1, 126:2, 219:13
**microphone** [1] - 169:9
**middle** [1] - 104:3
**Middleton** [3] - 24:3, 26:10, 28:5
**Middleton's** [1] - 28:17
**might** [11] - 38:3, 49:6, 104:7, 141:25, 165:25, 173:12, 173:24, 175:17, 201:12, 208:22, 229:13
**mile** [3] - 6:18, 118:9, 163:10
**miles** [1] - 146:4
**military** [5] - 115:18, 115:20, 115:24, 116:4
**Miller** [16] - 4:7, 8:16, 8:23, 9:2, 10:12, 11:22, 12:9, 12:16, 14:20, 16:7, 16:11, 21:8, 22:16, 23:6, 27:21, 88:13
**mind** [11] - 159:22, 160:9, 160:10, 160:13, 160:16, 160:20, 161:2, 162:22, 187:8, 214:2
**minded** [1] - 214:6
**mindful** [3] - 96:21, 97:1, 101:25
**minister** [1] - 39:23
**minorities** [1] - 181:2
**minority** [3] - 178:18, 179:14, 180:22
**minus** [1] - 77:16
**minute** [5] - 96:18, 211:23, 216:10, 225:18, 229:13
**minutes** [3] - 96:4, 187:16, 229:12
**misaligned** [3] - 3:17, 58:5, 65:6
**mishear** [1] - 126:6
**mislead** [3] - 54:18, 54:19, 54:22
**misrepresentation** [1] - 94:16
**missing** [2] - 201:21, 201:23
**misstates** [2] - 216:8, 216:11
**mistyped** [1] - 35:13
**misunderstanding** [2] - 196:1, 218:5
**misunderstood** [2] - 15:25, 228:3
**mitigate** [1] - 18:6
**mitigation** [3] - 16:19, 17:21, 18:6
**model** [7] - 124:8, 126:18, 129:7, 129:15, 136:1, 139:11, 201:16
**models** [5] - 126:18, 129:7, 135:22, 154:12, 185:10
**moment** [7] - 48:23, 69:2, 128:10, 131:10, 167:23, 187:13, 227:12
**Monday** [13] - 12:17, 24:24, 25:8, 27:1, 27:4, 27:11, 28:13, 32:18, 35:21, 67:3, 67:7, 69:14
**money** [4] - 18:5, 18:7, 21:22, 127:9
**month** [2] - 23:1, 38:7
**months** [16] - 20:21, 34:14, 34:24, 64:1, 115:21, 130:1, 131:25, 133:21, 144:22, 152:12, 190:24, 191:5, 197:6, 197:15, 204:17
**mood** [1] - 194:19
**MOODY** [107] - 2:2, 5:6, 5:20, 5:22, 11:7, 11:19, 11:21, 16:23, 17:8, 17:13, 17:22, 18:9, 18:21, 18:23, 21:5, 22:7, 22:14, 23:18, 23:24, 25:25, 26:2, 26:8, 30:17, 30:20, 30:24, 34:7, 35:11, 35:17, 35:19, 49:6, 49:9, 50:1, 50:3, 53:14, 54:21, 55:9, 55:21, 55:25, 56:12, 57:2, 57:18, 58:2, 62:22, 64:14, 64:16, 66:6, 66:10, 67:9, 67:13, 67:16, 69:2, 69:4, 69:8, 71:9, 77:20, 113:14, 114:3, 114:8, 120:8, 132:18, 142:20, 142:24, 146:24, 147:3, 147:7, 147:9, 154:1, 154:6, 156:3, 156:5, 157:17, 157:19, 158:9, 158:13, 160:24, 161:9, 165:2, 166:3, 167:10, 167:23, 167:25, 177:23, 178:2, 178:7, 178:14, 179:15, 180:6, 186:9, 186:14, 195:6, 209:20, 214:10, 214:19, 215:14, 215:20, 216:8, 218:6, 222:25, 223:3, 224:22, 225:23, 226:2, 227:12, 227:14, 228:14, 228:23, 229:6
**moody** [9] - 49:25, 74:20, 77:18, 79:24, 87:5, 94:18, 221:8, 221:11, 228:20
**Moody** [4] - 3:3, 3:6, 3:9, 87:21
**MOODY:Ms** [1] - 34:2
**Moritz** [3] - 40:24, 41:1, 41:3
**morning** [9] - 5:4, 5:16, 71:13, 91:8, 94:12, 95:1, 134:4, 229:16, 229:20
**Morse** [4] - 4:8, 4:9, 4:11, 72:16
**most** [13] - 50:13, 96:7, 128:8, 128:12, 133:12, 202:19, 204:5, 206:9, 207:5, 208:13, 213:23, 225:9, 226:5
**motion** [27] - 95:19, 97:6, 97:10, 98:8, 98:15, 99:2, 99:7, 99:14, 99:19, 99:20, 100:2, 100:17, 101:2, 102:1, 102:4, 103:4, 103:21, 104:25, 107:3, 107:6, 107:18, 109:7, 109:11, 110:6, 112:9, 112:10, 112:13
**motions** [3] - 98:17, 98:20, 101:21
**motivation** [1] - 158:16
**motivations** [1] - 17:17
**motive** [1] - 158:20
**motorbike** [1] - 123:7
**MOTOREN** [2] - 1:6, 1:20
**motto** [1] - 205:19
**mottos** [1] - 7:7
**move** [40] - 11:3, 50:5, 57:21, 65:8, 65:13, 65:18, 66:6, 67:11, 70:18, 70:21, 73:13, 75:10, 75:12, 98:7, 98:8, 98:9, 98:24, 99:14, 100:13, 101:24, 102:10, 114:3, 121:6, 139:5, 139:13, 139:17, 139:20, 153:18, 156:21, 165:18, 181:20, 183:19, 183:22, 184:9, 184:10, 186:3, 186:5, 190:21, 196:15, 209:24
**moved** [4] - 38:1, 39:12, 70:6, 139:19
**movement** [3] - 67:24, 76:3, 150:14
**moves** [2] - 97:25, 196:15
**moving** [17] - 18:8, 27:16, 42:10, 55:10, 99:11, 100:22, 101:10, 101:11, 101:15, 112:21, 114:4, 147:14, 160:21, 172:22, 172:25, 173:2, 204:12
**mow** [1] - 172:16
**MR** [245] - 5:6, 5:8, 5:20, 5:22, 11:7, 11:19, 11:21, 16:12, 16:17, 16:23, 17:2, 17:3, 17:8, 17:9, 17:13, 17:22, 17:23, 18:9, 18:14, 18:17, 18:21, 18:23, 21:5, 22:7, 22:14, 23:18, 23:24, 25:25, 26:2, 26:8, 30:17, 30:20, 30:24, 34:2, 34:7, 35:11, 35:17, 35:19, 49:6, 49:9, 50:1, 50:3, 52:22, 53:1, 53:14,

53:24, 54:13, 54:14, 54:21, 55:1, 55:9, 55:16, 55:21, 55:24, 55:25, 56:4, 56:7, 56:12, 56:15, 56:19, 57:2, 57:18, 58:2, 62:22, 64:14, 64:16, 66:6, 66:10, 67:9, 67:13, 67:16, 69:2, 69:4, 69:8, 71:9, 71:12, 77:18, 77:20, 77:21, 77:22, 95:8, 95:9, 95:13, 95:19, 96:18, 97:16, 98:13, 98:22, 99:6, 99:22, 99:23, 99:24, 100:10, 100:18, 100:21, 101:3, 101:7, 101:13, 101:20, 102:3, 104:1, 107:5, 107:17, 109:12, 109:23, 110:2, 112:22, 112:23, 113:1, 113:11, 113:14, 114:3, 114:8, 120:8, 132:18, 142:20, 142:24, 146:22, 146:24, 147:1, 147:3, 147:7, 147:9, 154:1, 154:6, 155:24, 156:3, 156:5, 157:15, 157:17, 157:19, 157:23, 158:9, 158:12, 158:13, 158:19, 158:24, 159:19, 159:25, 160:16, 160:24, 161:9, 165:2, 166:3, 167:10, 167:23, 167:25, 168:3, 168:10, 168:12, 169:12, 175:16, 176:12, 176:14, 177:23, 178:1, 178:2, 178:7, 178:14, 178:16, 179:15, 179:20, 180:2, 180:6, 180:10, 180:12, 180:19, 181:9, 186:9, 186:12, 186:14, 186:17, 186:24, 188:10, 191:12, 191:16, 193:17, 195:6, 195:8, 195:10, 199:23, 200:10, 202:14, 209:20, 209:22, 209:25, 210:7, 210:15, 210:17, 210:22, 211:2, 211:5, 211:9, 211:12, 211:17, 211:20, 212:3, 214:10, 214:13, 214:19, 214:22, 214:23, 214:25, 215:4, 215:14, 215:18, 215:20, 215:22, 216:2, 216:8, 216:18, 218:6, 218:7, 218:11, 219:11, 219:14, 219:16, 219:18, 220:8, 221:3, 221:7, 222:22, 222:25, 223:3, 224:19, 224:22, 225:17, 225:19, 225:23, 226:2, 227:12, 227:14, 227:15, 227:16, 227:18, 228:14, 228:18, 228:23, 229:3, 229:6, 229:7, 229:9, 230:12, 230:13, 230:14

**multiple** [4] - 79:19, 146:20, 173:22, 183:9

**Munich** [32] - 85:14, 114:23, 114:24, 116:6, 120:4, 120:6, 123:6, 123:10, 123:15, 123:25, 124:1, 125:22, 126:1, 126:4, 126:9, 127:7, 127:16, 135:7, 135:21, 140:15, 140:21, 140:23, 170:10, 171:1, 171:21, 171:24, 172:4, 173:9, 173:22, 174:2, 224:11

**MURPHY** [102] - 1:17, 1:17, 5:8, 16:12, 16:17, 17:3, 17:9, 17:23, 18:14, 18:17, 52:22, 53:1, 53:24, 54:14, 55:1, 55:16, 55:24, 56:4, 56:15, 56:19, 95:9, 95:13, 96:18, 97:16, 99:6, 99:24, 101:3, 101:7, 102:3, 107:17, 112:22, 113:11, 146:22, 147:1, 155:24, 157:15, 157:23, 158:12, 158:24, 159:19, 159:25, 176:12, 176:14, 178:1, 178:16, 179:20, 180:2, 180:12, 180:19, 181:9, 186:12, 186:17, 186:24, 188:10, 191:12, 191:16, 193:17, 195:8, 195:10, 199:23, 200:10, 202:14, 209:22, 209:25, 210:7, 210:15, 210:17, 210:22, 211:2, 211:5, 211:9, 211:12, 211:17, 211:20, 212:3, 214:13, 214:23, 214:25, 215:4, 215:18, 215:22, 216:2, 216:9, 216:18, 218:7, 218:11, 219:14, 219:16, 219:18, 220:8, 221:3, 221:7, 222:22, 224:19, 225:17, 225:19, 227:16, 227:18, 228:18, 229:3, 229:9, 230:12

**Murphy** [32] - 3:8, 3:10, 38:23, 77:3, 84:22, 86:23, 87:5, 97:16, 99:5, 100:2, 100:17, 104:2, 104:7, 104:23, 104:25, 106:13, 109:14, 109:18, 113:9, 133:24, 164:11, 176:11, 176:16, 178:10, 186:16, 201:22, 210:19, 211:23, 223:6, 224:15, 228:17, 229:11

**Murphy's** [1] - 226:22

**MURRAY** [1] - 158:19

**must** [1] - 108:3

**N**

**name** [23] - 10:14, 15:21, 30:10, 39:20, 40:23, 58:22, 88:11, 94:24, 104:14, 104:16, 110:7, 112:20, 114:9, 173:18, 187:9, 187:13, 187:23, 188:11, 188:12, 188:14, 191:8, 213:11, 228:22

**named** [7] - 88:8, 102:13, 102:14, 103:13, 108:12, 119:9, 140:13

**names** [6] - 89:22, 89:23, 89:25, 93:7, 173:24, 190:23

**naming** [3] - 107:1, 109:5, 112:6

**narrative** [2] - 159:13, 215:14

**national** [23] - 50:11, 51:7, 52:15, 53:2, 53:4, 53:6, 53:8, 53:11, 53:13, 53:21, 54:1, 54:3, 54:10, 54:11, 54:15, 54:17, 55:4, 55:8, 55:22, 117:9, 117:19, 152:3, 167:3

**nationality** [2] - 141:14, 162:21

**native** [2] - 222:2, 224:15

**nature** [1] - 170:13

**navigated** [1] - 136:8

**Navistar** [1] - 119:17

**Neal** [6] - 188:14, 197:8, 197:22, 197:24, 198:12, 227:8

**near** [1] - 172:2

**necessary** [3] - 153:14, 224:25, 225:2

**necessity** [1] - 153:15

**need** [45] - 82:7, 95:23, 96:2, 100:3, 112:5, 112:17, 118:13, 128:20, 128:21, 128:22, 133:7, 144:25, 152:2, 165:13, 165:19, 180:15, 183:2, 183:7, 183:19, 183:21, 183:22, 184:4, 184:10, 184:13, 184:20, 185:5, 185:25, 190:3, 192:9, 192:20, 196:11, 199:8, 199:14, 201:10, 201:11, 204:15, 207:8, 207:9, 215:25, 217:1, 217:9, 227:25, 228:1, 230:11

**needed** [24] - 7:12, 11:24, 45:6, 69:4, 88:19, 130:21, 131:13, 132:5, 132:7, 136:16, 145:3, 151:10, 151:13, 152:2, 182:23, 183:3, 184:7, 186:3, 189:5, 192:4, 193:3, 201:25, 204:14, 217:5

**needs** [18] - 97:2, 129:8, 132:24, 149:3, 161:13, 163:4, 167:19, 182:15, 182:21, 184:18, 184:21, 187:2, 187:22, 194:20, 197:15, 198:5, 204:19, 228:5

**negotiated** [1] - 21:21

**network** [25] - 44:18, 86:25, 124:7, 124:14, 124:18, 125:1, 125:5, 127:6, 127:11, 135:7, 135:13, 138:3, 138:11, 138:15, 138:17, 141:1, 167:21, 170:7, 183:5, 183:10, 207:7, 217:3, 217:4, 217:10, 225:3

**Nevada** [1] - 185:22

**never** [30] - 33:22, 38:6, 38:16, 61:18, 62:3, 68:17, 68:24, 70:6, 70:8, 71:18, 71:20, 71:22, 72:8, 74:9, 87:13, 94:18, 108:5, 108:25, 109:2, 158:11, 158:21, 161:19, 173:25, 193:25, 198:1, 198:3, 203:13, 205:8, 205:21, 210:9

**new** [36] - 6:7, 32:19, 44:25, 90:21, 91:3, 92:23, 93:5, 105:8, 126:18, 129:12, 129:17, 129:20, 131:3, 131:14, 131:15, 131:19, 132:3, 132:5, 132:8, 135:22, 136:13, 139:9, 139:10, 150:9, 154:15, 156:9, 157:6, 162:1, 182:18, 190:4, 190:22, 192:16, 194:3, 194:16, 196:12, 197:19

**New** [3] - 155:5, 155:7, 164:24

**news** [1] - 108:22

**News** [1] - 105:6

**next** [49] - 14:5, 14:8, 16:2, 16:4, 20:25, 22:8, 26:4, 27:7, 27:8, 36:5, 36:8, 43:23, 44:10, 46:5, 46:9, 48:1, 48:5, 48:13, 48:25, 64:4, 64:24,

65:11, 65:17, 68:2, 68:3, 92:18, 101:2, 115:16, 118:21, 118:22, 123:4, 123:5, 127:17, 130:17, 130:18, 136:1, 139:21, 140:5, 140:6, 143:22, 143:25, 150:5, 154:11, 154:12, 162:15, 167:1, 201:15, 204:14, 215:12
**night** [1] - 66:19
**nine** [7] - 119:25, 188:7, 191:25, 192:1, 192:12, 192:13, 229:20
**nine-and-a-half** [1] - 119:25
**nine-thirty** [1] - 229:20
**nineteen** [2] - 115:15, 115:16
**NO** [1] - 1:3
**nobody** [2] - 102:20, 129:21
**non** [1] - 142:17
**non-English** [1] - 142:17
**noncompete** [1] - 37:2
**none** [6] - 39:18, 40:9, 59:8, 109:1, 109:3, 227:15
**normal** [1] - 94:8
**normally** [4] - 90:6, 94:7, 154:17, 164:8
**north** [1] - 209:2
**note** [8] - 30:9, 37:17, 64:4, 66:12, 98:23, 111:16, 177:25, 180:11
**noted** [1] - 214:4
**notes** [7] - 4:17, 6:25, 10:19, 35:7, 35:24, 80:21, 230:22
**nothing** [7] - 110:2, 159:12, 160:8, 160:10, 229:7, 229:9, 230:14
**notice** [4] - 14:23, 26:25, 153:1, 158:11
**noticed** [2] - 102:12, 104:12
**notification** [1] - 38:20
**notion** [2] - 102:20, 103:1
**November** [17] - 20:6, 20:11, 20:14, 23:2, 24:9, 24:13, 62:17, 63:23, 65:21, 65:24, 67:17, 110:19, 150:5, 150:7, 151:1, 160:2, 160:3
**nowadays** [2] - 122:18, 151:23
**nowhere** [2] - 46:14, 50:15
**number** [23] - 16:4, 26:3, 33:4, 35:12, 39:21, 64:23, 77:4, 77:13, 85:5, 93:9, 93:11, 93:14, 125:2, 125:3, 125:4, 126:11, 126:21, 126:24, 128:25, 130:20, 151:13, 178:17, 200:22
**numbers** [2] - 10:23, 63:7
**numerous** [8] - 121:24, 130:8, 141:2, 152:2, 165:16, 171:20, 222:18

## O

**o'clock** [2] - 67:21, 67:23
**oak** [1] - 205:2
**oath** [7] - 5:10, 111:7, 212:9, 212:13, 212:25, 222:7, 222:13
**object** [9] - 16:18, 53:1, 53:6, 56:17, 109:15, 146:22, 155:24, 157:23, 219:11
**objected** [3] - 53:17, 55:18, 55:19
**objecting** [7] - 18:2, 55:1, 55:2, 103:2, 104:24, 178:2, 178:10
**objection** [51] - 11:4, 11:5, 18:16, 21:2, 21:3, 22:11, 23:21, 30:18, 34:5, 35:16, 53:12, 53:25, 54:7, 57:22, 62:19, 64:13, 66:7, 67:12, 112:15, 147:6, 156:2, 160:4, 177:25, 178:1, 179:15, 179:22, 180:5, 180:6, 180:10, 180:15, 186:9, 186:13, 186:22, 188:5, 188:8, 191:13, 195:6, 209:20, 214:10, 214:20, 214:22, 215:14, 215:20, 216:8, 216:11, 224:19, 225:19, 225:21, 228:14, 229:1
**objectionable** [1] - 17:6
**objections** [3] - 103:20, 111:3, 179:24
**objectives** [2] - 44:10, 45:14
**obligations** [1] - 97:3
**obstacles** [1] - 121:25
**obtain** [1] - 45:6
**obtained** [1] - 34:24
**obvious** [1] - 15:11
**obviously** [8] - 102:16, 109:12, 183:12, 189:6, 204:16, 215:8, 217:7, 227:25
**occurred** [4] - 70:2, 109:5, 158:1, 211:11
**OCD** [1] - 71:16
**October** [6] - 43:1, 43:10, 49:3, 105:10, 145:19, 146:16
**OF** [3] - 1:1, 230:18, 230:20
**OFCCP** [4] - 203:15, 203:17, 203:18, 203:19
**offended** [1] - 93:4
**Offer** [2] - 4:13, 4:18
**offer** [28] - 24:25, 25:1, 25:2, 25:4, 25:8, 26:17, 26:20, 29:11, 30:1, 34:9, 34:17, 38:6, 38:19, 44:22, 67:1, 70:3, 94:11, 94:18, 94:23, 158:10, 158:11, 194:7, 194:25, 195:1, 195:11, 195:15, 196:5
**offered** [12] - 21:2, 142:21, 161:20, 188:6, 191:13, 194:1, 194:11, 194:14, 194:22, 195:2, 195:4, 195:16
**offering** [3] - 147:3, 147:4, 195:18
**offers** [1] - 178:19
**office** [10] - 35:8, 62:6, 62:8, 148:8, 148:12, 162:6, 176:19, 203:23, 211:11, 211:24
**Officer** [5] - 33:25, 34:18, 35:1, 135:5, 198:6
**official** [1] - 63:22
**officially** [7] - 16:25, 20:5, 20:8, 33:14, 64:1, 64:6, 69:14
**OFK** [1] - 173:1
**often** [1] - 44:3
**old** [8] - 115:4, 115:14, 115:16, 116:24, 117:1, 216:14, 216:22, 220:16
**on-boarded** [1] - 131:10
**on-boarding** [1] - 152:2
**once** [7] - 30:20, 94:5, 108:25, 109:2, 142:20, 166:7, 173:5
**one** [98] - 14:23, 15:4, 22:8, 25:22, 32:16, 34:8, 44:12, 45:5, 48:10, 48:17, 48:21, 48:23, 49:2, 51:22, 59:21, 59:22, 64:6, 64:23, 67:14, 71:24, 75:5, 75:25, 77:15, 77:20, 79:20, 85:14, 89:7, 93:22, 96:6, 104:4, 105:2, 117:11, 117:25, 119:21, 120:5, 122:8, 125:2, 125:3, 125:5, 126:11, 126:21, 126:24, 128:25, 130:20, 131:5, 131:15, 132:2, 132:15, 133:12, 133:18, 133:22, 134:12, 135:15, 137:2, 137:9, 138:3, 138:14, 146:20, 147:14, 152:5, 160:4, 161:14, 162:15, 162:16, 164:18, 165:10, 165:11, 165:15, 168:8, 170:16, 173:14, 173:16, 173:20, 178:17, 183:5, 184:7, 185:1, 185:2, 190:8, 200:5, 201:21, 201:23, 205:22, 206:8, 212:22, 215:11, 217:23, 217:24, 218:9, 221:8, 221:23, 226:13, 227:12, 228:9, 228:22
**ones** [7] - 63:6, 124:19, 124:23, 133:22, 138:3, 164:15, 165:3
**onwards** [1] - 183:25
**open** [8] - 17:23, 18:19, 44:4, 56:23, 140:19, 161:7, 210:17, 210:21
**opening** [11] - 102:5, 103:6, 103:8, 103:16, 104:3, 104:11, 106:20, 107:9, 108:14, 111:5
**openings** [1] - 107:13
**operate** [1] - 127:3
**operating** [1] - 92:12
**operation** [4] - 127:16, 131:13, 134:25, 205:16
**operations** [6] - 120:20, 120:21, 120:25, 121:24, 131:18, 132:3
**opinion** [2] - 13:24, 82:5
**opinions** [3] - 96:13, 175:22, 230:1
**opportunities** [4] - 22:20, 70:24, 129:10, 201:20
**opportunity** [3] - 34:22, 44:22, 106:14
**option** [1] - 215:11
**options** [2] - 88:14, 88:16
**orchards** [1] - 102:8
**ordeal** [1] - 97:21
**order** [4] - 73:15, 143:13, 143:14, 166:1
**Order** [2] - 112:2, 165:25
**org** [3] - 3:21, 57:9, 75:6
**organization** [28] - 4:4, 32:15, 32:19, 39:8, 63:16, 63:23, 64:21, 64:25, 145:18, 152:23, 157:6, 157:11, 161:11, 162:1, 166:11, 166:13, 166:23, 182:20, 190:4, 190:8, 190:10, 190:12, 190:23, 190:25, 194:3, 194:5, 194:16, 194:19
**organizational** [3] - 45:17, 45:19, 147:5
**organize** [1] - 197:16
**organized** [1] -

121:21
**orientation** [1] - 13:17
**oriented** [1] - 45:13
**origin** [19] - 50:12, 51:7, 52:15, 53:3, 53:4, 53:7, 53:8, 53:12, 53:13, 53:21, 54:1, 54:4, 54:10, 54:11, 54:15, 54:17, 55:4, 55:8, 55:23
**OSHA** [1] - 204:9
**otherwise** [2] - 98:10, 166:7
**ourselves** [2] - 187:2, 197:14
**outcome** [4] - 43:1, 43:7, 43:18, 43:19
**outline** [1] - 86:17
**outlined** [1] - 157:5
**outside** [15] - 5:2, 9:7, 9:17, 16:15, 16:24, 22:20, 49:15, 52:24, 72:12, 96:16, 113:15, 127:23, 158:6, 175:25, 230:9
**overall** [1] - 124:9
**overcome** [3] - 121:25, 162:2, 190:18
**overflow** [1] - 6:25
**overlap** [1] - 87:20
**overnight** [1] - 10:24
**overrule** [4] - 147:6, 156:2, 178:12, 186:22
**overruled** [1] - 214:11
**overruling** [1] - 18:16
**oversee** [1] - 220:4
**overseeing** [2] - 220:2, 220:5
**overtake** [1] - 123:22
**overwhelmed** [2] - 156:7, 157:3
**overwhelming** [1] - 156:16
**own** [2] - 107:12, 127:5

**P**

**P-25** [1] - 78:12
**p.m** [1] - 230:17
**paced** [1] - 13:17
**page** [38] - 12:8, 14:8, 14:19, 16:2, 16:4, 25:22, 26:3, 26:4, 42:20, 43:23, 44:1, 44:10, 46:5, 48:1, 48:6, 48:13, 52:5, 59:16, 62:23, 65:11, 65:17, 68:2, 68:3, 72:21, 89:21, 92:14, 92:18, 105:10, 105:12, 142:17, 143:25, 150:6, 150:23, 211:10, 211:21, 222:4, 223:4
**pages** [5] - 14:17, 24:23, 25:23, 45:17, 150:24
**paginated** [1] - 16:3
**paid** [4] - 23:15, 33:20, 84:16, 166:25
**painted** [1] - 120:19
**paragraph** [4] - 26:12, 27:7, 27:8, 34:20
**paratrooper** [1] - 115:21
**part** [24] - 44:18, 53:18, 65:21, 73:2, 73:3, 83:9, 84:13, 110:17, 127:7, 127:19, 152:5, 158:1, 159:21, 159:23, 160:17, 163:18, 173:3, 204:17, 205:14, 213:1, 213:3, 213:6, 219:6, 219:7
**partial** [1] - 98:17
**participate** [1] - 8:5
**participating** [1] - 117:8
**particularly** [1] - 92:6
**parties** [1] - 97:7
**partner** [1] - 123:8
**partners** [2] - 72:3, 72:5
**parts** [2] - 11:14, 124:20
**Party** [1] - 122:15
**party** [1] - 99:17
**passion** [3] - 31:22, 91:13, 133:14
**passionate** [1] - 27:17
**past** [2] - 134:7, 134:10
**pasted** [1] - 16:10
**patience** [2] - 113:6, 230:5
**patting** [1] - 102:25
**pay** [13] - 17:8, 17:25, 21:22, 22:4, 36:21, 37:5, 59:12, 69:25, 153:3, 168:22, 168:24, 197:3, 208:16
**paycheck** [1] - 71:22
**paying** [4] - 17:5, 17:7, 17:12, 22:19
**payment** [1] - 201:19
**payments** [2] - 169:4, 169:6
**payroll** [4] - 83:19, 83:21, 83:23, 84:1
**pays** [1] - 21:18
**PE** [1] - 3:19
**peach** [1] - 102:7
**peak** [1] - 228:8
**pending** [1] - 55:17
**pension** [1] - 204:25
**pensions** [1] - 169:5
**people** [113] - 13:23, 31:3, 45:1, 47:18, 52:19, 56:1, 58:17, 59:5, 59:8, 59:18, 75:10, 75:12, 81:14, 81:15, 83:5, 85:16, 85:21, 91:13, 92:2, 92:20, 94:20, 102:18, 108:24, 109:3, 111:22, 122:20, 122:24, 122:25, 123:1, 126:23, 126:24, 127:15, 127:16, 130:22, 131:9, 131:17, 132:5, 133:7, 133:13, 134:9, 134:11, 134:12, 134:24, 135:19, 136:3, 136:6, 137:25, 139:13, 147:16, 147:18, 147:19, 148:1, 148:5, 149:4, 151:13, 151:22, 152:1, 153:13, 155:7, 157:5, 162:21, 166:24, 167:2, 172:21, 172:25, 174:16, 174:18, 175:3, 175:4, 175:6, 181:15, 181:18, 182:18, 184:2, 184:13, 184:20, 185:8, 185:20, 185:21, 185:23, 185:24, 186:20, 192:7, 192:24, 193:2, 193:4, 198:2, 198:7, 199:10, 200:4, 201:10, 201:11, 201:18, 202:11, 202:15, 204:7, 204:10, 207:10, 207:17, 208:9, 213:24, 225:7, 225:9, 225:20, 226:9, 226:11, 228:7
**people's** [1] - 50:11
**per** [5] - 118:13, 124:22, 149:11, 185:11
**percent** [2] - 151:25, 208:20
**perfect** [6] - 184:24, 184:25, 190:8, 190:10, 190:12, 198:4
**perfectly** [5] - 135:8, 136:4, 184:22, 205:23, 209:4
**perform** [2] - 152:9, 204:5
**performance** [2] - 36:5, 36:7
**performed** [1] - 190:16
**performers** [1] - 184:8
**performing** [3] - 60:12, 152:13, 166:11
**performs** [1] - 175:15
**peril** [1] - 107:12
**period** [9] - 23:7, 30:5, 34:13, 99:12, 130:3, 139:8, 147:13, 201:10, 201:25
**permission** [2] - 114:5, 171:14
**person** [30] - 81:15, 97:21, 108:9, 111:24, 135:25, 139:15, 139:17, 148:7, 148:11, 148:15, 169:16, 170:19, 173:12, 173:18, 174:22, 174:25, 181:12, 186:7, 186:8, 187:19, 191:8, 192:13, 198:17, 207:5, 208:13, 217:5, 217:6, 225:8, 227:4, 227:10
**personal** [25] - 13:20, 13:24, 14:2, 22:9, 59:11, 60:11, 60:16, 65:6, 69:22, 84:20, 108:3, 108:25, 109:1, 118:3, 139:24, 149:17, 161:23, 185:17, 189:11, 189:13, 189:15, 191:22, 191:23, 191:24, 192:12
**personality** [1] - 139:22
**personally** [8] - 137:13, 157:3, 161:25, 169:16, 169:24, 195:15, 197:12, 204:1
**perspective** [2] - 121:21, 151:2
**persuaded** [1] - 137:7
**Petrasch** [51] - 3:18, 3:20, 4:3, 4:5, 4:15, 9:6, 9:12, 9:22, 19:24, 30:10, 30:15, 31:1, 62:14, 63:20, 66:5, 66:22, 68:17, 68:21, 76:12, 78:15, 85:7, 87:8, 87:16, 98:6, 133:20, 141:24, 142:4, 142:11, 144:14, 145:6, 145:17, 146:23, 155:17, 166:21, 169:22, 174:12, 177:1, 180:20, 180:25, 194:18, 195:16, 195:17, 196:4, 196:11, 196:14, 196:19, 196:21, 196:24, 203:5, 203:7, 203:10
**Petrasch's** [1] - 144:18
**PG** [2] - 59:21, 61:3
**Ph.D** [3] - 116:21, 116:23, 116:25
**phase** [1] - 201:13
**philosophy** [1] - 226:3
**phone** [2] - 7:23, 19:23
**phonetic** [2] - 132:11, 132:25
**phrase** [3] - 34:21, 220:6, 220:21
**physical** [1] - 40:4
**picture** [2] - 57:7, 221:24
**piece** [1] - 81:6
**pin** [1] - 54:10
**place** [5] - 86:17, 91:19, 123:6, 166:6, 192:9
**placed** [3] - 60:14, 89:2, 192:13
**places** [2] - 91:14, 92:20
**PLAINTIFF** [3] - 1:4, 1:17, 3:12
**plaintiff** [2] - 5:7, 100:24
**Plaintiff** [10] - 97:8, 97:11, 97:12, 97:16,

99:20, 101:22, 111:17, 111:23, 229:9, 230:12
**Plaintiff's** [15] - 42:16, 42:18, 48:24, 48:25, 78:4, 78:12, 79:15, 83:20, 86:19, 89:5, 101:15, 177:19, 188:5, 191:12, 214:17
**plan** [3] - 67:3, 161:12, 193:22
**planes** [1] - 115:22
**planet** [5] - 127:10, 127:12, 127:25, 128:20, 138:16
**planned** [2] - 29:5, 161:11
**planner** [1] - 217:2
**planning** [8] - 81:12, 120:18, 120:19, 134:23, 138:8, 145:8, 148:12, 171:23
**plans** [2] - 185:13, 204:25
**Plant** [59] - 42:23, 44:14, 51:9, 51:12, 51:14, 56:2, 56:4, 66:12, 78:6, 78:25, 79:12, 86:8, 120:4, 120:19, 123:6, 123:11, 123:22, 123:24, 124:3, 124:7, 124:25, 125:3, 125:20, 126:11, 127:1, 127:20, 128:4, 128:9, 128:17, 129:14, 129:17, 129:21, 130:4, 130:7, 130:17, 130:22, 131:6, 133:9, 134:19, 135:22, 137:17, 140:21, 141:10, 141:13, 142:6, 150:19, 151:18, 151:22, 153:16, 167:18, 171:24, 173:21, 173:22, 174:2, 184:21, 185:9, 185:19, 224:10, 224:11
**plant** [55] - 44:25, 45:2, 45:25, 69:16, 85:12, 85:13, 85:14, 102:8, 106:13, 110:11, 117:4, 120:6, 121:20, 122:3, 123:8, 123:11, 123:14, 123:23, 124:6, 124:12, 125:5, 126:2, 126:6, 128:21, 128:25, 129:1, 129:6, 130:4, 131:3, 131:15, 132:4, 134:8, 134:21, 136:13, 140:2, 140:16, 141:3, 144:3, 149:4, 154:10, 156:18, 167:2, 171:22, 182:15, 182:18, 184:8, 185:13, 197:4, 200:7, 201:19, 218:23, 219:1, 219:20, 222:17
**plants** [18] - 121:2, 121:4, 121:5, 124:13, 126:12, 126:18, 127:13, 135:3, 137:23, 141:8, 141:10, 151:15, 172:2, 201:16, 219:3, 219:9, 219:12
**played** [1] - 109:24
**pleased** [4] - 124:11, 166:13, 167:4, 171:16
**pleasure** [1] - 12:21
**plenty** [1] - 106:22
**plow** [1] - 144:17
**plowed** [1] - 229:2
**plus** [2] - 124:21, 130:24
**PM-6** [1] - 73:22
**point** [29] - 5:18, 16:19, 17:16, 18:2, 18:16, 37:10, 37:22, 37:24, 48:17, 53:2, 53:3, 53:5, 98:21, 103:4, 103:18, 108:3, 122:17, 131:22, 132:1, 150:18, 151:3, 156:14, 163:22, 189:20, 189:21, 190:8, 199:12, 200:5, 218:21
**pointed** [2] - 86:23, 89:8
**pointing** [1] - 17:24
**points** [1] - 34:8
**policies** [5] - 80:5, 81:25, 86:8, 86:11, 86:13
**policy** [7] - 58:5, 58:11, 58:14, 61:11, 61:21, 93:3, 216:21
**politician** [1] - 109:20
**politicians** [2] - 112:6, 112:18
**politics** [1] - 122:15
**poor** [1] - 160:12
**portfolio** [3] - 71:24, 72:23, 72:24
**portfolios** [1] - 74:12
**position** [93] - 34:17, 34:21, 41:20, 41:24, 60:11, 64:2, 65:19, 70:25, 71:4, 75:8, 75:15, 75:17, 75:21, 76:13, 88:3, 88:6, 89:3, 126:24, 130:20, 138:19, 138:25, 139:21, 140:5, 141:20, 142:4, 142:5, 145:24, 146:21, 148:3, 148:7, 148:11, 151:15, 151:19, 165:15, 170:3, 170:5, 170:9, 174:9, 175:13, 176:24, 177:6, 177:9, 177:11, 178:21, 179:5, 179:11, 179:12, 180:21, 181:1, 182:10, 182:23, 185:18, 186:8, 186:11, 186:18, 186:25, 187:3, 187:10, 187:17, 188:2, 188:24, 189:11, 191:18, 192:5, 192:12, 192:15, 194:8, 194:11, 194:14, 196:13, 197:25, 198:13, 198:17, 198:19, 198:23, 198:24, 202:20, 202:21, 202:25, 205:22, 206:10, 207:5, 207:9, 207:11, 207:15, 215:12, 221:19, 222:11, 224:5, 224:10, 224:24, 228:2, 228:11
**positions** [12] - 14:12, 47:14, 51:2, 89:23, 120:18, 139:3, 165:17, 170:16, 173:2, 177:3, 203:11, 223:21
**positive** [5] - 8:8, 10:12, 34:22, 38:12, 102:21
**possesses** [1] - 191:7
**possibilities** [2] - 221:21, 222:18
**possibility** [1] - 218:1
**possibly** [2] - 103:11, 111:12
**post** [4] - 41:6, 160:1, 216:14, 216:22
**posting** [1] - 41:19
**postings** [1] - 16:9
**potential** [4] - 37:7, 98:17, 172:17, 173:18
**potentially** [6] - 36:22, 37:6, 37:13, 37:21, 83:4, 94:16
**Potosi** [3] - 123:9, 123:12, 123:13
**PowerPoint** [9] - 3:17, 3:18, 3:23, 4:6, 32:19, 51:25, 79:17, 94:24, 95:7
**practice** [2] - 215:10, 216:4
**practices** [4] - 44:19, 127:14, 140:24, 141:9
**practicing** [1] - 117:8
**pre** [3] - 67:6, 94:13, 94:21
**pre-info** [1] - 67:6
**pre-meet** [1] - 94:13
**pre-meeting** [1] - 94:21
**precision** [1] - 80:12
**predominantly** [2] - 119:12, 119:14
**preexisted** [1] - 178:3
**prefer** [2] - 114:17, 210:22
**prejudice** [3] - 99:17, 99:18, 99:19
**prejudicial** [1] - 106:24
**preliminary** [1] - 110:25
**premium** [1] - 126:15
**prepare** [1] - 154:15
**prepared** [3] - 51:25, 52:1, 154:11
**preparing** [1] - 131:21
**presence** [12] - 5:3, 5:14, 16:15, 49:16, 49:23, 52:24, 96:17, 113:3, 158:6, 176:1, 176:9, 230:10
**present** [13] - 6:6, 33:24, 106:16, 111:20, 111:23, 111:25, 150:7, 187:14, 194:10, 195:17, 196:4, 196:6, 196:17
**presentation** [7] - 3:19, 31:8, 31:16, 64:20, 67:18, 67:19
**presented** [3] - 7:9, 81:2, 150:14
**presently** [1] - 224:24
**preserve** [1] - 101:14
**preserved** [1] - 99:15
**President** [52] - 6:7, 31:11, 33:24, 34:17, 34:25, 35:4, 38:14, 42:11, 62:11, 71:3, 73:10, 75:20, 76:15, 76:22, 78:15, 87:17, 121:7, 121:14, 122:12, 125:9, 125:15, 127:2, 134:19, 137:13, 137:16, 138:21, 140:12, 144:7, 144:11, 144:23, 149:20, 150:10, 157:20, 163:2, 164:5, 168:13, 169:13, 179:21, 190:15, 191:2, 202:19, 213:21, 214:8, 214:23, 215:5, 215:12, 218:17, 218:22, 223:22, 224:2, 225:10, 226:11
**Presidents** [3] - 122:6, 146:14, 182:22
**presidents** [2] - 75:14, 225:13
**press** [3] - 100:7, 131:16, 132:4
**presumably** [1] - 110:11
**pretty** [3] - 60:5, 122:14, 155:3
**prevents** [3] - 61:11, 61:15, 61:21
**previous** [4] - 6:21, 96:12, 226:10, 229:24
**previously** [4] - 15:18, 60:15, 62:18, 97:7
**prices** [1] - 126:16
**primarily** [3] - 15:5, 148:4, 148:12
**private** [1] - 204:24
**problem** [9] - 6:17, 47:11, 47:15, 102:25, 118:6, 161:20, 163:9, 166:8, 222:3
**problems** [3] - 136:6, 159:4, 160:8
**proceed** [2] - 18:20, 114:2
**proceeding** [1] - 208:21
**process** [17] - 18:4,

61:16, 61:25, 62:2, 62:10, 62:13, 72:3, 72:5, 73:2, 73:3, 112:19, 159:23, 164:8, 164:9, 164:12, 173:3
**produce** [2] - 124:7, 149:10
**produced** [1] - 4:7
**product** [2] - 129:18, 129:20
**production** [17] - 44:18, 122:25, 123:7, 124:13, 125:5, 127:8, 135:13, 138:11, 140:8, 141:1, 147:21, 147:22, 154:16, 167:21, 201:21, 225:3
**products** [2] - 45:7, 111:22
**profession** [1] - 136:21
**professional** [6] - 60:15, 73:12, 117:22, 118:16, 137:2, 152:14
**professionally** [1] - 119:6
**profound** [1] - 105:18
**profoundly** [1] - 105:23
**profusely** [2] - 30:20, 53:15
**progress** [1] - 113:7
**project** [6] - 60:14, 65:2, 65:5, 65:10, 145:15, 192:6
**Project** [2] - 57:11, 59:20
**promise** [2] - 69:9, 222:25
**promised** [1] - 149:18
**promoted** [2] - 61:9, 149:18
**promotion** [4] - 35:4, 185:16, 186:2, 188:17
**promulgated** [2] - 82:4, 86:8
**pronounce** [1] - 85:15
**proof** [1] - 47:1
**proofness** [1] - 157:6
**propeller** [1] - 220:24
**proper** [2] - 145:1, 148:15
**proposal** [7] - 145:22, 146:1, 146:2, 146:16, 146:20, 170:1, 174:13
**proposed** [7] - 141:22, 145:11, 145:12, 145:15, 145:18, 146:10, 167:12
**protect** [1] - 37:11
**protected** [1] - 99:1
**proud** [3] - 125:17, 138:3, 151:3
**prove** [1] - 181:1
**provide** [2] - 34:21, 103:14
**provided** [4] - 39:24, 97:11, 109:8, 210:20
**provides** [1] - 99:7
**proxy** [1] - 85:7
**psychiatrist** [1] - 39:22
**psycho** [1] - 39:22
**psycho-analyst** [1] - 39:22
**psychological** [1] - 40:5
**psychologist** [1] - 39:22
**public** [2] - 106:3, 110:22
**pull** [2] - 86:19, 169:9
**pulled** [1] - 123:5
**punitive** [1] - 108:13
**purpose** [3] - 111:22, 149:5, 149:9
**purposes** [4] - 97:10, 99:1, 204:9, 204:11
**pursuant** [1] - 97:6
**pursue** [5] - 16:1, 62:13, 70:24, 71:3, 99:18
**pursued** [1] - 62:3
**pursuing** [8] - 13:10, 14:7, 14:12, 14:23, 15:8, 15:10, 15:15, 16:24
**push** [5] - 82:23, 129:17, 152:20, 155:11, 159:24
**pushing** [5] - 135:22, 150:17, 160:18, 160:19, 192:16
**put** [31] - 16:7, 17:11, 34:2, 37:6, 40:11, 40:20, 40:23, 51:19, 51:22, 58:5, 64:21, 78:7, 79:18, 93:10, 93:12, 93:15, 93:20, 94:3, 97:21, 103:16, 107:21, 136:1, 142:4, 145:9, 145:24, 159:10, 171:2, 171:9, 173:6, 182:10
**puts** [1] - 181:25
**putting** [4] - 13:5, 40:17, 118:21, 185:15

**Q**

**qualification** [6] - 141:17, 183:6, 184:20, 190:20, 191:6, 198:2
**qualifications** [1] - 193:1
**qualified** [10] - 151:21, 202:20, 203:16, 204:5, 206:10, 207:5, 208:13, 213:23, 217:5, 217:6
**quality** [5] - 110:18, 118:20, 126:20, 126:23
**questioning** [1] - 38:24
**questionnaires** [1] - 111:8
**questions** [16] - 18:11, 18:24, 25:17, 42:19, 95:8, 102:21, 168:1, 176:20, 178:5, 178:11, 221:25, 222:22, 223:7, 226:23, 227:7, 227:14
**quick** [5] - 42:19, 49:6, 96:18, 142:15, 150:3
**quit** [2] - 159:4, 159:6
**quite** [2] - 137:3, 155:9
**quitting** [1] - 160:12
**quote** [4] - 10:7, 10:8, 32:4, 109:14
**quoted** [1] - 107:22

**R**

**race** [11] - 98:19, 117:12, 148:18, 148:24, 177:15, 178:23, 179:1, 179:3, 179:9, 179:12, 180:3
**raise** [10] - 6:17, 99:16, 103:19, 106:15, 113:20, 118:7, 150:16, 163:9, 168:8, 214:19
**raised** [2] - 55:20, 114:23
**ramp** [1] - 185:10
**ramp-up** [1] - 185:10
**Randall** [2] - 58:22, 59:8
**RANDLE** [1] - 2:2
**rank** [1] - 124:25
**ranked** [1] - 126:11
**ranking** [1] - 18:1
**ranks** [1] - 125:12
**rate** [1] - 151:25
**rather** [1] - 93:18
**re** [1] - 4:3
**reach** [3] - 61:23, 117:24, 118:2
**reached** [3] - 8:22, 8:24, 12:15
**reaching** [1] - 130:9
**read** [26] - 12:18, 12:19, 27:8, 27:18, 28:3, 36:13, 45:24, 92:9, 97:12, 97:22, 107:21, 108:4, 108:22, 189:19, 191:21, 193:11, 193:12, 195:2, 199:24, 200:1, 210:22, 210:25, 212:7, 212:8, 223:7, 223:8
**reading** [4] - 25:5, 97:18, 194:13, 194:21
**readings** [1] - 95:14
**reads** [1] - 211:1
**ready** [11] - 5:5, 5:7, 88:10, 88:12, 88:15, 154:23, 155:8, 155:11, 167:1, 168:4, 173:11
**real** [4] - 42:19, 122:20, 142:15, 150:3
**realigned** [1] - 144:14
**realize** [1] - 201:7
**really** [25] - 32:4, 33:17, 64:10, 80:17, 81:18, 117:13, 118:2, 118:21, 122:3, 129:10, 130:18, 131:6, 135:11, 137:1, 139:21, 141:7, 147:16, 149:1, 150:13, 151:25, 184:2, 190:17, 197:14, 207:6
**reason** [8] - 15:11, 60:20, 100:22, 104:16, 111:9, 162:8, 163:21, 179:4
**reasonable** [2] - 99:10, 200:23
**reasoning** [1] - 147:11
**reasons** [18] - 17:18, 17:19, 53:7, 53:18, 73:20, 74:6, 74:7, 89:7, 101:8, 135:15, 139:6, 139:13, 150:14, 157:14, 159:1, 160:25, 161:14, 182:11
**receive** [3] - 38:8, 38:19, 38:20
**received** [9] - 34:16, 36:9, 38:6, 38:16, 71:22, 110:21, 116:19, 118:17, 119:7
**receives** [1] - 128:8
**receiving** [2] - 45:1, 155:13
**recently** [1] - 110:20
**recess** [5] - 49:19, 49:20, 96:22, 100:15, 176:7
**recipient** [2] - 30:9, 32:6
**recognize** [2] - 96:20, 105:23
**recollect** [2] - 8:1, 24:9
**recollection** [2] - 24:2, 130:6
**recommendations** [2] - 45:13, 169:24
**record** [21] - 16:3, 16:14, 27:9, 52:23, 66:20, 95:23, 95:25, 96:24, 98:23, 101:14, 106:22, 107:8, 125:8, 158:5, 177:25, 188:22, 195:22, 210:19, 222:19, 230:11, 230:16
**Recross** [1] - 3:10
**RECROSS** [1] - 227:17
**recruiter** [15] - 8:17, 13:3, 19:13, 19:15, 21:16, 21:18, 21:22, 21:23, 22:3, 22:19, 24:7, 72:16, 87:23
**recruiting** [8] - 14:10, 15:17, 21:15, 82:18, 184:5, 185:7, 190:2, 227:25
**recruitment** [4] - 102:9, 109:4, 112:7, 204:13
**red** [3] - 47:5, 75:7, 90:12
**redacted** [2] - 11:4,

22:9
**redactions** [1] - 11:14
**Redirect** [1] - 3:9
**redirect** [4] - 55:13, 95:9, 222:24, 228:15
**REDIRECT** [3] - 223:2, 224:21, 226:1
**redo** [1] - 154:20
**reduced** [1] - 69:25
**reduction** [2] - 77:25, 153:3
**refer** [2] - 220:9, 226:10
**Reference** [1] - 98:3
**referenced** [2] - 6:10, 98:5
**referred** [3] - 62:17, 102:7, 114:14
**referring** [5] - 118:10, 181:13, 181:14, 181:16, 181:17
**reflected** [1] - 38:17
**reflective** [2] - 7:8, 7:13
**refresh** [1] - 24:1
**refurbishment** [1] - 154:9
**refuted** [2] - 108:25, 109:2
**regard** [1] - 138:1
**regarded** [1] - 135:13
**regarding** [4] - 5:25, 24:10, 226:4, 227:7
**regards** [1] - 147:19
**Regensburg** [1] - 120:19
**regular** [1] - 84:22
**regularly** [1] - 170:9
**regulations** [2] - 119:16, 133:4
**reimbursed** [1] - 84:17
**related** [2] - 15:23, 18:11
**relates** [1] - 170:7
**relation** [1] - 141:5
**relationship** [4] - 127:1, 128:18, 136:2, 140:21
**relatively** [3] - 34:13, 140:3, 140:20
**releases** [2] - 129:18, 129:20
**relevance** [9] - 16:18, 102:23, 109:20, 109:21, 155:24, 155:25, 186:9, 186:14, 186:16
**relevant** [14] - 17:4, 17:7, 101:2, 112:8, 124:8, 157:24, 158:22, 158:25, 159:18, 159:25, 160:13, 161:3, 182:14, 186:13
**rely** [2] - 205:18, 226:13
**remain** [4] - 49:13, 96:14, 175:23, 230:7
**remaining** [1] - 101:22
**remarks** [1] - 31:13
**remember** [39] - 6:8, 10:8, 16:6, 22:23, 30:1, 39:5, 39:14, 39:15, 41:5, 41:7, 47:22, 49:11, 50:4, 58:6, 66:13, 66:24, 72:6, 75:5, 75:6, 77:5, 77:8, 77:9, 78:5, 80:2, 96:12, 107:8, 111:6, 142:25, 150:7, 156:24, 162:5, 162:7, 175:21, 176:16, 191:9, 210:12, 211:24, 229:23
**remembered** [1] - 66:19
**remove** [1] - 159:10
**removed** [2] - 11:11, 17:13
**renegation** [1] - 132:11
**reorganization** [9] - 3:23, 4:6, 68:9, 144:2, 155:23, 169:17, 190:19, 197:6, 226:24
**reorganizations** [1] - 192:9
**reorganize** [3] - 187:1, 191:4, 199:8
**repaired** [1] - 154:11
**repeat** [3] - 195:23, 199:18, 199:20
**repeated** [1] - 54:22
**rephrase** [3] - 215:25, 219:15, 220:11
**replace** [4] - 42:12, 82:15, 162:18, 166:16
**replaced** [3] - 39:11, 162:17, 213:10
**replacement** [1] - 42:8
**replacing** [1] - 41:24
**reply** [3] - 95:15, 97:13, 97:19
**report** [1] - 225:10
**reported** [1] - 107:25
**REPORTER** [6] - 2:6, 2:6, 132:12, 132:14, 165:24, 230:20
**reporter** [2] - 193:12, 200:1
**reports** [1] - 182:6
**represent** [1] - 71:13
**represents** [1] - 220:17
**request** [4] - 107:3, 110:8, 110:24, 111:14
**REQUESTED** [1] - 230:18
**requested** [1] - 110:9
**requesting** [1] - 156:23
**requests** [1] - 44:3
**requirements** [1] - 200:16
**requiring** [1] - 186:18
**research** [3] - 96:14, 105:1, 229:25
**researched** [1] - 103:11
**reserve** [3] - 98:14, 98:25, 101:16
**reserving** [1] - 101:18
**reset** [1] - 166:22
**resign** [1] - 29:6
**resignation** [28] - 29:5, 70:18, 70:21, 89:16, 153:1, 155:18, 155:20, 155:22, 155:25, 156:8, 156:12, 156:19, 157:7, 157:22, 157:25, 158:19, 161:10, 162:8, 189:25, 190:9, 190:11, 190:13, 192:17, 197:4, 197:11, 198:25, 227:2, 227:9
**resigned** [15] - 32:23, 33:11, 69:10, 69:19, 69:22, 70:15, 90:16, 94:17, 152:25, 153:19, 157:14, 161:24, 167:12, 227:20, 227:24
**resigning** [1] - 29:15
**resigns** [1] - 159:11
**resolved** [1] - 110:22
**Resource** [1] - 33:25
**Resources** [13] - 34:18, 35:1, 38:15, 42:11, 64:8, 71:4, 85:24, 122:7, 122:13, 134:19, 144:8, 144:11, 166:14
**respect** [2] - 102:4, 228:10
**respond** [2] - 158:8, 228:16
**responded** [1] - 109:7
**responding** [1] - 54:22
**response** [8] - 4:7, 28:16, 28:17, 40:3, 101:4, 158:10, 222:19, 226:22
**response)** [1] - 36:11
**responses** [2] - 97:9, 111:7
**responsibilities** [1] - 202:23
**responsibility** [6] - 83:15, 123:10, 126:5, 145:2, 145:25, 226:6
**responsible** [10] - 63:19, 65:25, 83:25, 84:1, 84:6, 86:15, 121:2, 184:5, 219:3, 224:8
**rest** [2] - 29:23, 72:12
**restarted** [1] - 156:18
**restate** [2] - 179:15, 195:7
**restaurants** [1] - 154:19
**restful** [1] - 91:4
**restructuring** [1] - 190:20
**result** [1] - 146:13
**results** [1] - 13:19
**resume** [3] - 5:18, 72:15, 72:18
**resumes** [1] - 192:25
**retained** [1] - 99:15
**retire** [3] - 74:25, 76:13, 175:23
**retired** [2] - 46:21, 74:21
**retirement** [4] - 168:25, 169:1, 169:7, 217:19
**retool** [1] - 154:15
**retry** [1] - 219:14
**return** [2] - 95:11, 218:20
**returned** [3] - 41:3, 41:22, 91:1
**reverse** [1] - 22:4
**review** [3] - 36:6, 36:7, 100:13
**reviewing** [1] - 100:12
**reviews** [2] - 71:25, 203:2
**revolution** [1] - 132:25
**rightfully** [1] - 204:7
**rising** [2] - 140:16
**ROBERT** [2] - 3:5, 113:21
**Robert** [24] - 15:4, 113:14, 114:10, 114:14, 114:18, 114:20, 118:15, 122:11, 125:20, 137:19, 142:17, 142:25, 143:21, 144:1, 147:10, 149:9, 150:4, 154:7, 156:6, 157:20, 161:10, 224:23, 226:3
**role** [32] - 38:1, 48:19, 50:14, 74:17, 74:21, 75:2, 104:20, 105:5, 109:24, 136:25, 137:19, 138:7, 138:10, 139:10, 139:11, 139:17, 140:15, 140:21, 140:23, 142:2, 152:13, 160:5, 160:19, 160:21, 169:25, 170:17, 170:20, 184:24, 190:22, 194:9, 194:12, 199:7
**roles** [2] - 137:22, 141:2
**rolling** [1] - 138:4
**rolling-up-the-sleeves** [1] - 138:4
**room** [3] - 99:12, 113:15, 175:23
**rooted** [1] - 122:4
**Rosalyn** [1] - 123:24
**rose** [1] - 15:1
**roughly** [4] - 124:15, 124:16, 172:1, 207:10
**routine** [1] - 110:18
**row** [4] - 117:8, 128:4, 128:7, 175:7
**rowed** [2] - 175:2
**rower** [2] - 117:19, 118:11
**rowing** [3] - 6:13, 117:8, 117:15
**ROZELSKY** [28] - 1:21, 17:2, 56:7, 71:12, 77:18, 77:21,

77:22, 95:8, 98:13, 99:23, 100:18, 100:21, 101:13, 107:5, 110:2, 113:1, 160:16, 168:3, 168:10, 168:12, 169:12, 175:16, 180:10, 214:22, 219:11, 227:15, 229:7, 230:14
**Rozelsky** [3] - 3:4, 3:7, 71:10
**RPR** [2] - 2:6, 230:25
**rude** [2] - 114:4, 196:3
**Rule** [4] - 97:6, 98:15, 99:7, 99:14
**rule** [7] - 107:23, 108:2, 179:22, 215:19, 215:21, 216:10, 225:21
**rules** [2] - 119:16, 143:16
**Rules** [4] - 11:10, 107:25, 108:6, 108:22
**ruling** [3] - 110:3, 161:5, 179:23
**rumble** [1] - 155:8
**run** [10] - 123:5, 130:4, 135:15, 136:16, 167:1, 184:13, 187:21, 192:5, 192:6, 205:16
**running** [3] - 123:1, 129:7, 155:10
**runs** [1] - 219:19
**Rutgers** [1] - 28:9
**Ryan** [6] - 57:9, 59:22, 59:25, 60:3, 60:7, 65:4

**S**

**s/Debra** [1] - 230:25
**safeguard** [2] - 201:17, 201:18
**safety** [3] - 184:7, 190:3, 204:9
**sake** [5] - 149:3, 167:17, 167:18, 182:11, 192:10
**salary** [4] - 17:13, 192:16, 208:17
**sales** [4] - 121:12, 164:21, 164:24
**San** [3] - 123:9, 123:11, 123:13
**SAP** [3] - 80:2, 86:2, 86:7
**Sara** [4] - 24:3, 25:15, 26:10, 28:5
**sat** [3] - 75:14, 175:10, 194:2
**Savage** [4] - 4:8, 4:9, 4:11, 72:16
**saved** [1] - 86:15
**savings** [1] - 204:25
**saw** [1] - 150:18
**SC** [5] - 1:3, 1:18, 1:22, 2:5, 2:7
**scale** [1] - 126:16
**schedule** [2] - 98:18, 101:17
**school** [6] - 74:1, 74:2, 74:8, 115:7, 115:12, 229:22
**scooch** [1] - 22:22
**scope** [3] - 54:20, 178:8, 228:15
**Scott** [6] - 64:24, 65:8, 65:10, 67:6, 68:1, 145:14
**screen** [1] - 28:9
**screw** [3] - 185:10, 201:21, 201:23
**screwed** [13] - 157:10, 197:5, 197:6, 197:10, 197:11, 197:14, 197:20, 198:18, 199:1, 199:4, 199:7, 200:25, 202:8
**sealed** [1] - 210:20
**search** [6] - 18:11, 19:1, 32:23, 33:15, 33:20, 64:2
**searched** [1] - 15:3
**season** [1] - 91:2
**seat** [4] - 95:12, 113:23, 113:25, 175:9
**seated** [3] - 5:4, 175:24, 230:7
**second** [9] - 44:2, 62:23, 65:13, 68:2, 92:13, 131:15, 147:15, 162:16, 182:13
**seconds** [1] - 221:4
**secret** [2] - 129:23, 129:24
**section** [1] - 147:20
**Section** [3] - 41:12, 48:19, 60:15
**see** [55] - 11:14, 12:12, 12:19, 15:4, 21:15, 22:22, 24:8, 24:23, 25:6, 25:13, 30:9, 30:10, 34:9, 35:20, 36:13, 39:16, 40:15, 44:2, 44:8, 47:4, 48:14, 57:9, 62:23, 63:19, 64:23, 65:9, 65:13, 65:18, 71:15, 88:23, 89:22, 95:4, 95:13, 98:8, 127:24, 145:6, 150:18, 155:16, 157:24, 161:19, 164:11, 177:21, 178:17, 178:21, 188:11, 188:17, 188:19, 204:21, 211:21, 212:4, 212:5, 214:24, 215:7, 216:15
**seeing** [2] - 188:25, 217:12
**seek** [1] - 40:2
**seeking** [3] - 17:14, 108:13, 134:18
**seem** [1] - 222:3
**segments** [1] - 12:19
**select** [4] - 133:17, 193:2, 200:14, 200:15
**self** [2] - 7:8, 7:13
**self-reflective** [2] - 7:8, 7:13
**semantics** [1] - 76:21
**send** [8] - 58:25, 59:2, 59:4, 59:25, 60:4, 90:8, 127:15, 127:16
**sends** [1] - 19:13
**senior** [9] - 20:2, 20:15, 42:21, 42:22, 43:3, 43:6, 43:16, 43:19, 74:1
**sense** [1] - 147:15
**sent** [8] - 14:19, 21:8, 29:4, 30:12, 58:23, 60:8, 61:3, 79:9
**sentence** [3] - 27:8, 27:13, 220:21
**separate** [1] - 108:19
**September** [27] - 6:22, 6:23, 7:20, 7:21, 7:23, 7:25, 8:21, 8:22, 9:6, 10:16, 12:16, 12:17, 13:2, 14:16, 19:12, 19:13, 19:16, 19:22, 19:25, 20:3, 21:8, 22:17, 32:23, 35:9, 36:16, 145:8, 161:20
**Sergeant** [2] - 116:1, 116:2
**serial** [1] - 53:17
**series** [1] - 77:6
**servant's** [1] - 92:1
**serve** [5] - 41:1, 163:2, 165:22, 192:23, 224:25
**served** [1] - 119:19
**service** [3] - 115:19, 115:24, 116:5
**services** [3] - 39:25, 40:7, 119:13
**serving** [5] - 31:3, 81:16, 125:15, 148:16, 224:24
**set** [14] - 21:22, 44:6, 82:4, 129:14, 130:17, 157:4, 161:25, 167:2, 182:13, 182:18, 190:3, 194:5, 199:15, 217:7
**setting** [1] - 131:14
**settled** [1] - 208:7
**seven** [8] - 90:15, 138:22, 139:3, 151:10, 184:8, 184:23, 185:5, 203:1
**several** [7] - 20:15, 80:23, 120:2, 139:19, 183:4, 203:8, 222:4
**sex** [1] - 98:19
**share** [5] - 86:15, 127:12, 127:14, 171:8
**shared** [1] - 139:18
**sharing** [3] - 44:19, 171:5, 172:13
**sheet** [3] - 40:14, 98:2, 150:2
**sheets** [1] - 50:7
**Sherrill** [3] - 8:16, 10:11, 27:21
**Sherry** [34] - 7:20, 19:20, 19:24, 20:2, 20:5, 20:22, 21:12, 63:12, 64:7, 134:5, 134:14, 134:15, 134:17, 134:20, 137:2, 140:12, 144:7, 144:10, 144:22, 145:18, 145:24, 146:2, 146:19, 150:9, 152:16, 166:23, 181:25, 182:10, 182:20, 196:11, 198:3, 225:8, 226:19, 227:11
**shift** [2] - 130:10, 130:12
**ship** [2] - 133:1, 133:2
**shipped** [1] - 132:25
**shop** [7] - 120:18, 131:16, 131:18, 132:4, 171:23, 200:7, 200:14
**short** [12] - 34:13, 49:10, 49:19, 49:20, 96:19, 96:22, 147:13, 175:18, 176:7, 201:10, 201:25, 211:5
**shortly** [2] - 154:17, 227:16
**show** [18] - 11:11, 17:6, 17:10, 32:12, 46:3, 67:23, 77:4, 77:11, 80:1, 81:2, 150:2, 177:18, 180:21, 188:4, 210:19, 214:16
**showed** [7] - 32:12, 65:24, 67:24, 94:12, 156:8, 194:16, 198:24
**showing** [1] - 32:18
**shown** [3] - 11:9, 69:5, 77:11
**shows** [2] - 160:21, 192:11
**shut** [2] - 17:11, 53:11
**sick** [1] - 23:7
**side** [6] - 133:23, 135:2, 138:17, 141:4, 198:24, 211:22
**sidebar** [1] - 109:16
**Siemens** [2] - 213:11, 213:13
**sign** [2] - 80:24, 81:3
**sign-off** [2] - 80:24, 81:3
**signatures** [1] - 142:18
**signed** [1] - 6:22
**significance** [1] - 109:25
**significant** [1] - 102:22
**similar** [2] - 31:25, 111:25
**simple** [1] - 214:7
**simplify** [1] - 21:15
**simply** [2] - 107:2, 228:10
**single** [9] - 103:10, 108:9, 124:6, 128:3, 128:5, 131:23, 182:16, 199:11, 220:21
**sit** [4] - 85:6, 97:22, 159:3, 160:11
**site** [2] - 107:22, 110:17
**sitting** [4] - 99:12, 117:11, 117:25, 228:25
**situation** [8] - 21:16,

21:21, 22:2, 22:4, 101:25, 201:14, 213:20, 214:7
**Six** [1] - 63:2
**six** [8] - 34:4, 34:14, 76:6, 98:3, 185:3, 190:24, 191:5, 197:6
**sixty** [3] - 83:19, 184:4, 188:25
**sixty-four** [2] - 184:4, 188:25
**sixty-two** [1] - 83:19
**SKDs** [1] - 124:19
**skill** [2] - 44:6, 213:23
**skilled** [3] - 193:4, 199:3, 213:23
**skills** [9] - 182:19, 183:6, 183:9, 196:12, 198:3, 200:6, 200:11, 214:4, 214:5
**sleeping** [5] - 217:23, 218:2, 218:6, 218:7, 218:8
**sleeves** [1] - 138:4
**slide** [5] - 58:20, 64:23, 68:1, 68:2, 68:4
**slides** [2] - 67:13, 67:24
**slotting** [1] - 47:14
**slow** [4] - 10:25, 14:18, 42:17
**slowed** [1] - 23:9
**smaller** [1] - 124:19
**smiley** [1] - 28:22
**snapping** [1] - 144:25
**social** [1] - 39:22
**software** [1] - 86:3
**solid** [5] - 25:16, 30:2, 134:22, 134:24, 163:6
**solution** [1] - 222:17
**someone** [14] - 15:19, 16:1, 44:24, 84:23, 114:14, 122:22, 122:24, 135:11, 138:25, 167:20, 172:20, 187:9, 194:22, 214:3
**sometimes** [6] - 82:20, 83:1, 85:19, 85:20, 89:9, 173:24
**somewhere** [1] - 122:16
**soon** [1] - 11:2
**sooner** [2] - 28:21, 29:1
**Sorry** [1] - 71:16
**sorry** [31] - 75:23, 76:17, 78:12, 80:21, 81:9, 83:21, 86:18, 93:8, 121:9, 129:25, 130:15, 132:16, 132:20, 162:15, 163:16, 169:6, 169:19, 179:6, 182:8, 187:6, 187:8, 187:14, 188:13, 193:7, 199:18, 203:22, 216:22, 217:12, 218:4, 221:11, 222:2
**sort** [5] - 77:4, 86:3, 86:25, 106:25, 186:2
**sought** [2] - 40:6, 221:22
**sound** [2] - 195:24, 196:2
**sounds** [6] - 42:4, 42:7, 76:8, 132:21, 179:24, 200:23
**SOUTH** [3] - 1:1, 2:4, 2:7
**south** [2] - 123:23, 131:14
**South** [22] - 15:6, 85:12, 102:7, 102:9, 102:15, 103:13, 104:21, 105:24, 111:21, 126:6, 128:13, 129:13, 131:24, 138:4, 149:7, 199:12, 201:17, 207:1, 209:9, 219:13, 219:19
**Spartanburg** [73] - 42:24, 44:14, 45:2, 45:8, 51:10, 51:12, 51:14, 56:3, 56:5, 58:8, 61:24, 68:5, 78:6, 79:1, 79:12, 85:14, 86:9, 110:10, 110:11, 110:14, 117:4, 123:23, 124:1, 124:3, 124:6, 124:7, 124:25, 125:3, 125:21, 126:10, 126:11, 127:1, 127:20, 128:4, 128:9, 128:17, 128:25, 129:14, 129:17, 129:21, 130:4, 130:7, 130:17, 130:19, 130:23, 133:9, 134:19, 135:22, 137:17, 141:10, 141:13, 142:6, 150:19, 151:18, 151:22, 153:16, 167:18, 171:19, 176:22, 181:17, 181:18, 181:22, 184:22, 185:9, 185:20, 205:9, 206:3, 210:10, 212:12, 212:25, 218:23, 218:25, 223:14
**SPARTANBURG** [1] - 1:2
**speakers** [1] - 90:9
**speaking** [1] - 165:14
**specialist** [1] - 206:13
**specialists** [6] - 204:8, 204:18, 205:12, 205:20, 206:11
**specialities** [1] - 138:1
**specific** [4] - 132:24, 171:2, 204:10
**specifically** [9] - 53:20, 108:1, 108:23, 111:2, 122:1, 126:17, 132:10, 151:23, 198:25
**specifics** [2] - 208:22, 208:23
**specified** [1] - 204:10
**speculate** [1] - 79:5
**speculation** [3] - 180:11, 196:25, 216:23
**speed** [1] - 10:24
**spell** [1] - 115:9
**spelled** [1] - 66:13
**SPENCER** [1] - 1:21
**spend** [3] - 19:14, 112:17, 226:4
**spend/spent** [1] - 31:14
**spent** [2] - 13:5, 111:16
**spirit** [1] - 7:5
**spot** [1] - 171:2
**spring** [2] - 144:12, 144:14
**square** [1] - 19:9
**staff** [1] - 7:10
**stamp** [1] - 30:25
**stand** [6] - 11:1, 36:5, 36:14, 103:17, 109:13, 113:24
**standard** [2] - 112:12, 129:14
**standards** [1] - 127:8
**standing** [2] - 135:8, 187:5
**standpoint** [3] - 106:18, 157:20, 166:14
**stands** [1] - 102:8
**star** [1] - 140:16
**start** [16] - 12:20, 27:2, 27:3, 27:9, 28:12, 29:1, 68:13, 90:22, 103:20, 119:6, 137:22, 154:23, 172:5, 176:20, 223:6, 230:3
**started** [8] - 32:22, 33:14, 64:2, 74:18, 82:18, 105:20, 116:6, 223:6
**starting** [2] - 123:7, 155:4
**starts** [2] - 54:16, 109:13
**state** [17] - 40:4, 54:5, 104:18, 112:7, 114:9, 159:22, 160:9, 160:10, 160:13, 160:16, 160:20, 161:2, 197:1, 199:13, 209:12
**State's** [1] - 137:24
**statement** [23] - 3:13, 3:14, 5:24, 36:8, 102:5, 102:6, 102:12, 103:6, 103:8, 103:16, 104:3, 104:4, 104:8, 104:11, 104:23, 106:20, 106:25, 109:1, 109:2, 175:14, 180:3, 212:17
**statements** [6] - 106:7, 111:3, 111:5, 111:6, 112:10, 162:9
**STATES** [3] - 1:1, 1:14, 2:6
**states** [2] - 119:20, 189:24
**States** [14] - 52:19, 104:21, 109:24, 115:17, 119:1, 119:15, 121:16, 128:7, 164:18, 205:6, 207:24, 208:3, 208:5, 208:15
**stating** [2] - 134:11, 182:12
**station** [1] - 110:16
**status** [2] - 31:25, 149:13
**stay** [8] - 74:21, 75:2, 75:17, 75:19, 75:21, 76:9, 76:13, 144:22
**stayed** [3] - 201:5, 201:6
**staying** [1] - 149:14
**stays** [1] - 146:9
**steering** [5] - 31:17, 31:18, 81:12, 82:9, 138:8
**stenographic** [1] - 230:22
**STENOTYPE/ COMPUTER** [1] - 2:9
**STENOTYPE/ COMPUTER-AIDED** [1] - 2:9
**step** [2] - 193:15, 229:10
**Stephan** [1] - 82:15
**STEPHENSON** [1] - 1:17
**steps** [3] - 118:21, 208:8, 208:10
**stick** [2] - 158:17, 205:19
**still** [28] - 5:10, 17:3, 23:13, 23:15, 25:24, 58:14, 81:13, 89:18, 94:14, 120:11, 123:21, 129:24, 130:14, 130:19, 131:10, 147:1, 151:24, 179:9, 185:19, 197:20, 216:14, 217:14, 217:19, 217:20, 222:21, 227:25, 228:1, 228:2
**stipulated** [1] - 97:5
**stop** [2] - 120:22, 229:15
**stopped** [1] - 16:17
**stops** [1] - 170:23
**strategic** [1] - 170:3
**strategies** [1] - 128:21
**strategizing** [1] - 27:16
**streamline** [1] - 96:9
**streamlining** [1] - 113:8
**STREET** [3] - 1:18, 2:4, 2:7
**street** [1] - 125:4
**strengthened** [1] - 92:21
**strengths** [2] - 152:8, 175:10
**strike** [3] - 55:21, 68:16, 223:25
**strong** [4] - 91:9, 91:12, 128:18, 138:3

**stronger** [4] - 92:24, 93:1, 93:2, 93:4
**Stroud** [1] - 15:18
**structure** [3] - 122:19, 166:20, 190:16
**studies** [2] - 116:6, 116:10
**stuff** [5] - 21:14, 21:15, 129:23, 206:1, 220:17
**subject** [3] - 24:24, 95:14, 112:14
**submit** [1] - 72:24
**submittals** [1] - 81:4
**submitted** [3] - 81:4, 98:1, 99:9
**subpoena** [1] - 4:8
**subsequent** [1] - 192:9
**subsidiary** [1] - 119:17
**subtext** [1] - 102:19
**subtraction** [1] - 136:11
**successful** [1] - 134:25
**succession** [1] - 145:1
**successor** [1] - 134:15
**sudden** [3] - 156:11, 157:7, 199:1
**sufficiently** [1] - 99:21
**suggest** [4] - 78:6, 101:13, 102:18, 107:14
**suggested** [1] - 51:4
**suggesting** [2] - 56:20, 90:7
**suggestion** [2] - 50:25, 83:2
**suit** [1] - 17:19
**suitable** [1] - 110:22
**SUITE** [1] - 2:4
**suited** [3] - 136:4, 208:7, 209:4
**sum** [1] - 55:22
**summary** [1] - 97:17
**summer** [2] - 8:12, 8:18
**Sunday** [1] - 6:23
**supervised** [1] - 72:8
**Supplier** [1] - 57:10
**suppliers** [1] - 129:11
**supply** [1] - 131:8
**support** [11] - 45:6, 103:9, 117:13, 127:15, 169:18, 169:20, 169:21, 169:25, 202:1, 205:18, 226:8
**supporting** [1] - 190:21
**supports** [1] - 182:20
**suppose** [1] - 100:16
**supposed** [2] - 86:17, 144:19
**surmise** [1] - 103:15
**surveying** [5] - 219:23, 219:24, 219:25, 220:5
**survival** [1] - 185:9
**sustain** [2] - 180:14, 229:1
**sustained** [1] - 224:20
**switch** [1] - 139:2
**sworn** [3] - 113:19, 113:21, 211:18
**system** [3] - 92:12, 102:18, 127:8
**systems** [2] - 85:24, 208:4
**Systems** [1] - 85:25

**T**

**table** [2] - 122:16, 129:8
**Tag** [1] - 3:19
**takeover** [2] - 136:25, 141:19
**Talent** [1] - 57:10
**talent** [5] - 44:7, 140:16, 141:17, 183:6, 184:5
**talented** [4] - 199:14, 201:10, 202:11, 202:15
**talents** [8] - 136:3, 152:4, 166:25, 167:4, 182:19, 183:10, 186:19, 199:2
**talks** [3] - 63:22, 174:14, 174:15
**target** [4] - 31:7, 83:2, 83:7, 217:9
**targets** [6] - 30:5, 31:17, 31:18, 31:25, 81:25, 226:15
**Task** [1] - 165:25
**task** [2] - 123:8, 165:23
**tasks** [2] - 8:3, 8:4
**taxi** [2] - 143:13, 143:14
**teach** [1] - 198:8
**team** [56] - 4:3, 4:15, 27:17, 32:12, 32:18, 52:7, 52:10, 57:14, 68:8, 69:5, 91:12, 94:1, 94:6, 94:12, 94:20, 95:1, 117:10, 117:13, 117:25, 133:11, 147:20, 150:15, 151:2, 157:13, 157:14, 162:21, 163:1, 163:3, 163:5, 163:12, 163:18, 174:5, 174:8, 174:10, 174:11, 175:12, 175:13, 175:14, 192:19, 193:15, 194:2, 194:16, 194:19, 197:13, 199:14, 199:15, 205:17, 205:18, 206:11, 206:15, 225:12, 226:8, 226:15, 226:16
**teams** [4] - 8:8, 67:6, 172:3, 192:18
**technical** [10] - 77:19, 80:17, 81:6, 81:8, 81:10, 81:19, 85:19, 132:20, 138:19, 170:5
**technologies** [3] - 132:8, 140:1, 201:7
**telephone** [1] - 39:21
**template** [1] - 78:7
**ten** [15] - 29:20, 33:11, 61:24, 119:8, 124:15, 124:16, 124:22, 124:23, 154:10, 172:7, 187:16, 216:22, 217:7, 225:20, 229:12
**term** [10] - 50:10, 53:8, 53:25, 54:3, 119:1, 132:20, 132:21, 133:5, 220:9, 220:11
**terms** [20] - 50:6, 50:18, 51:13, 82:2, 83:24, 84:3, 84:4, 116:7, 126:22, 129:9, 129:10, 132:24, 181:10, 198:6, 199:7, 200:4, 204:13, 212:21, 215:10
**terrible** [1] - 69:6
**Tesla** [1] - 185:23
**testified** [24] - 8:15, 9:21, 10:1, 10:6, 34:12, 42:21, 53:14, 58:4, 58:11, 58:16, 60:23, 61:8, 65:4, 73:7, 73:11, 79:16, 84:8, 92:22, 113:22, 118:5, 159:1, 172:16, 177:14, 190:14
**testify** [6] - 73:13, 103:6, 103:11, 108:4, 108:10, 186:18
**testifying** [3] - 41:5, 146:23, 221:8
**testimony** [29] - 6:24, 9:15, 46:16, 49:18, 100:3, 106:12, 108:24, 111:14, 111:20, 111:25, 112:3, 112:5, 112:13, 112:15, 117:3, 144:1, 144:17, 146:8, 156:23, 159:21, 161:2, 176:3, 177:3, 179:9, 199:5, 211:18, 216:8, 216:11, 226:10
**testing** [1] - 110:18
**Thailand** [1] - 124:20
**THE** [167] - 1:1, 1:1, 1:13, 1:17, 1:19, 5:4, 5:7, 5:9, 5:11, 5:12, 5:16, 11:5, 11:13, 16:13, 17:16, 18:3, 18:13, 18:15, 18:20, 21:3, 22:12, 23:22, 25:24, 26:1, 26:6, 30:16, 30:19, 30:21, 34:4, 35:15, 49:8, 49:10, 49:17, 49:21, 49:25, 55:7, 55:11, 56:10, 56:16, 56:20, 57:23, 62:20, 64:12, 66:8, 67:12, 69:3, 71:10, 95:10, 95:17, 95:21, 96:1, 96:19, 96:23, 98:12, 99:4, 99:7, 99:25, 100:11, 100:16, 100:20, 101:5, 101:18, 101:21, 103:24, 109:19, 110:1, 110:3, 112:24, 113:2, 113:5, 113:12, 113:17, 113:18, 113:20, 113:23, 113:25, 114:2, 114:6, 120:5, 120:6, 132:12, 132:13, 132:14, 132:15, 142:19, 142:22, 147:6, 154:4, 156:2, 157:16, 158:3, 158:8, 158:14, 158:22, 159:18, 159:21, 161:1, 164:23, 164:24, 165:24, 165:25, 167:7, 167:8, 167:24, 168:6, 169:9, 175:17, 176:2, 176:5, 176:6, 176:8, 176:11, 178:5, 178:10, 179:17, 179:22, 180:5, 180:14, 181:6, 181:7, 186:10, 186:13, 186:16, 186:22, 188:7, 191:14, 193:14, 195:7, 199:20, 200:3, 202:4, 202:11, 209:23, 210:1, 210:4, 210:16, 210:19, 210:24, 211:3, 211:7, 211:15, 211:23, 211:25, 212:1, 214:11, 214:24, 215:1, 215:16, 215:24, 216:10, 216:13, 218:8, 219:15, 220:4, 220:5, 221:5, 222:24, 224:20, 225:18, 225:20, 225:21, 227:13, 228:16, 229:1, 229:4, 229:10, 230:16
**therapist** [1] - 39:23
**therefore** [13] - 27:9, 117:11, 133:22, 135:8, 140:4, 162:3, 184:3, 190:3, 190:22, 197:18, 201:12, 209:3, 209:13
**thesis** [3] - 116:22, 116:23, 116:25
**thinking** [3] - 101:9, 139:20, 155:6
**third** [11] - 24:14, 33:8, 33:17, 45:5, 65:18, 65:19, 68:4, 89:21, 92:18, 154:24, 154:25
**thirty** [2] - 40:12, 229:20
**Thirty** [1] - 34:4
**Thirty-six** [1] - 34:4
**thirty-two** [1] - 40:12
**thoroughly** [1] - 210:1
**thousand** [7] - 130:24, 182:17, 184:2, 192:7, 192:24, 207:10, 228:7
**three** [42] - 23:7, 37:12, 59:16, 61:9,

62:20, 63:6, 67:5, 69:19, 74:16, 92:5, 121:4, 121:5, 123:18, 123:19, 123:21, 139:3, 143:6, 143:7, 144:22, 150:24, 172:4, 176:24, 177:2, 177:6, 177:9, 178:20, 179:5, 179:10, 180:21, 181:1, 192:15, 192:23, 193:23, 195:4, 196:9, 196:16, 196:22, 197:15, 204:17, 210:13
**throughout** [6] - 46:16, 87:12, 135:10, 165:3, 165:6, 165:18
**thumbs** [1] - 152:22
**Thursday** [1] - 28:4
**tied** [3] - 217:3, 217:4, 225:2
**timing** [6] - 74:4, 74:9, 155:22, 159:3, 201:2, 201:3
**TIMOTHY** [1] - 1:13
**tiny** [1] - 143:12
**tired** [1] - 223:1
**title** [5] - 15:13, 34:25, 35:3, 35:4, 114:12
**today** [8] - 71:6, 104:14, 105:14, 117:22, 120:13, 213:20, 214:7, 222:1
**together** [29] - 13:5, 16:7, 19:2, 51:20, 51:22, 58:5, 91:11, 91:20, 92:24, 93:1, 93:2, 93:4, 117:12, 117:13, 118:1, 126:23, 133:15, 146:1, 171:21, 172:2, 175:12, 184:3, 194:2, 196:10, 198:7, 201:24, 205:20, 220:16, 226:16
**took** [11] - 29:23, 41:20, 74:17, 129:24, 137:1, 169:13, 191:4, 191:5, 197:8, 205:22, 210:12
**top** [11] - 15:2, 35:20, 48:21, 72:7, 89:13, 89:25, 126:10, 129:23, 129:24, 156:13, 197:21
**topic** [7] - 31:23, 92:9, 92:13, 92:18, 144:25, 183:2, 210:2
**topics** [9] - 79:9, 79:13, 82:24, 92:6, 183:4, 184:21, 205:21, 224:9, 226:17
**totally** [1] - 119:15
**touch** [2] - 208:19, 224:11
**touched** [1] - 28:9
**tough** [2] - 10:3, 197:18
**toward** [2] - 129:11, 130:19
**towards** [10] - 17:17, 130:10, 130:13, 131:18, 140:21, 156:11, 173:1, 175:19, 185:13, 208:8
**track** [1] - 68:13
**tracking** [2] - 16:5, 57:4
**tractor** [2] - 119:16, 120:3
**traffic** [2] - 229:21, 229:22
**trailers** [1] - 119:16
**Train** [1] - 57:10
**training** [4] - 118:13, 134:10, 206:16, 206:25
**transcript** [3] - 104:10, 195:25, 230:22
**TRANSCRIPT** [1] - 230:18
**TRANSCRIPTION** [1] - 2:9
**transfer** [2] - 145:2, 145:3
**transformation** [1] - 130:10
**translated** [1] - 90:13
**transparency** [1] - 226:7
**Trauth** [7] - 41:2, 42:3, 46:8, 51:24, 62:2, 76:12, 79:17
**travelling** [2] - 7:24, 134:1
**treat** [1] - 85:20
**treatment** [2] - 39:24, 40:6
**treaty** [1] - 107:9
**trees** [2] - 192:19, 197:18
**trial** [25] - 5:3, 5:15, 10:2, 16:15, 16:16, 16:20, 49:16, 49:24, 52:24, 52:25, 96:17, 98:18, 110:9, 110:10, 110:14, 110:17, 111:12, 113:4, 134:1, 158:6, 158:7, 159:16, 176:1, 176:10, 230:10
**TRIAL** [1] - 1:14
**tried** [6] - 10:24, 110:4, 110:5, 110:7, 166:16, 224:14
**Trigg** [2] - 58:22, 59:9
**trip** [1] - 88:24
**trouble** [3] - 190:1, 221:25
**truck** [3] - 119:9, 119:12, 119:18
**trucks** [2] - 119:20, 119:21
**Trucks** [2] - 119:9, 119:10
**true** [5] - 46:7, 53:24, 157:9, 165:8, 190:23
**truly** [5] - 130:20, 134:15, 135:12, 161:25, 222:18
**trust** [2] - 198:21, 226:14
**truth** [1] - 147:3
**try** [6] - 103:17, 103:20, 146:7, 157:17, 163:21, 194:21
**trying** [17] - 17:6, 17:9, 17:11, 17:25, 19:1, 19:15, 53:6, 54:10, 54:21, 108:16, 133:3, 156:18, 159:6, 159:13, 160:11, 196:3, 225:24
**TS** [4] - 43:1, 43:7, 43:12, 43:18
**TS-6** [2] - 43:10, 46:3
**tube** [1] - 187:5
**Tuesday** [3] - 24:9, 77:3, 89:24
**turn** [3] - 211:10, 222:4, 223:4
**twenty** [2] - 62:20, 64:12
**twenty-four** [1] - 64:12
**twenty-three** [1] - 62:20
**twice** [1] - 97:21
**two** [33] - 14:16, 26:24, 33:11, 40:12, 45:17, 53:4, 61:12, 61:16, 61:19, 61:23, 64:1, 82:3, 83:19, 88:24, 93:18, 93:19, 101:1, 101:2, 105:5, 107:2, 116:9, 120:17, 137:10, 150:25, 151:25, 159:16, 162:8, 165:10, 173:2, 189:24, 192:1, 192:3, 197:15
**two-and-a-half** [1] - 116:9
**two-week** [2] - 26:24, 159:16
**twofold** [1] - 43:15
**twos** [1] - 165:6
**TX** [14] - 3:19, 3:22, 3:23, 4:4, 4:5, 4:16, 30:4, 31:9, 41:9, 63:2, 63:9, 75:22, 75:23, 166:20
**TX-1** [2] - 75:17, 75:19
**TX-4** [1] - 63:12
**TX-6** [42] - 7:16, 7:19, 10:15, 16:25, 19:21, 19:25, 20:3, 20:6, 20:17, 20:22, 21:12, 30:4, 31:7, 43:13, 45:19, 45:21, 47:18, 59:20, 62:24, 63:16, 63:19, 64:7, 66:5, 67:22, 75:25, 78:1, 88:3, 93:24, 133:17, 133:18, 133:19, 133:24, 141:25, 150:8, 181:21, 181:25, 213:25, 214:8, 216:6, 221:9, 221:17, 222:10
**TX-60** [74] - 23:13, 41:1, 41:6, 41:7, 41:14, 46:20, 46:21, 47:4, 50:21, 52:5, 57:7, 59:4, 65:16, 67:17, 67:21, 67:24, 68:8, 74:15, 74:18, 76:9, 80:17, 81:7, 83:9, 83:14, 86:15, 86:18, 87:24, 89:19, 93:10, 93:12, 93:16, 93:20, 93:24, 137:19, 138:7, 138:22, 141:20, 141:23, 142:2, 145:9, 148:11, 151:10, 152:13, 153:18, 156:20, 159:10, 167:21, 170:3, 170:15, 171:2, 171:9, 177:4, 177:6, 183:17, 184:11, 184:23, 184:25, 186:1, 202:18, 202:24, 204:16, 205:5, 206:9, 206:14, 206:15, 207:15, 213:22, 213:25, 214:9, 216:6, 217:1, 224:5, 224:24, 224:25
**TX-601** [1] - 75:14
**TX-61** [15] - 20:18, 145:11, 146:9, 147:11, 147:12, 148:3, 148:16, 149:14, 176:22, 177:9, 177:15, 177:21, 178:24, 179:10, 180:4
**TX-62** [2] - 83:15, 83:25
**TX-64** [64] - 9:13, 65:9, 65:14, 65:25, 68:3, 70:6, 70:14, 83:17, 84:1, 94:10, 94:19, 94:22, 95:4, 145:12, 145:14, 146:10, 151:8, 151:12, 151:14, 152:9, 152:17, 152:20, 153:8, 153:22, 156:21, 159:11, 177:11, 185:2, 185:15, 186:2, 186:7, 186:12, 187:17, 189:2, 189:22, 189:23, 191:18, 192:11, 192:23, 193:23, 194:1, 194:8, 194:11, 194:14, 194:22, 194:25, 195:2, 195:4, 195:11, 196:5, 196:9, 196:15, 197:8, 197:25, 198:16, 204:13, 227:2, 227:9, 227:23, 228:10, 228:19, 228:21, 228:24
**TX-65** [4] - 48:14, 48:22, 50:21, 57:11
**TX-6s** [1] - 76:6
**type** [2] - 173:2, 185:16
**typical** [2] - 21:16, 138:25
**typically** [1] - 139:2
**typing** [1] - 52:2

## U

**U.S** [19] - 116:15, 128:6, 131:16, 131:24, 133:2, 133:19, 152:3, 181:19, 182:17, 184:1, 184:16, 192:7,

201:8, 205:11, 206:17, 206:22, 208:22, 209:2
**ultimately** [3] - 70:14, 146:9, 149:9
**unaware** [2] - 102:4, 205:1
**unchanged** [4] - 192:5, 192:8, 192:15, 196:12
**under** [27] - 5:10, 11:9, 13:10, 31:3, 41:1, 54:4, 59:20, 63:19, 89:22, 98:15, 108:6, 111:7, 131:7, 166:11, 166:23, 177:21, 178:17, 182:20, 212:8, 212:13, 212:25, 216:25, 217:14, 217:17, 222:7, 222:13, 225:7
**underline** [1] - 165:13
**underlines** [1] - 222:18
**underlying** [2] - 40:1, 184:6
**undermined** [2] - 39:4, 39:5
**understate** [1] - 105:18
**understood** [3] - 9:19, 73:7, 74:10
**undisputed** [1] - 158:12
**unemployment** [2] - 8:12, 151:24
**unfair** [1] - 53:10
**unfortunately** [3] - 21:6, 155:15, 195:22
**ungraded** [2] - 189:21, 196:13
**unhappy** [3] - 39:10, 39:13, 167:11
**uniform** [1] - 78:8
**union** [4] - 141:5, 209:16, 209:18, 209:19
**unions** [8] - 122:16, 207:21, 209:2, 209:5, 209:8, 209:14, 210:4, 212:22
**unique** [3] - 137:24, 137:25, 138:1
**uniquely** [1] - 151:18
**UNITED** [3] - 1:1, 1:14, 2:6
**United** [15] - 52:19, 104:20, 109:24, 115:17, 119:1, 119:15, 121:15, 128:7, 137:23, 164:18, 205:6, 207:24, 208:3, 208:4, 208:14
**units** [1] - 120:2
**University** [2] - 14:23, 116:6
**university** [1] - 116:21
**unless** [3] - 55:19, 79:25, 229:12
**unpopular** [1] - 58:8
**unread** [1] - 97:8
**unring** [1] - 108:18
**unscrewed** [2] - 197:7, 197:9
**up** [80] - 4:16, 7:11, 9:8, 9:17, 26:4, 34:2, 40:11, 40:22, 42:10, 42:15, 55:22, 62:5, 64:24, 73:13, 82:21, 82:22, 86:19, 94:21, 96:3, 100:17, 107:9, 107:11, 107:21, 108:8, 108:21, 125:4, 128:20, 130:17, 131:14, 131:15, 136:1, 137:18, 138:4, 141:22, 142:2, 146:3, 152:22, 154:23, 155:4, 157:4, 157:10, 158:3, 160:3, 160:22, 162:1, 163:1, 164:24, 167:2, 171:3, 171:19, 172:25, 174:13, 175:19, 182:13, 182:18, 185:10, 190:3, 190:22, 194:4, 194:5, 197:5, 197:6, 197:7, 197:10, 197:11, 197:14, 197:18, 197:20, 198:18, 199:1, 199:5, 199:15, 200:25, 202:8, 203:10, 209:2, 217:7, 230:11
**upcoming** [2] - 127:18, 154:12
**upfront** [4] - 171:4, 194:17, 205:15, 206:7
**upper** [1] - 48:25
**uproot** [1] - 74:1
**upscaling** [3] - 184:19, 202:1, 228:8
**upset** [4] - 88:4, 88:6, 88:8, 102:16
**Upstate** [8] - 15:6, 104:21, 105:5, 105:14, 105:17, 127:25, 149:7, 152:4
**utmost** [3] - 128:24, 134:12, 138:12

**V**

**vacancies** [2] - 15:3
**vacant** [1] - 65:10
**vacated** [1] - 65:16
**valid** [1] - 209:13
**validated** [4] - 61:19, 73:9, 73:16, 164:15
**validation** [6] - 61:16, 61:25, 62:9, 62:13, 164:12
**value** [3] - 128:3, 128:5, 178:19
**vanished** [2] - 190:22, 191:7
**various** [1] - 53:17
**vast** [6] - 135:6, 152:15, 162:2, 184:23, 185:17, 198:22
**vehicle** [2] - 124:22, 131:8
**vehicles** [9] - 125:20, 125:22, 125:24, 126:2, 128:8, 128:13, 128:20, 149:10, 155:11
**verbal** [2] - 26:15, 67:1
**verbally** [2] - 26:18, 28:5
**verdict** [9] - 97:10, 97:25, 98:15, 98:17, 98:20, 98:24, 100:22, 100:24, 101:15
**Verdict** [1] - 98:2
**versa** [1] - 140:10
**VERSUS** [1] - 1:5
**versus** [2] - 13:20, 35:4
**vet** [2] - 164:8, 164:9
**vice** [2] - 140:10, 225:13
**Vice** [32] - 33:24, 34:17, 34:25, 35:3, 38:14, 42:10, 71:3, 73:10, 76:15, 76:22, 78:15, 87:17, 122:6, 122:12, 134:19, 137:13, 137:16, 140:12, 144:7, 144:10, 144:23, 146:14, 149:20, 150:9, 164:4, 182:22, 190:15, 191:2, 213:21, 214:8, 215:11, 225:10
**Vietnam** [1] - 124:21
**view** [7] - 62:12, 133:10, 139:23, 153:8, 186:1, 190:9, 204:11
**viewed** [3] - 7:12, 10:11, 10:13
**violate** [1] - 196:23
**virtual** [3] - 12:23, 19:14, 85:2
**visits** [1] - 148:8
**vital** [3] - 122:1, 122:20, 185:9
**VOLUME** [1] - 1:15
**volume** [2] - 122:19, 201:6
**Volvo** [1] - 119:20
**VP** [19] - 9:8, 9:17, 16:24, 17:10, 42:8, 46:9, 70:24, 71:6, 75:25, 76:2, 135:9, 136:13, 136:23, 142:3, 145:24, 170:17, 182:10, 187:21, 198:21
**VPs** [4] - 169:18, 169:20, 169:25, 170:1

**W**

**w/project** [1] - 3:17
**wages** [1] - 207:20
**wait** [4] - 98:8, 211:23, 216:10, 225:21
**waited** [2] - 29:14, 29:16
**walk** [2] - 46:22, 87:6
**walked** [2] - 102:13, 104:13
**walks** [1] - 148:8
**Wall** [2] - 76:2, 76:4
**Warner** [2] - 9:12, 9:16
**waste** [1] - 111:13
**water** [2] - 84:11, 110:17
**ways** [3] - 47:8, 47:9, 211:3
**web** [2] - 105:10, 105:12
**websites** [1] - 220:23
**Wednesday** [3] - 12:16, 25:13, 36:14
**week** [8] - 7:1, 26:24, 66:24, 89:15, 100:13, 109:21, 118:13, 159:16
**weekend** [3] - 13:5, 19:15, 69:15
**weekends** [1] - 6:25
**weekly** [3] - 84:22, 84:25, 201:19
**weeks** [2] - 23:7, 33:11
**welcome** [2] - 5:17, 113:5
**well-known** [1] - 15:5
**WERKE** [2] - 1:6, 1:20
**whereby** [1] - 114:11
**White** [3] - 106:2, 107:22, 108:5
**white** [2] - 87:2, 88:2
**WHITSETT** [1] - 1:18
**whole** [12] - 27:8, 33:19, 54:10, 105:20, 132:5, 161:12, 190:8, 190:25, 194:4, 194:16, 197:13, 204:11
**willing** [4] - 73:5, 96:25, 140:17, 165:17
**willingness** [1] - 133:15
**win** [2] - 136:13, 137:3
**wink** [1] - 28:22
**winning** [2] - 117:12, 185:12
**wires** [1] - 169:6
**wiring** [2] - 169:4
**wise** [4] - 162:3, 201:9
**wish** [2] - 90:20, 165:25
**withdraw** [2] - 56:16, 219:15
**witness** [25] - 97:11, 97:12, 97:18, 103:5, 103:10, 107:21, 109:13, 109:17, 113:23, 114:1, 127:17, 175:20, 177:24, 178:2, 178:11, 180:7, 210:20, 210:22, 214:21, 215:15, 228:22, 228:24, 229:4, 229:7, 229:13
**WITNESS** [18] - 5:11, 120:6, 132:13, 132:15, 164:24, 165:25, 167:8, 176:5, 181:7, 193:14, 200:3, 202:11, 210:4, 211:25, 216:13,

218:8, 220:5, 225:20
**Witness** [2] - 189:3, 220:3
**witnessed** [1] - 134:21
**witnesses** [8] - 95:15, 103:16, 108:3, 109:1, 110:12, 111:15, 112:14, 113:9
**wizard** [1] - 77:19
**won** [1] - 137:5
**wonderful** [4] - 138:6, 151:9, 166:19, 166:24
**Woodruff** [4] - 131:3, 131:6, 132:4, 167:2
**word** [8] - 46:17, 53:2, 53:7, 54:2, 55:2, 55:3, 132:12, 132:19
**words** [6] - 81:22, 91:21, 91:25, 143:22, 195:23, 217:3
**work-life** [2] - 11:24, 88:19
**worker** [1] - 39:23
**workers** [1] - 47:15
**workload** [1] - 228:12
**works** [15] - 47:8, 47:9, 101:17, 102:11, 141:5, 205:5, 207:12, 207:24, 208:23, 208:25, 209:14, 209:24, 210:5, 224:8, 224:13
**workshop** [12] - 3:22, 20:9, 43:3, 43:6, 43:10, 43:11, 45:20, 46:2, 62:24, 65:22, 150:4, 150:12
**world** [9] - 6:13, 72:13, 74:13, 117:14, 127:23, 129:8, 140:3, 183:3, 220:18
**world-class** [1] - 6:13
**worldwide** [4] - 86:9, 86:12, 86:13, 208:21
**worry** [1] - 11:15
**write** [2] - 51:19, 93:19
**writer** [1] - 174:14
**writing** [3] - 26:9, 38:9, 38:16
**written** [4] - 26:13, 70:2, 89:16, 178:22
**wrote** [5] - 6:21, 7:3, 36:3, 37:13, 40:14
**WYFF** [4] - 105:9, 105:12, 107:21, 108:5

**X**

**X5** [1] - 127:24
**X6** [1] - 127:24
**X7** [1] - 127:24
**XM** [1] - 127:24

**Y**

**y'all** [1] - 100:8
**year** [29] - 10:3, 26:23, 31:17, 33:8, 33:17, 38:10, 38:25, 90:21, 91:3, 91:12, 92:23, 93:5, 114:24, 115:2, 120:9, 131:16, 147:15, 149:12, 154:11, 154:18, 188:22, 190:19, 198:18, 199:5, 200:25, 202:8, 226:23
**Year's** [2] - 155:6, 155:8
**year-end** [1] - 26:23
**yearly** [1] - 122:19
**years** [60] - 58:15, 72:4, 75:3, 75:8, 75:15, 75:18, 75:20, 76:1, 76:3, 76:7, 76:9, 94:3, 94:5, 115:4, 115:16, 116:9, 116:22, 116:24, 117:1, 117:7, 119:8, 119:25, 120:20, 120:22, 121:18, 122:21, 122:23, 123:3, 123:18, 123:19, 123:20, 123:21, 125:16, 125:17, 125:18, 128:4, 128:7, 135:1, 135:4, 135:10, 135:19, 138:22, 139:3, 151:10, 172:4, 172:7, 184:9, 184:23, 185:4, 185:5, 201:4, 201:13, 202:25, 210:13, 216:22, 217:7, 218:17, 222:4, 228:13
**yellow** [1] - 86:24
**yesterday** [21] - 5:23, 6:5, 9:16, 9:21, 16:17, 17:5, 17:10, 23:16, 29:10, 34:12, 38:23, 47:21, 53:3, 53:8, 53:11, 58:3, 58:4, 58:22, 65:9, 66:14, 79:23
**yourself** [1] - 114:21

**Z**

**zero** [2] - 208:14, 208:16

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| KELLY DAWSEY,<br>PLAINTIFF,<br><br>VERSUS<br><br>BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, COLLECTIVELY D/B/A BMW GROUP DOING BUSINESS AS BMW GROUP,<br><br>BMW MANUFACTURING CO LLC, COLLECTIVELY D/B/A BMW GROUP DOING BUSINESS AS BMW GROUP<br><br>DEFENDANTS. | CA. NO. 7:22-CV-3738<br>GREENVILLE, SC<br>FEBRUARY 20, 2026 |

BEFORE THE HONORABLE TIMOTHY M. CAIN
UNITED STATES CHIEF DISTRICT COURT JUDGE
JURY TRIAL
VOLUME IV

APPEARANCES:

FOR THE PLAINTIFF: BRIAN P. MURPHY, ESQ.
STEPHENSON AND MURPHY
207 WHITSETT STREET
GREENVILLE, SC 29601

FOR THE DEFENDANT: BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT: KURT ROZELSKY, ESQ.
SPENCER FANE LLP
P O BOX 294
GREENVILLE, SC 29602

APPEARANCES CONTINUED

BMW MANUFACTURING CO LLC: DONALD RANDLE MOODY, II, ESQ.
ELLISON MCCOY, ESQ.
JACKSON LEWIS
15 SOUTH MAIN STREET
SUITE 700
GREENVILLE, SC 29601

COURT REPORTER: DEBRA R. BULL, RPR, CRR
UNITED STATES COURT REPORTER
315 SOUTH MCDUFFIE STREET
ANDERSON, SC 29624

STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
*** *** *** *** ***

INDEX

CHRISTINE PETRASCH
Direct exam by Mr. McCoy 5
Cross exam by Mr. Rozelsky 91
Cross exam by Mr. Murphy 115
Redirect exam by Mr. McCoy 192
Recross exam by Mr. Rozelsky 197

EXHIBITS

PLAINTIFF

26 Petrasch email to Belinszki review TX-6 org dated 3/192021 171
37 Petrasch email to Koepnik PE-TAG PE-KREIS Dated 9/23/2021 124
39 Petrasch email to Hacker 1/4/2022 145
41 Petrasch email to Burghardt cc Koepnick Re Dawsey resignation dated 1/5/2022 140
42 Petrasch email to Koepnik re Review TX-6 Org dated 4/20/2021 174
43 Petrasch email to Koepnik 6/10/2021 177
48 Personnel Development Succession Planning June 19, 2020 120

DEFENSE

EXHIBITS

20 Email from Christine Petrasch to Claudia Koepnick with org chart dated 10/1/2021 61

10 Email from Petrasch to Koepnick re succession Planning for Kelly Dawsey and Corey Epps Dated 7/19/2021 24

(Whereupon, the hearing commenced at 9:43 a.m.)

(Whereupon, the following was heard outside the presence of the trial jury.)

THE COURT: Let's bring in the jury, please.

(Whereupon, the following was heard in the presence of the trial jury.)

THE COURT: Good morning, members of the jury, and welcome back. I hope you had a good evening and we are now at the point in the trial where we will begin hearing from witnesses on behalf of the Defendants.

Mr. McCoy.

MR. MCCOY: Thank you, Your Honor. Defendant MC calls Christine Petrasch.

THE COURT: Ma'am, would you please come forward to the front and be sworn?

THE CLERK: Raise your right hand.

CHRISTINE PETRASCH, having been first duly sworn, testified as follows:

THE CLERK: Clerk have a seat in the witness box.

THE COURT: Come around right here. All right.

DIRECT EXAM

BY MR. MCCOY:

Q. Good morning.

A. Good morning.

Q. Would you please tell the jury your name?

A. My name is Christine Petrasch.
Q. Ms. Petrasch, where are you currently employed?
A. So, I am currently employed at BMW AG Plant Dingolfing, this is Southern Bavaria, we call it.
Q. Madame Court reporter, that is number 42.
What is your position at Plant Dingolfing?
A. My position is currently VP of Human Resources for the plant.
Q. And how long have you been in that position?
A. I started my position in April of 2022.
Q. How many employees do you have at Plant Dingolfing?
A. At Plant Dingolfing, we have roughly, I would say, 17,000, 18,000 employees.
Q. Prior to becoming the Vice President of Human Resources at Plant Dingolfing, where were you employed?
A. I was employed at BMW MC.
Q. Is that BMW manufacturing?
A. This means BMW manufacture.
Q. What was your role at BMW Manufacturing?
A. My role at BMW Manufacturing was also VP of Human Resources.
Q. When did you start in the VP of Human Resources at BMW manufacturing?
A. I started January 2018.

Q. When you took over in January 2018, who had been in the role before you?
A. It was -- his name was Johannes Trauth.
Q. When you were working at BMW Manufacturing, who paid you?
A. It was BMW Manufacturing.
Q. Did you receive any compensation from BMW AG when you worked there?
A. No.
Q. When you accepted the job at BMW Manufacturing -- let me ask you this.
When you came to BMW Manufacturing in January of 2018, where had you been before that?
A. It was before at BMW AG in Munich and I had the position HR Services, I would call it like HR Services, you have all of the services and IT together. IT for HR.
Q. So, when you came to the -- came to BMW Manufacturing, how long did you plan originally to stay at BMW Manufacturing?
A. So, I had a two-year contract, so my plan was to stay for two years at BMW MC manufacturing.
Q. How long did you actually end up staying in the VP of HR role at BMW Manufacturing?
A. I had to stay a little bit longer, it was at the

end of four years and three months.

Q. So, describe, if you will, for the jury, why your assignment or tenure at MC got extended.

A. So, the first extension it was with Knudt Flor. Knudt Flor was the former CEO and Vice President of BMW MC. And he asked me in 2020 to extend for two more years because we just started changes, we are in the transition to produce electric cars, maybe you know this, and we had a lot of changes, we call it transformation. We had to change the -- all of our processes and we were in the middle, and this is where Knudt Flor told me if I could stay two more years to make things more sustainable and more bust. And then --

Q. Let me stop you there. Madame Court Reporter, that is number 8, Knudt Flor. I am sorry for interrupting you.

A. And the second extension then was in 2022 where Robert Englehorn asked me to stay longer for three more months. He said he would need some time to get new TX in place, this is where he said maybe if I could stay maybe three more months and I agreed.

Q. Okay. So, when did you leave your position as VP of HR at BMW Manufacturing?

A. I left at the end of March 2022.

Q. If you could, Ms. Petrasch, could you just

briefly, for the jury, describe the responsibilities of the VP of HR position, which we have also during this trial called the TX-6 position?

A. The responsibility of TX-6 is to manage all strategic and operational tasks for HR as HR-related fields within four and BMW MC.

Q. And when you were at BMW MC, approximately how many employees were there at the plant?

A. At that time I think we had roughly about 10,000 people.

Q. When you left the human resources department at BMW MC in March of 2022, how many employees did you have in that department?

A. Sorry, sir, again?

Q. When you left BMW MC in March of 2022, how many employees did you have in your department?

A. In my TX-6 department, you mean, yes, we were roughly about 100 employees, so I had 100 employees in my TX-6 department.

Q. And when you left in March of 2022, do you remember how many international employees you had in your department?

A. So, when I left it was only one international, yeah, it was one international.

Q. Who was that one?

A. It was Eva Burgmeier.
Q. Who does the TX-6 position at BMW Manufacturing report to?
A. TX-6 is a direct report to the CEO and President to the TX, we call it TX.
Q. And at the time that you left BMW Manufacturing, who was the CEO?
A. It was Robert Englehorn.
Q. Do you recall when Dr. Englehorn became the CEO of BMW Manufacturing?
A. Yes, he started his assignment on September of 2021.
Q. And prior to Dr. Englehorn coming on board, who was the CEO?
A. It was Knudt Flor.
Q. Number 8 madame reporter.
As the TX-6, were you supervised by anybody at BMW AG?
A. No, no direct supervision.
Q. But could you please describe for the jury, from an HR perspective, the relationship between BMW Manufacturing and BMW AG?
A. Yeah. BMW MC makes its own decision. BMW MC reports to BMW AG for information, information sharing, best practice, and this is mainly the relationship.

Q. I mean, in your position as TX-6, did you have regular communications with people at BMW AG?
A. Yeah. Yes. Yes, I had communications with BMW AG because we are working in a global production area. We have over 30 sites all over the world and this is where we have -- we call it framework. So, this is a BMW Group framework to ensure that at least we can handle all of the 30 sites we have and this is where you have contact to Germany, also, as a TX-6.
Q. Now, Ms. Petrasch, what qualifications are there to become the TX-6 of BMW Manufacturing?
A. So, the qualifications are that you have a broad experience within HR within the company. You also need to have validation for that level and these are the requirements to become, to come on at vice president level.
Q. And you mentioned the word "validation."
A. Uh-huh (affirmative response).
Q. What, first of all, what level is the vice president or the TX-6?
A. So, TX-6 is on a vice president level.
Q. And what level in terms of number is that?
A. This is -- so, we have numbers on every management level, and it would be a function level two.
Q. And so can you please just briefly explain to the

jury the validation process to become a function level two at BMW Manufacturing?
A. Yes. To become a candidate for a function level two, you first need to do -- get a nomination. And the second step is that you need to do a validation. And then you will get the result if you look to be a potential candidate or not.
Q. Who handles that validation process?
A. The validation process is a process where you have structured interviews with higher level managers and HR. And it is in the field HR then to make -- to bring everything together to make a conclusion, and then you will get the result out of this validation process.
Q. Ms. Petrasch, when were you validated for a function level two position?
A. My validation was in 2016.
Q. Ms. Petrasch, when you left BMW Manufacturing, who became the TX-6?
A. It was Sherry McCraw.
Q. Ms. Petrasch, when you worked at BMW MC, did you work with Ms. Kelly Dawsey, who is the Plaintiff in this case?
A. Yes, I worked with Kelly.
Q. Did you have a good relationship with Kelly?
A. Yes, I would say we had a good relationship.

Q. Did Ms. Dawsey ever tell you that she wanted to become a TX-6?

A. Yes. Kelly told me in 2018 where we have a yearly process, we call it allotment talk, where you talk with all of your direct people about their next steps, and this is when Kelly told me that her career goal would be to become vice president of HR.

Q. Okay. And following that discussion, did you do anything to try to assist her in that process?

A. We discussed the requirements, what you would need to do to get on this track. And what I did is I encouraged Kelly to build up a network, to get broad experience because we, at BMW, still believe so -- the group believes that a broad experience on that department manager level is crucial for us to stay in our position and our leading position for the manufacturing of premium cars.

And I also tried to support her with projects or platforms where she could use or show up, that she would -- that you could see that she wanted to become -- wanted to get at that level.

Q. And did you have any discussions about Kelly Dawsey as a vice president with any higher level managers in BMW MC?

A. Sorry, I couldn't get it.

Q. Did you have any discussions with any members of management at BMW MC about Kelly wanting to be vice president?
A. Yeah. This is what I just explained, this is step one. I talked about the nomination, and the nomination is also a process within BMW, we have regular -- this is a yearly performance review, we call it portfolio. And part of this portfolio is that if you, as a vice president, so I have it with -- so this portfolio round would be with the CEO and President and all other vice presidents at BMW MC, and this is where you can bring up a name of your department managers which you want to discuss maybe as a potential candidate for a nomination.
Q. And did you bring up Ms. Dawsey's name to senior management?
A. Yes, I brought up Kelly's name. I introduced Kelly's idea to become a vice president and we discussed also Kelly in this round.
Q. And what was the result of the senior management discussion about Ms. Dawsey? What was the result of that?
A. The result was that Kelly's performance was good in operational things, so operational running, operational tasks, but nobody saw at that time her

potential for the more strategic topics we had to steer.
Q. And did, after that discussion, did you discuss the results with Ms. Dawsey?
A. Yes. You always discussed the results with your people because this is where you then need to adjust, need to try again, work through what you can do to at least communicate or support your direct report. So, Kelly.
Q. And did you, you personally, take steps to try to help Ms. Dawsey develop in those areas where she was viewed by senior management as needing additional experience?
A. Yes. We also discussed if the next step for her would be to broaden her experience, this is why we discussed other positions maybe, you know, would be helpful for her development, so we had a conversation on that.
Q. I didn't ask you this, but the senior management meeting you discussed during the validation process, do you remember what year that happened?
A. I think it was in 2018.
Q. And after that discussion, did you have any additional discussions with Ms. Dawsey about her becoming TX-6?
A. So, this is a yearly process, so we followed up,

but it was clear, so we discussed what we would need to do, so there was not a further need to discuss it further at that time because it was clear, broad experience would be very important for her and this was the next step.

Q. At any point in time during your tenure at BMW Manufacturing, did Ms. Dawsey ever change positions?

A. No, not during my time.

Q. At any point in time during your tenure at BMW Manufacturing, was Ms. Dawsey validated for a level two position?

A. No. She was not nominated and not validated.

Q. All right.

A. For that level.

Q. At BMW Manufacturing, you have a succession planning process?

A. Uh-huh (affirmative response), yes, we have.

Q. Explain that process to the jury, please.

A. So, succession planning is also a regular process where we talk and it goes, you know, through all levels, you know, through the whole work force, but let me briefly, you know, introduce how we did it on a vice president level.

So, it is the same, we are coming together with the CEO and President and all of the vice

presidents in a meeting. TX-61 is supporting this meeting, this is our HR management for that level, and we are talking about all the positions on function level three, this is level department managers. So, who could be next in that position. So, this is what we call succession list. So we have for each position a list where we have candidates maybe could takeover this position.

And the second part is that we talk through all of our department managers, current department managers, and this is where we have the discussion what next steps they could do. So, what would be their development, and this is also what we write down or discuss.

Q. And how often did you do succession planning?

A. This is also a yearly process we have.

Q. Who was in charge of succession planning?

A. Succession planning is part of the TX-61 team, it is HR management.

MR. MCCOY: I believe Defendant's exhibit 4 is already entered.

THE COURT: It is.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, do you recognize the document that

is on the screen in front of you?
A. Yes, I recognize this.
Q. Tell me what this document is.
A. The name what you can see is "succession planning for TX," so this was BMW MC. And then you can see the responsibility, it is TX-61, and the date June 2021.
Q. So, in June of 2021, were you the Vice President of Human Resources at BMW Manufacturing?
A. I was.
Q. All right. Ms. Fowler, if you would go to the second page.
Ms. Petrasch, would you please tell the jury what the second page of the succession planning document is?
A. So, the second chart shows you the potential candidates for function level two. These are department managers made the validation and were validated candidates for function level two.
Q. And there is an individual on the right half of the page, function level two watch list, tell me what that is.
A. So Chad Johnson was already validated; Kavit was on the watch list, and was confirmed in June 2021.
Q. And was Kavit, was he a domestic or an international employee?

A. Kavit was a domestic.
Q. Ms. Fowler, go to the TX page, which I think is page 9?
Ms. Petrasch, is that you up in the upper right corner of this document?
A. Correct, it is.
Q. Is this, at the time, your team within TX-6?
A. My team within TX-6, yes.
Q. The first thing I notice on this page is there are two individuals who are outlined in red, tell me what that means.
A. Yeah, the red outline means that the two candidates, so Kelly and also Michelle, were more than five years in their functions.
Q. And why do you mark them in red?
A. We mark them into red, this is what I just said before, so for us, BMW Group, it is important that you get a broad experience. So, average for us, you stay as a manager for five years in a function and then you would need to move to get in to another function, to get the experience, and to -- with fresh eyes, and that somebody can takeover the position.
Q. Now, below -- well, let me just first of all, real quickly, if you don't mind, the managers in your department, there were five of them; is that accurate?

A. Yes.
Q. And that is Kelly Dawsey was TX-60?
A. Kelly Dawsey was TX-60, right.
Q. Corey Epps was 61?
A. Corey Epps was 61.
Q. Michelle Keith was 62?
A. Michelle Keith was 62.
Q. Paul -- is it Sinanian?
A. Sinanian, Paul Sinanian was 65.
Q. And Scott Medley was TX-64?
A. Scott Medley 64.
Q. Every one of those individuals is a domestic employee?
A. They are all domestic employees, yeah.
Q. And so if we look below Ms. Dawsey, for example, you see two names there, Kathy Keiser and Michelle Keith, what does that indicate?
A. So, this is where you see we had potential successors, you can see it on the left side. And Kathy Keiser and also Michelle Keith, we saw them as possible successors for the TX-60 role.
Q. Okay. Now, if there is a vacancy, for example, in TX-60, is there a requirement that you use one of those two names to fill that vacancy?
A. No. The succession, the potential succession

list is a list of ideas so that you can write down all of the names you have in mind and can discuss if these are correct candidates which you could use potentially for a backfill, but it is not a must and it is not a complete list. So, it is a work-in-progress document where you write down at that time the candidates you had in mind.

Q. So, let's talk about Michelle Keith for just a minute. Michelle Keith is outlined in red. Did you have a plan to move Michelle Keith out of the TX-62 position?

A. Yeah, we had already a plan in place. There was an app coming, HR IT project, huge project because we had to change our whole IT system and Michelle told me that she would like to do this project and she was a perfect fit for the project. So, this was clear already at that time. And we kept her in the position until the project started.

Q. And I didn't ask you this, but the names that are on the potential successor's part of the chart, who puts those names in?

A. So, first, you would start, as line manager, you would put names in or discuss names, but the whole round can place candidates. So, you would get candidates from other areas. So, the whole succession

planning group can place names on the list at least for discussion.
Q. Okay. So, and, again, Ms. Petrasch, you prepared this document in June of 2021?
A. Uh-huh (affirmative response), yes.
Q. At that time, did you have a plan to move Ms. Dawsey out of TX-60?
A. So, you can see on the top that we had also for Kelly Dawsey potential next step. So, if you see the PZ area, this was HR area, that is in the American region, and technical planning, this is typical with the planning and steering background. It would also be an excellent step to go into a technology like assembly, or logistics, or purchasing and to do planning and steering with a different content. So, this is where we had steps for Kelly and we discussed -- we discussed for Kelly and also later on with Kelly all these steps as potential next steps.
Q. At that point in time, did you move Ms. Dawsey out of her position?
A. No, I didn't because you always need an open position, a vacant position to move somebody and, we didn't have one of these positions vacant so this is why we couldn't move Kelly.
Q. Okay. I think you just mentioned that you

discussed this with Ms. Dawsey?
A. Yes, we discussed this also with -- you discuss it with everybody. So, with all of your direct reports, this is always the same, you have, after the succession planning and discussion, so that everybody knows what we discussed, and this is where I discussed it with Kelly, too.
Q. Just so the record is clear, when you have the discussion with Ms. Dawsey, is the entire team there or is that a one-on-one?
A. No, this is a one-on-one.
Q. Do you recall when you spoke with Ms. Dawsey about the June 2021 succession plan?
A. I cannot recall the exact date, but normally it is within one or two weeks after we had the succession planning so that you have it in mind, what is the next one-on-one meeting.
Q. And in that meeting, do you recall specifically telling Ms. Dawsey or encouraging Ms. Dawsey to look for a position outside of the Human Resources department?
A. So, to -- so, if you want to achieve the goal, to want to become a Vice President, you need a broad experience. So, it could be within HR, it could also be without HR. It was the broad experience, interdisciplinary experience was important. It is

important to us so that you get the holistic feel on management. And this is why we discussed positions also extra outside of HR, this is correct.

Q. Had you given her that advice prior to June of 2021?

A. As I discussed -- as I said before, so during our meetings where we have the development talks, I encouraged her to build up a network, to get in touch with vice presidents from all over the BMW MC or also international to build up this network to be considered as a candidate for a next step.

MR. MCCOY: Exhibit 10, please. Your Honor, this is Defendant's exhibit 10, I do not believe this one has been entered yet and so I entered it without objection.

THE COURT: Admitted.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, do you recognize the document that is in front of you on the screen?

A. Yes, I can recognize this.

Q. It appears to be an email from you to someone named Claudia -- and tell us how to say the last name.

A. Koepnick.

Q. Who is Ms. Koepnick?

A. Claudia Koepnick was working within BMW AG and she

was the responsible manager for HR -- for the whole HR network, HR people, so national and international people.

Q. And it appears that you sent this email on July 19th, 2021; is that correct?

A. That's correct.

Q. Why did you email Ms. Koepnick on this day?

A. I sent this information to Claudia Koepnick because, as I said before, we had in the succession planning you have also planning for -- not only for BMW MC functions, we also had functions on the list which was the -- you can see, the PZET function if you go down here Kelly. The PZET function was within the HR department, and so I had to talk to Claudia about that because it was her responsibility to talk about all of these HR people.

Q. And on the -- Ms. Petrasch, because the email is in German, I am going to ask you, you are referring to, I believe, there is a second bullet point under where the document references Ms. Dawsey, can you tell us what that second bullet point says?

A. The second bullet point says that -- so, the German language is -- (speaks in German).

THE COURT REPORTER: I'm sorry. Is she speaking in German?

MR. MCCOY: Yes, she is.
THE WITNESS: Excuse me, sorry. I only wanted to read it in German. I will try to translate, do my best. I said she would be suitable for a PZET function if we could do this from Spartanburg.

DIRECT EXAM CONTINUED

BY MR. MCCOY:
Q. The PZ function or PZET function what is that?
A. The PZ function is a function, it belongs to HR. The TX-6 function is a function that belongs to production, it is HR, but it belongs to production. But coming back to the PZET function, PZET function, it is a function where you work on strategic content, strategic framework for the American regions.
Q. All right. So, again, going back to the email that you sent to Ms. Koepnick July 19th, why were you sending her this information about Ms. Dawsey and Mr. Epps?
A. So, I send her this information because you saw -- what you can see is we had a lot of positions for Kelly or for Corey mentioned, positions they could do next. And if they would leave, they would go in one of these positions, I would need to backfill again Department Manager level, and this is where I had an exchange with Claudia Koepnick.

Q. Okay. Ms. Petrasch, let's talk about when you came to BMW Manufacturing, I believe you said in early 2018?
A. Yes.
Q. What was the structure of the TX-6 department when you arrived?
A. So, our TX-6 department was, we had TX-60 function. The TX-60 function was planning and steering and comp and ben. We had a TX-61 function. The TX-61 function was associate relations and performance management. We had a TX-62 function. TX-62 function was HR, payroll, IT systems, services. And we had a TX-65 function, and the TX-65 function was vocational training.
Q. Okay. You did not mention this, who had recruiting then at that time?
A. Recruiting was part of the TX-61 function.
Q. So, TX-61 had associate relations, performance management, and recruiting?
A. And recruiting, yes, that's correct.
Q. Now, I know you haven't been in the courtroom, but we have talked a lot about the TX-64 function, you didn't mention that, was there a TX-64 when you arrived in 2018?
A. No, there was no TX-64 function at that time.

Q. When did TX-64 get created?
A. It got created 2018, 2019, so at my beginning. We got a task of -- we had HR feeds, it was occupational food, health, and safety, which came back from BMW North America to the plant.
Q. And you mentioned earlier the PZ, PZET function, was that part of the PZET function?
A. This was part of the PZET function I would say.
Q. So, you said that was coming to the plant?
A. Uh-huh (affirmative response), yes.
Q. So, with those functions coming back to the plant, what changes did you make?
A. So, with all of this, this were crucial topics for us because it was all related to our associates. The proposal I made was to build up a new department and the new department, I used the TX-64 as department code, and we brought all three areas into the new 64 function.
Q. And did you have, I mean, in the structure in terms of the HR for plants in the BMW network, was there a TX-64 function?
A. So, we had a so-called blueprint or master plan. This was a reference how normally plant HR function should look like. This is like an orientation which you have in the BMW Group framework. And in the master structure, we had TX-64 function for services like that.

Q. And when you brought the functions in from BMW North America and created TX-64, was your TX-64 the same as the ones at the other plants?
A. No, it was not the same as the other plants. It was a unique function we built within BMW MC because we had the three fields I just said, so, occupational, health, food and safety. And on top we put also recruiting from TX-61, we had it in 61 before, we put it in 64 because we wanted to balance the management structure, the team size, and this is where we thought it would be a good link to recruiting because then you have recruiting and all the benefits for our associates in one function, so we saw here a lot of synergies.
Q. Ms. Petrasch, when TX-64 was created, who did you select to fill that position?
A. TX-64, my proposal, and at the end was my decision, was to put Scott Medley. He was before TX-61, HR management, into the TX-64 function.
Q. And once Mr. Medley went into the TX-64 department manager role, who became the manager of TX-61?
A. Sixty-one (61) I decided to give it to Corey Epps.
Q. At the time that that happened, where was Mr. Epps in the organization?
A. Mr. Epps was -- we had substructure, so teams under TX-61, and Corey Epps was in this structure in the

position associated relations. So, handle all of the topics we had on the shop floor with our people.
Q. So, he was already in the TX-61 role?
A. He was in the TX-61, yes.
Q. What was Mr. Epps's background at BMW?
A. Mr. Epps background was very good for us because he had broad experience within the technologies, so he was in logistic, worked in the logistics area, he worked in assembly. He served as a section leader for a while, so he knew the shop floor very, very good.
And then he came over to HR. He left again so he got a broad experience within HR and within the technologies. And this is why he was -- it was a very good step for him to takeover the TX-61 function.
MR. MCCOY: Your Honor, I believe Defendant's exhibit 16 is already entered.
THE COURT: Thank you.
DIRECT EXAM CONTINUED
BY MR. MCCOY:
Q. Ms. Petrasch, do you recognize the document that is there on the screen? It is Defendant's exhibit 16?
A. Yes.
Q. Did you create this document?
A. So here you see substructure HR Plant Spartanburg TX-6. You see on the bottom FO-1, FO-1 was a function

responsible for organizational development and it was a cooperation between FO-1 and me.
Q. Explain underneath where it says substructure at the top line, it says, confirmation FO circle November 4th, 2019, what does that mean?
A. Confirmation FO circle November 4th, 2019 means that we just discussed -- we got back the food, occupational, health and safety area where I created a TX-64 function within the TX-6 area. This is where we got the confirmation and support from FO to do so. And if you do an organizational development, if you change an organization, it is crucial for us that we do a review after a while. So this is why you can see in this box in yellow, is it yellow? Yellow. The box you can see review FO-1 and TX-6 quarter one 2021. And this is where, after the organizational changes to bring TX-64 in, we wanted to do a review, we planned to have a review in Q1 2021 to check if the organization is working and running.
Q. If you will flip the page please. Blow it up as much as possible so we can see it.
Ms. Petrasch, explain to the jury what we are looking at right now on the screen.
A. So, you see on top the organization, which we decided 2019, this is where you can see also a TX-64

function.
Q. And there are arrows moving -- what do the arrows indicate?
A. That, you know, what we did -- all of the arrows meant that we tried to balance the organization. And what you could see on, you know, on the bottom, is where we moved HR feeds. So, what you could see on bottom that you see recruiting in blue, so this is where we moved recruiting and you can see it, if you go on the top, it was under TX-61, this was the blue box, we moved it to TX-64. Or we moved the global assignment, this was the red box, it was also before in TX-61, we moved it to the TX-60 function and we brought it into the TX-600 function, this is what you can see here.
Q. Okay. And down at the bottom there is a red box and the first line says "no increase in grading, no increase of management capacities," what does that mean?
A. We said also this new structure we would have no increase in grading, the function grading, and we would have no increase on our management capacities of what we had before.
Q. And function grading, whose responsibility is that?
A. Function grading is the responsibility of TX-60.

Q. That would have been Ms. Dawsey during this time period?
A. Say it again.
Q. Is that Ms. Dawsey during this time period?
A. Yes, Ms. Dawsey.
Q. The second line in that red box says, review in Q1 2021 allocation of recruiting to TX-65, talent programs, training, according to HR master plants, what does that mean?
A. So, we discussed, so I talked about the blueprint or master plans or master or HR master. So, this is where I said we have a reference how normally HR, the organization, would look like in a plant. So, and this is where, in our review in Q1 2021, we discussed if recruiting would stay in 64 or we would move it in 65. The master plan said it would be 65 and this was what we wanted to review and we wanted to clarify.
Q. So, to make sure I understand, under what you call the master plan --
A. Uh-huh (affirmative response).
Q. -- which was the global plan for the structure of an HR department in a manufacturing plant; is that correct?
A. That's correct.

Q. Under that plan, recruiting is in 65?
A. It was, it is in 65.
Q. At this time, when you restructured in 2019, recruiting was in 64?
A. Yes.
Q. Did you ever, while at BMW MC, move recruiting to 65?
A. No.
Q. Was recruiting still in 64 when you left BMW?
A. Recruiting was still in 64 when I left.
Q. So, you talk about a review in Q1 of 2021. Did you conduct a review of the organization in 2021?
A. No. Unfortunately, we couldn't work on that topic because maybe you all still remember, we had all of the COVID situation, so it was quite difficult for us to handle business. We had to focus on what we had to do on our production area. So, a lot was going on within the world, and this is why we did not do this review in Q1 2021, we postponed it, and during my time we didn't do it.
Q. So you -- did you start the review?
A. We did not even start the review.
Q. So, with regard to the responsibilities of the departments in TX-6, did any of those responsibilities change from the time you made this chart in November of

2019 until you left in March of 2022?
A. Yes. In 2021, with COVID, we did also, we made a decision, so I made a proposal and I brought it to our senior management, this is the group, the CEO President and the Vice President. I made a proposal about a project because we saw that all what we knew about work force was different after COVID. So, we had a new generation coming, we did not even know how to handle that. We had a huge expansion planned for our production here. We were starting to build up our battery production, we had a press shop coming, we had an extension of our body shop. So, we had a lot of challenges going on and this is where we said -- and we, on the other hand, I'm sorry, this is what I forgot, on the other hand side we had really difficulties to hire people. This is why recruiting was very, very crucial for us. We had, at that time, 10,000 people, and we wanted to get ten percent more head count into the BMW MC Group -- to BMW MC, and this is where it was a huge topic for us. And we said we need to be ready, we need to find new ways to get work force on board.

And this is why it was very crucial for us to focus on the topic, work force, because it was important to keep our leading positions in the car manufacturing. And for us this is -- we decided then, I made a

proposal to start the project together with the legal department with our communication, so these technologies to work on future needs of our work force, how would we need to adopt. And this was the change we brought in. So, we started -- we wanted to start a project.
Q. I want to go back and ask you real quick because we talked about the functions coming to 64 in 2019, those functions were with the PZ department previously?
A. Yes.
Q. Do you know who was responsible for those functions in the PZ department?
A. It was -- her name was Amy Vogt, she was head of these functions.
Q. How did you know Ms. Vogt?
A. Ms. Vogt because she did this for the American regions, she was -- she stayed over in Spartanburg, so she was part of the Spartanburg group. She had an office there and this is where we talked about all of these things because it was important for us to get, of course, a good service.
Q. How do you spell -- do you know how to spell Vogt, is it V-o-g-t?
A. V-o-g-t, yes.
Q. Ms. Petrasch, do you know what the function level was for the job that Ms. Vogt held in PZ?

A. It was a function level three.
Q. Thank you. If we go to the next page.
Ms. Petrasch, I am still in Defendant's exhibit 16, this is the third page. Now, you mentioned just a minute ago about the special project. Does this slide reflect that project?
A. Yes. You can see it in the red, marked in red. You can read on top, "Project HR Legal Governmental Affairs, it is called "Medley as Direct Report and Project Lead."
Q. Okay. And when were you -- when was that project supposed to start?
A. So, the plan was to get it up and running end of 2021 beginning of 2022.
Q. And looking down at the bottom left of this slide, it indicates April 2021, is that when you created the plan for the project?
A. I think this was April 2021, yes.
Q. One addition, Amy Volt we mentioned a minute ago, was she a domestic or international?
A. She was a domestic.
Q. All right. Looking at this slide that is on the screen in front of you, down at the bottom there is some information in blue and also some notes below that, who put that information in the slides?

A. These are my information, this was notes for me.
Q. Under TX-61 in the blue box there is a reference there to TX-61 Corey Epps, and what does it say in red below Corey Epps?
A. Say it again.
Q. What does it say in red below Corey Epps?
A. In red, yeah. It is "PG 11 planned for October 2021."
Q. Tell me what that means.
A. So, we have a grading for all of our functions, but we have also a PG, personal grade, for all of our managers. And Corey Epps was PG 10 level and we planned for him to step up to a PG 11. We discussed this within our portfolio round in April, this is normal process, regular process with, again, the senior management means CEO President and all of the vice presidents, and we got the approval part from this group to say we should consider him for the next step in October 2021.
Q. So, this slide is prepared in April of 2021, correct?
A. Yeah.
Q. Why didn't Corey Epps just go ahead and get allotted to PG 11 in April 2021 if senior management had briefed it?

A. Because we have two dates where we would use, would upgrade people. So, it was April and October and Corey had in October it was the time he was on PG 10, it was exactly where we wanted to have him, so it was a year, more an a year, so this is why we shoot for October 2021.

Q. Now, below that blue box regarding Mr. Epps, there is a reference there it says:

"Corey Epps first and only minority candidate within HR first-line, good market value, more offers on FE 3. Very important to keep him in that HR position/single."

What does that mean?

A. So, Corey Epps was an African American, and so a lot of my work colleagues wanted to steal him from HR. Because of a good performance, they wanted to keep him, they wanted to have him in positions they offered him. And for me it was important as we were in HR to reflect our work force. So, the diversity of our work force, this was important to me, and this is why I wrote down for me, I need to keep him because I want to show that, you know, also, in HR, as a role model, we reflect what we have in our work force, and this is why I desperately wanted to keep Corey in that function.

Q. You mentioned at that time there were other vice presidents trying to take Corey from you, do you recall who else was trying to take Corey?
A. Yes, it was -- it was huge, we had logistics, they wanted to have him in to run the whole logistics area. We had the rework within our assembly area, so it was the function TX 45. And he also had to -- somebody wanted to have him for Greer, we had in Greer a huge logistics area, and this was also a function he should takeover, and everybody was already asking to get him.
Q. Ms. Petrasch, at any time -- at any point in time when you were at BMW Manufacturing, did you give any favorable treatment to Corey Epps because he was an African American?
A. No.
MR. MCCOY: Your Honor, if we could have a sidebar for a second.
THE COURT: Yes.
Do you want this on the record?
(Whereupon, a bench conference was held off the record in the presence of the trial jury.)
THE COURT: Members of the jury, we are at a point where it might be a good idea to take a break before we go into the next area of examination, so we

will take a short break, have time to use the restroom if you need to.

Remember my previous admonition, don't talk about the case, form any final opinions about the case during recess. Everyone remain where you are while the jury is excused.

(Whereupon, the following was heard outside the presence of the trial jury.)

THE COURT: Ma'am, you may take a break, as well, but you may not discuss your testimony with anyone during the break.

(Whereupon, a recess was held.)

THE COURT: Already. Let's see if they are ready to come back in.

(Whereupon, the following was heard in the presence of the trial jury.)

THE COURT: All right. The jury has returned, you may proceed.

MR. MCCOY: Thank you, Your Honor.

MR. MCCOY: Ms. Fowler, put up Defendant's exhibit 4.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. I want to go back real quick Ms. Petrasch, go to page two. We were talking about the June 2021

succession plan, his name was Kavit Antani, you said he was a domestic employee?
A. Yes.
Q. At that time, what department was Mr. Kavit Antani working in?
A. He was within assembly TX-44.
Q. And assembly department is TX-4?
A. TX-4, yes.
Q. Who was the vice president of that department then?
A. Sherry McCraw.
Q. And according to this document, what does it say about Mr. Antani's name?
A. It said potential expat assignment.
Q. Explain what that means.
A. So, this is-- if you want to go on an international position, this is where you go on an expat -- we call it expat assignment. So you would go to Germany, for example, or to another country, it would always be an expat assignment.
Q. Do you know if Mr. Antani ever went on an expat assignment while you were there?
A. Yes, he did. He went to Germany and I think it was, if I recall correctly, it was also the assembly area within Plant Munich he took over a position of

manager in Germany at Plant Munich.

Q. Thank you. Ms. Petrasch, as the Vice President of Human Resources, when you were the Vice President of Human Resources at BMW Manufacturing, did you have access to the policies that were in place at BMW MC?

A. We have an associate handbook and the associate handbook is what we normally use for policy.

Q. For the policies that are located in that associate handbook, how do you get those policies approved?

A. If we talk about policies, it gets -- it would go first to the legal department and to check, you know, if everything is correct. And then we would introduce it to senior management. This is, again, our President and Vice President, the group of Vice President to get their approval.

MR. MCCOY: Show exhibit 14. Your Honor, this is Defendant's exhibit 14, already admitted.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Now, Ms. Petrasch, are you familiar with -- go back to the first page. Are you familiar with a project in your department called Projects Misaligned PG in 2021?

A. Yes, I was. I am aware we had this project.

Q. Tell me how that project came about.
A. So, within BMW MC, we had the situation that started in our purchasing department where we wanted to change to shrink our management positions, so we changed the whole organization. We brought positions up, some down, but it was, we had reduced management positions as we had before. And this meant -- so we had managers would not have a management position and senior management gave us the task to think about, as HR, how -- what would we do to people so they could not have, you know, their function if we change the organizational structure.
Q. So, it started in the, you said, the purchasing department?
A. It started, yeah, this was the first, you know, hit, I would say. This is where we first had the discussion, but for sure senior management told us we would need to, if we do something, we would do it for whole MC -- BMW MC, we would not only do it for one department.
Q. Was this something that was required by BMW AG?
A. No, it was not required.
Q. Go two pages, Ms. Fowler.
Is this a document that you have seen before this document, U.S. Personal Grade/Project Guidelines?

A. I would need to go to the next page to see it. Yes, I saw this overview.
Q. So, you talked about this project. Who was leading this project?
A. Kelly Dawsey, with her team, was leading that project.
Q. And the project, was it presented to senior management?
A. It was presented to senior management.
Q. And you were, at that time, were you a member of senior management?
A. I was a member of senior managements.
Q. And so I talked to you just a moment ago about policies at BMW, is this -- was this document or this project ever converted into a policy?
A. To my knowledge, no because we had a discussion about this in senior management and it was a guideline, this is what you can see on top, and we used it as a guideline.
Q. And so after that senior management meeting, do you know if any action was taken with regard or any action was taken by the HR department following the senior management meeting?
A. No, not that I know.
Q. Go to the next page. As part of the

presentation, there is a chart here that tends to show statistics, tell me what is on this chart.
A. This chart, the headline says "BMW MC Project Adjustments," so we are talking here about project manager. So, we had line functions and we had project functions. The difference is that the project function would only be for a certain time, so it would only be for two years or three years, so a defined time. And this was an overview of people we had managers, we had in so-called project functions.
Q. Ms. Petrasch, do you know if any employee at BMW Manufacturing ever had their personal grade lowered pursuant to this guideline?
A. No.
Q. No, you don't know or no, they did not?
A. No, they did not.
Q. Do you know if this is still a guideline that is in effect at BMW MC?
A. Say it again.
Q. Do you know if this is a guideline that is still in effect at BMW MC?
A. I don't know.
Q. If we could go to Plaintiff's 17, please just the first page.
Ms. Petrasch, is this a document that you ever

saw while you were working at BMW Manufacturing?
A. No, I didn't see this document.
Q. And there has been some discussion in the courtroom, but can you tell us what the, TS -- I will let you say it, Gesprach?
A. Gesprach. Close.
Q. I was close. What does that mean?
A. You can see the outcome of TS Gesprach, Gesprach would mean communication, conversation about something, so we would talk. This is what I would call Gesprach.
Q. Okay. And that TS conversation was in October of 2015 according to this document?
A. I don't know, sorry, I was not there at that time.
Q. Thank you.
Ms. Petrasch, in 2021, I think we talked about that, the position of TX turned over, I think you mentioned Dr. Englehorn started September of 2021?
A. September of 2021, yes.
Q. Did you know Dr. Englehorn when he became TX?
A. I knew the name and maybe we met in one of our bigger meetings where we all come together, but I didn't know him, no.
Q. And I meant to ask you this earlier, but the prior TX at BMW MC was Knudt Flor?

A. Knudt Flor.
Q. Did you know Knudt Flor before you came to BMW Manufacturing?
A. Yes, I knew Knudt Flor before BMW Manufacturing. We worked together on -- in China, so we met in China.
Q. Okay. So, does that mean that you did an international stint in China even before you came to BMW MC?
A. Yes, that's correct. In 2010.
Q. Tell me about your initial interactions with Dr. Englehorn when he became President of BMW MC.
A. So, we had regular one-to-one meetings -- one-to-one, I think this is the right -- the way you say it, one-to-one meetings. And we talked about our business situation, our HR topics, I would obviously give him an update. But we also talked about my assignment because it was ending soon, so we had to talk about my return to Germany, too.
Q. I believe you mentioned earlier you ended up extending your stay, is that something that Dr. Englehorn asked you to do?
A. Dr. Englehorn asked me about that because it was September already and he said he would need some more time to get TX-6 -- a new TX-6 in place, and this is why he asked me to extend for three more months.

Q. Did he ask you to provide any input on who the new TX-6 would be?
A. No, it is not my business.
Q. Did you recommend Kelly Dawsey to him as a potential TX-6?
A. No, I did not.
Q. And who did -- I think we may have covered this -- who did Dr. Englehorn select as the next TX-6 after you?
A. Say it again.
Q. I said it too fast. Who did Dr. Englehorn select to be the new TX-6 after you?
A. He selected Sherry McCraw as next TX-6.
Q. And do you recall when he -- when you learned that Dr. Englehorn had selected Sherry McCraw as the new TX-6?
A. He told me this in September.
Q. And that is?
A. September 2021, correct.
Q. What was your reaction to that decision?
A. My reaction it is good to have a new TX-6: Sherry served before in the controlling area as VP for controlling and also for assembly. She had a lot of experience within the technology, so this is why, for me, it was good news.
Q. Now, after you learned that Ms. McCraw was going

to be the next TX-6, did you have any discussions with Ms. Dawsey about that?
A. I informed my direct reports in individual meetings about the decision, yes.
Q. And do you recall when that was, those individual meetings?
A. I think it was September, September 2021.
Q. Now, did -- at some point in time did you learn about a potential international candidate named Eva Burgmeier?
A. Yes, I learned about Eva Burgmeier. Also Dr. Englehorn told me that he would like to have one German within the TX-organization and this is where he brought up the name Eva Burgmeier.
Q. Was Eva somebody you knew?
A. I would say the same as Dr. Englehorn, I knew her name, we had meetings, HR meetings, big HR meetings. I didn't know her, I didn't have a working relationship with her before.
Q. And what was your reaction to Dr. Englehorn suggesting Eva as an international candidate for BMW MC?
A. My reaction was -- so my thought about it was it was the right thing at least to happen in the TX-6 area where you have 100 people, 100 employees, one German because as I said before, the BMW MC was a report to BMW

AG for information sharing, best practice exchange. And still in Germany we used German as language so sometimes it is difficult to catch up. So, this is why it is good to have at least one German speaking and reading person within the TX-60 department.
Q. Did you interview Eva for a position at BMW MC?
A. Yes. After Dr. Englehorn called me, told me he would like to work with Eva together, I called Eva to talk with Eva about if she would be willing to come on an international assignment because she had family with two kids, but she said, yes, she would be, she would come. And we talked about her experience and we talked, you know, about her thoughts about the whole assignment.
Q. When you talked -- do you recall when that discussion took place?
A. It was also September, all took place in September 2021.
Q. At the time that you were talking to Ms. Burgmeier in September 2021, did you tell her what position she would be coming to at BMW MC?
A. No. The first effort is first to get a confirmation that somebody really would come because it is a big thing to move the whole family to go on an international assignment for a while. And then, for

me, the task for me then later was, you know, to find out where would fit with the best, which candidate would be the best fit for which position.

Q. Now, we talked about that at this point in time we are talking September 2021?

A. Uh-huh (affirmative response).

Q. You talked about the project earlier?

A. Uh-huh (affirmative response).

Q. And the plan was who, was going to fill the project?

A. So, for the project, my proposal was that Scott Medley would takeover this project because he had a very good relationship with legal, with governmental affairs, with the technologies a broad knowledge. And he was linked to, you know, the technologies, he was linked to the reach here because we also wanted to work with South Carolina together, so this is why I -- my proposal was Scott should do this.

Q. So, Scott -- what position was Scott in at that time?

A. It was the TX-64 position.

Q. So, Scott would be moving out of TX-64 to the project?

A. That's correct.

Q. So, you have got a vacancy in TX-64?

A. Yes.
Q. So, you mentioned just a moment ago you need to decide who needs to be in what spot in the department. Who is responsible for making the decision of who goes in what spot at the Department Manager level in the TX-6 department?
A. It is always the manager above, so it is me, for my direct reports, for all of my department managers and direct reports. And this is what I did, this is why I made a proposal, but because I was leaving soon and I had to do a hand over to somebody else, we had a new CEO and President, and I had to hand over the TX-6 department, this is where I wanted to listen to my new colleagues, so the CEO and President and also Sherry about her thoughts because I would not make a decision and then leaving, this would not be fair. And this is why I made a proposal and I discussed it later on with Robert Englehorn and Sherry McCraw.
Q. Okay. So, after your discussion with Ms. Burgmeier on the telephone, did you decide to proceed with bringing her to MC?
A. Yes. We agreed and I moved forward.
Q. So, describe the process. Okay. Where was Ms. Burgmeier at that time?
A. She was at BMW AG in Munich and she had also a

very important role, she was in the role HR management for HR. So for HR people for the A division, this is where we have our chairman for work council, this is what we have in Germany, so she had a crucial position.

Q. So, describe, just briefly, if you will for the jury, the process to get Ms. Burgmeier to BMW MC, what are you relying on her coming?

A. So, the process is, for sure, she said she would be willing. What she had to handle is all, you know, the clarification to come over to bring over the whole family, all what you need on a formal base. And I had to talk to her boss, this was Claudia Koepnick, we had the name before. And Claudia Koepnick, the discussion with her was, so if I would take Eva, she would have vacancies, so and it was also a crucial time for her, as I said for HR, it was quite difficult after COVID to handle everything, so all of the challenges we had. And this is where I then would need to clarify with Claudia Koepnick so she had to find a successor for Eva, so it is always like a chain. The first piece is done then you always need to see where you have vacancies and how do you backfill.

If you want to make it good, then all should fit together so that you have for all positions again good candidates and good backfills at the right time.

Q. So, these discussions are taking place in September of 2021. When did Ms. Burgmeier actually come to BMW MC?
A. So, the first discussion was about first of January, but, as I said, this alignment we had to find the alignment and the final decision was first of February 2022.
Q. So, it was roughly five months later?
A. Yeah, correct.
Q. Put up exhibit 18, please.
MR. MCCOY: I believe exhibit 18 is already entered, Defendant's 18.
THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:
Q. Ms. Petrasch, do you recognize these emails that are on the screen as Defendant's exhibit 18?
A. Yes, I do.
Q. And so if we look down at the bottom there is an email there from you to the individual we just mentioned, Claudia Koepnick, and Ms. Burgmeier. Tell me, why you are sending them an email on September 23rd?
A. Claudia Koepnick is the boss of Ms. Burgmeier and we just finalized that Eva would come and we talked about that this is okay. And we also talked about when

would we inform other important circles about that.
Q. And why would you need to inform other circles about that?
A. Because this is the part of information sharing, so we are really working in a worldwide production area, this is where we just talked about Kavit took over a position in Germany, he went on an expat assignment to Germany. And this is why on a Department Manager level, we know all our people, and if there are changes we talk about that, so we inform all circles that we have changes here.
Q. At the top of the page there is another email appears to be from you to Dr. Englehorn?
A. Yes.
Q. Why are you emailing him with this information?
A. Because he was my boss, at that time, and I wanted to let him know that everything is on the way, we are on the track.
Q. Okay. Go to the next page.
Ms. Petrasch, could you please explain to the jury what is on the screen right now? What is this document?
A. This is a document, we call it a Nachfolgeplanung succession planning. This is what we have, we have it in all of our entities. So, we have it in AG and we

also have it in BMW MC.

Q. The number 47 is the second option.

So, I apologize because I was communicating with the court reporter, but this is -- did you say this is a succession planning?

A. A succession planning document, yes.

Q. Is this a document -- did you put together this document?

A. It is a document, you can see it on the bottom from PM 6 and PM 6 was Claudia Koepnick, at that time, so it was a document from her.

Q. There is a date down at the bottom appears to say, I guess, July 2021?

A. Uh-huh (affirmative response).

Q. Let me go back here. The information that is on these slides, so the names that are on these slides, is that information that came from PM 6?

A. So, the overall chart came from PM 6. This is what you can see. And I just said we are talking about succession planning, so the information is about our candidates, this is what we share within our HR international network. And this is where the information for 61, 64, so Kelly, Corey, and Scott, these are information I put together to also give everybody the information about my three candidates and

their next steps we discussed.
Q. So, when did you put that information on these slides?
A. I didn't put it on the slides, maybe I exchanged it with Claudia Koepnick and she put it on the chart.
Q. Was that done in July of 2021?
A. I don't know, I cannot say.
Q. Well, was Ms. Burgmeier -- did you know anything about Ms. Burgmeier in July of 2021?
A. Sir?
Q. Did you know anything about Ms. Burgmeier being on your team in July of 2021?
A. No, to me, Eva Burgmeier, the name is Burgmeier, she came up in September as Robert Englehorn informed me.
Q. So, you mentioned a few minutes ago you put together a proposal, is this your proposal for what the Department would look like?
A. So, my proposal was I would put Scott into the TX-6 projects. My proposal was to have Corey in the TX-64 function, would move Kelly to the 61 function, and would put Eva into the TX-60 function.
Q. So, why did you decide that Eva should go to TX-60?
A. Eva's background was planning and steering,

grading, comp and ben, HR management. So she had -- so that her structure, her main experience was in a planning and steering function at the plant at central functions, so she had a lot of experience here. And the TX-60 function is a function where keeps the whole information line to Germany, to the BMW AG. And this is why I thought Eva would be a good fit for the TX-60 function.
Q. What about Ms. Dawsey, why move her to 61?
A. It was a good time for me because as we discussed before, Kelly was already more than five years in the position, we talked about it, if you want to become function level two, you need to have a broad experience, and this gave me a good opportunity because I had open positions within HR to move Kelly from her 60 function into the 61 function.
Q. And after you put together this recommendation, did you have a discussion with Ms. Dawsey about it?
A. Kelly and I talked about it, I told her what my proposal would be.
Q. Did she give you any reaction in response to you saying you were going -- you were recommending to move her to 61?
A. No, there was no further discussion on the move.
Q. So, once you put together this proposal -- you

can take it down -- I believe you mentioned earlier you had a meeting with Dr. Englehorn and Ms. McCraw?
A. Yes. We had a meeting together.
Q. Do you recall when that meeting took place?
A. I think it was also in September 2021.
Q. And what happened in that meeting?
A. In that meeting I brought my proposal about TX-6 and my new structure and we discussed it together so that she was aware what I would propose as TX-6.
Q. Did Dr. Englehorn and Ms. McCraw agree with your proposed structure?
A. No, we had discussions on my proposal and we discussed -- so Sherry brought up a discussion about Corey was only for two years in a 61 function, in the TX-61 function, so she said it would be better for Corey to stay at least for maybe one more year or so so that he would get, you know, three to five years in that position. And he had a very good relationship to -- a feeling for the shop floor, for our shop floor. And this is where she said she would like to keep Corey within the TX-61 function. And she said Kelly would be a good fit because she did comp and ben before and all of the planning part, this is why she said she would be a good fit for the 64 function because, you remember, we had recruiting in 64, and recruiting was crucial to us

to get a thousand people on board, a thousand new employees on board. And to have knowledge about the comp and ben structure, the local market benchmarks, this is why Sherry told me she would like to have Kelly in the 64 function, TX-64 function.

Q. And at the end of that meeting, were all three of you in alignment with that revised structure?

A. So, yes, we were in alignment because these were also good arguments. And as a VP, you need to set up your team, it is your responsibility. And this is why we followed the proposal or argument that Sherry had because it was her new team and this is where we were all aligned, Robert, Sherry, and I that we would move forward with the new structure, redefined structure.

MR. MCCOY: Introduce Defendant's 20, it is entered without objection.

THE COURT: Admitted.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, we are looking at an e-mail between you and Claudia Koepnick, it is dated October 1, 2021.

A. Yes.

Q. I understand this is in German, tell me what you are saying to Ms. Koepnick in this email.

A. I informed Claudia Koepnick about the reversed

decision we made, so Corey would stay within TX-61 and Kelly would move over to TX-64. And now as I told her that I need something for my TX-6 assistant because Sherry want to bring her assistant. And I told her she should now confirm and work with Eva so that all would go smooth for Eva with her expat assignment process. And I told her, this is what I just said, it would be better to have a starting date first of January, but Claudia Koepnick said she cannot do it, it would be earliest first of February.

Q. So, Ms. Petrasch, why are you telling Claudia Koepnick about your assistant and TX-6 needing a position?

A. This was only an information because I was a little bit frustrated about that. I knew that Marlyn, her name was Marlyn, Marlyn liked to stay in the HR area, so she liked to work with the HR team together. Sherry decided not to work with Marlyn, so I had to, you know, find a good spot for Marlyn.

Q. For the court reporter's benefit, Marlyn is M-a-r-l-y-n; is that correct?

A. That's correct.

Q. If you would go to the next page, please.

So, we are looking now at -- was this document attached to that email that you sent?

A. I guess because it shows the reverse structure.
Q. So, this is the new structure following your meeting with Dr. Englehorn and Ms. McCraw?
A. Yes, it is.
Q. And at this point in time you are proposing to move Ms. Dawsey to TX-64?
A. Yes, I did.
Q. Now, below Ms. Dawsey's name, can you explain what that information is in the chart?
A. This is -- the format of this chart was, again, succession planning, so all of the lists we used for succession planning. And what you can see below is that Kelly was on succession list for the TX-71 function, she was on the list for MN 7, this is purchasing, and she was also on the list for the TV-54 function, this was Greer, a logistics function. And the same with Corey -- I'm sorry, with Scott Medley. What you see on the bottom is only -- also next steps, so the next steps after the next steps, so that we still had a lot of positions in place where both could go.
Q. And under Ms. Burgmeier you see there is an Alexander Seefelder, do you know who he is?
A. Yes, I know Alexander Seefelder. With him I worked together during my time in AG.
Q. So was AG, he was an BMW AG employee?

A. Yes, he was a BMW AG employee.
Q. And he, based on this chart, was a potential candidate for TX-60?
A. This is the part, you know, I got from BMW AG, so they also gave me their candidates. And this is where Alexander Seefelder was also on a list for a TX-60 position.
Q. So, BMW AG have their own set of succession planning documents?
A. Yes. Everybody has their own set and everybody has its own list, but the lists are always combined with all candidates with all of the knowledge that you have at that moment.
Q. You sent this revised structure to Claudia Koepnick on October 1, 2021, after you had this meeting. Did you have a discussion with Ms. Dawsey about the revised structure of the Department?
A. Yes, I had a discussion also again in one-to-one meetings where I told Corey and I also told Kelly about the revised structure.
Q. What do you recall from your meeting with Ms. Dawsey when you told her -- that based on your discussions that she was now moving to TX-64?
A. There was also not a huge discussion about that. I informed her and she took that.

Q. During your discussion with Ms. Dawsey, did you tell her that you -- that Ms. McCraw did not want older, experienced talent in the HR department when she took over?
A. No, I didn't tell her because what you see in our structure is that we had everybody again in place, so we used all of our people again for a new structure, my structure for Sherry.
Q. During your discussion with Ms. Dawsey, did you tell her that the TX-64 position was going to be a function level four position?
A. No. We talked before about this review where we had the -- we set up a structure together with FO, we wanted to do a review. And there are always the steps: First you need to do a new organization, then you need to do a review. And if you have a stable organization, then you need to do a grading, but we were not on the stage for grading, so we had no grading for that function yet because we did not even do the review.
Q. During that meeting with Ms. Dawsey after the change structure of the Department, did you tell her that she should be looking for positions outside of the TX-6 Department?
A. Not especially in this moment, but we -- we have the yearly meetings on a yearly base where we have the

development meetings where -- and you saw it that we had her on the list for several functions. And what I always do in these meetings is to encourage our people to -- for my direct reports to talk to higher level managers, to pick up their network, and to get in touch with them about next steps. BMW -- the culture of BMW is that you need to drive your career. It is not that somebody leads you through the whole career, so we have career passes where you can see what do you need to go to the next level, but it is always you driving your career forward. And this is so important for us to have this network to a lot of people so that you know a lot of people, you know the managers, and this is where you need pro-activity to work on.

Q. And at any point in time did you tell Kelly Dawsey to look for positions outside of BMW altogether?

A. No, because Kelly was, for me, an asset for BMW MC.

Q. And at any point in time did Kelly Dawsey tell you she was looking for positions outside of BMW?

A. No, she didn't tell me.

Q. Ms. Petrasch, did you have any concerns about Ms. Dawsey's ability to work with Sherry McCraw when she became TX-6?

A. Yes, I had concerns because at the end of the

year in a TX-60 function, we always have to do -- we have to define our comp and ben structure, compensation and benefits. And for HR, this is a time where, for sure, we want to have a competitive structure, we have a competitive comp and ben structure. And so at that time we had all of these challenges ahead. We saw the situation, so we couldn't get enough people, we couldn't -- we could not get qualified people. It was hard for us to fill our vacancies that we had. And we even wanted to extend our production site here.

So, this is where we got in a huge discussion with our technologies because we wanted -- we set up a comp and ben structure and the technologies told us with this comp and ben structure we cannot get the qualified people. So, we had arguments here on that, huge arguments several times within our senior management, with the whole group. And TX-60 was the department preparing all of the structure with benchmark, with the situation we had here in South Carolina.

So, and this is where we had the arguments between the technologies and HR that they blamed us that we do not have the right structure in place so that they really can get good people. And Sherry's department is assembly, we have most of the people. So, and Sherry but also Rich, Rich Everly was the Vice President, he

wanted to ramp-up our -- he is still in this position plan for the ramp-up of our battery function, but also others they told us we will not be successful with your comp and ben structure.

And this is where we had huge arguments and this is why I had concerns that if the decision was made that Sherry would took over TX-6, if US TX-60 with all of these arguments could have a good professional relationship.

Q. So, I mean, if you had concerns about their ability to work together, why recommend Ms. Dawsey for a position in an HR department that is going to be run by Sherry McCraw?

A. As we discussed, Kelly's moves to 61 or 64, she didn't say anything, so it was a very professional relationship. It was no discussions. She never mentioned that she would not do it. She kept her professional way and this was the sign for me, maybe, you know, on that level because we are talking about department managers, so this really high-level managers, they would find -- maybe they would find, maybe not be the best friends, but they would find professional way to work together. And as I said, so, Kelly was for us an asset also for HR.

Q. Would you pull up Defendant's exhibit 13, please?

I put up before you exhibit 13, it is already admitted, do you know what this document is?
A. I know the document. It is a job function data sheet.
Q. And what position is it for? This is Defendant's 13.
A. You see the department code, I think it is number four or five, it is TX-64.
Q. Do you see there at the top of the box, the top of the name, that is you?
A. Say it again.
Q. The box at the top of the screen, the supervisor name, was that you?
A. That is me, that is Christine Petrasch.
Q. It looks like this was created some time in 2019?
A. Yes, that's true.
Q. Do you know if there are any other versions of the job at least while you were employed at BMW MC, were there any other versions of this document?
A. No.
Q. This document indicates that TX-64 was what function level at that time?
A. So, the function level you see above it was function level three.
Q. You can take it down.

We talked earlier about Corey Epps and you mentioned when we looked at one of the earlier slides that Corey Epps was slotted or had been approved, I guess, by senior management to get a personal grade increase to 11 in October?
A. Yes, that's true.
Q. Did he get a personal grade increase to PG 11 in October?
A. Yes, he got one.
Q. Do you recall if Ms. Dawsey disagreed with that?
A. Yeah. Yes. Kelly raised concerns to promote Corey into the PG 11.
Q. And do you recall what her concern was?
A. Her concern was that it would not be allowed to put Corey -- to give him a promotion to PG 11 because he was on a function level four.
Q. And what was your response to that concern?
A. We have within our BMW Group framework, we have a guideline, and the guideline says if a candidate will takeover within the next 12 months of function level three position, so in this case then you are allowed to do the promotion for the next personal grade. And this is what we discussed and this is what we -- this was perfectly fine, this fits with Corey's allotment, this is why we gave him the promotion.

Q. And so after your discussion about -- I shouldn't say discussion, but after Ms. Dawsey rose those concerns and you responded, was he changed to a personal grade 11?
A. Yes.
Q. Did the change to Corey Epps personal grade, the elevation to personal grade 11, have any impact on Ms. Dawsey's compensation?
A. No. No impact.
Q. Did it have any impact on Ms. Dawsey's personal grade?
A. No.
Q. What was Ms. Dawsey's personal grade at that time?
A. It was PG 11.
Q. Is there -- let me ask you this. Were there any other individuals who had a personal grade of 11 in that Human Resources department at that time? So, in October, when Corey gets elevated?
A. It was Scott Medley, he was also PG 11.
Q. So, Scott Medley, Corey Epps, and Ms. Dawsey, so you had three?
A. That's correct.
Q. Is there any limit on how many PG 11s you could have in your department?
A. No. We had no limits about PG 11s.

Q. Did you have any limits on how many function level 3 positions you could have in your department?
A. No, we had no limits on function level three.
MR. MCCOY: Thank you, Your Honor, can I take just a second and have a sidebar?
(Whereupon, a bench conference was held off the record in the presence of the trial jury.
(Whereupon, the bench conference concluded.)
THE COURT: All right. Members of the jury, we will go ahead and take a lunch break. It is ten past 12, I will ask that you do your best to get back by ten past one. Remember my previous admonition, don't talk about the case, don't form any final opinions about the case, do not do any research about the case, the parties, or matters involving this case. I hope you have a good lunch break. It looks like the sun is shining, so hopefully you will get some sunshine and fresh air if you decide to go out. So, thank you very much. And everyone may remain seated while the jurors are excused.
THE COURT: Ma'am, just remember do not discuss your testimony during the break.
THE WITNESS: Yes.
THE COURT: Thank you. Be in recess.
(Whereupon, a lunch recess was held.)

THE COURT: The jurors have returned Mr. McCoy you may proceed.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, when we broke for lunch we were talking about the reorganization that took place in the TX-6 Department in the fall of 2021.

Ms. Fowler, if you would pull up for me Defendant's 24. I believe Defendant's 24 has already been entered.

Ms. Petrasch, do you recognize the document that is marked as Defendant's 24?

A. Yes.

Q. Tell the jury what this document is.

A. The document is about our plant ten, so this is BMW MC HR reorganization about the organization and development part from 2019.

Q. And so, Ms. Fowler, flip over to the next page, please.

So, tell us about this slide. What does this slide indicate?

A. This is a slide to try to explain why we did the organization. So, we tried to talk about the targets we wanted to achieve with our new organization.

Q. All right. And then, Ms. Fowler, if you will go

to page 252, BMW 252.
I believe this is a document we looked at earlier, which was the organizational changes from 2019?
A. That's correct.
Q. Okay. All right. And then if you would flip over to the next page, and does this reflect the organization since December of 2019?
A. Yes, that's correct.
Q. Go to 256, please.
After your meeting with Dr. Engelhorn and Ms. McCraw, did you update this PowerPoint?
A. I did an update.
Q. How did you update the PowerPoint?
A. The update of the PowerPoint was that we added our future projects, so this is the new one that we wanted to bring in place. We wanted to set up this project as a direct report to TX-6, and this is what you can see on the chart right now. This is why we had to do this project. I explained this a little bit better, still the COVID situation was very difficult so we couldn't get enough and good qualified people. We had a tight labor market, also our supply situation was not so good. We didn't know how to run all this impact we had. We always had to balance how do we need to address business? How do we need to lead business during that

time? We had a new generation, so new generation zett. See, it is different, we had to adjust to their needs. This was also new to us and this is why we said we wanted to have a project that would reflect. So, from the starting point until the end point in your career, so we would go through the whole, we call it, ample journey. So we would need in each phase how renewed to change our current processes.

Q. Also as part of your PowerPoint, did you update it to include the changes that were -- that you anticipated for the organization?

A. Yes. I tried to make it in an easy way so that our whole team could understand why we planned all of the changes and this is why I made it step wise. So, first, I explained the need we had from the business side, explained here on this page that the project where you see the number one this is what I just explained would take over i,t is Scott Medley TX direct report to me. And then you saw the vacancy on the TX 64 position.

Q. And just for the record, when were you planning for those changes to take effect?

A. The starting date for all of these was February 2022.

Q. All right. If you go to the next page, please.

So, that was step one. And what was step two?

A. Step two is what you can see now marked is that Kelly would go over to the TX-64 position and then we had the vacancy on the TX-60 position.

Q. Go to the next.

A. Step three was getting Eva over into her international assignment. And step three was to fill the TX-60 position, this is Eva Burgmeier.

MR. MCCOY: And would you go to exhibit -- Defendant's exhibit 23, please. Your Honor, Defendant's exhibit 23 has already been entered, I believe.

THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. All right. Tell me, Ms. Petrasch, do you recognize this particular PowerPoint?

A. Yeah, I recognize this PowerPoint.

Q. Tell me what is indicated by TX-6 HR workshop six.

A. So, within the TX-6 organization, so me, with my direct reports, we had several workshops, means meetings, where we came together to discuss business topics, current topics, new ideas, projects. So we always had an agenda what we wanted to discuss. And the workshop six in November 11 was the workshop where

we introduced together this Sherry and Robert to all my direct reports, the upcoming changes. So, this is why I produced this document.

Q. If we look on the agenda, is this that agenda for that meeting on November 11?

A. This is the agenda for the meeting. And you will see we had a lot of topics on the agenda, but you can see point 11, this is where we had one hour planned, this little bit, this would be TX-6 and TX-4, this was Sherry McCraw and me to talk about all the changes within the TX-6 organizations.

Q. And so, Ms. Petrasch, who was in attendance at that meeting?

A. Attendance was all my direct reports, this would be Kelly Dawsey, Corey Epps, Michelle Knight, Paul Sinanian, and I forgot one, Scott Medley.

Q. You said -- I think you said Michelle Knight, did you mean Michelle Keith?

A. Michelle Keith. Thank you.

Q. And then Robert and Sherry joined for just that one section of the meeting?

A. Yes.

Q. And we just looked at the PowerPoint you put together, which I believe was Defendant's exhibit 24, did you show that PowerPoint in the meeting?

A. Yeah. I used the PowerPoint to introduce all the steps, what we just discussed.
Q. And during that meeting, did you tell the Department Managers in the TX-6 Department that Kelly Dawsey was going to be moving to TX-64?
A. That's correct.
Q. During that meeting, did Ms. Dawsey say anything about the proposed changes to the organization?
A. No.
Q. Did you have any discussions with Ms. Dawsey after that meeting where she expressed any concern about the changes to the organization?
A. No.
Q. At any point in time before she resigned in January of 2022, did Ms. Dawsey ever tell you that she did not want to work in the TX-64 position?
A. No, she didn't.
Q. You can take that down.
Those were the Department Managers in TX-6. Did you also inform the entire HR Department, all of TX-6, of the organizational changes?
A. Yes, in December. In November we were clear with all my direct reports and the new TX-6 and TX, and we used this presentation also to inform the whole team, and we did it for Christmas time because it is always

good if everybody has the information before we have a break and you do not know what is going on. And the normal way we do it is top down. So in this case, I had a regular meeting, I set up a meeting with all of my direct reports, team call, to go through the presentation again so that everybody would know what is going on. And before I informed the whole team together, I gave Kelly and Scott because for their teams we got some changes, the chance to talk to their people before. So because it is always good if you have, as a manager, you can talk to your team about the changes and it was, I think, a half an hour before. And then we had the meeting altogether, this all director reports, HR people to talk about the changes.

Q. I am going to show you what was previously was marked as Defendant's exhibit 25 I believe it is already in the record, Your Honor. Do you recognize this email, Ms. Petrasch?

A. Yes, I recognize this, uh-huh (affirmative response).

Q. And this is an email that you sent to your department managers in December of 2021?

A. Yes, I did.

Q. Tell us what you are talking about in this email.

A. This is what I just explained. So number one was

I gave Marlyn, my assistant, the task that she should set up this meeting for TX-6 organization so that we -- that I could introduce all of the charges to all of my people. And I gave them all information. Number 8 means I gave my people all the information because we finally informed about senior management rest of the plant so that my people had the advantage to know about that.

And I also -- Marlyn also set up the meeting for the organization to talk about it.

And number three is that where I got -- I gave Kelly and Scott the information so that they could inform their teams a little bit earlier. So, 8:30 -- 8 to 8:15 the teams got the information, and 8:30 to nine everybody got the information that is in TX-6.

Q. Go to 26, please. Your Honor, this is Defendant's 26. Did we enter this yesterday?

THE COURT: Yes.

MR. MCCOY: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, do you recognize the email that is marked as Defendant's exhibit 26? What is that?

A. This is the information which I sent to Kelly and Scott Medley, both had changes -- so, both changed

their positions. So I gave them the information and the whole document so that both could go through with their teams first to get all the information directly.
Q. So, if you would, Ms. Fowler, go to the next page. We looked at in Defendant's 24 the PowerPoint you had put together, did you send that PowerPoint to Ms. Dawsey and Mr. Medley to share with their team?
A. Yes.
Q. Now, did you participate in the meeting that Ms. Dawsey had with her team?
A. No, I didn't.
Q. And then, based upon your email, it looked like Ms. Dawsey and Mr. Medley had their initial meetings at eight o'clock and at 8:30 you held a meeting with the entire team?
A. That's correct.
Q. I believe you referred to earlier it was a video meeting?
A. Video meeting, yes.
Q. So, during that meeting with the entire team, so that is all of TX-6 and that is how many people?
A. A hundred (100) people.
Q. A hundred people in TX-6. Did you show them the PowerPoint?
A. I showed them the PowerPoint, we went through the

presentation so also this group could get all of the changes, the steps.

Q. And during that meeting with the entire team, did you tell the entire team Kelly Dawsey would be moving to the TX-64 position?

A. Yes, I did.

Q. Ms. Petrasch, how did you learn that Ms. Dawsey had decided to resign from her employment with BMW MC?

A. She called me on the third of January, I was on for Christmas on vacation in Germany, and she called me and said she had important information for me. She told me that she will resign because she found a company where she can have a role as VP for HR.

Q. On that telephone call, did she tell you what was going to be her last day at work?

A. Yeah, she told me that she would need to call me because her last day was already the 14th of January, so this is why she couldn't wait until I would come back to U. S., this is why she called me during the vacation.

Q. Do you recall when you were scheduled to return to the U.S. from Germany?

A. My return flight to U.S. was on the tenth of January.

Q. So, you were returning on the tenth of January and her last day was on the 14th of January?

A. That's correct.
Q. What was your reaction when you got the call from Ms. Dawsey saying that she was going to leave the organization?
A. So, I was shocked about the call because I didn't expect that. It was very quiet, so I told you before I had some concerns, but from September to December I had heard nothing, this is why, for me, it was clear we would go with the new organization, and this is why I was shocked a little bit that she told me that. It is always bad if you hear something within your vacation time because then you need to replan, there is a lot of thought going on. And I asked her if this is -- if this was an idea what she wanted to do or if this was clear and she said, I made up my mind, I am totally clear I will leave the company. And this is where I -- I have to say I was shocked about that because I didn't expect that.
Q. All right. And once you spoke to Ms. Dawsey and she informed you of the resignation, what did you do after that?
A. So, after that I started immediately to try to bring everything together because we wanted to start everything on first of February. So, my first information was for sure for Robert and Sherry that they

also got the information during their vacation time because we had to set up on the next day a meeting to discuss how we would move forward because with Kelly leaving we had a vacancy in the 64 function.

And as I said, the 64 function was very crucial to us for recruiting, to get everything up and running, to get all of the people on board, and this is why it was a huge impact for us.

Q. If I could show exhibit 33.

MR. MCCOY: Your Honor, I believe Defendant's 33 has already been entered into the record.

THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Ms. Petrasch, do you recognize the exhibit number 33 email change that is exhibit number 33?

A. Yes, I do.

Q. So, if we look down at the bottom, tell me what that is.

A. It is Kelly's resignation letter.

Q. So, is that, down at the bottom of the page, is there an email from Kelly?

A. It is an email from Kelly.

Q. All right. And then if we look up at the top, who are you emailing there?

A. This is Sherry and Robert because this is where I wanted to inform Sherry and Robert immediately about Kelly's resignation letter.
Q. And you say there in parallel:
"Robert, you and I should talk tomorrow if we postpone Scott's project to talk about TX-64 position."
A. Yeah, I had to makeup my mind so what would I do, where would I -- what would be the better way. Sixty-four (64) was clear, we had to find somebody because this was a line function, we had to bring around the function with all of the challenges. So, this is why my thought was that maybe then we need to delay the project and we need to keep Scott, we need to bring Scott back into the 64 function until we are able to find somebody for that function and we then could start the project again. But this was clearly we had to do something to move forward, and this was, from my point of view, the best solution. Also it was not a good solution because also the project was crucial to us.
Q. You said, and I just want to make sure we are clear that, you know, the idea was that Scott would need to fill the 64 role, Scott was already in the 64 role?

A. Scott was already in.
Q. Had he left to start this special project yet?
A. That's correct.
Q. When was it or when did the project start?
A. We said we would start as soon as we got down with the -- oh, it was planned February, normally if you takeover a project you start over because all of your thoughts are running around the project. He was starting already, talking, set up the project, this was he started immediately. But the formal start was then on February. We did all together at February 1st.
MR. MCCOY: If you would go to Defendant's 34, please. Your Honor, 34, I believe, has already been entered into the record.
THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:
Q. Ms. Petrasch, do you recognize this document?
A. Yeah. This is Kelly's resignation letter she gave me.
Q. And her -- as we discussed earlier, she indicated her last day of work would be Friday, January 14th?
A. That is written down.
Q. Was that, in fact, her last day at BMW MC?
A. This was, in fact, her last day at BMW MC.

Q. So prior -- at any time prior to Ms. Dawsey's resignation from BMW MC, had you provided her with an offer letter to go to the TX-64 position?
A. No, we didn't because to create and write the offer letter, it was the task of TX-60 organization, so the TX-60 team, Kelly's team, prepared all of the offer letters, and so nobody got an offer letter. We could not provide any offer letter because the team didn't provide the letters.
Q. Had offer letters been given to anybody who had been impacted by the reorganization?
A. No. As I said, we didn't get any letter for anyone, so nobody got the letter so far.
Q. But prior to Kelly's resignation, you had told the entire TX-6 Department she was going to 64?
A. That's true.
Q. Ms. Petrasch, you testified earlier that when you -- during the time period you were at BMW MC, you had access to policies and I believe you referenced the associate handbook.
A. Yes.
Q. Did BMW Manufacturing have a policy that prevents discrimination?
A. Yes, it is part of the associate handbook.
Q. And do you know if that policy prevents

discrimination based on national origin?
A. Yes.
Q. Does it prevent discrimination based upon race?
A. Yes.
Q. Does it prevent discrimination based upon sex?
A. Yes.
Q. When you were at BMW MC, did the Human Resources department conduct training on the nondiscrimination policy?
A. Yes, we got training. HR did it together with the legal department.
Q. Ms. Petrasch, in the fall of 2021, did you want Kelly Dawsey to be part of the TX-6 Department at BMW MC?
A. Yes, we planned Kelly for the TX-64 function.
Q. And why did you want Kelly in the TX-64 function?
A. Because Kelly was an asset to us as at BMW MC. The plan was for her clear if she wanted to be a VP or, you know, at least move on in this direction, you need to get the broader experience. And also the TX-64 function, a very crucial function for us, I just told you about the recruiting situation we had, we had a food tender running, it was an external company, so we had a lot of change here. And this is where, for me, it was clear it would give her more broad experience, which

would be helpful, beneficial for what she wanted to achieve.

THE COURT: You had a food tender running?

THE WITNESS: Uh-huh (affirmative response).

THE COURT: Okay.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. Maybe you can explain that?

A. We had an external company for the food business, so we had to get the new one, so we had to make, how do you say, I don't even know it, so we had to get other companies, you know, that they would send us their services and we had to select the new one, this is what we called "tender."

THE COURT: Thank you.

DIRECT EXAM CONTINUED

BY MR. MCCOY:

Q. At any point in time between September 2021 and January 2022, did Ms. Dawsey ever tell you she did not want to work in the TX-64 position?

A. No, she never told me.

Q. Did Ms. Dawsey ever complain to you that she believed she was being discriminated against based upon her national origin?

A. No, she didn't.

Q. Did she ever complain to you that she believed she was being discriminated against based on her race?
A. No, she didn't.
Q. Did she ever relay to you she believed she was being discriminated against based on her sex?
A. No, she didn't.
Q. During the reorganization of the TX-6 Department in the fall of 2021, did you make any decision based upon Kelly Dawsey's national origin?
A. No.
Q. Did you make any decision based upon her race?
A. Nope, I didn't.
Q. Did you make any decision based upon her sex?
A. No, I didn't.
MR. MCCOY: Your Honor, if I could have just a second.

DIRECT EXAM CONTINUED

BY MR. MCCOY
Q. Ms. Petrasch, when Kelly Dawsey left BMW Manufacturing on January 14, 2021, what position was she in?
A. In the TX-60 position.
Q. At the time she left BMW Manufacturing, had Kelly Dawsey been moved to the TX-64 position?
A. No, she didn't.

MR. MCCOY: Thank you, Your Honor. That is all the questions I have.

MR. ROZELSKY: May it please the Court.

Thank you.

CROSS EXAM

BY MR. ROZELSKY:

Q. Ms. Petrasch, why is food service a big deal at a plant like MC?

A. Because food service is a benefit for our people, so if you do not serve food, you cannot get good work, this was clear from beginning on.

Q. There are how many thousand people out there on any shift?

A. As we said, we had roughly 10,000 people, so, you know, we had five thousand people per shift and we had, for sure, MIU people.

Q. So food service was not whether there are vending machines in the courthouse, this is how you recruit people to come to work there because there is going to be good food everyday?

A. That is correct.

MR. MURPHY: Your Honor, I have to object on leading. He is giving her the answers, he is not asking a question.

MR. ROZELSKY: Well, first of all, I think it is

cross.

THE COURT: He is on cross-examination.

MR. ROZELSKY: It is not my witness.

MR. MURPHY: I understand, Your Honor.

MR. ROZELSKY: I will try to be better.

CROSS EXAM CONTINUED

BY MR. ROZELSKY:

Q. You talked about a couple of things and I just want to make sure the jury understands. You used the term "technologies," at the MC plant, what does that mean?

A. Technology is our logistic area, so it is the team, it is a whole --

Q. Can you pull that microphone a little closer to you?

A. It is -- logistic is one technology, the other one is body shop, paint shop, assembly, these are our technologies, quality is another one, quality management.

Q. Are the technologies the parts of the plant that make a car?

A. The technologies are producing the car.

Q. Right. And the other departments HR, IT, legal, those are supports for the technologies?

A. That's correct.

Q. You used another term, and I apologize, you keep saying Pzett, is that what we would call Z?
A. Yes.
Q. When you said generation zett, that is generation Z?
A. That is correct.
Q. When you were talking about Pzett, that is the initials PZ?
A. Yes.
Q. And PZ we have learned throughout this trial "P: Stands for Human Resources?
A. It is the division for human resources, that's correct.
Q. So, PZ would be Human Resources for what area?
A. So PZ would be the Human Resources areas for strategy, governance, so it is for the whole group.
Q. So, when you say the whole group, it is not just for MC or just for the plant in China or just for Plant Dingolfing where you are now?
A. Uh-huh (affirmative response) no.
Q. It is the planning group for worldwide global trying to get consistent policies?
A. That's correct. This is why I told you at the beginning, so this is the BMW framework we have, and if we talk about framework, this means the whole BMW Group.

Q. Okay. And so when you open a new plant, you are not going to have to reinvent the wheel, there is a framework that you take P this to place and then you make it unique for that plant, correct?
A. That's the way. So, you use the frame set as a guideline, as an orientation, and then you adjust on what you have in your local plants.
Q. Is that similar for, say, informational technology, IT? That you might have a framework that comes out of global, but you make it unique for whatever plant you are in?
A. It is the same for IT, yes.
Q. So, sometimes there might be an occasion where AG is saying, we like the information in a certain format and they ask the entities, the petite companies, the production facilities, to fit it into a certain format, correct?
A. Correct.
Q. If you can't fit it into that format, what happens, do they shut down the plant?
A. No, no.
Q. You said you went to Plant Spartanburg, you were hired by Mr. Flor and then asked to stay on by Mr. Englehorn?
Q. You said you were asked to stay on by

Mr. Englehorn, he was getting there just as you were about to leave, correct?
A. That's correct.
Q. And you had a contract at that point with Plant Spartanburg MC?
A. With BMW MC.
Q. But you extended that so you could help, I think you said, with a proper turnover; is that correct?
A. That's correct.
Q. What is the importance, tell the jury, what is the importance of a proper turnover?
A. So Robert came in September, it was only three more months. A proper turnover is that you at least have a period of time where you can get to know the plant, get to know the people. HR is always an important role when it comes to a new plant leader because he would need to learn all about Spartanburg and, for sure, about his people because it is at the end -- the whole production is only working if you have the best people in the places.
Q. And when you talk about Dr. Englehorn's people, obviously, he is responsible for 11,000 people?
A. That's correct.
Q. But his day-to-day interaction, is that with the level two vice presidents primarily?

A. It is the level two vice presidents.
Q. And you talked about you would have periodic meetings or workshops where you would talk about plant-type things, where it was Dr. Englehorn, and then the VPs?
A. That's correct.
Q. And you talked a little bit about a portfolio review, and I just want to make sure, I am not sure if this was two separate meetings, there was a meeting where you would talk about potential OFKs or level two candidates, correct?
A. That's correct.
Q. And you said you raised Ms. Dawsey as a potential candidate and she was discussed in that room as to whether she would be nominated, correct?
A. That's correct.
Q. And the process is you discuss, you nominate, and then Germany, a bigger group of people worldwide, would decide on the validation; is that correct?
A. That's correct.
Q. And was it in that same meeting that you then talk about the lower-level positions or are you just talking in that meeting only about people that might be nominated?
A. No, the people -- so, in our portfolio round,

only to be precise, this is our regular performance meeting, which we have. And in this meeting we are also talking about potential candidates we would consider for a nomination.
Q. So, you are talking about people that might be level three that you wanted to discuss should they move to level two?
A. Yes.
Q. Are you also in that same meeting, maybe not in that same part of the meeting, are you talking about the people in the plant that are level four that you might want to bring to level three?
A. This is the next group, so this is the next level manager would have this discussion for this kind of people.
Q. Okay.
A. So, it is a top-down process where always the higher-level managers discussing the next level, who could be on that level.
Q. Now, we have heard about the different levels, and I am just curious, if you are a top level, say, HR, does that mean you know everything about what all hundred people in HR do?
A. No. And it would not even be my job because it would not make sense that I am the best specialist for

every of these topics. This is why I have 100 people in my team, the specialists in every field and every discipline. And we have -- I had managers below, so on the next level, and I had a whole organization, and the organization was working on the HR topics.

Q. So, if, for example, there was an issue about ERISA, you have heard about ERISA?

A. Yes.

Q. Would that be the responsibility to have all of the knowledge of ERISA at TX-6?

A. No, it would not be the responsibility to have all of the knowledge.

Q. Would it be the responsibility of TX-60 to have all of that knowledge or would they have a specialist below them that maybe had all of the ERISA knowledge, and somebody else that had all of the OFCCP knowledge, or other areas of knowledge?

A. This is where, if you see the TX-60 team had also 12 to 15 people, so a lot of specialists and other managers, and they were responsible so for all of these fields, so we had specialists for every field. We had a close cooperation to legal, we had a close cooperation to the communications. So this is where you have unique to work with your people, so this is important that you have the specialists with you and you listen to the

specialists.
Q. And so long as there is somebody in that org chart that knows about OFCCP, or ERISA, or whatever the topic, what TX-60 is doing is managing those specialists, correct?
A. That's correct.
Q. And what TX-6 is doing is managing the managers?
A. That's correct.
Q. Which is why if you don't have any HR experience, but have you managed 6,000 people in assembly, you might be well qualified to come in and manage managers, right?
A. Yeah.
MR. MURPHY: Your Honor, can we approach?
(Whereupon, a bench conference was held on the record in the presence of the trial jury, but outside the hearing of the trial jury.)
MR. MURPHY: Your Honor, I have to renew my objection. This is not cross-examination of anything. What he is doing is completely leading this witness on matters where having nothing to do with AG, he is talking about the inner workings of MC. She is not an adverse witness, so this is not a proper cross-examination, but he is leading her around crazy filling in holes that are really their examination.
MR. ROZELSKY: His central argument is that AG

substantially controls and/or is the integrated employer. All of this is relevant to those arguments.

MR. MURPHY: The argument isn't relevance, it is that you are leading, and this isn't cross-examination. How does he get to lead by being a codefendant he gets to go up there -- basically, he could ask, what is your name, sit down, and he could ask all the questions for them in a leading form, that has never been the rules as I understand it.

MR. ROZELSKY: You stated in your pretrial briefs and on the record that I didn't need any witnesses. And I said, are you suggesting that I don't get to call witnesses? You said you could cross-examine everybody. That is what I am doing. I am cross-examining this witness.

MR. MURPHY: It is not the issue, Kurt. You are confusing the issue. I don't object to you asking witnesses questions, of course, you are representing a party, you get to ask witnesses questions.

MR. ROZELSKY: It is the leading.

THE COURT: I am going to send the jury out, we will take this up.

(Whereupon, the bench conference concluded and the following was heard in open court.)

THE COURT: Members of the jury, I need to take up

a legal issue with the attorneys. So, I will ask you to retire to the jury room for a break. Remember my previous admonition. Thank you.

(Whereupon, the following was heard outside the presence of the trial jury.)

THE COURT: Mr. Murphy, you have an objection?

MR. MURPHY: Should the witness be excused while we talk about this? I'm concerned there will be a lot of talk about what the testimony is and what it is about to be.

THE COURT: Do you want the witness to be excused?

MR. MURPHY: I would appreciate that. The room right out here is fine.

MR. MCCOY: His client stayed on the stand while we argued.

MR. MURPHY: She is also a party. This witness is not a party.

MR. ROZELSKY: We have no problem with excusing the witness while we do this. I don't think it will be that long.

THE COURT: Ma'am, if you will just step out to one of the conference rooms just outside the courtroom there. Thank you.

(Whereupon, the witness was excused from the

courtroom.)

THE COURT: Okay.

MR. MURPHY: I appreciate this opportunity to be heard. I have really tried not to object hardly at all today, but I have to take serious issue with this. There is no question -- I don't think there is any dispute that these questions are all leading. I don't understand how this is cross-examination. First, this is a codefendant, not an adverse party, and he is not even asking about -- questions about BMW AG, he is asking about the operations of the cafeteria, and the food service, and why that is important, and the inner workings of the MC stuff.

And what they are basically doing. Your Honor, is, you know, Mr. McCoy's questions were all very appropriate and direct and I sat here and I didn't say a word, but then they are going to use the codefendant to come in and fill in the blanks by just walking around on a leash practically, and that is not proper use. First, it is not cross-examination, I don't think he gets to lead her, she is not an adverse witness. And I don't even understand why they asked any questions to begin with if they can just get the other party to get up and lead the person around like crazy.

So, if I am wrong, you can tell me I am wrong,

but I am unaware of any situation where a codefendant in a -- it can be codefendants who are adverse to each other, we have all seen those cases, this is not that case. And he is not even -- if he was asking her topics about BMW AG, I might even sit on my hands some more, but he is not.

It is not cross-examination because he is not questioning a single thing that Mr. McCoy asked, he is just filling in the blanks from what Mr. McCoy asked -- didn't ask. So, that is the basis of my objection and I greatly appreciate you giving me the opportunity to be heard on that.

THE COURT: Yes, sir.

MR. ROZELSKY: Your Honor, BMW AG has been a party to this case for four years. Throughout those four years, they have suggested that BMW AG directed these events. Ms. Dawsey sat on the stand for three days and referred everything to Germany telling us what to do. So, to suggest that I don't get to cross-examine a witness about the breadth of the claims, the claims against AG, are national origin discrimination, race discrimination, sex discrimination. The claims are not, you are just an integrated employer, sit over there and we will decide whether you apply or not. These are direct claims against my client. I get to

cross-examine her fully.

THE COURT: What about the argument Mr. Murphy makes that the Defendants are not adverse in this case?

MR. ROZELSKY: Well, Your Honor, not adverse, but there is a possibility, we haven't seen the verdict form yet, but there a possibility that the jury decides MC didn't do anything wrong, but AG did, is that not adversity? I mean, the fact that we are sitting at the same table because of the way the courtroom is set up doesn't mean we are the same entity.

THE COURT: Anything from BMW MC?

MR. MCCOY: No, Your Honor.

MR. ROZELSKY: For brevity sake, I will move on to the AG-specific questions, I think I am allowed -- entitled to pretty broad cross.

THE COURT: Well, Rule 11 of the Federal Rules of evidence provides that:

"The Court should exercise reasonable control over the mode and order of examining witnesses and presenting evidence so as to make those procedures effective for determining the truth, avoid wasting time, and protect the witness from harassment or undue

embarrassment. Cross-examination should not go beyond the subject matter of the direct examination and matters affecting the witness's credibility. The Court may allow inquiry into additional matters as if on direct. Leading questions should not be used on direct examination except as necessary to develop the witness's testimony. Ordinarily, the Court should allow leading questions on cross-examination, and when a party calls a hostile witness, an adverse party, or a witness identified with an adverse party."

Here, let me say, the cases are slim on this topic. And the ones I have seen go both ways and are very fact specific as to the case at bar or the case that is at issue. So, here I find that there are two separate Defendants, serious claims have been made against both, and I find there is some degree of adversity inasmuch as I understand it, BMW AG is saying we didn't have anything to do with any of this, whatever happened, it wasn't us, or at least that is my

understanding, if I am wrong correct me.

MR. ROZELSKY: That's correct, Your Honor.

THE COURT: So, I will allow cross-examination, but keep in mind that cross-examination should address issues raised on direct. And cross-examination does not mean you get to testify, it means that you can lead the witness, but don't go too far with it.

MR. ROZELSKY: Yes, sir.

THE COURT: You can't get up and testify, you have to let the witness testify. So, I would ask that you keep that in mind as we move forward. So, I suppose I am denying your objection with an admonishment if it goes too far, Mr. Murphy is going to stand back up and then we may have to revisit this.

MR. ROZELSKY: Yes, Your Honor.

THE COURT: Thank you.

MR. MURPHY: Thank you, Your Honor.

THE COURT: I have been in trials, it looks like over on the defense side when you have multiple Defendants it is all for one and one for all up to a certain point, and then it is even pointing fingers at everybody else. I don't know that that is going to happen here, but, again, just use good judgment and sufficient restraint.

MR. ROZELSKY: Partly I just wanted to know about

the lunch program if I was out there.

THE COURT: I typically did not interject, I was not understanding what the witness was saying. I now understand she was talking about food service vendors.

MR. ROZELSKY: That is what I was trying to clear up, Your Honor, I will move on.

THE COURT: Let's ask the witness -- does anybody need a break? We will take a short break since the jury is out.

(Whereupon, a short recess was held.)

(Whereupon, the following was heard in the presence of the trial jury.)

THE COURT: Mr. Rozelsky.

CROSS EXAM CONTINUED

BY MR. ROZELSKY:

Q. Ms. Petrasch, we were talking about different meetings where you identified potential candidates. We were talking about it specifically with regard to MC when Dr. Englehorn and the first-line leaders would meet to talk about potential people coming up to level two. And I think you said that you also had meetings with your first-line leaders to talk about people who should come from level four to level three; is that correct? Or to just management roles?

A. Let me think. I think we would talk about, that

is correct, so I would talk with my people about people could make the step up.
Q. You answered some questions earlier about a chart that had other potential I think called back-filled positions that maybe Ms. Dawsey was listed for, I think one was in logistics, one might have been in export. And I think it was a reference, you were talking generally about organizational charts and succession planning, correct?
A. Yes.
Q. And you talked a little bit about a lady named Claudia Koepnick.
A. Yeah.
Q. She is with AG in Germany?
A. BMW AG, yes.
Q. So, at the same time that people at MC are identifying succession planning within MC, are all of the other plants and MG doing the same thing?
A. They are doing the same thing.
Q. And we have heard a lot about international candidates. Did you and Ms. Dawsey ever talk about her being an international candidate?
A. We talked about an international assignment, but Kelly said she would not do it.
Q. Is that why you thought maybe the PZ position at

Plant Spartanburg might be a good role for her to broaden her scope?
A. Yes. I saw also the PZ function would be because you are more working on a framework, so on a strategic -- on the strategic side. This is why I thought maybe it would be a good function for her.
Q. But was that because it gave her exposure to other leaders who could see her leadership skills?
A. It was exposure to -- it was on development, so you would get more broad experience because you do not only run operation, you also work on strategic topics. And it is, for sure, also an exposure to other managers, higher level managers would see her.
Q. And other managers see who is doing well in different departments, right?
A. That's correct.
Q. That is why you made the comment about Corey Epps, didn't you want to keep him in HR because other managers were already talking to you about pulling him into roles in their department?
A. This is correct.
Q. So, if somebody -- if you have got a succession plan at MC and you plan on Corey Epps being in a role for a certain period of time and somebody else comes in that what I would call poaches them, takes them away,

that leaves a hole for you, correct?
A. That's correct.
Q. So, is that why you were communicating with Ms. Koepnick in Germany to say if we take Eva Burgmeier, if we take Eva, does that mess up your succession planning? Is that the conversation you were having?
A. It is a conversation because she will need a backfill for Eva.
Q. You didn't need to ask permission to get Eva, you were notifying Claudia so she could figure out the backfill?
A. This is correct. So, if the decision is made, she would need to figure out how she would handle her vacancy.
Q. And when level ones move around the world, is it unusual for them to bring on somebody that they have identified as an up-and-coming leader to broaden their Horizon on an international assignment?
A. No, it is very common to do, though.
Q. I think you said you were with Knudt Flor in China and he identified you and brought you to Plant Spartanburg, correct?
A. That's correct.
Q. And so the fact that Dr. Englehorn may have crossed paths with and understood that Eva was an

up-and-coming leader, it is not unusual for him to suggest, let's -- can we find a spot for you in HR in Spartanburg?

A. No, it would not be unusual.

THE COURT: Sir?

MR. MURPHY: Your Honor, I object on the foundation. Now he is getting her to testify as to Dr. Englehorn's regular practice when the two crossed paths. He wasn't even there much when she was there, but now she is testifying as to his -- Dr. Englehorn's usual practice and what he was doing. He has laid no foundation she has knowledge.

MR. ROZELSKY: Your Honor, I will withdraw and move on.

THE COURT: Thank you.

CROSS EXAM CONTINUED

BY MR. ROZELSKY:

Q. You said this causes a chain and I think in English we would call it a chain reaction?

A. That's correct.

Q. If you take one person out, other people have to move around and it causes lots of planning issues and timing issues, right?

A. That's correct.

Q. The role that Ms. Dawsey filled in TX-60, I think

you said, had a fair amount of interaction with Germany, correct?
A. Yes, it had a big part of information sharing with Germany.
Q. And in your experience with Ms. Dawsey, was she generally the one fulfilling that role with Germany or was it some other specialist down below her on her team?
A. For most of the time, Kelly used Stephan Dombrowski, she hired him in her team, he was a German so he could speak German and read German, and he did most of the German part with BMW AG.
Q. And when we were talking about aspects, such as the HR information system software, that those discussions with Germany took place?
A. It was HR system, it was IT system, it was planning and steering issue, so we had more topics to talk with Germany within this framework.
Q. Did AG direct the day-to-day work being done in the HR department at MC?
A. No.
Q. Did AG, in your three-, four-and-a-quarter years as the Vice President, did AG ever make a single decision about personnel in TX-6 Department at MC?
A. No, not to my knowledge.
Q. Now, when you talked to Kelly Dawsey about the

changes that were coming in this re-org, you were doing so in what capacity? In what role? Was it as the Vice President of Human Resources at MC?
A. I did it as Vice President Human Resources BMW MC.
Q. In fact, during all of your communications with Ms. Dawsey, your time and her time, all those were you as a representative of BMW MC?
A. That's correct.
Q. So although you had a contract that said your retirement benefits and things might not be messed up from AG, you were acting as an employee and an agent of BMW MC, correct?
A. This is correct.
Q. Did you ever make a statement to Ms. Dawsey that you felt like you were acting on behalf of BMW AG?
A. No, I didn't.
Q. Did AG dictate any part of Ms. Dawsey's work?
A. No.
Q. Did MC have complete and absolute control of its own employment practices and decisions or did AG dictate any of that?
A. No, MC makes the decision.
Q. Did AG dominate MC HR operations in any way?
A. No. As I said, BMW Manufacturing makes decision.
Q. AG shared resources and best practice?

A. Information resources, best practice, that is the best part, but MC made its own decisions.
Q. You had a hundred employees in the HR department?
A. That's correct.
Q. You were trying to take care of the people in Spartanburg?
A. Yes.
Q. Both the Defendant and the larger plant?
A. That's correct.
Q. Part of being a Vice President at BMW is identifying people and helping them move up, correct?
A. People development is crucial for us, yes.
Q. There are lots of reasons why somebody might not be ready to take an international assignment like their kids are in high school and they don't want to uproot them?
A. That's correct.
Q. They have ailing parents, they don't want to go abroad just yet?
A. Yes.
Q. So, if you know that somebody is really not in a position to be an international candidate, do you, as the Vice President of HR, try to look for other ways to help that person's resume get built up so that they can ultimately be considered for other positions?

A. So, yes, you help in each way because interdisciplinary broad experience is important. The international part is also something where if you are currently in a situation where it would not work, then maybe two years later it is different because the kids are not even at home anymore, something happened to your life, so this is not -- this is where you always would help people to get a further development.

Q. We heard about a couple of initiatives that came out of AG, one was called something journey to minus 25 CPU, I am not even certain I understand that, one was an HR Compact. One was a happy New Years memo. Did you feel, as the Vice President of Human Resources at Plant Spartanburg for BMW MC, that BMW AG in Germany was controlling any part of the work you were doing?

A. No, they were not controlling my work.

MR. ROZELSKY: Thank you.

No further questions, Your Honor.

THE COURT: Thank you.

Do you need a break, Mr. Murphy, or are you ready to go?

MR. MURPHY: Thank you, Your Honor.

CROSS EXAM

BY MR. MURPHY:

Q. Ms. Petrasch, your conversation with

Dr. Englehorn when he gave you what he first wanted to have happen in TX-6, that was in August of 2021, correct?
A. We had a conversation in September.
Q. The meeting you had with him when he told you what he wanted to do was during a visit he made in August, right?
A. Dr. Englehorn was on a visit in August in Spartanburg, but we had conversation in September.
Q. You had a conversation in August, didn't you?
A. On his visit we had meetings, yes.
Q. Okay. And it was in that August meeting he brought up Eva Burgmeier?
A. Maybe we talked about the name, he gave me the decision that he wanted to work with Eva Burgmeier in September.
Q. It was the August discussion where he told you that he was comfortable with a local as head of HR and he wanted to bring in Eva Burgmeier as a bridge to Germany?
A. I call it correctly, it was September.
Q. I'm sorry?
A. When we made the decision.
Q. I am asking you in August is when he made that statement?

A. I cannot recall.

Q. Okay. Well, I will let you take a look at this if it helps you refresh your recollection. Do you recall, you have probably reviewed this, your deposition?

A. Yeah, I did.

MR. MURPHY: May I?

THE COURT: Yes, sir.

You may open that, ma'am.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. If it helps you, I understand we are talking years ago, we are talking about months that are adjacent to each other, I understand the confusion. If you would look at page 126 and just review the answer you gave, you don't have to read it out loud, I will ask you to review it and then I will ask the question again if that helps you maybe we can get there quickly?

THE COURT: What page did you say?

MR. MURPHY: One hundred twenty-six (126).

THE WITNESS: Did you say 126?

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You will see along the left there are line numbers?

A. Yeah.
Q. Gave an answer beginning on line 4 that ends up on line 18. If you will review that to refresh your recollection.
A. This is correct.
Q. Let me go back to my question. When Dr. Englehorn came and told you that he was confident to work with a local TY, so head of HR. He also wanted somebody who could act like a bridge to Germany and that is when he brought Eva up?
A. He brought the name Eva up, yes.
Q. That was in August?
A. This was in August.
Q. He didn't start as President of BMW MC until September, right?
A. That's right.
Q. He was, at this time, he was BMW AG?
A. This is correct. As I said, we make the decision in September. It was not a decision, he brought the name up. He said he worked with Eva together.
Q. He didn't say he worked with her, he said he met her?
A. This is where he brought Eva up, this is what I said. But the decision was made in September.
Q. I understand, but you understand what your prior

testimony was, too, right?
A. Right.
Q. Now, you were asked a bunch of questions about level one and level two, and I would like to show you a document that is already in evidence. I am showing -- I am not connected, Ms. Rutgers.
THE CLERK: You are on my end.
MR. MURPHY: You know why? I have the wrong cord. This is already in evidence, Your Honor, I will just go ahead and put it up.
THE COURT: Which one is this?
MR. MURPHY: Plaintiff's 2, Your Honor.
THE COURT: Thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. You were asked about who Dr. Englehorn or who the President is at a particular time, spends their time with, and you mention the direct reports, right?
A. Yes.
Q. If we look on this chart, that is this level, right?
A. This would be the direct reports.
Q. That is also called senior management, right?
A. That is right, senior management.
Q. Those are the executives of BMW AC, right?

A. Yes.
Q. Let's talk about succession plans. Remind me what years you were in TX-6.
A. From January 2018 was my starting date and my ending date was March 2022.
Q. Okay. So let me show you a document we marked Plaintiff's exhibit 48.
MR. MURPHY: A version of it -- part of a version is in. Your Honor, we offer without objection.
THE COURT: So moved.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. By the way, Ms. Petrasch, we are showing you things screen by screen, if you need to see a whole document at one time before you answer a question, let me know, we can get it to you in a paper form, too.
A. Good.
Q. I think sometimes it is a little unclear, we show you one thing at a time, if you need to see the whole document at one time let me know.
A. All right. Thank you for that.
Q. Do you see the date on this?
A. Yes.
Q. That is while you were Vice President, correct?
A. Yes.

Q. I will take you to the second page, we have seen this before, right? These are the people in the managers or the level threes and level fours of TX-6, right?

A. This is correct.

Q. And Kelly had no role in creating this document, did she?

A. Kelly -- can you say again?

Q. Ms. Dawsey didn't have any role in creating this document, did she?

A. No.

Q. In fact, it was not even shared with her, was it?

A. The document is shared with TX-61 because this is HR management, but the results is what we discuss in our one-to-one meetings.

Q. So, this is a document from TX-61 or Mr. Epps's group?

A. That's correct.

Q. Okay. And do you see here where people are designated by domestic or international?

A. Yes, I see this.

Q. So, those are -- those aren't designations Kelly Dawsey put on this document?

A. No, this was 61. To show domestic or international it should only help because sometimes the

names are so that you cannot really see who is what, who is here on an international assignment, this is what it meant to be.

Q. Okay. And if we look under this one department here.

A. Yeah, yes.

Q. Mr. Sinanian -- am I saying Sinanian?

A. Sinanian.

Q. Sinanian.

Madame Court Reporter, that is S-i-n-a-n-i-a-n.

We see an empty box called expat, right?

A. Yes, that's correct.

Q. That is a job that is put on there for an expat?

A. Could be.

Q. And expat is short for expatriate?

A. This means if you would go on an international assignment then we would call you expat.

Q. You are an expat when you are in a foreign country?

A. That's correct.

Q. And all of the other boxes on this chart are coded blue, right?

A. They are coded blue.

Q. Which means domestic, right?

A. All these candidates are U.S. candidates, yes.

Q. Now, if we look at these candidates while you were the Vice President and you are an expat, right, while you are here?
A. I was an expat, correct.
Q. All right. So, while an expat is in TX, everybody listed for TX-60 is a domestic, correct?
A. All people we have on this list, yes.
Q. Okay. Now, as you said, Dr. Englehorn arrived in September of 2021; is that correct?
A. September 2021, yes.
Q. So let's go to September 2021.
A. But maybe I can say something to this succession planning document. So, if we would go back to this document.
Q. Just a minute, ma'am. Takes me a second to get back there. If you want to explain an answer, you are free to. So, I was on Plaintiff's 48. Tell me if I got the right document, the record has to be clear, if the transcript says here, there --
A. I want you to go to this page, page 12 of the document.
Q. Just a second. For the record, we are looking at Plaintiff's exhibit 48, and we are looking at BMW MC 1192, which also has a page 12 on it. If you wanted to say something, I am sorry.

A. Thank you. This -- we just talked about succession planning. And we said every entity would do a succession planning, so this is what you see here is the BMW MC succession planning. So this is MC, this is our succession planning we did, but also the BMW AG did the succession planning with their candidates and they are not listed here. So, this is not a total list of candidates, this is candidates that we considered here within MC.

MR. MURPHY: Now, I am going to go to Plaintiff's exhibit 37, it is offered without objection, Your Honor.

THE COURT: Thirty-seven is admitted.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Ma'am, you see this is an email from you to Ms. Koepnick dated September 23 of 2021, correct?

A. That's correct.

Q. And we have seen a version of this on your direct that was in another exhibit, and you already told us that Ms. Koepnick actually created this document, right?

A. That's correct.

Q. So, that wasn't TX-61?

A. No, it wasn't TX-61.

Q. This document was sent, as we just said, shortly after Dr. Englehorn arrived in Spartanburg?
A. In September, we sent the document in September, yes.
Q. Shortly after Dr. Englehorn arrived?
A. Dr. Englehorn took over the TX-60 position in September, and after that we wrote this email, yes.
Q. That is all I was trying to get at, ma'am.
A. Uh-huh (affirmative response).
Q. And Ms. Koepnick, she led HR issues for all of BMW Group, correct?
A. That's correct.
Q. And at this point you knew your successor in TX-6 was Sherry McCraw, a domestic?
A. In September I knew that.
Q. And the top of this is number 47, Madame Court Reporter, that word is, you will have to say it for me.
A. Nachfolgeplanung.
Q. You have never been successful in teaching me German, so you have had some fun with it.
You are also going to hear, I think I went through Dr. Englehorn on this yesterday, from time to time you are going to hear me call out a number when we get a German word, we have a spelling list for the court reporter, that is what I am doing, it is not part of my

question?
A. Okay.
Q. So, in September of 2021, this is a succession planning document, is it not?
A. This is a succession planning document, that's correct.
Q. And if we go now after a domestic becomes TX-6, we see everybody discussed for TX-60 is German, don't we?
A. Here you have listed the German candidates because, as I tried to explain before, so the document was created by Germany, so PM 6 Claudia Koepnick was creating this document. And we didn't have other candidates on the list because we talked about this list only showed the German candidates on that list. She created that list and she had only her candidates on that list.
Q. BMW AG created a listed that consisted solely of German candidates?
A. Ideas, which candidates could takeover this position, that's correct.
Q. Let's be clear on this, and I know I am not saying her name correctly, you know that, but please allow me to say Ms. Burgmeier because that is how I have been saying it for four years?

A. Burgmeier. Burgmeier is correct.
Q. She is German, right?
A. Eva Burgmeier is German, right.
Q. And Alexander Seefelder, which is number 34, ma'am, he is German?
A. He is German, yes.
Q. So, the only two people that BMW -- the only two names that BMW AG gave you are Germans?
A. Because it was only the German part of the list.
Q. So, before we had a domestic TX-6, we only have a list of Americans, and after we have a domestic TX-6, we only have a list of German candidates, right?
A. No, this is not correct because this is a different list. One list is what we created within MC with our MC candidates, and the other list was what Germany created with their German candidates. You need to combine both lists and then you have a total list. This is -- this is parts of -- this is only parts of a succession planning list.
Q. I understand, I heard you say that on direct, and that was going to lead me to my next question because you talked about a combined list, and you were involved in this case back when it first started, right?
A. What do you mean with?
Q. You participated in discovery process and all of

that, gave a deposition, and reviewed all of the documents during the lawsuit, right?

A. Say it again, I do not know what you exactly mean now.

Q. Well, let me just do it this way. Where is this combined list?

A. We do not have a combined list. Succession planning document is for us something where you collect names, these are ideas. We also could have other candidates, so this is a list of ideas of candidates, which you could consider on a short-, mid-, or long-term could fill a TX-60 position. And it does not even need to be one of these candidates because if somebody would have a different position, then you would not even -- he would not even or she would not even be available. This is how you need to see a succession planning list. This gives you ideas in a situation and it is also always important when you have a vacancy because I do not need to -- I do not need to discuss candidates if I do not have an open position. And this is why the list -- these are the names we got from Germany, and this is the document from Germany. This is why they didn't have any other candidates on the list.

And by the way, this is my last sentence, our U.S. candidates, they did -- was more on a mid-term

because they didn't have the validation to go into a function level three, all the candidates were listed on our list was mid-term candidates.
Q. Okay. So there is no combined list?
A. No, there is no combined list.
Q. And Eva Burgmeier never appeared on a succession planning list created by BMW MC did she?
A. No, because we focused on our BMW MC candidates.
Q. And you say Germany only listed German candidates?
A. They had a list with German candidates would be willing to do an international assignment, yes.
Q. That is not really true, is it, because look at the rest of the document. This list that Ms. Koepnick created --
A. Uh-huh (affirmative response).
Q. -- every other position has Americans in it, so this is not just a list of Germans, is it?
A. This list, at the time we created this document or Germany created the document were after September, they used an old format, this is why this June used the first column where they discussed the 60 position. And as I said, I sent in September all of this information how we would run the organization over to Germany, and this is why Claudia Koepnick brought all of the information on one sheet together.

Q. Let me do it this way. Kelly Dawsey is listed there, she is an American, right?
A. Right.
Q. Corey Epps is American, right?
A. Yes.
Q. Scott Medley is an American, right?
A. Yes, that is true.
Q. So, Ms. Koepnick did not list any international candidates for any position other than TX-60?
A. She did not mention other candidates because we -- she gave me only the candidate she had or she wrote down only the candidate she had for BMW MC.
Q. And Mr. Epps was your guy at BMW MC for succession planning, wasn't he?
A. That's correct.
Q. And you never got any advice from Mr. Epps about bringing Ms. -- my apologies -- Burgmeier to Spartanburg, did you?
A. No.
Q. And there are no documents, of all the documents in this case, in which anybody is proposing bringing an expat from Germany into TX-60 until TX-6 became domestic, is there?
A. Say it again.
Q. Before the decision was made to change TX-6 to

domestic --
A. Uh-huh (affirmative response).
Q. -- Ms. McCraw?
A. Yeah.
Q. There isn't one single document proposing that an expat from Germany come into the TX-60 position, is there?
A. That is not correct because you just saw June, what was the document before maybe if you could go back, this was June, what was it, '21.
Q. No, it was a 2020 document, but I will show it to you again.
A. The document you just showed me from Ms. Koepnick.
Q. Okay. I will put that up for you.
A. This is the one where you had candidates, international candidates on the list.
Q. That is from September.
A. That's correct, but it was still TX-6 at that time.
Q. But a decision had been made to go to a domestic in TX-6 by that time, we just went over that. By the time you sent this, Dr. Englehorn was there and your replacement had been announced?
A. That's correct. You saw it. You know that they discussed in Germany. The first column was Eva

Burgmeier and Alexander Seefelder was a discussion they had in Germany, it was July 2021. So, they had already international candidates on the list. And it was a list, they didn't even know if Sherry would be the one -- who else would takeover the TX-6 function, but they had international candidates on their list.

Q. The only list we saw, and you saw on direct, where a proposal was made early on had Kelly Dawsey going to 61, that was your proposal, yes?

A. That was my proposal, but this was September. There we are talking September. And in September we had the decision from Robert Englehorn that he said he wanted a successor for TX-6 for -- he wanted to have Sherry and that he would like to have Eva on board in the HR team.

Q. And prior to Dr. Englehorn giving you Ms. Burgmeier's name, you had never made a concrete proposal to move Kelly Dawsey out of TX-60?

A. That is also not correct. We had Kelly on our succession planning, you remember where we had Kelly's name up for PZ in Technical Planning, that is what I just explained. Had her on succession list for other jobs, but we couldn't do a move because there was no vacancy there where we could bring Kelly.

Q. Without a vacancy, there can't be a concrete

proposal to move her, right?
A. All the positions we had listed were not vacant, so this is why we couldn't, you know, execute the move.
Q. If you would open your deposition to page 139, please.
A. Yes.
Q. I will start reading my question from -- on the last -- beginning on the last line and I will ask you just to read the answer you gave, line 25.
"Prior to Dr. Englehorn giving you Ms. Burgmeier's name, did you ever make a concrete proposal to move Kelly Dawsey out of TX-60?"
What answer did you give under oath there?
A. I gave "no." But you asked me about concrete proposal, so this means, for me, in my world, this means so we had a vacancy, and this is where we would bring Kelly in. But this is what I just explained, we had an idea list, this is where we had all of the ideas on the list, but we did not have an open position, and this is why I cannot make a concrete proposal because there was nothing where I could move Kelly in. And we had Kelly on several succession lists.
Q. But I wasn't asking about succession lists, you

understand what I was asking you, right?
A. You asked me about, did you make a concrete proposal to move Kelly out of TX-60? And I could not make this proposal, this is what I tried to explain because we had no open position for her.
Q. And during your tenure as Vice President of HR in Spartanburg, none of your function level three or function level four managers ever moved to another technology, did they?
A. My function level four managers, my directs? What do you mean? My direct reports or everybody because we had also in the department function level four managers.
Q. I will get you something to clarify it here. This is already in, I'm pretty sure, Your Honor, Plaintiff's 18.
THE COURT: It is in.
MR. MURPHY: Thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Let's make sure we know what we are talking about. What word would you use to call these, would you call them direct reports?
A. These are my direct reports, yes.
Q. So, while you were Vice President here in

Spartanburg --
A. Yes.
Q. -- none of these individuals, your direct reports, ever moved to a technology, did they?
A. Paul Sinanian TX-65 was before Ryan Childers. This was already during my time, and Ryan went into on a project into Kelly's team. And Paul Sinanian came from technology, came from the Quality department, and took over vocational and training. And he also took over we built our new training center and he was clear and said, I would like to run, you know, this project for you. And Paul came into our organization.
Q. Okay. And we may not -- I may not have asked this well. I am not asking whether anybody here had ever worked in a technology, I am asking whether any of these people, during your tenure, ever left the HR department for another department?
A. No, not during my time.
Q. Okay. Now, with respect to the selection of Ms. Burgmeier, you didn't interview any other candidates for TX-60, did you?
A. No, I didn't because Robert gave me the task to work with Eva and this was, Eva, my first interview.
Q. But you really weren't interviewing her to hire her, that decision had already been made, right?

A. It was not to get her into the TX-60, this decision was made to get her over on an international assignment, but it was not clear which position she would take.
Q. And you testified on direct, you asked her about her experience, but you never asked her about her experience with such things as dealing with OFCCP, did you?
A. No, I didn't.
Q. You never asked her what she knew about ERISA, did you?
A. No, I didn't.
Q. You never asked her about her experience in dealing with the federal government or the South Carolina state government, did you?
A. No, I didn't.
Q. You didn't even know if she had ever been to the United States before, did you?
A. This was correct. So she was one year, I think it was a high school year here, but it was not a working experience she had for U.S. but again we are talking about the Department Manager level, so you have a team with a lot of experts within the team, you have a whole infrastructure where you work really this governmental affairs, there is communications on all of these topics

you just mentioned.
Q. Ms. Burgmeier didn't have technical expertise in things like dealing with the OFCCP, did she?
A. Ms. Burgmeier had -- she had a lot of different jobs within the BMW Group AG within HR for planning and steering, for grading, for comp and ben, so this is what she did all in AG.
Q. Nothing with OFCCP?
A. Nothing with OFCCP.
Q. No technical expertise as to dealing with ERISA issues, did she?
A. No, she had no experience so far.
Q. You talked about this importance of moving to the technologies and what the technologies were, Ms. Burgmeier had never worked outside of the P Circle, had she?
A. She had -- she worked outside the P Circle because in the BMW Group AG, you can work in a plant, in the production plant, this is what we have here. For example, we have more plants in Germany. And you can work in a central function. So, this is a totally different ball game where you are because you stay in the T division or you stay in the P division.
Q. Okay. Let me put it this way then: Ms. Burgmeier's experience at BMW has been solely within

Human Resources?
A. That's correct, yes.
Q. Just like Ms. Dawsey, right?
A. That's correct.
Q. And Ms. Burgmeier was here for about four years; is that right?
A. I don't know, I left. But you would need to ask Sherry when she went back.
Q. But she is a Vice President now, isn't she, Ms. Burgmeier?
A. Ms. Burgmeier, she is on the level Vice President, yes, correct.
Q. So, she didn't have to move to another technology to become a Vice President, did she?
A. She -- so she was on an international assignment, this was here in BMW MC, so she had that. And she worked within HR for all of technology. So, she was a business partner for our development division, so she had to get into the meat of development for car development because she had to handle the people. And as a HR business partner, it is where you are also concerned about the technologies about where do they need to go, where do they need to focus?
Q. I'm sorry, did I cut you off?
A. This was, for my part of this, was an excellent

view into another technology.
Q. And you are referring to her time at TX-60?
A. No, I am referring to her time, as you can see it in her CV, I think it was where she was as a specialist or manager for the E division, we call it E division, this is our development department.
Q. It is all within HR?
A. Yeah, this is HR.
Q. You talked about the technologies before and you talked about logistics, she never had to go to logistics, did she?
A. No.
Q. You mentioned paint, she never had to go to paint, did she?
A. No.
Q. You mentioned body, she never had to go to body, did she?
A. But, you know, to get broad experience is what you can do within HR because we have plenty of other jobs like, for example, a 61 job where you do HR management or a 64 job where you do food. Food is not core knowledge of food service, or occupational health, or gastro, so this is completely new. Our safety is also not a core HR function, but you can gain broad experience within HR if you do several fields of HR and

you can get it if you move cross function over from one technology to another one.

Q. She never worked in body, did she?

A. No.

Q. She never worked in assembly, did she?

A. No.

Q. She never worked in quality, did she?

A. She worked for the development department.

Q. In HR?

A. In HR, but nevertheless.

MR. MURPHY: I want to talk about TX-64 for a moment. I want to show you, I don't believe this is in yet, Your Honor it is Plaintiff's 41, offered without objection.

THE COURT: Admitted Plaintiff's 41.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Ms. Petrasch, do you remember this document?

A. Yes, I remember this document.

Q. Okay. This is an email you sent to Barbara Burghardt, number 5, and Claudia Koepnick, number 22, correct?

A. This is correct.

Q. And you are discussing filling the TX-64 position, right?

A. Yes. We said, how would we follow up this TX-64 position?
Q. This is after you learned that Ms. Dawsey was resigning, isn't it?
A. That's true.
Q. So, in January of 2022, you write to folks at AZ (sic), and you tell them with respect to that, this will certainly only be an FE 4 function; do you see that?
A. You would need to see the whole paragraph, you would need to translate it the whole paragraph, otherwise you would take only a piece of it, it could lead to a wrong interpretation.
Q. Ma'am, didn't you say that? This will certainly be an FE 4 position?
A. No, I didn't say it. Maybe I can explain it to you.
Q. Well, no, you have already explained it to me.
A. But we are talking about a version A and B and two possibilities and this is why I would think I would need to explain.
Q. Let me go to your deposition, let's get the answer, and then if you want explain more you can. Let's go to page 31.
MR. ROZELSKY: Your Honor, objection. It is improper impeachment. She is trying to finish a

sentence and he cut her off in the middle of her answer.

MR. MURPHY: Whatever you want to do, Your Honor, I asked the question.

THE COURT: Finish your answer, if you will. Did you want to say anything else about your answer?

THE WITNESS: Yeah.

THE COURT: Okay. Go ahead.

THE WITNESS: So, what we described in this email was the situation that Kelly would not take the 64 position, the 64 position was open. This is where I told you that I tried to find, you know, the right way to do things with 64. And this is why I had the proposal that we would put Scott again into the 64 position this is what we -- what I explained before. And then we talked about, you know, and this is the last paragraph Mr. Murphy just brought up, we said, in future we would have two possibilities to work on that because, you know, we still wanted to have Scott into -- in our project. And we said maybe we could get an external candidate because we didn't have a Department Manager who could do it or we would need to do a reorganization again. And this is where we then talked about, if we talked about the reorganization, a new structure again, this is where I said, maybe then we would go with the master structure and maybe it would

change then in a different grading.
Thank you for listening.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Okay. And I asked you about this paragraph in your deposition, right?
A. You asked me about this specific phrase.
Q. It is about --
A. Out of the context.
Q. It is about nine-fifteen at night for you right know, isn't it?
A. Yeah. It is late, I would say.
Q. We appreciate what you are going through.
But if we go to page 31 of your deposition, ma'am, where I asked you the question, and I will begin on line seven.
A. Thirty-one?
Q. Page 31, line seven.
A. Line seven uh-huh (affirmative response).
Q. I said:
"On the same paragraph it begins for TX-64 there are two possibilities, tell me if I am reading it correctly. You gave an A possibility and a B possibility.

And then you give a parenthetical
that says, this will certainly only
be an FE 4 function."
Your answer was?
A. Yoo-hoo. This is what is written down.
Q. Well, it says u-h-h-u-h, or uh-huh, right?
A. But you tell me to say what is written down, that is correct. But you didn't talk about the whole topic, you only took this part out of the paragraph.
Q. And I am going on, my question was:
"Do you see that?"
And your answer was what?
A. I said "yeah," because it is -- you are correct, it is written down that maybe that it is a function level four, but the part is missing, the part when would it be a function level four because this is what you didn't ask me. And this is what we didn't talk about it in my deposition. And this is what I just tried to explain. So, if we would do again a reorganization, then it might be that we would get it on a lower level and maybe could get a candidate.
Q. Okay.
A. Good.
Q. Now, you testified on direct that you were shocked that Kelly resigned, did I get that correctly?

A. Say it again, sorry.
Q. You testified you were shocked that Kelly resigned?
A. Yeah, I was shocked.
Q. Were you really?
A. Yeah.
Q. Okay.
Q. This is Plaintiff's 39, I don't believe it is in yet.
A. Yes, I know this document.
MR. MURPHY: I don't think it is in yet.
THE COURT: Plaintiff's 39 exhibit is admitted.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. And you wrote this email to Karl Hacker, he is at AG, right?
A. Yes.
Q. You wrote it on January 4th, 2022?
A. That's right, one day after Kelly's resignation.
Q. Exactly. And you are talking about Kelly's resignation in this, aren't you?
A. Yeah.
Q. You tell him, "Sherry and Kelly doesn't work"?
A. That's correct.
Q. Now, you testified on direct that this had

something to do with compensation matters and the technologies?
A. About relationship between Kelly and Sherry based on the challenges we had for the comp and ben structure and that we could not get qualified people, yes.
Q. And that was an issue where Ms. McCraw, while she was in assembly, was advocating for higher wages for her employees, right?
A. It is just what you would need to talk to Sherry.
Q. Well, you are the one talking about the tension between them, isn't that what Sherry was doing, she was advocating for higher wages for people on assembly?
A. Sherry told us she could not get qualified people, this was Sherry's statement to us.
Q. Right. And that argument wasn't so much with Kelly Dawsey as it was with you, right?
A. No. Why do you think it was with me?
Q. Well, Kelly Dawsey doesn't decide wage rates at BMW, does she?
A. The TX-60 department is responsible to make proposals about the comp and ben structure, rate structure, and so on. So, this is where Kelly made a proposal based on benchmarks, based on the labor market here in the region, this is where she got -- collected a lot of information and brought it to senior management

at that time.
Q. Now, Kelly presented a proposal, but before any proposal was presented to senior management, it goes through you, right?
A. We talked about it that we would go for this document, so we would show the presentation.
Q. And before she can make a proposal on wage rates, she has to go to BMW AG and places like the F circle to get approval for the money to make that proposal?
A. The proposal is we create, and that is for sure, this is what I told you in a big framework, framework for sure, we get guideline and which guideline we would need to stay. But the decision is always with us. And if we wanted to do something different, then we would have written it -- we wouldn't need to write it down, and then we would need to, you know, do it. We decided in BMW MC.
Q. Kelly has to get approval from BMW AG for wage rates, doesn't she?
A. Kelly gave the information to Germany and Germany has a guideline in which guideline she was -- she had to stay.
Q. Okay. And nothing in your email to Mr. Hacker at AG says, I don't think Kelly works out in 60 because there was issues with compensation, it doesn't say

that, does it?
A. No, it didn't.
Q. It just says Kelly -- "Sherry and Kelly doesn't work," that is what you said?
A. Yes.
Q. Okay. And if Kelly had stayed, she would have to work for Sherry?
A. So, to move Kelly was anyhow the plan that she would work for Sherry.
Q. And Sherry and Kelly doesn't work?
A. Look, you need to bring it in a time line. So, at that time it was September, it was end of 2021, this is where we had the discussion with the technologies about the wage situation, comp and ben situation, temporary work force. So, this is where I felt that, you know, they had tension and so together. This is where I was not sure my assumption was -- my assumption that it might be difficult for them to work together because I didn't hear anything afterwards, so Kelly didn't mention I do not want to work with her, I do not want to move to 61, I do not want to move to a 64 function because I heard nothing, it was very, very professional, this is why my -- and I was happy about that. I thought okay, on a professional level, both worked together. And this is why I never had an idea

that Kelly would resign and this is what was at the third of January a shock for me as I got the call with her resignation. So and then I under -- I wrote this on the fourth, one day later, the fourth of January, to the person was responsible at the Plant Dingolfing, so for HR Human Resources as Vice President, so this is where I had to go, to move into this function, we also had to ensure that we have a hand over, this is what we wanted to do in -- during my time in Germany. And this is where we had at that time an exchange because I told him we cannot do it together so I cannot come to you because I have to focus on how could I now the TX-6 team in place because of Kelly's resignation. And this is where I mentioned at that time, yeah, I thought back about the time, and I had the feeling it was right, so it didn't work out. And this is what I wrote him.

Q. Kelly was always professional, wasn't she?

A. Yes.

Q. So, let me go to page 163 of your deposition. I will start on line 7, I am going to read from the beginning with the word "so." And I am going to finish on line 15, I would like you to follow along and make sure I get this right. This is the sworn testimony you gave some time ago:

So, the relationship between Sherry

and Kelly was something, for me,
which I didn't know if this would
stay on a professional level if they
could work together because this was
the point where Kelly realized or
was a direct report to -- would be a
direct report to Sherry. And this
is what I could not -- I had no --
it was difficult for me to judge if
this would happen or not."

That is what you said under oath before, right?

A. Yeah.

MR. MURPHY: Your Honor, may we approach?

THE COURT: Yes.

(Whereupon a bench conference was held on the record in the presence of the trial jury, but outside the hearing of the trial jury.)

MR. MURPHY: Your Honor, I am trying not to say anything in front of her or anything to upset her, but these long colloquies are not responsive to the questions. We are getting late in the day, I have got a lot to do. I know they want to get her out of here. So what I am requesting is if the next time it happens, I don't know if you want me to object non-responsive or if you could just give her a little, just answer the

question, something because she said, may I explain the answer and I said yes, and I didn't stop her. A lot of these answers are not answers to the questions. If we had all day, I would let it go as long as you want to let it to go, but we are going to bump up against father time here I think very quickly. I don't know how you want to handle it. I didn't want to create an issue for you in front of the jury.

MR. MCCOY: Mr. Murphy should ask better questions.

THE COURT: Well, you know, I think there are a couple of things going on. I think one there is the language barrier, to some extent, and I think she is trying to clarify some of her responses and give context. So, as long as she is trying to give context to the answers or explain what she meant, I think I am hard-pressed to cut her off. And I am a little worried about this if I jump in and cut her off I don't want to give the jury some impression that I am in some indirect way commenting on her testimony. So if you feel she is going way beyond the substance of your question, if you want to politely say, ma'am, if you would just listen to my question and give me an answer and then if she says, well, I need to explain it, I am going to be hard-pressed not to let her.

MR. MURPHY: I understand. I am just letting everybody know I don't want to do anything, I don't want to look like I am beating up on her. I agree with you, she really wants to explain some stuff, she should be allowed to do that. She is explaining before she answers and I think I get the answer and then the explanation. When she has done that, I haven't said anything to her, yet I am just letting everybody know time is -- clock is swinging against us.

MR. MOODY: What are you telling me? You think you will need her Monday, is that what you are saying?

MR. MURPHY: I don't know.

MR. MOODY: Okay.

MR. MURPHY: I am concerned about that because --

THE COURT: She have a flight scheduled tonight or today?

MR. MOODY: How long do you think you need her?

MR. MURPHY: Very hard for me to say at this point.

MR. MOODY: We are lawyers, do you have a guess, is it going to be two hours?

MR. MURPHY: I can see one. So many of the questions take forever and some of them blow right through. Some give me an answer right away.

MR. MOODY: You are doing really good not

answering, do you think it is an hour?

MR. MURPHY: Isn't that annoying? That is the truth, that is what we do.

THE COURT: Nobody is going to hold you to it.

MR. MOODY: We --

THE COURT: It is 3:30, if we have to go past five, we will go past five tonight. If we can wrap her up, I would really like to wrap up her testimony.

MR. MOODY: That is why I ask for the gauge.

MR. MCCOY: If you want to stop -- let me make a suggestion, I hate to, we could go on a five-minute break, and while the jury out of the room, maybe you could just -- not admonish her, but talk to her.

MR. MURPHY: You can talk to her.

THE COURT: You okay with him talking to her?

MR. MURPHY: Not me, but him.

MR. ROZELSKY: Your honor that is why I was leading just trying to move this on.

MR. MOODY: Murphy doesn't need to talk on the emails, don't read the emails.

THE COURT: All right. We will take a five-minute break and Mr. McCoy and Mr. Moody can have a conversation, she probably has some interest in wrapping up.

MR. MOODY: Yes.

MR. MOODY: Thanks for recognizing the time difference, it is late for her.

(Whereupon, the bench conference concluded and the following was heard in open court.)

THE COURT: Members of the jury, we are going to take a short break, five or ten minutes, and then we will come back and resume. Everyone remain as you are while the jury is excused.

(Whereupon, the following was heard outside the presence of the trial jury)

THE COURT: Ma'am, you may take a break as well, and during the break, by agreement, you are able to speak with your attorneys or the attorneys for --

MR. MCCOY: I will not talk about testimony.

THE COURT: -- BMW MC.

(Whereupon, a short recess was held.)

THE COURT: You may bring the jury back in.

All right, Mr. Murphy.

MR. MURPHY: Thank you, Your Honor.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Ma'am, I want to move now to this, to an issue with Mr. Epps. And you talked about Mr. Epps's personal grade promotion; do you recall that?

A. Personal promotion.

THE COURT: This is Plaintiff's 30?

MR. MURPHY: I'm sorry, Your Honor, I wasn't, if I still that had that up.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. And you were the one who promoted Mr. Epps from personal grade from 11 to ten?

A. It was my suggestion at our portfolio round.

Q. And the position Mr. Epps was in at the time was TX-61?

A. That's correct.

Q. I will show you Plaintiff's exhibit 29.

MR. MURPHY: If it is not in yet, it is in without objection.

THE COURT: Admitted.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Can you describe this?

A. This is a job function data sheet.

Q. What is the date?

A. It is dated here, the revision date is October 24 of 2021.

Q. And at that time, what is the function level of the position Mr. Epps had?

A. Here it mentioned function level four.

Q. And when you proposed promoting Mr. Epps into function level 11, Ms. Dawsey raised a concern about that, didn't she?
A. That's correct.
Q. And her concern was based on company policy, wasn't it?
A. Yes.
Q. Do you recall this document, for the record we are looking at Plaintiff's exhibit 12, it is already in evidence. Do you recall this publication exempt organization structure?
A. Yeah, I can recall this document.
Q. If we go to the fifth page of that, we see that personal grade 11 does not fit with function level four, does it?
A. This is what you can see here on the chart, yes.
Q. I would like you to look at then Defendant's exhibit 21, offered without objection, Your Honor.
THE COURT: I am showing that one is in. It is in.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. And do you recall this email from Monique Sanders?
A. Yes, I can recall this email.
Q. And she says in here:

"In speaking with Kelly, there are some challenges in promoting Corey into 11. The 10 promotion was in September 2020."
Do you see that?
A. Yes, I see it.
Q. The second is:
"The position is not currently graded as function level three, this will be the first function level four direct report to be promoted to 11."
Do you see that?
A. Yes.
Q. Is that true?
A. Yes. Based on the job description you just showed me.
Q. And your response was:
"There is a rule in Germany."
Do you see that?
A. Yes.
Q.
"If there is a position within the next 12 months on the horizon it is no problem."

Right?
A. Yeah, correct.
Q. Now, that rule appears nowhere in the exempt organization structure policy of BMW MC, does it?
A. No, it didn't.
Q. And BMW has never produced a document containing such a rule, has it?
A. We had in the BMW Group a document and a rule, this was part of the framework, and this is where if somebody would take over a function level three position or four position, whatever it is, within the next 12 months, you can go for the promotion if the performance is good.
Q. Is that in a document?
A. I don't know if it is in this document.
Q. So BMW Germany has unwritten rules that override the written rules of BMW MC?
A. No. We were acting in a framework, and as the framework, this was a guideline and we got the approval from senior management. So, for me, senior management is Vice President and org group to make -- can make a decision.
Q. You didn't tell Monique Sanders that, you didn't say I got approval from senior management for that, did you?

A. I didn't say it in the document, but we got it from senior management.
Q. There is not a single document approving of that from anybody other than your email, is there?
A. There is a document where you could see also in my -- where I had my notes on this organizational chart where I said we would put -- plan Corey for October 2021 for the promotion and this is what we got out of senior management.
Q. No, that is not what I am talking about. There is not a single document in which this policy of the company that is a published policy of the company was overridden by anybody in senior management for Corey Epps, is there? There is not an email from Dr. Englehorn, is there?
A. No.
Q. There is not a form signed by Dr. Englehorn or anybody in senior management, is there?
A. No. Didn't have that, but we had confirmation out of the portfolio round.
Q. And that is not documented anywhere?
A. I think it was documented.
Q. Has anybody shown it to you? Have you ever seen such a document? I have been at this case now for four years, have you seen such a document?

MR. MCCOY: Your Honor, I believe she just referenced the document that it was noted in. He is badgering her at this point in time.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Identify the document.

THE COURT: She said it was in her notes.

THE WITNESS: Yeah, I saw this organizational document where you saw we moved certain areas, we moved recruiting into a function into the 64 function. This is where I had on the bottom notes and this is where it is written down already, and this was already discussed in senior management that I planned the promotion for Corey, this is where it was written down.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. I understand you were planning a promotion for Corey.

A. Uh-huh (affirmative response).

Q. But there is no documentation of approving him for a promotion outside of these guidelines, is there?

A. We discussed it in several in senior management. This was already in April as we had the portfolio discussion. I cannot recall exactly, but I think, you know, it is written down.

Q. Do you think it is written down, you haven't been shown that document today, have you?
A. No.
Q. Well, your lawyers will get a chance to ask questions after they can show you the document if such a document exists, okay?
A. Okay.
Q. But after you sent that email where you say there is a rule in Germany -- Your Honor, this is Plaintiff's exhibit 21. I don't know if it is in yet or not?
THE COURT: 21 Plaintiff's is in.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Do you recall sending this text message to Ms. Dawsey?
A. Yes. I recall that.
Q. So, instead of replying on an email with the answer you just gave, that would be on an email server and the company records, you sent a text to Ms. Dawsey, correct?
A. That's correct.
Q. And you wrote:
"Wrote that Corey email for you to be safe in audits."
Right?

A. That's correct.
Q. Why would she need to be safe in audits if there is a rule that allows you to do what you are doing?
A. Because we had BMW MC, and as I said, we had this framework. In the framework it was mentioned that you can do this. And this is why I try to because Kelly didn't have this framework, this is why I said, Kelly, it is fine, go ahead. You have my back on that so I will tell you you will be safe also in audit.
Q. All right. Let's talk about this idea that people need to move around. Corey Epps never worked a day outside of TX-61 while he was in HR, did he?
A. Corey was in within HR at least during my time, he was in the 61 department, that is correct.
Q. And only the 61 department?
A. During my time, yes, I cannot say before.
Q. I understand, and that is fair, but are you aware that he had worked for four years in TX-61 before your time?
A. I know that he were working in the 61 department, as I mentioned, so Corey moved around, he had, he moved in different areas.
Q. But within HR?
A. Uh-huh (affirmative response).
Q. He had two stents, right, totalling nine years

in TX-61?
A. On different levels, yes.
Q. And he was never required to move to another department or even another area within HR, was he?
A. So, Corey was, for me, a candidate as I joined as 2018, Corey was on a function level four. And my move with Corey was to bring it up to takeover the TX-61 function, so this is a move from my point of view.
Q. He never moved out of TX-61 in nine years within the HR department, did he?
A. I can only recall my time.
Q. Okay. And within your time he never moved outside of TX-61?
A. That's correct.
Q. But you promoted him anyway?
A. Yeah, I promoted him.
Q. And Corey never went on an international assignment while he was in HR, did he?
A. No, he was not on an international assignment, but we promoted Corey on a function level three level and he got the validation. He did the validation so we also have the process of validation for function level three and Corey passed it.
Q. He did without ever stepping outside the TX-61, right?

A. Yeah.

Q. All right. And you handled the portfolios or presented the portfolios to Kelly Dawsey during your time as Vice President?

A. Yes.

Q. And not once in all of those portfolios do you mention that Kelly needs to go on an international assignment, do you?

A. No.

Q. And not once in those portfolios do you say she ought to go to a technology, do you?

A. No, because the portfolio is the performance, a performance appraisal, is it correct? So you talk about in the portfolio, you talk about the performance of people. In the succession planning you talk about steps where the candidate or your direct reports should go or can go.

Q. Let's look at say the 3019 portfolio.

A. Yes.

Q. If we go to the end of these.

MR. MOODY: Mr. Murphy, exhibit number.

MR. MURPHY: Plaintiff's exhibit 15, already in, Your Honor.

THE COURT: Thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. There are, in fact, places to discuss changing jobs or going international, isn't there?

A. Yeah, that's correct. But you would mention it here if something would be concrete.

Q. And this section, personnel development, that is where you put in what somebody needs to develop themselves on, right?

A. Yeah, but this could also be a training. This would not only be a next development step, so it could be a training so you would need something, so you can mention here everything.

Q. You can mention anything, but you never mentioned that she needed to go to technology or take an international assignment?

A. No because here you do it if there is something concrete. And, you know, in the succession planning, you do it for your succession planning, so there are two different processes we run.

Q. But yet you praised her for being a local model in seeking, learning, and growing opportunities, right?

A. Yes, I did.

Q. She was a role model in that?

A. Yes, she was very good.

Q. She didn't have to change areas any longer?
A. No, she was very good in that.
Q. And you know she has worked in different departments within HR?
A. She worked in different departments in HR, yes, I knew that. I think she worked as a specialist in the 61 area.
Q. Now, we have had some reference I think you have talked a lot about it today, I will spend a minute or two P Circle, tell the ladies and gentlemen what the P circle is.
A. P Circle is our highest HR meeting, so this is where you have the board member for HR with her direct reports together. So, the board member HR is number 16 with her direct reports.
Q. And that would include Ms. Burghardt, Andre Batz number 2, Uwe Bald, number one?
A. No, he was not in the meeting.
Q. Claudia Koepnick?
A. No.
Q. She reported to Ms. Burghardt?
A. Yes, that's correct.
Q. But all of these names I just listed, these are all AG people?
A. They are AG people.

Q. While you were Vice President of BMW MC, you weren't a part of the PC circle were you?
A. No. It is not exactly true, we were part of the extended P Circle, we call it extended, so we had a P Circle, this was the small group. It was the board member with the direct reports and we had an extended P Circle, this is where we all as Vice Presidents were part of the extended P Circle.
Q. Well, you didn't participate in the P Circle meetings, did you?
A. In the P Circle meeting, not in the extended one, yes.
Q. Let me just, and you were very responsive in your answer the way it came across, I am not sure it is clear on the record. Let me repeat what I think you said and you tell me if I got it wrong, I am not trying to suggest anything. I think your answer was, you participated in extended meetings, but not the P Circle meetings?
A. That's correct.
Q. Let's talk about a couple of the other things that this group AG does. Let me show you a document we had marked as Plaintiff's exhibit 22, I believe this one is already in, Your Honor.
THE COURT: Yes, sir, thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. International grading approval committee, you never served on that committee, did you?

A. No, I didn't.

Q. And nobody from BMW MC, to the best of your knowledge, ever served on this international grading committee, did they?

A. To the best of my knowledge, I don't know.

Q. But you would agree that what is being discussed here are BMW MC positions?

A. What I can see here are BMW MC positions, yes.

Q. Let me take you to Defendant's exhibit 13, it is in, Your Honor I did this through Ms. Dawsey.

THE COURT: It is in.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Ms. Petrasch, what is the document that has been entered as defense exhibit 13?

A. It is a job function data sheet.

Q. Okay. And this is discussing that TX-64 position, right?

A. Yes.

A. TX-64.

Q. When Mr. Medley was in, it was called a function

level three?
A. Yes. That is correct.
Q. Let me go to the last page of that, what is this document?
A. This is a document talks about responsibility, competency, and tasks.
Q. That is for the TX-64 position, right?
A. Yes, that's correct.
Q. That is the position in Spartanburg?
A. Yes. It is TX-64, yes.
Q. And who created that document?
A. Creator is our FO Department responsible for work development.
Q. You say our FO Department, who are you referring to?
A. So, FO Department is a central department, which provides guidance for the BMW framework. And we have always one counterpart within every plant, and this was in the TX-60 department.
Q. FO is not part of TX-60, is it?
A. No. We had org development in the TX-6 -- an organizational development was part of the TX-60 development if it comes to BMW MC topics.
Q. My question is where is FO, it is part of BMW AG, right?

A. Correct.
Q. And Eszter Belinszki, number three, is part of BMW AG?
A. She is part of BMW AG, yes.
Q. And FO is part of the F circle or finance?
A. Yes.
Q. Of BMW AG?
A. That is correct.
Q. And you were never a member of the FO circle?
A. No.
Q. Nobody from BMW MC was part of the F circle?
A. No, correct.
Q. Now, at the time Ms. Dawsey left came Mr. Trauth was FO, right?
A. Say it again.
Q. Mr. Trauth?
A. Mr. Trauth went back to Germany, so we switched position. He took over in HR service position and then he moved to FO, that's correct.
Q. And he was responsible for organizational development?
A. That's correct.
Q. He was responsible for organizational development while he was at BMW AG?
A. Yes.

Q. Let's go to Plaintiff's exhibit 26. I don't believe this is in yet, it is offered without objection.

THE COURT: It is admitted, thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Ms. Petrasch, do you remember this email?

A. Yeah, I can remember this email.

Q. You sent this to Ms. Belinszki?

A. Yes.

Q. Number 3.

Ms. Belinszki reported to Mr. Trauth?

A. Trauth, correct.

Q. And what you were seeking here was approval for the organizational structure at MC?

A. What I sent them was a document, this is what 20, 21 organization. I sent it to them to say this would be my review, exactly, this is my document.

Q. We talked about you talked about this document with Mr. McCoy, right?

A. Yeah, that's correct.

Q. These documents right?

A. That's correct.

Q. We have seen that?

A. Yes.

Q. And you were sending it to BMW and it was

confirmed in the FO circle?

A. Yes.

Q. All AG, right?

A. So, the FO circle is AG. And we make the proposal and we send the proposal. We discussed it with the FO circle and then it went into the circle so that we could get alignment for all -- so, again, this is the point where I talk about framework where we have 30 different sites and the confirmation they give us is that it was within the lines, it was within the lines, it was in the framework they decided, yes. We talked about master plans at the beginning, blueprints, and they confirmed that.

Q. So, when you testified earlier MC makes its own decisions, it doesn't make its own decisions alone, does it?

A. It makes the decision, yes. MC is decision-making.

Q. All right. Then, why are we seeing email after email after email requesting approval from FO or the P Circle?

A. This is the part of information sharing. This is living in a production -- in a global production area. We need to get alignment because we had, again, we had 30 sites so that you need to steer the sites so at least

you would go in the same direction. And this is why you get a frame and within the frame you can handle your local business.

Q. It doesn't say confirmed in Spartanburg, does it?

A. No.

Q. It doesn't say confirmed at BMW MC, does it?

A. No, it didn't.

Q. It doesn't say confirmed in TX-6 circle, does it?

A. No. It is confirmed in the FO circle.

Q. In 2021 you were looking at creating a new position known as TX-66, correct?

A. So, where would you see it? No, it is not in here.

Q. I am on a different -- I am just asking you?

A. Okay.

Q. In 2021, you were working on a proposal to create TX-66?

A. Yeah. We had one idea where we were not sure if we should keep recruiting together with 64 based on what we had to do in recruiting, and this is why we had also one proposal to move recruiting out and bring it into a TX-66 function.

Q. You asked Kelly Dawsey to create a draft of the TX-66 position so you could present it to Barbara Burghardt, number five, and Andre Batz, number 2?

A. Yeah, TX-60 organization was responsible for this draft.
Q. You met with Ms. Dawsey and Mr. Batz about this 66 position?
A. I met with them and we discussed TX-66 position, that is correct. I cannot recall if I had both, but I talked to them, that is correct.
Q. And after your discussion with Ms. Burghardt and Mr. Batz, you e-mailed Ms. Koepnick, number 22, correct?
A. This could be.
Q. Okay. I will show it to you if you would like to see it before I ask you any more questions about it.
MR. MURPHY: Your Honor, for the record, this is Plaintiff's exhibit 42. We offer it without objection.
THE COURT: Forty-two (42) is admitted Plaintiff's.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. I am still focusing trying not to click my pen in the microphone. Do you recall this email?
A. Yeah, yes.
Q. And in this email you are telling Ms. Koepnick about the status of the situation after your discussions with Barbara Burghardt and Andreas Batz?

A. Yes.
Q. These are all AG people?
A. Yeah, because I wanted to get their ideas.
Q. You didn't say you wanted their ideas, you state that you are attaching the charts for the discussion in Germany?
A. So, what I did is I also sent them the chart with the review TX-6 organization. I think this was the chart we just saw and we send it to Germany and told them my thoughts about that and how do we want to run the project. You see it is on the bottom, this is where we said we would start with the project, starting the project. I brought in all of the topics I would use. I also talked about an external candidate because we also was looking for new talent. This is what I -- I informed them about my thoughts and proposal.
Q. Okay. My questions are much simpler ones, ma'am.
A. Okay.
Q. The very first sentence of your April 14 email says:
"Attached are the charts for your discussion in Germany."
Right?
A. Yes.

MR. ROZELSKY: Your Honor, I will object because he is apparently translating from German as if it is in English. He just said whatever the sentence was, that is what he thinks it is.

MR. MURPHY: I sat here with many hours while they asked her what something in one of her emails.

THE COURT: Overruled. If Mr. Murphy's question does not accurately depict what is written on the page, the witness can indicate.

MR. ROZELSKY: Thank you, Your Honor.

MR. MURPHY: Thank you.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. And when you say: "Attached are the charts for your discussion in Germany," that is in reference to discussions with Mr. Burghardt and Mr. Batz, correct?

A. Yes.

Q. This discussion that is going on in Germany?

A. Yeah.

Q. Between Claudia Koepnick, Barbara Burghardt, Andreas Batz is about the assignment for Scott Medley in Spartanburg?

A. No, it is not only about Scott Medley, it is about the whole structure. So, what we wanted to do about -- you also see Scott would be a candidate for the

TV 54 job, so it is not only about Scott and his project, it is about everything we planned at that time in Spartanburg.

Q. But it includes the projects for Scott Medley, right?

A. Includes the project, yes.

MR. MURPHY: Let me show you Plaintiff's exhibit 43. I don't think it is in yet, I offer it without objection.

THE COURT: Forty-three (43) is admitted.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. Do you recall this email, Ms. Petrasch?

A. Yes, I recall.

Q. This is another email from you to Ms. Koepnick, correct?

A. That's correct, yes.

Q. And the subject line "personal number 50" is --

A. Number 50.

Q. I know I can't say it right, personalthema, that means PE, or personnel development day, right?

A. No. That is not correct. This means personal, means HR topic, I will relate it with HR topic.

Q. Does PE day mean personal development day?

A. PDD is personal development day. This is

abbreviation for that.
Q. But personnel development day is number 50 or PDD, personal development day?
A. No personalthema be every topic, this is not a term you use for development.
Q. Let's go to page 74 of your deposition.
A. Seventy-four?
Q. Seventy-four.
A. Yeah.
Q. On line 12 I ask you:
"What is a PE day?"
Your answer was: "It is a personal development day, we call it personalthema in German, we call it PDD, personal development day."
Did I read that right?
A. No, you read right, but a PE day means personal development day, that's correct, but it is not a personalthema, maybe this was wrong. So PDD is like personal development, personal development day, it is the same like personalthema. If you talk of personalthema would be a topic within HR.
Q. You are giving, whatever we call these things, if your answer in your deposition was wrong it is wrong, whatever we call these things you are giving information

to Ms. Koepnick for her upcoming PE day, right?
A. Yes.
Q. And that is a discussion happening again solely within Germany, isn't it?
A. This is information sharing. I wanted to inform them that Scott would takeover a project, so this would mean -- and why would I send it to Germany because I would need to inform that Scott would not be available for another position because he would takeover this project.
Q. The discussion you are having about Scott Medley?
A. Uh-huh (affirmative response).
Q. Is occurring solely in Germany, right?
A. You mean the discussion we just talked about?
Q. Right. This discussion they are having, Ms. Koepnick is having on her PE day, doesn't include anybody from BMW MC, does it?
A. No, but it is only information that Scott would takeover the project.
Q. You keep saying it is only information, BMW AG doesn't make decisions, but BMW AG does make decisions about who comes to work in Spartanburg, doesn't it?
A. No, it is not.
Q. You mentioned a name before, Stephan Dombrowski? He was TX-600, right? TX-600?

A. I see now realignment process and you talked about Stephan Dombrowski, this is why I was a little bit.
Q. So, the record is clear, you are referring to the exhibit that is still on the screen?
A. Yeah.
Q. I wasn't referring to that. If you need to refer to this to finish an answer please do, I will go to my next question.
A. No, no, then it is fine.
Q. Okay. You don't have anything more to say?
A. No. It just came up.
Q. Okay. I wanted to give you an opportunity.
A. No, no, no, I am good.
Q. Stephan Dombrowski was TX-600?
A. Yes.
Q. That was planning and steering? Reporting to Ms. Dawsey?
A. Yes.
Q. And he is an expat from Germany?
A. He is an expat from Germany, yes.
Q. And he is two levels down from you at Spartanburg at this point, right?
A. Two levels down, yes.
Q. Take you to Plaintiff's 31.
A. Yes.

Q. Do you recall this?
A. Yes.
Q. If Germany doesn't make the decisions who to send here, explain why you said Germany is planning to replace Stephan with an expat?
A. Stephan went back to Germany at the end of his assignment. Somebody from Germany called me and said Stephan just came back from his assignment and I will have a candidate that could replace him. This was idea of candidate, this is why I wrote down is planning to replace Stephan.
Q. Germany -- when you say "Germany," you mean BMW AG?
A. Yes.
Q. Is planning to replace Stephan with an expat?
A. They gave me a name, yes.
Q. They didn't give you a name for consideration, they said we are planning to replace Stephan with an expat, that is what they told you?
A. No.
Q. Then why did you write it?
A. So, planning is for me, not that they planned to replace. Planning is, you know, that they have ideas that they would have candidates for us because we never -- we didn't take somebody from Germany at that time.

Q. It is not planning to replace, planning to replace is the exact words you used?
A. But the planning part is this is an idea about which candidates would be available, this is how we translate planning.
Q. With four exclamation points?
A. This -- I wanted to give Kelly an update, a heads up that maybe somebody from Germany would call her to say I have an idea for a replacement for Stephan Dombrowski, this is why I gave her this heads up. And you can see below this is again in German, Daniella Pekar, she wrote me about a candidate who could maybe do -- he would be interested in an assignment in U.S.
Q. Now on direct, you were questioned about Ms. Dawsey's candidacy to be promoted in the function level two levels and you talked about discussions you had with the senior management group; do you recall that?
A. Yeah.
Q. But those weren't the only people you had discussions about, were they?
A. Sorry, say it again.
Q. The group in Spartanburg is not the only people you talked with who were involved in the decision not to promote Kelly to function level two, are they?

A. So, I tried to explain this validation process, how do you get into the validation. And the first step is the nomination, that you are considered as a candidate. And this is what -- it stays with CEO and senior management at BMW MC.
Q. The people who decided Kelly wasn't suitable for the next level were Barbara Burghardt and Andreas Batz, right?
A. No, this was a discussion in senior management.
Q. You spoke to Mr. Batz and Ms. Burghardt about Kelly Dawsey going to the next level, didn't you?
A. I brought up the name also with the BMW AG colleagues, yes.
Q. And the feedback you got was they didn't see Kelly at the next level?
A. This was the feedback from senior management.
Q. That was the feedback from Mr. Batz and Mrs. Burghardt?
A. Maybe they had the same feeling and the same feedback, but it was not their decision, it was our decision at BMW MC to talk about the candidates.
Q. I didn't ask you what feeling you might have, that is what they said to you?
A. But I do not recall it.
Q. Let's go to page 146 of your deposition.

A. Good.
Q. Okay. I was asking you about Ms. Burghardt. I was asking you about the review process and I ask you:
"What feedback did you get" -- do you see there on line 20?
"What feedback do you get?
The feedback I got was they would not see Kelly on the next level."
Do you see that?
A. Yeah, I can see that.
Q. That is a reference to Ms. Burghardt and Mr. Batz coming to Spartanburg?
A. That is why I say I cannot recall exactly.
Q. But now you recall?
A. I see that it is written down here, yeah.
Q. Let me next ask you about, if I could have just a couple of minutes, I am going to see if I can cut through some of this to see if it has already been mentioned.
THE COURT: Okay.

CROSS EXAM CONTINUED

BY MR. MURPHY:
Q. Let me ask you because you were asked questions about Kelly's resignation, where you were the date she gave it. Kelly wasn't required to give any notice of

resignation, was she?
A. On the Department Manager level I think this is what you do, you give notice, you give the time that you can have a good hand over.
Q. You executives have contracts with BMW, right?
A. Yes.
Q. Kelly didn't have a contract with BMW, did she?
A. I don't know.
Q. You are the Vice President of Human Resources, you don't know whether or not one of your direct reports had a contract?
A. It was before my time.
Q. Have you seen any contracts between anybody at Kelly's level in the company?
Q. Between them and the company, any employment contracts?
A. If we had contracts during my time, yes.
Q. So, you have seen them?
A. If not, then not because we don't have contracts.
Q. You do not have contracts?
A. Yeah.
Q. All right. And you were asked about presenting what BMW decided to be the ultimate moves with Ms. Burgmeier coming to TX-60, Ms. Dawsey moving to TX-64, and Mr. Medley going to a project, and we saw

that PowerPoint with the moves; do you remember that?
A. I remember the PowerPoint with the moves, yes.
Q. And that was presented in the meeting to the department managers and then to the whole department, right?
A. That is correct. The department managers was Sherry and Kelly -- no, sorry, Sherry and Robert, and then to the whole department.
Q. Kelly was instructed to present that to her people, right?
A. Yes.
Q. She did as she was told, right?
A. Sorry, say again.
Q. She did as she was told?
A. This was what I assume.
Q. And as a professional you would have been very upset by Kelly if she had presented that to her department and said, you know, this is a bunch of crap, I don't like this, and I feel like I am being discriminated against, that would have really upset you, wouldn't it?
A. It would if she wouldn't have talked to me before.
Q. And it would have been very upsetting to you if she stood up at this executive meeting with the President of the company present and said, I don't like

this, I am against this, and she showed out at that meeting, that would have been inappropriate, wouldn't it?
A. All of this depends. From my point of view, you do not like what you see, then you would need to raise something, this is why you do not need to be mad, but you can raise your thoughts about that. This is -- there is nothing wrong with that.
Q. She should have said in a meeting with the President of the company, I don't agree with this, I am being discriminated against?
A. We talked before about the moves, so this was enough time that she could talk to me, or to Robert, or to Sherry or to, you know, anybody to say I do not want to do this.
Q. I understand.
A. It doesn't have to be in the meeting.
Q. Your testimony and Kelly's testimony contradict each other about what the -- whether the two of you talked about that, you are aware of that from having seen the case?
MR. ROZELSKY: Objection, Your Honor, pitting the witnesses.
THE COURT: Can you rephrase that question?
MR. MURPHY: I will do it.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. You were aware that Kelly had said she did speak to you and she did speak to Dr. Englehorn?

A. No, I was not aware.

Q. But one of the things you have praised Kelly for over the years is her honesty, right?

A. Yeah.

THE COURT: Did you say "honesty" or "modesty"?

MR. MURPHY: Honesty.

THE WITNESS: Her professionalism.

CROSS EXAM CONTINUED

BY MR. MURPHY:

Q. And her honesty, correct? Well, you thought she was an honest person the entire time she worked there?

A. She worked, she was a good person, a good employee.

Q. She didn't lie to you when she was there, did she?

A. I don't know. I cannot say 100 percent, but we had a lot of conversation together. This is my portfolio performance. Evolution was always good because Kelly did, you know, the operational job very well.

Q. And among the things, referring to Plaintiff's

exhibit 14, which is already in, among the things you praised her for, in addition to her commitment to the company, was her passion and honesty?
A. Honest, I said passionate, open, honest, and reliable.
Q. You meant that, didn't you?
A. Uh-huh (affirmative response).
Q. In fact, Kelly took a lot of bullets and had to deal with a lot of hard issues on behalf of HR while she was in that position, didn't she?
A. Yes.
Q. COVID was a major problem in that plant, wasn't it?
A. I think for all of us, but also for us, yes. It was a major topic.
Q. The way HR decided to handle it wasn't popular with everybody in the company, is it?
A. HR is never popular. But nobody loves HR.
Q. That is what being in HR is hard, you have to do things on behalf of the company even when you disagree with them?
A. It is the nature of HR.
Q. Nature of HR she had to handle, in addition to COVID, that wasn't popular, she had to handle the pension freeze while you were there, right?

A. Yeah. We also had pension freeze, but all my people had to handle this, all direct reports.
Q. And that really was unpopular, wasn't it?
A. It was unpopular, yes, correct.
Q. The last thing I want to ask you about is some testimony you gave that confused me. You said that offer letters weren't issued to Kelly for the TX-64 position because it would have to be issued by TX-60, did I understand that?
A. TX-60 is responsible for offer letters.
Q. It doesn't start with TX-60?
A. Say it again.
Q. What is OLRF?
A. OLRF.
Q. Are you familiar with the Offer Letter Request Form?
A. Yeah.
Q. You never filled out an Offer Letter Request Form asking for an offer letter to be sent to Kelly for TX-64, did you?
A. No. But in Kelly's team we worked -- so the colleagues in Kelly's team filled out the form for us for all the people, so this is also for -- would be for Scott, and it would be for the people we moved around. So, but we didn't do an offer letter for anybody.

Q. TX-60 doesn't fill out the request form, they fill out the offer, the manager fills out the request form, you never did that, did you?
A. This is why I have my deputies to do it, and this was TX-60. TX-60 was, for me, here for my deputy to fill it out for me.
Q. We do it this way, ma'am, where is the email or any evidence that you instructed anybody to issue an offer letter?
A. This is what we discussed together, Kelly and I discussed we would need now to write the offer letter. Offer letters, because we had more.
Q. When you say that, there is absolutely nothing backing that up in writing, is there?
A. Because we always did it that way, so I had a deputy to do this for me.
Q. Nobody else got offer letters either, did they?
A. No, nobody got one.
Q. So, weren't you majorly concerned with this reorganization going on and all these important moves that nobody was getting offer letters?
A. I was not concerned because we -- until December we wanted to make the communication clear so that we are on track with whatever we want to do. And then we had the Christmas break, and we still had January to do the

rest. And there was no indication that it would get problems or we had somebody who would not like the job. Like Kelly would say, I did not want to do the TX-64 job, or Scott Medley would not want to do the project. We did not have any indication before and this is why I was not worried about that.

Q. Let me just ask the simplest question: Did you ever submit an offer letter review -- request form to have Kelly offered the TX-64 position?

A. I did not --

Q. Thank you.

A. -- do a form.

MR. MURPHY: No further questions at this time.

THE COURT: Thank you.

MR. MCCOY: Your Honor, I will be very brief. Pull up Defendant's exhibit 21, please.

MR. MURPHY: Defendant?

MR. MCCOY: Defendant 21.

REDIRECT EXAM

BY MR. MCCOY:

Q. Ms. Petrasch, I have a few more questions for you, hopefully be done shortly.

Mr. Murphy questioned you about a text message that you sent to Ms. Dawsey that I believe said, I am sending you this -- I'm paraphrasing -- I am sending you

this message for your protection in case of an audit?
A. This is correct.
Q. And in the course of questioning you about that, he said, why didn't you -- we were talking about the rule, you said there is a rule in Germany about, if you are going to be promoted to, I believe, a function level three position within the next 12 months, then you can get a personal grade elevation?
A. That's correct.
Q. He said, why didn't you explain the rule to her in the text message? But didn't you explain the rule in this email that you sent to Monique Sanders, who is one of her deputies?
A. This is what I did. So this is where I wrote down that, exactly the rule, and I sent it to Monique to ensure this is in written form what you have to do.
Q. And look at the very top line, who is cc'd on that email?
A. Kelly, Kelly Dawsey.
Q. Thank you, ma'am.
If we could go to Plaintiff's exhibit 29, please, Ms. Fowler. If you could just blowup the box at the top, please.
Ms. Petrasch, we looked at this document, which is the job function data sheet for TX-61, which was the

position I believe Mr. Epps was in at the time, correct?
A. Correct.
Q. What is the revision date on this document?
A. The revision date is 24th of October 2021.
Q. Thank you. I am going to ask you, if you will -- you can take it down.
If you would go back to your deposition transcript and go to page 146, please.
A. Yes.
Q. And Mr. Murphy was questioning you about your discussions with Ms. Burghardt and Mr. Batz about where they saw Kelly -- excuse me -- Ms. Dawsey in terms of potential for validation?
A. Yes.
Q. And we read part of this, but I would like to read a little bit more. So, if you don't mind, I am going to read the questions and let you read the answers and we are going to start on line 15, page 146?
A. Okay.
Q.
"When were Ms. Burghardt and
Mr. Batz in Spartanburg?"
What did you say in response?
A.

"I cannot recall when it was. It was definitely before COVID because during COVID it was difficult to travel, so it must have been '18 or '19."

Q.
"What feedback did you get?"

A.
"The feedback I got was that they would not see Kelly on a next level."

Q.
"And why is that important whether Ms. Burghardt or Mr. Batz see Kelly at the next level?"

A.
"It is not. So, you asked me about the feedback, so I only for clarification. This is not only feedback from Barbara Burghardt and Andreas Batz, this is also feedback from senior management during the whole process."

Q. The question is:
"Who in senior management?"

A.
"Senior management, as we discussed
before, the part is the portfolio
round, it is the CO, and at that
time it was Knudt Flor, this is
level two managers."
Q. Ms. Petrasch, Mr. Murphy asked you just a minute ago about whether you thought Ms. Dawsey was honest and he showed a portfolio you prepared in which you indicated she was honest. Now, we looked earlier and I believe if my date is correct that on Monday, December 13th, you had her meet with her team to review the PowerPoint for the reorganization; is that correct?
A. Correct.
Q. And in that PowerPoint it showed her moving to TX-64?
A. That's correct.
Q. And if the testimony in this case is that Ms. Dawsey had already accepted another job and told her team she was moving to TX-64, was that honest?
A. No, it would not be honest.
MR. MCCOY: Thank you, ma'am.
MR. ROZELSKY: I have just one question.

RECROSS

RECROSS EXAM

BY MR. ROZELSKY:

Q. Do you see the document in front of you? Can you see that, Plaintiff's 31?

A. Yes, I have. Yes this page here.

Q. Did BMW AG replace Stephan Dombrowski or did Kelly Dawsey and BMW MC replace Stephan Dombrowski?

A. Kelly Dawsey did.

MR. ROZELSKY: Thank you.

MR. MURPHY: Nothing further.

THE COURT: All right. You may step down.

I know it is late, members of the jury. Give me a moment to speak with the attorneys, please. This doesn't need to be on the record, this is about logistics.

(Whereupon, a bench conference was held off the record.)

THE COURT: Members of the jury, I thank you for your patience. I wanted to talk to the lawyers about timing so that we can maximize our efficiency for next week. So, we will break for the weekend and I will ask you to be back -- the first witness is having to travel a little ways, so if you could be back and ready to go at 9:30, we would appreciate that. Please remember my previous admonition not to talk about the

case with anybody. You are free to criticize the Judge in any respects to your families for keeping you here so long, but don't talk about the case, the matters in the case, the people in the case, the subject of the case, the parties. Don't do any independent research about the case on the phones, computers, anything like that, and don't form any final opinions because you haven't heard anything yet.

So with that, thank you for your hard work, thank you for your attention today, and please be safe going home. I hope you will have a good weekend. See you back here Monday at 9:30.

THE COURT: Anything else before we break?

MR. MURPHY: Not from plaintiff.

MR. MCCOY: Nothing from MC.

MR. ROZELSKY: Nothing, Your Honor.

THE COURT: All right. I hope have you a good weekend.

(Whereupon, the hearing concluded at 5:03 p.m.)

*** END OF REQUESTED TRANSCRIPT ***

* * * * * * * * * * * * * * * * * * * * * * * * * * * * 

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript from my stenographic notes in the above-entitled matter.

S/Debra R. Bull, RPR, CRR April 15, 2026
Date

'

**'18** [1] - 195:4
**'19** [1] - 195:5
**'21** [1] - 131:10

1

**1** [2] - 61:21, 64:15
**1/4/2022** [1] - 3:15
**1/5/2022** [1] - 3:17
**10** [6] - 4:5, 24:12, 24:13, 38:12, 39:3, 157:3
**10,000** [3] - 9:9, 35:17, 91:14
**10/1/2021** [1] - 4:4
**100** [7] - 9:18, 50:24, 81:22, 98:1, 188:20
**11** [21] - 38:7, 38:13, 38:24, 70:5, 70:7, 70:12, 70:15, 71:4, 71:7, 71:14, 71:16, 71:19, 76:25, 77:5, 77:8, 104:16, 155:7, 156:2, 156:14, 157:3, 157:12
**11,000** [1] - 95:22
**115** [1] - 3:5
**1192** [1] - 123:24
**11s** [2] - 71:23, 71:25
**12** [10] - 70:20, 72:11, 98:19, 123:20, 123:24, 156:9, 157:24, 158:11, 178:10, 193:7
**120** [1] - 3:22
**124** [1] - 3:14
**126** [2] - 117:15, 117:21
**126)** [1] - 117:20
**13** [5] - 68:25, 69:1, 69:6, 168:13, 168:19
**139** [1] - 133:5
**13th** [1] - 196:12
**14** [5] - 43:17, 43:18, 90:20, 175:20, 189:1
**140** [1] - 3:17
**145** [1] - 3:15
**146** [3] - 183:25, 194:9, 194:19
**14th** [3] - 82:17, 82:25, 86:22
**15** [6] - 2:4, 98:19, 149:22, 164:22, 194:19, 199:9
**16** [4] - 30:16, 30:21, 37:4, 166:15
**163** [1] - 149:19
**17** [1] - 46:23
**17,000** [1] - 6:14
**171** [1] - 3:12
**174** [1] - 3:19
**177** [1] - 3:20
**18** [6] - 55:10, 55:11, 55:12, 55:17, 118:3, 134:16
**18,000** [1] - 6:14
**19** [1] - 3:22
**192** [1] - 3:6
**197** [1] - 3:7
**19th** [2] - 25:5, 26:16
**1st** [1] - 86:11

2

**2** [3] - 119:12, 166:17, 173:25
**20** [5] - 1:4, 4:3, 61:15, 171:15, 184:5
**2010** [1] - 48:9
**2015** [1] - 47:12
**2016** [1] - 12:16
**2018** [10] - 6:25, 7:1, 7:13, 13:3, 15:21, 27:3, 27:24, 28:2, 120:4, 163:6
**2019** [11] - 28:2, 31:5, 31:6, 31:25, 34:3, 35:1, 36:7, 69:15, 73:17, 74:3, 74:7
**2020** [4] - 3:22, 8:6, 131:11, 157:4
**2021** [61] - 10:12, 18:6, 18:7, 18:23, 22:4, 23:13, 24:5, 25:5, 31:15, 31:18, 33:7, 33:14, 34:11, 34:12, 34:19, 35:2, 37:14, 37:16, 37:18, 38:8, 38:19, 38:20, 38:24, 39:6, 41:25, 43:24, 47:16, 47:18, 47:19, 49:18, 50:7, 51:18, 51:20, 52:5, 55:2, 57:13, 58:6, 58:9, 58:12, 60:5, 61:21, 64:15, 73:7, 79:22, 88:12, 89:18, 90:8, 90:20, 116:2, 123:9, 123:10, 123:11, 124:17, 126:3, 132:2, 148:12, 155:22, 159:7, 173:10, 173:16, 194:5
**2022** [15] - 6:10, 8:17, 8:24, 9:12, 9:15, 9:20, 35:1, 37:14, 55:7, 75:24, 78:15, 89:19, 120:5, 141:6, 145:18
**2026** [2] - 1:4, 199:9
**207** [1] - 1:18
**21** [6] - 156:18, 161:10, 161:11, 171:16, 192:16, 192:18
**22** [3] - 140:21, 167:23, 174:9
**23** [3] - 76:10, 76:11, 124:17
**23rd** [1] - 55:22
**24** [7] - 4:7, 73:9, 73:12, 77:24, 81:5, 155:21
**24th** [1] - 194:5
**25** [3] - 79:16, 115:10, 133:10
**252** [2] - 74:1
**256** [1] - 74:9
**26** [5] - 3:11, 80:16, 80:17, 80:23, 171:1
**29** [2] - 155:12, 193:21
**294** [1] - 1:22
**29601** [2] - 1:18, 2:5
**29602** [1] - 1:22
**29624** [1] - 2:7

3

**3** [3] - 39:12, 72:2, 171:10
**3/192021** [1] - 3:12
**30** [5] - 11:5, 11:8, 155:1, 172:8, 172:25
**3019** [1] - 164:18
**31** [5] - 141:23, 143:14, 143:18, 180:24, 197:4
**315** [1] - 2:7
**33** [4] - 84:9, 84:10, 84:16
**34** [3] - 86:12, 86:13, 127:4
**37** [2] - 3:13, 124:11
**39** [3] - 3:15, 145:8, 145:12
**3:30** [1] - 153:6

4

**4** [6] - 17:20, 41:21, 118:2, 141:8, 141:14, 144:3
**4/20/2021** [1] - 3:19
**41** [3] - 3:16, 140:13, 140:15
**42** [4] - 3:18, 6:5, 174:15, 174:16
**43** [3] - 3:20, 177:8, 177:10
**45** [1] - 40:7
**47** [2] - 57:2, 125:16
**48** [4] - 3:21, 120:7, 123:17, 123:23
**4th** [3] - 31:5, 31:6, 145:18

5

**5** [2] - 3:3, 140:21
**50** [3] - 177:18, 177:19, 178:2
**54** [1] - 177:1
**5:03** [1] - 198:19

6

**6** [5] - 57:10, 57:17, 57:18, 126:12
**6,000** [1] - 99:10
**6/10/2021** [1] - 3:20
**60** [3] - 59:15, 129:21, 147:24
**61** [20] - 4:4, 20:4, 20:5, 29:8, 29:21, 57:23, 58:21, 59:9, 59:16, 59:23, 60:14, 68:14, 121:24, 132:9, 139:20, 148:21, 162:14, 162:15, 162:20, 166:7
**62** [2] - 20:6, 20:7
**64** [29] - 20:11, 28:17, 29:9, 33:15, 34:4, 34:9, 34:10, 36:7, 57:23, 60:24, 60:25, 61:5, 68:14, 75:19, 84:4, 84:5, 85:11, 85:16, 85:24, 87:15, 139:21, 142:9, 142:10, 142:12, 142:13, 148:22, 160:10, 173:19
**65** [6] - 20:9, 33:16, 34:1, 34:2, 34:7
**66** [1] - 174:3

7

**7** [2] - 63:14, 149:20
**7/19/2021** [1] - 4:7
**700** [1] - 2:4
**74** [1] - 178:6
**7:22-CV-3738** [1] - 1:3

8

**8** [4] - 8:15, 10:16, 80:4, 80:14
**8:15** [1] - 80:14
**8:30** [3] - 80:13, 80:14, 81:14

9

**9** [1] - 19:3
**9/23/2021** [1] - 3:14
**91** [1] - 3:4
**9:30** [2] - 197:24, 198:12
**9:43** [1] - 5:1

A

**a.m** [1] - 5:1
**abbreviation** [1] - 178:1
**ability** [2] - 66:23, 68:11
**able** [2] - 85:16, 154:12
**above-entitled** [1] - 199:4
**abroad** [1] - 114:19
**absolute** [1] - 113:19
**absolutely** [1] - 191:13
**AC** [1] - 119:25
**accepted** [2] - 7:10, 196:19
**access** [2] - 43:5, 87:19
**according** [3] - 33:8, 42:12, 47:12
**accurate** [1] - 19:25
**accurately** [1] - 176:8
**achieve** [3] - 23:21, 73:24, 89:2
**act** [1] - 118:9
**acting** [3] - 113:11, 113:15, 158:18
**action** [2] - 45:21, 45:22
**activity** [1] - 66:14
**added** [1] - 74:14
**addition** [3] - 37:19, 189:2, 189:23
**additional** [3] - 15:11, 15:23, 105:6
**address** [2] - 74:24, 106:4
**adjacent** [1] - 117:13
**adjust** [3] - 15:5, 75:2, 94:6
**Adjustments** [1] -

46:4
**admitted** [11] - 24:15, 43:18, 61:17, 69:2, 124:13, 140:15, 145:12, 155:15, 171:3, 174:16, 177:10
**admonish** [1] - 153:13
**admonishment** [1] - 106:12
**admonition** [4] - 41:3, 72:12, 101:3, 197:25
**adopt** [1] - 36:4
**advantage** [1] - 80:7
**adverse** [8] - 99:22, 102:9, 102:21, 103:2, 104:3, 104:4, 105:14, 105:16
**adversity** [2] - 104:8, 105:23
**advice** [2] - 24:4, 130:16
**advocating** [2] - 146:7, 146:12
**affairs** [2] - 52:13, 136:25
**Affairs** [1] - 37:9
**affecting** [1] - 105:4
**African** [2] - 39:15, 40:15
**afterwards** [1] - 148:19
**AG** [72] - 6:3, 7:7, 7:14, 10:18, 10:22, 10:24, 11:2, 11:4, 24:25, 44:21, 51:1, 53:25, 56:25, 59:6, 63:24, 63:25, 64:1, 64:4, 64:8, 94:13, 99:20, 99:25, 102:10, 103:5, 103:14, 103:16, 103:21, 104:7, 104:14, 105:23, 108:14, 108:15, 112:11, 112:18, 112:21, 112:22, 113:11, 113:15, 113:17, 113:20, 113:23, 113:25, 115:10, 115:14, 118:17, 124:5, 126:18, 127:8, 137:5, 137:7, 137:18, 145:16, 147:8, 147:18, 147:24, 166:24, 166:25, 167:22, 169:24, 170:3, 170:4, 170:7, 170:24, 172:3, 172:4, 175:2, 179:20, 179:21, 181:13, 183:12, 197:6
**AG-specific** [1] - 104:14
**agenda** [5] - 76:24, 77:4, 77:6, 77:7
**agent** [1] - 113:11
**ago** [8] - 37:5, 37:19, 45:13, 53:2, 58:16, 117:13, 149:24, 196:8
**agree** [4] - 60:10, 152:3, 168:10, 187:10
**agreed** [2] - 8:21, 53:22
**agreement** [1] - 154:12
**ahead** [6] - 38:23, 67:6, 72:10, 119:10, 142:7, 162:8
**AIDED** [1] - 2:9
**ailing** [1] - 114:18
**air** [1] - 72:18
**AKTIENGESELLSCHAFT** [2] - 1:7, 1:21
**Alexander** [5] - 63:22, 63:23, 64:6, 127:4, 132:1
**aligned** [1] - 61:13
**alignment** [6] - 55:5, 55:6, 61:7, 61:8, 172:7, 172:24
**allocation** [1] - 33:7
**allotment** [2] - 13:4, 70:24
**allotted** [1] - 38:24
**allow** [4] - 105:5, 105:11, 106:3, 126:23
**allowed** [4] - 70:14, 70:21, 104:14, 152:5
**allows** [1] - 162:3
**alone** [1] - 172:15
**altogether** [2] - 66:16, 79:13
**America** [2] - 28:5, 29:2
**American** [8] - 22:10, 26:14, 36:15, 39:15, 40:15, 130:2, 130:4, 130:6
**Americans** [2] - 127:11, 129:16
**amount** [1] - 112:1
**ample** [1] - 75:6
**Amy** [2] - 36:12, 37:19
**AND** [1] - 1:17
**ANDERSON** [1] - 2:7
**Andre** [2] - 166:16, 173:25
**Andreas** [4] - 174:25, 176:21, 183:7, 195:21
**announced** [1] - 131:23
**annoying** [1] - 153:2
**answer** [23] - 117:15, 118:2, 120:15, 123:16, 133:10, 133:15, 141:22, 142:1, 142:4, 142:5, 144:4, 144:12, 150:25, 151:2, 151:23, 152:6, 152:24, 161:18, 167:14, 167:17, 178:12, 178:24, 180:7
**answered** [1] - 108:3
**answering** [1] - 153:1
**answers** [6] - 91:23, 151:3, 151:16, 152:6, 194:18
**Antani** [3] - 42:1, 42:4, 42:21
**Antani's** [1] - 42:13
**anticipated** [1] - 75:11
**anyhow** [1] - 148:8
**anyway** [1] - 163:15
**apologies** [1] - 130:17
**apologize** [2] - 57:3, 93:1
**app** [1] - 21:13
**APPEARANCES** [2] - 1:16, 2:1
**appeared** [1] - 129:6
**apply** [1] - 103:24
**appraisal** [1] - 164:13
**appreciate** [5] - 101:13, 102:3, 103:11, 143:13, 197:24
**approach** [2] - 99:13, 150:13
**appropriate** [1] - 102:16
**approval** [9] - 38:17, 43:16, 147:9, 147:18, 158:19, 158:24, 168:3, 171:13, 172:20
**approved** [2] - 43:10, 70:3
**approving** [2] - 159:3, 160:20
**April** [10] - 6:10, 37:16, 37:18, 38:14, 38:20, 38:24, 39:2, 160:23, 175:20, 199:9
**area** [21] - 11:4, 22:10, 30:8, 31:8, 31:9, 34:17, 40:6, 40:9, 40:25, 42:25, 49:21, 50:23, 56:5, 62:17, 92:12, 93:14, 163:4, 166:7, 172:23
**areas** [8] - 15:10, 21:25, 28:17, 93:15, 98:17, 160:9, 162:22, 166:1
**argued** [1] - 101:16
**argument** [5] - 61:11, 99:25, 100:3, 104:2, 146:15
**arguments** [7] - 61:9, 67:15, 67:16, 67:20, 68:5, 68:8, 100:2
**arrived** [5] - 27:6, 27:23, 123:8, 125:2, 125:5
**arrows** [3] - 32:2, 32:4
**AS** [2] - 1:8, 1:10
**aspects** [1] - 112:12
**assembly** [13] - 22:13, 30:9, 40:6, 42:6, 42:7, 42:24, 49:22, 67:24, 92:17, 99:10, 140:5, 146:7, 146:12
**asset** [3] - 66:17, 68:24, 88:17
**assignment** [30] - 8:3, 10:11, 32:11, 42:14, 42:18, 42:20, 42:22, 48:17, 51:10, 51:14, 51:25, 56:7, 62:6, 76:7, 108:23, 110:18, 114:14, 122:2, 122:17, 129:11, 136:3, 138:15, 163:18, 163:19, 164:8, 165:16, 176:21, 181:7, 181:8, 182:13
**assist** [1] - 13:9
**assistant** [4] - 62:3, 62:4, 62:12, 80:1
**associate** [7] - 27:10, 27:18, 43:6, 43:9, 87:20, 87:24
**associated** [1] - 30:1
**associates** [2] - 28:14, 29:12
**assume** [1] - 186:15
**assumption** [2] - 148:17, 148:18
**attached** [3] - 62:25, 175:22, 176:14
**attaching** [1] - 175:5
**attendance** [2] - 77:12, 77:14
**attention** [1] - 198:10
**attorneys** [4] - 101:1, 154:13, 197:13
**audit** [2] - 162:9, 193:1
**audits** [2] - 161:24, 162:2
**August** [9] - 116:2, 116:6, 116:8, 116:10, 116:12, 116:17, 116:24, 118:12, 118:13
**available** [3] - 128:15, 179:8, 182:4
**average** [1] - 19:18
**avoid** [1] - 104:23
**aware** [6] - 43:25, 60:9, 162:17, 187:20, 188:3, 188:5
**AZ** [1] - 141:6

**B**

**back-filled** [1] - 108:4
**backfill** [5] - 21:4, 26:23, 54:22, 110:8, 110:11
**backfills** [1] - 54:25
**background** [4] - 22:12, 30:5, 30:6, 58:25
**backing** [1] - 191:14
**bad** [1] - 83:11
**badgering** [1] - 160:3
**balance** [3] - 29:9, 32:5, 74:24
**Bald** [1] - 166:17
**ball** [1] - 137:22
**bar** [1] - 105:19
**Barbara** [6] - 140:20, 173:24, 174:25, 176:20, 183:7, 195:20
**barrier** [1] - 151:13
**base** [2] - 54:11, 65:25
**based** [18] - 64:2, 64:22, 81:12, 88:1, 88:3, 88:5, 89:23, 90:2, 90:5, 90:8, 90:11, 90:13, 146:3, 146:23, 156:5, 157:16, 173:19
**basis** [1] - 103:10
**battery** [2] - 35:11,

68:2
**Batz** [15] - 166:16, 173:25, 174:3, 174:9, 174:25, 176:16, 176:21, 183:7, 183:10, 183:17, 184:11, 194:12, 194:23, 195:14, 195:21
**Bavaria** [1] - 6:4
**BAYERISCHE** [2] - 1:6, 1:20
**beating** [1] - 152:3
**became** [7] - 10:9, 12:18, 29:20, 47:20, 48:11, 66:24, 130:22
**become** [11] - 11:11, 11:15, 12:1, 12:3, 13:2, 13:7, 13:20, 14:18, 23:22, 59:12, 138:14
**becomes** [1] - 126:7
**becoming** [2] - 6:15, 15:24
**BEFORE** [1] - 1:13
**begin** [3] - 5:9, 102:22, 143:15
**beginning** [8] - 28:2, 37:14, 91:11, 93:24, 118:2, 133:9, 149:21, 172:12
**begins** [1] - 143:21
**behalf** [4] - 5:10, 113:15, 189:9, 189:20
**believes** [1] - 13:14
**Belinszki** [4] - 3:11, 170:2, 171:8, 171:11
**belongs** [3] - 26:9, 26:10, 26:11
**below** [12] - 19:23, 20:15, 37:24, 38:4, 38:6, 39:7, 63:8, 63:12, 98:3, 98:15, 112:7, 182:11
**ben** [13] - 27:9, 59:1, 60:22, 61:3, 67:2, 67:5, 67:13, 67:14, 68:4, 137:6, 146:4, 146:21, 148:14
**bench** [8] - 40:21, 72:6, 72:8, 99:14, 100:23, 150:15, 154:3, 197:16
**benchmark** [1] - 67:18
**benchmarks** [2] - 61:3, 146:23
**beneficial** [1] - 89:1
**benefit** [2] - 62:20, 91:9
**benefits** [3] - 29:12, 67:3, 113:10
**best** [15] - 10:25, 26:3, 51:1, 52:2, 52:3, 68:22, 72:11, 85:20, 95:20, 97:25, 113:25, 114:1, 114:2, 168:6, 168:9
**better** [6] - 60:15, 62:8, 74:19, 85:10, 92:5, 151:9
**between** [11] - 10:21, 31:2, 61:20, 67:21, 89:18, 146:3, 146:11, 149:25, 176:20, 185:13, 185:15
**beyond** [2] - 105:2, 151:21
**big** [5] - 50:17, 51:24, 91:7, 112:3, 147:11
**bigger** [2] - 47:22, 96:18
**bit** [10] - 7:25, 62:15, 74:19, 77:9, 80:13, 83:10, 96:7, 108:11, 180:2, 194:17
**blamed** [1] - 67:21
**blanks** [2] - 102:18, 103:9
**blow** [2] - 31:20, 152:23
**blowup** [1] - 193:22
**blue** [7] - 32:8, 32:10, 37:24, 38:2, 39:7, 122:22, 122:23
**blueprint** [2] - 28:21, 33:11
**blueprints** [1] - 172:12
**BMW** [195] - 1:7, 1:8, 1:9, 1:10, 1:11, 2:2, 6:3, 6:17, 6:18, 6:19, 6:20, 6:21, 6:24, 7:4, 7:6, 7:7, 7:10, 7:12, 7:14, 7:18, 7:20, 7:22, 7:24, 8:5, 8:23, 9:6, 9:7, 9:12, 9:15, 10:2, 10:6, 10:10, 10:18, 10:21, 10:22, 10:23, 10:24, 11:2, 11:3, 11:7, 11:11, 12:2, 12:17, 12:20, 13:13, 13:24, 14:2, 14:6, 14:11, 16:6, 16:9, 16:15, 18:5, 18:8, 19:17, 24:9, 24:25, 25:10, 27:2, 28:4, 28:19, 28:24, 29:1, 29:5, 30:5, 34:6, 34:9, 35:18, 35:19, 40:13, 43:4, 43:5, 44:2, 44:19, 44:21, 45:14, 46:3, 46:11, 46:18, 46:21, 47:1, 47:25, 48:2, 48:4, 48:7, 48:11, 50:21, 50:25, 51:6, 51:21, 53:25, 54:6, 55:3, 57:1, 59:6, 63:25, 64:1, 64:4, 64:8, 66:6, 66:16, 66:17, 66:20, 69:18, 70:18, 73:16, 74:1, 82:8, 86:24, 86:25, 87:2, 87:18, 87:22, 88:7, 88:13, 88:17, 90:19, 90:23, 93:24, 93:25, 95:6, 102:10, 103:5, 103:14, 103:16, 104:11, 105:23, 108:15, 112:11, 113:4, 113:7, 113:12, 113:15, 113:24, 114:10, 115:14, 118:14, 118:17, 119:25, 123:23, 124:4, 124:5, 125:10, 126:18, 127:7, 127:8, 129:7, 129:8, 130:12, 130:13, 137:5, 137:18, 137:25, 138:16, 146:19, 147:8, 147:17, 147:18, 154:15, 158:4, 158:6, 158:8, 158:16, 158:17, 162:4, 167:1, 168:6, 168:11, 168:12, 169:17, 169:23, 169:24, 170:2, 170:4, 170:7, 170:11, 170:24, 171:25, 173:6, 179:17, 179:20, 179:21, 181:12, 183:5, 183:12, 183:21, 185:5, 185:7, 185:23, 197:6, 197:7
**board** [9] - 10:13, 35:21, 61:1, 61:2, 84:7, 132:14, 166:13, 166:14, 167:5
**body** [5] - 35:12, 92:17, 139:16, 140:3
**boss** [3] - 54:12, 55:23, 56:16
**bottom** [14] - 30:25, 32:6, 32:7, 32:15, 37:15, 37:23, 55:19, 57:9, 57:12, 63:18, 84:18, 84:21, 160:11, 175:11
**BOX** [1] - 1:22
**box** [13] - 5:19, 31:14, 32:10, 32:12, 32:15, 33:6, 38:2, 39:7, 69:9, 69:12, 122:11, 193:22
**boxes** [1] - 122:21
**breadth** [1] - 103:20
**break** [20] - 40:24, 41:1, 41:9, 41:11, 72:10, 72:16, 72:22, 79:2, 101:2, 107:8, 115:20, 153:12, 153:22, 154:6, 154:11, 154:12, 191:25, 197:21, 198:13
**brevity** [1] - 104:13
**BRIAN** [1] - 1:17
**bridge** [2] - 116:19, 118:9
**brief** [1] - 192:15
**briefed** [1] - 38:25
**briefly** [4] - 9:1, 11:25, 16:22, 54:5
**briefs** [1] - 100:10
**bring** [20] - 5:4, 12:11, 14:12, 14:15, 31:16, 54:10, 62:4, 74:16, 83:23, 85:12, 85:15, 97:12, 110:16, 116:19, 132:24, 133:18, 148:11, 154:17, 163:7, 173:21
**bringing** [3] - 53:21, 130:17, 130:21
**broad** [17] - 11:12, 13:12, 13:14, 16:3, 19:18, 23:22, 23:24, 30:7, 30:12, 52:14, 59:13, 88:25, 104:15, 109:10, 115:2, 139:18, 139:24
**broaden** [3] - 15:14, 109:2, 110:17
**broader** [1] - 88:20
**broke** [1] - 73:5
**brought** [21] - 14:17, 28:17, 29:1, 32:13, 35:3, 36:4, 44:5, 50:14, 60:7, 60:13, 110:21, 116:13, 118:10, 118:11, 118:19, 118:23, 129:24, 142:16, 146:25, 175:13, 183:12
**build** [5] - 13:12, 24:8, 24:10, 28:15, 35:10
**built** [3] - 29:5, 114:24, 135:10
**bull** [1] - 199:9
**BULL** [1] - 2:6
**bullet** [3] - 25:19, 25:21, 25:22
**bullets** [1] - 189:8
**bump** [1] - 151:5
**bunch** [2] - 119:3, 186:18
**Burghardt** [18] - 3:16, 140:21, 166:16, 166:21, 173:25, 174:8, 174:25, 176:16, 176:20, 183:7, 183:10, 183:18, 184:2, 184:11, 194:12, 194:22, 195:14, 195:20
**Burgmeier** [37] - 10:1, 50:10, 50:11, 50:14, 51:19, 53:20, 53:24, 54:6, 55:2, 55:21, 55:23, 58:8, 58:9, 58:11, 58:13, 63:21, 76:8, 110:4, 116:13, 116:15, 116:19, 126:24, 127:1, 127:3, 129:6, 130:17, 132:1, 135:20, 137:2, 137:4, 137:15, 138:5, 138:10, 138:11, 185:24
**Burgmeier's** [3] - 132:17, 133:12, 137:25
**BUSINESS** [2] - 1:8, 1:10
**business** [11] - 34:16, 48:15, 49:3, 74:25, 75:15, 76:22, 89:9, 138:18, 138:21, 173:3
**bust** [1] - 8:13
**BY** [50] - 5:22, 17:24, 24:17, 26:7, 30:19, 41:23, 43:20, 55:15, 61:19, 73:4, 76:15, 80:21, 84:14, 86:17, 89:7, 89:17, 90:18, 91:6, 92:7, 107:15, 111:17, 115:24, 117:11, 117:23, 119:15, 120:12, 124:15, 134:20, 140:17, 143:4,

145:14, 154:21, 155:5, 155:17, 156:22, 160:5, 160:16, 161:13, 165:2, 168:2, 168:17, 171:5, 174:19, 176:13, 177:12, 184:22, 188:2, 188:13, 192:20, 197:2

**C**

**CA** [1] - 1:3
**cafeteria** [1] - 102:11
**CAIN** [1] - 1:13
**candidacy** [1] - 182:15
**candidate** [25] - 12:3, 12:7, 14:13, 24:11, 39:10, 50:9, 50:21, 52:2, 64:3, 70:19, 96:14, 108:22, 114:22, 130:11, 130:12, 142:20, 144:21, 163:5, 164:16, 175:14, 176:25, 181:9, 181:10, 182:12, 183:4
**candidates** [53] - 17:7, 18:16, 18:18, 19:13, 21:3, 21:6, 21:24, 21:25, 54:25, 57:21, 57:25, 64:5, 64:12, 96:11, 97:3, 107:17, 108:21, 122:25, 123:1, 124:6, 124:8, 126:10, 126:14, 126:15, 126:16, 126:19, 126:20, 127:12, 127:15, 127:16, 128:10, 128:13, 128:19, 128:23, 128:25, 129:2, 129:3, 129:8, 129:9, 129:10, 130:9, 130:10, 131:15, 131:16, 132:3, 132:6, 135:21, 181:24, 182:4, 183:21
**cannot** [16] - 23:14, 58:7, 62:9, 67:14, 91:10, 117:1, 122:1, 133:22, 149:11, 160:24, 162:16, 174:6, 184:13, 188:20, 195:1
**capacities** [2] - 32:17, 32:21
**capacity** [1] - 113:2
**car** [4] - 35:24, 92:21, 92:22, 138:19
**care** [1] - 114:5
**career** [6] - 13:6, 66:7, 66:8, 66:9, 66:11, 75:5
**Carolina** [3] - 52:17, 67:19, 136:15
**CAROLINA** [1] - 1:1
**cars** [2] - 8:8, 13:17
**case** [26] - 12:22, 41:4, 70:21, 72:13, 72:14, 72:15, 79:3, 103:4, 103:15, 104:3, 105:19, 127:23, 130:21, 159:24, 187:21, 193:1, 196:18, 198:1, 198:3, 198:4, 198:6
**cases** [2] - 103:3, 105:17
**catch** [1] - 51:3
**causes** [2] - 111:18, 111:22
**cc** [1] - 3:16
**cc'd** [1] - 193:17
**center** [1] - 135:10
**central** [4] - 59:3, 99:25, 137:21, 169:16
**CEO** [12] - 8:5, 10:4, 10:7, 10:9, 10:14, 14:10, 16:25, 35:4, 38:16, 53:11, 53:14, 183:4
**certain** [7] - 46:7, 94:14, 94:16, 106:21, 109:24, 115:11, 160:9
**certainly** [3] - 141:8, 141:13, 144:2
**CERTIFICATE** [1] - 199:1
**certify** [1] - 199:2
**Chad** [1] - 18:22
**chain** [3] - 54:20, 111:18, 111:19
**chairman** [1] - 54:3
**challenges** [6] - 35:13, 54:17, 67:6, 85:13, 146:4, 157:2
**chance** [2] - 79:9, 161:4
**change** [16] - 8:10, 16:7, 21:14, 31:11, 34:25, 36:4, 44:4, 44:11, 65:21, 71:6, 75:8, 84:16, 88:24, 130:25, 143:1, 166:1
**changed** [3] - 44:4, 71:3, 80:25
**changes** [21] - 8:7, 8:9, 28:12, 31:16, 56:9, 56:11, 74:3, 75:10, 75:14, 75:22, 77:2, 77:10, 78:8, 78:12, 78:21, 79:9, 79:11, 79:14, 80:25, 82:2, 113:1
**changing** [1] - 165:3
**charge** [1] - 17:17
**charges** [1] - 80:3
**chart** [21] - 4:4, 18:15, 21:20, 34:25, 46:1, 46:2, 46:3, 57:18, 58:5, 63:9, 63:10, 64:2, 74:18, 99:2, 108:3, 119:20, 122:21, 156:16, 159:6, 175:7, 175:9
**charts** [4] - 108:8, 175:5, 175:22, 176:14
**check** [2] - 31:18, 43:12
**CHIEF** [1] - 1:14
**Childers** [1] - 135:5
**China** [5] - 48:5, 48:7, 93:18, 110:20
**CHRISTINE** [2] - 3:2, 5:17
**Christine** [4] - 4:3, 5:13, 6:1, 69:14
**Christmas** [3] - 78:25, 82:10, 191:25
**Circle** [12] - 137:15, 137:17, 166:10, 166:12, 167:4, 167:5, 167:7, 167:8, 167:9, 167:11, 167:18, 172:21
**circle** [14] - 31:4, 31:6, 147:8, 166:11, 167:2, 170:5, 170:9, 170:11, 172:1, 172:4, 172:6, 173:8, 173:9
**circles** [3] - 56:1, 56:2, 56:10
**claims** [5] - 103:20, 103:22, 103:25, 105:21
**clarification** [2] - 54:10, 195:19
**clarify** [4] - 33:18, 54:18, 134:14, 151:14
**Claudia** [25] - 4:3, 24:22, 24:25, 25:8, 25:14, 26:25, 54:12, 54:13, 54:19, 55:21, 55:23, 57:10, 58:5, 61:21, 61:25, 62:9, 62:11, 64:14, 108:12, 110:10, 126:12, 129:24, 140:21, 166:19, 176:20
**clear** [21] - 16:1, 16:3, 21:16, 23:8, 78:22, 83:8, 83:15, 83:16, 85:11, 85:23, 88:18, 88:25, 91:11, 107:5, 123:18, 126:22, 135:10, 136:3, 167:14, 180:3, 191:23
**clearly** [1] - 85:18
**CLERK** [3] - 5:16, 5:19, 119:7
**clerk** [1] - 5:19
**click** [1] - 174:20
**client** [2] - 101:15, 103:25
**clock** [1] - 152:9
**close** [4] - 47:6, 47:7, 98:22
**closer** [1] - 92:14
**CO** [3] - 1:9, 2:2, 196:4
**code** [2] - 28:16, 69:7
**coded** [2] - 122:21, 122:23
**codefendant** [4] - 100:5, 102:9, 102:17, 103:1
**codefendants** [1] - 103:2
**colleagues** [4] - 39:16, 53:14, 183:13, 190:22
**collect** [1] - 128:8
**collected** [1] - 146:24
**COLLECTIVELY** [2] - 1:7, 1:10
**colloquies** [1] - 150:20
**column** [2] - 129:21, 131:25
**combine** [1] - 127:17
**combined** [6] - 64:11, 127:22, 128:6, 128:7, 129:4, 129:5
**comfortable** [1] - 116:18
**coming** [17] - 10:13, 16:24, 21:13, 26:12, 28:9, 28:11, 35:8, 35:11, 36:7, 51:21, 54:7, 107:20, 110:17, 111:1, 113:1, 184:12, 185:24
**commenced** [1] - 5:1
**comment** [1] - 109:17
**commenting** [1] - 151:20
**commitment** [1] - 189:2
**committee** [3] - 168:3, 168:4, 168:8
**common** [1] - 110:19
**communicate** [1] - 15:7
**communicating** [2] - 57:3, 110:3
**communication** [3] - 36:2, 47:9, 191:23
**communications** [5] - 11:2, 11:3, 98:23, 113:5, 136:25
**comp** [13] - 27:9, 59:1, 60:22, 61:3, 67:2, 67:5, 67:13, 67:14, 68:4, 137:6, 146:4, 146:21, 148:14
**Compact** [1] - 115:12
**companies** [2] - 89:12, 94:15
**company** [16] - 11:13, 82:12, 83:16, 88:23, 89:9, 156:5, 159:12, 161:19, 185:14, 185:15, 186:25, 187:10, 189:3, 189:17, 189:20
**compensation** [5] - 7:7, 67:2, 71:8, 146:1, 147:25
**competency** [1] - 169:6
**competitive** [2] - 67:4, 67:5
**complain** [2] - 89:22, 90:1
**complete** [2] - 21:5, 113:19
**completely** [2] - 99:19, 139:23
**computers** [1] - 198:6
**concern** [6] - 70:13, 70:14, 70:17, 78:11, 156:2, 156:5
**concerned** [5] - 101:8, 138:22, 152:14, 191:19, 191:22
**concerns** [7] - 66:22, 66:25, 68:6, 68:10, 70:11, 71:3, 83:7
**concluded** [4] - 72:8, 100:23, 154:3, 198:19
**conclusion** [1] - 12:12

**concrete** [8] - 132:17, 132:25, 133:13, 133:16, 133:22, 134:2, 165:6, 165:18
**conduct** [2] - 34:12, 88:8
**conference** [9] - 40:21, 72:6, 72:8, 99:14, 100:23, 101:23, 150:15, 154:3, 197:16
**confident** [1] - 118:7
**confirm** [1] - 62:5
**confirmation** [6] - 31:4, 31:6, 31:10, 51:23, 159:19, 172:9
**confirmed** [7] - 18:23, 172:1, 172:13, 173:4, 173:6, 173:8, 173:9
**confused** [1] - 190:6
**confusing** [1] - 100:17
**confusion** [1] - 117:14
**connected** [1] - 119:6
**consider** [3] - 38:18, 97:3, 128:11
**consideration** [1] - 181:17
**considered** [4] - 24:10, 114:25, 124:8, 183:3
**consisted** [1] - 126:18
**consistent** [1] - 93:22
**contact** [1] - 11:9
**containing** [1] - 158:6
**content** [2] - 22:15, 26:13
**context** [3] - 143:9, 151:15
**CONTINUED** [46] - 2:1, 17:23, 24:16, 26:6, 30:18, 41:22, 43:19, 55:14, 61:18, 73:3, 76:14, 80:20, 84:13, 86:16, 89:6, 89:16, 90:17, 92:6, 107:14, 111:16, 117:10, 117:22, 119:14, 120:11, 124:14, 134:19, 140:16, 143:3, 145:13, 154:20, 155:4, 155:16, 156:21, 160:4, 160:15, 161:12, 165:1, 168:1, 168:16, 171:4, 174:18, 176:12, 177:11, 184:21, 188:1, 188:12
**contract** [5] - 7:21, 95:4, 113:9, 185:7, 185:11
**contracts** [6] - 185:5, 185:13, 185:16, 185:17, 185:19, 185:20
**contradict** [1] - 187:18
**control** [2] - 104:19, 113:19
**controlling** [4] - 49:21, 49:22, 115:15, 115:16
**controls** [1] - 100:1
**conversation** [11] - 15:16, 47:9, 47:11, 110:6, 110:7, 115:25, 116:4, 116:9, 116:10, 153:23, 188:21
**converted** [1] - 45:15
**cooperation** [3] - 31:2, 98:22
**cord** [1] - 119:8
**core** [2] - 139:21, 139:24
**Corey** [52] - 4:6, 20:4, 20:5, 26:21, 29:21, 29:25, 38:3, 38:4, 38:6, 38:12, 38:23, 39:3, 39:9, 39:15, 39:25, 40:2, 40:3, 40:14, 57:23, 58:20, 60:14, 60:15, 60:20, 62:1, 63:17, 64:19, 70:1, 70:3, 70:12, 70:15, 71:6, 71:18, 71:20, 77:15, 109:17, 109:23, 130:4, 157:2, 159:7, 159:13, 160:14, 160:18, 161:23, 162:11, 162:13, 162:21, 163:5, 163:6, 163:7, 163:17, 163:20, 163:23
**Corey's** [1] - 70:24
**corner** [1] - 19:5
**correct** [145] - 19:6, 21:3, 24:3, 25:5, 25:6, 27:20, 33:24, 33:25, 38:21, 43:13, 48:9, 49:18, 52:24, 55:9, 62:21, 62:22, 71:22, 74:4, 74:8, 78:6, 81:16, 83:1, 86:3, 91:21, 92:25, 93:6, 93:13, 93:23, 94:4, 94:17, 94:18, 95:2, 95:3, 95:8, 95:9, 95:23, 96:6, 96:11, 96:12, 96:15, 96:16, 96:19, 96:20, 99:5, 99:6, 99:8, 106:1, 106:2, 107:23, 108:1, 108:9, 109:16, 109:21, 110:1, 110:2, 110:12, 110:22, 110:23, 111:20, 111:24, 112:2, 113:8, 113:12, 113:13, 114:4, 114:9, 114:11, 114:17, 116:3, 118:5, 118:18, 120:24, 121:5, 121:18, 122:12, 122:20, 123:4, 123:6, 123:9, 124:17, 124:18, 124:23, 125:11, 125:12, 126:6, 126:21, 127:1, 127:13, 130:15, 131:8, 131:18, 131:24, 132:19, 136:19, 138:2, 138:4, 138:12, 140:22, 140:23, 144:8, 144:13, 145:24, 155:11, 156:4, 158:2, 161:20, 161:21, 162:1, 162:14, 163:14, 164:13, 165:5, 166:22, 167:20, 169:2, 169:8, 170:1, 170:8, 170:12, 170:19, 170:22, 171:12, 171:20, 171:22, 173:11, 174:6, 174:7, 174:10, 176:16, 177:16, 177:17, 177:22, 178:18, 186:6, 188:14, 190:4, 193:2, 193:9, 194:2, 194:3, 196:11, 196:13, 196:14, 196:17, 199:2
**correctly** [5] - 42:24, 116:21, 126:23, 143:24, 144:25
**council** [1] - 54:3
**count** [1] - 35:18
**counterpart** [1] - 169:18
**country** [2] - 42:19, 122:19
**couple** [5] - 92:8, 115:9, 151:12, 167:21, 184:17
**course** [3] - 36:20, 100:18, 193:3
**Court** [8] - 6:5, 8:14, 91:3, 104:18, 105:5, 105:11, 122:10, 125:16
**COURT** [93] - 1:1, 1:14, 2:6, 2:6, 5:4, 5:7, 5:14, 5:20, 17:22, 24:15, 25:24, 30:17, 40:19, 40:23, 41:9, 41:13, 41:17, 55:13, 61:17, 72:9, 72:21, 72:24, 73:1, 76:13, 80:18, 84:12, 86:15, 89:3, 89:5, 89:15, 92:2, 100:21, 100:25, 101:6, 101:11, 101:22, 102:2, 103:13, 104:2, 104:11, 104:16, 106:3, 106:9, 106:16, 106:18, 107:2, 107:7, 107:13, 111:5, 111:15, 115:19, 117:8, 117:19, 119:11, 119:13, 120:10, 124:13, 134:17, 140:15, 142:4, 142:7, 145:12, 150:14, 151:11, 152:15, 153:4, 153:6, 153:15, 153:21, 154:5, 154:11, 154:15, 154:17, 155:1, 155:15, 156:19, 160:7, 161:11, 164:24, 167:25, 168:15, 171:3, 174:16, 176:7, 177:10, 184:20, 187:24, 188:9, 192:14, 197:11, 197:18, 198:13, 198:17
**court** [5] - 57:4, 62:20, 100:24, 125:24, 154:4
**courthouse** [1] - 91:18
**courtroom** [5] - 27:21, 47:4, 101:23, 102:1, 104:9
**covered** [1] - 49:7
**COVID** [9] - 34:15, 35:2, 35:7, 54:16, 74:20, 189:12, 189:24, 195:2, 195:3
**CPU** [1] - 115:11
**crap** [1] - 186:18
**crazy** [2] - 99:23, 102:24
**create** [6] - 30:23, 87:4, 147:10, 151:7, 173:16, 173:23
**created** [18] - 28:1, 28:2, 29:2, 29:14, 31:8, 37:16, 69:15, 124:21, 126:12, 126:16, 126:18, 127:14, 127:16, 129:7, 129:14, 129:18, 129:19, 169:11
**creating** [4] - 121:6, 121:9, 126:13, 173:10
**creator** [1] - 169:12
**credibility** [1] - 105:5
**criticize** [1] - 198:1
**cross** [19] - 92:1, 92:2, 99:18, 99:23, 100:4, 100:13, 100:14, 102:8, 102:20, 103:7, 103:19, 104:1, 104:15, 105:1, 105:13, 106:3, 106:4, 106:5, 140:1
**CROSS** [31] - 91:5, 92:6, 107:14, 111:16, 115:23, 117:10, 117:22, 119:14, 120:11, 124:14, 134:19, 140:16, 143:3, 145:13, 154:20, 155:4, 155:16, 156:21, 160:4, 160:15, 161:12, 165:1, 168:1, 168:16, 171:4, 174:18, 176:12, 177:11, 184:21, 188:1, 188:12
**Cross** [2] - 3:4, 3:5
**cross-examination** [12] - 92:2, 99:18, 99:23, 100:4, 102:8, 102:20, 103:7, 105:1, 105:13, 106:3, 106:4, 106:5
**cross-examine** [3] - 100:13, 103:19, 104:1
**cross-examining** [1] - 100:14
**crossed** [2] - 110:25, 111:8

**CRR** [2] - 2:6, 199:9
**crucial** [12] - 13:15, 28:13, 31:12, 35:16, 35:22, 54:4, 54:15, 60:25, 84:5, 85:21, 88:21, 114:12
**culture** [1] - 66:6
**curious** [1] - 97:21
**current** [3] - 17:10, 75:8, 76:23
**cut** [5] - 138:24, 142:1, 151:17, 151:18, 184:17
**CV** [1] - 139:4

**D**

**D/B/A** [2] - 1:7, 1:10
**Daniella** [1] - 182:11
**data** [4] - 69:3, 155:19, 168:20, 193:25
**date** [15] - 18:6, 23:14, 57:12, 62:8, 75:23, 120:4, 120:5, 120:22, 155:20, 155:21, 184:24, 194:4, 194:5, 196:11, 199:9
**dated** [9] - 3:12, 3:14, 3:17, 3:19, 4:4, 4:7, 61:21, 124:17, 155:21
**dates** [1] - 39:1
**DAWSEY** [1] - 1:3
**Dawsey** [98] - 3:17, 4:6, 12:21, 13:1, 13:23, 14:21, 15:3, 15:10, 15:23, 16:7, 16:10, 20:2, 20:3, 20:15, 22:7, 22:9, 22:19, 23:1, 23:9, 23:12, 23:19, 25:20, 26:17, 33:1, 33:4, 33:5, 45:5, 49:4, 50:2, 59:9, 59:18, 63:6, 64:16, 64:22, 65:1, 65:9, 65:20, 66:15, 66:19, 68:11, 70:10, 71:2, 71:20, 77:15, 78:5, 78:7, 78:10, 78:15, 81:7, 81:10, 81:13, 82:4, 82:7, 83:3, 83:19, 88:13, 89:19, 89:22, 90:19, 90:24, 96:13, 103:17, 108:5, 108:21, 111:25, 112:5, 112:25, 113:6, 113:14, 121:9, 121:23, 130:1, 132:8, 132:18, 133:14, 138:3, 141:3, 146:16, 146:18, 156:2, 161:15, 161:19, 164:3, 168:14, 170:13, 173:23, 174:3, 180:17, 183:11, 185:24, 192:24, 193:19, 194:13, 196:8, 196:19, 197:7, 197:8
**Dawsey's** [10] - 14:15, 63:8, 66:23, 71:8, 71:10, 71:13, 87:1, 90:9, 113:17, 182:15
**day-to-day** [2] - 95:24, 112:18
**days** [1] - 103:17
**deal** [2] - 91:7, 189:9
**dealing** [4] - 136:7, 136:14, 137:3, 137:10
**DEBRA** [1] - 2:6
**December** [6] - 74:7, 78:22, 79:22, 83:7, 191:22, 196:11
**decide** [7] - 53:3, 53:20, 58:23, 72:18, 96:19, 103:24, 146:18
**decided** [10] - 29:21, 31:25, 35:25, 62:18, 82:8, 147:17, 172:11, 183:6, 185:23, 189:16
**decides** [1] - 104:6
**decision** [34] - 10:23, 29:17, 35:3, 49:19, 50:4, 53:4, 53:15, 55:6, 62:1, 68:6, 90:8, 90:11, 90:13, 110:12, 112:23, 113:22, 113:24, 116:15, 116:23, 118:18, 118:19, 118:24, 130:25, 131:20, 132:12, 135:25, 136:2, 147:13, 158:22, 172:17, 172:18, 182:24, 183:20, 183:21
**decision-making** [1] - 172:18
**decisions** [7] - 113:20, 114:2, 172:15, 179:21, 181:3
**DEFENDANT** [1] - 1:19
**defendant** [3] - 5:12, 192:17, 192:18
**Defendant** [1] - 114:8
**Defendant's** [27] - 17:20, 24:13, 30:15, 30:21, 37:3, 41:20, 43:18, 55:12, 55:17, 61:15, 68:25, 69:5, 73:9, 73:12, 76:10, 76:11, 77:24, 79:16, 80:17, 80:23, 81:5, 84:10, 86:12, 156:17, 168:13, 192:16
**DEFENDANTS** [1] - 1:12
**Defendants** [4] - 5:10, 104:3, 105:21, 106:20
**defense** [2] - 106:19, 168:19
**DEFENSE** [1] - 4:1
**define** [1] - 67:2
**defined** [1] - 46:8
**definitely** [1] - 195:2
**degree** [1] - 105:22
**delay** [1] - 85:14
**denying** [1] - 106:12
**department** [74] - 9:11, 9:13, 9:16, 9:17, 9:19, 9:22, 13:15, 14:12, 17:4, 17:10, 18:17, 19:25, 23:20, 25:14, 27:5, 27:7, 28:15, 28:16, 29:19, 33:23, 36:2, 36:8, 36:11, 42:4, 42:7, 42:9, 43:12, 43:23, 44:3, 44:14, 44:20, 45:22, 51:5, 53:3, 53:6, 53:8, 53:13, 65:3, 67:17, 67:23, 68:12, 68:20, 69:7, 71:17, 71:24, 72:2, 79:22, 88:8, 88:11, 109:20, 112:19, 114:3, 122:4, 134:12, 135:8, 135:17, 139:6, 140:8, 146:20, 162:14, 162:15, 162:20, 163:4, 163:10, 169:16, 169:19, 186:4, 186:6, 186:8, 186:18
**Department** [22] - 26:24, 53:5, 56:8, 58:18, 64:17, 65:21, 65:23, 73:7, 78:4, 78:19, 78:20, 87:15, 88:13, 90:7, 112:23, 136:22, 142:20, 169:12, 169:14, 169:16, 185:2
**departments** [5] - 34:24, 92:23, 109:15, 166:4, 166:5
**depict** [1] - 176:8
**deposition** [12] - 117:5, 128:1, 133:5, 141:21, 143:6, 143:14, 144:18, 149:19, 178:6, 178:24, 183:25, 194:8
**deputies** [2] - 191:4, 193:13
**deputy** [2] - 191:5, 191:16
**describe** [6] - 8:2, 9:1, 10:20, 53:23, 54:5, 155:18
**described** [1] - 142:8
**description** [1] - 157:16
**designated** [1] - 121:20
**designations** [1] - 121:22
**desperately** [1] - 39:25
**determining** [1] - 104:23
**develop** [3] - 15:10, 105:10, 165:8
**Development** [1] - 3:21
**development** [34] - 15:16, 17:13, 24:7, 31:1, 31:11, 66:1, 73:17, 109:9, 114:12, 115:8, 138:18, 138:19, 138:20, 139:6, 140:8, 165:7, 165:11, 169:13, 169:21, 169:22, 169:23, 170:21, 170:23, 177:21, 177:24, 177:25, 178:2, 178:3, 178:5, 178:13, 178:15, 178:18, 178:20
**dictate** [2] - 113:17, 113:20
**difference** [2] - 46:6, 154:2
**different** [20] - 22:15, 35:7, 75:2, 97:20, 107:16, 109:15, 115:5, 127:14, 128:14, 137:4, 137:22, 143:1, 147:14, 162:22, 163:2, 165:20, 166:3, 166:5, 172:9, 173:14
**difficult** [7] - 34:15, 51:3, 54:16, 74:20, 148:18, 150:9, 195:3
**difficulties** [1] - 35:15
**Dingolfing** [7] - 6:4, 6:6, 6:12, 6:13, 6:16, 93:19, 149:5
**Direct** [2] - 3:3, 37:9
**DIRECT** [17] - 5:21, 17:23, 24:16, 26:6, 30:18, 41:22, 43:19, 55:14, 61:18, 73:3, 76:14, 80:20, 84:13, 86:16, 89:6, 89:16, 90:17
**direct** [45] - 10:4, 10:19, 13:5, 15:7, 23:3, 50:3, 53:8, 53:9, 66:4, 74:17, 75:18, 76:21, 77:2, 77:14, 78:23, 79:5, 102:16, 103:25, 105:3, 105:7, 105:8, 106:5, 112:18, 119:18, 119:22, 124:19, 127:20, 132:7, 134:11, 134:23, 134:24, 135:3, 136:5, 144:24, 145:25, 150:6, 150:7, 157:11, 164:16, 166:13, 166:15, 167:6, 182:14, 185:10, 190:2
**directed** [1] - 103:16
**direction** [2] - 88:19, 173:1
**directly** [1] - 81:3
**director** [1] - 79:13
**directs** [1] - 134:10
**disagree** [1] - 189:20
**disagreed** [1] - 70:10
**discipline** [1] - 98:3
**discovery** [1] - 127:25
**discriminated** [5] - 89:23, 90:2, 90:5, 186:20, 187:11
**discrimination** [7] - 87:23, 88:1, 88:3, 88:5, 103:21, 103:22
**discuss** [17] - 14:13, 15:2, 16:2, 17:14, 21:2, 21:23, 23:2, 41:10, 72:21, 76:22, 76:24, 84:3, 96:17, 97:6, 121:14, 128:19, 165:3
**discussed** [40] - 13:10, 14:18, 15:4, 15:13, 15:15, 15:19,

16:1, 22:16, 23:1, 23:2, 23:6, 24:2, 24:6, 31:7, 33:10, 33:15, 38:13, 53:17, 58:1, 59:10, 60:8, 60:13, 68:14, 70:23, 78:2, 86:21, 96:14, 126:8, 129:21, 131:25, 160:12, 160:22, 168:10, 172:5, 174:5, 191:10, 191:11, 196:2
**discussing** [3] - 97:18, 140:24, 168:21
**discussion** [41] - 13:8, 14:21, 15:2, 15:22, 17:11, 22:2, 23:5, 23:9, 44:17, 45:16, 47:3, 51:16, 53:19, 54:13, 55:4, 59:18, 59:24, 60:13, 64:16, 64:18, 64:24, 65:1, 65:9, 67:11, 71:1, 71:2, 97:14, 116:17, 132:1, 148:13, 160:24, 174:8, 175:5, 175:23, 176:15, 176:18, 179:3, 179:11, 179:14, 179:15, 183:9
**discussions** [15] - 13:22, 14:1, 15:23, 50:1, 55:1, 60:12, 64:23, 68:16, 78:10, 112:14, 174:24, 176:16, 182:16, 182:21, 194:12
**dispute** [1] - 102:7
**DISTRICT** [3] - 1:1, 1:1, 1:14
**diversity** [1] - 39:20
**DIVISION** [1] - 1:2
**division** [7] - 54:2, 93:12, 137:23, 138:18, 139:5
**document** [98] - 17:25, 18:3, 18:13, 19:5, 21:5, 22:4, 24:18, 25:20, 30:20, 30:23, 42:12, 44:24, 44:25, 45:14, 46:25, 47:2, 47:12, 56:22, 56:23, 57:6, 57:7, 57:8, 57:9, 57:11, 62:24, 69:2, 69:3, 69:19, 69:21, 73:11, 73:14, 73:15, 74:2, 77:3, 81:2, 86:18, 119:5, 120:6, 120:15, 120:20, 121:6, 121:10, 121:13, 121:16, 121:23, 123:13, 123:14, 123:18, 123:21, 124:21, 125:1, 125:3, 126:4, 126:5, 126:11, 126:13, 128:8, 128:22, 129:13, 129:18, 129:19, 131:5, 131:9, 131:11, 131:13, 140:18, 140:19, 145:10, 147:6, 156:8, 156:12, 158:6, 158:8, 158:14, 158:15, 159:1, 159:3, 159:5, 159:11, 159:24, 159:25, 160:2, 160:6, 160:9, 161:2, 161:5, 161:6, 167:22, 168:18, 169:4, 169:5, 169:11, 171:15, 171:17, 171:18, 193:24, 194:4, 197:3
**documentation** [1] - 160:20
**documented** [2] - 159:21, 159:22
**documents** [5] - 64:9, 128:2, 130:20, 171:21
**DOING** [2] - 1:8, 1:10
**Dombrowski** [7] - 112:9, 179:24, 180:2, 180:14, 182:10, 197:6, 197:7
**domestic** [18] - 18:24, 19:1, 20:12, 20:14, 37:20, 37:21, 42:2, 121:20, 121:24, 122:24, 123:6, 125:14, 126:7, 127:10, 127:11, 130:23, 131:1, 131:20
**dominate** [1] - 113:23
**DONALD** [1] - 2:2
**done** [5] - 54:20, 58:6, 112:18, 152:7, 192:22
**down** [39] - 17:13, 21:1, 21:6, 25:12, 32:15, 37:15, 37:23, 39:21, 44:6, 55:19, 57:12, 60:1, 69:25, 78:18, 79:3, 84:18, 84:21, 86:5, 86:23, 94:20, 97:17, 100:7, 112:7, 130:11, 144:5, 144:7, 144:14, 147:15, 160:12, 160:14, 160:25, 161:1, 180:21, 180:23, 181:10, 184:15, 193:14, 194:7, 197:11
**Dr** [40] - 10:9, 10:13, 47:18, 47:20, 48:11, 48:21, 48:22, 49:8, 49:10, 49:14, 50:12, 50:16, 50:20, 51:7, 56:13, 60:2, 60:10, 63:3, 74:10, 95:21, 96:4, 107:19, 110:24, 111:8, 111:10, 116:1, 116:8, 118:7, 119:16, 123:8, 125:2, 125:5, 125:6, 125:22, 131:22, 132:16, 133:11, 159:15, 159:17, 188:4
**draft** [2] - 173:23, 174:2
**drive** [1] - 66:7
**driving** [1] - 66:10
**duly** [1] - 5:17
**during** [40] - 9:2, 15:19, 16:6, 16:8, 16:9, 24:6, 33:1, 33:4, 34:19, 41:5, 41:11, 63:24, 65:1, 65:9, 65:20, 72:22, 74:25, 78:3, 78:7, 81:20, 82:3, 82:19, 84:1, 87:18, 90:7, 113:5, 116:6, 128:2, 134:6, 135:6, 135:16, 135:18, 149:9, 154:12, 162:13, 162:16, 164:3, 185:17, 195:3, 195:22

**E**

**e-mail** [1] - 61:20
**e-mailed** [1] - 174:9
**earliest** [1] - 62:10
**early** [2] - 27:2, 132:8
**easy** [1] - 75:12
**effect** [3] - 46:18, 46:21, 75:22
**effective** [1] - 104:22
**efficiency** [1] - 197:20
**effort** [1] - 51:22
**eight** [1] - 81:14
**either** [1] - 191:17
**electric** [1] - 8:8
**elevated** [1] - 71:18
**elevation** [2] - 71:7, 193:8
**ELLISON** [1] - 2:3
**Email** [2] - 4:3, 4:5
**email** [51] - 3:11, 3:13, 3:15, 3:16, 3:18, 3:20, 24:21, 25:4, 25:7, 25:17, 26:15, 55:20, 55:22, 56:12, 61:24, 62:25, 79:18, 79:21, 79:24, 80:22, 81:12, 84:16, 84:22, 84:23, 124:16, 125:7, 140:20, 142:8, 145:15, 147:23, 156:23, 156:24, 159:4, 159:14, 161:8, 161:17, 161:18, 161:23, 171:6, 171:7, 172:19, 172:20, 174:21, 174:23, 175:20, 177:13, 177:15, 191:7, 193:12, 193:18
**emailing** [2] - 56:15, 84:25
**emails** [4] - 55:16, 153:20, 176:6
**embarrassment** [1] - 105:1
**employed** [5] - 6:2, 6:3, 6:16, 6:17, 69:18
**employee** [8] - 18:25, 20:13, 42:2, 46:11, 63:25, 64:1, 113:11, 188:17
**employees** [13] - 6:11, 6:14, 9:8, 9:12, 9:16, 9:18, 9:21, 20:14, 50:24, 61:2, 114:3, 146:8
**employer** [2] - 100:2, 103:23
**employment** [3] - 82:8, 113:20, 185:15
**empty** [1] - 122:11
**encourage** [1] - 66:3
**encouraged** [2] - 13:12, 24:8
**encouraging** [1] - 23:19
**END** [1] - 198:20
**end** [13] - 7:23, 8:1, 8:24, 29:16, 37:13, 61:6, 66:25, 75:5, 95:18, 119:7, 148:12, 164:20, 181:6
**ended** [1] - 48:19
**ending** [2] - 48:17, 120:5
**ends** [1] - 118:2
**Engelhorn** [1] - 74:10
**Englehorn** [43] - 8:18, 10:8, 10:9, 10:13, 47:18, 47:20, 48:11, 48:21, 48:22, 49:8, 49:10, 49:14, 50:12, 50:16, 50:20, 51:7, 53:18, 56:13, 58:14, 60:2, 60:10, 63:3, 94:24, 95:1, 96:4, 107:19, 110:24, 116:1, 116:8, 118:7, 119:16, 123:8, 125:2, 125:5, 125:6, 125:22, 131:22, 132:12, 132:16, 133:11, 159:15, 159:17, 188:4
**Englehorn's** [3] - 95:21, 111:8, 111:10
**English** [2] - 111:19, 176:3
**ensure** [3] - 11:7, 149:8, 193:16
**enter** [1] - 80:17
**entered** [11] - 17:21, 24:14, 30:16, 55:12, 61:16, 73:10, 76:11, 84:11, 86:14, 168:19
**entire** [8] - 23:9, 78:20, 81:15, 81:20, 82:3, 82:4, 87:15, 188:15
**entities** [2] - 56:25, 94:15
**entitled** [2] - 104:15, 199:4
**entity** [2] - 104:10, 124:2
**Epps** [36] - 4:6, 20:4, 20:5, 26:18, 29:21, 29:23, 29:24, 29:25, 30:6, 38:3, 38:4, 38:6, 38:12, 38:23, 39:7, 39:9, 39:15, 40:14, 70:1, 70:3, 71:6, 71:20, 77:15, 109:17, 109:23, 130:4, 130:13, 130:16, 154:23, 155:6, 155:9, 155:24, 156:1, 159:14, 162:11, 194:1
**Epps's** [3] - 30:5, 121:16, 154:23
**ERISA** [7] - 98:7, 98:10, 98:15, 99:3, 136:10, 137:10
**especially** [1] - 65:24
**ESQ** [4] - 1:17, 1:21, 2:2, 2:3
**Eszter** [1] - 170:2

**Eva** [39] - 10:1, 50:9, 50:11, 50:14, 50:15, 50:21, 51:6, 51:8, 51:9, 54:14, 54:19, 55:24, 58:13, 58:22, 58:23, 59:7, 62:5, 62:6, 76:6, 76:8, 110:4, 110:5, 110:8, 110:9, 110:25, 116:13, 116:15, 116:19, 118:10, 118:11, 118:20, 118:23, 127:3, 129:6, 131:25, 132:14, 135:23
**Eva's** [1] - 58:25
**evening** [1] - 5:8
**events** [1] - 103:17
**Everly** [1] - 67:25
**everyday** [1] - 91:20
**evidence** [6] - 104:17, 104:21, 119:5, 119:9, 156:10, 191:8
**evolution** [1] - 188:22
**exact** [2] - 23:14, 182:2
**exactly** [8] - 39:4, 128:3, 145:20, 160:24, 167:3, 171:17, 184:13, 193:15
**exam** [5] - 3:3, 3:4, 3:5, 3:6, 3:7
**EXAM** [50] - 5:21, 17:23, 24:16, 26:6, 30:18, 41:22, 43:19, 55:14, 61:18, 73:3, 76:14, 80:20, 84:13, 86:16, 89:6, 89:16, 90:17, 91:5, 92:6, 107:14, 111:16, 115:23, 117:10, 117:22, 119:14, 120:11, 124:14, 134:19, 140:16, 143:3, 145:13, 154:20, 155:4, 155:16, 156:21, 160:4, 160:15, 161:12, 165:1, 168:1, 168:16, 171:4, 174:18, 176:12, 177:11, 184:21, 188:1, 188:12, 192:19, 197:1
**examination** [16] - 40:25, 92:2, 99:18, 99:23, 99:24, 100:4, 102:8, 102:20, 103:7, 105:1, 105:3, 105:9, 105:13, 106:3, 106:4, 106:5
**examine** [3] - 100:13, 103:19, 104:1
**examining** [2] - 100:14, 104:20
**example** [6] - 20:15, 20:22, 42:19, 98:6, 137:20, 139:20
**excellent** [2] - 22:13, 138:25
**except** [1] - 105:9
**exchange** [3] - 26:25, 51:1, 149:10
**exchanged** [1] - 58:4
**exclamation** [1] - 182:6
**excuse** [1] - 194:13
**Excuse** [1] - 26:2
**excused** [6] - 41:6, 72:20, 101:7, 101:12, 101:25, 154:8
**excusing** [1] - 101:19
**execute** [1] - 133:3
**executive** [1] - 186:24
**executives** [2] - 119:25, 185:5
**exempt** [2] - 156:10, 158:3
**exercise** [1] - 104:18
**exhibit** [43] - 17:20, 24:13, 30:16, 30:21, 37:3, 41:20, 43:17, 43:18, 55:10, 55:11, 55:17, 68:25, 69:1, 76:9, 76:10, 76:11, 77:24, 79:16, 80:23, 84:9, 84:15, 84:16, 120:7, 123:23, 124:11, 124:20, 145:12, 155:12, 156:9, 156:18, 161:10, 164:21, 164:22, 167:23, 168:13, 168:19, 171:1, 174:15, 177:7, 180:4, 189:1, 192:16, 193:21
**Exhibit** [1] - 24:12
**EXHIBITS** [2] - 3:9, 4:2
**exists** [1] - 161:6
**expansion** [1] - 35:9
**expat** [22] - 42:14, 42:17, 42:18, 42:20, 42:21, 56:7, 62:6, 122:11, 122:13, 122:15, 122:17, 122:18, 123:2, 123:4, 123:5, 130:22, 131:6, 180:19, 180:20, 181:5, 181:15, 181:19
**expatriate** [1] - 122:15
**expect** [2] - 83:6, 83:18
**experience** [32] - 11:13, 13:13, 13:14, 15:12, 15:14, 16:4, 19:18, 19:21, 23:23, 23:24, 23:25, 30:7, 30:12, 49:23, 51:12, 59:2, 59:4, 59:13, 88:20, 88:25, 99:9, 109:10, 112:5, 115:2, 136:6, 136:7, 136:13, 136:21, 137:12, 137:25, 139:18, 139:25
**experienced** [1] - 65:3
**expertise** [2] - 137:2, 137:10
**experts** [1] - 136:23
**explain** [24] - 11:25, 16:18, 31:3, 31:22, 42:15, 56:20, 63:8, 73:22, 89:8, 123:16, 126:11, 134:4, 141:15, 141:20, 141:22, 144:19, 151:1, 151:16, 151:24, 152:4, 181:4, 183:1, 193:10, 193:11
**explained** [10] - 14:4, 74:19, 75:15, 75:16, 75:17, 79:25, 132:22, 133:19, 141:17, 142:14
**explaining** [1] - 152:5
**explanation** [1] - 152:7
**export** [1] - 108:6
**exposure** [3] - 109:7, 109:9, 109:12
**expressed** [1] - 78:11
**extend** [3] - 8:6, 48:25, 67:10
**extended** [8] - 8:3, 95:7, 167:4, 167:6, 167:8, 167:11, 167:18
**extending** [1] - 48:20
**extension** [3] - 8:4, 8:17, 35:12
**extent** [1] - 151:13
**external** [4] - 88:23, 89:9, 142:20, 175:14
**extra** [1] - 24:3
**eyes** [1] - 19:21

**F**

**facilities** [1] - 94:16
**fact** [9] - 86:24, 86:25, 104:8, 105:19, 110:24, 113:5, 121:12, 165:3, 189:8
**fair** [3] - 53:16, 112:1, 162:17
**fall** [3] - 73:7, 88:12, 90:8
**familiar** [3] - 43:21, 43:22, 190:15
**families** [1] - 198:2
**family** [3] - 51:10, 51:24, 54:11
**FANE** [1] - 1:21
**far** [4] - 87:13, 106:7, 106:13, 137:12
**fast** [1] - 49:10
**father** [1] - 151:5
**favorable** [1] - 40:14
**FE** [4] - 39:12, 141:8, 141:14, 144:3
**FEBRUARY** [1] - 1:4
**February** [7] - 55:7, 62:10, 75:23, 83:24, 86:6, 86:11
**Federal** [1] - 104:16
**federal** [1] - 136:14
**feedback** [12] - 183:14, 183:16, 183:17, 183:20, 184:4, 184:6, 184:7, 195:7, 195:9, 195:18, 195:20, 195:21
**feeds** [2] - 28:3, 32:7
**felt** [2] - 113:15, 148:16
**few** [2] - 58:16, 192:21
**field** [3] - 12:11, 98:2, 98:21
**fields** [4] - 9:6, 29:6, 98:21, 139:25
**fifteen** [1] - 143:10
**fifth** [1] - 156:13
**figure** [2] - 110:10, 110:13
**fill** [11] - 20:24, 29:15, 52:9, 67:9, 76:7, 85:24, 102:18, 128:12, 191:1, 191:2, 191:6
**filled** [4] - 108:4, 111:25, 190:18, 190:22
**filling** [3] - 99:24, 103:9, 140:24
**fills** [1] - 191:2
**final** [4] - 41:4, 55:6, 72:13, 198:7
**finalized** [1] - 55:24
**finally** [1] - 80:6
**finance** [1] - 170:5
**fine** [4] - 70:24, 101:14, 162:8, 180:9
**fingers** [1] - 106:21
**finish** [4] - 141:25, 142:4, 149:21, 180:7
**first** [42] - 5:17, 8:4, 11:19, 12:4, 19:9, 19:23, 21:22, 32:16, 39:9, 39:10, 43:12, 43:22, 44:15, 44:16, 46:24, 51:22, 54:20, 55:4, 55:6, 62:8, 62:10, 65:15, 75:15, 81:3, 83:24, 91:25, 102:8, 102:19, 107:19, 107:22, 116:1, 127:23, 129:20, 131:25, 135:23, 157:10, 175:20, 183:2, 197:22
**first-line** [3] - 39:10, 107:19, 107:22
**fit** [10] - 21:16, 52:2, 52:3, 54:24, 59:7, 60:22, 60:24, 94:16, 94:19, 156:14
**fits** [1] - 70:24
**five** [14] - 19:14, 19:19, 19:25, 55:8, 59:11, 60:17, 69:8, 91:15, 153:7, 153:11, 153:22, 154:6, 173:25
**five-minute** [2] - 153:11, 153:22
**flight** [2] - 82:22, 152:15
**flip** [3] - 31:20, 73:18, 74:5
**floor** [4] - 30:2, 30:10, 60:19
**Flor** [11] - 8:4, 8:5, 8:12, 8:15, 10:15, 47:25, 48:1, 48:2, 48:4, 110:20, 196:5
**flor** [1] - 94:23
**FO** [18] - 31:4, 31:6, 31:10, 65:13, 169:12, 169:14, 169:16, 169:20, 169:24,

170:5, 170:9, 170:14, 170:19, 172:1, 172:4, 172:6, 172:20, 173:9
**FO-1** [4] - 30:25, 31:2, 31:15
**focus** [4] - 34:16, 35:23, 138:23, 149:12
**focused** [1] - 129:8
**focusing** [1] - 174:20
**folks** [1] - 141:6
**follow** [2] - 141:1, 149:22
**followed** [2] - 15:25, 61:11
**following** [12] - 5:2, 5:5, 13:8, 41:7, 41:15, 45:22, 63:2, 100:24, 101:4, 107:11, 154:4, 154:9
**follows** [1] - 5:18
**food** [16] - 28:4, 29:7, 31:7, 88:23, 89:3, 89:9, 91:7, 91:9, 91:10, 91:17, 91:20, 102:12, 107:4, 139:21, 139:22
**FOR** [3] - 1:1, 1:17, 1:19
**force** [9] - 16:21, 35:7, 35:21, 35:23, 36:3, 39:20, 39:24, 148:15
**foregoing** [1] - 199:2
**foreign** [1] - 122:18
**forever** [1] - 152:23
**forgot** [2] - 35:14, 77:16
**Form** [2] - 190:16, 190:18
**form** [13] - 41:4, 72:13, 100:8, 104:6, 120:16, 159:17, 190:22, 191:1, 191:3, 192:8, 192:12, 193:16, 198:7
**formal** [2] - 54:11, 86:10
**format** [5] - 63:10, 94:14, 94:16, 94:19, 129:20
**former** [1] - 8:5
**Forty** [1] - 174:16
**forty** [1] - 177:10
**forty-three** [1] - 177:10
**Forty-two** [1] - 174:16
**forward** [7] - 5:14, 53:22, 61:14, 66:11, 84:3, 85:19, 106:11
**foundation** [2] - 111:7, 111:12
**four** [28] - 8:1, 9:6, 65:11, 69:8, 70:16, 85:11, 97:11, 103:15, 107:23, 112:21, 126:25, 134:8, 134:10, 134:13, 138:5, 144:15, 144:16, 155:25, 156:14, 157:11, 158:11, 159:24, 162:18, 163:6, 178:7, 178:8, 182:6
**four-and-a-quarter** [1] - 112:21
**fours** [1] - 121:3
**fourth** [2] - 149:4
**Fowler** [9] - 18:10, 19:2, 41:20, 44:23, 73:8, 73:18, 73:25, 81:4, 193:22
**frame** [3] - 94:5, 173:2
**framework** [22] - 11:6, 11:7, 26:14, 28:24, 70:18, 93:24, 93:25, 94:3, 94:9, 109:4, 112:17, 147:11, 158:9, 158:18, 158:19, 162:5, 162:7, 169:17, 172:8, 172:11
**free** [2] - 123:17, 198:1
**freeze** [2] - 189:25, 190:1
**fresh** [2] - 19:21, 72:18
**Friday** [1] - 86:22
**friends** [1] - 68:22
**front** [7] - 5:15, 18:1, 24:19, 37:23, 150:19, 151:8, 197:3
**frustrated** [1] - 62:15
**fulfilling** [1] - 112:6
**fully** [1] - 104:1
**fun** [1] - 125:20
**function** [138] - 11:24, 12:1, 12:3, 12:15, 17:3, 18:16, 18:18, 18:20, 19:19, 19:20, 25:12, 25:13, 26:4, 26:8, 26:9, 26:10, 26:12, 26:13, 27:8, 27:9, 27:10, 27:11, 27:13, 27:17, 27:22, 27:25, 28:7, 28:8, 28:17, 28:20, 28:22, 28:25, 29:5, 29:13, 29:18, 30:14, 30:25, 31:9, 32:1, 32:13, 32:14, 32:20, 32:23, 32:25, 36:24, 37:1, 39:25, 40:7, 40:9, 44:11, 46:6, 58:21, 58:22, 59:3, 59:5, 59:8, 59:13, 59:15, 59:16, 60:14, 60:15, 60:21, 60:24, 61:5, 63:13, 63:15, 63:16, 65:11, 65:19, 67:1, 68:2, 69:3, 69:22, 69:23, 69:24, 70:16, 70:20, 72:1, 72:3, 84:4, 84:5, 85:12, 85:13, 85:16, 85:17, 88:15, 88:16, 88:21, 109:3, 109:6, 129:2, 132:5, 134:7, 134:8, 134:10, 134:12, 137:21, 139:24, 140:1, 141:8, 144:3, 144:14, 144:16, 148:22, 149:7, 155:19, 155:23, 155:25, 156:2, 156:14, 157:9, 157:10, 158:10, 160:10, 163:6, 163:8, 163:20, 163:22, 168:20, 168:25, 173:22, 182:15, 182:25, 193:6, 193:25
**functions** [15] - 19:14, 25:11, 28:11, 29:1, 36:7, 36:8, 36:11, 36:13, 38:10, 46:5, 46:6, 46:10, 59:4, 66:2
**future** [3] - 36:3, 74:15, 142:17

### G

**gain** [1] - 139:24
**game** [1] - 137:22
**gastro** [1] - 139:23
**gauge** [1] - 153:9
**generally** [2] - 108:8, 112:6
**generation** [5] - 35:8, 75:1, 93:4
**gentlemen** [1] - 166:10
**German** [31] - 25:18, 25:23, 25:25, 26:3, 50:13, 50:24, 51:2, 51:4, 61:23, 112:9, 112:10, 112:11, 125:20, 125:24, 126:8, 126:10, 126:15, 126:19, 127:2, 127:3, 127:5, 127:6, 127:9, 127:12, 127:16, 129:9, 129:10, 176:2, 178:14, 182:11
**German)** [1] - 25:23
**Germans** [2] - 127:8, 129:17
**Germany** [62] - 11:9, 42:19, 42:23, 43:1, 48:18, 51:2, 54:4, 56:7, 56:8, 59:6, 82:10, 82:21, 96:18, 103:18, 108:14, 110:4, 112:1, 112:4, 112:6, 112:14, 112:17, 115:14, 116:20, 118:9, 126:12, 127:16, 128:21, 128:22, 129:9, 129:19, 129:23, 130:22, 131:6, 131:25, 132:2, 137:20, 147:20, 149:9, 157:19, 158:16, 161:9, 170:17, 175:6, 175:9, 175:23, 176:15, 176:18, 179:4, 179:7, 179:13, 180:19, 180:20, 181:3, 181:4, 181:6, 181:7, 181:12, 181:25, 182:8, 193:5
**Gesprach** [5] - 47:5, 47:6, 47:8, 47:10
**given** [2] - 24:4, 87:10
**global** [6] - 11:4, 32:11, 33:22, 93:21, 94:10, 172:23
**goal** [2] - 13:7, 23:21
**governance** [1] - 93:16
**government** [2] - 136:14, 136:15
**governmental** [2] - 52:13, 136:24
**Governmental** [1] - 37:8
**grade** [15] - 38:11, 46:12, 70:4, 70:7, 70:22, 71:4, 71:6, 71:7, 71:11, 71:13, 71:16, 154:24, 155:7, 156:14, 193:8
**Grade/Project** [1] - 44:25
**graded** [1] - 157:9
**grading** [14] - 32:16, 32:20, 32:23, 32:25, 38:10, 59:1, 65:17, 65:18, 137:6, 143:1, 168:3, 168:7
**greatly** [1] - 103:11
**GREENVILLE** [4] - 1:3, 1:18, 1:22, 2:5
**Greer** [3] - 40:8, 63:16
**group** [19] - 13:14, 22:1, 35:4, 36:17, 38:17, 43:15, 67:17, 82:1, 93:16, 93:17, 93:21, 96:18, 97:13, 121:17, 158:21, 167:5, 167:22, 182:17, 182:23
**GROUP** [4] - 1:8, 1:8, 1:10, 1:11
**Group** [10] - 11:7, 19:17, 28:24, 35:19, 70:18, 93:25, 125:11, 137:5, 137:18, 158:8
**growing** [1] - 165:22
**guess** [4] - 57:13, 63:1, 70:4, 152:20
**guidance** [1] - 169:17
**guideline** [13] - 45:17, 45:19, 46:13, 46:17, 46:20, 70:19, 94:6, 147:12, 147:21, 158:19
**guidelines** [1] - 160:21
**Guidelines** [1] - 44:25
**guy** [1] - 130:13

### H

**hacker** [1] - 147:23
**Hacker** [2] - 3:15, 145:15
**half** [2] - 18:19, 79:12
**hand** [7] - 5:16, 35:14, 35:15, 53:11, 53:12, 149:8, 185:4
**handbook** [5] - 43:6, 43:7, 43:9, 87:20, 87:24
**handle** [14] - 11:8, 30:1, 34:16, 35:9, 54:9, 54:17, 110:13, 138:20, 151:7, 173:2, 189:16, 189:23, 189:24, 190:2
**handled** [1] - 164:2

**handles** [1] - 12:8
**hands** [1] - 103:5
**happy** [2] - 115:12, 148:23
**harassment** [1] - 104:25
**hard** [7] - 67:8, 151:17, 151:25, 152:18, 189:9, 189:19, 198:9
**hard-pressed** [2] - 151:17, 151:25
**hardly** [1] - 102:4
**hate** [1] - 153:11
**head** [4] - 35:18, 36:12, 116:18, 118:8
**headline** [1] - 46:3
**heads** [2] - 182:7, 182:10
**health** [4] - 28:4, 29:7, 31:8, 139:22
**hear** [4] - 83:11, 125:21, 125:23, 148:19
**heard** [19] - 5:2, 5:5, 41:7, 41:15, 83:8, 97:20, 98:7, 100:24, 101:4, 102:4, 103:12, 107:11, 108:20, 115:9, 127:20, 148:22, 154:4, 154:9, 198:8
**hearing** [5] - 5:1, 5:10, 99:15, 150:16, 198:19
**held** [11] - 36:25, 40:21, 41:12, 72:6, 72:25, 81:14, 99:14, 107:10, 150:15, 154:16, 197:16
**help** [6] - 15:10, 95:7, 114:24, 115:1, 115:8, 121:25
**helpful** [2] - 15:16, 89:1
**helping** [1] - 114:11
**helps** [3] - 117:3, 117:12, 117:18
**high** [3] - 68:20, 114:15, 136:20
**high-level** [1] - 68:20
**higher** [7] - 12:10, 13:23, 66:4, 97:18, 109:13, 146:7, 146:12
**higher-level** [1] - 97:18
**highest** [1] - 166:12
**hire** [2] - 35:15, 135:24
**hired** [2] - 94:23, 112:9
**hit** [1] - 44:16
**hold** [1] - 153:4
**hole** [1] - 110:1
**holes** [1] - 99:24
**holistic** [1] - 24:1
**home** [2] - 115:6, 198:11
**honest** [7] - 188:15, 189:4, 196:8, 196:10, 196:20, 196:21
**honesty** [5] - 188:7, 188:9, 188:10, 188:14, 189:3
**honor** [1] - 153:17
**Honor** [54] - 5:12, 24:12, 30:15, 40:17, 41:19, 43:17, 72:4, 76:10, 79:17, 80:16, 84:10, 86:13, 90:15, 91:1, 91:22, 92:4, 99:13, 99:17, 102:14, 103:14, 104:4, 104:12, 106:2, 106:15, 106:17, 107:6, 111:6, 111:13, 115:18, 115:22, 119:9, 119:12, 120:9, 124:12, 134:15, 140:13, 141:24, 142:2, 150:13, 150:18, 154:19, 155:2, 156:18, 160:1, 161:9, 164:23, 167:24, 168:14, 174:14, 176:1, 176:10, 187:22, 192:15, 198:16
**HONORABLE** [1] - 1:13
**hoo** [1] - 144:5
**hope** [4] - 5:8, 72:15, 198:11, 198:17
**hopefully** [2] - 72:17, 192:22
**horizon** [1] - 157:24
**Horizon** [1] - 110:18
**hostile** [1] - 105:14
**hour** [3] - 77:8, 79:12, 153:1
**hours** [2] - 152:21, 176:5
**HR** [128] - 7:15, 7:17, 7:24, 8:23, 9:2, 9:5, 10:21, 11:13, 12:10, 12:11, 13:7, 17:2, 17:19, 21:13, 22:10, 23:23, 23:24, 24:3, 25:1, 25:2, 25:13, 25:16, 26:9, 26:11, 27:12, 28:3, 28:19, 28:22, 29:18, 30:11, 30:12, 30:24, 32:7, 33:8, 33:11, 33:13, 33:23, 37:8, 39:10, 39:13, 39:16, 39:19, 39:23, 44:9, 45:22, 48:15, 50:17, 54:1, 54:2, 54:16, 57:21, 59:1, 59:15, 62:16, 62:17, 65:3, 67:3, 67:21, 68:12, 68:24, 73:16, 76:19, 78:20, 79:13, 82:13, 88:10, 92:23, 95:15, 97:21, 97:23, 98:5, 99:9, 109:18, 111:2, 112:13, 112:15, 112:19, 113:23, 114:3, 114:23, 115:12, 116:18, 118:8, 121:14, 125:10, 132:15, 134:6, 135:16, 137:5, 138:17, 138:21, 139:7, 139:8, 139:19, 139:20, 139:24, 139:25, 140:9, 140:10, 149:6, 162:12, 162:13, 162:23, 163:4, 163:10, 163:18, 166:4, 166:5, 166:12, 166:13, 166:14, 170:18, 177:23, 178:22, 189:9, 189:16, 189:18, 189:19, 189:22, 189:23
**HR-related** [1] - 9:5
**huge** [10] - 21:13, 35:9, 35:19, 40:4, 40:9, 64:24, 67:11, 67:15, 68:5, 84:8
**Human** [19] - 6:7, 6:15, 6:21, 6:23, 18:8, 23:20, 43:3, 43:4, 71:17, 88:7, 93:11, 93:14, 93:15, 113:3, 113:4, 115:13, 138:1, 149:6, 185:9
**human** [2] - 9:11, 93:12
**hundred** [5] - 81:22, 81:23, 97:23, 114:3, 117:20

**I**

**i,t** [1] - 75:18
**idea** [11] - 14:18, 40:24, 83:14, 85:23, 133:20, 148:25, 162:10, 173:18, 181:9, 182:3, 182:9
**ideas** [10] - 21:1, 76:23, 126:20, 128:9, 128:10, 128:17, 133:20, 175:3, 175:4, 181:23
**identified** [4] - 105:15, 107:17, 110:17, 110:21
**identify** [1] - 160:6
**identifying** [2] - 108:17, 114:11
**II** [1] - 2:2
**immediately** [3] - 83:22, 85:2, 86:10
**impact** [5] - 71:7, 71:9, 71:10, 74:23, 84:8
**impacted** [1] - 87:11
**impeachment** [1] - 141:25
**importance** [3] - 95:10, 95:11, 137:13
**important** [20] - 16:4, 19:17, 23:25, 24:1, 35:23, 36:19, 39:12, 39:19, 39:21, 54:1, 56:1, 66:11, 82:11, 95:16, 98:24, 102:12, 115:2, 128:18, 191:20, 195:13
**impression** [1] - 151:19
**improper** [1] - 141:25
**IN** [1] - 1:1
**inappropriate** [1] - 187:2
**inasmuch** [1] - 105:23
**include** [3] - 75:10, 166:16, 179:16
**includes** [2] - 177:4, 177:6
**increase** [6] - 32:16, 32:17, 32:20, 32:21, 70:5, 70:7
**independent** [1] - 198:5
**INDEX** [1] - 3:1
**indicate** [4] - 20:17, 32:3, 73:21, 176:9
**indicated** [3] - 76:19, 86:21, 196:10
**indicates** [2] - 37:16, 69:21
**indication** [2] - 192:1, 192:5
**indirect** [1] - 151:19
**individual** [4] - 18:19, 50:3, 50:5, 55:20
**individuals** [4] - 19:10, 20:12, 71:16, 135:3
**inform** [9] - 56:1, 56:2, 56:10, 78:20, 78:24, 80:13, 85:2, 179:5, 179:8
**information** [46] - 10:24, 25:8, 26:17, 26:19, 37:24, 37:25, 38:1, 51:1, 56:4, 56:15, 57:15, 57:17, 57:20, 57:23, 57:24, 57:25, 58:2, 59:6, 62:14, 63:9, 79:1, 80:4, 80:5, 80:12, 80:14, 80:15, 80:24, 81:1, 81:3, 82:11, 83:25, 84:1, 94:14, 112:3, 112:13, 114:1, 129:22, 129:24, 146:25, 147:20, 172:22, 178:25, 179:5, 179:18, 179:20
**informational** [1] - 94:8
**informed** [8] - 50:3, 58:14, 61:25, 64:25, 79:7, 80:6, 83:20, 175:16
**infrastructure** [1] - 136:24
**initial** [2] - 48:10, 81:13
**initials** [1] - 93:8
**initiatives** [1] - 115:9
**inner** [2] - 99:21, 102:12
**input** [1] - 49:1
**inquiry** [1] - 105:6
**instead** [1] - 161:17
**instructed** [2] - 186:9, 191:8
**integrated** [2] - 100:1, 103:23
**interaction** [2] - 95:24, 112:1
**interactions** [1] - 48:10
**interdisciplinary** [2] - 23:25, 115:2
**interest** [1] - 153:23
**interested** [1] - 182:13
**interject** [1] - 107:2

**international** [40] - 9:21, 9:23, 9:24, 18:25, 24:10, 25:2, 37:20, 42:17, 48:7, 50:9, 50:21, 51:10, 51:25, 57:22, 76:7, 108:20, 108:22, 108:23, 110:18, 114:14, 114:22, 115:3, 121:20, 121:25, 122:2, 122:16, 129:11, 130:8, 131:16, 132:3, 132:6, 136:2, 138:15, 163:17, 163:19, 164:7, 165:4, 165:16, 168:3, 168:7
**interpretation** [1] - 141:12
**interrupting** [1] - 8:16
**interview** [3] - 51:6, 135:20, 135:23
**interviewing** [1] - 135:24
**interviews** [1] - 12:10
**introduce** [5] - 16:22, 43:13, 61:15, 78:1, 80:3
**introduced** [2] - 14:17, 77:1
**involved** [2] - 127:22, 182:24
**involving** [1] - 72:15
**issue** [11] - 98:6, 100:16, 100:17, 101:1, 102:5, 105:20, 112:16, 146:6, 151:7, 154:22, 191:8
**issued** [2] - 190:7, 190:8
**issues** [7] - 106:5, 111:22, 111:23, 125:10, 137:11, 147:25, 189:9
**IT** [9] - 7:16, 21:13, 21:14, 27:12, 92:23, 94:9, 94:12, 112:15
**IV** [1] - 1:15

**J**

**JACKSON** [1] - 2:3
**January** [20] - 6:25, 7:1, 7:12, 55:5, 62:8, 78:15, 82:9, 82:17, 82:23, 82:24, 82:25, 86:22, 89:19, 90:20, 120:4, 141:6, 145:18, 149:2, 149:4, 191:25
**job** [17] - 7:10, 36:25, 69:3, 69:18, 97:24, 122:13, 139:20, 139:21, 155:19, 157:16, 168:20, 177:1, 188:23, 192:2, 192:4, 193:25, 196:19
**jobs** [4] - 132:23, 137:5, 139:19, 165:4
**Johannes** [1] - 7:3
**Johnson** [1] - 18:22
**joined** [2] - 77:20, 163:5
**journey** [2] - 75:7, 115:10
**judge** [1] - 150:9
**Judge** [1] - 198:1
**JUDGE** [1] - 1:14
**judgment** [1] - 106:23
**July** [7] - 25:4, 26:16, 57:13, 58:6, 58:9, 58:12, 132:2
**jump** [1] - 151:18
**June** [11] - 3:22, 18:6, 18:7, 18:23, 22:4, 23:13, 24:4, 41:25, 129:20, 131:8, 131:10
**jurors** [2] - 72:19, 73:1
**JURY** [1] - 1:14
**jury** [45] - 5:3, 5:4, 5:6, 5:7, 5:25, 8:2, 9:1, 10:20, 12:1, 16:18, 18:12, 31:22, 40:22, 40:23, 41:6, 41:8, 41:16, 41:17, 54:6, 56:21, 72:7, 72:9, 73:14, 92:9, 95:10, 99:15, 99:16, 100:21, 100:25, 101:2, 101:5, 104:6, 107:9, 107:12, 150:16, 150:17, 151:8, 151:19, 153:12, 154:5, 154:8, 154:10, 154:17, 197:12, 197:18

**K**

**Karl** [1] - 145:15
**Kathy** [2] - 20:16, 20:19
**Kavit** [6] - 18:22, 18:24, 19:1, 42:1, 42:4, 56:6
**keep** [13] - 35:24, 39:12, 39:17, 39:22, 39:25, 60:20, 85:15, 93:1, 106:4, 106:11, 109:18, 173:19, 179:20
**keeping** [1] - 198:2
**keeps** [1] - 59:5
**Keiser** [2] - 20:16, 20:20
**Keith** [9] - 20:6, 20:7, 20:17, 20:20, 21:8, 21:9, 21:10, 77:18, 77:19
**KELLY** [1] - 1:3
**Kelly** [127] - 4:6, 12:21, 12:23, 12:24, 13:3, 13:6, 13:12, 13:22, 14:2, 14:19, 15:8, 19:13, 20:2, 20:3, 22:9, 22:16, 22:17, 22:24, 23:7, 25:13, 26:21, 45:5, 49:4, 57:23, 58:21, 59:11, 59:15, 59:19, 60:21, 61:4, 62:2, 63:13, 64:19, 66:15, 66:17, 66:19, 68:23, 70:11, 76:3, 77:15, 78:4, 79:8, 80:12, 80:24, 82:4, 84:3, 84:22, 84:23, 88:13, 88:15, 88:16, 88:17, 90:9, 90:19, 90:23, 108:24, 112:8, 112:25, 121:6, 121:8, 121:22, 130:1, 132:8, 132:18, 132:19, 132:24, 133:14, 133:19, 133:23, 134:3, 142:9, 144:25, 145:2, 145:23, 146:3, 146:16, 146:18, 146:22, 147:2, 147:18, 147:20, 147:24, 148:3, 148:6, 148:8, 148:10, 148:20, 149:1, 149:17, 150:1, 150:5, 157:1, 162:6, 162:7, 164:3, 164:7, 173:23, 182:7, 182:25, 183:6, 183:11, 183:14, 184:8, 184:25, 185:7, 186:7, 186:9, 186:17, 188:3, 188:6, 188:23, 189:8, 190:7, 190:19, 191:10, 192:3, 192:9, 193:19, 194:13, 195:10, 195:14, 197:6, 197:8
**Kelly's** [19] - 14:17, 14:18, 14:23, 68:14, 84:20, 85:3, 86:19, 87:6, 87:14, 132:20, 135:7, 145:19, 145:20, 149:13, 184:24, 185:14, 187:18, 190:21, 190:22
**kept** [2] - 21:17, 68:17
**kids** [3] - 51:11, 114:15, 115:5
**kind** [1] - 97:14
**Knight** [2] - 77:15, 77:17
**knowledge** [15] - 45:16, 52:14, 61:2, 64:12, 98:10, 98:12, 98:14, 98:15, 98:16, 98:17, 111:12, 112:24, 139:22, 168:7, 168:9
**known** [1] - 173:11
**knows** [2] - 23:6, 99:3
**Knudt** [11] - 8:4, 8:5, 8:12, 8:15, 10:15, 47:25, 48:1, 48:2, 48:4, 110:20, 196:5
**Koepnick** [41] - 3:16, 4:4, 4:5, 24:23, 24:24, 24:25, 25:7, 25:8, 26:16, 26:25, 54:12, 54:13, 54:19, 55:21, 55:23, 57:10, 58:5, 61:21, 61:24, 61:25, 62:9, 62:12, 64:15, 108:12, 110:4, 124:17, 124:21, 125:10, 126:12, 129:13, 129:24, 130:8, 131:13, 140:21, 166:19, 174:9, 174:23, 176:20, 177:15, 179:1, 179:16
**Koepnik** [3] - 3:13, 3:18, 3:20
**KREIS** [1] - 3:13
**Kurt** [1] - 100:16
**KURT** [1] - 1:21

**L**

**labor** [2] - 74:22, 146:23
**ladies** [1] - 166:10
**lady** [1] - 108:11
**laid** [1] - 111:11
**language** [3] - 25:23, 51:2, 151:13
**larger** [1] - 114:8
**last** [13] - 24:22, 82:15, 82:17, 82:25, 86:22, 86:24, 86:25, 128:24, 133:9, 142:16, 169:3, 190:5
**late** [4] - 143:12, 150:21, 154:2, 197:12
**lawsuit** [1] - 128:2
**lawyers** [3] - 152:20, 161:4, 197:19
**Lead** [1] - 37:10
**lead** [7] - 74:25, 100:5, 102:21, 102:24, 106:6, 127:21, 141:12
**leader** [4] - 30:9, 95:16, 110:17, 111:1
**leaders** [3] - 107:19, 107:22, 109:8
**leadership** [1] - 109:8
**leading** [14] - 13:16, 35:24, 45:4, 45:5, 91:23, 99:19, 99:23, 100:4, 100:8, 100:20, 102:7, 105:7, 105:12, 153:18
**leads** [1] - 66:8
**learn** [3] - 50:8, 82:7, 95:17
**learned** [5] - 49:13, 49:25, 50:11, 93:10, 141:3
**learning** [1] - 165:22
**leash** [1] - 102:19
**least** [12] - 11:7, 15:7, 22:1, 50:23, 51:4, 60:16, 69:18, 88:19, 95:13, 105:25, 162:13, 172:25
**leave** [5] - 8:22, 26:22, 83:3, 83:16, 95:2
**leaves** [1] - 110:1
**leaving** [3] - 53:10, 53:16, 84:4
**led** [1] - 125:10
**left** [20] - 8:24, 9:11, 9:15, 9:20, 9:23, 10:6, 12:17, 20:19, 30:11, 34:9, 34:10, 35:1, 37:15, 86:2, 90:19, 90:23, 117:24, 135:16, 138:7, 170:13
**legal** [7] - 36:1, 43:12, 52:13, 88:11, 92:24, 98:22, 101:1

**Legal** [1] - 37:8
**letter** [14] - 84:20, 85:3, 86:19, 87:3, 87:5, 87:7, 87:8, 87:12, 87:13, 190:19, 190:25, 191:9, 191:11, 192:8
**Letter** [2] - 190:15, 190:18
**letters** [8] - 87:7, 87:9, 87:10, 190:7, 190:10, 191:12, 191:17, 191:21
**letting** [2] - 152:1, 152:8
**level** [102] - 11:14, 11:16, 11:19, 11:21, 11:22, 11:24, 12:1, 12:3, 12:10, 12:15, 13:15, 13:21, 13:23, 16:10, 16:14, 16:23, 17:2, 17:3, 17:4, 18:16, 18:18, 18:20, 26:24, 36:24, 37:1, 38:12, 53:5, 56:8, 59:13, 65:11, 66:4, 66:10, 68:19, 68:20, 69:22, 69:23, 69:24, 70:16, 70:20, 72:1, 72:3, 95:25, 96:1, 96:10, 96:22, 97:6, 97:7, 97:11, 97:12, 97:13, 97:18, 97:19, 97:21, 98:4, 107:20, 107:23, 109:13, 110:15, 119:4, 119:20, 121:3, 129:2, 134:7, 134:8, 134:10, 134:12, 136:22, 138:11, 144:15, 144:16, 144:21, 148:24, 150:3, 155:23, 155:25, 156:2, 156:14, 157:9, 157:10, 158:10, 163:6, 163:20, 163:22, 169:1, 182:16, 182:25, 183:7, 183:11, 183:15, 184:8, 185:2, 185:14, 193:6, 195:11, 195:15, 196:6
**levels** [6] - 16:21, 97:20, 163:2, 180:21, 180:23, 182:16
**LEWIS** [1] - 2:3
**lie** [1] - 188:18
**life** [1] - 115:7
**limit** [1] - 71:23
**limits** [3] - 71:25, 72:1, 72:3
**line** [26] - 21:22, 31:4, 32:16, 33:6, 39:10, 46:5, 59:6, 85:12, 107:19, 107:22, 117:24, 118:2, 118:3, 133:9, 133:10, 143:16, 143:18, 143:19, 148:11, 149:20, 149:22, 177:18, 178:10, 184:5, 193:17, 194:19
**lines** [2] - 172:10
**link** [1] - 29:11
**linked** [2] - 52:15
**list** [55] - 17:6, 17:7, 18:20, 18:23, 21:1, 21:5, 22:1, 25:11, 63:13, 63:14, 63:15, 64:6, 64:11, 66:2, 123:7, 124:7, 125:24, 126:14, 126:15, 126:16, 126:17, 127:9, 127:11, 127:12, 127:14, 127:15, 127:17, 127:19, 127:22, 128:6, 128:7, 128:10, 128:16, 128:20, 128:23, 129:3, 129:4, 129:5, 129:7, 129:10, 129:13, 129:17, 129:18, 130:8, 131:16, 132:3, 132:4, 132:6, 132:7, 132:22, 133:20, 133:21
**listed** [10] - 108:5, 123:6, 124:7, 126:10, 126:18, 129:2, 129:9, 130:1, 133:2, 166:23
**listen** [3] - 53:13, 98:25, 151:22
**listening** [1] - 143:2
**lists** [5] - 63:11, 64:11, 127:17, 133:24, 133:25
**living** [1] - 172:23
**LLC** [2] - 1:9, 2:2
**LLP** [1] - 1:21
**local** [6] - 61:3, 94:7, 116:18, 118:8, 165:21, 173:3
**located** [1] - 43:8
**logistic** [3] - 30:8, 92:12, 92:16
**logistics** [10] - 22:14, 30:8, 40:4, 40:5, 40:9, 63:16, 108:6, 139:10, 139:11, 197:15
**long-term** [1] - 128:11
**look** [23] - 12:6, 20:15, 23:19, 28:23, 33:13, 55:19, 58:18, 66:16, 77:4, 84:18, 84:24, 114:23, 117:2, 117:15, 119:20, 122:4, 123:1, 129:12, 148:11, 152:3, 156:17, 164:18, 193:17
**looked** [7] - 70:2, 74:2, 77:23, 81:5, 81:12, 193:24, 196:10
**looking** [12] - 31:23, 37:15, 37:22, 61:20, 62:24, 65:22, 66:20, 123:22, 123:23, 156:9, 173:10, 175:15
**looks** [3] - 69:15, 72:16, 106:18
**loud** [1] - 117:16
**loves** [1] - 189:18
**lower** [2] - 96:22, 144:21
**lower-level** [1] - 96:22
**lowered** [1] - 46:12
**lunch** [5] - 72:10, 72:16, 72:25, 73:5, 107:1

**M**

**ma'am** [18] - 5:14, 41:9, 72:21, 101:22, 117:9, 123:15, 124:16, 125:8, 127:5, 141:13, 143:15, 151:22, 154:11, 154:22, 175:18, 191:7, 193:20, 196:22
**machines** [1] - 91:18
**mad** [1] - 187:6
**Madame** [2] - 122:10, 125:16
**madame** [3] - 6:5, 8:14, 10:16
**mail** [1] - 61:20
**mailed** [1] - 174:9
**main** [1] - 59:2
**MAIN** [1] - 2:4
**major** [2] - 189:12, 189:15
**majorly** [1] - 191:19
**makeup** [1] - 85:9
**manage** [2] - 9:4, 99:11
**managed** [1] - 99:10
**management** [59] - 11:23, 14:2, 14:16, 14:20, 15:11, 15:18, 17:2, 17:19, 24:2, 27:11, 27:19, 29:9, 29:18, 32:17, 32:21, 35:4, 38:16, 38:24, 43:14, 44:4, 44:6, 44:8, 44:9, 44:17, 45:8, 45:9, 45:11, 45:17, 45:20, 45:23, 54:1, 59:1, 67:16, 70:4, 80:6, 92:19, 107:24, 119:23, 119:24, 121:14, 139:20, 146:25, 147:3, 158:20, 158:24, 159:2, 159:9, 159:13, 159:18, 160:13, 160:22, 182:17, 183:5, 183:9, 183:16, 195:22, 195:25, 196:2
**managements** [1] - 45:12
**Manager** [6] - 26:24, 53:5, 56:8, 136:22, 142:21, 185:2
**manager** [13] - 13:15, 19:19, 21:22, 25:1, 29:20, 43:1, 46:5, 53:7, 79:11, 97:14, 139:5, 191:2
**Managers** [2] - 78:4, 78:19
**managers** [33] - 12:10, 13:24, 14:12, 17:4, 17:10, 17:11, 18:17, 19:24, 38:12, 44:7, 46:9, 53:8, 66:5, 66:13, 68:20, 79:22, 97:18, 98:3, 98:20, 99:7, 99:11, 109:12, 109:13, 109:14, 109:18, 121:3, 134:8, 134:10, 134:13, 186:4, 186:6, 196:6
**managing** [2] - 99:4, 99:7
**manufacture** [1] - 6:19
**MANUFACTURING** [2] - 1:9, 2:2
**manufacturing** [6] - 6:18, 6:24, 7:22, 13:17, 33:23, 35:24
**Manufacturing** [32] - 6:20, 6:21, 7:4, 7:6, 7:10, 7:12, 7:19, 7:20, 7:24, 8:23, 10:2, 10:6, 10:10, 10:22, 11:11, 12:2, 12:17, 16:7, 16:10, 16:15, 18:8, 27:2, 40:13, 43:4, 46:12, 47:1, 48:3, 48:4, 87:22, 90:20, 90:23, 113:24
**March** [6] - 8:24, 9:12, 9:15, 9:20, 35:1, 120:5
**mark** [2] - 19:15, 19:16
**marked** [7] - 37:7, 73:12, 76:2, 79:16, 80:23, 120:6, 167:23
**market** [4] - 39:11, 61:3, 74:22, 146:23
**Marlyn** [8] - 62:15, 62:16, 62:18, 62:19, 62:20, 80:1, 80:9
**MARLYN** [1] - 62:21
**master** [10] - 28:21, 28:24, 33:8, 33:11, 33:16, 33:20, 142:25, 172:12
**matter** [2] - 105:3, 199:4
**matters** [6] - 72:15, 99:20, 105:4, 105:6, 146:1, 198:3
**maximize** [1] - 197:20
**MC** [107] - 5:12, 6:17, 7:22, 8:3, 8:6, 9:6, 9:7, 9:12, 9:15, 10:23, 12:20, 13:24, 14:2, 14:11, 18:5, 24:9, 25:11, 29:5, 34:6, 35:19, 43:5, 44:2, 44:19, 46:3, 46:18, 46:21, 47:25, 48:8, 48:11, 50:21, 50:25, 51:6, 51:21, 53:21, 54:6, 55:3, 57:1, 66:18, 69:18, 73:16, 82:8, 86:24, 86:25, 87:2, 87:18, 88:7, 88:14, 88:17, 91:8, 92:10, 93:18, 95:5, 95:6, 99:21, 102:13, 104:7, 104:11, 107:18, 108:16, 108:17, 109:23, 112:19, 112:23, 113:3, 113:4, 113:7, 113:12, 113:19, 113:22, 113:23, 114:2, 115:14, 118:14, 123:23, 124:4, 124:9, 127:14,

127:15, 129:7, 129:8, 130:12, 130:13, 138:16, 147:17, 154:15, 158:4, 158:17, 162:4, 167:1, 168:6, 168:11, 168:12, 169:23, 170:11, 171:14, 172:14, 172:17, 173:6, 179:17, 183:5, 183:21, 197:7, 198:15
**MCCOY** [47] - 2:3, 5:12, 5:22, 17:20, 17:24, 24:12, 24:17, 26:1, 26:7, 30:15, 30:19, 40:17, 41:19, 41:20, 41:23, 43:17, 43:20, 55:11, 55:15, 61:15, 61:19, 72:4, 73:4, 76:9, 76:15, 80:19, 80:21, 84:10, 84:14, 86:12, 86:17, 89:7, 89:17, 90:15, 90:18, 91:1, 101:15, 104:12, 151:9, 153:10, 154:14, 160:1, 192:15, 192:18, 192:20, 196:22, 198:15
**McCoy** [8] - 3:3, 3:6, 5:11, 73:1, 103:8, 103:9, 153:22, 171:19
**McCoy's** [1] - 102:15
**McCraw** [17] - 12:19, 42:11, 49:12, 49:14, 49:25, 53:18, 60:2, 60:10, 63:3, 65:2, 66:23, 68:13, 74:11, 77:10, 125:14, 131:3, 146:6
**MCDUFFIE** [1] - 2:7
**mean** [24] - 9:17, 11:1, 28:18, 31:5, 32:18, 33:9, 39:14, 47:7, 47:9, 48:6, 68:10, 77:18, 92:11, 97:22, 104:8, 104:10, 106:6, 127:24, 128:3, 134:11, 177:24, 179:7, 179:14, 181:12
**means** [19] - 6:19, 19:11, 19:12, 31:6, 38:9, 38:16, 42:15, 76:21, 80:5, 93:25, 106:6, 122:16, 122:24, 133:17, 177:21, 177:22, 177:23, 178:17
**meant** [6] - 32:5, 44:7, 47:24, 122:3, 151:16, 189:6
**meat** [1] - 138:19
**Medley** [22] - 20:10, 20:11, 29:17, 29:19, 37:9, 52:12, 63:17, 71:19, 71:20, 75:18, 77:16, 80:25, 81:7, 81:13, 130:6, 168:25, 176:21, 176:23, 177:4, 179:11, 185:25, 192:4
**meet** [2] - 107:19, 196:12
**meeting** [55] - 15:19, 17:1, 17:2, 23:17, 23:18, 45:20, 45:23, 60:2, 60:3, 60:4, 60:6, 60:7, 61:6, 63:3, 64:16, 64:21, 65:20, 74:10, 77:5, 77:6, 77:13, 77:21, 77:25, 78:3, 78:7, 78:11, 79:4, 79:13, 80:2, 80:9, 81:9, 81:14, 81:18, 81:19, 81:20, 82:3, 84:2, 96:9, 96:21, 96:23, 97:2, 97:9, 97:10, 116:5, 116:12, 166:12, 166:18, 167:11, 186:3, 186:24, 187:2, 187:9, 187:17
**meetings** [24] - 24:7, 47:22, 48:12, 48:14, 50:4, 50:6, 50:17, 64:19, 65:25, 66:1, 66:3, 76:22, 81:13, 96:3, 96:9, 107:17, 107:21, 116:11, 121:15, 167:10, 167:18, 167:19
**member** [6] - 45:10, 45:12, 166:13, 166:14, 167:6, 170:9
**Members** [1] - 100:25
**members** [7] - 5:7, 14:1, 40:23, 72:9, 154:5, 197:12, 197:18
**memo** [1] - 115:12
**mention** [9] - 27:15, 27:23, 119:18, 130:10, 148:20, 164:7, 165:5, 165:13, 165:14
**mentioned** [25] - 11:17, 22:25, 26:21, 28:6, 37:4, 37:19, 40:1, 47:18, 48:19, 53:2, 55:21, 58:16, 60:1, 68:17, 70:2, 137:1, 139:13, 139:16, 149:14, 155:25, 162:5, 162:21, 165:14, 179:24, 184:19
**mess** [1] - 110:5
**message** [4] - 161:14, 192:23, 193:1, 193:11
**messed** [1] - 113:10
**met** [5] - 47:21, 48:5, 118:21, 174:3, 174:5
**MG** [1] - 108:18
**Michelle** [13] - 19:13, 20:6, 20:7, 20:16, 20:20, 21:8, 21:9, 21:10, 21:14, 77:15, 77:17, 77:18, 77:19
**microphone** [2] - 92:14, 174:21
**mid** [3] - 128:11, 128:25, 129:3
**mid-term** [2] - 128:25, 129:3
**middle** [2] - 8:11, 142:1
**might** [15] - 40:24, 94:9, 94:13, 96:23, 97:5, 97:12, 99:10, 103:5, 108:6, 109:1, 113:10, 114:13, 144:20, 148:18, 183:22
**mind** [9] - 19:24, 21:2, 21:7, 23:16, 83:15, 85:9, 106:4, 106:11, 194:17
**minority** [1] - 39:9
**minus** [1] - 115:10
**minute** [8] - 21:9, 37:5, 37:19, 123:15, 153:11, 153:22, 166:9, 196:7
**minutes** [3] - 58:16, 154:6, 184:17
**Misaligned** [1] - 43:23
**missing** [1] - 144:15
**MIU** [1] - 91:16
**MN** [1] - 63:14
**mode** [1] - 104:19
**model** [3] - 39:23, 165:21, 165:24
**modesty** [1] - 188:9
**moment** [6] - 45:13, 53:2, 64:13, 65:24, 140:12, 197:13
**Monday** [3] - 152:11, 196:11, 198:12
**money** [1] - 147:9
**Monique** [4] - 156:23, 158:23, 193:12, 193:15
**months** [11] - 8:1, 8:19, 8:21, 48:25, 55:8, 70:20, 95:13, 117:13, 157:24, 158:12, 193:7
**MOODY** [12] - 2:2, 152:10, 152:13, 152:17, 152:20, 152:25, 153:5, 153:9, 153:19, 153:25, 154:1, 164:21
**moody** [1] - 153:22
**morning** [3] - 5:7, 5:23, 5:24
**most** [3] - 67:24, 112:8, 112:11
**MOTOREN** [2] - 1:6, 1:20
**move** [48] - 19:20, 21:10, 22:6, 22:19, 22:22, 22:24, 33:16, 34:6, 51:24, 58:21, 59:9, 59:15, 59:22, 59:24, 61:13, 62:2, 63:6, 84:3, 85:19, 88:19, 97:6, 104:13, 106:11, 107:6, 110:15, 111:14, 111:22, 114:11, 132:18, 132:23, 133:1, 133:4, 133:13, 133:23, 134:3, 138:13, 140:1, 148:8, 148:21, 149:7, 153:18, 154:22, 162:11, 163:3, 163:6, 163:8, 173:21
**moved** [18] - 32:7, 32:9, 32:11, 32:13, 53:22, 90:24, 120:10, 134:8, 135:4, 160:9, 162:21, 162:22, 163:9, 163:12, 170:19, 190:24
**moves** [6] - 68:14, 185:23, 186:1, 186:2, 187:12, 191:20
**moving** [9] - 32:2, 52:22, 64:23, 78:5, 82:4, 137:13, 185:24, 196:15, 196:20
**MR** [162] - 5:12, 5:22, 17:20, 17:24, 24:12, 24:17, 26:1, 26:7, 30:15, 30:19, 40:17, 41:19, 41:20, 41:23, 43:17, 43:20, 55:11, 55:15, 61:15, 61:19, 72:4, 73:4, 76:9, 76:15, 80:19, 80:21, 84:10, 84:14, 86:12, 86:17, 89:7, 89:17, 90:15, 90:18, 91:1, 91:3, 91:6, 91:22, 91:25, 92:3, 92:4, 92:5, 92:7, 99:13, 99:17, 99:25, 100:3, 100:10, 100:16, 100:20, 101:7, 101:13, 101:15, 101:17, 101:19, 102:3, 103:14, 104:4, 104:12, 104:13, 106:2, 106:8, 106:15, 106:17, 106:25, 107:5, 107:15, 111:6, 111:13, 111:17, 115:17, 115:22, 115:24, 117:7, 117:11, 117:20, 117:23, 119:8, 119:12, 119:15, 120:8, 120:12, 124:10, 124:15, 134:18, 134:20, 140:11, 140:17, 141:24, 142:2, 143:4, 145:11, 145:14, 150:13, 150:18, 151:9, 152:1, 152:10, 152:12, 152:13, 152:14, 152:17, 152:18, 152:20, 152:22, 152:25, 153:2, 153:5, 153:9, 153:10, 153:14, 153:16, 153:17, 153:19, 153:25, 154:1, 154:14, 154:19, 154:21, 155:2, 155:5, 155:13, 155:17, 156:22, 160:1, 160:5, 160:16, 161:13, 164:21, 164:22, 165:2, 168:2, 168:17, 171:5, 174:14, 174:19, 176:1, 176:5, 176:10, 176:11, 176:13, 177:7, 177:12, 184:22, 187:22, 187:25, 188:2, 188:10, 188:13, 192:13, 192:15, 192:17, 192:18, 192:20, 196:22, 196:23, 197:2, 197:9,

197:10, 198:14, 198:15, 198:16
**multiple** [1] - 106:19
**Munich** [4] - 7:14, 42:25, 43:1, 53:25
**murphy** [1] - 101:6
**MURPHY** [76] - 1:17, 1:17, 91:22, 92:4, 99:13, 99:17, 100:3, 100:16, 101:7, 101:13, 101:17, 102:3, 106:17, 111:6, 115:22, 115:24, 117:7, 117:11, 117:20, 117:23, 119:8, 119:12, 119:15, 120:8, 120:12, 124:10, 124:15, 134:18, 134:20, 140:11, 140:17, 142:2, 143:4, 145:11, 145:14, 150:13, 150:18, 152:1, 152:12, 152:14, 152:18, 152:22, 153:2, 153:14, 153:16, 154:19, 154:21, 155:2, 155:5, 155:13, 155:17, 156:22, 160:5, 160:16, 161:13, 164:22, 165:2, 168:2, 168:17, 171:5, 174:14, 174:19, 176:5, 176:11, 176:13, 177:7, 177:12, 184:22, 187:25, 188:2, 188:10, 188:13, 192:13, 192:17, 197:10, 198:14
**Murphy** [12] - 3:5, 104:2, 106:13, 115:20, 142:16, 151:9, 153:19, 154:18, 164:21, 192:23, 194:11, 196:7
**Murphy's** [1] - 176:7
**must** [2] - 21:4, 195:4

**N**

**Nachfolgeplanung** [2] - 56:23, 125:18
**name** [32] - 5:25, 6:1, 7:3, 14:12, 14:15, 14:17, 18:4, 24:22, 36:12, 42:1, 42:13, 47:21, 50:14, 50:17, 54:13, 58:13, 62:16, 63:8, 69:10, 69:13, 100:7, 116:14, 118:11, 118:20, 126:23, 132:17, 132:21, 133:12, 179:24, 181:16, 181:17, 183:12
**named** [3] - 24:22, 50:9, 108:11
**names** [14] - 20:16, 20:24, 21:2, 21:19, 21:21, 21:23, 22:1, 57:16, 122:1, 127:8, 128:9, 128:21, 166:23
**national** [5] - 25:2, 88:1, 89:24, 90:9, 103:21
**nature** [2] - 189:22, 189:23
**necessary** [1] - 105:9
**need** [88] - 8:19, 11:13, 12:4, 12:5, 13:10, 15:5, 15:6, 16:1, 16:2, 19:20, 22:21, 23:22, 26:23, 35:20, 36:4, 39:22, 41:2, 44:18, 45:1, 48:23, 53:2, 54:11, 54:18, 54:21, 56:2, 59:13, 61:9, 62:3, 65:15, 65:17, 66:7, 66:9, 66:14, 74:24, 74:25, 75:7, 75:15, 82:16, 83:12, 85:14, 85:15, 85:24, 88:19, 95:17, 100:11, 100:25, 107:8, 110:7, 110:9, 110:13, 115:20, 120:14, 120:19, 127:16, 128:12, 128:16, 128:18, 128:19, 138:7, 138:23, 141:9, 141:10, 141:19, 142:21, 146:9, 147:13, 147:15, 147:16, 148:11, 151:24, 152:11, 152:17, 153:19, 162:2, 162:11, 165:12, 172:24, 172:25, 179:8, 180:6, 187:5, 187:6, 191:11, 197:14
**needed** [1] - 165:15
**needing** [2] - 15:11, 62:12
**needs** [5] - 36:3, 53:3, 75:2, 164:7, 165:8
**network** [8] - 13:12, 24:8, 24:10, 25:2, 28:19, 57:22, 66:5, 66:12
**never** [31] - 68:16, 89:21, 100:8, 125:19, 129:6, 130:16, 132:17, 136:6, 136:10, 136:13, 137:15, 139:10, 139:13, 139:16, 140:3, 140:5, 140:7, 148:25, 158:6, 162:11, 163:3, 163:9, 163:12, 163:17, 165:14, 168:4, 170:9, 181:24, 189:18, 190:18, 191:3
**nevertheless** [1] - 140:10
**New** [1] - 115:12
**new** [38] - 8:19, 28:15, 28:16, 28:17, 32:19, 35:8, 35:21, 48:24, 49:1, 49:11, 49:14, 49:20, 53:11, 53:13, 60:8, 61:1, 61:12, 61:14, 63:2, 65:7, 65:15, 73:24, 74:15, 75:1, 75:3, 76:23, 78:23, 83:9, 89:10, 89:13, 94:1, 95:16, 135:10, 139:23, 142:23, 173:10, 175:15
**news** [1] - 49:24
**next** [53] - 13:5, 15:13, 16:5, 17:5, 17:12, 22:9, 22:18, 23:16, 24:11, 26:22, 37:2, 38:18, 40:25, 45:1, 45:25, 49:8, 49:12, 50:1, 56:19, 58:1, 62:23, 63:18, 63:19, 66:6, 66:10, 70:20, 70:22, 73:18, 74:6, 75:25, 76:5, 81:4, 84:2, 97:13, 97:18, 98:4, 127:21, 150:23, 157:24, 158:11, 165:11, 180:8, 183:7, 183:11, 183:15, 184:8, 184:16, 193:7, 195:10, 195:15, 197:20
**night** [1] - 143:10
**nine** [4] - 80:15, 143:10, 162:25, 163:9
**nine-fifteen** [1] - 143:10
**NO** [1] - 1:3
**nobody** [10] - 14:25, 87:7, 87:13, 153:4, 168:6, 170:11, 189:18, 191:17, 191:18, 191:21
**nominate** [1] - 96:17
**nominated** [3] - 16:12, 96:15, 96:24
**nomination** [6] - 12:4, 14:5, 14:6, 14:14, 97:4, 183:3
**non** [1] - 150:24
**non-responsive** [1] - 150:24
**nondiscrimination** [1] - 88:8
**none** [2] - 134:7, 135:3
**normal** [2] - 38:14, 79:3
**normally** [5] - 23:14, 28:22, 33:12, 43:7, 86:6
**North** [2] - 28:5, 29:2
**noted** [1] - 160:2
**notes** [6] - 37:24, 38:1, 159:6, 160:7, 160:11, 199:3
**nothing** [12] - 83:8, 99:20, 133:23, 137:8, 137:9, 147:23, 148:22, 187:8, 191:13, 197:10, 198:15, 198:16
**notice** [3] - 19:9, 184:25, 185:3
**notifying** [1] - 110:10
**November** [6] - 31:4, 31:6, 34:25, 76:25, 77:5, 78:22
**nowhere** [1] - 158:3
**number** [29] - 6:5, 8:15, 10:16, 11:22, 57:2, 69:7, 75:17, 79:25, 80:4, 80:11, 84:15, 84:16, 125:16, 125:23, 127:4, 140:21, 164:21, 166:14, 166:17, 170:2, 171:10, 173:25, 174:9, 177:18, 177:19, 178:2
**numbers** [2] - 11:23, 117:25

**O**

**o'clock** [1] - 81:14
**oath** [2] - 133:15, 150:11
**object** [6] - 91:22, 100:17, 102:4, 111:6, 150:24, 176:1
**objection** [16] - 24:14, 61:16, 99:18, 101:6, 103:10, 106:12, 120:9, 124:11, 140:14, 141:24, 155:14, 156:18, 171:2, 174:15, 177:9, 187:22
**obviously** [2] - 48:15, 95:22
**occasion** [1] - 94:13
**occupational** [4] - 28:3, 29:6, 31:8, 139:22
**occurring** [1] - 179:13
**October** [14] - 38:7, 38:19, 39:2, 39:3, 39:6, 47:11, 61:21, 64:15, 70:5, 70:8, 71:18, 155:21, 159:7, 194:5
**OF** [3] - 1:1, 198:20, 199:1
**OFCCP** [6] - 98:16, 99:3, 136:7, 137:3, 137:8, 137:9
**offer** [20] - 87:3, 87:5, 87:6, 87:7, 87:8, 87:10, 120:9, 174:15, 177:8, 190:7, 190:10, 190:19, 190:25, 191:2, 191:9, 191:11, 191:12, 191:17, 191:21, 192:8
**Offer** [2] - 190:15, 190:18
**offered** [6] - 39:18, 124:11, 140:13, 156:18, 171:2, 192:9
**offers** [1] - 39:11
**office** [1] - 36:18
**OFKs** [1] - 96:10
**often** [1] - 17:15
**old** [1] - 129:20
**older** [1] - 65:3
**OLRF** [2] - 190:13, 190:14
**once** [5] - 29:19, 59:25, 83:19, 164:6, 164:10
**one** [97] - 9:23, 9:24,

9:25, 14:5, 20:12, 20:23, 22:23, 23:10, 23:11, 23:15, 23:17, 24:13, 26:22, 29:13, 29:21, 31:15, 37:19, 44:19, 47:21, 48:12, 48:13, 48:14, 50:12, 50:24, 51:4, 60:16, 64:18, 70:2, 70:9, 72:12, 74:15, 75:17, 76:1, 77:8, 77:16, 77:21, 79:25, 89:10, 89:13, 92:16, 92:18, 101:23, 106:20, 108:6, 111:21, 112:6, 115:10, 115:11, 115:12, 117:20, 119:4, 119:11, 120:15, 120:19, 120:20, 121:15, 122:4, 127:14, 128:13, 129:25, 131:5, 131:15, 132:5, 136:19, 140:1, 140:2, 143:17, 145:19, 146:10, 149:4, 151:12, 152:22, 155:6, 156:19, 166:17, 167:11, 167:23, 169:18, 173:18, 173:21, 176:6, 185:10, 188:6, 191:18, 193:12, 196:23

**one-on-one** [3] - 23:10, 23:11, 23:17

**one-to-one** [5] - 48:12, 48:13, 48:14, 64:18, 121:15

**ones** [4] - 29:3, 105:18, 110:15, 175:17

**open** [12] - 22:21, 59:14, 94:1, 100:24, 117:9, 128:20, 133:5, 133:21, 134:5, 142:10, 154:4, 189:4

**operation** [1] - 109:11

**operational** [5] - 9:5, 14:24, 14:25, 188:23

**operations** [2] - 102:11, 113:23

**opinions** [3] - 41:4, 72:13, 198:7

**opportunities** [1] - 165:22

**opportunity** [4] - 59:14, 102:3, 103:11, 180:12

**option** [1] - 57:2

**order** [1] - 104:20

**ordinarily** [1] - 105:11

**org** [6] - 3:12, 4:4, 99:2, 113:1, 158:21, 169:21

**Org** [1] - 3:19

**organization** [33] - 29:23, 31:12, 31:18, 31:24, 32:5, 33:13, 34:12, 44:5, 50:13, 65:15, 65:16, 73:16, 73:23, 73:24, 74:7, 75:11, 76:20, 78:8, 78:12, 80:2, 80:10, 83:4, 83:9, 87:5, 98:4, 98:5, 129:23, 135:12, 156:11, 158:4, 171:16, 174:1, 175:8

**organizational** [13] - 31:1, 31:11, 31:16, 44:12, 74:3, 78:21, 108:8, 159:6, 160:8, 169:22, 170:20, 170:23, 171:14

**organizations** [1] - 77:11

**orientation** [2] - 28:23, 94:6

**origin** [4] - 88:1, 89:24, 90:9, 103:21

**originally** [1] - 7:19

**otherwise** [1] - 141:11

**ought** [1] - 164:11

**outcome** [1] - 47:8

**outline** [1] - 19:12

**outlined** [2] - 19:10, 21:9

**outside** [18] - 5:2, 23:20, 24:3, 41:7, 65:22, 66:16, 66:20, 99:15, 101:4, 101:23, 137:15, 137:17, 150:16, 154:9, 160:21, 162:12, 163:12, 163:24

**overall** [1] - 57:18

**overridden** [1] - 159:13

**override** [1] - 158:16

**overruled** [1] - 176:7

**overview** [2] - 45:2, 46:9

**own** [8] - 10:23, 64:8, 64:10, 64:11, 113:20, 114:2, 172:14, 172:15

**P**

**p.m** [1] - 198:19

**page** [43] - 18:11, 18:13, 18:20, 19:2, 19:3, 19:9, 31:20, 37:2, 37:4, 41:25, 43:22, 45:1, 45:25, 46:24, 56:12, 56:19, 62:23, 73:18, 74:1, 74:6, 75:16, 75:25, 81:5, 84:21, 117:15, 117:19, 121:1, 123:20, 123:24, 133:5, 141:23, 143:14, 143:18, 149:19, 156:13, 169:3, 176:8, 178:6, 183:25, 194:9, 194:19, 197:5

**pages** [1] - 44:23

**paid** [1] - 7:5

**paint** [3] - 92:17, 139:13

**paper** [1] - 120:16

**paragraph** [6] - 141:9, 141:10, 142:16, 143:5, 143:21, 144:9

**parallel** [1] - 85:4

**paraphrasing** [1] - 192:25

**parenthetical** [1] - 144:1

**parents** [1] - 114:18

**part** [47] - 14:8, 17:9, 17:18, 21:20, 27:17, 28:7, 28:8, 36:17, 38:17, 45:25, 56:4, 60:23, 64:4, 73:17, 75:9, 87:24, 88:13, 97:10, 112:3, 112:11, 113:17, 114:2, 114:10, 115:3, 115:15, 120:8, 125:25, 127:9, 138:25, 144:9, 144:15, 158:9, 167:2, 167:3, 167:8, 169:20, 169:22, 169:24, 170:2, 170:4, 170:5, 170:11, 172:22, 182:3, 194:16, 196:3

**participate** [2] - 81:9, 167:9

**participated** [2] - 127:25, 167:18

**particular** [2] - 76:17, 119:17

**parties** [2] - 72:15, 198:5

**partly** [1] - 106:25

**partner** [2] - 138:18, 138:21

**parts** [3] - 92:20, 127:18

**party** [9] - 100:19, 101:17, 101:18, 102:9, 102:23, 103:14, 105:13, 105:15, 105:16

**passed** [1] - 163:23

**passes** [1] - 66:9

**passion** [1] - 189:3

**passionate** [1] - 189:4

**past** [4] - 72:10, 72:12, 153:6, 153:7

**paths** [2] - 110:25, 111:9

**patience** [1] - 197:19

**Paul** [6] - 20:8, 20:9, 77:15, 135:5, 135:7, 135:12

**payroll** [1] - 27:12

**PC** [1] - 167:2

**PDD** [4] - 177:25, 178:2, 178:15, 178:19

**PE** [8] - 3:13, 177:21, 177:24, 178:11, 178:17, 179:1, 179:16

**PE-KREIS** [1] - 3:13

**PE-TAG** [1] - 3:13

**Pekar** [1] - 182:12

**pen** [1] - 174:20

**pension** [2] - 189:25, 190:1

**people** [90] - 9:10, 11:2, 13:5, 15:5, 25:2, 25:3, 25:16, 30:2, 35:16, 35:17, 39:2, 44:10, 46:9, 50:24, 54:2, 56:9, 61:1, 65:7, 66:3, 66:12, 66:13, 67:7, 67:8, 67:15, 67:23, 67:24, 74:21, 79:9, 79:14, 80:4, 80:5, 80:7, 81:21, 81:22, 81:23, 84:7, 91:9, 91:12, 91:14, 91:15, 91:16, 91:19, 95:15, 95:18, 95:20, 95:21, 95:22, 96:18, 96:23, 96:25, 97:5, 97:11, 97:15, 97:23, 98:1, 98:19, 98:24, 99:10, 107:20, 107:22, 108:1, 108:16, 111:21, 114:5, 114:11, 114:12, 115:8, 121:2, 121:19, 123:7, 127:7, 135:16, 138:20, 146:5, 146:12, 146:13, 162:11, 164:15, 166:24, 166:25, 175:2, 182:20, 182:23, 183:6, 186:10, 190:2, 190:23, 190:24, 198:4

**per** [1] - 91:15

**percent** [2] - 35:18, 188:20

**perfect** [1] - 21:16

**perfectly** [1] - 70:24

**performance** [11] - 14:7, 14:23, 27:10, 27:18, 39:17, 97:1, 158:12, 164:12, 164:13, 164:14, 188:22

**period** [5] - 33:2, 33:4, 87:18, 95:14, 109:24

**periodic** [1] - 96:2

**permission** [1] - 110:9

**person** [6] - 51:5, 102:24, 111:21, 149:5, 188:15, 188:16

**person's** [1] - 114:24

**Personal** [1] - 44:25

**personal** [26] - 38:11, 46:12, 70:4, 70:7, 70:22, 71:4, 71:6, 71:7, 71:10, 71:13, 71:16, 154:23, 154:25, 155:7, 156:14, 177:18, 177:22, 177:24, 177:25, 178:3, 178:12, 178:15, 178:17, 178:20, 193:8

**personally** [1] - 15:9

**personalthema** [6] - 177:20, 178:4, 178:14, 178:19, 178:21, 178:22

**Personnel** [1] - 3:21

**personnel** [4] - 112:23, 165:7, 177:21, 178:2

**perspective** [1] - 10:21

**petite** [1] - 94:15

**PETRASCH** [2] - 3:2, 5:17

**Petrasch** [64] - 3:11, 3:13, 3:15, 3:16, 3:18, 3:20, 4:3, 4:5, 5:13,

6:1, 6:2, 8:25, 11:10, 12:14, 12:17, 12:20, 17:25, 18:12, 19:4, 22:3, 24:18, 25:17, 27:1, 29:14, 30:20, 31:22, 36:24, 37:3, 40:12, 41:24, 43:2, 43:21, 46:11, 46:25, 47:16, 55:16, 56:20, 61:20, 62:11, 66:22, 69:14, 73:5, 73:11, 76:16, 77:12, 79:18, 80:22, 82:7, 84:15, 86:18, 87:17, 88:12, 90:19, 91:7, 107:16, 115:25, 120:13, 140:18, 168:18, 171:6, 177:13, 192:21, 193:24, 196:7
**PG** [14] - 38:7, 38:11, 38:12, 38:13, 38:24, 39:3, 43:23, 70:7, 70:12, 70:15, 71:14, 71:19, 71:23, 71:25
**phase** [1] - 75:7
**phones** [1] - 198:6
**phrase** [1] - 143:7
**pick** [1] - 66:5
**piece** [2] - 54:20, 141:11
**pitting** [1] - 187:22
**place** [18] - 8:20, 21:12, 21:24, 22:1, 43:5, 48:24, 51:16, 51:17, 55:1, 60:4, 63:20, 65:6, 67:22, 73:6, 74:16, 94:3, 112:14, 149:13
**places** [3] - 95:20, 147:8, 165:3
**plaintiff** [1] - 198:14
**Plaintiff** [1] - 12:21
**PLAINTIFF** [3] - 1:4, 1:17, 3:10
**Plaintiff's** [25] - 46:23, 119:12, 120:7, 123:17, 123:23, 124:10, 134:16, 140:13, 140:15, 145:8, 155:1, 155:12, 156:9, 161:9, 161:11, 164:22, 167:23, 171:1, 174:15, 174:17, 177:7, 180:24, 188:25, 193:21, 197:4
**plaintiff's** [1] - 145:12
**plan** [21] - 7:19, 7:21, 21:10, 21:12, 22:6, 23:13, 28:21, 33:16, 33:20, 33:22, 34:1, 37:13, 37:17, 42:1, 52:9, 68:2, 88:18, 109:23, 148:8, 159:7
**planned** [11] - 31:17, 35:9, 38:7, 38:12, 75:13, 77:8, 86:6, 88:15, 160:13, 177:2, 181:22
**Planning** [2] - 3:21, 132:21
**planning** [64] - 4:6, 16:16, 16:19, 17:15, 17:17, 17:18, 18:4, 18:13, 22:1, 22:11, 22:12, 22:14, 23:5, 23:16, 25:10, 27:8, 56:24, 57:5, 57:6, 57:20, 58:25, 59:3, 60:23, 63:11, 63:12, 64:9, 75:21, 93:21, 108:9, 108:17, 110:6, 111:22, 112:16, 123:13, 124:2, 124:3, 124:4, 124:5, 124:6, 126:4, 126:5, 127:19, 128:8, 128:16, 129:7, 130:14, 132:20, 137:5, 160:17, 164:15, 165:18, 165:19, 180:16, 181:4, 181:10, 181:15, 181:18, 181:22, 181:23, 182:1, 182:3, 182:5
**plans** [3] - 33:11, 120:2, 172:12
**Plant** [15] - 6:3, 6:6, 6:11, 6:13, 6:16, 30:24, 42:25, 43:1, 93:18, 94:22, 95:4, 109:1, 110:21, 115:14, 149:5
**plant** [28] - 6:8, 9:8, 28:5, 28:9, 28:12, 28:22, 33:13, 33:23, 59:3, 73:15, 80:7, 91:8, 92:10, 92:20, 93:18, 94:1, 94:4, 94:11, 94:20, 95:15, 95:16, 96:4, 97:11, 114:8, 137:18, 137:19, 169:18, 189:12
**plant-type** [1] - 96:4
**plants** [7] - 28:19, 29:3, 29:4, 33:8, 94:7, 108:18, 137:20
**platforms** [1] - 13:19
**plenty** [1] - 139:19
**PM** [5] - 57:10, 57:17, 57:18, 126:12
**poaches** [1] - 109:25
**point** [30] - 5:9, 16:6, 16:9, 22:19, 25:19, 25:21, 25:22, 40:12, 40:24, 50:8, 52:4, 63:5, 66:15, 66:19, 75:5, 77:8, 78:14, 85:19, 89:18, 95:4, 106:21, 125:13, 150:5, 152:19, 160:3, 163:8, 172:8, 180:22, 187:4
**pointing** [1] - 106:21
**points** [1] - 182:6
**policies** [7] - 43:5, 43:8, 43:9, 43:11, 45:14, 87:19, 93:22
**policy** [9] - 43:7, 45:15, 87:22, 87:25, 88:9, 156:5, 158:4, 159:11, 159:12
**politely** [1] - 151:22
**popular** [3] - 189:16, 189:18, 189:24
**portfolio** [15] - 14:8, 14:10, 38:14, 96:7, 96:25, 155:8, 159:20, 160:23, 164:12, 164:14, 164:18, 188:22, 196:3, 196:9
**portfolios** [4] - 164:2, 164:3, 164:6, 164:10
**position** [100] - 6:6, 6:7, 6:9, 6:10, 7:15, 8:22, 9:2, 9:3, 10:2, 11:1, 12:15, 13:16, 16:11, 17:5, 17:6, 17:8, 19:22, 21:11, 21:17, 22:20, 22:22, 23:20, 29:15, 30:1, 42:17, 42:25, 44:8, 47:17, 51:6, 51:20, 52:3, 52:19, 52:21, 54:4, 56:7, 59:12, 60:18, 62:13, 64:7, 65:10, 65:11, 68:1, 68:12, 69:5, 70:21, 75:20, 76:3, 76:4, 76:8, 78:16, 82:5, 85:8, 87:3, 89:20, 90:20, 90:22, 90:24, 108:25, 114:22, 125:6, 126:21, 128:12, 128:14, 128:20, 129:16, 129:21, 130:9, 131:6, 133:21, 134:5, 136:3, 140:24, 141:2, 141:14, 142:10, 142:14, 155:9, 155:24, 157:8, 157:23, 158:10, 158:11, 168:22, 169:7, 169:9, 170:18, 173:11, 173:24, 174:4, 174:5, 179:9, 189:10, 190:8, 192:9, 193:7, 194:1
**position/single** [1] - 39:13
**positions** [27] - 15:15, 16:7, 17:3, 22:23, 24:2, 26:20, 26:21, 26:23, 35:24, 39:18, 44:4, 44:5, 44:6, 54:24, 59:15, 63:20, 65:22, 66:16, 66:20, 72:2, 81:1, 96:22, 108:5, 114:25, 133:2, 168:11, 168:12
**possibilities** [3] - 141:19, 142:17, 143:22
**possibility** [4] - 104:5, 104:6, 143:25
**possible** [2] - 20:20, 31:21
**postpone** [1] - 85:6
**postponed** [1] - 34:19
**potential** [20] - 12:7, 14:13, 15:1, 18:15, 20:18, 20:25, 21:20, 22:9, 22:18, 42:14, 49:5, 50:9, 64:2, 96:10, 96:13, 97:3, 107:17, 107:20, 108:4, 194:14
**potentially** [1] - 21:3
**PowerPoint** [17] - 74:11, 74:13, 74:14, 75:9, 76:17, 76:18, 77:23, 77:25, 78:1, 81:5, 81:6, 81:24, 81:25, 186:1, 186:2, 196:13, 196:15
**practically** [1] - 102:19
**practice** [6] - 10:25, 51:1, 111:8, 111:11, 113:25, 114:1
**practices** [1] - 113:20
**praised** [3] - 165:21, 188:6, 189:2
**precise** [1] - 97:1
**premium** [1] - 13:17
**prepared** [4] - 22:4, 38:20, 87:6, 196:9
**preparing** [1] - 67:18
**presence** [11] - 5:3, 5:5, 40:22, 41:8, 41:15, 72:7, 99:15, 101:5, 107:11, 150:16, 154:10
**present** [3] - 173:24, 186:9, 186:25
**presentation** [5] - 46:1, 78:24, 79:6, 82:1, 147:6
**presented** [7] - 45:7, 45:9, 147:2, 147:3, 164:3, 186:3, 186:17
**presenting** [2] - 104:21, 185:22
**President** [41] - 6:15, 8:5, 10:4, 14:10, 16:25, 18:7, 23:22, 35:5, 38:16, 43:2, 43:3, 43:15, 43:16, 48:11, 53:12, 53:14, 67:25, 112:22, 113:3, 113:4, 114:10, 114:23, 115:13, 118:14, 119:17, 120:24, 123:2, 134:6, 134:25, 138:9, 138:11, 138:14, 149:6, 158:21, 164:4, 167:1, 185:9, 186:25, 187:10
**president** [10] - 11:15, 11:20, 11:21, 13:7, 13:23, 14:3, 14:9, 14:18, 16:23, 42:9
**Presidents** [1] - 167:7
**presidents** [7] - 14:11, 17:1, 24:9, 38:17, 40:2, 95:25, 96:1
**press** [1] - 35:11
**pressed** [2] - 151:17, 151:25
**pretrial** [1] - 100:10
**pretty** [2] - 104:15, 134:15
**prevent** [2] - 88:3, 88:5
**prevents** [2] - 87:22, 87:25
**previous** [4] - 41:3, 72:12, 101:3, 197:25
**previously** [2] - 36:8, 79:15

**primarily** [1] - 95:25
**pro** [1] - 66:14
**pro-activity** [1] - 66:14
**problem** [3] - 101:19, 157:25, 189:12
**problems** [1] - 192:2
**procedures** [1] - 104:22
**proceed** [3] - 41:18, 53:21, 73:2
**process** [28] - 12:1, 12:8, 12:9, 12:13, 13:4, 13:9, 14:6, 15:19, 15:25, 16:16, 16:18, 16:19, 17:16, 38:15, 53:23, 54:6, 54:8, 62:6, 96:17, 97:17, 127:25, 163:22, 180:1, 183:1, 184:3, 195:23
**processes** [3] - 8:11, 75:8, 165:20
**produce** [1] - 8:8
**produced** [2] - 77:3, 158:6
**producing** [1] - 92:22
**production** [13] - 11:4, 26:11, 34:17, 35:10, 35:11, 56:5, 67:10, 94:16, 95:19, 137:19, 172:23
**professional** [9] - 68:8, 68:15, 68:18, 68:22, 148:23, 148:24, 149:17, 150:3, 186:16
**professionalism** [1] - 188:11
**program** [1] - 107:1
**programs** [1] - 33:8
**progress** [1] - 21:5
**Project** [3] - 37:8, 37:10, 46:3
**project** [55] - 21:13, 21:15, 21:16, 21:18, 35:6, 36:1, 36:5, 37:5, 37:6, 37:12, 37:17, 43:23, 43:25, 44:1, 45:3, 45:4, 45:6, 45:7, 45:15, 46:4, 46:5, 46:6, 46:10, 52:7, 52:10, 52:11, 52:12, 52:23, 74:16, 74:19, 75:4, 75:16, 85:7, 85:15, 85:18, 85:21, 86:2, 86:4, 86:7, 86:8, 86:9, 135:7, 135:11, 142:19, 175:11, 175:12, 175:13, 177:2, 177:6, 179:6, 179:10, 179:19, 185:25, 192:4
**projects** [5] - 13:18, 58:20, 74:15, 76:23, 177:4
**Projects** [1] - 43:23
**promote** [2] - 70:11, 182:25
**promoted** [7] - 155:6, 157:11, 163:15, 163:16, 163:20, 182:15, 193:6
**promoting** [2] - 156:1, 157:2
**promotion** [11] - 70:15, 70:22, 70:25, 154:24, 154:25, 157:3, 158:12, 159:8, 160:13, 160:17, 160:21
**proper** [5] - 95:8, 95:11, 95:13, 99:22, 102:19
**proposal** [40] - 28:15, 29:16, 35:3, 35:5, 36:1, 52:11, 52:18, 53:10, 53:17, 58:17, 58:19, 58:20, 59:20, 59:25, 60:7, 60:12, 61:11, 132:8, 132:9, 132:10, 132:18, 133:1, 133:13, 133:17, 133:22, 134:3, 134:4, 142:13, 146:23, 147:2, 147:3, 147:7, 147:9, 147:10, 172:5, 173:16, 173:21, 175:16
**proposals** [1] - 146:21
**propose** [1] - 60:9
**proposed** [3] - 60:11, 78:8, 156:1
**proposing** [3] - 63:5, 130:21, 131:5
**protect** [1] - 104:24
**protection** [1] - 193:1
**provide** [3] - 49:1, 87:8, 87:9
**provided** [1] - 87:2
**provides** [2] - 104:17, 169:17
**publication** [1] - 156:10
**published** [1] - 159:12
**pull** [4] - 68:25, 73:8, 92:14, 192:16
**pulling** [1] - 109:19
**purchasing** [4] - 22:14, 44:3, 44:13, 63:14
**pursuant** [1] - 46:13
**put** [29] - 21:23, 29:7, 29:8, 29:17, 37:25, 41:20, 55:10, 57:7, 57:24, 58:2, 58:4, 58:5, 58:16, 58:19, 58:22, 59:17, 59:25, 69:1, 70:15, 77:23, 81:6, 119:10, 121:23, 122:13, 131:14, 137:24, 142:13, 159:7, 165:8
**puts** [1] - 21:20
**PZ** [14] - 22:10, 26:8, 26:9, 28:6, 36:8, 36:11, 36:25, 93:8, 93:10, 93:14, 93:15, 108:25, 109:3, 132:21
**PZET** [9] - 25:12, 25:13, 26:4, 26:8, 26:12, 28:6, 28:7, 28:8
**Pzett** [2] - 93:2, 93:7

## Q

**Q1** [5] - 31:18, 33:6, 33:14, 34:11, 34:19
**qualifications** [2] - 11:10, 11:12
**qualified** [6] - 67:8, 67:14, 74:21, 99:11, 146:5, 146:13
**Quality** [1] - 135:8
**quality** [3] - 92:18, 140:7
**quarter** [2] - 31:15, 112:21
**questioned** [2] - 182:14, 192:23
**questioning** [3] - 103:8, 193:3, 194:11
**questions** [25] - 91:2, 100:7, 100:18, 100:19, 102:7, 102:10, 102:15, 102:22, 104:14, 105:7, 105:12, 108:3, 115:18, 119:3, 150:21, 151:3, 151:10, 152:23, 161:5, 174:13, 175:17, 184:23, 192:13, 192:21, 194:18
**quick** [2] - 36:6, 41:24
**quickly** [3] - 19:24, 117:18, 151:6
**quiet** [1] - 83:6
**quite** [2] - 34:15, 54:16

## R

**race** [4] - 88:3, 90:2, 90:11, 103:21
**raise** [3] - 5:16, 187:5, 187:7
**raised** [4] - 70:11, 96:13, 106:5, 156:2
**ramp** [2] - 68:1, 68:2
**ramp-up** [2] - 68:1, 68:2
**RANDLE** [1] - 2:2
**rate** [1] - 146:21
**rates** [3] - 146:18, 147:7, 147:19
**re** [4] - 3:17, 3:18, 4:5, 113:1
**re-org** [1] - 113:1
**reach** [1] - 52:16
**reaction** [7] - 49:19, 49:20, 50:20, 50:22, 59:21, 83:2, 111:19
**read** [13] - 26:3, 37:8, 112:10, 117:16, 133:10, 149:20, 153:20, 178:16, 178:17, 194:16, 194:18
**reading** [3] - 51:5, 133:8, 143:23
**ready** [5] - 35:20, 41:14, 114:14, 115:20, 197:23
**real** [3] - 19:24, 36:6, 41:24
**realignment** [1] - 180:1
**realized** [1] - 150:5
**really** [18] - 35:15, 51:23, 56:5, 67:23, 68:20, 99:24, 102:4, 114:21, 122:1, 129:12, 135:24, 136:24, 145:5, 152:4, 152:25, 153:8, 186:20, 190:3
**reasonable** [1] - 104:19
**reasons** [1] - 114:13
**receive** [1] - 7:7
**recess** [6] - 41:5, 41:12, 72:24, 72:25, 107:10, 154:16
**recognize** [14] - 17:25, 18:2, 24:18, 24:20, 30:20, 55:16, 73:11, 76:17, 76:18, 79:17, 79:19, 80:22, 84:15, 86:18
**recognizing** [1] - 154:1
**recollection** [2] - 117:3, 118:4
**recommend** [2] - 49:4, 68:11
**recommendation** [1] - 59:17
**recommending** [1] - 59:22
**record** [19] - 23:8, 40:20, 40:21, 72:6, 75:21, 79:17, 84:11, 86:14, 99:14, 100:11, 123:18, 123:22, 150:15, 156:8, 167:15, 174:14, 180:3, 197:14, 197:17
**records** [1] - 161:19
**RECROSS** [2] - 196:24, 197:1
**Recross** [1] - 3:7
**recruit** [1] - 91:18
**recruiting** [25] - 27:16, 27:17, 27:19, 27:20, 29:8, 29:11, 29:12, 32:8, 32:9, 33:7, 33:15, 34:1, 34:4, 34:6, 34:9, 34:10, 35:16, 60:25, 84:6, 88:22, 160:10, 173:19, 173:20, 173:21
**red** [13] - 19:10, 19:12, 19:15, 19:16, 21:9, 32:12, 32:15, 33:6, 37:7, 38:3, 38:6, 38:7
**redefined** [1] - 61:14
**Redirect** [1] - 3:6
**REDIRECT** [1] - 192:19
**reduced** [1] - 44:6
**refer** [1] - 180:6
**reference** [8] - 28:22, 33:12, 38:2, 39:8, 108:7, 166:8, 176:15, 184:11
**referenced** [2] - 87:19, 160:2
**references** [1] - 25:20

**referred** [2] - 81:17, 103:18
**referring** [7] - 25:18, 139:2, 139:3, 169:14, 180:3, 180:6, 188:25
**reflect** [5] - 37:6, 39:19, 39:23, 74:6, 75:4
**refresh** [2] - 117:3, 118:3
**regard** [3] - 34:23, 45:21, 107:18
**regarding** [1] - 39:7
**region** [2] - 22:11, 146:24
**regions** [2] - 26:14, 36:16
**regular** [8] - 11:2, 14:7, 16:19, 38:15, 48:12, 79:4, 97:1, 111:8
**reinvent** [1] - 94:2
**relate** [1] - 177:23
**related** [2] - 9:5, 28:14
**relations** [3] - 27:10, 27:18, 30:1
**relationship** [11] - 10:21, 10:25, 12:24, 12:25, 50:18, 52:13, 60:18, 68:9, 68:16, 146:3, 149:25
**relay** [1] - 90:4
**relevance** [1] - 100:3
**relevant** [1] - 100:2
**reliable** [1] - 189:5
**relying** [1] - 54:7
**remain** [3] - 41:5, 72:19, 154:7
**remember** [15] - 9:21, 15:20, 34:14, 41:3, 60:24, 72:12, 72:21, 132:20, 140:18, 140:19, 171:6, 171:7, 186:1, 186:2, 197:25
**Remember** [1] - 101:2
**remind** [1] - 120:2
**renew** [1] - 99:17
**renewed** [1] - 75:7
**reorganization** [9] - 73:6, 73:16, 87:11, 90:7, 142:22, 142:23, 144:20, 191:20, 196:13
**repeat** [1] - 167:15
**rephrase** [1] - 187:24
**replace** [10] - 181:5, 181:9, 181:11, 181:15, 181:18, 181:23, 182:1, 182:2, 197:6, 197:7
**replacement** [2] - 131:23, 182:9
**replan** [1] - 83:12
**replying** [1] - 161:17
**report** [9] - 10:3, 10:4, 15:7, 50:25, 74:17, 75:18, 150:6, 150:7, 157:11
**Report** [1] - 37:9
**reported** [2] - 166:21, 171:11
**reporter** [4] - 6:5, 10:16, 57:4, 125:25
**Reporter** [3] - 8:14, 122:10, 125:17
**REPORTER** [4] - 2:6, 2:6, 25:24, 199:1
**reporter's** [1] - 62:20
**reporting** [1] - 180:16
**reports** [24] - 10:24, 23:4, 50:3, 53:8, 53:9, 66:4, 76:21, 77:2, 77:14, 78:23, 79:5, 79:13, 119:18, 119:22, 134:11, 134:23, 134:24, 135:3, 164:16, 166:14, 166:15, 167:6, 185:10, 190:2
**representative** [1] - 113:7
**representing** [1] - 100:18
**request** [3] - 191:1, 191:2, 192:8
**Request** [2] - 190:15, 190:18
**REQUESTED** [1] - 198:20
**requesting** [2] - 150:23, 172:20
**required** [4] - 44:21, 44:22, 163:3, 184:25
**requirement** [1] - 20:23
**requirements** [2] - 11:15, 13:10
**research** [2] - 72:14, 198:5
**resign** [3] - 82:8, 82:12, 149:1
**resignation** [13] - 3:17, 83:20, 84:20, 85:3, 86:19, 87:2, 87:14, 145:19, 145:21, 149:3, 149:13, 184:24, 185:1
**resigned** [3] - 78:14, 144:25, 145:3
**resigning** [1] - 141:4
**Resources** [19] - 6:7, 6:16, 6:22, 6:23, 18:8, 23:20, 43:3, 43:4, 71:17, 88:7, 93:11, 93:14, 93:15, 113:3, 113:4, 115:13, 138:1, 149:6, 185:9
**resources** [4] - 9:11, 93:12, 113:25, 114:1
**respect** [2] - 135:19, 141:7
**respects** [1] - 198:2
**responded** [1] - 71:3
**response** [8] - 16:17, 22:5, 28:10, 59:21, 70:17, 93:20, 157:18, 194:24
**response)** [15] - 11:18, 33:21, 52:6, 52:8, 57:14, 79:20, 89:4, 125:9, 129:15, 131:2, 143:19, 160:19, 162:24, 179:12, 189:7
**responses** [1] - 151:14
**responsibilities** [3] - 9:1, 34:23, 34:24
**responsibility** [10] - 9:4, 18:6, 25:15, 32:23, 32:25, 61:10, 98:9, 98:11, 98:13, 169:5
**responsible** [13] - 25:1, 31:1, 36:10, 53:4, 95:22, 98:20, 146:20, 149:5, 169:12, 170:20, 170:23, 174:1, 190:10
**responsive** [3] - 150:20, 150:24, 167:13
**rest** [3] - 80:6, 129:13, 192:1
**restraint** [1] - 106:24
**restroom** [1] - 41:1
**restructured** [1] - 34:3
**result** [5] - 12:6, 12:13, 14:20, 14:21, 14:23
**results** [3] - 15:3, 15:4, 121:14
**resume** [2] - 114:24, 154:7
**retire** [1] - 101:2
**retirement** [1] - 113:10
**return** [3] - 48:18, 82:20, 82:22
**returned** [2] - 41:17, 73:1
**returning** [1] - 82:24
**reverse** [1] - 63:1
**reversed** [1] - 61:25
**review** [27] - 3:11, 14:7, 31:13, 31:15, 31:17, 31:18, 33:6, 33:14, 33:17, 34:11, 34:12, 34:19, 34:21, 34:22, 65:12, 65:14, 65:16, 65:19, 96:8, 117:15, 117:17, 118:3, 171:17, 175:8, 184:3, 192:8, 196:12
**Review** [1] - 3:18
**reviewed** [2] - 117:4, 128:1
**revised** [4] - 61:7, 64:14, 64:17, 64:20
**revision** [3] - 155:21, 194:4, 194:5
**revisit** [1] - 106:14
**rework** [1] - 40:6
**Rich** [2] - 67:25
**Robert** [16] - 8:18, 10:8, 53:18, 58:14, 61:13, 77:1, 77:20, 83:25, 85:1, 85:2, 85:5, 95:12, 132:12, 135:22, 186:7, 187:13
**role** [22] - 6:20, 6:21, 7:2, 7:24, 20:21, 29:20, 30:3, 39:23, 54:1, 82:13, 85:24, 85:25, 95:16, 109:1, 109:23, 111:25, 112:6, 113:2, 121:6, 121:9, 165:24
**roles** [2] - 107:24, 109:19
**room** [4] - 96:14, 101:2, 101:13, 153:12
**rooms** [1] - 101:23
**rose** [1] - 71:2
**roughly** [5] - 6:13, 9:9, 9:18, 55:8, 91:14
**round** [8] - 14:10, 14:19, 21:24, 38:14, 96:25, 155:8, 159:20, 196:4
**ROZELSKY** [32] - 1:21, 91:3, 91:6, 91:25, 92:3, 92:5, 92:7, 99:25, 100:10, 100:20, 101:19, 103:14, 104:4, 104:13, 106:2, 106:8, 106:15, 106:25, 107:5, 107:15, 111:13, 111:17, 115:17, 141:24, 153:17, 176:1, 176:10, 187:22, 196:23, 197:2, 197:9, 198:16
**Rozelsky** [3] - 3:4, 3:7, 107:13
**RPR** [2] - 2:6, 199:9
**Rule** [1] - 104:16
**rule** [11] - 157:19, 158:3, 158:7, 158:8, 161:9, 162:3, 193:5, 193:10, 193:11, 193:15
**rules** [3] - 100:8, 158:16, 158:17
**Rules** [1] - 104:16
**run** [8] - 40:5, 68:12, 74:23, 109:11, 129:23, 135:11, 165:20, 175:10
**running** [7] - 14:24, 31:19, 37:13, 84:6, 86:8, 88:23, 89:3
**Rutgers** [1] - 119:6
**Ryan** [2] - 135:5, 135:6

**S**

**S-i-n-a-n-i-a-n** [1] - 122:10
**s/Debra** [1] - 199:9
**safe** [4] - 161:24, 162:2, 162:9, 198:10
**safety** [4] - 28:4, 29:7, 31:8, 139:23
**sake** [1] - 104:13
**Sanders** [3] - 156:23, 158:23, 193:12
**sat** [3] - 102:16, 103:17, 176:5
**saw** [20] - 14:25, 20:20, 26:19, 29:13, 35:6, 45:2, 47:1, 66:1, 67:6, 75:19, 109:3, 131:8, 131:24, 132:7, 160:8, 160:9, 175:9, 185:25, 194:13
**SC** [5] - 1:3, 1:18, 1:22, 2:5, 2:7
**scheduled** [2] - 82:20, 152:15
**school** [2] - 114:15, 136:20

**scope** [1] - 109:2
**Scott** [37] - 20:10, 20:11, 29:17, 52:11, 52:18, 52:19, 52:22, 57:23, 58:19, 63:17, 71:19, 71:20, 75:18, 77:16, 79:8, 80:12, 80:25, 85:15, 85:16, 85:23, 85:24, 86:1, 130:6, 142:13, 142:18, 176:21, 176:23, 176:25, 177:1, 177:4, 179:6, 179:8, 179:11, 179:18, 190:24, 192:4
**Scott's** [1] - 85:6
**screen** [11] - 18:1, 24:19, 30:21, 31:23, 37:23, 55:17, 56:21, 69:12, 120:14, 180:4
**seat** [1] - 5:19
**seated** [1] - 72:19
**second** [18] - 8:17, 12:5, 17:9, 18:11, 18:13, 18:15, 25:19, 25:21, 25:22, 33:6, 40:18, 57:2, 72:5, 90:16, 121:1, 123:15, 123:22, 157:7
**section** [3] - 30:9, 77:21, 165:7
**see** [94] - 13:20, 18:4, 18:5, 20:16, 20:18, 20:19, 22:8, 22:9, 25:12, 26:20, 30:24, 30:25, 31:13, 31:15, 31:21, 31:24, 31:25, 32:6, 32:7, 32:8, 32:9, 32:14, 37:7, 41:13, 45:1, 45:18, 47:2, 47:8, 54:21, 57:9, 57:19, 63:12, 63:17, 63:21, 65:5, 66:9, 69:7, 69:9, 69:23, 74:17, 75:2, 75:17, 76:2, 77:7, 77:8, 98:18, 109:8, 109:13, 109:14, 117:24, 120:14, 120:19, 120:22, 121:19, 121:21, 122:1, 122:11, 124:3, 124:16, 126:8, 128:16, 139:3, 141:8, 141:9, 144:11, 152:22, 156:13, 156:16, 157:5, 157:6, 157:13, 157:20, 159:5, 168:12, 173:12, 174:13, 175:11, 176:25, 180:1, 182:11, 183:14, 184:5, 184:8, 184:9, 184:10, 184:15, 184:17, 184:18, 187:5, 195:10, 195:14, 197:3, 197:4, 198:11
**Seefelder** [5] - 63:22, 63:23, 64:6, 127:4, 132:1
**seeing** [1] - 172:19
**seeking** [2] - 165:22, 171:13
**select** [4] - 29:15, 49:8, 49:10, 89:13
**selected** [2] - 49:12, 49:14
**selection** [1] - 135:19
**send** [8] - 26:19, 81:6, 89:12, 100:21, 172:5, 175:9, 179:7, 181:3
**sending** [6] - 26:17, 55:22, 161:14, 171:25, 192:25
**senior** [40] - 14:15, 14:20, 15:11, 15:18, 35:4, 38:15, 38:24, 43:14, 44:8, 44:17, 45:7, 45:9, 45:11, 45:12, 45:17, 45:20, 45:23, 67:16, 70:4, 80:6, 119:23, 119:24, 146:25, 147:3, 158:20, 158:24, 159:2, 159:8, 159:13, 159:18, 160:13, 160:22, 182:17, 183:5, 183:9, 183:16, 195:22, 195:25, 196:2
**sense** [1] - 97:25
**sent** [22] - 25:4, 25:8, 26:16, 62:25, 64:14, 79:21, 80:24, 125:1, 125:3, 129:22, 131:22, 140:20, 161:8, 161:19, 171:8, 171:15, 171:16, 175:7, 190:19, 192:24, 193:12, 193:15
**sentence** [4] - 128:24, 142:1, 175:20, 176:3
**separate** [2] - 96:9, 105:21
**September** [43] - 10:11, 47:18, 47:19, 48:23, 49:16, 49:18, 50:7, 51:17, 51:18, 51:20, 52:5, 55:2, 55:22, 58:14, 60:5, 83:7, 89:18, 95:12, 116:4, 116:9, 116:16, 116:21, 118:15, 118:19, 118:24, 123:9, 123:10, 123:11, 124:17, 125:3, 125:7, 125:15, 126:3, 129:19, 129:22, 131:17, 132:10, 132:11, 148:12, 157:4
**serious** [2] - 102:5, 105:21
**serve** [1] - 91:10
**served** [4] - 30:9, 49:21, 168:4, 168:7
**server** [1] - 161:18
**service** [8] - 36:20, 91:7, 91:9, 91:17, 102:12, 107:4, 139:22, 170:18
**Services** [2] - 7:15
**services** [4] - 7:16, 27:12, 28:25, 89:13
**set** [13] - 61:9, 64:8, 64:10, 65:13, 67:12, 74:16, 79:4, 80:2, 80:9, 84:2, 86:9, 94:5, 104:9
**seven** [4] - 124:13, 143:16, 143:18, 143:19
**seventy** [2] - 178:7, 178:8
**seventy-four** [2] - 178:7, 178:8
**several** [6] - 66:2, 67:16, 76:21, 133:24, 139:25, 160:22
**sex** [4] - 88:5, 90:5, 90:13, 103:22
**share** [2] - 57:21, 81:7
**shared** [3] - 113:25, 121:12, 121:13
**sharing** [6] - 10:24, 51:1, 56:4, 112:3, 172:22, 179:5
**sheet** [5] - 69:4, 129:25, 155:19, 168:20, 193:25
**Sherry** [42] - 12:19, 42:11, 49:12, 49:14, 49:21, 53:14, 53:18, 60:13, 61:4, 61:11, 61:13, 62:4, 62:18, 65:8, 66:23, 67:24, 68:7, 68:13, 77:1, 77:10, 77:20, 83:25, 85:1, 85:2, 125:14, 132:4, 132:14, 138:8, 145:23, 146:3, 146:9, 146:11, 146:13, 148:3, 148:7, 148:9, 148:10, 149:25, 150:7, 186:7, 187:14
**Sherry's** [2] - 67:23, 146:14
**shift** [2] - 91:13, 91:15
**shining** [1] - 72:17
**shock** [1] - 149:2
**shocked** [6] - 83:5, 83:10, 83:17, 144:25, 145:2, 145:4
**shoot** [1] - 39:5
**shop** [8] - 30:2, 30:10, 35:11, 35:12, 60:19, 92:17
**short** [7] - 41:1, 107:8, 107:10, 122:15, 128:11, 154:6, 154:16
**shortly** [3] - 125:1, 125:5, 192:22
**show** [20] - 13:19, 39:22, 43:17, 46:1, 77:25, 79:15, 81:23, 84:9, 119:4, 120:6, 120:18, 121:24, 131:11, 140:12, 147:6, 155:12, 161:5, 167:22, 174:12, 177:7
**showed** [7] - 81:25, 126:15, 131:13, 157:17, 187:1, 196:9, 196:15
**showing** [3] - 119:5, 120:13, 156:19
**shown** [2] - 159:23, 161:2
**shows** [2] - 18:15, 63:1
**shrink** [1] - 44:4
**shut** [1] - 94:20
**sic** [1] - 141:7
**side** [5] - 20:19, 35:15, 75:16, 106:19, 109:5
**sidebar** [2] - 40:18, 72:5
**sign** [1] - 68:18
**signed** [1] - 159:17
**similar** [1] - 94:8
**simpler** [1] - 175:17
**simplest** [1] - 192:7
**Sinanian** [10] - 20:8, 20:9, 77:16, 122:7, 122:8, 122:9, 135:5, 135:7
**single** [5] - 103:8, 112:22, 131:5, 159:3, 159:11
**sit** [3] - 100:7, 103:5, 103:23
**site** [1] - 67:10
**sites** [5] - 11:5, 11:8, 172:9, 172:25
**sitting** [1] - 104:8
**situation** [15] - 34:15, 44:2, 48:15, 67:7, 67:19, 74:20, 74:22, 88:22, 103:1, 115:4, 128:17, 142:9, 148:14, 148:15, 174:24
**six** [3] - 76:19, 76:25, 117:20
**sixty** [2] - 29:21, 85:11
**sixty-four** [1] - 85:11
**sixty-one** [1] - 29:21
**size** [1] - 29:10
**skills** [1] - 109:8
**slide** [7] - 37:5, 37:15, 37:22, 38:20, 73:20, 73:21, 73:22
**slides** [6] - 37:25, 57:16, 58:3, 58:4, 70:2
**slim** [1] - 105:17
**slotted** [1] - 70:3
**small** [1] - 167:5
**smooth** [1] - 62:6
**so-called** [2] - 28:21, 46:10
**software** [1] - 112:13
**solely** [4] - 126:18, 137:25, 179:3, 179:13
**solution** [2] - 85:20, 85:21
**someone** [1] - 24:21
**sometimes** [4] - 51:3, 94:13, 120:18, 121:25
**soon** [3] - 48:17, 53:10, 86:5
**sorry** [16] - 8:15, 9:14, 13:25, 25:24, 26:2, 35:14, 47:13, 63:17, 116:22, 123:25, 138:24, 145:1, 155:2, 182:22, 186:7, 186:13
**SOUTH** [3] - 1:1, 2:4, 2:7

**South** [3] - 52:17, 67:19, 136:14
**Southern** [1] - 6:4
**SPARTANBURG** [1] - 1:2
**Spartanburg** [26] - 26:5, 30:24, 36:16, 36:17, 94:22, 95:5, 95:17, 109:1, 110:22, 111:3, 114:6, 115:14, 116:9, 125:2, 130:18, 134:7, 135:1, 169:9, 173:4, 176:22, 177:3, 179:22, 180:21, 182:23, 184:12, 194:23
**speaking** [3] - 25:24, 51:4, 157:1
**speaks** [1] - 25:23
**special** [2] - 37:5, 86:2
**specialist** [5] - 97:25, 98:14, 112:7, 139:4, 166:6
**specialists** [6] - 98:2, 98:19, 98:21, 98:25, 99:1, 99:4
**specific** [3] - 104:14, 105:19, 143:7
**specifically** [2] - 23:18, 107:18
**spell** [2] - 36:21
**spelling** [1] - 125:24
**SPENCER** [1] - 1:21
**spend** [1] - 166:9
**spends** [1] - 119:17
**spot** [4] - 53:3, 53:5, 62:19, 111:2
**stable** [1] - 65:16
**stage** [1] - 65:18
**stand** [3] - 101:15, 103:17, 106:13
**stands** [1] - 93:11
**start** [20] - 6:23, 21:22, 34:21, 34:22, 36:1, 36:5, 37:12, 83:23, 85:17, 86:2, 86:4, 86:5, 86:7, 86:10, 118:14, 133:8, 149:20, 175:12, 190:11, 194:19
**started** [13] - 6:10, 6:25, 8:7, 10:11, 21:18, 36:5, 44:3, 44:13, 44:15, 47:18, 83:22, 86:10, 127:23
**starting** [7] - 35:10, 62:8, 75:5, 75:23, 86:9, 120:4, 175:12
**state** [2] - 136:15, 175:4
**statement** [3] - 113:14, 116:25, 146:14
**States** [1] - 136:18
**STATES** [3] - 1:1, 1:14, 2:6
**statistics** [1] - 46:2
**status** [1] - 174:24
**stay** [20] - 7:19, 7:22, 7:25, 8:12, 8:18, 8:20, 13:15, 19:18, 33:15, 48:20, 60:16, 62:1, 62:16, 94:23, 94:25, 137:22, 137:23, 147:13, 147:22, 150:3
**stayed** [3] - 36:16, 101:15, 148:6
**staying** [1] - 7:23
**stays** [1] - 183:4
**steal** [1] - 39:16
**steer** [2] - 15:1, 172:25
**steering** [8] - 22:12, 22:14, 27:8, 58:25, 59:3, 112:16, 137:6, 180:16
**stenographic** [1] - 199:3
**STENOTYPE/ COMPUTER** [1] - 2:9
**STENOTYPE/ COMPUTER-AIDED** [1] - 2:9
**stents** [1] - 162:25
**step** [21] - 12:5, 14:5, 15:13, 16:5, 22:9, 22:13, 24:11, 30:14, 38:13, 38:18, 75:14, 76:1, 76:2, 76:6, 76:7, 101:22, 108:2, 165:11, 183:2, 197:11
**Stephan** [13] - 112:8, 179:24, 180:2, 180:14, 181:5, 181:6, 181:8, 181:11, 181:15, 181:18, 182:9, 197:6, 197:7
**STEPHENSON** [1] - 1:17
**stepping** [1] - 163:24
**steps** [15] - 13:6, 15:9, 17:12, 22:16, 22:17, 22:18, 58:1, 63:18, 63:19, 65:14, 66:6, 78:2, 82:2, 164:16
**still** [17] - 13:13, 34:9, 34:10, 34:14, 37:3, 46:17, 46:20, 51:2, 63:19, 68:1, 74:19, 131:18, 142:18, 155:3, 174:20, 180:4, 191:25
**stint** [1] - 48:7
**stood** [1] - 186:24
**stop** [3] - 8:14, 151:2, 153:10
**strategic** [7] - 9:5, 15:1, 26:13, 26:14, 109:4, 109:5, 109:11
**strategy** [1] - 93:16
**STREET** [3] - 1:18, 2:4, 2:7
**structure** [42] - 27:5, 28:18, 28:25, 29:10, 29:25, 32:19, 33:22, 44:12, 59:2, 60:8, 60:11, 61:3, 61:7, 61:14, 63:1, 63:2, 64:14, 64:17, 64:20, 65:6, 65:7, 65:8, 65:13, 65:21, 67:2, 67:4, 67:5, 67:13, 67:14, 67:18, 67:22, 68:4, 142:24, 142:25, 146:4, 146:21, 146:22, 156:11, 158:4, 171:14, 176:24
**structured** [1] - 12:10
**stuff** [2] - 102:13, 152:4
**subject** [3] - 105:2, 177:18, 198:4
**submit** [1] - 192:8
**substance** [1] - 151:21
**substantially** [1] - 100:1
**substructure** [3] - 29:24, 30:24, 31:3
**successful** [2] - 68:3, 125:19
**Succession** [1] - 3:21
**succession** [50] - 4:5, 16:15, 16:19, 17:6, 17:15, 17:17, 17:18, 18:4, 18:13, 20:25, 21:25, 23:5, 23:13, 23:15, 25:9, 42:1, 56:24, 57:5, 57:6, 57:20, 63:11, 63:12, 63:13, 64:8, 108:8, 108:17, 109:22, 110:5, 120:2, 123:12, 124:2, 124:3, 124:4, 124:5, 124:6, 126:3, 126:5, 127:19, 128:7, 128:16, 129:6, 130:13, 132:20, 132:22, 133:24, 133:25, 164:15, 165:18, 165:19
**successor** [3] - 54:19, 125:13, 132:13
**successor's** [1] - 21:20
**successors** [2] - 20:19, 20:21
**sufficient** [1] - 106:24
**suggest** [3] - 103:19, 111:2, 167:17
**suggested** [1] - 103:16
**suggesting** [2] - 50:21, 100:12
**suggestion** [2] - 153:11, 155:8
**suitable** [2] - 26:4, 183:6
**SUITE** [1] - 2:4
**sun** [1] - 72:16
**sunshine** [1] - 72:17
**supervised** [1] - 10:17
**supervision** [1] - 10:19
**supervisor** [1] - 69:12
**supply** [1] - 74:22
**support** [3] - 13:18, 15:7, 31:10
**supporting** [1] - 17:1
**supports** [1] - 92:24
**suppose** [1] - 106:12
**supposed** [1] - 37:12
**sustainable** [1] - 8:13
**swinging** [1] - 152:9
**switched** [1] - 170:17
**sworn** [3] - 5:15, 5:18, 149:23
**synergies** [1] - 29:13
**system** [4] - 21:14, 112:13, 112:15
**systems** [1] - 27:12

**T**

**table** [1] - 104:9
**TAG** [1] - 3:13
**takeover** [13] - 17:7, 19:22, 30:14, 40:10, 52:12, 70:20, 86:7, 126:20, 132:5, 163:7, 179:6, 179:9, 179:19
**talent** [3] - 33:7, 65:3, 175:15
**talks** [2] - 24:7, 169:5
**targets** [1] - 73:23
**task** [6] - 28:3, 44:9, 52:1, 80:1, 87:5, 135:22
**tasks** [3] - 9:5, 14:25, 169:6
**teaching** [1] - 125:19
**team** [38] - 17:18, 19:7, 19:8, 23:9, 29:10, 45:5, 58:12, 61:10, 61:12, 62:17, 75:13, 78:24, 79:5, 79:7, 79:11, 81:7, 81:10, 81:15, 81:20, 82:3, 82:4, 87:6, 87:8, 92:13, 98:2, 98:18, 112:7, 112:9, 132:15, 135:7, 136:22, 136:23, 149:12, 190:21, 190:22, 196:12, 196:20
**teams** [5] - 29:24, 79:8, 80:13, 80:14, 81:3
**technical** [3] - 22:11, 137:2, 137:10
**Technical** [1] - 132:21
**technologies** [19] - 30:7, 30:13, 36:2, 52:14, 52:15, 67:12, 67:13, 67:21, 92:10, 92:18, 92:20, 92:22, 92:24, 137:14, 138:22, 139:9, 146:2, 148:14
**technology** [15] - 22:13, 49:23, 92:12, 92:16, 94:9, 134:9, 135:4, 135:8, 135:15, 138:13, 138:17, 139:1, 140:2, 164:11, 165:15
**telephone** [2] - 53:20, 82:14
**temporary** [1] - 148:15
**ten** [6] - 35:18, 72:10, 72:11, 73:15, 154:6, 155:7
**tender** [3] - 88:23, 89:3, 89:14
**tends** [1] - 46:1
**tension** [2] - 146:10, 148:16
**tenth** [2] - 82:22, 82:24

**tenure** [5] - 8:3, 16:6, 16:9, 134:6, 135:16
**term** [6] - 92:10, 93:1, 128:11, 128:25, 129:3, 178:5
**terms** [3] - 11:22, 28:19, 194:13
**testified** [7] - 5:18, 87:17, 136:5, 144:24, 145:2, 145:25, 172:14
**testify** [4] - 106:6, 106:9, 106:10, 111:7
**testifying** [1] - 111:10
**testimony** [13] - 41:10, 72:22, 101:9, 105:10, 119:1, 149:23, 151:20, 153:8, 154:14, 187:18, 190:6, 196:18
**text** [4] - 161:14, 161:19, 192:23, 193:11
**THE** [105] - 1:1, 1:1, 1:13, 1:17, 1:19, 5:4, 5:7, 5:14, 5:16, 5:19, 5:20, 17:22, 24:15, 25:24, 26:2, 30:17, 40:19, 40:23, 41:9, 41:13, 41:17, 55:13, 61:17, 72:9, 72:21, 72:23, 72:24, 73:1, 76:13, 80:18, 84:12, 86:15, 89:3, 89:4, 89:5, 89:15, 92:2, 100:21, 100:25, 101:6, 101:11, 101:22, 102:2, 103:13, 104:2, 104:11, 104:16, 106:3, 106:9, 106:16, 106:18, 107:2, 107:7, 107:13, 111:5, 111:15, 115:19, 117:8, 117:19, 117:21, 119:7, 119:11, 119:13, 120:10, 124:13, 134:17, 140:15, 142:4, 142:6, 142:7, 142:8, 145:12, 150:14, 151:11, 152:15, 153:4, 153:6, 153:15, 153:21, 154:5, 154:11, 154:15, 154:17, 155:1, 155:15, 156:19, 160:7, 160:8, 161:11, 164:24, 167:25, 168:15, 171:3, 174:16, 176:7, 177:10, 184:20, 187:24, 188:9, 188:11, 192:14, 197:11, 197:18, 198:13, 198:17
**themselves** [1] - 165:9
**thinks** [1] - 176:4
**third** [3] - 37:4, 82:9, 149:2
**thirty** [2] - 124:13, 143:17
**thirty-one** [1] - 143:17
**thirty-seven** [1] - 124:13
**thoughts** [6] - 51:13, 53:15, 86:8, 175:10, 175:16, 187:7
**thousand** [4] - 61:1, 91:12, 91:15
**three** [35] - 8:1, 8:18, 8:21, 17:4, 28:17, 29:6, 37:1, 46:8, 48:25, 57:25, 60:17, 61:6, 69:24, 70:21, 71:21, 72:3, 76:6, 76:7, 80:11, 95:12, 97:6, 97:12, 103:17, 107:23, 112:21, 129:2, 134:7, 157:9, 158:10, 163:20, 163:23, 169:1, 170:2, 177:10, 193:7
**threes** [1] - 121:3
**throughout** [2] - 93:10, 103:15
**tight** [1] - 74:21
**timing** [2] - 111:23, 197:20
**TIMOTHY** [1] - 1:13
**today** [5] - 102:5, 152:16, 161:2, 166:9, 198:10
**together** [40] - 7:16, 12:12, 16:24, 36:1, 47:22, 48:5, 51:8, 52:17, 54:24, 57:7, 57:24, 58:17, 59:17, 59:25, 60:3, 60:8, 62:17, 63:24, 65:13, 68:11, 68:23, 76:22, 77:1, 77:24, 79:8, 81:6, 83:23, 86:11, 88:10, 118:20, 129:25, 148:16, 148:19, 148:25, 149:11, 150:4, 166:14, 173:19, 188:21, 191:10
**tomorrow** [1] - 85:6
**tonight** [2] - 152:15, 153:7
**took** [17] - 7:1, 42:25, 51:16, 51:17, 56:6, 60:4, 64:25, 65:4, 68:7, 73:6, 112:14, 125:6, 135:8, 135:9, 144:9, 170:18, 189:8
**top** [18] - 22:8, 29:7, 31:4, 31:24, 32:10, 37:8, 45:18, 56:12, 69:9, 69:12, 79:3, 84:24, 97:17, 97:21, 125:16, 193:17, 193:23
**top-down** [1] - 97:17
**topic** [11] - 34:14, 35:20, 35:23, 99:3, 105:18, 144:8, 177:23, 178:4, 178:22, 189:15
**topics** [15] - 15:1, 28:13, 30:2, 48:15, 76:23, 77:7, 98:1, 98:5, 103:5, 109:11, 112:16, 136:25, 169:23, 175:13
**total** [2] - 124:7, 127:17
**totalling** [1] - 162:25
**totally** [2] - 83:15, 137:21
**touch** [2] - 24:8, 66:5
**track** [3] - 13:11, 56:18, 191:24
**training** [8] - 27:14, 33:8, 88:8, 88:10, 135:9, 135:10, 165:10, 165:12
**TRANSCRIPT** [1] - 198:20
**transcript** [3] - 123:19, 194:9, 199:3
**TRANSCRIPTION** [1] - 2:9
**transformation** [1] - 8:10
**transition** [1] - 8:8
**translate** [3] - 26:3, 141:10, 182:5
**translating** [1] - 176:2
**Trauth** [5] - 7:3, 170:13, 170:17, 171:11, 171:12
**trauth** [1] - 170:16
**travel** [2] - 195:4, 197:23
**treatment** [1] - 40:14
**trial** [16] - 5:3, 5:6, 5:9, 9:3, 40:22, 41:8, 41:16, 72:7, 93:10, 99:15, 99:16, 101:5, 107:12, 150:16, 150:17, 154:10
**TRIAL** [1] - 1:14
**trials** [1] - 106:18
**tried** [10] - 13:18, 32:5, 73:23, 75:12, 102:4, 126:11, 134:4, 142:11, 144:19, 183:1
**true** [8] - 69:16, 70:6, 87:16, 129:12, 130:7, 141:5, 157:15, 167:3
**truth** [2] - 104:23, 153:3
**try** [9] - 13:9, 15:6, 15:9, 26:3, 73:22, 83:22, 92:5, 114:23, 162:6
**trying** [13] - 40:2, 40:3, 93:22, 107:5, 114:5, 125:8, 141:25, 150:18, 151:14, 151:15, 153:18, 167:16, 174:20
**TS** [3] - 47:4, 47:8, 47:11
**turned** [1] - 47:17
**turnover** [3] - 95:8, 95:11, 95:13
**TV** [1] - 177:1
**TV-54** [1] - 63:15
**twenty** [1] - 117:20
**twenty-six** [1] - 117:20
**two** [52] - 7:21, 7:22, 8:6, 8:12, 11:24, 12:2, 12:4, 12:15, 16:10, 18:16, 18:18, 18:20, 19:10, 19:12, 20:16, 20:24, 23:15, 39:1, 41:25, 44:23, 46:8, 51:11, 59:13, 60:14, 76:1, 76:2, 95:25, 96:1, 96:9, 96:10, 97:7, 105:20, 107:20, 111:8, 115:5, 119:4, 127:7, 141:18, 142:17, 143:22, 152:21, 162:25, 165:19, 166:10, 174:16, 180:21, 180:23, 182:16, 182:25, 187:19, 196:6
**two-year** [1] - 7:21
**TX** [14] - 8:19, 10:5, 18:5, 19:2, 40:7, 47:17, 47:20, 47:25, 50:13, 75:18, 75:19, 78:23, 123:5
**TX-4** [3] - 42:7, 42:8, 77:9
**TX-44** [1] - 42:6
**TX-6** [84] - 3:12, 3:18, 9:3, 9:4, 9:17, 9:19, 10:2, 10:4, 10:17, 11:1, 11:9, 11:11, 11:20, 11:21, 12:18, 13:2, 15:24, 19:7, 19:8, 26:10, 27:5, 27:7, 30:25, 31:9, 31:15, 34:24, 48:24, 49:2, 49:5, 49:8, 49:11, 49:12, 49:15, 49:20, 50:1, 50:23, 53:5, 53:12, 58:20, 60:7, 60:9, 62:3, 62:12, 65:23, 66:24, 68:7, 73:7, 74:17, 76:19, 76:20, 77:9, 77:11, 78:4, 78:19, 78:21, 78:23, 80:2, 80:15, 81:21, 81:23, 87:15, 88:13, 90:7, 98:10, 99:7, 112:23, 116:2, 120:3, 121:3, 125:13, 126:7, 127:10, 127:11, 130:22, 130:25, 131:18, 131:21, 132:5, 132:13, 149:12, 169:21, 173:8, 175:8
**TX-60** [53] - 20:2, 20:3, 20:21, 20:23, 22:7, 27:7, 27:8, 32:13, 32:25, 51:5, 58:22, 58:24, 59:5, 59:7, 64:3, 64:6, 67:1, 67:17, 68:7, 76:4, 76:8, 87:5, 87:6, 90:22, 98:13, 98:18, 99:4, 111:25, 123:6, 125:6, 126:8, 128:12, 130:9, 130:22, 131:6, 132:18, 133:14, 134:3, 135:21, 136:1, 139:2, 146:20, 169:19, 169:20, 169:22, 174:1, 185:24, 190:8, 190:10, 190:11, 191:1, 191:5
**TX-600** [4] - 32:14, 179:25, 180:14
**TX-61** [34] - 17:1, 17:18, 18:6, 27:9,

27:17, 27:18, 29:8, 29:17, 29:20, 29:25, 30:3, 30:4, 30:14, 32:10, 32:12, 38:2, 38:3, 60:15, 60:21, 62:1, 121:13, 121:16, 124:24, 124:25, 155:10, 162:12, 162:18, 163:1, 163:7, 163:9, 163:13, 163:24, 193:25
**TX-62** [3] - 21:10, 27:11
**TX-64** [55] - 20:10, 27:22, 27:23, 27:25, 28:1, 28:16, 28:20, 28:25, 29:2, 29:14, 29:16, 29:18, 29:19, 31:9, 31:17, 31:25, 32:11, 52:21, 52:22, 52:25, 58:21, 61:5, 62:2, 63:6, 64:23, 65:10, 69:8, 69:21, 76:3, 78:5, 78:16, 82:5, 85:7, 87:3, 88:15, 88:16, 88:20, 89:20, 90:24, 140:11, 140:24, 141:1, 143:22, 168:21, 168:24, 169:7, 169:10, 185:25, 190:7, 190:20, 192:3, 192:9, 196:16, 196:20
**TX-65** [4] - 27:13, 33:7, 135:5
**TX-66** [5] - 173:11, 173:17, 173:22, 173:24, 174:5
**TX-71** [1] - 63:13
**TX-organization** [1] - 50:13
**TY** [1] - 118:8
**type** [1] - 96:4
**typical** [1] - 22:11
**typically** [1] - 107:2

**U**

**U.S** [7] - 44:25, 82:21, 82:22, 122:25, 128:25, 136:21, 182:13
**UHHUH** [1] - 144:6
**ultimate** [1] - 185:23
**ultimately** [1] - 114:25
**unaware** [1] - 103:1
**unclear** [1] - 120:18
**under** [11] - 25:19, 29:25, 32:10, 33:19, 34:1, 38:2, 63:21, 122:4, 133:15, 149:3, 150:11
**underneath** [1] - 31:3
**understood** [1] - 110:25
**undue** [1] - 104:25
**unfortunately** [1] - 34:13
**unique** [4] - 29:5, 94:4, 94:10, 98:23
**United** [1] - 136:18
**UNITED** [3] - 1:1, 1:14, 2:6
**unpopular** [2] - 190:3, 190:4
**unusual** [3] - 110:16, 111:1, 111:4
**unwritten** [1] - 158:16
**up** [83] - 7:23, 13:12, 13:19, 14:12, 14:15, 14:17, 15:25, 19:4, 24:8, 24:10, 28:15, 31:20, 35:10, 37:13, 38:13, 41:20, 44:5, 48:19, 50:14, 51:3, 55:10, 58:14, 60:13, 61:9, 65:13, 66:5, 67:12, 68:1, 68:2, 68:25, 69:1, 73:8, 74:16, 79:4, 80:2, 80:9, 83:15, 84:2, 84:6, 84:24, 86:9, 100:6, 100:22, 100:25, 102:23, 104:9, 106:9, 106:13, 106:20, 107:6, 107:20, 108:2, 110:5, 110:17, 111:1, 113:10, 114:11, 114:24, 116:13, 118:2, 118:10, 118:11, 118:20, 118:23, 119:10, 131:14, 132:21, 141:1, 142:16, 151:5, 152:3, 153:8, 153:24, 155:3, 163:7, 180:11, 182:8, 182:10, 183:12, 186:24, 191:14, 192:16
**up-and-coming** [2] - 110:17, 111:1
**upcoming** [2] - 77:2, 179:1
**update** [7] - 48:16, 74:11, 74:12, 74:13, 74:14, 75:9, 182:7
**upgrade** [1] - 39:2
**upper** [1] - 19:4
**uproot** [1] - 114:15
**upset** [3] - 150:19, 186:17, 186:20
**upsetting** [1] - 186:23
**US** [1] - 68:7
**usual** [1] - 111:11
**Uwe** [1] - 166:17

**V**

**vacancies** [3] - 54:15, 54:21, 67:9
**vacancy** [11] - 20:22, 20:24, 52:25, 75:19, 76:4, 84:4, 110:14, 128:18, 132:24, 132:25, 133:18
**vacant** [3] - 22:22, 22:23, 133:2
**vacation** [4] - 82:10, 82:19, 83:11, 84:1
**validated** [5] - 12:14, 16:10, 16:12, 18:18, 18:22
**validation** [18] - 11:14, 11:17, 12:1, 12:5, 12:8, 12:9, 12:13, 12:16, 15:19, 18:17, 96:19, 129:1, 163:21, 163:22, 183:1, 183:2, 194:14
**value** [1] - 39:11
**vending** [1] - 91:17
**vendors** [1] - 107:4
**verdict** [1] - 104:5
**version** [4] - 120:8, 124:19, 141:18
**versions** [2] - 69:17, 69:19
**VERSUS** [1] - 1:5
**Vice** [29] - 6:15, 8:5, 18:7, 23:22, 35:5, 43:2, 43:3, 43:15, 67:25, 112:22, 113:2, 113:4, 114:10, 114:23, 115:13, 120:24, 123:2, 134:6, 134:25, 138:9, 138:11, 138:14, 149:6, 158:21, 164:4, 167:1, 167:7, 185:9
**vice** [17] - 11:15, 11:19, 11:21, 13:7, 13:23, 14:2, 14:9, 14:11, 14:18, 16:23, 16:25, 24:9, 38:16, 40:1, 42:9, 95:25, 96:1
**video** [2] - 81:17, 81:19
**view** [4] - 85:20, 139:1, 163:8, 187:4
**viewed** [1] - 15:11
**visit** [3] - 116:6, 116:8, 116:11
**vocational** [2] - 27:13, 135:9
**Vogt** [5] - 36:12, 36:14, 36:15, 36:21, 36:25
**VOGT** [2] - 36:22, 36:23
**Volt** [1] - 37:19
**VOLUME** [1] - 1:15
**VP** [10] - 6:7, 6:21, 6:23, 7:23, 8:23, 9:2, 49:21, 61:9, 82:13, 88:18
**VPs** [1] - 96:5

**W**

**wage** [4] - 146:18, 147:7, 147:18, 148:14
**wages** [2] - 146:7, 146:12
**wait** [1] - 82:18
**walking** [1] - 102:18
**wants** [1] - 152:4
**wasting** [1] - 104:24
**watch** [2] - 18:20, 18:23
**ways** [4] - 35:21, 105:18, 114:23, 197:23
**week** [1] - 197:21
**weekend** [3] - 197:21, 198:11, 198:18
**weeks** [1] - 23:15
**welcome** [1] - 5:8
**WERKE** [2] - 1:6, 1:20
**wheel** [1] - 94:2
**WHITSETT** [1] - 1:18
**whole** [35] - 16:21, 21:14, 21:23, 21:25, 25:1, 40:5, 44:5, 44:19, 51:13, 51:24, 54:10, 59:5, 66:8, 67:17, 75:6, 75:13, 78:24, 79:7, 81:2, 92:13, 93:16, 93:17, 93:25, 95:19, 98:4, 120:14, 120:19, 136:23, 141:9, 141:10, 144:8, 176:24, 186:4, 186:8, 195:23
**willing** [3] - 51:9, 54:9, 129:11
**wise** [1] - 75:14
**withdraw** [1] - 111:13
**WITNESS** [8] - 26:2, 72:23, 89:4, 117:21, 142:6, 142:8, 160:8, 188:11
**witness** [21] - 5:19, 92:3, 99:19, 99:22, 100:15, 101:7, 101:11, 101:17, 101:20, 101:25, 102:21, 103:20, 104:25, 105:14, 105:15, 106:7, 106:10, 107:3, 107:7, 176:9, 197:22
**witness's** [2] - 105:4, 105:10
**witnesses** [7] - 5:10, 100:11, 100:13, 100:18, 100:19, 104:20, 187:23
**word** [6] - 11:17, 102:17, 125:17, 125:24, 134:22, 149:21
**words** [1] - 182:2
**work-in-progress** [1] - 21:5
**workings** [2] - 99:21, 102:13
**works** [1] - 147:24
**workshop** [3] - 76:19, 76:25
**workshops** [2] - 76:21, 96:3
**world** [4] - 11:5, 34:18, 110:15, 133:17
**worldwide** [3] - 56:5, 93:21, 96:18
**worried** [2] - 151:17, 192:6
**wrap** [2] - 153:7, 153:8
**wrapping** [1] - 153:23
**write** [8] - 17:13, 21:1, 21:6, 87:4, 141:6, 147:15, 181:21, 191:11
**writing** [1] - 191:14
**written** [13] - 86:23, 144:5, 144:7, 144:14, 147:15, 158:17, 160:12, 160:14,

160:25, 161:1, 176:8, 184:15, 193:16
**Wrote** [1] - 161:23
**wrote** [11] - 39:21, 125:7, 130:11, 145:15, 145:18, 149:3, 149:16, 161:22, 181:10, 182:12, 193:14

Y

**year** [8] - 7:21, 15:20, 39:5, 60:16, 67:1, 136:19, 136:20
**yearly** [6] - 13:4, 14:7, 15:25, 17:16, 65:25
**Years** [1] - 115:12
**years** [24] - 7:22, 8:1, 8:7, 8:12, 19:14, 19:19, 46:8, 59:11, 60:14, 60:17, 103:15, 103:16, 112:21, 115:5, 117:12, 120:3, 126:25, 138:5, 159:25, 162:18, 162:25, 163:9, 188:7
**yellow** [2] - 31:14
**Yellow** [1] - 31:14
**yesterday** [2] - 80:17, 125:22
**Yoo** [1] - 144:5
**Yoo-hoo** [1] - 144:5

Z

**zett** [2] - 75:1, 93:4