No. 26-1793

# In the United States Court of Appeals for the Fourth Circuit

KELLY DAWSEY,

*Plaintiff-Appellee*,

v.

BMW MANUFACTURING CO., LLC,

*Defendant-Appellant*.

On Appeal from the United States District Court
for the District of South Carolina

**JOINT APPENDIX**
**VOLUME VI OF VI**
**TRIAL AND ECONOMIC DAMAGES HEARING EXHIBITS**

Charles E. Johnson
Brendan P. Biffany
Aryana Ainolhayat
ROBINSON, BRADSHAW & HINSON, P.A.
600 South Tryon Street
Suite 2300
Charlotte, North Carolina 28202
704.377.2536

*Counsel for Defendant-Appellant BMW Manufacturing Co., LLC*

Brian P. Murphy
STEPHENSON AND MURPHY, LLC
207 Whitsett Street
Greenville, South Carolina 29601
864.370.9400

*Counsel for Plaintiff-Appellee Kelly Dawsey*

# TABLE OF CONTENTS

**Page**

**Volume I**

Judgment (DE 217) .......... JA1

Amended Judgment (DE 236) .......... JA2

Order Awarding Backpay (DE 238) .......... JA3

Second Amended Judgment (DE 239) .......... JA22

May 13, 2026 Post-Trial Motion Hearing Transcript (DE 272) .......... JA23

**Volume II**

District Court Docket Sheet .......... JA112

Plaintiff's Amended Complaint (DE 20) .......... JA142

BMW MC's Answer to Amended Complaint (DE 40) .......... JA158

BMW AG's Answer to Amended Complaint (DE 96) .......... JA171

Report of Magistrate Judge (DE 113) .......... JA182

Order (DE 119) .......... JA200

February 12, 2026 Strikes for Cause Transcript (DE 246) .......... JA219

February 17, 2026 Trial Transcript, Volume I (DE 247) .......... JA247

Opening Statement by Counsel for Plaintiff .......... JA316

Opening Statement by Counsel for Defendant BMW MC .......... JA319

Opening Statement by Counsel for Defendant BMW AG .......... JA315

Kelly Dawsey, Direct Examination .......... JA334

February 18, 2026 Trial Transcript, Volume II (DE 248) .......... JA452

Kelly Dawsey, Direct Examination (cont'd) .......... JA457

Kelly Dawsey, Cross Examination
by Counsel for Defendant BMW MC ....................................JA562

**Volume III**

February 19, 2026 Trial Transcript, Volume III (DE 249).............JA684

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW MC (cont'd) ..........................................................JA688

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW AG.....................................................................JA754

Robert Englehorn, Direct Examination by Counsel for Defendant BMW MC ...........................................................JA797

Robert Englehorn, Cross Examination by Counsel for Defendant BMW AG ...........................................................JA851

Robert Englehorn, Cross Examination by Counsel for Plaintiff.......................................................................JA859

Robert Englehorn, Redirect Examination by Counsel for Defendant BMW MC...........................................................JA906

Robert Englehorn, Recross Examination by Counsel for Plaintiff.......................................................................JA910

February 20, 2026 Trial Transcript, Volume IV (DE 250).............JA942

Christine Petrasch, Direct Examination by Counsel for Defendant BMW MC ..........................................................JA946

Christine Petrasch, Cross Examination by Counsel for Defendant BMW AG ........................................................JA1032

Christine Petrasch, Cross Examination by Counsel for Plaintiff.....................................................................JA1056

Christine Petrasch, Redirect Examination by Counsel for Defendant BMW MC.........................................................JA1133

Christine Petrasch, Recross Examination by Counsel for Defendant BMW AG ........................................................JA1138

**Volume IV**

February 23, 2026 Trial Transcript, Volume V (DE 251) ............JA1164

Corey Epps, Direct Examination by Counsel for Defendant BMW MC ....................................................................JA1169

Corey Epps, Cross Examination by Counsel for Defendant BMW AG....................................................................JA1194

Corey Epps, Cross Examination by Counsel for Plaintiff ....JA1198

Corey Epps, Redirect Examination by Counsel for Defendant BMW MC ....................................................................JA1210

Corey Epps, Recross Examination by Counsel for Defendant BMW AG ....................................................................JA1211

Sherill Miller, Direct Examination by Counsel for Defendant BMW MC ....................................................................JA1276

Sherill Miller, Cross Examination by Counsel for Plaintiff....................................................................JA1297

Sherry McCraw, Direct Examination by Counsel for Defendant BMW MC........................................................JA1304

Sherry McCraw, Cross Examination by Counsel for Defendant BMW AG ........................................................JA1383

Sherry McCraw, Cross Examination by Counsel for Plaintiff ....................................................................JA1384

Sherry McCraw, Redirect Examination by Counsel for Defendant BMW MC ........................................................JA1419

February 24, 2026 Trial Transcript, Volume VI (DE 252) ............JA1460

Clarence Edward Bailey, II, Examination by Deposition Testimony ..........................................................................JA1465

Neal Gilmore, Examination by Deposition Testimony.........JA1478

Eva Burgmeier, Examination by Deposition Testimony......JA1484

Charge Conference ..........................................................JA1622

**Volume V**

February 25, 2026 Trial Transcript, Volume VII (DE 253) ..........JA1666

Charge Conference (cont'd) ...............................................JA1669

Closing Argument by Counsel for Plaintiff ..........................JA1678

Closing Argument by Counsel for Defendant BMW MC......JA1723

Closing Argument by Counsel for Defendant BMW AG ......JA1766

Rebuttal Closing Argument by Counsel for Plaintiff ...........JA1788

Jury Charge.......................................................................JA1794

Verdict ..............................................................................JA1830

Jury Polled.........................................................................JA1832

Verdict Form (DE 216) ..........................................................JA1862

March 13, 2026 Post-Trial Damages Hearing Transcript (DE 254)..............................................................................JA1868

Kelly Dawsey, Direct Examination ....................................JA1874

Kelly Dawsey, Cross Examination by Counsel for Defendant BMW MC ..........................................................JA1855

Kelly Dawsey, Redirect Examination..................................JA1904

John E. Gibson, Jr., Direct Examination by Counsel for

Plaintiff....................................................................................JA1909

John E. Gibson, Jr., Cross Examination by Counsel for Defendant BMW MC ........................................................JA1926

John E. Gibson, Jr., Redirect Examination by Counsel for Plaintiff....................................................................................JA1983

Closing Statement by Counsel for Defendant BMW MC .....JA1989

Closing Statement by Counsel for Plaintiff..........................JA2003

Consent Motion to Amend/Correct Judgment (DE 231) ...............JA2031

Order Granting Consent Motion to Amend/Correct Judgment (DE 235)...............................................................................JA2034

Motion for Judgment as a Matter of Law or in the Alternative Motion for a New Trial (DE 237) ..............................................JA2036

Joint Proposed Jury Charges (DE 240-1) .....................................JA2059

Notice of Appeal (DE 265) ..........................................................JA2062

Amended Notice of Appeal (DE 275)...........................................JA2064

**Vol VI**

Trial Exhibits

Plaintiff's Exhibit 1 (Plaintiff's Resume, Dec. 2021) ............JA2066

Plaintiff's Exhibit 2 (Plant Spartanburg Organization Chart) .......................................................................................JA2069

Plaintiff's Exhibit 3 (Petrasch Jan. 10, 2022 email to HR network)....................................................................................JA2070

Plaintiff's Exhibit 4 (Petrasch Dec. 3, 2021 email)...............JA2074

Plaintiff's Exhibit 5 (TX-6 Organization Structure Development Step 2 – for April 2021)..................................JA2077

Plaintiff's Exhibit 6 (TX-6 and TX-60 Info-Share Documentation, Sept. 29, 2021)....JA2078

Plaintiff's Exhibit 7 (T-Vorhalt Request)....JA2080

Plaintiff's Exhibit 8 (TX-60 Job Function Data Sheet, Rev. April 1, 2019)....JA2081

Plaintiff's Exhibit 9 (TX-61 Job Function Data Sheet, Rev. March 1, 2020)....JA2085

Plaintiff's Exhibit 10 (Exempt Organizational Structure, Aug. 2021)....JA2088

Plaintiff's Exhibit 12 (Exempt Organizational Structure, Sept. 2021)....JA2100

Plaintiff's Exhibit 14 (Plaintiff's Portfolio 2020)....JA2112

Plaintiff's Exhibit 15 (Plaintiff's Portfolio 2019)....JA2117

Plaintiff's Exhibit 16 (Plaintiff's Portfolio 2018)....JA2122

Plaintiff's Exhibit 17 (Expat Guidelines for Plant Spartanburg, Jan. 8, 2016)....JA2126

Plaintiff's Exhibit 18 (TX-6 Organizational Overview)....JA2141

Plaintiff's Exhibit 19 (Plaintiff's Compensation Change Statement, March 20, 2021)....JA2142

Plaintiff's Exhibit 20 (Overview on Reference Partner input during the promotion procedure, Oct. 2010)....JA2143

Plaintiff's Exhibit 21 (Petrasch Text to Plaintiff, Oct. 1, 2021)....JA2144

Plaintiff's Exhibit 22 (International Grading FLIV Approval Committee TS Spartanburg)....JA2145

Plaintiff's Exhibit 24 (June 3, 2021 email from Plaintiff to Epps, Suber and Sanders attaching Project Misaligned PG Overview PowerPoint)........................................................JA2146

Plaintiff's Exhibit 25 (Jan. 1, 2021 email from Petrasch to Plaintiff, Epps, Medley, Keith and Sinanian re: "as discussed" topics)............................................................JA2152

Plaintiff's Exhibit 26 (March 19, 2021 email from Petrasch to Belinski attaching 2021 Review TX-60 Org) ........................JA2154

Plaintiff's Exhibit 27 (April 8, 2021 email from Petrasch to Plaintiff re: draft job descriptions for VP HR and Manager of Recruiting)..................................................................JA2161

Plaintiff's Exhibit 28 (Email from Petrasch to Plaintiff re: HR Compact submittals)..................................................JA2163

Plaintiff's Exhibit 29 (TX-61 Job Function Data Sheet, rev. date Oct. 24, 2021)..........................................................JA2166

Plaintiff's Exhibit 31 (March 3, 2021 email from Petrasch to Plaintiff re: P&S TX-6)......................................................JA2169

Plaintiff's Exhibit 37 (Sept. 23, 2021 email from Petrasch to Koepnick and Burgmeier re: PE-TAG PE-Kreis) .................JA2170

Plaintiff's Exhibit 39 (Jan. 4, 2022 email from Petrasch to Hacker) ....................................................................JA2173

Plaintiff's Exhibit 41 (Jan. 5, 2022 email from Petrasch to Burghardt re: Plaintiff's resignation) .................................JA2174

Plaintiff's Exhibit 46 (TX-60 Job Function Data Sheet, Feb. 1, 2022) ....................................................................JA2175

Plaintiff's Exhibit 47 (HRIS Screenshots re Epps Employment) ...............................................................JA2179

Plaintiff's Exhibit 48 (Personnel Development Succession Planning, June 19, 2020) ..................................................JA2183

Plaintiff's Exhibit 49 (BMW Group Plant Spartanburg, Memo to Eddie Bailey re: Compensation Statement, April 19, 2023) ....JA2185

Plaintiff's Exhibit 50 (BMW Group Plant Spartanburg, Memo to Neal Gilmore Compensation Statement, April 19, 2023) ....JA2186

Plaintiff's Exhibit 52 (Portfolio 2022 – Eddie Bailey, March 2023)....JA2187

Plaintiff's Exhibit 63 (April 21, 2021 Burgmeier email re: P-Circle) ....JA2191

Defendant's Exhibit 1 (BMW MC Job Offer Letter, April 25, 1995) ....JA2192

Defendant's Exhibit 2 (Morse & Savage copy of Plaintiff's Resume) ....JA2194

Defendant's Exhibit 3 (BMW MC Implementation of Exempt Grading, Salary, Bonus and Benefits Structure Effective Aug. 2001)....JA2197

Defendant's Exhibit 4 (Personnel Development/Succession Planning PowerPoint, June 2021) ....JA2209

Defendant's Exhibit 5 (TX-6 Organizational Overview PowerPoint, Jan. 2022) ....JA2221

Defendant's Exhibit 6 (Documents related to promotions, salary increases, and bonuses (2014-2021)) ....JA2226

Defendant's Exhibit 7 (HR Records re: Plaintiff's Position/Pay History) ....JA2236

Defendant's Exhibit 9 (HR Records on Scott Medley Position/Pay History, 2007 – 2025)....JA2240

Defendant's Exhibit 10 (July 19, 2021 Email from Petrasch to Koepnick re: Succession)....JA2242

Defendant's Exhibit 11 (TX-60 Job Function Data Sheet, Feb. 1, 2022) ........ JA2244

Defendant's Exhibit 12 (TX-61 Job Function Data Sheet, Oct. 24, 2021 ........ JA2252

Defendant's Exhibit 13 (TX-64 Job Function Data Sheet, May 1, 2019) ........ JA2261

Defendant's Exhibit 14 (June 3, 2021 Email from Plaintiff to Epps re: "Project Misaligned" PowerPoint) ........ JA2265

Defendant's Exhibit 15 (Jan. 21, 2021 Email from Petrasch to Plaintiff, Epps, Medley, Keith and Sinanian with Topics for Network to HR Team) ........ JA2271

Defendant's Exhibit 16 (Substructure HR Plant Spartanburg, TX-6, Nov. 2019) ........ JA2273

Defendant's Exhibit 17 (Sherry McCraw BMW MC Position History) ........ JA2277

Defendant's Exhibit 18 (Sept 23, 2021 Email from Petrasch to Englehorn attaching PowerPoint for PE Tax TX-6 Presentation) ........ JA2278

Defendant's Exhibit 19 (TX-6 and TX-60 Info-Share Documents for Plaintiff and Petrasch with Handwritten Notes, Sept. 29, 2021) ........ JA2280

Defendant's Exhibit 20 (Oct. 1, 2021 Email from Petrasch to Koepnick with Org. Chart) ........ JA2284

Defendant's Exhibit 21 (Sept. 23, 2021 Email from Petrasch to Sanders re: Epps' Promotion) ........ JA2288

Defendant's Exhibit 22 (Oct. 1, 2021 Email from Petrasch to McCraw re: Upgrading Epps to G11) ........ JA2290

Defendant's Exhibit 23 (TX-6 - HR Workshop VI / Management Workshop Agenda, Nov. 11, 2021) ........ JA2291

Defendant's Exhibit 24 (TX-6 Reorganization PowerPoint, Aug. 2019)....JA2293

Defendant's Exhibit 25 (Dec. 10, 2021 Email from Petrasch to HR Team re: Meeting on TX-6 Organization)....JA2308

Defendant's Exhibit 26 (Dec. 13, 2021 Email from Petrasch to Plaintiff and Medley attaching TX-6 PowerPoint)....JA2309

Defendant's Exhibit 27 (Documents Produced by Miller in response to Subpoena issued to Morse & Savage)....JA2323

Defendant's Exhibit 28 (Morse & Savage Consultant Agreement signed by Plaintiff, Sept. 2021)....JA2354

Defendant's Exhibit 29 (Plaintiff's Check to Morse & Savage, Sept. 16, 2021)....JA2355

Defendant's Exhibit 30 (Madewell Concrete Offer Letter to Plaintiff, Dec. 10, 2021)....JA2356

Defendant's Exhibit 31 (Dec. 9, 2021 Email from Petrasch to all HR Team re: TX-6 Circle)....JA2370

Defendant's Exhibit 32 (Plaintiff's Notes, Sept. 27, 2021)....JA2371

Defendant's Exhibit 33 (Jan. 3, 2022 Email from Petrasch to McCraw attaching Plaintiff's Resignation Notice)....JA2372

Defendant's Exhibit 34 (Plaintiff's Resignation letter, Jan. 3, 2022)....JA2374

Defendant's Exhibit 36 (GSP International Airport Offer of Employment, July 1, 2022)....JA2375

Economic Damages Hearing Exhibits

Plaintiff's Exhibit 53 (BMW Salary History)....JA2377

Plaintiff's Exhibit 54 (BMW RSA Statement)....JA2379

Plaintiff's Exhibit 55 (Summary Page Regarding Retirement Contributions....JA2380

Plaintiff's Exhibit 56 (Madewell 2022 W-2)....JA2381

Plaintiff's Exhibit 57 (GSP Annual Compensation Statements) ....JA2382

Plaintiff's Exhibit 58 (2022 GSP W-2) ....JA2390

Plaintiff's Exhibit 59 (2023 GSP W-2) ....JA2391

Plaintiff's Exhibit 60 (2024 GSP W-2) ....JA2392

Plaintiff's Exhibit 61 (2025 GSP W-2) ....JA2393

Plaintiff's Exhibit 62 (Dec. 22, 2025 Expert Report of John E. Gibson)....JA2398

Defendant's Exhibit 38 (Jan. 18, 2023 Expert Report of John E. Gibson) ....JA2413

Defendant's Exhibit 39 (Oct. 31, 2025 Expert Report of John E. Gibson) ....JA2427

Defendant's Exhibit 40 (Dec. 1, 2025 Expert Report of John E. Gibson) ....JA2441

Defendant's Exhibit 41 (Dec. 22, 2025 Expert Report of John E. Gibson) ....JA2456

Defendant's Exhibit 42 (Nov. 20, 2025 Expert Rebuttal Report of Nicholas R. Harris)....JA2471

Defendant's Exhibit 55 (Plaintiff BMW MC Earning Statement 2019-2022) ....JA2501

Dawsey v. BMW
EXHIBIT
PLAINTIFF 1

MORSE & SAVAGE
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

# KELLY G. DAWSEY, SHRM-SCP

864-245-1207
kdawsey@charter.net

## Human Resources Manager

**Visionary HR leader known for engaging all levels of the organization towards critical business initiatives. Progressive, decisive, innovative and contributes bottom-line results by translating organization objectives into tangible results.**

### Key Strengths

- Strategic Planning
- Effective Leadership
- Project Management
- Productivity Improvement
- Customer Relations
- HR Start-Up
- Budgeting / Forecasting Change Management
- Healthcare Medical Facilities Management
- Talent Development

Achievements include developing peak performing human resources programs & initiatives that support business strategy, productivity, and profitability. Expertise in all generalist HR areas including recruitment, HRIS, training/development, wage & salary program development and administration, benefits development andadministration, and talent development programs such as succession planning.

### Professional Certification and Education

Senior Professional in Human Resources (SHRM-SCP)
Clemson University, BS Administrative Management

EXHIBIT
Dawsey
3

### Current External Work

HR Board-Clemson University

### Professional Experience

**Since February 2015** **BMW Manufacturing Co., LLC** **Greer, SC**
**Manager HR Planning, Compensation & Benefits, Organization & Associate Wellbeing-Medical Facilities Management**

Manage the HR Planning department (6 functional areas, 15 employees) including Compensation, Benefits, Organization, HR Planning, the Associate Family Health Center and Wellbeing programs at BMW Plant Spartanburg.

MORSE & SAVAGE
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

- **Compensation & Benefits:** Manage the multi-million-dollar **Total Rewards** program for Plant Spartanburg. Including the development of the strategic HR plan for future years, ensuring compliancewith US Legal requirements, while balancing Associate Satisfaction. Plan covers approx. 22,000 covered lives.
- **Organization:** Oversight and local **Organizational Development** with corporate guidelines and ensuring accuracy of implementation. Management of the organizational structure in **SAP**, including theinputs for **Job Grading**, as well as Associate placement within the structure. Compliance with US legal law, including Government Subcontractor **AAP** compliance.
- **HR Planning:** Management of the **Long- and Short-Range HR Planning** area ensuring accurate inputto long-range development evaluations with regards to topics that have HR impact. Manages the Integrated Management System **ISO Compliance**, **Target Development**, Reporting and **Budget** management.
- **Associate Family Health Center:** Management and oversight of the operational and future strategytopics for the Plant Spartanburg **On-Site Integrated Medical / Health Center**.
- **Wellbeing:** Manage the holistic **Wellbeing** programs offered to Associates and Family members.

**November 2011 – January 2015 BMW Manufacturing Co., LLC Greer, SC**

**Section Manager, Human Resources Operations**

Managed the HR Operations department (5 functional areas, 16 employees) including: management and accountability of the multi-million dollar bi-weekly payroll and time management functions for 5,000 plus employees.

- **Payroll & Time Management:** Accountable to the P&L for payroll financial activity through PayrollAdministration as well as the Payroll Accounting functions.
- **Corporate Compliance:** Ensured Corporate Compliance on HR Operations legal topics from I-9 administration to annual fiduciary audits as well as Internal Control process procedures because of Sarbanes Oxley compliance.
- **HR Associate Service Center:** Led the launch project of the HR Associate Service Center from planning, development, staffing, training, software as a service implementation, through go-live and stabilization. Contributed to the corporate bottom-line by bundling HR administrative tasks and creatingresource efficiency.
- **Human Resources Information System:** Manage the HR Modules of SAP. Manage the business system requirements changes as well as ensuring upgrades and future system changes were planned,tested, and implemented accurately without disruption to the business.
- **Project HRI (Human Resources International) Leader:** Managed the cross-functional BMW US entityproject in coordination with the parent company in Germany to implement standard HR processes and standard SAP HRIS functionality across the US.

**May 2000 – October 2011 BMW Manufacturing Co., LLC Greer, SC**
**Section Manager, Compensation & Organization**

Managed the strategic and operational compensation and organization functions (2 functional areas, 4 employees)

- **Compensation Management:** Developed and managed compensation programs by balancing thecompetitiveness of the packages with the fixed costs / bottom line results to BMW. Ensured compensation program compliance with federal and state laws and competitiveness for employee attraction, retention, and motivation.
- **Short-term and Long-range Structural & Financial Planning:** Conducted planning for compensationprograms including base pay and incentive bonus programs.
- **Senior Leadership Consultant:** Led BMW Senior Leaders in compensation and organization

MORSE & SAVAGE
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

initiativesincluding structure adjustment recommendations and implementation.

- **HR Data Integrity:** Ensured data integrity of compensation and organization data for BMW within SAP(HRIS System).

**September 1998 – April 2000** **BMW Manufacturing Co., LLC** **Greer, SC**
**Coordinator, Human Resources**
Managed the Employee Relations function for a department with 1,000 associates including exempt & nonexempt personnel. Supervised 2 employee relations representatives.

- HR consultant to line management from first line supervision to the department Vice President.
- Business Partner to the department management in performing salary and succession planning.
- Conflict resolution.
- Ensuring Human Resource compliance with ISO 9000 and 14000.

**June 1995- August 1998** **BMW Manufacturing Corporation** **Greer, SC**
**Employee Relations Representative** for 700 employees.

- Employee concern investigations/resolutions.
- Policy development & policy interpretation.
- Employee advocate and management resource.
- Plant Start-Up Team.

**June 1990- May 1995** **Westinghouse Savannah River Site** **Aiken, SC**
**Human Resources Manager, Human Resources Representative, Recruiter**

# BMW Manufacturing




*Local Plant Spartanburg org. chart publications will be discontinued after March 2021. The BMW Group Contacts org. charts will be utilized as of April 1, 2021.

Org
1 March,

Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 2**

**Dawsey Kelly, TX-60**

**From:** Petrasch Christine, TX-6
**Sent:** Monday, January 10, 2022 7:43 AM
**To:** Dawsey Kelly, TX-60; Keiser Kathy, TX-641; Ziska Joe, TX-600; Epps Corey, TX-61; Keith Michelle, TX-62; Medley Scott, TX-64; Sinanian Paul, TX-65; Burgmeier Eva, PM-62; McCraw Sherry, TX-4
**Subject:** FW: Neujahrsmail an Mitarbeiter/-innen im Personalwesen // New year's email to HR network associates

Dear all – please find the new years email from the P circle! Let us work together to develop and strengthen all the topics in 2022!

Best regards Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** P Circle <P.Kommunikation@bmwgroup.com>
**Sent:** Monday, January 10, 2022 4:07 AM
**To:** DL-new-years-email.HR.2022 <new-years-email.HR.2022@list.bmw.com>
**Subject:** Neujahrsmail an Mitarbeiter/-innen im Personalwesen // New year's email to HR network associates

BMW GROUP

ROLLS-ROYCE

English Version

Liebe Kolleginnen und Kollegen,

willkommen in 2022. Wir wünschen Ihnen ein gutes, glückliches und gesundes neues Jahr!

Die meisten von Ihnen kommen gerade aus dem Weihnachtsurlaub und hatten über den Jahreswechsel ein paar freie Tage, die hoffentlich erholsam für Sie waren.

Dawsey v. BMW
EXHIBIT
PLAINTIFF 3

Im P Kreis war die Vorfreude heute Morgen regelrecht spürbar, gemeinsam mit Ihnen wieder anzupacken. Genauso wie wir alle das im vergangenen Jahr gemacht haben: Als starkes Team, das mit der ganzen Leidenschaft für People & Places daran arbeitet, unser Unternehmen fit für die Zukunft zu machen.

In diesem Jahr sind uns drei Themen besonders wichtig:

**1. Die Employee Journey wird unser Betriebssystem bei HR.**

Mit der Employee Journey bringen wir unsere HR-Strategie in die Umsetzung. Wir werden weltweit 120.000 Kolleginnen und Kollegen ein durchgängig positives Erlebnis unserer HR-Arbeit bieten – und zwar überall dort, wo sie mit uns im Personalwesen in Kontakt kommen. Bei allem, was wir tun, müssen wir uns noch stärker fragen: „Wie erhöhen wir die Mitarbeiter- und Kundenorientierung und das Ineinandergreifen des physischen und digitalen HR-Erlebnisses? Und wie schaffen wir durch unsere Arbeit echte Wow-Momente?" So steigern wir das Engagement und die Leistungsmotivation unserer Mitarbeitenden und werden als Unternehmen wirksamer.

**2. HR wird noch internationaler.**

Die Produktion folgt dem Markt. Dieses Prinzip hat sich bei der BMW Group bewährt und dient auch als Blaupause für unsere HR-Arbeit. Wir setzen weltweit auf Wachstum – bei Absatz, Produktion und damit natürlich auch beim Personal. Einen großen Anteil wird daran unser China-Geschäft haben. Das heißt für uns: Wir müssen die Vorteile unseres internationalen HR-Netzwerks noch intensiver nutzen. Viele Ideen entstehen im Netzwerk oder können dort ausprobiert werden, das ist eine große Chance.

**3. People & Places wird weiter gestärkt.**

Wachstum und veränderte Anforderungen an unsere Arbeitswelt bedingen zugleich, dass wir das Zusammenspiel von People & Places weiter vorantreiben. Auch hierzu ein Beispiel: In diesem Jahr machen wir den ersten Spatenstich für unser neues Werk in Debrecen. Gleichzeitig benötigen wir für den Werksaufbau und an vielen anderen Standorten wieder deutlich mehr qualifiziertes Personal. Deshalb kommt der Arbeitgeberpositionierung und dem Gewinnen und Entwickeln von Talenten weltweit eine hohe Bedeutung zu. Mit ConnectedWorks und ConnectedWorkplace schaffen wir ein attraktives und kollaboratives Arbeitsumfeld. Denn Transformation bedarf enger Zusammenarbeit, Innovationskraft und einer hohen Identifikation mit unserem Unternehmen.

Wir brauchen ein starkes HR. Genau das entwickeln wir. Lassen Sie uns mit Tatkraft, Kompetenz und Selbstvertrauen mutig anpacken – für die Mitarbeiterinnen und Mitarbeiter. Für die BMW Group.

Ihr(e)

Ilka Horstmeier (P)

Andreas Batz (PZ)

Barbara Burghardt (PM)

Nicole Haft-Zboril (PI)

Nicole Kurek (PT)

Rudolf Reichenauer (PA)

---

Deutsche Version

Dear colleagues,

We wish you a happy and healthy new year and a good start in 2022!

Many of you have just returned from the holiday season and had a break over the New Year, which we hope was restful for you.

In the P Circle this morning, we could all feel the strong anticipation to get back to work together with you. Just as we all did last year: As a strong team, working with all the passion for People & Places to make our company fit for the future.

This year, three topics are particularly important to us:

**1. The Employee Journey will become our operating system in HR.**

With the Employee Journey, we are putting our HR strategy into action. We will provide 120,000 colleagues worldwide with a consistently positive experience of our HR work – at any touchpoint in HR. In everything we do, we need to ask ourselves even more: "How do we increase employee and customer centricity and the intertwining of the physical and digital HR experience? And how do we create real wow moments through our work?" This is how we increase employee engagement and performance motivation and become more effective as a company.

**2. HR becomes even more international.**

Production follows the market. This principle has proven itself at the BMW Group and also serves as a blueprint for our HR work. We are focusing on growth worldwide – in terms of sales, production and, of course, also in terms of human resources. Our business in China will play a major role in this. For us, this means: We need to use the advantages of our international HR network even more intensively. Many ideas are born in the network or can be tried out there, that is a great opportunity.

**3. People & Places will be further strengthened.**

Growth and changing demands on our working world mean that we must continue to promote the interaction of People & Places. Here is another example: This year we are breaking ground for our new plant in Debrecen. At the same time, we need significantly more qualified personnel for the construction of the plant and at many other locations. That is why employer positioning and attracting and developing talent worldwide is so important. With ConnectedWorks and ConnectedWorkplace, we are creating an attractive and collaborative working environment. Because transformation requires close cooperation, innovative strength and a high level of identification with our company.

We need a strong HR. That is exactly what we are building. Let's tackle it courageously with drive, competence and self-confidence – for our associates and the company.

Yours

Ilka Horstmeier (P)

Andreas Batz (PZ)

Barbara Burghardt (PM)

Nicole Haft-Zboril (PI)

Nicole Kurek (PT)

Rudolf Reichenauer (PA)

**Dawsey Kelly, TX-60**

| | |
|---|---|
| **From:** | Petrasch Christine, TX-6 |
| **Sent:** | Friday, December 03, 2021 6:06 AM |
| **To:** | Dawsey Kelly, TX-60; Epps Corey, TX-61; Medley Scott, TX-64; Keith Michelle, TX-62; Sinanian Paul, TX-65 |
| **Subject:** | Fwd: personnel changes within the P-Network |
| **Signed By:** | christine.petrasch@bmwmc.com |

Fyi

Sent from my iPhone

Begin forwarded message:

**From:** "Niessner Franka, PM-30" <Franka.Niessner@bmw.de>
**Date:** December 3, 2021 at 5:33:31 AM EST
**To:** "Altmann Volker, PM" <Volker.Altmann@bmw.de>, "Adams Mark, CR-H" <Mark.Adams@rolls-roycemotorcars.com>, "Hacker Karl, TG-6" <Karl.Hacker@bmw.de>, "Fox Torsten, TL-6" <Torsten.Fox@bmw.de>, "Eberl Reinhard, TU-6" <Reinhard.Eberl@bmw.de>, "Petrasch Christine, TX-6" <Christine.Petrasch@bmwmc.com>, "Wottgen Dirk, ZM-6" <Dirk.Wottgen@bmw.de>, "Sponsel Anna, PM-20" <Anna.Sponsel@bmw.de>, "Vitolo Davide, EX-T-6" <Davide.Vitolo@bmw.de>, michelle.yuan@bmw-brilliance.cn, "Schneider Benjamin, PZ-S-3" <Benjamin.Schneider@bmw.de>, "Puente Victor, TK-M-6" <Victor.Puente@bmw.com.mx>, "Shankly Robert, TU-O-6" <Bob.Shankly@bmwgroup.com>, "Khukhama Nthato, PZ-AP-ZA-1" <Nthato.Khukhama@bmw.co.za>
**Cc:** "Bald Uwe, PM-3" <Uwe.Bald@bmw.de>, "Groenninger Marc, PM-31" <Marc.Groenninger@bmw.de>, "Kamm Sonja, PM-30" <Sonja.Kamm@bmw.de>
**Subject: personnel changes within the P-Network**

Dear colleagues,

Uwe sent me the below mentioned personnel changes in the network with the request to forward them to you.
See you later.

Best regards
Franka

**BMW Group**
Franka Niessner
Personalmanagement T-Zentralfunktionen, Personalnetzwerk T (PM-30)
Schleißheimer Strasse 426
80788 München

Mobil: +49-151-601-24774
Mail: Franka.Niessner@bmwgroup.com
Web: http://www.bmwgroup.com

---

Bayerische Motoren Werke Aktiengesellschaft
Vorstand/Board of Management: Oliver Zipse (Vorsitzender/Chairman),
Ilka Horstmeier, Milan Nedeljković, Pieter Nota,
Nicolas Peter, Frank Weber, Andreas Wendt.
Vorsitzender des Aufsichtsrats/Chairman of the Supervisory Board: Norbert Reithofer

Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 4**

Sitz und Registergericht/Domicile and Court of Registry: München HRB 42243

**Von:** Koepnick Claudia, PM-6
**Gesendet:** Donnerstag, 2. Dezember 2021 17:47
**An:** Horstmeier Ilka, P <Ilka.Horstmeier@bmw.de>; Reichenauer Rudolf, PA <Rudolf.Reichenauer@bmw.de>; Haft-Zboril Nicole, PI <Nicole.Haft-zboril@bmw.de>; Burghardt Barbara, PM <Barbara.Burghardt@bmw.de>; Kurek Nicole, PT <nicole.kurek@bmwgroup.com>; Batz Andreas, PZ <Andreas.Batz@bmw.de>
**Cc:** Burgmeier Eva, PM-62 <Eva.Burgmeier@bmw.de>
**Betreff:** Personalveränderungen im P-Netzwerk

Lieber P-Kreis,

folgende Personalveränderungen im P-Netzwerk sind zur Kommunikation freigegeben:

**Ahuja Vaisahli**, PZ-AP-JP, wird zum 01.01.2022 die Leitung der neu strukturierten Funktion „Region Asien-Pazifik, Afrika, Mittlerer Osten (exklusive China)", PZ-AP, übernehmen.

**Tatsuya Takamura** wird zum gleichen Zeitpunkt in das Unternehmen eintreten und ihr Nachfolger für die Leitung der Funktion „Personalwesen Japan", PZ-AP-JP.

**Charissa Olivia Hector**, PZ-AP-ZA, hat zum 31.10.2021 das Unternehmen verlassen.

**Julia Modise** wird zum 01.02.2022 in das Unternehmen eintreten als ihre Nachfolgerin für die Leitung der Funktion „Personalwesen Südafrika", PZ-AP-ZA.

**Eva Burgmeier**, PM-62, wird zum 01.02.2022 eine neue Funktion übernehmen.

**Astrid Eichert**, bei PZ-L, wird zum gleichen Zeitpunkt ihre Nachfolgerin für die Leitung der Funktion „Personalmanagement A-, P-Ressort, Stiftungen, BKK, M-B, G-B", PM-62.

Bitte informieren Sie Ihre Mitarbeiter sowie relevante Partner.

---

Dear P-circle,

please be informed about the personnel changes within the P-Network:

**Ahuja Vaisahli**, PZ-AP-JP, will assume responsibility for the newly structured function „Region Asia-Pacific, Africa, Middle-East (without China)", PZ-AP, effective January 1, 2022.

**Tatsuya Takamura** will join the company and will be her successor for the function „Human Resources Japan", PZ-AP-JP, effective January 1, 2022.

**Charissa Olivia Hector**, PZ-AP-ZA, has left the company on October 31, 2021.

**Julia Modise** will join the company and will assume responsibility for the function „Human Resources Plant South Africa", PZ-AP-ZA, effective February 1, 2022.

**Eva Burgmeier**, PM-62, will assume responsibility for a new function, effective February 1, 2022.

**Astrid Eichert**, within PZ-L, will be her successor for the function „HR Management A, P Division, Foundations, BKK, M-B, G-B", PM-62, effective February 1, 2022.

Kindly share this information with your relevant stakeholders.

Viele Grüße,
Best regards,

Claudia Köpnick

HR for YOU. Passion For People And Places.

**BMW Group**
Claudia Köpnick
Leitung Personalmanagement A-, F-, P Ressort, Personalnetzwerk A, F, SF, P (PM-6)

Tel: +49-89-382-36310
Mobil: +49 151-601-36310

Vertraulichkeitshinweis
Diese Nachricht und jeder übermittelte Anhang beinhaltet vertrauliche Informationen und ist nur für die Personen oder das Unternehmen bestimmt, an welche sie tatsächlich gerichtet ist. Sollten Sie nicht der Bestimmungsempfänger sein, weisen wir Sie darauf hin, dass die Verbreitung, das (auch teilweise) Kopieren sowie der Gebrauch der empfangenen E-Mail und der darin enthaltenen Informationen gesetzlich verboten ist und gegebenenfalls Schadensersatzpflichten auslösen kann. Sollten Sie diese Nachricht aufgrund eines Übermittlungsfehlers erhalten haben, bitten wir Sie, den Sender unverzüglich hiervon in Kenntnis zu setzen.

Confidentiality note
This message (including any attachments) contains confidential information intended for a specific individual or entity as the intended recipient. If you are not the intended recipient, you are hereby notified that any distribution, any copying of this message in part or in whole, or any taking of action based on it, is strictly prohibited by law and may cause liability. In case you have received this message due to an error in transmission, we ask you to notify the sender immediately.

# TX-6 ORG. STRUCTURE DEVELOPMENT STEP 2 – FOR APRIL 2021.




| TX-60 Kelly Dawsey (PG11)FE III<br>TX-600 Joe Ziska (PG-9) FE IV<br>TX-601 Lakeia Harris (PG-9) FE IV<br>EL Stephan Dombrowski (Expat) (PG9) FEIV<br>EL Ryan Childers (PG9) (Project until 12/21) | TX-61 Corey Epps (PG10) FE III<br>(PG11 planned for Oct. 21)<br>TX-610 Ricki McGrady (PG9) FE IV<br>TX-611 Tanaya Latigue (PG9) FE IV<br>TX-612 Jan Collins (PG9) FE IV | TX-62 Michelle Keith (PG9) FE IV<br>TX-620 Tina Thomas (PG8) FE IV<br>(PG09 planned for April 21) | TX-64 Scott Medley (PG11)<br>(TX-64 Function –combined with Provider Mgt. and "Issue free representation)<br>TX-640 Reed Thomanson (PG9) FE IV<br>EL Drew Walker (PG9)FE IV | TX-65 Paul Sinanian (PG9) FE IV<br>TX-650 Joy Tirado (PG7) FE IV<br>(PG08 planned for April 21) | TX-66 N.N. external Candidate (PG11)<br>(Project for 3 years – not graded) |
|---|---|---|---|---|---|
| Expat Stephan Dombrowski will return to Germany mid 2021<br>- no further expat planned!<br>- Local successor (Michael Davis PG-8) | 1) Corey Epps – first and only minority candidate within HR Firstline<br>- good market value – more offers on FE III<br>- very important to keep him in that HR position / Signal<br>2) Jan Collins (Pot candidate FE III) will move into technology on FE III position – replacement Kathy Keiser (PG-9) within HR | 1) Normal Promotion for Tina | 1) Possible position for Scott within the next 2-3 years could be TV-54 – Greer 3 as replacement of an Expat!<br>2) We need to have more attention to the Union topic.<br>3) If Paul (legal) would leave or retire – we will loose knowledge!!! | 1) Normal Promotion for Joy Tirado (local) with int. experience SLP<br>3) TX-650 box was already established in Phase 1 – Staffing now in Phase 2 after Joy returned | 1) Split Recruiting from TX64 to give more focus to Recruiting (first line function)<br>2) Diversity, Inclusion and equity added as new permanent role – to define standard here for US region (all entities) and also define blue print for other nat./int. plants<br>3) Opportunity to onboard external candidate and give him a visibility! Although with P! |



Dawsey v. BMW
EXHIBIT
PLAINTIFF 5

Dawsey v. BMW
EXHIBIT
PLAINTIFF 6

9/30/21

- Shey
Oct/Nov = Diversity

↳ Scott to Project for 2 years -
↳ Corey to TX-64
- move out w/i 1 year to Soge.

TX-60 & TX-61 Rcd FL III

↳ JT waiting to move Rec. & reclass to FL IV

"Only way to keep + fix & stabilize is you take over TX-61"
b/c Shey will take the Associate position & you can
balance & help + influence TX-60."

Eva Bergmeier

Shey will fall back where we were before.

Only way to get local TX-6 is have an intl. TX-60
to be a bridge to Germany. Already discussed
w/ T+P & Des Dope.

I: Was there any consideration to the people in the factory?
No, they don't care.

- Recruiting to TX-65

Doesn't know if Shey knows about this!

# T-VORHALT REQUEST

REFERENCE ONLY

ADDITIONAL DEMANDS INDIRECT EMPLOYEES 2022.

## TX PLANT SPARTANBURG.

Backup Slide per TX

**Additional demand: PRESS SHOP**

**Which specific topics can't be coverd by the LRP headcount target 2022?**

- Approval timing for the W10 Press Shop and G45/G6x Hang-On Parts has resulted in a compressed timeline. Due to the new required competencies for a Press Shop, that currently don't exist in W10, the headcount needs in 2022+ are critical to develop the necessary local skills for future success of the W10 Press Shop. Initial resources will be trained abroad.

**Why can the additional demand not be (fully) compensated within the division/plant?**

- The additional demand for the Press Shop and Hang-Ons cannot be further compensated within the plant due to the additional skillsets and competencies that do not exist in the plant. Shift models and volume in 2022 remain high and current W10 capacity is needed to ensure successful delivery of production volume in 2022.

**How high is the additional demand (compared to the LRP headcount target 2022, only employees, not temps)?**

- +68 Indirect Headcount Target in 2022 (will ramp-up to 130 Indirect by series production around 2024-2025).

Abfrage Mehrbedarfe 2022 I Indirekte Mitarbeiter I Juli 2021 Seite 6

Subject I Department I Date Page 12

Dawsev v. BMW
EXHIBIT
PLAINTIFF 7

# BMW Manufacturing Co., LLC
## Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70000966** | **Revision Date: 04/01/2019** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr HR Planning** | | |
| **Function Level: III** | | |
| **Department Code: TX-60** | | |
| **Department Name: HR Planning** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages and guides the Human Resources, Compensation & Organization, Benefits and Strategic Planning Associates toward the successful attainment of corporate strategic goals and objectives. Provides leadership in the deployment of Human Resource initiatives. Develops and implements Human Resources practices and programs consistent with, and in support of BMWMC's objectives, vision and mission.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Establishes and implements short-and long-range Human Resources strategies, objectives, guidelines, and standard operating procedures to help align the workforce with the strategic goals of the Company.
Monitors the administration of established standards and procedures to identify opportunities for improvement and resolves any discrepancies.
Builds credibility and effective working relationships with managers and associates; drives positive employee relations, including coaching of business partners.
Champions open communication throughout all departments of BMWMC.
Maintains current knowledge and understanding of regulations, industry trends, current practices, new developments, and applicable laws regarding Human Resources.
Plans, executes and indentifies key responsibilities and practices to ensure the Human Resources team promotes a successful attitude, leadership, confidence and teamwork to achieve business results.
Oversees and manages the performance of Compensation & Organization, Benefits and Strategic Planning Human Resources Associates. Encourages the ongoing development of the Human Resources staff.
Develops and monitors an annual budget to ensure a balance between control of costs and attracting and retaining Human Resource Associates.
Selects and supervises Human Resources consultants, attorneys, training specialists, and program coordinators in accordance with the use of insurance brokers, insurance carriers, pension administrators, and other outside sources.

**Printed Copies are uncontrolled**



EXHIBIT
Burgmeier
1-10-24
2
TLB



Dawsey v. BMW
EXHIBIT
PLAINTIFF 8

Leads company compliance with all existing governmental and labor legal and government reporting requirements. Maintains minimal company exposure to lawsuits.
Directs the preparation of information requested or required for compliance with laws. Approves all information submitted. Serves as the primary contact with the company law attorney and outside government agencies.
Designs, evaluates and modifies the policies to make sure that all the programs are competitive and in compliance with legal requirements.
Obtains cost effective, employee serving benefits; monitors national benefits environment for options and cost savings.
Supports the designs, evaluations and modifications of benefits policies to ensure that programs are current, competitive and in compliance with legal requirements. Recommends changes in benefits offered, especially new benefits aimed at employee satisfaction and retention.
Complies with all reporting requirements of all relevant government rules and regulations, including the Employee Retirement Income Security Act (ERISA).
Oversees the Compensation areas in regards to the company wage and salary structure, pay policies, and oversees the variable pay systems within the company including bonuses and raises.
Leads competitive market research to establish pay practices and pay bands that help to recruit and retain top talent staff. Oversees the program to prepare job descriptions and define job levels and families.
Contributes to the development of new compensation strategies through creative input combined with data analysis and a deep understanding of the company#s future challenges (bonus plans, market position, salary range design, and pay mix analysis).
Ensures that a culture of performance is rooted deep in the organization through the definition of guidelines related to performance assessment and their translation at the time of salary and bonus review.
Directs the preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies.
Supports the team in regard to the compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan.
Designs and implement guidelines that support the rapid growth and expansion of the organization.
Acts as a recognized subject matter expert, advising HR and business managers.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business, Psychology, Organizational Development or in a related field of study.
Masters degree (preferred).

**B) Experience**

10+ years of progressive leadership experience in Human Resources position or related professional experience including 5+ years of supervisory experience.
Active affiliation with appropriate Human Resources networks, organizations and ongoing community involvement (preferred).
Possess ongoing affiliations with leaders in successful companies and organizations that practice effective Human Resources Management.

**C) Training**

Specialized training in employment law, compensation, organizational planning, organization development, benefit program designs (preferred).
Per applicable BMWMC training guidelines.

**D) Licenses and/or Certifications**

Professional certification - PHR/SPHR level (preferred).

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years evidence of the practice of a high level of confidentiality.
5+ years managerial competence including developing and mentoring staff.
3+ years of knowledge of personal computers, including SAP and Microsoft Office applications.
3+ years of knowledge of various employment laws and practices.
3+ years of knowledge of the administration of benefits, compensation programs and other Human Resources programs.
3+ years of communication skills, written and verbal, to effectively address all levels within the organization.
3+ years of organizational skills.
3+ years of knowledge of International HR programs.
3+ years of knowledge of recruiting, compensation, and working structures.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg office 80%
Plant Spartanburg production areas and/or travel 20%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operate computers and telephone ("C").
Sits or stands for prolong periods of time ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in an open office environment ("C").
Wears personal protective equipment in required areas ("O").
Exposed to moving mechanical parts and vehicles ("O").

# BMW Manufacturing Co., LLC
## Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70000981** | **Revision Date: 04/01/2019** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr HR Mgmt, Assoc Rel, Recruiting** | | |
| **Function Level: III** | | |
| **Department Code: TX-61** | | |
| **Department Name: HR Management, Associate Relations, Rec.** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the Domestic and International Associate Relations Teams and Recruiting teams with the Contingent Workforce and related Suppliers, and Human Resources Department. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities to include domestic and international Associate Relations, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages budget related to Domestic and International Associate Relations and Recruiting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages the recruiting processes for BMWMC and contract Associates.
Manages Portfolio process for Plant Spartanburg.



Dawsey v. BMW
EXHIBIT
PLAINTIFF 9

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 33 of 452



Manages target settings and realization for Domestic and International Associate Relations and Recruiting.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business Administration or related area.

**B) Experience**

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

**C) Training**

As applicable, per BMWMC training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg 90%
Off-site 10%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operates computers ("F").

Walking ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").



CONFIDENTIAL

BMW MC 000318

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 34 of 452




Dawsey v. BMW
EXHIBIT
PLAINTIFF 10

**BMW Group Wide HR Philosophy:**
Corporate success is driven by its Associates. It is Associates who will be the deciding success factor driving future competitiveness.

**BMW MC Plant Vision:**
To be the best customer driven plant.

To support this vision and HR philosophy, focus must be on the associates who will drive corporate success and help BMW to remain competitive.

These are just a few of the rewards that you will enjoy from the new Exempt Grading, Salary, Bonus and Benefits Structure being introduced at BMW MC. Through the new structure, your performance will be supported, strengthened and rewarded with the introduction of function levels, a determination based on associate function, and personal grades, a determination based on individual performance.



**Dear Associate,**

As Professor Milberg stated in a speech here at Plant Spartanburg, "we are in the midst of a very interesting time." While we strive to maintain our edge, the market place for our product continues to change, our competition continues to change, and for us to remain competitive, we have been changing as well. Compared with only a few years ago, we have grown in size, we have changed our culture to place more emphasis on individuality, we have matured, and we can proudly say that we have become a significant player in the BMW plant network. BMW is successful not just because it is committed to technical excellence, but also because it recognizes that people are one of the most important ingredients for business success.

Now, to meet the requests of our associates, the challenges ahead, and to more closely align with corporate systems, we are changing our exempt structure to be centered around the individual, to provide more growth opportunities, and to provide enhanced rewards for performance. **BMW's Personnel Strategy** provides a foundation for the structure we are adopting to enable everyone to make his or her contribution to the success of the business.

At the heart of BMW's approach to running the business is the goal of **becoming more efficient**. Efficiency can be increased in two ways—**improving performance and reducing costs**. Both sides of the equation are important, but BMW's long-term approach is to focus on improving performance, not just reducing costs.

The strategy is based on the assumption that people can only contribute to the success of the business if they:

- have the ability to perform
- have the willingness to perform
- have the opportunity to perform

To ensure that associates are able, willing, and have the opportunity to perform, our focus will be on:

- securing **associate potential** in the long term through human resource planning and development
- building **leadership and cooperation** through team and process oriented ways of working together
- deploying **personnel systems and structures** that enable and motivate associates to perform at their best

You have witnessed many changes over the last couple of years to personnel systems and structures, which support this strategy. For example, the bonus program is now linked to achievement of performance targets, and exempt associates now have an individual performance bonus element. Both changes were made to create personnel systems which motivate people to perform at their best. The goal of the new exempt structure is to provide rewards and recognition for associates who perform at high levels and take the initiative to learn, grow, and develop.

In the pages that follow, the new exempt structure will be revealed. I encourage you to read on to learn about this exciting change.

Sincerely,

Kathleen Wall

Kathleen Wall
VP Human Resources

## Why a New Structure?

Because it is your performance that drives our future competitiveness, we will continue to move toward a performance and reward system. With the new structure, there is not only a close link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job and receiving added benefits. This system increases our flexibility for rewarding associates and allows you increased career advancement opportunities.

## Foundations of the New BMW Exempt Structure

To promote personal initiative, achievement of targets, and personal performance, the new structure provides for separation of the grading of the job (Function Level) and the grading of the individual (Personal Grade). Also, the new structure defines two career paths: Supervisory/Management and Technical/Professional; each career path has job titles which are determined by function level and by which career path you have chosen.

## What is Function Level?

Within the new structure, a Function Level (FL) has been and will continue to be determined for each position. The function level of the position is based upon an evaluation of responsibility and accountability of the position and its overall role within BMW MC. BMW MC has placed its existing positions within seven function levels by benchmarking our positions with BMW AG, conducting interviews with associates and their supervisors, conducting job evaluations, and comparing functions within our plant. Each function level is identified by a roman numeral—I through VII and by a corresponding job title.

| | |
|---|---|
| **FL I** | Executive level responsibility for the plant. |
| **FL II** | Executive level responsibility for multiple departments and/or functional areas. |
| **FL III** | Management level responsibility for multiple functional areas and/or leads a single functional area with full operational responsibility. Typically manages multiple direct reports who have managerial responsibility. |
| **FL IV** | Manages one or several functional areas or works highly independently on very specialized tasks. |
| **FL V** | Performs work of a highly complex nature with limited supervision. Work typically requires advanced technical and/or specialized knowledge and skills. May supervise or coordinate activities of exempt associates. |
| **FL VI** | Performs work of an operational nature under general supervision. Work typically requires technical and/or specialized knowledge and skills. May supervise non-exempt associates. |
| **FL VII** | Performs work of a standardized nature under direct supervision. Generally follows established procedures. |

## What Do My Career Path Options Look Like?

| Function Level | *Supervisory/Management Career Path Titles | **Technical/Professional Career Path Titles |
|---|---|---|
| **FL I** | President | N/A |
| **FL II** | Vice President / General Manager | N/A |
| **FL III** | Department Manager | Advisor |
| **FL IV** | Section Manager | Lead Specialist |
| **FL V** | Assistant Manager | Senior Specialist |
| **FL VI** | Section Leader | Specialist |
| **FL VII** | N/A | Associate Specialist |

* You will be in the supervisory/management career path if you supervise associates or if you manage a function.
** The term "specialist" may be substituted with other terms meaningful to the department, i.e. Engineer, Analyst, Buyer, etc.

## What Will My Title Be?

As shown in the information above, job titles will be a generic classification based on function level and career path. Based on the area in which you work, you will also have a position title indicating the more specific description of the duties you perform.

For example, a function level IV within the Supervisory/Management Career Path in the Assembly X5 manufacturing area would be, Section Manager Assembly X5. A function level V within the Technical/Professional Career Path in the Analysis Center would be, Senior Engineer Analysis Center or Senior Engineering Specialist Analysis Center.

In the future, the position title will be the information that is used on business cards.

## How Do I Choose a Career Path?

As you determine your career path, remember that there are different skills and competencies that are required for each function level. Your professional goal may be to stay with one path or to cross over into a different career path; regardless of your decision, you must continue to develop your skills and build on them to prepare yourself for future opportunities. Below are the established guidelines for the education and experience level typically required for each function level. Specific requirements for each job may be higher or lower depending on the job.

**Supervisory/Management Career Path**

| Function Level | Job Title | Typical Education/Experience | **Time in Function Level for In-Line Promotion |
|---|---|---|---|
| II | General Manager | Senior Management Approval at this level | Senior Management Approval at this level |
| III | Department Manager | Senior Management Approval at this level | Senior Management Approval at this level |
| IV | Section Manager | BA/BS Degree or *equivalent or assessment center recommendation + 6 years of related experience including 4 years of supervisory/project leadership experience | Minimum 2-4 years |
| V | Assistant Manager | BA/BS Degree or *equivalent or assessment center recommendation + 4 years of related experience including 2 years of supervisory/project leadership experience | Minimum 2-4 years |
| VI | Section Leader | AS Degree or *equivalent or assessment center recommendation + 1 year of related experience including supervisory/project or team leadership experience | Minimum 2-4 years |
| VII | N/A | N/A | N/A |

**Technical/Professional Career Path**

| Function Level | Job Title | Typical Education/Experience | **Time in Function Level for In-Line Promotion |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| III | Advisor | Senior Management Approval at this level | Senior Management Approval at this level |
| IV | Lead Specialist | BA/BS Degree or *equivalent + 6 years of related experience including 4 years of project leadership experience | Minimum 2-4 years |
| V | Senior Specialist | BA/BS Degree or *equivalent + 4 years of related experience | Minimum 2-4 years |
| VI | Specialist | AS Degree or *equivalent + 1 year of related experience | Minimum 2-4 years |
| VII | Associate Specialist | AS Degree or * equivalent | 1 year |

* 1 year of related experience per one year of education for equivalency calculation
** Activity outside of the established guideline requires Organization Review Committee (ORC) approval

## What is Personal Grade?

Within the new structure, a personal grade has been and will continue to be determined for each exempt associate. The personal grade of the associate is based upon the associate's performance within their position, the performance being assessed using the Portfolio process. For example: an associate who exceeds the requirements of the position and has shown sustained high performance may be at a higher personal grade than an associate who doesn't fully meet the requirements of the same position or is new to the position. Each associate has been assigned a personal grade based on their history of portfolio/performance assessment scores and their function level. Each personal grade is identified by a number—2 through 15.

It is the personal grade that determines salary, bonus and benefits; therefore, it is your performance that determines your reward. For salary calculation purposes, a market value will be determined based on function level and movement toward or above the market value will be determined by your personal grade.

In the future, it will be determined through the Portfolio process if and when your Personal Grade (PG) should change.

## What Does the New Structure Look Like?

| Supervisory/Management Career Path | Technical/Professional Career Path | Function Level | *Personal Grade |
|---|---|---|---|
| President | N/A | I | 15 |
| | | | 14 |
| VP / General Manager | N/A | II | 13 |
| | | | 12 |
| Department Manager | Advisor | III | 11 |
| | | | 10 |
| Section Manager | Lead Specialist | IV | 9 |
| | | | 8 |
| Assistant Manager | Senior Specialist | V | 7 |
| | | | 6 |
| Section Leader | Specialist | VI | 5 |
| | | | 4 |
| N/A | Associate Specialist | VII | 3 |
| | | | 2 |

* Lower entry level personal grades may be assigned when associates are new to their position.

**What does the new structure look like in comparison to the previous structure?**




In this comparison, you can see that the new structure allows for increased promotional opportunities as well as the option to broaden your knowledge base through movement within function levels.

The new structure will allow BMW MC to focus more on the individual performance level of associates not only through promotions in jobs and between jobs but also by recognizing those performing at higher levels and taking on added responsibilities within their existing function.

## How will these changes affect me?

**Promotions:** Promotions will be obtained through changes in function level as well as changes in personal grade. Beginning this year, your performance will be assessed in comparison with others in the same personal grade and function level. Sustained excellent performance over several years may then lead to a promotion to a higher personal grade following the process below:

- Your manager proposes the promotion during the portfolio round and your performance score supports a promotion.
- The portfolio round members and Human Resources agree to the promotion proposal.
- Relevant customers verify the portfolio round recommendation.
- The Organization Review Committee approves the proposal at the time of the promotion.

Changes in function level may occur following the process below:

- The job function changes as responsibilities increase and are documented on a revised Job Function Data Sheet.
- The manager of the function requests that the job be evaluated.
- Human Resources conducts an evaluation of the job and verifies the appropriate function level.
- You meet the requirements for the new function level as outlined.
- The Organization Review Committee approves the proposal at the time of the function level change.

**Salary Structure**: With the introduction of the new structure, new salary guidelines will be introduced. There will not be any formal salary bands corresponding to job title; instead the salary structure will be based on the competitive market values of the positions allowing the high performers and higher personal grades to obtain pay at a level above the competitive market value of the position. Salary changes could occur with an increase in personal grade or with changes in your function level depending upon where you are against market value for the position.

**Benefits**: Benefits will be linked to your personal grade not your function level. The following summarizes the benefit levels based on personal grade.

| Personal Grade | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime Eligibility | | | | | | | * | * | * | * | * |
| Vehicles | **540 +Lease** | **540 +Lease** | **525 +Lease** | **330** | 325 | 325 | Lease | Lease | Lease | Lease | Lease |
| Life Insurance | **3x Annual Salary** | **3x Annual Salary** | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary |
| Plant Bonus | Plant Bonus element remains 1/2 of the non-exempt bonus percentage result. | | | | | | | | | | |
| Individual Bonus | **Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on your performance level assessed in the portfolio round.** | | | | | | | | | | |

Changes from previous structure are indicated in bold.
* If applicable.

## When will these changes be effective?

**Promotions and Salary Changes:** Promotions and changes in salary as a result of the implementation of this new structure will be effective on August 27, 2001. The salary changes will be reflective in your paycheck on September 7, 2001. Changes as a result of the implementation of the new structure will not affect your ability to move through the Job Opportunity System.

The majority of associates will not receive monetary increases as a result of the implementation of the new structure. The new structure is designed to allow for future increases in salary based on individual performance.

**Title Changes:** The new title structure will be effective on August 27, 2001. On this date, all titles will be changed in SAP Human Resources to reflect the titles presented in this brochure.

**Benefit Changes:** All benefit changes will be effective on August 27, 2001.

If your personal grade assignment in the new structure is lower than the benefit level that you have today, you will continue to receive the same benefit level that you are currently receiving. If based on your new personal grade, your benefit level is higher than the benefit level that you have today, you will receive the higher benefit effective August 27, 2001. If you have a pending vehicle order, you will be able to change your order to the higher benefit level providing your order has not been filled or locked out in the Vehicle Ordering System. If you have been assigned a vehicle, you can change your vehicle with your next order.

**Bonus Change:** Effective date of the bonus change is January 1, 2001, to be paid in February 2002.

**Portfolio Round Change:** In the Portfolio Round discussions to be held in October 2001, your performance will be assessed compared to other associates with the same personal grade and function level.

**Signature Authority:** Signature Authority will be tied to function level. It will be delegated by the Vice President, as needed, using the following guidelines:

| | |
|---|---|
| Function Level V | $5,000 |
| Function Level IV | $5,000 or $50,000 (depending on the necessity of the function) |
| Function Level III | $50,000 |

## Conclusion

One of the core points of our new exempt structure is "performance and reward." The new structure enables BMW MC to strengthen that link to ensure that performance and reward will be closely aligned. Now there is not only a closer link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job function or by being promoted to a different job function. To quote again Professor Milberg, "we see our associates not as a cost factor, but rather as a factor crucial to success. It is our task as a successful enterprise to provide the necessary foundation for this philosophy." These exciting changes to our structure bring BMW MC one step closer to this philosophy.






BMW
Manufacturing Corp.
Human Resources

August 2001

The Ultimate
Driving Machine

Dawsev v. BMW
EXHIBIT
PLAINTIFF 12

# EXEMPT ORGANIZATION STRUCTURE.

## BMW MANUFACTURING CO.



BMW GROUP
Plant Spartanburg

BMW MC 001711

# TABLE OF CONTENTS


Human Resources Vision & Mission — 3

Organization Principles & Overview — 3

Organizational Structure — 4

Expert Career Path — 5

Job Title Overview — 6

Exempt Bonus — 6

Total Rewards — 8





BMW MC 001712

# Plant Spartanburg.

## Vision & Mission.

### Vision.

With pride and passion we produce cars exceeding customer expectations worldwide. We are shaping the future of our plant and the community.

### Mission.

We see our Associates as the most valuable asset in the company. We manufacture premium quality in all aspects of our business for customers. We improve our competitiveness every day, continuously enhancing processes. We are the center of competence for “X” models worldwide. We drive manufacturing to excellence.

## Human Resources Vision & Mission.

### Vision.

Human Resources serves as a Business Partner for BMW Manufacturing in being an employer of choice by attracting, sustaining, and inspiring individuals to have the highest degree of performance, passion, pride and purpose.

### Mission.

Human Resources advances flexibility in talent, leadership, solutions and services through excellence, innovation, and engagement to support our Associates and BMW Manufacturing.

The Organizational Principles of the BMW Group assist in the attainment of the Vision and Mission.

## The Organizational Principles of BMW Group.

The Organizational Principles support the Human Resource Vision and Mission of Plant Spartanburg. Structures are designed to ensure the sustained performance and agility of BMW. Focus is placed on organizational effectiveness of overall corporate priorities, creating effective and lean structures.

## Organizational Overview.

The organization structure and reporting lines are illustrated through Organizational Charts. Changes to the organization are published monthly on the BMW Group Contacts Page under ‘Organisation’.

The web location is: http://orgchart.bmwgroup.net/main/.

# BMW Manufacturing.
## Organizational Structure.

**The Organizational Structure** at Plant Spartanburg is made up of **Organizational Reporting Levels**, **Function Levels** and **Personal Grades**.

**Organizational Reporting Levels** result from the Organizational Structure and clarify reporting lines and the hierarchy within the company, regardless of the level of the function. The possibility of evaluating organizations of a specific reporting level differently than the function level is utilized for the efficient development of broader spans of control, more flexible organization methods and effective development of managers.

| Organizational Reporting Levels |
|---|
| TX |
| TX-x |
| TX-xx |
| TX-xxx |
| Also includes Central Organizations: FG, PA, PZ, MN, etc. |

**Function Levels (FL)** define the value of the job and are designated based on competencies, accountabilities and requirements, as outlined in the job description (Job Function Data Sheet /JFDS). Consistent with BMW Group, each function is identified by a Roman numeral, I – IV. The Professional Band within Plant Spartanburg completes the exempt Organizational Structure.

| Function Levels |
|---|
| I |
| II |
| III |
| IV |
| Professional |

**Personal Grades (PG)** are assigned to the Associate and are based upon experience and long term performance. Performance is assessed in comparison with others in the same FL and PG using the Portfolio process. Personal Grades serve as a basis for determining certain benefit levels as well as for bonus calculations (when applicable).

| Personal Grades |
|---|
| 11 |
| 10 |
| 9 |
| 8 |
| 7 |
| 6 |
| 5 |
| 4 |

# BMW Manufacturing.

## Expert Career Path.

The **Expert Career Path** at Plant Spartanburg consists of dual career paths, **Leadership Level Path** and **Expert Level Path.**

**Leadership Level Path (LL)** defines all positions that have disciplinary responsibilities.

**Expert Level Path (EL)** defines all positions without disciplinary responsibility and is an equally valuable alternative to the Leadership Level path.

The Expert classifications are determined depending on the Expert role. These are:

- **Project Experts**
- **Corporate Experts**
- **Subject-Matter Experts**

For bonus purposes, the PG structure is aligned with the function level results based on the Leadership and Expert structures.



# Job Title Overview.

**The below charts provide titles and brief descriptions of the Organizational Structure. Application of the structure is flexible as needed.**

## Function Level

| | | |
|---|---|---|
| LL I | President | Executive Level responsibility for the plant. |
| LL II | Vice President | Executive Level responsibility for multiple department and/or functional areas. |
| LL III | Dept. Manager | Management Level responsibility for multiple functional areas and/or leads a single functional area with full operational control. Typically manages multiple managerial direct reports. |
| LL/EL IV | Manager | Manages one or several fuctional areas (LL only) or works highly independently on specialized tasks. |

## Professional Band

| | |
|---|---|
| Section Leader (LL) | First line supervisor of Production and Equipment Services Associates. |
| Supervisor (LL) | First line supervisor of salaried non-exempt Associates with disciplinary leadership. |
| Operational Lead (EL) | Provides daily operational direction for processes, tasks and priorities. No disciplinary leadership. |
| Specialist (EL) | In-depth knowledge of discipline and 5+ years of experience. |
| Analyst (EL) | Working knowledge of discipline and 2+ years of experience. |
| Entry (EL) | Conceptual knowledge of theories and practices with < 1 year of experience. |

# Benefits Based on Personal Grade.

| Personal Grades | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 |
|---|---|---|---|---|---|---|---|---|
| Vehicles | Job Assigned Vehicle | | | | Leased Vehicle | | | |
| | In accordance with BMW Vehicle Administration Policy. | | | | | | | |
| Life Insurance | 2x Annual Salary | | | | | | | |
| Plant Bonus | Plant Bonus component is 1/2 of the non-exempt bonus percentage. | | | | | | | |
| Individual Bonus | Individual Bonus target percentages increase with personal grade. Individual Bonus payments are not guaranteed and are based on performance level assessed in the portfolio round. | | | | | | | |
| Individual Bonus Multiplier | 3.25 | 2.85 | 2.40 | 2.00 | 1.80 | 1.60 | 1.45 | 1.30 |

## Exempt Associate Bonus Defined
(when applicable).

The Exempt Associate Bonus is divided into two components.

1. Plant Bonus: ½ of the Non-Exempt Plant Bonus %.
2. Individual Bonus: ½ of the Non-Exempt Plant Bonus % x Personal Grade Individual Bonus Multiplier.

## Exempt Associate Bonus Target Calculation Example.

Assuming a Non-Exempt Plant Bonus of 10% and a Personal Grade of 6.

- Plant Bonus = ½ of 10% = 5%.
- Individual Bonus Target Calculation = ½ of 10% x 1.60* = 8%.
- Total Bonus Target = 5% + 8% = 13%**.
- The target percentage is multiplied by actual pensionable earnings for the previous year to derive the bonus target of the Individual Component.

* Individual Bonus Multiplier for Personal Grade 6 = 1.60.
**The actual Bonus percentage paid could be higher or lower than the target, based on Associate personal performance.

# BMW Manufacturing.
## Total Rewards Components.




**COMPENSATION + BENEFITS = TOTAL REWARDS**

### Compensation
- Base Pay
- Bonus
- Paid Vacation

### Health
- Medical
- Dental/Vision
- Associate Family Health Center

### Voluntary Benefits
- Pet Insurance
- Student Loan Repayment
- Critical Illness Insurance

### Retirement
- 401(k)
- Retirement Income Account
- Post Retiree Medical

# BMW Manufacturing.
## Total Reward Guiding Principle.

| | |
|---|---|
| FLEXIBLE: | to meet Associates' personal and diverse needs. |
| COMPETITIVE: | to set BMW apart from other employers in talent attraction & retention. |
| FINANCIALLY SUSTAINABLE: | to support the company's future performance. |
| SHARED RESPONSIBILITY: | between BMW and Associates. |

# Questions.

For questions regarding Compensation, Organizational or other Human Resource topics, please contact HR Services.

Phone: 1-855-442-7547
Intranet: Intranet/Associate Services/my eServices Internet:
**https://myeservices.mybmwmc.com**




BMW MC 001720


BMW MC 001721

**BMW**
1400 Highway 101 S
Greer, SC 29651
(864) 802-6000

September 2021

BMW MC 001722

# Portfolio 2020 (Global) for Kelly Dawsey

## Associate Information

| | | | |
|---|---|---|---|
| First Name | Kelly | Last Name | Dawsey |
| q-Number | qt19034 | Appraiser | Christine Petrasch |
| Personal Grade (local) | USA/A1/00/III-11 (USA/A1/00/III-11) | Functional Level (local) | US_III (US_III) |
| Short Code | TX-60 (21044401) | Location | Plant Spartanburg (US08US01) |
| Position Title | Dept Mgr HR Planning | | |

# FINAL PORTFOLIO RESULT

## Portfolio Pre-Dialogue

| | |
|---|---|
| Pre-Dialogue conducted | Yes |
| Date | 01/12/2021 |

## Process Partners

| | |
|---|---|
| Interviewed Process Partners (name, first name and department code) | Chad Johnson, TX-24 - Lead Departmentmanager Forum and Processpartner Technology<br>Sigfried Waigand, TV-1C - former TX-10 - Processpartner for SPP and also Planning and Steering Plant 10 |

## Change of Appraiser

Reason in case of deviation of the Appraiser from the Line Manager

## Overall Appraisal

**Target Achievement / Performance Results** 4 Exceeds Requirements

**(Leadership) Behaviour** 4 Exceeds Requirements

## Target Achievement / Performance Results

2020 proved to be a VUCA year (volatile, uncertain, complex and ambiguous) for business in general but also for Kelly and her HR Planning & Steering team. In addition to managing all defined targets, we all had to manage unplanned topics resulting in expansive impacts for BMW MC.

EXHIBIT (TLB) Petrasch 20

Dawsey v. BMW
EXHIBIT
PLAINTIFF 14

Normal operating business results from 2020 were all achieved and green! All highlights mentioned below were achieved while working at home during the production interruption and operating a business continuity model for the remainder of 2020.

- Pay for Performance for Maintenance discipline implemented

- Fostered further advancement of the development of HR at Suppliers as a new function within TX-60/ Facilitated workshop session (HR at Suppliers) in the P Leadership Conference.

- Labor Costs continued focus for business / Associate balance results in 24% reduction in fringe since 2013 & Direct Labor Costs for Plant 10 well below the German locations.

- Managed the SWPC (Strategic Workforce Planning Circle) with successful results in replacing international assignments with local development and also adjustment of Management Capacity.

Appraiser's Comment

- COVID Crisis Management: Kelly showed personal responsibility/accountability for business results in steering the successful Workforce Ramp Down/Ramp Up cross-functionally (all technologies/MAU) within Plant Spartanburg. "Kelly was truly the leader for that"!

- Successful management of the unprecedented Furlough (Associate notification letters, Benefits payroll deduction arrears management, Workforce adjustments across technologies).

- Management of the postponement of the 2020 compensation actions (salary & wage).

Instrumental in the financial contribution of $73.6M (Furlough/Employee Retention Credit/Compensation Postponement actions).

- Managed 2020 unplanned Voluntary Separation Program in support of the Workforce Regeneration/Financial Targets. Change management at the AFHC to support pandemic population health needs.

Kelly is the TX-6 DM Forum Coreteam member with high energy level and personal commitment for the DM Forum. She proactively supports the DM Forum Enabler Projects. She is very inspiring, the person to go and excellent sparring partner for her peers and colleagues.

## (Leadership) Behaviour

### LEADING BUSINESS & TRANSFORMATION

You plan your actions, define challenging objectives and take courageous decisions. You manage in a solution-oriented way, you evaluate results and processes and make adjustments where necessary.

You actively deal with challenges in a VUCA environment (volatility – uncertainty – complexity – ambiguity) and develop a clear vision for your area of responsibility. You seek different perspectives, create space for creative freedom and pursue unconventional paths in order to find solutions and to enable innovation.

Show criteria and behavioural anchors.

**Appraisal**

3 Fully meets requirements

**Comments**

In 2020 Kelly was the key person in planning and steering the plant 10 through the COVID 19 Situation. She steered the whole process and our workforce in the best interest for the associate and also BMW MC through the pandemic year 2020. Well balanced! With fast and smart decisions and an extraordinary clear and precise communication style.

Kelly actively displayed that she was able to deal with the challenges of a VUCA environment. She developed a clear vision how to steer our workforce trough this situation - with cross-functional buy-in and in support of the plant targets!

She decided and implemented FAST solutions to achieve the necessary business results. Her excellent leadership capability allowed her to lead others to find successful planning & operational processes to support BMW. She was able to adapt quickly to the changing environment and implement change management actions that led to successful business results.

Kelly's foundation and success factor is her deep and broad knowledge about all HR business processes on one hand side and also her always clear and data based communication as well as her excellent network within the plant and also network.

Again in 2020 – Kelly showed once more that she is getting things done very successfully! Outstanding Year for Kelly! Perfect time management! No surprises!

Additionally Kelly is a key leader withing TX-6 – she is steering and driving the whole HR team in all TX-6 internal KPIs (very successful).

### LEADING PEOPLE & COLLABORATION

You inspire people towards common goals and create results with strong teams. You win over, mobilise and support others on the basis of the Core Values and Principles of Action when actively shaping change.

You shape your diverse working relationships on the basis of the Core Values and Principles of Action while taking into account different perspectives.

You communicate effectively and provide feedback constructively.

The criteria LEADING YOUR TEAM only applies for disciplinary or comparable ("vertical") leadership roles.

Show criteria and behavioural anchors.

**Appraisal**

4 Exceeds requirements

### Comments

Kelly knows her HR business very well. She is THE key player within HR for strategy, development of new concepts and HR steering.

Also, in an special year like 2020 - Kelly took the challenge proactively and personally continued to motivate and develop the TX-60 team every single day to go above and beyond – to achieve excellent results and steer the plant on a daily base.

Kelly leads by integration, empowerment and trust and forces her team members to take ownership - she gives clear orientation and creates an open minded, inspirational work atmosphere.

She actively showed her dedication and willingness to find good solutions in all Plant and cross-functional meetings like Daily headcount SPP steering, General DM Form and DM Forum Core Group, TX-6 peer group.

Kelly is well respected within the team, peers, management and also local and central colleagues.

Kelly is my role model for US Leadership! Excellent communication and information sharing! No surprises! Her goal as a leader is to lead by example and ensure focus on business, Associate and personal development – and I and all process partners I interviewed only can confirm that! …day by day…

## LEADING YOURSELF & PERSONAL GROWTH

You are self-aware and live the Core Values and Principles of Action. You take care of your long-term performance.

You use change as an opportunity to develop yourself personally and professionally. You embrace life-long learning and personal growth by learning from your successes and mistakes.

Show criteria and behavioural anchors.

### Appraisal

4 Exceeds requirements

### Comments

Kelly is highly self-motivated and committed to the company. She is passionate, open, honest and reliable and always motivated to find the best solution for company and people.

She has a good standing and a fighting spirt to achieve best results. Fearless!!

Kelly is a role model for seeking learning and growing opportunities. She is well connected within the community: Recognition in 2020 was given to her through the "Women of BMW" program - where She continues to serve on the HR board for the South Carolina Manufactures Alliance. Excellent ambassador for BMW MC and BMW Group!

She always goes the extra mile for strong HR support in number of initiatives (Department Manager Forum, SPP member for TX-6.)

It is a pleasure for me to work with Kelly together – excellent team spirit, sparring partner for me as TX-6 and also for all SMM!

## Change of Job

☐ Change of Job within next 12 months

☐ Change Job to a lower Target Level (EL/LL)

Recommended date

## International Candidate

Please review the Associate's geographical preferences here.

☐ International Candidate within next 12 months

Recommended date

## Candidate with Potential

Please refer to the corresponding documents (nomination for Validation of Potential) as prerequisite for the nomination of the Associate.

**Please review the Associate's History of Potential here**

☐ Proposal for Nomination of Potential for the next higher level

☐ For Associates on EL III and EL II only: Proposal for Nomination of Potential for a LL function on the same level

Target Level new Nomination — No Selection

☐ Continuation of the existing potential

## Portfolio Feedback Dialogue

Feedback Dialogue conducted

Date

If not, specify why

## Personnel Development

The following development options are recommended — Kelly took ILead - Leadership program Plant 10

This document was issued electronically and is therefore valid without signature (note: local requirements may establish the need for signatures, please be informed by your local HR management). The document can be viewed on your myTMS Performance Inbox for one year and will be stored in the personnel file.

____________________ ____________________

Signature Appraiser Signature Associate

Rolls-Royce
Motor Cars Limited

# Portfolio 2019 (Global) for Kelly Dawsey

## Associate Information

| | | | |
|---|---|---|---|
| First Name | Kelly | Last Name | Dawsey |
| q-Number | qt19034 | Appraiser | Christine Petrasch |
| Personal Grade (local) | USA/A1/00/FL-III-11 (USA/A1/00/FL-III-11) | Functional Level (local) | US_III (US_III) |
| Short Code | TX-60 (21044401) | Location | Plant Spartanburg (TS01TS01) |
| Position Title | Dept Mgr HR Planning | | |

## FINAL PORTFOLIO RESULT

## Portfolio Pre-Dialogue

| | |
|---|---|
| Pre-Dialogue conducted | Yes |
| Date | 12/06/2019 |

## Process Partners

| | |
|---|---|
| Interviewed Process Partners (name, first name and department code) | Gene Ko, TX-71<br>Lee Ann Hodge, MN-1 |

## Change of Appraiser

Reason in case of deviation of the Appraiser from the Line Manager

## Overall Appraisal

**Target Achievement / Performance Results** 4 Exceeds Requirements

**(Leadership) Behaviour** 3 Fully Meets Requirements

## Target Achievement / Performance Results

EXHIBIT TCB
Petrasch
21

Dawsey v. BMW
EXHIBIT
PLAINTIFF 15

| | |
|---|---|
| Appraiser's Comment | 2019 was for Kelly as Head of HR Planning and Steering and her team a very challenging year.<br><br>All defined target on track / green. Additionally the group had to face also unplanned topics with huge impact.<br><br>Highlights in 2019 beside normal business as planned targets<br>- Benefits Administrator System Implementation incl. (40% less admin tasks for the team savings $1.5M over 5 years)<br>- Total Rewards Portal Launch – Real-time portal replacing annual paper version for All BMW MC Associates.<br>- Benefits 2020 (Benefits of the Future)- Total revamp & implementation of All new Benefits including e.g. Backup<br>Elder/Childcare, Personal Support Services, Financial Counseling, Student Loan Repayment, Good reception by the<br>BMW MC population with strong enrollment figures.<br>- Strategic Workforce Planning Initiative – Development of SWP framework completed at end of Q1; Full implementation<br>of Pilot projects including G09 evaluation. Structural development and sustainable process in plan for 2020.<br>- Pay for Performance Project – Integration with TX-61 ESA performance review changes. Future structure of bonus<br>payments finalized. Benchmarking activities in progress for future ESA levels (Phase 3).<br>- Management Capacity Project – Development and submittal of system data and plan on quarterly basis. Preparation<br>and alignment with TX-x for VP-level TLAs and business plans. Support for B-shift and hidden structures alignment<br>including PZ-P-3 and FO-2 visit coordination.<br>- Expert Career Path Implementation – Job architecture mapping completed. Preparation of future strategy in progress<br>for 2020 implementation.<br><br>Additional Targets with Successful Results:<br>- Pension Freeze Project – Green status with majority of the work completed. Remaining tasks include the lump sum<br>pay-outs in December 2019, and the termination of the existing pension plan. This project was delivered with<br>outstanding results and minimal disruption in the plant.<br>- Application of SWP pilot process to G09 / G07 LCI Target Agreements.<br>- Management, communication support and implementation of the MN Reorganization.<br>- Major organizational changes completed and/or grading - Support provided for MN, FG-AM, PA-4, PZ-AM, C4, TX-4, TX-5, and TX-6. Minor changes completed for TX-1, TX-2, and TX-3.<br>- Greer 3 HR Implementation – Greer 3 launch project to green status with all major personnel topics realized for implementation.<br>- Section Leader Assessment Project – Supported data analysis, structural recommendations, and new SL JFDS creation. |

## (Leadership) Behaviour

### LEADING BUSINESS & TRANSFORMATION

You plan your actions, define challenging objectives and take courageous decisions. You manage in a solution-oriented way, you evaluate results and processes and make adjustments where necessary.

You actively deal with challenges in a VUCA environment (volatility – uncertainty – complexity – ambiguity) and develop a clear vision for your area of responsibility. You seek different perspectives, create space for creative freedom and pursue unconventional paths in order to find solutions and to enable innovation.

Show criteria and behavioural anchors.

**Appraisal**

3 Fully meets requirements

**Comments**

Kelly has deep and broad knowledge about all HR business processes. 2019 was a tough year with all planned and additional targets. Kelly accepted the challenges and developed a clear vision, defined the objectives and lead the team providing opportunities for new ideas and innovations.
She has a very high implementation focus to get things sucessfully done and to support and steer the necessary HR transformation.
Kelly makes clear and fast decisions, expresses her opinion and gives clear directions to her Team and Peers and Management.
She acts smart in solving conflicts of interest through dialogue and compromise.
She always comes well prepared with solutions also in critical situations. Perfect time management! No surprises! Kelly is steering and driving the whole HR team in all TX-6 internal KPIs (very successful).
2019 was a year of strategic and conceptional HR work as foundation for the next 5 – 10 years for the plant! ("Weichenstellung" / Transformation).
Kelly is fighting for the best results for the company - in the best sense for the business. (e.g. indirect Headcount)!

## LEADING PEOPLE & COLLABORATION

You inspire people towards common goals and create results with strong teams. You win over, mobilise and support others on the basis of the Core Values and Principles of Action when actively shaping change.

You shape your diverse working relationships on the basis of the Core Values and Principles of Action while taking into account different perspectives.

You communicate effectively and provide feedback constructively.

The criteria LEADING YOUR TEAM only applies for disciplinary or comparable ("vertical") leadership roles.

Show criteria and behavioural anchors.

### Appraisal

4 Exceeds requirements

### Comments

Kelly knows her HR business very well. She is THE key player within HR for strategy, development of new concepts and HR steering.
Kelly actively supported the development of our new HR organization during the whole year with ideas, structure and sparring for TX-6. Kelly further developed her A-Team and structure within TX-60.
Kelly leads by integration, empowerment and trust and forces her team members to take ownership - she gives clear orientation and creates an open minded, inspirational work atmosphere.
Kelly is target focused and takes personal responsibility for all results and decisions. She is very comfortable in decision making based on her broad knowledge.
She is well respected within the team, peers, management and also local and central colleagues. (Collaboration as Leadplant, HR US meetings, Exchange with PZ team)
Kelly is my role model for US Leadership! Excellent communication and information sharing! No surprises! always 100% ready! Very good pre warning system! Always ahead in planning and steering!
The positive leadership is supported by the TX-60 Associate Survey Score of HPO-I of 73 (10 above the BMW Group)!! and also in direct feeback from teammembers to TX-6.

## LEADING YOURSELF & PERSONAL GROWTH

You are self-aware and live the Core Values and Principles of Action. You take care of your long-term performance.

You use change as an opportunity to develop yourself personally and professionally. You embrace life-long learning and personal growth by learning from your successes and mistakes.

Show criteria and behavioural anchors.

### Appraisal

3 Fully meets requirements

### Comments

Kelly is highly self-motivated and committed to the company. She is passionate, open, honest and reliable.
She has a good standing and a fighting spirt to achieve best results.
Kelly is a role model for seeking learning and growing opportunities. She achieved the national Senior Human Resources

Professional re-certification in 2019 and she volunteered to serve on the HR Board of the South Carolina Manufacturers Alliance.
She always goes the extra mile e.g. strong HR support in a number of initiatives (Department Manager Forum, SPP member for TX-6.)
Kelly is dedicated to BMW also in difficult topics (pension freeze) and acts always as BMW ambassador.

## Change of Job

☐ Change of Job within next 12 months

☐ Change Job to a lower Target Level (EL/LL)

Recommended date

## International Candidate

Please review the Associate's geographical preferences here.

☐ International Candidate within next 12 months

Recommended date

## Candidate with Potential

Please refer to the corresponding documents (nomination for Validation of Potential) as prerequisite for the nomination of the employee.

**Please review the Associate's History of Potential here**

☐ Proposal for Nomination of Potential for the next higher level

☐ For Associates on EL III and EL II only: Proposal for Nomination of Potential for a LL function on the same level

| | |
|---|---|
| Target Level new Nomination | No Selection |

☐ Continuation of the existing potential

## Portfolio Feedback Dialogue

| | |
|---|---|
| Feedback Dialogue conducted | Yes |
| Date | 03/26/2020 |
| If not, specify why | |

## Personnel Development

The following development options are recommended

This document was issued electronically and is therefore valid without signature (note: local requirements may establish the need for signatures, please be informed by your local HR management). The document can be viewed on your myTMS Performance Inbox for one year and will be stored in the personnel file.

Signature Appraiser          Signature Associate

# Portfolio 2018 (Global) for Kelly Dawsey

## Employee Information

| | | | |
|---|---|---|---|
| First Name | Kelly | Last Name | Dawsey |
| Q-Number | qt19034 | Position Title | Dept Mgr HR Planning |
| Manager | Christine Petrasch | Personal Grade (local) | USA/A1/00/FL-III/11 |
| Functional Level (local) | III | Short Code | TS-60 |
| Location | BMW Spartanburg (TS10) | | |

## FINAL PORTFOLIO RESULT

## Portfolio Pre-Dialogue

Pre-Dialogue has taken place:

Date

## Process Partners

Process Partners (name, first name and department code):

## Appraiser's Name

First and last name and the reason for change of appraiser:

## Overall Appraisal

**Target Achievement / Performance Results** 3 Fully Meets Requirements

**(Leadership) Behaviour** 4 Exceeds Requirements

## Target Achievement / Performance Results

Dawsey v. BMW
**EXHIBIT PLAINTIFF 16**

| | |
|---|---|
| Comments | Pre Dialogue Date 11/27/18<br>Process Partners Stefan Diregger, TS-7, Sky Foster, AK-60-US-3, John Harald PZ-AM<br><br>All Targets on track/green - very stabile daily operation!! no surprises!! ..also in difficult circumstances and HC situation<br><br>Strategic Workforce planning circle - Set up new(old) process for HC Steering overrun – together with TS and TS-7<br>Improvement mindset within TS-60 team leads to consistent checks and savings - Financial contribution from TS-60 = approx. $12M (Dependent Audit, Positive Medical Trend, Tax Reform Actions, RFP Work)<br>TS & TS-60 Level Targets (Annual Competence Management Process, Competitive Labor Costs Structure & Future Levers Identified, Patient Satisfaction AFHC, TS Permanent Direct & Indirect Associates, OFCCP Compliance Action Plan, Annual Wellbeing Measurable Achievement Results).<br>whole new overarching development of Flexible Benefits Strategy: “Benefits for the Future”, AFHC Managerial Oversight and Contract Compliance (See Performance Guarantees) / 5 Year Anniversary and EPIC System Implementation at the AFHC and Wellbeing Culture health initiatives<br>Monthly HR Reporting and Presentation to Senior Management (coordination with South Africa)<br>Represented Plant Spartanburg on the South Carolina Chamber of Commerce Health Care Sub-Committee.<br>2019 TLA Steering (Domestic Talent and Management Capacity) Management Capacity Project Steering, Worktime Flexibility Project Steering, Project iCube Project Steering<br>-Networking/Personal Development: South Carolina Coalition on Health Annual Workshop, Represent BMW MC at the TAPF conference, South Carolina Chamber of Commerce Health Care Sub-Committee, |

## (Leadership) Behaviour

### LEADING BUSINESS & TRANSFORMATION

You plan your actions, define challenging objectives and take courageous decisions. You manage in a solution-oriented way, you evaluate results and processes and make adjustments where necessary.

You actively deal with challenges in a VUCA environment (volatility – uncertainty – complexity – ambiguity) and develop a clear vision for your area of responsibility. You seek different perspectives, create space for creative freedom and pursue unconventional paths in order to find solutions and to enable innovation.

Show criteria and behavioural anchors.

#### Appraisal

4 Exceeds requirements

#### Comments

Kelly has a broad HR knowledge and understanding! This is the foundation for her performance in her TS-60 role. She is accepted as a excellent sparring-partner and counterpart within the management team and also SMM Team.

Based on the new criteria:
Shaping Transformation: she clearly develops a coherent view of the future (Group objectives and own ideas), actively includes new market and competitive requirements (... she acts as a strong HR Strategy function for plant 10)
Driving innovation: questions existing procedures and routines, encourages team and colleagues to try out new approaches in problem-solving (... absolute strong and important sparring-partner and support for the implementation of our HR road map - to avoid mistakes but get things changed...)
Planning: prevents fire fighting activities with forward looking, makes decisions about further developments (...best examples - Flex Benefits, icube) - Kelly's strength!
Implementing: translate strategy into action and tasks, masters target management, solution oriented, balance of costs vs. benefits
Evaluating: Regularly checks effectiveness and consequences correctness of measures/decisions, actively practices quality assurance

### LEADING PEOPLE & COLLABORATION

You inspire people towards common goals and create results with strong teams. You win over, mobilise and support others

on the basis of the Core Values and Principles of Action when actively shaping change.

You shape your diverse working relationships on the basis of the Core Values and Principles of Action while taking into account different perspectives.

You communicate effectively and provide feedback constructively.

LEADING YOUR TEAM (Only applied for disciplinary or comparable ("vertical") leadership roles.)

Show criteria and behavioural anchors.

### Appraisal

4 Exceeds requirements

### Comments

Kelly is a role model as inspiring leader for a diverse US team (.... she knows how to lead her Team) - strong leadership skills to motivate and engage all team members. She has a strong team with top performers - but - if it is the case - she is also very consequent with low performers!

Leading your Team: she inspires her team, very! clear performance requirements and expectations, regularly dialogue, encourages and demands team members in a long-term targeted manner
Leading in Team: involves and integrates new team members to tasks and team, use competences/strength/expertise within the team, allocates responsibility for fulfillment of tasks in a meaningful way
Leading change: actively manages change processes, supports team members/colleagues in dealing with inconsistencies, comprehensive and critical review of change processes
Communicating; cooperative and appreciative communication also in difficult situations, checks own message, if has been understood, reflects perspective of counterparts
Collaborating: acts and behaves in a transparent and consistent way, predictable for other people, shares knowledge and experience openly and responsibly
Embracing Diversity: equally open-minded, operates with foresight and uses different dimensions of diversity

## LEADING YOURSELF & PERSONAL GROWTH

You are self-aware and live the Core Values and Principles of Action. You take care of your long-term performance.

You use change as an opportunity to develop yourself personally and professionally. You embrace life-long learning and personal growth by learning from your successes and mistakes.

Show criteria and behavioural anchors.

### Appraisal

3 Fully meets requirements

### Comments

Kelly is very ambitious and engaged! She is highly motivated to deliver the best for BMW group, Plant 10 and her business. She is a strong team player! She is driving the business and HR topics here at plant Spartanburg!

The implementation of the HR road map for 2019 is extremely challenging - Kelly"s role is to drive the year of change and choice for TS-6 as local leader.

Managing yourself: knows own strengths and weaknesses, reflects on different perspectives, always calm and considerate even under intense pressure, stands by own decisions, even difficult ones
Managing your role: fulfils own leadership task, full responsibility for tasks, deals with risky tasks with determination even under difficult conditions
Managing your performance: shows high level of own initiative, high demand regarding own work-related results in terms of quality and quantity
Embracing changes: recognize the necessity for change, sees positive aspects and opportunities in change
Learning and Development: willing to continuously learn new things, deals with mistakes in an open manner, makes use of own mistakes as a learning potential

## Change of Job

☐ Change of Job within next 12 months

Recommended date:

## International Candidate

Please specify the region/country preferences.

☐ International Candidate

Recommended date:

## Candidate with Potential

Please refer to the corresponding documents (nomination for Validation of Potential) as prerequisite for the nomination of your employee.

☐ Proposal for new nomination for the Validation of Potential

☐ Proposal for confirmation of the validated potential

Target Function Level

## Portfolio Feedback Dialogue

Feedback Dialogue conducted:

Date

## Personnel Development

The following development options are recommended:

This document was issued electronically and is therefore valid without signature. A signature is optional. It will be stored by HR in the personnel file. Additional copies are not allowed

Signature Appraiser

Signature Associate

EXHIBIT Petrasch (TLB) 17



TS-60, January 8, 2016

# EXPAT GUIDELINES FOR PLANT SPARTANBURG.

**OUTCOME OF TS GESPRÄCH OCTOBER 2015**
**TS-6 WORKSHOP**

BMW GROUP

BMW MC 000231

CONFIDENTIAL

Dawsey v. BMW
EXHIBIT
PLAINTIFF 17

## CURRENTLY THERE ARE NO FORMAL GUIDELINES IN PLACE FOR USE OF EXPAT ASSIGNMENTS.

Plant Spartanburg does not currently have defined guidelines for the utilization of international assignments. The process to determine which positions are to be filled with an inbound is quite often unclear.

Requests are often made to fill open jobs with an international assignment because there is a competency or skill set is lacking in the local talent.

International assignments are needed but defined guidelines will help managers make informed decisions and plan for Spartanburg to be sustainable in the future.

# OBJECTIVES OF EXPAT ASSIGNMENTS.

Provide the tools necessary for managers to make informed decisions

**Bring knowledge and benchmarks to Plant Spartanburg from other locations.**

**Offer opportunity for development for both domestic and inbounds.**

**Obtain the needed support for launches.**

**Define the right setting of the team structure.**

**Define the right number of inbounds to have in the plant for a sustainable future.**

**Define a talent development process for knowledge transfer to Domestic Associates.**

# TOPICS TAKEN INTO CONSIDERATION FOR INBOUND ASSIGNMENTS.

| Topic | Explanation | Documentation Needed | For Discussion in TS-6 Workshop | Responsibility |
|---|---|---|---|---|
| International Critical | Function or team is defined as one that will always require an international to fill (strategic positions). Functions to be determined by VP area with VP Discussion. | Defined functions/competencies in agreement with the VP. | Review overall HR org chart. Identify functions that always need to be an int'l position, could be int'l, will not be int'l. | TS-60 |
| Team Structure | In general there is an alternating reporting structure of international and domestic below the Senior Management level. Tie into succession planning. | Reviewing appropriate team structure for the TS-x organization. | Discuss team structure considering Int'l Critical functions (using org charts). | TS-60 |
| International Training/Skills transfer to Domestic | International to be backfilled with a domestic associate. Integrate assessment in the portfolio process. | Signed training plan with set milestones – responsibility lies with the line manager. | Discuss current inbounds and potential succession planning for the role. Manager has accountability for training plan for domestic. | TS-60 / Manager |
| Section Manager and Department Managers | Confirmation of Department Managers and Section Managers by Senior Management – vertical potential is reviewed and confirmed if necessary. | Approval in Senior Management for Direct Reports (T and M Ressorts Only). | Effective January 1, TS-6 in addition to discussion on FL III, will bring in FL IV's inbound to Sr Mgmt. | TS-60 with notification to TS-61 |
| International Personnel Developmental Opportunity | International candidate has a development plan which includes gaining knowledge in Spartanburg. Manager should look to the previous portfolio results, and candidate should add value to the plant. | Development Plan and last 2 years portfolio results. | Not currently applicable for TS-6 . Future plant inbounds should be steered by TS-61. This should be added to current evaluation process. | TS-61 |
| Project Launch, etc. | Requests for launch support should coincide with project length of time for assignment. | Information of project, length of assignment and evaluation against project timing. | Not currently applicable for TS-6. TS-60 via HSC to review future requests from the plant. | TS-60 |
| Set Up of New Initiative within Plant Spartanburg | A new concept/organization needs to be implemented within the plant (i.e. Toolshop Americas) and a team is needed to implement this initiative. | Organization should be reviewed to include development plan for domestic associates. | Not currently applicable for TS-6. Future plant requests steered in HSC with invitation to meeting. | HSC |

# TS-6 ORGANIZATIONAL CHART FOR WORKSHOP.

One international in this team






CONFIDENTIAL

# TS-60 ORGANIZATIONAL CHART FOR WORKSHOP.

Option 1:

TS-6: International
TS-60: Domestic
Planner: International
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)

Option 2:

TS-6: Domestic
TS-60: International
Planner: Domestic
Comp Analyst: International possible
Benefits: Not recommended (due to US ERISA & ACA regulatory environment)




TS-60 department has a need for an international inbound (Planner or Dept Mgr ideally from AG – tie to network) and should follow the status of TS-6.



CONFIDENTIAL

# TS-61 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-61: Not Recommended
International HR: International
Talent Management: International possible
Recruiting Manager or Recruiter: International possible (global) with alternating reporting line.




Compensation, TS-60, 1/8/16

Page 7
BMW MC 000237

CONFIDENTIAL

# TS-62 ORGANIZATIONAL CHART FOR WORKSHOP.

TS-6: International
TS-62: Not recommended
HRIS: International
HRSC: International
Payroll: Not recommended




Compensation, TS-60, 1/8/16

Page 8

BMW MC 000238

CONFIDENTIAL

# TS-65 ORGANIZATIONAL CHART FOR WORKSHOP.

Option 1

TS-6: International
TS-65: Domestic
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended

Option 2

TS-6: Domestic
TS-65: International
Talent Programs: International
LPD: Domestic
Technical Manager: International
Technical Supervisor: Not recommended



# TOPICS TAKEN INTO CONSIDERATION FOR INTERNATIONAL CANDIDATES.

| Criteria | Explanation |
|---|---|
| Exempt Positions | International inbound assignments (long term) are for exempt positions only – consider QE/PSP type roles in lieu of Section Leader functions. |
| Supervisory Positions | Inbound assignments for supervisory positions are FL IV and above. |
| Personal Grade | Candidate is minimum personal grade of EG09 (PG 5) for consideration of inbound assignment. |
| FL IV Positions | Candidate must meet minimum education and experience requirements (4 years of experience in lieu of degree, plus experience requirements). |
| Language Capability | Assessment of language skills and culture topics to be completed as part of interview process, completed by manager and International Human Resources. |
| Length of Assignment | 3 year assignments should be standard to allow for continuity, development of a function and transfer of knowledge, especially for management functions. Strategically align dates of assignments for overlap and continuity. Consider project/launch cycles. |
| Interview/Cultural Assessment | To determine fit with culture, family situation / support needed. Review cultural training based on feedback and lessons learned. |

**Additional considerations:**

- As business needs require, PA/Maintenance and support can be done through EBT or business trips

# KNOWLEDGE/SKILLS TRANSFER TOOL.

**Defining objectives:**

- The Agreements on Performance Objectives are important to show and track the improvements of the Inbound associates and ensure knowledge is transferred and to gain transparency about progress towards the development of the function as domestic. Results could serve as additional information for portfolio discussions.
- Performance objectives of the function should be identified and translated into concrete areas of responsibilities and tasks with certain milestone dates. Objectives should be SMART (specific, measureable, assignable, realistic and time-related).

**Performance Agreement Objectives**

The Agreements on Performance Objectives are important to show and track the improvements of the Inbound and ensure knowledge is transferred and to gain transparency about development of Inbound function. Reached objectives serve as additional information for portfolio discussions.

Please specify the performance objectives of the function in general and translate them into concrete areas of responsibilities and tasks due to certain dates (1st to 3rd Milestone). Complete the due dates to which the three different milestones should be fulfilled. Please make sure objectives are formulated SMART (specific, measureable, assignable, realistic and time-related). Upload the Performance Agreements Objectives Sheet to **XXX.**

Bring the updated Performance Agreement Sheet after every reached milestone (due date) to your portfolio rounds. It is your responsibility to collect the evaluation and feedback from your manager after every milestone.

| | | | | | | |
|---|---|---|---|---|---|---|
| **VHO:** | **Name** | | | | MANAGER | Name |
| **VHEN:** | from | MM/DD/YYYY | to | MM/DD/YYY | | |
| **VHERE:** | dept. | TS-XX | | | | |
| **VHY:** | reason: | Reason for Assignment | | | next target succession: | Domestic or International |
| **VHAT:** | Name of Function | | Function Level: | FL | disciplinary leader: | Yes or No |

| **Performance objectives for the international** | **Evaluation of dept. Manger** |
|---|---|
| Overall objectives for int. Assigment: | |
| Knowledge / skill transfer: | |

1st approx due after 1st year **Due Date:**

| | **Evaluation of dept. Manger** |
|---|---|
| Objectives for 1st milestone: | |
| Knowledge / skill transfer: | |

2nd approx due by mid of assignment **Due Date:**

| | **Evaluation of dept. Manger** |
|---|---|
| Objectives for 2nd milestone: | |
| Knowledge / skill transfer: | |

3rd approx due by end of assignment **Due Date:**

| | **Evaluation of dept. Manger** |
|---|---|
| Objectives for 3rd milestone: | |
| Knowledge / skill transfer: | |

Associate

Manager

HR



BMW MC 000241

CONFIDENTIAL

# NEXT STEPS AND FUTURE ACTIONS.

Workshops to be conducted in each VP area with management team to review guidelines and develop future plan – until the end of January 2016 – TS-6 workshop January 8.

Tool to be implemented for knowledge/skills transfer. Management responsibility to use tool and track effectiveness – provide feedback to TS-60 for further development of the tool.

Recommendations for the future:
Guidelines for Outbounds to be discussed in a future TS Gespräch. The following topics were discussed and should be taken into consideration.

- Budget is topic for future strategies – need to consider in budget planning.
- Every direct report in Production has international experience – have to plan outbound assignments.
- Mentor is mandatory and should not be a former manager.
- Find a way to better focus on Section Managers.



CONFIDENTIAL

# BACKUP.



CONFIDENTIAL

## GUIDELINES FOR SECTION LEADER INBOUNDS.

- Have a constant inbound assignment for a QE or PSP position that will work closely with the Section Leader on the line.
- No direct supervision of Production Associates.
- Provides technical knowledge transfer opportunity between Domestic and International associate and avoids potential pay/tax/US legal issues.

# GUIDELINES FOR LIMITED LOCAL ASSIGNMENTS.

| Criteria | Explanation |
| --- | --- |
| Trailing Spouse | Inbound associate on assignment has a spouse working for BMW Group – can offer a limited local assignment to prevent dual expat benefits, if there is a business need. |
| Bridging gap to localization | Candidate is trying to remain with Plant Spartanburg as a localization and needs time to finalize. |



CONFIDENTIAL

# TX-6 Organizational overview - New structure SINCE 12/2019.

**TX-6**
**Human Resources**

**Christine Petrasch**

**TX-60**
**HR Planning, Steering**

**Kelly Dawsey**

- -HR Planning, Steering
- -Compensation & Organization
- -Benefits (Active/Retiree)
- -Associate Family Health Center
- -Associate Wellbeing
- -OFCCP Compliance

**TX-61**
**HR Management, Employee Relations**

**Corey Epps**

- -HR Business Developer
- -Employee Relations/Associate Engagement
- -Performance Management
- -Talent Management/Succession Planning

**TX-62**
**HR Services**

**Michelle Keith**

- -HR Service Center
- -Domestic & International Payroll & Payroll Accounting
- -Time Management
- -HRIS
- -HR VPS Management
- -HR Digitalization

**TX-64**
**Recruiting, Health Mgt., Occup. Safety, Gastro**

**Scott Medley**

- -Domestic & International Recruiting
- -International Associate Relations
- -Occupational Health Management
- -Occupational Safety Management
- -Food Services

**TX-65**
**Talent Programs, Training**

**Paul Sinanian**

- -Leadership & Professional Development
- -Technical Training & Development
- -Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

**JA2141**



CONFIDENTIAL

BMW MC 000253

Dawsev v. BMW
**EXHIBIT**
**PLAINTIFF 18**

**BMW GROUP**
Plant Spartanburg

**Date:** March 20, 2021

**To:** Kelly Dawsey

**Associate #:** 934

**Department:** TX-60

**RE: Compensation Change Statement**

It is with great pleasure the following increase to your base salary is communicated and effective **July 04, 2021**. The new base salary will be reflected in your **July 16, 2021** pay statement.

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | **$** | **196,500.00** |
| **New Annualized Base Salary:** | **$** | **202,450.00** |

To reward the **2020** BMW Manufacturing's performance, as well as your individual contribution, a bonus has been granted as outlined below. In recognition of your accomplishments, an additional high performer bonus has been awarded.

| | | |
|---|---|---|
| **Plant Bonus:** | **$** | **8,611.65** |
| **Individual Bonus:** | **$** | **27,987.85** |
| **High Performance Bonus:** | **$** | **6,000.00** |
| **Total Bonus:** | **$** | **42,599.50** |

The bonus will be paid on **Friday, April 02, 2021**.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co. LLC
BMW Group Company

**Mailing Address**
PO Box 11000
Spartanburg,SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864-802-6000

**Internet**
www.bmwusfactory.com

Dawsey v. BMW
EXHIBIT
PLAINTIFF 19

# Overview on Reference Partner input[1] during the promotion procedure.

Introduction
Basis
Portfolio Process
Portfolio Round
**Linked HR Processes**
Further Information and Handling of Data

| Promotion | ERA12 (or similar) to G8 | G8 to G9 | G9 to G10 | G10 to G11 | G11 to G12 |
|---|---|---|---|---|---|
| ...due to be > as is | FEIV role and at least three reference checks (recommended) | FEIV role and at least three reference checks (mandatory) | FEIII role and at least three reference checks (recommended) | FEIII role and at least three reference checks (mandatory)[2] | FEII role and at least three reference checks (recommended) [2] |
| ...due to potential | Taking over of FEIV is planned for the short term[3]; at least three reference checks | Not possible | Taking over of FEIII is planned for the short term[3]; at least three reference checks | Not possible | Taking over of FEII is planned for the short term[3]; at least three reference checks[2] |
| ...due to long term outstanding performer principle | Not possible | Not possible | At least three reference checks[4] | Not possible | At least three reference checks[2] |

[1] HR is responsible for the reference checks and results will be documented and monitored

[2] Subject to the verification of the department circle

[3] Within the next 12 Months

[4] Should be subject to confirmation by division/plant/technology circle

Dawsev v. BMW
EXHIBIT
PLAINTIFF 20

Dawsey 0005

From: Kelly.Dawsey@bmwmc.com
To: kdawsey@charter.net
Cc:
Bcc:
Priority: Normal
Date: Friday October 1 2021 6:39:08AM






Dawsey v. BMW
EXHIBIT
PLAINTIFF 21

Dawsey v. BMW
EXHIBIT
PLAINTIFF 22

# INTERNATIONAL GRADING
# FLIV APPROVAL COMMITEE
# TS Spartanburg

ORG SIZE 14




Page 14





EXHIBIT TLB
Petrasch
6

**To:** Epps Corey, TX-61[Corey.Epps@bmwmc.com]; Suber Ericka, TX-612[Ericka.Suber@bmwmc.com]; Sanders Monique, TX-61[Monique.Sanders@bmwmc.com]
**From:** Dawsey Kelly, TX-60
**Sent:** 2021-06-03T17:04:46Z
**Importance:** Normal
**Subject:** PR_210603_Project_Misaligned_PG_Overview_v3.pptx
**Received:** 2021-06-03T17:04:48Z
PR_210603_Project_Misaligned_PG_Overview_v3.pptx

Let me know if you have questions.

Thank you.

Kelly

EXHIBIT
Dawsey
28

Dawsey v. BMW
EXHIBIT
PLAINTIFF 24



BMW_MC_000619

Document Produced in Native Format

# US PERSONAL GRADE / PROJECT GUIDELINES. MANAGEMENT SUMMARY.




TX-6 | Q2 2021

BMW GROUP THE NEXT 100 YEARS

## US PERSONAL GRADE GUIDELINES IMPLEMENTATION OVERVIEW.

- Effective date of implementation is July 1, 2021 and is applicable to roles within BMW MC.
  - Policy is now consistent within the US

| FL-Relevant Change: | Documented Performance Concern | PG Retention Period | Salary Impact | Benefits Impact (including Bonus, Vehicle, etc) | PTO Impact |
|---|---|---|---|---|---|
| HR and/or Manager Initiated:<br>1. HR places Associate in new position or<br>2. Associate must find new role in specified time period (i.e. project ending) | yes | Up to 1 year*:<br>-Move to one lower PG for 1 year<br>-After 1 year, associate's performance is evaluated and new PG will be assigned by HR, based on new FL.<br><br>*The one (1) year retention period may be eliminated if approved by HR and the Executive Board/Senior Manager. | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Aligns with FL PTO policy immediately |
| 1. Reorganization<br>2. Regrading<br>3. Recommended move by HR and Manager based on Associate Growth & Development | no | Up to 3 years:<br>-Maintain for 2 years<br>-After 2 years move to one lower PG<br>-If applicable, at 3 years move to Advanced PG (for LL) or Senior PG (EL) of new FL. [Note this assumes more than a single PG reduction is needed.] | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Maintain for 1 year then align with FL PTO policy |
| Associate applies for new role (Career Transition, Personal reasons, etc). | no | -Maintain for 1 year<br>-After 1 year, move to Advanced PG (for LL) or Senior PG (EL) of new FL.<br><br>*Unless otherwise proposed by the Associate | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Maintain for 1 year then align with FL PTO policy |

## BMW MC PROJECT ADJUSTMENTS & PG ADJUSTMENTS.

- All current Project Manager positions will be converted to either EL-III, EL-IV based on the Personal Grade of the Associate or into Professional Band positions.
- After the project is converted, EL-III and EL-IV will count towards management capacity actuals.

### TX+ PROJECT MANAGERS / PG ALIGNMENT

| VP Area | Current Project Mgr | Future EL-III | Future EL-IV | Future Prof Band | PG Alignment |
|---|---|---|---|---|---|
| TX-1 | 2 | | 1 | 1 | |
| TX-2 | 2 | 1 | 1 | - | |
| TX-3 | 0 | | 0 | 0 | |
| TX-4 | 4 | | 4 | 0 | |
| TX-5 | 4 | | 2 | 2 | 1 |
| TX-6 | 1 | | 0 | 1 | 1 |
| TX-7 | 2 | | 2 | 0 | |
| **TX+ Total** | **15** | **1** | **10** | **4** | |

### NON-TX+ PROJECT MANAGERS / PG ALIGNMENT

| VP Area | Current Project Mgr | Future EL-IV | Future Prof Band | PG Alignment |
|---|---|---|---|---|
| FG-AM | 0 | - | - | 2 |
| MN | 8 | 4 | 4 | 1 |
| PI-4 | 4 | 0 | 4 | |
| **Non-TX+ Total** | **12** | **4** | **8** | **3** |

# TX MANAGEMENT CAPACITY.
# MAY 2021 SUMMARY AFTER CLASSIFICATION DISCUSSIONS.

### FL III POSITIONS

| Timing | Target | Actual | Gap | Actual w/ projects | Gap |
|---|---|---|---|---|---|
| Project Start (2017) | 28 | 31 | +3 | - | - |
| Current (Mar 2021) | 28 | 28 | 0 | 29 | -1 |

**Upcoming Risks/Opportunities**
- -1 EL III for placement after LCX Project (Chad Cabaniss & Bill Buckley)
- +1 LL III for TX-15 (Grading to be confirmed)

### FL IV POSITIONS

| Timing | Target | Actual | Gap | Forecast w/ projects | Gap |
|---|---|---|---|---|---|
| Project Start (2017) | 111 | 136 | +25 | - | - |
| Current (Mar 2021) | 123 | 134 | -11 | 144 | -21 |

**Upcoming Risks/Opportunities**
- Reclassification of remaining ~10 TX Project roles as EL-IV
- CPU Efficiency project opportunities (Org, Centralization, etc.)
- TX-2 Press Shop
- G09 Launch Leads
- Additional EL IV overruns in future years needed for valid Projects
  - No group-wide target adjustment for vehicle launch projects

1 FL-IV Management Capacity transfer to AQ for AQ-528 effective Q1, 2021.
Project functions to be integrated into structure as EL-III, EL-IV, or Professional band for all Divisions.

**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]; Corey Epps[Corey.Epps@bmwmc.com]; Medley Scott, TX-64[Scott.Medley@bmwmc.com]; Keith Michelle, TX-62[Michelle.Keith@bmwmc.com]; Sinanian Paul, TX-6[Paul.Sinanian@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-01-21T17:04:31Z
**Importance:** Normal
**Subject:** ....as discussed - topics I shared with P as Top 3 Plant topics and also 4 topics contribution to the network
**Received:** 2021-01-21T17:04:00Z

…as a first draft!

---

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Tuesday, January 19, 2021 12:05 PM
**To:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Subject:** P topics

Top Themen im Werk + (4) topics for the Network

- Strategic Workforce Development
  - (1) Local talent development (Expats sign document for local candidate development and trade with Germany – both ways)
  - CWF Second agency for directs
  - Immigration
  - Recruiting
  - (2) Diversity/Inclusion
  - 2 Focus topics Press shop joining/control area and also launch E/E (flashing, blitz)
  - Hire 10 people management positions
  - Hire 10 more Pace for focus topics
- Leadership
  - Finish I-Lead
  - Finish AC for SL
  - Define I-lead 2.0 – Transformation
  - (3) Sell AC for SL as blueprint for SL Validation (Leadership Excellence) to other plants (ZA, UK, SLP, Deb.)
  -
- Efficiency
  - Ind. HC Development (100-150 HC until 2025)
- TX-6 Orga
  - 64 function
  - TX-6 Org review with FO
- HR for Supplier
  - Make it sustainable
  - (4) Make blueprint and sell it to other plants (ZA, UK, SLP, Deb.)
  - Decision - Will go over in line function end 2021?
-

**BMW Manufacturing Co., LLC**
Christine Petrasch

EXHIBIT
Dawsey
Dawsey v. BMW
EXHIBIT
PLAINTIFF 25



BMW_MC_000451

Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**To:** Belinszki Eszter, FO-1[Eszter.Belinszki@bmwgroup.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-03-19T12:12:12Z
**Importance:** Normal
**Subject:** 2021_Review TX-6Org.pptx - Vertraulich
**Received:** 2021-03-19T12:12:00Z
2021_Review TX-6Org.pdf

Eszter – wie gestern besprochen nur fuer dich! ....muessen alle vertraulichen persoenlichen Anmerkungen rausnehmen.

Parallel habe ich Johannes angeschrieben – schicke dir auch vertraulich das e-mail.

Liebe Gruesse christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

EXHIBIT Petrasch TLB

Dawsey v. BMW
EXHIBIT
PLAINTIFF 26



BMW_MC_000423

# SUBSTRUCTURE HR PLANT SPARTANBURG TX-6.

## CONFIRMATION FO CIRCLE NOVEMBER 4TH, 2019.



Review FO-1/TX-6
Q1/2021

FO-1 I November 2019

BMW GROUP THE NEXT 100 YEARS

Rolls-Royce

# SUBSTRUCTURE FOR TX-6, CONFIRMED IN FO-CIRCLE NOVEMBER 4TH, 2019.




* Associate Family Health Center

TX-6, Substructure I FO-1 I November 2019

Seite 2

# TX-6 ORG. STRUCTURE DEVELOPMENT STEP 2 – FOR APRIL 2021.




**TX-60 Kelly Dawsey (PG11)FE III**
TX-600 Joe Ziska (PG-9) FE IV
TX-601 Lakeia Harris (PG-9) FE IV
EL Stephan Dombrowski (Expat) (PG9) FEIV
EL Ryan Childers (PG9) (Project until 12/21)

Expat Stephan Dombrowski will return to Germany mid 2021
- no further expat planned!
- Local successor (Michael Davis PG-8)

**TX-61 Corey Epps (PG10) FE III**
(PG11 planned for Oct. 21)
TX-610 Ricki McGrady (PG9) FE IV
TX-611 Tanaya Latigue (PG9) FE IV
TX-612 Jan Collins (PG9) FE IV

1) Corey Epps – first and only minority candidate within HR Firstline
   - good market value – more offers on FE III
   - very important to keep him in that HR position / Signal
2) Jan Collins (Pot candidate FE III) will move into technology on FE III position – replacement Kathy Keiser (PG-9) within HR

**TX-62 Michelle Keith (PG9) FE IV**
TX-620 Tina Thomas (PG8) FE IV
(PG09 planned for April 21)

1) Normal Promotion for Tina

**TX-64 Scott Medley (PG11)**
(TX-64 Function –combined with Provider Mgt. and "Issue free representation)
TX-640 Reed Thomanson (PG9) FE IV
EL Drew Walker (PG9)FE IV

1) Possible position for Scott within the next 2-3 years could be TV-54 – Greer 3 as replacement of an Expat!
2) We need to have more attention to the Union topic.
3) If Paul (legal) would leave or retire – we will loose knowledge!!!

**TX-65 Paul Sinanian (PG9) FE IV**
TX-650 Joy Tirado (PG7) FE IV
(PG08 planned for April 21)

1) Normal Promotion for Joy Tirado (local) with int. experience SLP
3) TX-650 box was already established in Phase 1 – Staffing now in Phase 2 after Joy returned

**TX-66 N.N. external Candidate (PG11)**
(Project for 3 years – not graded)

1) Split Recruiting from TX64 to give more focus to Recruiting (first line function)
2) Diversity, Inclusion and equity added as new permanent role – to define standard here for US region (all entities) and also define blue print for other nat./int. plants
3) Opportunity to onboard external candidate and give him a visibility! Although with P!

# TX-6 DRAFT FOR 2. STEP NEW ORG. STRUCTURE.

### TX-60 HR Planning and Steering

Stabile Structure / Organization still in development

1) Planning and steering now integrated but still need to support/develop TX-61 Business Developers to take over the operational technology steering
2) Comp and Ben now integrated incl. AFHC
3) NEW Expat replacement with local (mid 21)
4) NEW T&C global assignments will move back to TX-60 Planning, Steering

### TX-61 HR Management, Employee relation

Stabile Structure / Organization need to implement strong business developers

1) Business Developers in place – good progress, visible in technology, one face to the technologies – still in development – but right step! Good feedback and confirmation from technologies
2) Employee relation important for issue free strategy / Coverage A and B Shift

### TX-62 HR Services

Stabile Organization until we get HRI (central HR system)

1) HR IT – support for systems and driver for innovation and digitalization/HR ITlocal and global Landscape
2) HR Service Center – efficient (HR App, Chatbot and RPA in place) and excellent for our associates – supports the issue free strategy (even more important within the next years)
3) NEW HR payroll (Enrichment - since 1/2021 integration and execution OFK payroll within MC)

### TX-64 Health Mgt., Occup. Safety, Gastro and ProviderManagement

Organization still in development

1) NEW Safety Organization centralized – COC Safety for Plant 10 started 01/21
2) Occupational health, Admin Workers comp, Short/longTermDisability impact because of private insured plant– means we need to handle and pay our injured people!
3) Foodservice, new Tender in 21 – more focus
4) ProviderManagement Steering
   - IHS (Hartfort)
   - Workers Comp
   - CWF agencies (MAU, Adecco, Agile One)
   - Food services (AVI)
5) NEW CWF Agency Implementation (Master Vendor, Managed Service Provider, Tender in 2020 / new agencies) (25-30% temp of total capacity means (>3000 CWF)
6) NEW role "Issue free strategy" – legal interface and 4 eyes principles to TX-61

### TX-65 Talent Programs, Training

Stabile Organization

1) Talent Program – restructure and renew done (demand increasing)
2) Training – implementation Production Academy in progress
3) TX-650 box was already established in Phase 1 – Staffing now in Phase 2 after Joy returned from SLP
4) NEW Blitz 3/4 Trainer on board (future competency) for E Mobility
5) NEW curriculum in development for future competency / flashing for new launch years 22ff
6) Project Texecellence Center (NEW Training Center) until End/22

### TX-66 Recruiting, Diversity

New Organization (within HR Master - Organization) to bring focus to recruiting! (Split from TX-64)

1) Currently Recruiting has
- Recruiting,
- Talent scouting,
- internalDevelopment,Backfill/Stellen markt,
- Move to TX-60 T&C Global Assignment for whole BMW MC entity
- Move to TX64 CWF steering agencies (Master Vendor, Manged Service Provider, new Tender new agencies)

2) Diversity, Inclusion and equity added as new permanent role – to define standard here for US region (all entities) and also define blue print for other nat./int. plants
3) Opportunity to onboard external candidate and give him a visible platform!

# HR ORGANISATION – REFERENZMODELL.

## REFERENZSTRUKTUR HR ORGANISATION WERKE.

### PNW-1 IM AUSLAND




Personalmanagement: Anzahl der OrgEinheiten abhängig von der Führungsspanne.

Recruiting wird als eigenes Kurzzeichen in der Aufbauphase ausgewiesen.

In Mexiko, UK, Steyr, Ungarn (zukünftig)

### PNW-1 IN DEUTSCHLAND




Personalmanagement: Anzahl der OrgEinheiten abhängig von der Führungsspanne.

### PNW-2 IM AUSLAND

Personalwesen wird von der Landes-HR Organisation verantwortet.
Berichtslinie in der PZ HR Region: PZ-xx-yy
Umsetzung im Rahmen des Projektes HR Reorg. BR umgesetzt, TH / IN Umsetzung startet im Herbst 2019.

**Ausnahmen*:**

- **ZA:** eine Landes-HR Organisation für ZA unter PZ-AP-ZA, inkl. Personalwesen für das Werk. Personal Services nicht bei PM-8 sondern in ter PZ-AP-ZA Berichtslinie.
- **Swindon und Hams Hall:** Personalwesen ist in der HR Organisation des Werkes Oxfordintegriert .
- **Steyr:** Personalwesen unter ZM-6 (vgl. PNW-1 im Ausland). Personal Services ab 1.8. 2019 unter PM-86.
- **Spartanburg:** Personal Services nicht bei PM-8, sondern in der TX-6 Berichtslinie.

* Kurzfristig keine Änderungen geplant.

BMW GROUP. Task, Competence, Responsibility: Head of HR / Generic description

WORKING DOKUMENT / DRAFT

Responsibility

- Responsible for aligned and sustainable operational and strategic HR activities at *(name of the organization)* in line with legal requirements as well as with BMW Group internal regulations, regarding the elements of the HR Process Modell: HR planning and steering, HR marketing and recruiting, HR management and personal development (incl. performance evaluation, training and qualification, change management), remuneration (incl. grading, compensation and working time), work environment and health, deployment and retirement (incl. succession planning), HR data management (incl. HR reporting and controlling), coordination of temp agency liaisons toward the function "plant leader".
- Responsible for design and implementation of local HR strategy, concepts, processes and tools at (*name of the organization*) within BMW Group wide framework, in collaboration with the PZ-Regions and with CoCs of the central HR organization.
- Responsible for implementation and governance of HR policies (e.g. ... at (*name of the organization*), responsible for meeting all legal, compliance and regulatory requirements..
- Responsible for the implementation, supervision, support and improvement of local operational HR processes.
- Responsible for communication all relevant P-central issues to involved parties at *(name of the organization)* and for information flow between central HR partner and local HR organization.
- Responsible for negotiations with trade union / works council (or other kind of associates' representatives) at *(name of the organization)*.

Competence

- Competency to represent all HR relevant issues in management circles and at the directory board.
- Competency to define HR regulations and processes (e.g. regarding compensation, working time, labor contract) aligned with BMW Group wide HR policies and develop guidelines for operative HR management topics.
- Governance competency regarding compliance with legal and regulatory regulations as well as BMW internal HR policies and guidelines.
- Competency for selection and steering of external service provider for HR services.
- Competencies within the scope of legal requirements for occupational health and safety as well as for hygiene topics.
- Decision about the job grading regarding jobs below and on function level V and collaboration with PZ-Region / PZ-P3 on grading FL IV and above.
- Competencies to oversee facility and security management.

Task

- Plans, develops, organizes, implements, directs and evaluates the organization's human resource function and performance.
- Steers and executes operational processes regarding staffing (external recruiting and internal development, HR marketing), exits (e.g. retirement, termination), succession planning, performance evaluation / portfolio, salary and bonus planning, disciplinary measures, personal development (potential evaluation, training and qualification), HR administration and payroll, working environment (health management and ergonomic, occupational safety and gastronomy)
- Consults, supports and advises line management / top management regarding HR processes generally and regarding implementation of HR measures on individual level.
- Provides contribution from local perspectives to PZ-Region and to HR Network on operative and strategic HR issues, initiatives and projects, and about results of HR processes on local level.
- Communicates relevant HR topics within *(name of the organization)*.
- Coordinates organizational development projects as mandated by HQ or local team.
- Represents HR topics towards internal and external auditors and authorities.
- Steers negotiations with works council / employees' representation.
- Ensures compliance with local regulations regarding HR related topics, incl. occupational health and safety.
- Defines contract conditions, selects and steers external service provider for HR services, for temporary workforce as well as for occupational health and safety.

Creation Date 15 / 10 / 2018 Comments Review based on HR Reorg 2019
Creator FO Belnszki Eszter FO-1
Participant Business
Review FO

**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-04-08T08:08:18Z
**Importance:** Normal
**Subject:** Re: Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super
**Received:** 2021-04-08T08:08:18Z

That's absolutely enough Kelly - I will create the draft version for my meeting no worries!

Sent from my iPhone

On Apr 7, 2021, at 9:47 PM, Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com> wrote:

?
I have included the current JFDS' for the VP HR and Manager Recruiting. At this point, I don't have time to create a draft for the proposed TX-66 function. I hope the current will suffice.

Kind regards,

Kelly

**BMW Manufacturing Co., LLC**
Kelly G. Dawsey, SHRM-SCP
Department Manager, HR Planning
P.O. Box 11000
Spartanburg, SC 29304
USA
Tel: +1 864-802-5526
Fax:+1 864-801-5526
Mail: kelly.dawsey@bmwmc.com
Web://www.bmwusfactory.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Wednesday, April 07, 2021 3:40 PM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Subject:** RE: Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super

...would need to create a draft version for tx-66 for my meeting tomorrow with PM, PZ,

EXHIBIT RB
Petrasch
12

Dawsey v. BMW
EXHIBIT
PLAINTIFF 27

TX and me....
....nothing final!

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Wednesday, April 7, 2021 3:38 PM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Subject:** Kelly - I would need 2 job descriptions - one is the Head of Recruiting and the other one would be Head of HR - ...but in a format so that I could add or change things. would be super

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

<BMW MC Vice President Human Resources Job Description.pdf>
<BMW MC Recruiting Manager Job Description.pdf>

**Cc:** Epps Corey, TX-61[Corey.Epps@bmwmc.com]
**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-10-07T10:24:26Z
**Importance:** Normal
**Subject:** Re: HR Compact
**Received:** 2023-03-01T23:10:41Z
image002.jpg
image006.jpg
image008.jpg
image012.jpg

Thank you Kelly - will give you a feedback after my meeting

Sent from my iPhone

On Oct 7, 2021, at 6:20 AM, Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com> wrote:

Christine/Corey,

Attached below are the links to the multiple HR Compact submittals that we made. The submittals were made on; 4/7/21, 4/19/21, and 4/29/21. Every version that followed the original version, we were forced to comply with the template provided and not to show the full picture of the scope of HR at BMW MC.

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal\LIST_21047_TX-6 Roll Up HR COMPACT Overview.xlsx

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal II\LIST_210419_Version 2_TX-6 Roll Up HR COMPACT Overview.xlsx

Y:\TS-6_VP\80_ManagerShared\TS-6 Management Workshops\2021\03-25-2021\HR Compact\Final Submittal III\LIST_210429_Version 3_TX-6 Roll Up HR COMPACT Overview.xlsx

There are a couple of things that I want to point out with regards to the Planning and Steering area:

1. I added on the "Headcount in the plant" tab on the first submittal, an explanation of the functions that are performed under the TX-60, "Planning and Steering" area and highlighted for her in red to call the attention to the functional difference from Germany, see below the screenshot from the first submittal.

| | |
|---|---|
| Lead plus Planning and Steering (inclu. Benefits, Compensation, Organization, Grading, Associate Wellbeing, AFHC) | *2 + 14 |

EXHIBIT
Petrasch (JB)
14

Dawsey v. BMW
EXHIBIT
PLAINTIFF 28

By the last submittal, she had told me that I could not submit it this way and that I needed to change the header back to the template version which is, "Lead+Planning and Steering. This change back to the header that only has one portion of the functional areas in the TX-60 area is misleading that all of the resources are focused on Planning & Steering.

| | |
|---|---|
| Lead+Planning and Steering | 16 |

2. Also on the original submittal, I had noted in the "Additional Tasks and Processes" section a number of topics that we manage that did not appear in the standard tasks in the top of the sheet. See below the screenshot from the original submittal.

| HR Category | Relevance | legal/certification | Process/Topic |
|---|---|---|---|
| Planning and Steering | national+international | | Data Analytics |
| Planning and Steering | national+international | | System administration, maintenance, support |
| | | legal/certification | Benefits Legal Document Review/Creation/Distribution |
| | | legal/certification | Benefits Administration (Annual Open Enrollment, Associate Question Benefit Changes, New Hire Onboarding, etc.) |
| | | | Vendor Management / RFP Administration |
| | | | Associate & Team Development |
| Recruiting+Marketing | international | | Welcome - Offer and onboarding |
| Global Assignments | international | | Expat Reporting |

By the last submittal, she told had told me that I could not have so many "additional tasks" as the Functional Area Experts had developed the templates with the tasks that the functional areas should be performing and it could not be that we had so many tasks in addition to what the experts had designated. See below the final submittal sheet for Planning and Steering, which did not include any additional tasks, which is not a true reflection of the TX-60 functional responsibility but fit the template, as per the request from the project leader.

**In case that tasks, processes or complexity drivers are missing, please add them here.**

| HR Category | Relevance | legal/certification | Process/Topic |
|---|---|---|---|
| | | | |

These are just a couple examples why this process is not an accurate measure of the work content of the Human Resources area at BMW MC. As I have communicated before, multiple times, we were forced to use a template that did not start as an accurate reflection of the HR work content and therefore, the outcome of the analysis is not an accurate reflection of the work content.

Kind regards,

Kelly

**BMW Manufacturing Co., LLC**
Kelly G. Dawsey, SHRM-SCP
Department Manager Planning, Steering, Compensation and Benefits, Grading
P.O. Box 11000
Spartanburg, SC 29304
USA
Tel: +1 864-802-5526
Fax:+1 864-801-5526
Mail: kelly.dawsey@bmwmc.com
Web://www.bmwusfactory.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

**BMW Manufacturing Co., LLC**
**Job Function Data Sheet**

| | | |
|---|---|---|
| **Position: 70000981** | **Revision Date: 10/24/2021** | **Approved JFDS** |
| **Job Title: Manager** | | |
| **Position Title: Manager HR Mgmt, Assoc Rel** | | |
| **Function Level: IV** | | |
| **Department Code: TX-61** | | |
| **Department Name: HR Management, Associate Relations** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the Domestic and International Associate Relations Teams and Recruiting teams with the Contingent Workforce and related Suppliers, and Human Resources Department. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities to include domestic and international Associate Relations, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages budget related to Domestic and International Associate Relations and Recruiting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages the recruiting processes for BMWMC and contract Associates.
Manages Portfolio process for Plant Spartanburg.

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 1 of 3

EXHIBIT (TJB)
Petrasch
15

CONFIDENTIAL

BMW MC 0003

Dawsey v. BMW
EXHIBIT
PLAINTIFF 29

Manages targot settings and realization for Domestic and International Associate Relations and Recruiting.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business Administration or related area.

**B) Experience**

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

**C) Training**

As applicable, per BMWMC training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg 90%
Off-site 10%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operates computers ("F").

Walking ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").

**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-03-03T20:38:45Z
**Importance:** Normal
**Subject:** Fwd: P&S TX-6
**Received:** 2021-03-03T20:38:45Z

Kelly - Germany is planning to replace Stephan with an expat!!!!

Sent from my iPhone

Begin forwarded message:

**From:** "Pekar Daniela, PM-62" <Daniela.Pekar@bmw.de>
**Date:** March 3, 2021 at 2:57:35 PM EST
**To:** "Petrasch Christine, TX-6" <Christine.Petrasch@bmwmc.com>
**Subject: P&S TX-6**

?Hallo Christine,

ich hoffe, es geht Dir gut! Wann bist Du eigene wieder zurück in DE?

Martin Starringer hat gefragt wegen der o.g. Stelle, die wieder mit Expat besetzt werden soll. Anna Sponsel sieht eine ihrer MA als geeignet. Mirjam Seitz ist Pot. FEIV und derzeit im ETZ. Nach dem Traineeprogramm war sie bei PM-31 und -30. Sie kehrt September in Vollzeit zurück, ggf. kann sie auch früher.

Bevor ich nun auf Mirjam zugehe: Kommt eine Pot. Kandidatin überhaupt in Frage, der man P&S zwar zutraut, die aber bisher noch nicht Erfahrung in einer regelrechten P&S Abteilung gesammelt hat? Sie war im HR Mgt. im Werk, wo man mehr Themen in der Hinsicht hat als in Zentralbereichen.

Viele Grüße

Daniela

EXHIBIT TLB
Petrasch

Dawsey v. BMW
EXHIBIT
PLAINTIFF 31

**To:** Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]; Burgmeier Eva, PM-62[Eva.Burgmeier@bmw.de]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-09-23T16:56:28Z
**Importance:** Normal
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx
**Received:** 2021-09-23T16:56:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Hallo Ihr beiden,

Anbei meine ueberarbeitete Variante – lasst mich wissen, ob das fuer Euch i.O. ist.
Aber bitte mit Planstand angeben und am Montag darauf hinweisen, dass die lokalen Gespraeche erst nach Bestaetigung von Eva stattfinden.

Und bitte absolut um Vertraulichkeit bitten – keiner meiner Mitarbeiter kennt hierzu einen Stand.
Gespraeche fuehre ich erst nach P Kreis ab naechster Woche.

Gruesse Christine

EXHIBIT TLB
Petrasch

Dawsey v. BMW
EXHIBIT
PLAINTIFF 37

4

# NACHFOLGEPLANUNG TX-60, TX-61.

**TX-6 (LL II)**

Besetzung durch AF

**TX-60 (LL III)**

- Eva Burgmeier
- Alexander Seefelder

→ Kelly Dawsey

**TX-61**

- Kelly Dawsey (TX-60)

Mittelfristig in NFPI für:
TX-71 (aktuell: Gene Ko)

→ Corey Epps

**TX-64**

- Corey Epps (TX-61)

kurzfristig Wechsel auf TX-64 (aktuell: Scott Medley)

in NFPI für:
TX-16 (akt. JT Tucker ggf. 2-3 Jahre vor Retirement)
TV-54 (akt. Bettina Rahmann/ Expat 12/23)

→ Scott Medley

**TX-6 HR project (2 Jahre)**

- Scott Medley (TX-64)

in NFPI für:
TV-54 Versorgungsbetriebe Amerika (akt. Bettina Rahmann, Expat 12/23)
PI-41 Immobilienbereitst./Region Amerika (Kevin McCraw)
PI-45 Sicherheit/Region Amerika (Todd Kreisher, 2-3 Jahre vor Retirement)



CONFIDENTIAL

# TX-6 HR PROJECT (2 YEARS WITH STARTING DATE 01/2022 ).

**BMW Manufacturing Co., LLC Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

## Responsibility

-Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal managing through volatility, uncertainty, complexity and ambiguity (VUCA).

-Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.

-Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free environment at BMW MC is maintained.

-Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements. Works as a consultant to all entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.

-Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

## Competence

-BA/BS degree in Business, Engineering or a 4 year applicable field of study.
-10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
-Leadership experience, preferably in an automotive manufacturing environment.
-Strategic, Operational planning and implementation skills.
-Project Management and implementation experience.
-Advanced communication skills addressing all levels of the organization.
-Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
-Excellent communication skills and ability to manage at all levels within BMW MC.
-Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

## Task

-Developing an updated BMW MC Issue Free strategy and operational program that ensures the maintenance of the union free environment.
-Conducts a gap analysis in all relevant topics (i.e. leadership, policies, legal compliance) to the updated strategy that serves as the basis for the creation of the action plan / Issue Free Strategy Roadmap.
-Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
-Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
-Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
-Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
-Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
-Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| | | | | | |
|---|---|---|---|---|---|
| **Creation Date** | 05/24/2021 | **Valid From** | To be confirmed | **Comments** | |
| **Creator** | Kelly | Dawsey | | TX-60 | |
| **Participant Business** | | | | | |
| **Reviewer** | Christine | Petrasch | | TX-6 | |

**To:** Hacker Karl, TG-6[Karl.Hacker@bmw.de]
**From:** Petrasch Christine, TX-6
**Sent:** 2022-01-04T11:49:22Z
**Importance:** Normal
**Subject:** Re: Karl - können wir auch 15 Uhr nachmittags machen? Oder 17.30 Uhr?
**Received:** 2023-03-01T23:10:27Z

Zunächst ne Auszeit - hat aber eine Firma und neuen Job bereits für später!

Wollte aber
Nicht nachbohren, da wir nur telefoniert haben! Muss nächste Woche nochmals mit ihr reden!

Sherry und Kelly klappt nicht! Hatte ich schon erwartet! … halt blöder Zeitpunkt, da Eva nicht mehr von jelly eingearbeitet werden kann!

Sent from my iPhone

> On Jan 4, 2022, at 11:33 AM, Hacker Karl, TG-6 <Karl.Hacker@bmw.de> wrote:
>
> Alles klar, wow, was macht sie?
>
> Von meinem iPhone gesendet
>
>> Am 04.01.2022 um 11:06 schrieb Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>:
>>
>> Alles klar lass uns das bitte so machen - Marlyn stellt uns einen Termin ein!
>>
>> Meine TX-60 Kelly Dawsey hat gestern gekündigt! So bin ich jeden Nachmittag mit USA beschäftigt und brauche die Vormittage privat
>>
>> Sent from my iPhone
>>
>>>> On Jan 4, 2022, at 10:40 AM, Hacker Karl, TG-6 <Karl.Hacker@bmw.de> wrote:
>>>
>>> Hallo Christine, das klappt leider nicht, ich muss einem Freund im Wald helfen und morgen ist kein Regen angesagt, am Abend sind wir zum Essen eingeladen. Wir können aber für die nächste Woche einen Skype-Call einstellen, da brennt jetzt nichts an.
>>>
>>> Viele Grüße, Karl
>>>
>>> Von meinem iPhone gesendet
>>>
>>>>> Am 04.01.2022 um 09:42 schrieb Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>:
>>>>
>>>>
>>>>
>>>> Sent from my iPhone

EXHIBIT 11B
Petrasch

Dawsey v. BMW
EXHIBIT
PLAINTIFF 39

[redacted]

**Von:** Petrasch Christine, TG-6
**Gesendet:** Mittwoch, 5. Januar 2022 16:46
**An:** Burghardt Barbara, PL
**Cc:** Koepnick Claudia, PL-1
**Betreff:** Kuendigung von Kelly Dawsey

Hallo Barbara,

Hier auch zu deiner Information – Kelly Dawsey hat gekuendigt und wird das Unternehmen verlassen (letzter Arbeitstag ist der 14.01. – 2 Wochen notice)

Robert, Sherry und ich sind gerade in Diskussion, wie wir hier weitermachen. In Kuerze:

Wir covern TX-60 – bis Eva on board ist – und Eva und ich werden naechste Woche viel Zeit nun mit Kelly und dem TX-60 Team planen.
(Eva ist kommt zu ihrem L&S trip)

Wir werden Scott so lange auf TX-64 haben, bis hier klar sind, wie wir hier weitermachen. (Damit verzoegern wir das Workforce Projekt von Scott etwas).

Fuer TX-64 gibt es 2 Moeglichkeiten, a) wir besetzten direkt nach und haben haetten ggf. die Gelegenheit unseren Externen Kandidaten [redacted] on board zu bekommen – oder b) wir packen nun TX-64 organisatorisch an und gehen in Richtung Masterstruktur (...damit wird dies sicher nur noch eine FE IV Funktion)

Ich halte Euch auf dem Laufenden – Gruesse Christine

.... Bin fuer Rueckfragen erreichbar.

Prinizipiell

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

EXHIBIT RB
Petrasch
5

Dawsey v. BMW
EXHIBIT
PLAINTIFF 41

# BMW Manufacturing Co., LLC
# Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70000966** | **Revision Date: 02/01/2022** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr Planning, Comp & Ben, Grading** | | |
| **Function Level: III** | | |
| **Department Code: TX-60** | | |
| **Department Name: Planning, Steering, Comp & Ben, Grading** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages and guides the Human Resources, Compensation & Organization, Benefits and Strategic Planning Associates toward the successful attainment of corporate strategic goals and objectives. Provides leadership in the deployment of Human Resource initiatives. Develops and implements Human Resources practices and programs consistent with, and in support of BMWMC's objectives, vision and mission.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Establishes and implements short-and long-range Human Resources strategies, objectives, guidelines, and standard operating procedures to help align the workforce with the strategic goals of the Company.
Monitors the administration of established standards and procedures to identify opportunities for improvement and resolves any discrepancies.
Builds credibility and effective working relationships with managers and associates; drives positive employee relations, including coaching of business partners.
Champions open communication throughout all departments of BMWMC.
Maintains current knowledge and understanding of regulations, industry trends, current practices, new developments, and applicable laws regarding Human Resources.
Plans, executes and indentifies key responsibilities and practices to ensure the Human Resources team promotes a successful attitude, leadership, confidence and teamwork to achieve business results.
Oversees and manages the performance of Compensation & Organization, Benefits and Strategic Planning Human Resources Associates. Encourages the ongoing development of the Human Resources staff.
Develops and monitors an annual budget to ensure a balance between control of costs and attracting and retaining Human Resource Associates.
Selects and supervises Human Resources consultants, attorneys, training specialists, and program coordinators in accordance with the use of insurance brokers, insurance carriers, pension administrators, and other outside sources.

EXHIBIT
Burgmeier
3

EXHIBIT
Dawsey
1-10-24 TLB
24

Printed Copies are uncontrolled

TX-60
DID-US-0024253
Revision 2
March 1, 2020
HRE290
Page 1 of 4



Dawsey v. BMW
EXHIBIT
PLAINTIFF 46

Leads company compliance with all existing governmental and labor legal and government reporting requirements. Maintains minimal company exposure to lawsuits.
Directs the preparation of information requested or required for compliance with laws. Approves all information submitted. Serves as the primary contact with the company law attorney and outside government agencies.
Designs, evaluates and modifies the policies to make sure that all the programs are competitive and in compliance with legal requirements.
Obtains cost effective, employee serving benefits; monitors national benefits environment for options and cost savings.
Supports the designs, evaluations and modifications of benefits policies to ensure that programs are current, competitive and in compliance with legal requirements. Recommends changes in benefits offered, especially new benefits aimed at employee satisfaction and retention.
Complies with all reporting requirements of all relevant government rules and regulations, including the Employee Retirement Income Security Act (ERISA).
Oversees the Compensation areas in regards to the company wage and salary structure, pay policies, and oversees the variable pay systems within the company including bonuses and raises.
Leads competitive market research to establish pay practices and pay bands that help to recruit and retain top talent staff. Oversees the program to prepare job descriptions and define job levels and families.
Contributes to the development of new compensation strategies through creative input combined with data analysis and a deep understanding of the company#s future challenges (bonus plans, market position, salary range design, and pay mix analysis).
Ensures that a culture of performance is rooted deep in the organization through the definition of guidelines related to performance assessment and their translation at the time of salary and bonus review.
Directs the preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies.
Supports the team in regard to the compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan.
Designs and implement guidelines that support the rapid growth and expansion of the organization.
Acts as a recognized subject matter expert, advising HR and business managers.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

A) Education

BA/BS degree in Human Resources, Business, Psychology, Organizational Development or in a related field of study.
Masters degree (preferred).

B) Experience

10+ years of progressive leadership experience in Human Resources position or related professional experience including 5+ years of supervisory experience.
Active affiliation with appropriate Human Resources networks, organizations and ongoing community involvement (preferred).
Possess ongoing affiliations with leaders in successful companies and organizations that practice effective Human Resources Management.

C) Training

Specialized training in employment law, compensation, organizational planning, organization development, benefit program designs (preferred).
Per applicable BMWMC training guidelines.

D) Licenses and/or Certifications

Professional certification - PHR/SPHR level (preferred).

E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.

5+ years evidence of the practice of a high level of confidentiality.
5+ years managerial competence including developing and mentoring staff.
3+ years of knowledge of personal computers, including SAP and Microsoft Office applications.
3+ years of knowledge of various employment laws and practices.
3+ years of knowledge of the administration of benefits, compensation programs and other Human Resources programs.
3+ years of communication skills, written and verbal, to effectively address all levels within the organization.
3+ years of organizational skills.
3+ years of knowledge of international HR programs.
3+ years of knowledge of recruiting, compensation, and working structures.

IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)

Plant Spartanburg office 80%
Plant Spartanburg production areas and/or travel 20%

V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").

Operate computers and telephone ("C").
Sits or stands for prolong periods of time ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in an open office environment ("C").
Wears personal protective equipment in required areas ("O").
Exposed to moving mechanical parts and vehicles ("O").

EXHIBIT Epps 10-17-23 TUB

TX-6 Screenshots from the HRIS System

Corey Epps




This record moved this position to FL III




BMW MC 000266

CONFIDENTIAL

Dawsev v. BMW
**EXHIBIT**
**PLAINTIFF 47**

# TX-6 Screenshots from the HRIS System

There don't seem to be differences between these two screens except percentage changed to 100.00 on the record dated 10/24/2021. Expert Career Path LL-IV (Leadership Level IV) implemented 12/1/2020.









CONFIDENTIAL

# TX-6 Screenshots from the HRIS System

I see no organizational differences between these two records. 9/27/2020 is the date he became a PG 10. 12/1/2019 is when Corey became head of TX-61 as a FL IV.



Name: Corey Lamar Epps
EE group: 1 Active — Hire Date: 06/12/2000
EE subgroup: 04 Exempt — Cost Center: 1209 Assoc Relations
Start: 09/27/2020 to 11/30/2020 — Chng: 09/18/2020 QTC0255

Enterprise structure
CoCode: MC10 BMW Manufacturing
Pers.area: TS01 BMW Spartanburg — Subarea: 0002 Overhead
Cost Ctr: 1209 Assoc Relations — Bus. Area:

Personnel structure
EE group: 1 Active — Payr.area: SL Salaried
EE subgroup: 04 Exempt — Contract:

Organizational plan
Percentage: 0.00
Position: 70000981 IV Sect Mgr HR Mgmt, Ass
Job key: 90000377 IV Section Manager
Exempt:
Org. Unit: 80000044 TX-61 HR Management, Associ
Org.key: 1209

Administrator
Time: 002 Karen Horton (Admin)



Name: Corey Lamar Epps
EE group: 1 Active — Hire Date: 06/12/2000
EE subgroup: 04 Exempt — Cost Center: 1209 Assoc Relations
Start: 12/01/2019 to 09/26/2020 — Chng: 12/19/2019 QTC6152

Enterprise structure
CoCode: MC10 BMW Manufacturing
Pers.area: TS01 BMW Spartanburg — Subarea: 0002 Overhead
Cost Ctr: 1209 Assoc Relations — Bus. Area:

Personnel structure
EE group: 1 Active — Payr.area: SL Salaried
EE subgroup: 04 Exempt — Contract:

Organizational plan
Percentage: 0.00
Position: 70000981 IV Sect Mgr HR Mgmt, Ass
Job key: 90000377 IV Section Manager
Exempt:
Org. Unit: 80000044 TX-61 HR Management, Associ
Org.key: 1209

Administrator
Time: 002 Karen Horton (Admin)

CONFIDENTIAL

BMW MC 000268

TX-6 Screenshots from the HRIS System

Last record for Corey before Scott moved to TX-64. Corey was reporting to Scott at this time.




BMW MC 000269

CONFIDENTIAL




EXHIBIT
tabbies
Epps Dep 2

PLAINTIFF'S EXHIBIT
48

CONFIDENTIAL

BMW MC 001191

# PERSONNEL DEVELOPMENT.
# SUCCESSION PLANNING (TX-6).

Potential · Change · International · W Watchlist






TX-6 VP
Christine Petrasch

Short Term Candidate Confirmed

Domestic

International

4- 5 Years in Function

BMW GROUP
Plant Spartanburg

**Date:** May 6, 2022

**To:** Eddy Bailey

**Associate #:** 3997

**Department:** TX-431

**RE: Promotion**

Your performance has been reviewed and in recognition of your contribution to BMW MC, we are pleased to communicate to you that you are being offered a new position as Manager TX-64, effective May 23, 2022. The details of the offer are outlined below.

**Current Classification:** LL-IV

**Current Title:** Manager Assembly

**Current Department:** TX-431

**Current Supervisor:** Alpay Uguz

**Current Annual Salary:** $136,092.58

**New Classification:** LL-IV, VP Direct Report

**New Title:** Manager Health, Safety, Food Services, Recruiting

**New Department:** TX-64

**New Supervisor:** Sherry McCraw

**New Annual Salary:** $143,000.00

Should you have questions or need additional information, please contact your manager or TX-61. Please sign below and return to Kathy Keiser.

Thank you for your contributions and your continued efforts.

____________________ Associate

__________ Date

____________________ Supervisor

__________ Date

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

Confidential

EXHIBIT
McCraw
4
1-23-24 TCB

Dawsey v. BMW
EXHIBIT
PLAINTIFF 49

**BMW GROUP**
Plant Spartanburg

**Date:** April 19, 2023

**To:** Neal Gilmore

**Department:** TX-7

**RE:** **Change in Position**

We are pleased to communicate to you that you are being offered a new position. The details are outlined below.

| | |
|---|---|
| **Current Classification:** Project Manager | **New Classification:** LL-IV |
| **Current Title:** Finance, Compliance Project Mgr | **New Title:** Manager Health, Safety, Food, Recruiting |
| **Current Department:** TX-7 | **New Department:** TX-64 |
| **Current Supervisor:** Markus List | **New Supervisor:** Sherry McCraw |
| **Current Personal Grade:** 9 | **New Personal Grade:** No Change |
| **Current Salary:** $181,637.55 | **New Salary:** $185,000.00 |

Should you have questions or need additional information, please contact your Manager or HR Business Developer Twana Scalise, TX-61.

Thank you for your contributions and your continued efforts.

____________________ __________
Associate Date

____________________ __________
Supervisor Date

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

CONFIDENTIAL

EXHIBIT
McCraw
5

Dawsey v. BMW
EXHIBIT
PLAINTIFF 50

ROLLS-ROYCE

EXHIBIT
3
12/6/23 [signature]
PENGAD 800-631-6989

# Portfolio 2022 (Global) for Eddy Bailey

## Associate Information

| | | | |
|---|---|---|---|
| First Name | Eddy | Last Name | Bailey |
| q-Number | qt19257 | Appraiser | Sherry McCraw |
| Personal Grade (local) | USA/A1/00/IV-09 | Functional Level (local) | Leadership Level IV (US_LLIV) |
| Short Code | TX-64 (21128109) | Personnel Sub-Area | Plant Spartanburg (US08US01) |
| Position Title | Manager Health, Safety, Food, Recruiting | | |

# FINAL PORTFOLIO RESULT

## Portfolio Pre-Dialogue

| | |
|---|---|
| Pre-Dialogue conducted | No |
| Date | |

## Process Partners

| | |
|---|---|
| Interviewed Process Partners (name, first name and department code) | Josh Buckley TX-43<br>Gabe Miller TX-10 |

## Change of Appraiser

Reason in case of deviation of the Appraiser from the Line Manager

## Overall Appraisal

**Target Achievement / Performance Results** 3 Fully Meets Requirements

**Attitude & Leadership Performance** 4 Exceeds Requirements

## Target Achievement / Performance Results



CONFIDENTIAL

Dawsey v. BMW
EXHIBIT
PLAINTIFF 52

| | |
|---|---|
| Appraiser's Comment | Met all targets with green result<br>Turned hiring and negative attrition into a positive for CWF<br>Put measurable KPIs in place to make business trends clear<br>Restructured team into a focused group for hiring, recruiting, safety and health<br>Took strong action to rebid the Cafeteria services, after the current company was underperforming<br>Drove contracts through daily meetings and improved performance expectations - Agile One, MAU, IK Hoffmann |

## Attitude & Leadership Performance

### LEADING BUSINESS & TRANSFORMATION

- BE CURIOUS AND LISTEN ACTIVELY
- SCAN ENVIRONMENT CONTINUOUSLY
- DERIVE THE VISION
- DETERMINE PROBLEM PRECISELY
- UNCOVER AND UNLOCK OPPORTUNITIES
- POSITION YOURSELF COURAGEOUSLY
- DEAL WITH CONTROVERSY
- TURN DATA INTO KNOWLEDGE
- IMPLEMENT FORCEFULLY

Here you can find further information about the LCM

#### Appraisal

4 Exceeds requirements

#### Comments

Clearly understands targets and transforms business for performance
Seeks new ideas to improve KPIs and help others succeed
Creative with all types of improvement - CPU, Safety, Hiring, Associate Improvements
Benchmarks and seeks ideas from other types of business to make BMW stronger
Transforms targets in lightning speed
Works for success of the whole over the benefit of the individual

### LEADING PEOPLE & COLLABORATION

- LEVERAGE EXPERTISE OF OTHERS
- COMMUNICATE OPENLY
- CREATE AN ENVIRONMENT FOR TOP PERFORMANCE
- LEVERAGE DIVERSITY
- ENSURE A CONNECTED APPROACH
- PUT COMPANY BEFORE INDIVIDUAL INTERESTS
- DEAL WITH CONFLICTS
- CREATE ENTHUSIASM
- GIVE FEEDBACK PROFESSIONALLY
- CHALLENGE AND ENCOURAGE

Here you can find further information about the LCM

#### Appraisal

3 Fully meets requirements

#### Comments

Excellent work for Internal Job Fairs to provide transparency for Associates on internal moves
Quickly implemented changes to CWF strategy to hire better recruits and support attrition

Worked closely with contractors IK Hoffmann and MAU to rebrand and seek new avenues for hiring - like community colleges, Vocational Schools, etc.
Restructured Team to better support hiring needs and put clear KPIs in place for measurement
Developed dashboards for quick data analysis and improved information flow

## LEADING YOURSELF & GROWTH MINDSET

- ACCEPT THAT CHANGE IS CONSTANT
- LEAD IN A PARADOX WORLD
- SELF-REFLECTION
- SEEK FEEDBACK
- MANAGE OWN ROLE
- BUILD A CULTURE TO LEARN FROM FAILURE
- SUPPORT GROWTH IN OTHERS
- PRACTICE LIFELONG LEARNING

**Here you can find further information about the LCM**

### Appraisal

4 Exceeds requirements

### Comments

Constantly seeks to find additional information, training to improve and to help with work
Enjoys work and finding successful solutions
Knowledgeable and creative
Great at problem solving
Loves to learn
Well-organized and super energetic
Action-oriented and ready to move progress forward
Has high expectations of others and always delivers his support to help
Dedicated to BMW, never stops working

## Change of Job

☐ Change of Job within next 12 months

☐ Change Job to a lower Target Level (EL/LL)

Recommended date

## International Candidate

Please review the Associate's geographical preferences here.

☐ International Candidate within next 12 months

Recommended date

## Candidate with Potential

For an identification of potential / Evaluation Day (invitation), please submit the completed recommendation form (GER / INT) to your responsible HR management prior to the portfolio round. The recommendation form must be available for discussion in the portfolio round. Please find more information about the new Management of Potential approach here (GER / INT)

Please find more information about the associate's Potential status: **(Potential Identification)** / **(Potential Status / Development)**

Proposed Potential

Proposed Target Level

## Candidate for Promotion

Propose for promotion

## Portfolio Feedback Dialogue

| | |
|---|---|
| Feedback Dialogue conducted | Yes |
| Date | 03/29/2023 |
| If not, specify why | |

## Personnel Development

The following development options are recommended

This document was issued electronically and is therefore valid without signature (note: local requirements may establish the need for signatures, please be informed by your local HR management). The document can be viewed on your myTMS Performance Inbox for one year and will be stored in the personnel file.

Signature Appraiser

Signature Associate



CONFIDENTIAL

myTMS People Profile / Succession Planning P-Circle

BE Burgmeier Eva, PM-62
To

Reply Reply All Forward ...
Wed 4/21/2021 7:34 AM

You forwarded this message on 6/21/2021 3:32 PM

Dear all,

the P-Circle will discuss succession planning next Monday based on myTMS.

Your myTMS People Profile will be an important information for the discussions. Especially in the overviews the employees pictures are shown.
Please make sure your myTMS **People Profile** contains all relevant information and you have a picture uploaded.

Thank you!




Best regards

Freundliche Grüße
Eva Burgmeier
---------------------------------------------------

**BMW Group**
Eva Burgmeier
Leitung Personalmanagement A-, P-Ressort,
Stiftungen, BKK, M-B, G-B
Dostlerstr. 3
80788 München

Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 63**

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 139 of 452

A subsidiary of BMW AG **BMW Manufacturing Corp.**

**VIA FEDERAL EXPRESS**

April 25, 1995

Ms. Kelly Dawsey
145 Sandstone Boulevard
Aiken, SC 29803

Dear Kelly:

This letter is to provide you with a ***conditional job offer*** of employment with BMW Manufacturing Corp. pending satisfactory results of the BMW Manufacturing Corp. pre-placement medical examination and substance abuse screen.

| | |
|---|---|
| Position: | Staff - Associate Relations |
| Compensation: | Annual salary $40,000.00 ($769.24 weekly). Salary will be reviewed annually. All hours worked over 8 hours per workday will be paid at your regular rate of pay (weekly salary divided by 40 hours). |
| Work Location: | Spartanburg, South Carolina. |
| Car Eligibility: | Per BMW Car Use Program |
| Vacation: | Five days vacation the first year of service reserved for July shutdown. You can borrow from your second year vacation at the rate of two hours per full month of service during the first year of service only. |
| Holidays: | 13 Holidays |
| Benefits: | You and dependent family members will be covered as outlined in the BMW Manufacturing Corp. benefits package. |

**Administrative Offices:**
1400 Hwy. 101 South
Greer, South Carolina 29651

**Mailing Address:**
P.O. Box 11000
Spartanburg, SC 29304-4100

**Telephone:**
803 968-6000

DEFENDANT'S EXHIBIT
1

BMW MC 000005

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 140 of 452



Enclosed with this letter is an informational package describing the pre-placement medical examination process. Also included is the date, time and location (map) of your examination.

After the results of your medical examination and substance abuse screen are evaluated, you will be contacted concerning confirmation of this ***conditional job offer*** and provided information on your start date.

This offer is in effect for five days upon receipt of this letter. Should you have any questions regarding this ***conditional job offer***, please contact Larry Staton. I hope you will accept our offer to join the BMW Manufacturing Team.

Very truly yours,

Susan Crocker

Susan E. Crocker
Vice President
Human Resources and
Associate Services

SEC:ws

Enclosures

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 141 of 452

MORSE & SAVAGE
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

# KELLY G. DAWSEY, SHRM-SCP

864-245-1207
kdawsey@charter.net

## Human Resources Manager

**Visionary HR leader known for engaging all levels of the organization towards critical business initiatives. Progressive, decisive, innovative and contributes bottom-line results by translating organization objectives into tangible results.**

**Key Strengths**

- Strategic Planning
- Effective Leadership
- Project Management
- Productivity Improvement
- Customer Relations
- HR Start-Up
- Budgeting / Forecasting Change Management
- Healthcare Medical Facilities Management
- Talent Development

Achievements include developing peak performing human resources programs & initiatives that support business strategy, productivity, and profitability. Expertise in all generalist HR areas including recruitment, HRIS, training/development, wage & salary program development and administration, benefits development andadministration, and talent development programs such as succession planning.

## Professional Certification and Education

Senior Professional in Human Resources (SHRM-SCP)
Clemson University, BS Administrative Management

## Current External Work

HR Board-Clemson University

DEFENDANT'S EXHIBIT 2

## Professional Experience

**Since February 2015 BMW Manufacturing Co., LLC Greer, SC**
**Manager HR Planning, Compensation & Benefits, Organization & Associate Wellbeing-Medical Facilities Management**

Manage the HR Planning department (6 functional areas, 15 employees) including Compensation, Benefits, Organization, HR Planning, the Associate Family Health Center and Wellbeing programs at BMW Plant Spartanburg.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 142 of 452



- **Compensation & Benefits:** Manage the multi-million-dollar **Total Rewards** program for Plant Spartanburg. Including the development of the strategic HR plan for future years, ensuring compliancewith US Legal requirements, while balancing Associate Satisfaction. Plan covers approx. 22,000 covered lives.
- **Organization:** Oversight and local **Organizational Development** with corporate guidelines and ensuring accuracy of implementation. Management of the organizational structure in **SAP**, including theinputs for **Job Grading**, as well as Associate placement within the structure. Compliance with US legal law, including Government Subcontractor **AAP** compliance.
- **HR Planning:** Management of the **Long- and Short-Range HR Planning** area ensuring accurate inputto long-range development evaluations with regards to topics that have HR impact. Manages the Integrated Management System **ISO Compliance, Target Development**, Reporting and **Budget** management.
- **Associate Family Health Center:** Management and oversight of the operational and future strategytopics for the Plant Spartanburg **On-Site Integrated Medical / Health Center.**
- **Wellbeing:** Manage the holistic **Wellbeing** programs offered to Associates and Family members.

**November 2011 – January 2015 BMW Manufacturing Co., LLC Greer, SC**

**Section Manager, Human Resources Operations**

Managed the HR Operations department (5 functional areas, 16 employees) including: management and accountability of the multi-million dollar bi-weekly payroll and time management functions for 5,000 plus employees.

- **Payroll & Time Management:** Accountable to the P&L for payroll financial activity through PayrollAdministration as well as the Payroll Accounting functions.
- **Corporate Compliance:** Ensured Corporate Compliance on HR Operations legal topics from I-9 administration to annual fiduciary audits as well as Internal Control process procedures because of Sarbanes Oxley compliance.
- **HR Associate Service Center:** Led the launch project of the HR Associate Service Center from planning, development, staffing, training, software as a service implementation, through go-live and stabilization. Contributed to the corporate bottom-line by bundling HR administrative tasks and creatingresource efficiency.
- **Human Resources Information System:** Manage the HR Modules of SAP. Manage the business system requirements changes as well as ensuring upgrades and future system changes were planned,tested, and implemented accurately without disruption to the business.
- **Project HRI (Human Resources International) Leader:** Managed the cross-functional BMW US entityproject in coordination with the parent company in Germany to implement standard HR processes and standard SAP HRIS functionality across the US.

**May 2000 – October 2011 BMW Manufacturing Co., LLC Greer, SC**
**Section Manager, Compensation & Organization**

Managed the strategic and operational compensation and organization functions (2 functional areas, 4 employees)

- **Compensation Management:** Developed and managed compensation programs by balancing thecompetitiveness of the packages with the fixed costs / bottom line results to BMW. Ensured compensation program compliance with federal and state laws and competitiveness for employee attraction, retention, and motivation.
- **Short-term and Long-range Structural & Financial Planning:** Conducted planning for compensationprograms including base pay and incentive bonus programs.
- **Senior Leadership Consultant:** Led BMW Senior Leaders in compensation and organization

MORSE & SAVAGE
DIRECT HIRE MASTERS

*Candidate Presented by* sherrill@morseandsavage.com 864.341.1108

initiativesincluding structure adjustment recommendations and implementation.

- **HR Data Integrity:** Ensured data integrity of compensation and organization data for BMW within SAP(HRIS System).

**September 1998 – April 2000** **BMW Manufacturing Co., LLC** **Greer, SC**
**Coordinator, Human Resources**
Managed the Employee Relations function for a department with 1,000 associates including exempt & nonexempt personnel. Supervised 2 employee relations representatives.

- HR consultant to line management from first line supervision to the department Vice President.
- Business Partner to the department management in performing salary and succession planning.
- Conflict resolution.
- Ensuring Human Resource compliance with ISO 9000 and 14000.

**June 1995- August 1998** **BMW Manufacturing Corporation** **Greer, SC**
**Employee Relations Representative** for 700 employees.

- Employee concern investigations/resolutions.
- Policy development & policy interpretation.
- Employee advocate and management resource.
- Plant Start-Up Team.

**June 1990- May 1995** **Westinghouse Savannah River Site** **Aiken, SC**
**Human Resources Manager, Human Resources Representative, Recruiter**



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 143 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 144 of 452




DEFENDANT'S EXHIBIT
3

Dawsey 0291

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 145 of 452

**BMW Group Wide HR Philosophy:**
Corporate success is driven by its Associates. It is Associates who will be the deciding success factor driving future competitiveness.

**BMW MC Plant Vision:**
To be the best customer driven plant.

To support this vision and HR philosophy, focus must be on the associates who will drive corporate success and help BMW to remain competitive.

These are just a few of the rewards that you will enjoy from the new Exempt Grading, Salary, Bonus and Benefits Structure being introduced at BMW MC. Through the new structure, your performance will be supported, strengthened and rewarded with the introduction of function levels, a determination based on associate function, and personal grades, a determination based on individual performance.



**Dear Associate,**

As Professor Milberg stated in a speech here at Plant Spartanburg, "we are in the midst of a very interesting time." While we strive to maintain our edge, the market place for our product continues to change, our competition continues to change, and for us to remain competitive, we have been changing as well. Compared with only a few years ago, we have grown in size, we have changed our culture to place more emphasis on individuality, we have matured, and we can proudly say that we have become a significant player in the BMW plant network. BMW is successful not just because it is committed to technical excellence, but also because it recognizes that people are one of the most important ingredients for business success.

Now, to meet the requests of our associates, the challenges ahead, and to more closely align with corporate systems, we are changing our exempt structure to be centered around the individual, to provide more growth opportunities, and to provide enhanced rewards for performance. **BMW's Personnel Strategy** provides a foundation for the structure we are adopting to enable everyone to make his or her contribution to the success of the business.

At the heart of BMW's approach to running the business is the goal of **becoming more efficient.** Efficiency can be increased in two ways—**improving performance and reducing costs.** Both sides of the equation are important, but BMW's long-term approach is to focus on improving performance, not just reducing costs.

The strategy is based on the assumption that people can only contribute to the success of the business if they:

- have the ability to perform
- have the willingness to perform
- have the opportunity to perform

To ensure that associates are able, willing, and have the opportunity to perform, our focus will be on:

- securing **associate potential** in the long term through human resource planning and development
- building **leadership and cooperation** through team and process oriented ways of working together
- deploying **personnel systems and structures** that enable and motivate associates to perform at their best

You have witnessed many changes over the last couple of years to personnel systems and structures, which support this strategy. For example, the bonus program is now linked to achievement of performance targets, and exempt associates now have an individual performance bonus element. Both changes were made to create personnel systems which motivate people to perform at their best. The goal of the new exempt structure is to provide rewards and recognition for associates who perform at high levels and take the initiative to learn, grow, and develop.

In the pages that follow, the new exempt structure will be revealed. I encourage you to read on to learn about this exciting change.

Sincerely,

Kathleen Wall

Kathleen Wall
VP Human Resources



Dawsey 0293

JA2199

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 146 of 452

## Why a New Structure?

Because it is your performance that drives our future competitiveness, we will continue to move toward a performance and reward system. With the new structure, there is not only a close link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job and receiving added benefits. This system increases our flexibility for rewarding associates and allows you increased career advancement opportunities.

## Foundations of the New BMW Exempt Structure

To promote personal initiative, achievement of targets, and personal performance, the new structure provides for separation of the grading of the job (Function Level) and the grading of the individual (Personal Grade). Also, the new structure defines two career paths: Supervisory/Management and Technical/Professional; each career path has job titles which are determined by function level and by which career path you have chosen.

## What is Function Level?

Within the new structure, a Function Level (FL) has been and will continue to be determined for each position. The function level of the position is based upon an evaluation of responsibility and accountability of the position and its overall role within BMW MC. BMW MC has placed its existing positions within seven function levels by benchmarking our positions with BMW AG, conducting interviews with associates and their supervisors, conducting job evaluations, and comparing functions within our plant. Each function level is identified by a roman numeral—I through VII and by a corresponding job title.

| | |
|---|---|
| **FL I** | Executive level responsibility for the plant. |
| **FL II** | Executive level responsibility for multiple departments and/or functional areas. |
| **FL III** | Management level responsibility for multiple functional areas and/or leads a single functional area with full operational responsibility. Typically manages multiple direct reports who have managerial responsibility. |
| **FL IV** | Manages one or several functional areas or works highly independently on very specialized tasks. |
| **FL V** | Performs work of a highly complex nature with limited supervision. Work typically requires advanced technical and/or specialized knowledge and skills. May supervise or coordinate activities of exempt associates. |
| **FL VI** | Performs work of an operational nature under general supervision. Work typically requires technical and/or specialized knowledge and skills. May supervise non-exempt associates. |
| **FL VII** | Performs work of a standardized nature under direct supervision. Generally follows established procedures. |



Dawsey 0294

JA2200

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 147 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 148 of 452

## What Do My Career Path Options Look Like?

| Function Level | *Supervisory/Management Career Path Titles | **Technical/Professional Career Path Titles |
|---|---|---|
| **FL I** | President | N/A |
| **FL II** | Vice President / General Manager | N/A |
| **FL III** | Department Manager | Advisor |
| **FL IV** | Section Manager | Lead Specialist |
| **FL V** | Assistant Manager | Senior Specialist |
| **FL VI** | Section Leader | Specialist |
| **FL VII** | N/A | Associate Specialist |

* You will be in the supervisory/management career path if you supervise associates or if you manage a function.
** The term "specialist" may be substituted with other terms meaningful to the department, i.e. Engineer, Analyst, Buyer, etc.

## What Will My Title Be?

As shown in the information above, job titles will be a generic classification based on function level and career path. Based on the area in which you work, you will also have a position title indicating the more specific description of the duties you perform.

For example, a function level IV within the Supervisory/Management Career Path in the Assembly X5 manufacturing area would be, Section Manager Assembly X5. A function level V within the Technical/Professional Career Path in the Analysis Center would be, Senior Engineer Analysis Center or Senior Engineering Specialist Analysis Center.

In the future, the position title will be the information that is used on business cards.

## How Do I Choose a Career Path?

As you determine your career path, remember that there are different skills and competencies that are required for each function level. Your professional goal may be to stay with one path or to cross over into a different career path; regardless of your decision, you must continue to develop your skills and build on them to prepare yourself for future opportunities. Below are the established guidelines for the education and experience level typically required for each function level. Specific requirements for each job may be higher or lower depending on the job.

| Supervisory/Management Career Path | | | | Technical/Professional Career Path | | | |
|---|---|---|---|---|---|---|---|
| **Function Level** | **Job Title** | **Typical Education/Experience** | ****Time in Function Level for In-Line Promotion** | **Function Level** | **Job Title** | **Typical Education/Experience** | ****Time in Function Level for In-Line Promotion** |
| II | General Manager | Senior Management Approval at this level | Senior Management Approval at this level | N/A | N/A | N/A | N/A |
| III | Department Manager | Senior Management Approval at this level | Senior Management Approval at this level | III | Advisor | Senior Management Approval at this level | Senior Management Approval at this level |
| IV | Section Manager | BA/BS Degree or *equivalent or assessment center recommendation + 6 years of related experience including 4 years of supervisory/project leadership experience | Minimum 2-4 years | IV | Lead Specialist | BA/BS Degree or *equivalent + 6 years of related experience including 4 years of project leadership experience | Minimum 2-4 years |
| V | Assistant Manager | BA/BS Degree or *equivalent or assessment center recommendation + 4 years of related experience including 2 years of supervisory/project leadership experience | Minimum 2-4 years | V | Senior Specialist | BA/BS Degree or *equivalent + 4 years of related experience | Minimum 2-4 years |
| VI | Section Leader | AS Degree or *equivalent or assessment center recommendation + 1 year of related experience including supervisory/project or team leadership experience | Minimum 2-4 years | VI | Specialist | AS Degree or *equivalent + 1 year of related experience | Minimum 2-4 years |
| VII | N/A | N/A | N/A | VII | Associate Specialist | AS Degree or * equivalent | 1 year |

* 1 year of related experience per one year of education for equivalency calculation
** Activity outside of the established guideline requires Organization Review Committee (ORC) approval

## What Is Personal Grade?

Within the new structure, a personal grade has been and will continue to be determined for each exempt associate. The personal grade of the associate is based upon the associate's performance within their position, the performance being assessed using the Portfolio process. For example: an associate who exceeds the requirements of the position and has shown sustained high performance may be at a higher personal grade than an associate who doesn't fully meet the requirements of the same position or is new to the position. Each associate has been assigned a personal grade based on their history of portfolio/performance assessment scores and their function level. Each personal grade is identified by a number—2 through 15.

It is the personal grade that determines salary, bonus and benefits; therefore, it is your performance that determines your reward. For salary calculation purposes, a market value will be determined based on function level and movement toward or above the market value will be determined by your personal grade.

In the future, it will be determined through the Portfolio process if and when your Personal Grade (PG) should change.

## What Does the New Structure Look Like?

| Supervisory/Management Career Path | Technical/Professional Career Path | Function Level | *Personal Grade |
|---|---|---|---|
| President | N/A | I | 15 |
| | | | 14 |
| VP / General Manager | N/A | II | 13 |
| | | | 12 |
| Department Manager | Advisor | III | 11 |
| | | | 10 |
| Section Manager | Lead Specialist | IV | 9 |
| | | | 8 |
| Assistant Manager | Senior Specialist | V | 7 |
| | | | 6 |
| Section Leader | Specialist | VI | 5 |
| | | | 4 |
| N/A | Associate Specialist | VII | 3 |
| | | | 2 |

* Lower entry level personal grades may be assigned when associates are new to their position.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 151 of 452

## What does the new structure look like in comparison to the previous structure?

| Previous Structure | New Structure Function Level (FL) | New Structure Personal Grade (PG) Range as of August 27, 2001 |
|---|---|---|
| President | I | |
| Vice President | II | Requires Additional Approval |
| | III | 9, 10, 11, 12 |
| Manager | | |
| | IV | 7, 8, 9, 10 |
| Coordinator | V | 5, 6, 7, 8 |
| | VI | 4, 5, 6, 7 |
| Staff | | |
| | VII | 2, 3, 4, 5 |



In this comparison, you can see that the new structure allows for increased promotional opportunities as well as the option to broaden your knowledge base through movement within function levels.

The new structure will allow BMW MC to focus more on the individual performance level of associates not only through promotions in jobs and between jobs but also by recognizing those performing at higher levels and taking on added responsibilities within their existing function.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 152 of 452

## How will these changes affect me?

**Promotions:** Promotions will be obtained through changes in function level as well as changes in personal grade. Beginning this year, your performance will be assessed in comparison with others in the same personal grade and function level. Sustained excellent performance over several years may then lead to a promotion to a higher personal grade following the process below:

- Your manager proposes the promotion during the portfolio round and your performance score supports a promotion.
- The portfolio round members and Human Resources agree to the promotion proposal.
- Relevant customers verify the portfolio round recommendation.
- The Organization Review Committee approves the proposal at the time of the promotion.

Changes in function level may occur following the process below:

- The job function changes as responsibilities increase and are documented on a revised Job Function Data Sheet.
- The manager of the function requests that the job be evaluated.
- Human Resources conducts an evaluation of the job and verifies the appropriate function level.
- You meet the requirements for the new function level as outlined.
- The Organization Review Committee approves the proposal at the time of the function level change.

**Salary Structure:** With the introduction of the new structure, new salary guidelines will be introduced. There will not be any formal salary bands corresponding to job title; instead the salary structure will be based on the competitive market values of the positions allowing the high performers and higher personal grades to obtain pay at a level above the competitive market value of the position. Salary changes could occur with an increase in personal grade or with changes in your function level depending upon where you are against market value for the position.

**Benefits:** Benefits will be linked to your personal grade not your function level. The following summarizes the benefit levels based on personal grade.

| Personal Grade | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 | 4 | 3 | 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Overtime Eligibility | | | | | | | * | * | * | * | * |
| Vehicles | **540 +Lease** | **540 +Lease** | **525 +Lease** | **330** | 325 | 325 | Lease | Lease | Lease | Lease | Lease |
| Life Insurance | **3x Annual Salary** | **3x Annual Salary** | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary | 2x Annual Salary |
| Plant Bonus | Plant Bonus element remains 1/2 of the non-exempt bonus percentage result. | | | | | | | | | | |
| Individual Bonus | **Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on your performance level assessed in the portfolio round.** | | | | | | | | | | |

Changes from previous structure are indicated in bold.
* If applicable.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 153 of 452

## When will these changes be effective?

**Promotions and Salary Changes:** Promotions and changes in salary as a result of the implementation of this new structure will be effective on August 27, 2001. The salary changes will be reflective in your paycheck on September 7, 2001. Changes as a result of the implementation of the new structure will not affect your ability to move through the Job Opportunity System.

The majority of associates will not receive monetary increases as a result of the implementation of the new structure. The new structure is designed to allow for future increases in salary based on individual performance.

**Title Changes:** The new title structure will be effective on August 27, 2001. On this date, all titles will be changed in SAP Human Resources to reflect the titles presented in this brochure.

**Benefit Changes:** All benefit changes will be effective on August 27, 2001.

If your personal grade assignment in the new structure is lower than the benefit level that you have today, you will continue to receive the same benefit level that you are currently receiving. If based on your new personal grade, your benefit level is higher than the benefit level that you have today, you will receive the higher benefit effective August 27, 2001. If you have a pending vehicle order, you will be able to change your order to the higher benefit level providing your order has not been filled or locked out in the Vehicle Ordering System. If you have been assigned a vehicle, you can change your vehicle with your next order.

**Bonus Change:** Effective date of the bonus change is January 1, 2001, to be paid in February 2002.

**Portfolio Round Change:** In the Portfolio Round discussions to be held in October 2001, your performance will be assessed compared to other associates with the same personal grade and function level.

**Signature Authority:** Signature Authority will be tied to function level. It will be delegated by the Vice President, as needed, using the following guidelines:

| | |
|---|---|
| Function Level V | $5,000 |
| Function Level IV | $5,000 or $50,000 (depending on the necessity of the function) |
| Function Level III | $50,000 |

## Conclusion

One of the core points of our new exempt structure is "performance and reward." The new structure enables BMW MC to strengthen that link to ensure that performance and reward will be closely aligned. Now there is not only a closer link between pay and performance but also the possibility of being rewarded for outstanding performance by being promoted while doing the same job function or by being promoted to a different job function. To quote again Professor Milberg, "we see our associates not as a cost factor, but rather as a factor crucial to success. It is our task as a successful enterprise to provide the necessary foundation for this philosophy." These exciting changes to our structure bring BMW MC one step closer to this philosophy.



Dawsey 0301



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 154 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 155 of 452




BMW
Manufacturing Corp.
Human Resources

The Ultimate
Driving Machine

August 2001




DEFENDANT'S EXHIBIT
4
tabbies'

# PERSONNEL DEVELOPMENT. POTENTIAL CANDIDATES (FL II).

CONFIDENTIAL

Domestic | International

**FL II Validated Candidates**



G11
TX-2
Chad Johnson
FL III
Validated June 2018

**FL II Watch List - Confirmed June 2021**



G11
TX-4
Kavit Antani
FL III
(TX-44 Effective 6/2020)

# PERSONNEL DEVELOPMENT. POTENTIAL CANDIDATES (FL III).

CONFIDENTIAL

Domestic | International

## Validated Candidates (2019)

Planned for TX-12



G09 TX-12
Julia Fuchs
FL IV



G09 TX-25
Harry Dickson
FL IV

Planned for AJ-NA



G09 AJ-NA
Seann
Tzouvelekas
FL IV

Moved to TX-40 July 2021



G09 TX-40
Renita Williams
Fl IV

## Validated Candidates(2020)

TX-10 as of April 2021



G09 TX-10
Christoph Heise
FL III

Moved to TX-15 June 2021



G09 TX-15
Jan Collins
FL IV

## Validated Candidates(2021)

Planned for TX-10



G09 TX-10
Gabe Miller
FL IV

TX-45 July 2021



G09 TX-45
Josh Buckley
FL III

JA2211

# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (TX-1).



TX-1 VP
Jeff Gaudiano

Potential Next Steps Defined for Current Incumbent

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | End Date: 08/31/2022 | | End Date: Q2/2022 | | | | End Date: Q1 2023 | Planned for TX-14 |
|  |  |  |  |  |  |  |  |  |
| In position since 4/2021 | In position since 2/2021 | In position since 4/2011 | In position since 9/2017 | In position since 6/2021 | In position since 12/2002 | In position since 8/2017 | In position since 1/2021 | In position since 1/2019 |
| G09 TX-1-S Allen Godsey FL IV | G09 TX-10/17 Christoph Heise FL III | G11 TX-12 Alfred Haas FL III | G11 TX-14 Guenter Thumser FL III | G09 TX-15 Jan Collins FL IV | G11 TX-16 Jay Tee Tucker FL III | G09 TX-18 Gerardo Modestti FL IV | G11 TV-54 Bettina Rahmann FL III | G11 TX-1 Chad Cabaniss |
| Joe Ziska TX-60 | Gabe Miller TX-12 | Julia Fuchs TX-12 | Chad Cabaniss TX-1 | | Corey Epps TX-61 | Mike Klaiber TX-12 | Corey Epps TX-61 | Project End Date: Q4 2022 |
| Hallie Stidham TX-16 | Chad Cabaniss TX-1 | Stephan Geiss Expat | Julia Fuchs TX-12 | | Margret Jung TX-16 | | Scott Medley TX-64 | |
| Daniel Belbey Expat | Allen Godsey TX-12 | Jerry Willard MN-30 | Martin Fraunberger TV-26 | | | | Margret Jung TX-16 | |
| Angus Cruicshank TX-2 | | | | | | | | |

Short Term Candidate Confirmed

4- 5 Years in Function

International

Domestic

# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (TX-2).



# PERSONNEL DEVELOPMENT.
# SUCCESSION PLANNING(TX-3).



TX-3 VP
Rich Everly

| | | | | | | |
|---|---|---|---|---|---|---|
| Potential Next Steps Defined for Current Incumbent | TX-3 Production | TX-21, TX-31, TX-41 | | | TX-3 Maintenance | TX-3 Production |
| Current Incumbent |  Capable for all TX-3 DR function |  |  |  |  |  Capable for all TX-3 DR functions |
| | In position | In position since | In position since | In position since | In position | In position since |
| | G09 TX-30 Natalie Belk FL IV | G11 TX-31 Trung Phan FL III | G09 TX-33 Tony Belue FL IV | G11 TX-34 Scott Gregory FL III | G08 TX-36 Julian Plascenia FL IV | G11 TX-39 Walt Gregory FL III |
| Potential Successors | Katie Holiday TX-30 | Curtis Pray TX-310 | Lisa Wine TX-33 | Walt Gregory TX-39 | Henry Fulmer TX-344 | Schafi Afzali TP-3 |
| | Emmy Matson TX-30 | Tony Owens TX-31 | John Braswell TX-33 | External Candidate (Jody Kerns) | Scott Massey TX-342 | Trung Phan TX-31 |
| | Lisa Wine TX-33 | Julian Plascenia TX-36 | Birgit Moore TX-39 | Natalie Belk TX-30 | Shamus Cronin TX-56 | Birgit Moore TX-39 |

**Future Needs:**
- Localization for Schafi Afzali

**Strategic Development:**
- TX-31
- TX-33
- TX-34

Short Term Candidate Confirmed

4- 5 Years in

International

Domestic

# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (TX-4).






TX-4 VP
Sherry McCraw

Short Term Candidate Confirmed

4- 5 Years in

International

Domestic

JA2215

# PERSONNEL DEVELOPMENT.
# SUCCESSION PLANNING (TX-5).






JA2216

# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (TX-6).

Change Candidate






TX-6 VP
Christine Petrasch

Added Potential Candidate June

Short Term Candidate Confirmed

4- 5 Years in

International

Domestic

# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (TX-7).



# PERSONNEL DEVELOPMENT. SUCCESSION PLANNING (MN).



# PERSONNEL DEVELOPMENT.
# SUCCESSION PLANNING (PI-4).






PI-4 VP
Manfred Pernitsch

Added Potential Candidate June

Short Term Candidate Confirmed

4- 5 Years in

International

Domestic

JA2221

# TX-6 Organizational overview - New structure SINCE 12/2019.

**TX-6**
Human Resources

Christine Petrasch

**TX-60**
HR Planning, Steering

Kelly Dawsey

- -HR Planning, Steering
- -Compensation & Organization
- -Benefits (Active/Retiree)
- -Associate Family Health Center
- -Associate Wellbeing
- -OFCCP Compliance

**TX-61**
HR Management, Employee Relations

Corey Epps

- -HR Business Developer
- -Employee Relations/Associate Engagement
- -Performance Management
- -Talent Management/Succession Planning

**TX-62**
HR Services

Michelle Keith

- -HR Service Center
- -Domestic & International Payroll & Payroll Accounting
- -Time Management
- -HRIS
- -HR VPS Management
- -HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro

Scott Medley

- -Domestic & International Recruiting
- -International Associate Relations
- -Occupational Health Management
- -Occupational Safety Management
- -Food Services

**TX-65**
Talent Programs, Training

Paul Sinanian

- -Leadership & Professional Development
- -Technical Training & Development
- -Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)



DEFENDANT'S EXHIBIT 5
tabbies'

# TX-60 – PLANNING, STEERING, COMPENSATION AND BENEFITS, GRADING.



## HR Planning & Steering

**Plant Core Headcount Steering , Planning & Reporting**

**HR Reporting**

**Strategic Workforce Planning**

**Planning and Steering of the TX-6 Department:**

- Budget / Headcount / Invest / Target Management
- Audit-, Risk-, Quality-Management / Cre8
- Labor Cost / Dynaplan / Sustainability Report
- Associate Survey / UA/BA Evaluations / KapFlex / HR Projects.



## Compensation & Organization

**Overall steering of:**

- Compensation Programs which balances internal equity and market competitiveness by performing salary surveys
- Annual salary & bonus planning
- Personal Grades promotions
- Job Evaluation (Grading)
  - Organizational Development and Structural Implementation in MCP SAP
  - Reporting for OFCCP Compliance.

TX-60



## Benefits

**Plant Spartanburg offers a range of benefits to the Associates which are designed to make their work and life balanced (Active & Retiree):**

- Health & Welfare (BMW Self Insured Health Plan)
- Pension / 401K
- Voluntary Benefits (Life Insurance, Legal Assistance, etc.)
- Associate Assistance Program
- Education Assistance.



## Associate Family Health Center

**The Associate Family Health Center, is a private medical office located at the BMW Manufacturing campus.**

The facility is owned by BMW and managed by Premise Health, a contract medical company, to provide health services to associates and their families this includes Medical / Dental / Vision / Prescription Drug (on-site pharmacy) and Preventive Care.

**Key Statistics:**

– Approx. 22,000 eligible population / approx. 100,000 Pharmacy Prescriptions annually.

– 98% patient satisfaction / Number of Premise Health Associates: 60.

# ASSOCIATE FAMILY HEALTH CENTER OVERVIEW.

**The AFHC has been open for operation since January 8, 2013 and is an accredited Patient Centered Medical Home which features several different lines of service. Associates and their families save approximately 25% of the cost of community providers. The AFHC experiences approximately 31,000 annual visits.**

**Primary Care** - which includes Wellness Coaching and Physical Therapy

- 19,000 visits to Primary Care annually with 5,500 unique patients
- Wellness Coaching covers the following conditions – hyperlipidemia, hypertension, smoking, asthma, nutrition, and weight management
- 7,000 encounters in Physical Therapy annually

**Pharmacy**

- 100,000 scripts filled annually
- Realizes a Generic Dispensing Rate of 85%
- Manages the diabetes condition management program with over 350 patients. A1C outcomes are always well over the 75th percentile of HEDIS measures
- Clinical Pharmacist manages the Transitions of Care program

**Dental**

- 7,000 provider visits annually

**Vision**

- 5,000 provider visits annually

# TX-60. PLANNING, STEERING, COMPENSATION AND BENEFITS, GRADING.




**MAIN FUNCTIONS.**

- Health, Welfare & Retirement Benefits Development, Planning and Compliance
- Human Resources Planning
- Compensation Program / Plan Development and Administration
- Organization Governance
- Associate Family Health Center Management and Optimization
- Off Work Health and Wellbeing Initiative & Program Management
- Government Subcontractor Compliance Governance
- Zero Defect Supply Chain Project

P:\60_HR\01_HR_Planning\01_Admin\0106_Documentation\Team Board\TX-60 Organization Chart

December 2021

# PLANT10 INDIRECT CORE HC AS OF 09/2020.
# SPLIT IN TX / NON-TX AND TX PER FUNCTION CATEGORY.

**MC CORE INDIRECT HC**

| | Actual 09/2020 |
|---|---|
| TX | 1,486 |
| Non-TX | 993 |
| W05 | 182 |
| TX-5-R | 38 |
| E(TX-54) | 6 |
| CA(TX-18) | 12 |
| A(AJ/AK/AQ/AZ) | 25 |
| C4 | 81 |
| FG-AM | 164 |
| MN | 151 |
| P | 77 |
| TV | 175 |
| TP | 82 |
| Total | 2,479 |

**Split total Spartanburg Population in TX and Non-TX (Total 2,479)**

TX
(60% - 1,486 HC)

Non-TX
(40% - 993 HC)

**Non-TX Departments:**
TI (W05)
TV
TP
TX-5-R
A (AJ / AK / AQ / AZ)
C4
CA (TX-18)
E (TX-54)
FG-AM
MN
P (PI / PZ)

Split in Function Categories

**TX CORE INDIRECT HC**

| | Actual 09/2020 |
|---|---|
| TX | 1,486 |
| TX | 3 |
| TX-1 | 146 |
| TX-2 | 522 |
| TX-3 | 208 |
| TX-4 | 403 |
| TX-5 | 43 |
| TX-6 | 85 |
| TX-7 | 49 |
| Talent Management | 27 |

**Split in production and non-production related functions (w/o Talent Management)**

HC directly linked to Volume
(60% - 874 HC)

| | |
|---|---|
| 17% (243) | Section Leaders Production |
| 43% (631) | Shift related ESA (Maintenance) and Section Leader Maintenance |

Fixed HC
(40% - 585 HC)

| | |
|---|---|
| 9% (125) | Cross Technology |
| 8% (110) | Management Functions |
| 4% (65) | Planning Functions |
| 20% (285) | Support Functions |

JA2225

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 173 of 452

# BMW Manufacturing

**Date:** December 17, 2014

**To:** Kelly Dawsey

**Associate #:** 934

**Department:** TS-62

**RE:** Promotion

Your performance has been reviewed and in recognition of your contribution to BMW MC, we are pleased to communicate to you that you are being offered a new position as Department Manager, effective February 1, 2015. The details of the offer are outlined below.

**Current Function Level:** IV DR

**Current Title:** Section Manager HR Operations

**Current Department:** TS-62

**Current Personal Grade:** 9

**Current Annual Salary:** $141,225.00

**New Function Level:** FL III

**New Title:** Dept Mgr HR Planning

**New Department:** TS-60

**New Personal Grade:** No Change

**New Annual Salary:** $148,300.00

If you accept the offer as presented, please sign below and return this letter to Kathy Keiser, TS-60.

Congratulations and thank you for your continued efforts.

✓ I accept the offer as presented.

___ I regretfully decline the offer as presented.

[signature]
Associate

1/5/15
Date

[signature]
Manager

19/12/14
Date

Company
BMW Manufacturing Co., LLC
BMW Group Company

Mailing address
PO Box 11000
Spartanburg, SC
29304-4100

Office address
1400 Highway 101 South
Greer, SC 29651

Telephone
864-989-6000

Internet
www.bmwusfactory.com

DEFENDANT'S EXHIBIT
6

Dawsey 0104

**BMW GROUP**
Plant Spartanburg

**Date:** September 22, 2015

**To:** Kelly Dawsey

**Associate #:** 934

**Department:** TS-60

**RE: Personal Grade Promotion**

As a result of your performance, it is with great pleasure the following personal grade promotion is communicated. The changes are detailed below and are effective October 4, 2015.

**Current Personal Grade:** 9 **New Personal Grade:** 10

**Current Annual Salary:** $153,490.50 **New Annual Salary:** $162,000.00

| PERSONAL GRADE | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 |
|---|---|---|---|---|---|---|---|---|
| VEHICLES | According to BMW Vehicle Administration Policy | | | | | | | |
| LIFE INS. | 2x | 2x | 2x | 2x | 2x | 2x | 2x | 2x |
| Plant Bonus | Plant Bonus element remains at 1/2 of the non-exempt bonus percentage result. | | | | | | | |
| Individual Bonus | Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on performance level assessed in the portfolio round. | | | | | | | |
| Individual Bonus Multiplier | 4.00 | 3.25 | 2.85 | 2.40 | 2.00 | 1.80 | 1.60 | 1.45 |

Congratulations and thank you for your continued efforts.

Associate — Date: 9/23/15

Supervisor — Date: 09/22/15

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 175 of 452

**BMW GROUP**
Plant Spartanburg

**Date:** March 18, 2016

**To:** Kelly Dawsey

**Associate #:** 934

**Department:** TS-60

**RE: Salary Pay Statement**

As a result of your 2015 performance, it is with great pleasure the following increase to your base salary is communicated and is effective March 20, 2016.

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | $ | 162,000.02 |
| **New Annualized Base Salary:** | $ | 167,670.02 |

The new base salary will be reflected in your **April 01, 2016**, pay statement.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802 6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 176 of 452

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | May 25, 2016 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TS-60 |

**RE: Bonus Statement**

To reward the 2015 BMW Group and BMW Manufacturing performance, as well as your individual contribution, it is with great pleasure the following bonus is communicated.

| | | |
|---|---|---|
| **Plant Bonus:** | $ | 9,214.57 |
| **Individual Bonus:** | $ | 31,261.53 |
| **Total Bonus:** | $ | 40,476.10 |

The bonus payment will be paid on **June 03, 2016.**

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802 6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 177 of 452

**BMW GROUP**
Plant Spartanburg

**Date:** March 20, 2017

**To:** Kelly Dawsey

**Associate #:** 934

**Department:** TS-60

**RE: Salary Pay Statement**

As a result of your 2016 performance, it is with great pleasure the following personal grade promotion and increase to your base salary is communicated and is effective April 02, 2017.

**Current Personal Grade:** 10
**New Personal Grade:** 11

**Current Annualized Base Salary:** $ 167,670.02
**New Annualized Base Salary:** $ 178,000.00

The summary of benefit changes by personal grade is below.

| PERSONAL GRADE | 12 | 11 | 10 | 9 | 8 | 7 | 6 | 5 |
|---|---|---|---|---|---|---|---|---|
| VEHICLES | According to BMW Vehicle Administration Policy | | | | | | | |
| LIFE INS. | 2x | 2x | 2x | 2x | 2x | 2x | 2x | 2x |
| Plant Bonus | Plant Bonus element remains at 1/2 of the non-exempt bonus percentage result. | | | | | | | |
| Individual Bonus | Individual bonus target percentages increase with personal grade. Individual bonus payments are not guaranteed and are based on performance level assessed in the portfolio round. | | | | | | | |
| Individual Bonus Multiplier | 4.00 | 3.25 | 2.85 | 2.40 | 2.00 | 1.80 | 1.60 | 1.45 |

Associates who have a personal grade of 9 and above are also eligible for a monthly gas allotment payment of $130.00 per month. This gas allotment will be paid on the first pay date that falls within a given calendar month.

The gas allotment and new base salary will be reflected in your **April 14, 2017** pay statement.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 178 of 452

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | May 26, 2017 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TS-60 |

**RE: Bonus Statement**

To reward the 2016 BMW Group and BMW Manufacturing performance, as well as your individual contribution, it is with great pleasure the following bonus is communicated.

| | | |
|---|---|---|
| **Plant Bonus:** | $ | 10,813.51 |
| **Individual Bonus:** | $ | 30,818.49 |
| **Total Bonus:** | $ | 41,632.00 |

The bonus payment will be paid on **June 02, 2017.**

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 179 of 452

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | March 02, 2018 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TS-60 |

**RE: Salary and Bonus Pay Statement**

As a result of your 2017 performance, it is with great pleasure the following increase to your base salary is communicated and is effective April 01, 2018.

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | $ | 178,000.00 |
| **New Annualized Base Salary:** | $ | 183,500.00 |

To reward the 2017 BMW Manufacturing performance, as well as your individual contribution, a bonus has been granted as outlined below.

| | | |
|---|---|---|
| **Plant Bonus:** | $ | 9,637.03 |
| **Individual Bonus:** | $ | 31,320.36 |
| **Total Bonus:** | $ | 40,957.39 |

The bonus will be paid on **Friday, March 09, 2018.** The new base salary will be reflected in your April 13, 2018, pay statement.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC 29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 180 of 452

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | March 08, 2019 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TS-60 |

**RE: Salary and Bonus Pay Statement**

As a result of your **2018** performance, it is with great pleasure the following increase to your base salary is communicated and is effective **March 31, 2019.**

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | $ | 183,500.00 |
| **New Annualized Base Salary:** | $ | 189,831.00 |

To reward the **2018** BMW Manufacturing performance, as well as your individual contribution, a bonus has been granted as outlined below.

| | | |
|---|---|---|
| **Plant Bonus:** | $ | 8,190.86 |
| **Individual Bonus:** | $ | 31,109.14 |
| **Total Bonus:** | $ | 39,300.00 |

The bonus will be paid on **Friday, April 05, 2019.** The new base salary will be reflected in your **April 12, 2019,** pay statement.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co., LLC
BMW Group Company

**Mailing address**
PO Box 11000
Spartanburg, SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864 802-6000

**Internet**
www.bmwusfactory.com

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | March 20, 2020 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TX-60 |

**RE: Compensation Change Statement**

It is with great pleasure the following increase to your base salary is communicated and effective **September 27, 2020.** The new base salary will be reflected in your **October 09, 2020** pay statement.

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | **$** | **189,831.00** |
| **New Annualized Base Salary:** | **$** | **196,500.00** |

To reward the **2019** BMW Manufacturing's performance, as well as your individual contribution, a bonus has been granted as outlined below.

| | | |
|---|---|---|
| **Plant Bonus:** | **$** | **9,406.32** |
| **Individual Bonus:** | **$** | **30,570.55** |
| **Total Bonus:** | **$** | **39,976.87** |

The bonus will be paid on **Friday, April 03, 2020.**

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co. LLC
BMW Group Company

**Mailing Address**
PO Box 11000
Spartanburg,SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864-802-6000

**Internet**
www.bmwusfactory.com

**BMW GROUP**
Plant Spartanburg

| | |
|---|---|
| **Date:** | March 20, 2021 |
| **To:** | Kelly Dawsey |
| **Associate #:** | 934 |
| **Department:** | TX-60 |

**RE: Compensation Change Statement**

It is with great pleasure the following increase to your base salary is communicated and effective **July 04, 2021**. The new base salary will be reflected in your **July 16, 2021** pay statement.

| | | |
|---|---|---|
| **Current Annualized Base Salary:** | **$** | **196,500.00** |
| **New Annualized Base Salary:** | **$** | **202,450.00** |

To reward the **2020** BMW Manufacturing's performance, as well as your individual contribution, a bonus has been granted as outlined below. In recognition of your accomplishments, an additional high performer bonus has been awarded.

| | | |
|---|---|---|
| **Plant Bonus:** | **$** | **8,611.65** |
| **Individual Bonus:** | **$** | **27,987.85** |
| **High Performance Bonus:** | **$** | **6,000.00** |
| **Total Bonus:** | **$** | **42,599.50** |

The bonus will be paid on **Friday, April 02, 2021**.

Please retain this document for your records, as it is not necessary to return it to Human Resources.

Thank you for your contributions and your ongoing commitment to BMW MC.

**Company**
BMW Manufacturing Co. LLC
BMW Group Company

**Mailing Address**
PO Box 11000
Spartanburg,SC
29304-4100

**Office address**
1400 Highway 101 South
Greer, SC 29651

**Telephone**
+1 864-802-6000

**Internet**
www.bmwusfactory.com



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 182 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 183 of 452

| | | | |
|---|---|---|---|
| Name | Kelly Groomes Dawsey | | |
| EE group | 1 Active | Hire Date | 06/05/1995 |
| EE subgroup | 04 Exempt | Cost Center | 1204 HR Plan, Total Rewar |
| Selection | 01/01/1800 o | | 12/31/9999 |

| Start Date | CoCd | PA | EEGrp | ESgrp | Cost Center | Cost center ... | Org. Unit | OrgUnit (Text) |
|---|---|---|---|---|---|---|---|---|
| 01/01/2020 | MC10 | TS01 | 1 | 04 | 1204 | HR Plan, Tota_ | TX-60 | HR Planning |
| 12/01/2019 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TX-60 | HR Planning |
| 04/01/2019 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TX-60 | HR Planning |
| 04/02/2017 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-60 | HR Planning |
| 02/01/2015 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-60 | HR Planning |
| 10/01/2011 | MC10 | TS01 | 1 | 04 | 1216 | HR Service C_ | TS-62 | HR Operations |
| 01/03/2010 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-60 | HR Planning |
| 12/30/2007 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-61 | Recruiting, Workg Structr: |
| 10/03/2004 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-61 | Recruiting, Workg Structr: |

Entry 1 of 16


| | | | |
|---|---|---|---|
| Name | Kelly Groomes Dawsey | | |
| EE group | 1 Active | Hire Date | 06/05/1995 |
| EE subgroup | 04 Exempt | Cost Center | 1204 HR Plan, Total Rewar |
| Selection | 01/01/1800 o | | 12/31/9999 |


| Start Date | CoCd | PA | EEGrp | ESgrp | Cost Center | Cost center ... | Org. Unit | OrgUnit (Text) |
|---|---|---|---|---|---|---|---|---|
| 10/03/2004 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-61 | Recruiting, Workg Structr: |
| 08/06/2004 | MC10 | TS01 | 8 | 04 | 1208 | Comp & Plan_ | TS-61 | Recruiting, Workg Structr: |
| 07/04/2004 | MC10 | TS01 | 8 | 04 | 1208 | Comp & Plan_ | TS-H-1 | Recruiting, Workg Structr: |
| 07/24/2003 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-H-1 | Recruiting, Workg Structr: |
| 08/27/2001 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-H-1 | Comp, Benefits, HRSyste |
| 01/01/2001 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-H-1 | Comp, Benefits, HRSyste |
| 01/01/1998 | MC10 | TS01 | 1 | 04 | 1208 | Comp & Plan_ | TS-H-1 | Comp, Benefits, HRSyste |
| 06/05/1995 | MC10 | TS01 | 1 | 04 | | | TS-H-1 | Comp, Benefits, HRSyste |

Entry 9 of 16

DEFENDANT'S EXHIBIT
7

Dawsey 0029

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 184 of 452

| | | | | | |
|---|---|---|---|---|---|
| Name | Kelly Groomes Dawsey | | | | |
| EE group | 1 Active | Hire Date | 06/05/1995 | | |
| EE subgroup | 04 Exempt | Cost Center | 1204 | HR Plan, Total Rewar | |
| Choose | 01/01/1800 | o | 12/31/9999 | STy. | |

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 07/04/2021 | 12/31/9999 | 00 | A1 | III | 11 | 7,786.54 | USD | 202,450.00 | USD |
| 0 | 12/01/2020 | 07/03/2021 | 00 | A1 | III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| 0 | 09/27/2020 | 11/30/2020 | 00 | A1 | FL-III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| 0 | 03/31/2019 | 09/26/2020 | 00 | A1 | FL-III | 11 | 7,301.19 | USD | 189,831.00 | USD |
| 0 | 04/01/2018 | 03/30/2019 | 00 | A1 | FL-III | 11 | 7,057.69 | USD | 183,500.00 | USD |
| 0 | 04/02/2017 | 03/31/2018 | 00 | A1 | FL-III | 11 | 6,846.15 | USD | 178,000.00 | USD |
| 0 | 03/20/2016 | 04/01/2017 | 00 | A1 | FL-III | 10 | 6,448.85 | USD | 167,670.02 | USD |
| 0 | 10/04/2015 | 03/19/2016 | 00 | A1 | FL-III | 10 | 6,230.77 | USD | 162,000.02 | USD |
| 0 | 03/22/2015 | 10/03/2015 | 00 | A1 | FL-III | 09 | 5,903.48 | USD | 153,490.50 | USD |

Entry 1 of 34

| | | | | | |
|---|---|---|---|---|---|
| Name | Kelly Groomes Dawsey | | | | |
| EE group | 1 Active | Hire Date | 06/05/1995 | | |
| EE subgroup | 04 Exempt | Cost Center | 1204 | HR Plan, Total Rewar | |
| Choose | 01/01/1800 | o | 12/31/9999 | STy. | |

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 03/22/2015 | 10/03/2015 | 00 | A1 | FL-III | 09 | 5,903.48 | USD | 153,490.50 | USD |
| 0 | 02/01/2015 | 03/21/2015 | 00 | A1 | FL-III | 09 | 5,703.85 | USD | 148,300.00 | USD |
| 0 | 03/23/2014 | 01/31/2015 | 00 | A1 | FL-IV | 09 | 5,431.73 | USD | 141,225.00 | USD |
| 0 | 03/24/2013 | 03/22/2014 | 00 | A1 | FL-IV | 09 | 5,173.08 | USD | 134,500.00 | USD |
| 0 | 03/25/2012 | 03/23/2013 | 00 | A1 | FL-IV | 09 | 4,960.01 | USD | 128,960.25 | USD |
| 0 | 10/09/2011 | 03/24/2012 | 00 | A1 | FL-IV | 09 | 4,769.24 | USD | 124,000.24 | USD |
| 0 | 03/27/2011 | 10/08/2011 | 00 | A1 | FL-IV | 09 | 4,530.57 | USD | 117,794.92 | USD |
| 0 | 03/28/2010 | 03/26/2011 | 00 | A1 | FL-IV | 09 | 4,398.62 | USD | 114,364.00 | USD |
| 0 | 10/04/2009 | 03/27/2010 | 00 | A1 | FL-IV | 09 | 4,017.86 | USD | 104,464.36 | USD |

Entry 9 of 34

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 185 of 452

Name Kelly Groomes Dawsey
EE group 1 Active Hire Date 06/05/1995
EE subgroup 04 Exempt Cost Center 1204 HR Plan, Total Rewar
Choose 01/01/1800 o 12/31/9999 STy.

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 10/04/2009 | 03/27/2010 | 00 | A1 | FL-IV | 09 | 4,017.86 | USD | 104,464.36 | USD |
| 0 | 03/30/2008 | 10/03/2009 | 00 | A1 | FL-IV | 09 | 3,919.87 | USD | 101,916.49 | USD |
| 0 | 04/01/2007 | 03/29/2008 | 00 | A1 | FL-IV | 09 | 3,733.20 | USD | 97,063.32 | USD |
| 0 | 02/19/2006 | 03/31/2007 | 00 | A1 | FL-IV | 09 | 3,589.62 | USD | 93,330.12 | USD |
| 0 | 10/03/2004 | 02/18/2006 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 09/05/2004 | 10/02/2004 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 07/04/2004 | 09/04/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/08/2004 | 07/03/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/09/2003 | 02/07/2004 | 00 | A1 | FL-IV | 08 | 2,807.69 | USD | 72,999.94 | USD |

Entry 17 of 34

Name Kelly Groomes Dawsey
EE group 1 Active Hire Date 06/05/1995
EE subgroup 04 Exempt Cost Center 1204 HR Plan, Total Rewar
Choose 01/01/1800 o 12/31/9999 STy.

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 02/09/2003 | 02/07/2004 | 00 | A1 | FL-IV | 08 | 2,807.69 | USD | 72,999.94 | USD |
| 0 | 02/11/2002 | 02/08/2003 | 00 | A1 | FL-IV | 08 | 2,615.38 | USD | 67,999.88 | USD |
| 0 | 08/27/2001 | 02/10/2002 | 00 | A1 | FL-IV | 08 | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 04/09/2001 | 08/26/2001 | 00 | A1 | COORD | C | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 05/08/2000 | 04/08/2001 | 00 | A1 | COORD | C | 2,296.14 | USD | 59,699.64 | USD |
| 0 | 06/07/1999 | 05/07/2000 | H1 | H2 | HISTORY | H | 2,180.76 | USD | 56,699.76 | USD |
| 0 | 05/03/1999 | 06/06/1999 | H1 | H1 | HISTORY | H | 1,090.38 | USD | 56,699.76 | USD |
| 0 | 10/26/1998 | 05/02/1999 | H1 | H1 | HISTORY | H | 1,047.11 | USD | 54,449.72 | USD |
| 0 | 05/04/1998 | 10/25/1998 | H1 | H1 | HISTORY | H | 951.92 | USD | 49,499.84 | USD |

Entry 25 of 34

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 186 of 452

| | | | | | |
|---|---|---|---|---|---|
| Name | Kelly Groomes Dawsey | | | | |
| EE group | 1 Active | Hire Date | 06/05/1995 | | |
| EE subgroup | 04 Exempt | Cost Center | 1204 | HR Plan, Total Rewar | |
| Choose | 01/01/1800 | o | 12/31/9999 | STy. | |

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/09/2001 | 08/26/2001 | 00 | A1 | COORD | C | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 05/08/2000 | 04/08/2001 | 00 | A1 | COORD | C | 2,296.14 | USD | 59,699.64 | USD |
| 0 | 06/07/1999 | 05/07/2000 | H1 | H2 | HISTORY | H | 2,180.76 | USD | 56,699.76 | USD |
| 0 | 05/03/1999 | 06/06/1999 | H1 | H1 | HISTORY | H | 1,090.38 | USD | 56,699.76 | USD |
| 0 | 10/26/1998 | 05/02/1999 | H1 | H1 | HISTORY | H | 1,047.11 | USD | 54,449.72 | USD |
| 0 | 05/04/1998 | 10/25/1998 | H1 | H1 | HISTORY | H | 951.92 | USD | 49,499.84 | USD |
| 0 | 06/05/1995 | 05/03/1998 | H1 | H1 | HISTORY | H | 0.00 | USD | 0.00 | USD |

Entry 28 of 34

| | | | | | |
|---|---|---|---|---|---|
| Name | Scott D Medley | | | | |
| EE group | 1 | Active | Hire Date | 09/08/1997 | |
| EE subgroup | 04 | Exempt | Cost Center | 1202 | Ind'l Health Service |
| Choose | 01/01/1800 | to | 12/31/9999 | STy. | |

| | STy | Start Date | End Date | T... | P... | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 0 | 03/23/2025 | 12/31/9999 | 00 | A1 | IV | 11 | 8,847.62 | USD | 230,038.14 | USD |
| ☐ | 0 | 03/24/2024 | 03/22/2025 | 00 | A1 | IV | 11 | 8,589.92 | USD | 223,338.00 | USD |
| ☐ | 0 | 11/01/2023 | 03/23/2024 | 00 | A1 | IV | 11 | 8,380.31 | USD | 217,888.00 | USD |
| ☐ | 0 | 03/26/2023 | 10/31/2023 | 00 | A1 | PROJECT | 11 | 8,380.31 | USD | 217,888.00 | USD |
| ☐ | 0 | 05/22/2022 | 03/25/2023 | 00 | A1 | PROJECT | 11 | 8,019.23 | USD | 208,500.00 | USD |
| ☐ | 0 | 03/27/2022 | 05/21/2022 | 00 | A1 | III | 11 | 8,019.23 | USD | 208,500.00 | USD |
| ☐ | 0 | 07/04/2021 | 03/26/2022 | 00 | A1 | III | 11 | 7,786.54 | USD | 202,450.00 | USD |
| ☐ | 0 | 12/01/2020 | 07/03/2021 | 00 | A1 | III | 11 | 7,594.23 | USD | 197,450.00 | USD |
| ☐ | 0 | 09/27/2020 | 11/30/2020 | 00 | A1 | FL-III | 11 | 7,594.23 | USD | 197,450.00 | USD |

DEFENDANT'S EXHIBIT 9

## Overview Organizational Assignment

Fin...

| | | | | | |
|---|---|---|---|---|---|
| Name | Scott D Medley | | | | |
| EE group | 1 | Active | Hire Date | 09/08/1997 | |
| EE subgroup | 04 | Exempt | Cost Center | 1202 | Ind'l Health Service |
| Select | 01/01/1800 | to | 12/31/9999 | | |

| Start Date | CoCd | PA | E. | E. | Co... | Cost center text | Org... | OrgUnit (Text) | Posi... | Position (Text) |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2023 | MC10 | TS01 | 1 | | 041202 | Ind'l Health Se... | TX-64 | Hlth Mgmt, Occ Safe, Food Sv... | IV | Manager Health Mgt, O |
| 05/22/2022 | MC10 | TS01 | 1 | | 041200 | Human Resour... | TX-6 | Human Resources | Project | Workforce, Labor Strate |
| 12/01/2020 | MC10 | TS01 | 1 | | 041202 | Ind'l Health Se... | TX-64 | Hlth Mgmt, Occ Safe, Food Sv... | III | Dept Mgr Hlth, Safety, |
| 12/01/2019 | MC10 | TS01 | 1 | | 041202 | Ind'l Health Se... | TX-64 | Hlth Mgmt, Occ Safe, Food Sv... | III | Dept Mgr Hlth, Safety, |
| 04/01/2019 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TX-61 | HR Management, Associate Re... | III | Dept Mgr HR Mgmt, As |
| 03/01/2017 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management, Associate Re... | III | Dept Mgr HR Mgmt, As |
| 11/01/2014 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management | III | Department Manager H |
| 10/01/2014 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management | II | Vice President Human I |
| 09/01/2014 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-6 | Human Resources | II | Vice President of Huma |
| 08/01/2014 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-6 | Human Resources | II | Vice President of Huma |
| 08/01/2013 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-6 | Human Resources | II | Vice President of Huma |
| 03/25/2013 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management | III | Department Manager H |
| 07/03/2011 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management, Associate Tr... | III | Department Manager H |
| 01/03/2010 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-61 | HR Management, Associate Tr... | IV | Section Manager Associ |
| 12/30/2007 | MC10 | TS01 | 1 | | 041209 | Assoc Relations | TS-62 | Associate Relations, Safety, Er... | IV | Section Manager Associ |

CONFIDENTIAL

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 189 of 452

**To:** Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-07-19T15:42:44Z
**Importance:** Normal
**Subject:** Anbei meine Informationen zu den beiden Rochaden fuer TX-60 und TX61
**Received:** 2021-07-19T15:42:00Z




Personalplanung fuer **Kelly Dawsey, TX-60**

- In der Nachfolgeplanung für TX-61
- Denkbar für eine PZ Funktion – wenn dies von Spartanburg aus möglich wäre
- Mittelfristig diskutiert mit SMM/TX-7 für die Nachfolge Controlling TX-71, Gene Ko (aktuell in 2022 jedoch nicht zu besetzen)
- Mittelfristig mit einiger Einarbeitung könnte Kelly ggf. auch die FR-231 Position, Ramona Franke (Expat) passen (Custom – wurde in 2019 verschoben nach NJ – hat aber großen Impact für Spartanburg – Frage wäre hier auch – sollte dieses ggf. wieder nach Spartanburg zurückkommen)

Personalplanung fuer **Corey Epps, TX-61**

- In der Nachfolgeplanung für TX-16, JT Tucker (bleibt ggf. noch 1 – 2 Jahre im Job)
- In der Nachfolgeplanung fuer TV-54, Bettina Rahmann (Expat – noch ca. 2 Jahre im Assignment)
- Mittelfristig angefragt für Produktionsrollen ggf. TX-45 Nacharbeit

Grüße Christine
Ruf mich gerne an, sodass ich dir ggf. weitere Infos geben kann

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651

DEFENDANT'S EXHIBIT 10

USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 190 of 452

# BMW Manufacturing Co., LLC
## Job Function Data Sheet

| | | |
|---|---|---|
| Position: 70000966 | Revision Date: 02/01/2022 | Approved JFDS |
| Job Title: Department Manager | | |
| Position Title: Dept Mgr Planning, Comp & Ben, Grading | | |
| Function Level: III | | |
| Department Code: TX-60 | | |
| Department Name: Planning, Steering, Comp & Ben, Grading | | |
| Supervisor Name: Christine Petrasch | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages and guides the Human Resources, Compensation & Organization, Benefits and Strategic Planning Associates toward the successful attainment of corporate strategic goals and objectives. Provides leadership in the deployment of Human Resource initiatives. Develops and implements Human Resources practices and programs consistent with, and in support of BMWMC's objectives, vision and mission.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Establishes and implements short-and long-range Human Resources strategies, objectives, guidelines, and standard operating procedures to help align the workforce with the strategic goals of the Company.
Monitors the administration of established standards and procedures to identify opportunities for improvement and resolves any discrepancies.
Builds credibility and effective working relationships with managers and associates; drives positive employee relations, including coaching of business partners.
Champions open communication throughout all departments of BMWMC.
Maintains current knowledge and understanding of regulations, industry trends, current practices, new developments, and applicable laws regarding Human Resources.
Plans, executes and indentifies key responsibilities and practices to ensure the Human Resources team promotes a successful attitude, leadership, confidence and teamwork to achieve business results.
Oversees and manages the performance of Compensation & Organization, Benefits and Strategic Planning Human Resources Associates. Encourages the ongoing development of the Human Resources staff.
Develops and monitors an annual budget to ensure a balance between control of costs and attracting and retaining Human Resource Associates.
Selects and supervises Human Resources consultants, attorneys, training specialists, and program coordinators in accordance with the use of insurance brokers, insurance carriers, pension administrators, and other outside sources.

**Printed Copies are uncontrolled**



CONFIDENTIAL



DEFENDANT'S EXHIBIT 11



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 191 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 192 of 452



Leads company compliance with all existing governmental and labor legal and government reporting requirements. Maintains minimal company exposure to lawsuits.
Directs the preparation of information requested or required for compliance with laws. Approves all information submitted. Serves as the primary contact with the company law attorney and outside government agencies.
Designs, evaluates and modifies the policies to make sure that all the programs are competitive and in compliance with legal requirements.
Obtains cost effective, employee serving benefits; monitors national benefits environment for options and cost savings.
Supports the designs, evaluations and modifications of benefits policies to ensure that programs are current, competitive and in compliance with legal requirements. Recommends changes in benefits offered, especially new benefits aimed at employee satisfaction and retention.
Complies with all reporting requirements of all relevant government rules and regulations, including the Employee Retirement Income Security Act (ERISA).
Oversees the Compensation areas in regards to the company wage and salary structure, pay policies, and oversees the variable pay systems within the company including bonuses and raises.
Leads competitive market research to establish pay practices and pay bands that help to recruit and retain top talent staff. Oversees the program to prepare job descriptions and define job levels and families.
Contributes to the development of new compensation strategies through creative input combined with data analysis and a deep understanding of the company#s future challenges (bonus plans, market position, salary range design, and pay mix analysis).
Ensures that a culture of performance is rooted deep in the organization through the definition of guidelines related to performance assessment and their translation at the time of salary and bonus review.
Directs the preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies.
Supports the team in regard to the compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan.
Designs and implement guidelines that support the rapid growth and expansion of the organization.
Acts as a recognized subject matter expert, advising HR and business managers.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business, Psychology, Organizational Development or in a related field of study.
Masters degree (preferred).

**B) Experience**

10+ years of progressive leadership experience in Human Resources position or related professional experience including 5+ years of supervisory experience.
Active affiliation with appropriate Human Resources networks, organizations and ongoing community involvement (preferred).
Possess ongoing affiliations with leaders in successful companies and organizations that practice effective Human Resources Management.

**C) Training**

Specialized training in employment law, compensation, organizational planning, organization development, benefit program designs (preferred).
Per applicable BMWMC training guidelines.

**D) Licenses and/or Certifications**

Professional certification - PHR/SPHR level (preferred).

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years evidence of the practice of a high level of confidentiality.
5+ years managerial competence including developing and mentoring staff.
3+ years of knowledge of personal computers, including SAP and Microsoft Office applications.
3+ years of knowledge of various employment laws and practices.
3+ years of knowledge of the administration of benefits, compensation programs and other Human Resources programs.
3+ years of communication skills, written and verbal, to effectively address all levels within the organization.
3+ years of organizational skills.
3+ years of knowledge of International HR programs.
3+ years of knowledge of recruiting, compensation, and working structures.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg office 80%
Plant Spartanburg production areas and/or travel 20%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**



CONFIDENTIAL



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 193 of 452

Operate computers and telephone ("C").
Sits or stands for prolong periods of time ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in an open office environment ("C").
Wears personal protective equipment in required areas ("O").
Exposed to moving mechanical parts and vehicles ("O").



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 194 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 195 of 452

# BMW Manufacturing Co., LLC
# Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70000966** | **Revision Date: 04/01/2019** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr HR Planning** | | |
| **Function Level: III** | | |
| **Department Code: TX-60** | | |
| **Department Name: HR Planning** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages and guides the Human Resources, Compensation & Organization, Benefits and Strategic Planning Associates toward the successful attainment of corporate strategic goals and objectives. Provides leadership in the deployment of Human Resource initiatives. Develops and implements Human Resources practices and programs consistent with, and in support of BMWMC's objectives, vision and mission.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Establishes and implements short-and long-range Human Resources strategies, objectives, guidelines, and standard operating procedures to help align the workforce with the strategic goals of the Company.
Monitors the administration of established standards and procedures to identify opportunities for improvement and resolves any discrepancies.
Builds credibility and effective working relationships with managers and associates; drives positive employee relations, including coaching of business partners.
Champions open communication throughout all departments of BMWMC.
Maintains current knowledge and understanding of regulations, industry trends, current practices, new developments, and applicable laws regarding Human Resources.
Plans, executes and indentifies key responsibilities and practices to ensure the Human Resources team promotes a successful attitude, leadership, confidence and teamwork to achieve business results.
Oversees and manages the performance of Compensation & Organization, Benefits and Strategic Planning Human Resources Associates. Encourages the ongoing development of the Human Resources staff.
Develops and monitors an annual budget to ensure a balance between control of costs and attracting and retaining Human Resource Associates.
Selects and supervises Human Resources consultants, attorneys, training specialists, and program coordinators in accordance with the use of insurance brokers, insurance carriers, pension administrators, and other outside sources.

Leads company compliance with all existing governmental and labor legal and government reporting requirements. Maintains minimal company exposure to lawsuits.
Directs the preparation of information requested or required for compliance with laws. Approves all information submitted. Serves as the primary contact with the company law attorney and outside government agencies.
Designs, evaluates and modifies the policies to make sure that all the programs are competitive and in compliance with legal requirements.
Obtains cost effective, employee serving benefits; monitors national benefits environment for options and cost savings.
Supports the designs, evaluations and modifications of benefits policies to ensure that programs are current, competitive and in compliance with legal requirements. Recommends changes in benefits offered, especially new benefits aimed at employee satisfaction and retention.
Complies with all reporting requirements of all relevant government rules and regulations, including the Employee Retirement Income Security Act (ERISA).
Oversees the Compensation areas in regards to the company wage and salary structure, pay policies, and oversees the variable pay systems within the company including bonuses and raises.
Leads competitive market research to establish pay practices and pay bands that help to recruit and retain top talent staff. Oversees the program to prepare job descriptions and define job levels and families.
Contributes to the development of new compensation strategies through creative input combined with data analysis and a deep understanding of the company#s future challenges (bonus plans, market position, salary range design, and pay mix analysis).
Ensures that a culture of performance is rooted deep in the organization through the definition of guidelines related to performance assessment and their translation at the time of salary and bonus review.
Directs the preparation and distribution of written and verbal information to inform employees of benefits, compensation, and personnel policies.
Supports the team in regard to the compensation policies, government regulations, and prevailing wage rates to develop competitive compensation plan.
Designs and implement guidelines that support the rapid growth and expansion of the organization.
Acts as a recognized subject matter expert, advising HR and business managers.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 196 of 452

A) Education

BA/BS degree in Human Resources, Business, Psychology, Organizational Development or in a related field of study.
Masters degree (preferred).

B) Experience

10+ years of progressive leadership experience in Human Resources position or related professional experience including 5+ years of supervisory experience.
Active affiliation with appropriate Human Resources networks, organizations and ongoing community involvement (preferred).
Possess ongoing affiliations with leaders in successful companies and organizations that practice effective Human Resources Management.

C) Training

Specialized training in employment law, compensation, organizational planning, organization development, benefit program designs (preferred).
Per applicable BMWMC training guidelines.

D) Licenses and/or Certifications

Professional certification - PHR/SPHR level (preferred).

E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.

5+ years evidence of the practice of a high level of confidentiality.
5+ years managerial competence including developing and mentoring staff.
3+ years of knowledge of personal computers, including SAP and Microsoft Office applications.
3+ years of knowledge of various employment laws and practices.
3+ years of knowledge of the administration of benefits, compensation programs and other Human Resources programs.
3+ years of communication skills, written and verbal, to effectively address all levels within the organization.
3+ years of organizational skills.
3+ years of knowledge of International HR programs.
3+ years of knowledge of recruiting, compensation, and working structures.

IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)

Plant Spartanburg office 80%
Plant Spartanburg production areas and/or travel 20%

V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 197 of 452

Operate computers and telephone ("C").
Sits or stands for prolong periods of time ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in an open office environment ("C").
Wears personal protective equipment in required areas ("O").
Exposed to moving mechanical parts and vehicles ("O").



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 198 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 199 of 452

**BMW Manufacturing Co., LLC**
**Job Function Data Sheet**

| | | |
|---|---|---|
| **Position: 70000981** | **Revision Date: 10/24/2021** | **Approved JFDS** |
| **Job Title: Manager** | | |
| **Position Title: Manager HR Mgmt, Assoc Rel** | | |
| **Function Level: IV** | | |
| **Department Code: TX-61** | | |
| **Department Name: HR Management, Associate Relations** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the Domestic and International Associate Relations Teams and Recruiting teams with the Contingent Workforce and related Suppliers, and Human Resources Department. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities to include domestic and international Associate Relations, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages budget related to Domestic and International Associate Relations and Recruiting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages the recruiting processes for BMWMC and contract Associates.
Manages Portfolio process for Plant Spartanburg.



DEFENDANT'S EXHIBIT
12

Manages target settings and realization for Domestic and International Associate Relations and Recruiting.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business Administration or related area.

**B) Experience**

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

**C) Training**

As applicable, per BMWMC training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg 90%
Off-site 10%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operates computers ("F").



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 200 of 452

Walking ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").



CONFIDENTIAL



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 201 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 202 of 452

# BMW Manufacturing Co., LLC
# Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70000981** | **Revision Date: 05/22/2022** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr HR Mgmt, Associate Relations** | | |
| **Function Level: III** | | |
| **Department Code: TX-61** | | |
| **Department Name: HR Management, Associate Relations** | | |
| **Supervisor Name: Sherry Coonse McCraw** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the HR Business Developer and Associate Relations Teams. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages all budget activites and forecasting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages Portfolio process for Plant Spartanburg.
Manages target settings and realization Associate Relations.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.



CONFIDENTIAL

BMW MC 000313

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 203 of 452



Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business Administration or related area.

**B) Experience**

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

**C) Training**

As applicable, per BMWMC training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg 90%
Off-site 10%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operates computers ("F").
Walking ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental**

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 204 of 452



**demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").



CONFIDENTIAL

BMW MC 000315

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 205 of 452

# BMW Manufacturing Co., LLC
# Job Function Data Sheet

| Position: 70000981 | Revision Date: 04/01/2019 | Approved JFDS |
|---|---|---|
| Job Title: Department Manager | | |
| Position Title: Dept Mgr HR Mgmt, Assoc Rel, Recruiting | | |
| Function Level: III | | |
| Department Code: TX-61 | | |
| Department Name: HR Management, Associate Relations, Rec. | | |
| Supervisor Name: Christine Petrasch | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Manages, leads, and develops the Domestic and International Associate Relations Teams and Recruiting teams with the Contingent Workforce and related Suppliers, and Human Resources Department. Ensures fair and consistent treatment of associates.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Manages all Associate Relations Representatives and Associate Relations functions and activities to include domestic and international Associate Relations, including off shifts.
Provides HR counsel to all levels of management.
Plans, organizes, manages and coordinates Issue Free Strategies and objectives for all assigned manufacturing areas (off shifts) to ensure fair and consistent treatment of all associates.
Manages budget related to Domestic and International Associate Relations and Recruiting.
Acts as a liaison to Associate Relations Representatives, Associates and Management in conflict/problem resolution, countermeasures and corrective actions.
Manages Policy/Handbook development, interpretation and application of policies.
Supports and manages projects including HR process, programs, policy development and implementation related to HR/AS, specifically Associate Relations.
Monitors, manages, coordinates and supports activities related to the following: roundtable meetings, shift change and department transfers, promotional process, termination review (mediator), Issue Free Environment, Supplier Support, and Management Development.
Develops accident prevention and loss control programs for incorporation into operation and policies of the organization.
Develops HR strategies to align with Plant Spartanburg targets.
Manages the recruiting processes for BMWMC and contract Associates.
Manages Portfolio process for Plant Spartanburg.



CONFIDENTIAL

Manages target settings and realization for Domestic and International Associate Relations and Recruiting.
Coordinates safety activites of unit managers to enhance implementation of safety.
Leads, manages and develops system and process improvements through VPS, digitalization, and innovation.
Leads and Develops Associates in Problem Solving and Improvements through Coaching.
Understands and models VPS (Value Added Production System) Principles and concepts of Standard Work.
Adheres to 5S and Safety Standards and Principles.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

BA/BS degree in Human Resources, Business Administration or related area.

**B) Experience**

8+ years of related professional experience in Human Resources to include 6+ years of supervisory experience.

**C) Training**

As applicable, per BMWMC training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years of understanding of State and Federal Employment Laws.
5+ years of interpersonal and communication skills, including oral and written mediation and facilitation skills.
Independent and self-motivated work ethic.
3+ years experience with computer skills.
5+ years experience with management skills.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg 90%
Off-site 10%

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Operates computers ("F").

Walking ("F").

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works in open office setting ("F").
Walks on production floor ("F").
Wears personal protective equipment in required areas ("F").
Works shifts or variable hours ("O").

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 208 of 452

# BMW Manufacturing Co., LLC
# Job Function Data Sheet

| | | |
|---|---|---|
| **Position: 70001004** | **Revision Date: 05/01/2019** | **Approved JFDS** |
| **Job Title: Department Manager** | | |
| **Position Title: Dept Mgr Health,Safety, Cafe Americas** | | |
| **Function Level: III** | | |
| **Department Code: TX-64** | | |
| **Department Name: Health Mgmt, Occup Safety, Food Services** | | |
| **Supervisor Name: Christine Petrasch** | | |

**I. Position Purpose/Scope : What are the key objectives of the position?**

Leads and develops the Safety, Health and Food Services for the Americas region, including defining and developing strategies and policies for the work environment, health, occupational safety, ergonomics and food services in collaboration with Work Environment and Health (HWE), as well as the relevant site HR departments.

**II. Position Responsibilities/Accountabilities : List the major duties/accountabilities to achieve the positions key objectives.**

Develops overall regional strategy for Health and Work Environment (HWE).
Develops and oversees the implementation of strategic global and regional HWE concepts.
Evaluates HWE programs and concepts for regional and BMW Group compliance, modifying processes, programs and procedures as necessary.
Steers the Occupational Health, Safety and Food Services teams.
Oversees the performance of safety audits in nonmanufacturing locations.
Assesses and steers the service providers for cafeteria services.
Oversees the kitchen and cafeteria, as well as all equipment.
Steers renovation and build projects for the cafeteria services.
Acts as Management of Change under OHSAS 18001 requirements, including leading objectives and programs for continuous improvement.
Strategic and operational lead for personnel at startup facilities in Brazil and Mexico.
Establishes and develops the HWE team for the Brazil and Mexico locations.
Assists in the design of services (content, RFP and provider selection) and facilities, both the cafeteria and medical clinics.
Manages department budget planning and forecasting.
Performs other duties as assigned by management.

**III. Position Competencies**

**A) Education**

**Printed Copies are uncontrolled**



DEFENDANT'S EXHIBIT 13

CONFIDENTIAL

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 209 of 452



BA/BS degree in Operations/Management and/or Safety Engineering. MA/MS degree (preferred).

**B) Experience**

10+ years of professional experience to include Business, Operations, Management and/or Safety Engineering, as well as progressive leadership experience.
5+ years of Supervisory experience, preferably in an automotive manufacturing environment.

**C) Training**

Per applicable BMW training guidelines.

**D) Licenses and/or Certifications**

N/A

**E) Knowledge/Skills/Abilities : Basic = less than 1 year of experience/training needed; Intermediate = 1-3 years of experience/some training may be needed; Advanced = 3-5 years experience/no training needed; Expert = 5+ years experience/able to train others.**

5+ years budget planning and forecasting.
5+ years applying problem solving skills.
3+ years using communication skills addressing all levels of the organization.
3+ years working with computers.

**IV. Primary Work Location/Shift : (If > 1 location, indicate % of time spent at each location.)**

Plant Spartanburg (60%)
Other Regional Locations (40%)

**V. Physical Demands : (Examples are 1) Transports materials or inspects building, equipment and other items; 2) operates computers or other office equipment; and 3) sit or stand for prolonged periods of time. Physical demands should be described in terms of what has to be done and not in terms of physical or mental attributes.) Identify the key physical demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Walks throughout a manufacturing facility ("C")
Works in a open office setting ("F")
Operates computers or other office equipment ("F")
Sits or stands for prolonged periods of time ("F")
Travels foreign and domestically ("F")

**VI. Environmental Demands : (Examples are 1) Works with irritant chemicals, gases, etc.; 2) Works shifts or variable work hours; 3) Wears protective clothing or respiratory protective equipment; 4) Works in extreme heat or cold conditions; 5) Exposure to loud noises; 6) Performs work in a normal office setting). Identify the key environmental demands required to perform the essential function(s) of the job and indicate whether the responsibility is performed occasionally ("O"), frequently ("F"), or constantly ("C").**

Works shifts or variable hours ("O")
Wears protective clothing or gear such as respiratory protection, etc.



CONFIDENTIAL BMW MC 000320

("O")
Exposed to potentially dangerous situations or unusual environmental stress ("O")
Exposure to extreme heat and cold ("O")
Exposed to loud noises ("O")
Performs work in a normal office setting ("F")
Walks throughout a manufacturing environment ("F")



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 210 of 452

BMW GROUP. Task, Competence, Responsibility: TX-64

- WORKING DOKUMENT / DRAFT -

Recruiting, Health Management, Occupational Health, Safety, Food.

## Responsibility

- Responsible for development and implementation of local concepts, processes, systems and tools for HR marketing as well as for external and internal recruiting, health management, occupational health and safety, food services based on the requirements of the Plant Spartanburg, aligned with the BMW Group wide framework provided by the governance functions and compliant with all local legal regulations.
- Responsible for local implementation of BMW Group wide policies, concepts, processes, systems and tools for the above mentioned topics in the Plant Spartanburg.
- Responsible for operational planning and executing of processes and measures for the above mentioned scope aligned with the local legal requirements.
- Responsible for meeting all legal, compliance and regulatory requirements for the relevant topics.

## Competence

- Competency to define local concepts, contents, processes and tools for HR marketing and recruiting, health management, occupational health and safety, as well as food services aligned with the BMW Group wide policies and standards and compliant with legal requirements.
- Competency to represent all local topics relevant in the above mentioned scope in respective local management circles and working groups, as well as in the HR regional or central platforms and initiatives as representative for the market.
- Governance competency towards local HR organization, management, and associates regarding compliance with legal regulations as well as BMW internal HR policies and guidelines for the above mentioned scope.
- Competency to decide about local external cooperation partner, provider or vendors for the above mentioned scope, aligned with the BMW Group wide standards.
- Competency to define suitable methods and tools for design and execution of local measures for the above mentioned scope, aligned with the BMW Group wide policies and standards and compliant with legal requirements.

## Task

- Define, implement, and conduct operational processes regarding HR marketing, recruiting, health management, occupational health and safety as well as food services.
- Ensure local implementation of the BMW Group strategies by planning and conducting local measures accordingly.
- Monitor and report relevant KPIs regarding the above mentioned scope.
- Implement locally sustainable systems for HR marketing, recruiting, health management, occupational health and safety, as well as for food services based on the standards defined by the central governance functions.
- Provide input to HR regional and central functions about local requirements regarding HR marketing, recruiting, health management, occupational health and safety, as well as food services and inform about relevant KPIs.
- Steer and enable local external provider for the above mentioned scope.
- Represent above mentioned topics all relevant local internal and external contexts.

| | | Comments | | |
|---|---|---|---|---|
| Creation Date | 31 / 05 / 2021 | | | |
| Creator FO | Eszter | | Belinszki | FO-1 |
| Participant Business | Christine | | Petrasch | TX-6 |
| Review FO | Martin | | Bittel | FO-1 |

**To:** Epps Corey, TX-61[Corey.Epps@bmwmc.com]; Suber Ericka, TX-612[Ericka.Suber@bmwmc.com]; Sanders Monique, TX-61[Monique.Sanders@bmwmc.com]
**From:** Dawsey Kelly, TX-60
**Sent:** 2021-06-03T17:04:46Z
**Importance:** Normal
**Subject:** PR_210603_Project_Misaligned_PG_Overview_v3.pptx
**Received:** 2021-06-03T17:04:48Z
PR_210603_Project_Misaligned_PG_Overview_v3.pptx

Let me know if you have questions.

Thank you.

Kelly

DEFENDANT'S EXHIBIT 14

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 212 of 452

Document Produced in Native Format

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 213 of 452

# US PERSONAL GRADE / PROJECT GUIDELINES. MANAGEMENT SUMMARY.




TX-6 | Q2 2021

BMW GROUP THE NEXT 100 YEARS

JA2268

# US PERSONAL GRADE GUIDELINES IMPLEMENTATION OVERVIEW.

- Effective date of implementation is July 1, 2021 and is applicable to roles within BMW MC.
  - Policy is now consistent within the US

| FL-Relevant Change: | Documented Performance Concern | PG Retention Period | Salary Impact | Benefits Impact (including Bonus, Vehicle, etc) | PTO Impact |
|---|---|---|---|---|---|
| HR and/or Manager Initiated:<br>1. HR places Associate in new position or<br>2. Associate must find new role in specified time period (i.e. project ending) | yes | Up to 1 year*:<br>-Move to one lower PG for 1 year<br>-After 1 year, associate's performance is evaluated and new PG will be assigned by HR, based on new FL.<br><br>*The one (1) year retention period may be eliminated if approved by HR and the Executive Board/Senior Manager. | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Aligns with FL PTO policy immediately |
| 1. Reorganization<br>2. Regrading<br>3. Recommended move by HR and Manager based on Associate Growth & Development | no | Up to 3 years:<br>-Maintain for 2 years<br>-After 2 years move to one lower PG<br>-If applicable, at 3 years move to Advanced PG (for LL) or Senior PG (EL) of new FL. [Note this assumes more than a single PG reduction is needed.] | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Maintain for 1 year then align with FL PTO policy |
| Associate applies for new role (Career Transition, Personal reasons, etc). | no | -Maintain for 1 year<br>-After 1 year, move to Advanced PG (for LL) or Senior PG (EL) of new FL.<br><br>*Unless otherwise proposed by the Associate | No Change During Retention Period | Follows PG; Vehicle rate changes to occur at next swap | Maintain for 1 year then align with FL PTO policy |

# BMW MC PROJECT ADJUSTMENTS & PG ADJUSTMENTS.

- All current Project Manager positions will be converted to either EL-III, EL-IV based on the Personal Grade of the Associate or into Professional Band positions.
- After the project is converted, EL-III and EL-IV will count towards management capacity actuals.

### TX+ PROJECT MANAGERS / PG ALIGNMENT

| VP Area | Current Project Mgr | Future EL-III | Future EL-IV | Future Prof Band | PG Alignment |
|---|---|---|---|---|---|
| TX-1 | 2 | | 1 | 1 | |
| TX-2 | 2 | 1 | 1 | - | |
| TX-3 | 0 | | 0 | 0 | |
| TX-4 | 4 | | 4 | 0 | |
| TX-5 | 4 | | 2 | 2 | 1 |
| TX-6 | 1 | | 0 | 1 | 1 |
| TX-7 | 2 | | 2 | 0 | |
| **TX+ Total** | **15** | **1** | **10** | **4** | |

### NON-TX+ PROJECT MANAGERS / PG ALIGNMENT

| VP Area | Current Project Mgr | Future EL-IV | Future Prof Band | PG Alignment |
|---|---|---|---|---|
| FG-AM | 0 | - | - | 2 |
| MN | 8 | 4 | 4 | 1 |
| PI-4 | 4 | 0 | 4 | |
| **Non-TX+ Total** | **12** | **4** | **8** | **3** |

JA2269

# TX MANAGEMENT CAPACITY.
# MAY 2021 SUMMARY AFTER CLASSIFICATION DISCUSSIONS.

## FL III POSITIONS

| Timing | Target | Actual | Gap | Actual w/ projects | Gap |
|---|---|---|---|---|---|
| Project Start (2017) | 28 | 31 | +3 | - | - |
| Current (Mar 2021) | 28 | 28 | 0 | 29 | -1 |

**Upcoming Risks/Opportunities**
- -1 EL III for placement after LCX Project (Chad Cabaniss & Bill Buckley)
- +1 LL III for TX-15 (Grading to be confirmed)

## FL IV POSITIONS

| Timing | Target | Actual | Gap | Forecast w/ projects | Gap |
|---|---|---|---|---|---|
| Project Start (2017) | 111 | 136 | +25 | - | - |
| Current (Mar 2021) | 123 | 134 | -11 | 144 | -21 |

**Upcoming Risks/Opportunities**
- Reclassification of remaining ~10 TX Project roles as EL-IV
- CPU Efficiency project opportunities (Org, Centralization, etc.)
- TX-2 Press Shop
- G09 Launch Leads
- Additional EL IV overruns in future years needed for valid Projects
  - No group-wide target adjustment for vehicle launch projects

1 FL-IV Management Capacity transfer to AQ for AQ-528 effective Q1, 2021.

Project functions to be integrated into structure as EL-III, EL-IV, or Professional band for all Divisions.

JA2270

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 218 of 452

**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]; Corey Epps[Corey.Epps@bmwmc.com]; Medley Scott, TX-64[Scott.Medley@bmwmc.com]; Keith Michelle, TX-62[Michelle.Keith@bmwmc.com]; Sinanian Paul, TX-6[Paul.Sinanian@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-01-21T17:04:31Z
**Importance:** Normal
**Subject:** ....as discussed - topics I shared with P as Top 3 Plant topics and also 4 topics contribution to the network
**Received:** 2021-01-21T17:04:00Z

…as a first draft!

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Tuesday, January 19, 2021 12:05 PM
**To:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Subject:** P topics

Top Themen im Werk + (4) topics for the Network

- Strategic Workforce Development
  - (1) Local talent development (Expats sign document for local candidate development and trade with Germany – both ways)
  - CWF Second agency for directs
  - Immigration
  - Recruiting
  - (2) Diversity/Inclusion
  - 2 Focus topics Press shop joining/control area and also launch E/E (flashing, blitz)
  - Hire 10 people management positions
  - Hire 10 more Pace for focus topics
- Leadership
  - Finish I-Lead
  - Finish AC for SL
  - Define I-lead 2.0 – Transformation
  - (3) Sell AC for SL as blueprint for SL Validation (Leadership Excellence) to other plants (ZA, UK, SLP, Deb.)
  -
- Efficiency
  - Ind. HC Development (100-150 HC until 2025)
- TX-6 Orga
  - 64 function
  - TX-6 Org review with FO
- HR for Supplier
  - Make it sustainable
  - (4) Make blueprint and sell it to other plants (ZA, UK, SLP, Deb.)
  - Decision - Will go over in line function end 2021?
-

**BMW Manufacturing Co., LLC**
Christine Petrasch

DEFENDANT'S EXHIBIT 15

Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 219 of 452

# SUBSTRUCTURE HR PLANT SPARTANBURG TX-6.

CONFIRMATION FO CIRCLE NOVEMBER 4TH, 2019.

Review FO-1/TX-6
Q1/2021



FO-1 | November 2019

BMW GROUP

THE NEXT 100 YEARS

Rolls-Royce Motor Cars Limited

DEFENDANT'S EXHIBIT 16

tabbies'

# SUBSTRUCTURE FOR TX-6, CONFIRMED IN FO-CIRCLE NOVEMBER 4TH, 2019.




* Associate Family Health Center

# TX-6 ORG. STRUCTURE REVIEW.




| TX-60 Kelly Dawsey (PG11)FE III<br>TX-600 Joe Ziska (PG-9) FE IV<br>TX-601 Lakeia Harris (PG-9) FE IV<br>EL Stephan Dombrowski (Expat) (PG9) FEIV<br>EL Ryan Childers (PG9) (Project until 12/21) | TX-61 Corey Epps (PG10) FE III<br>(PG11 planned for Oct. 21)<br>TX-610 Ricki McGrady (PG9) FE IV<br>TX-611 Tanaya Latigue (PG9) FE IV<br>TX-612 Jan Collins (PG9) FE IV | TX-62 Michelle Keith (PG9) FE IV<br>TX-620 Tina Thomas (PG9) FE IV | TX-64 N.N. external Candidate (PG11)<br>TX-640 Reed Thomanson (PG9) FE IV<br>EL Drew Walker (PG9)FE IV | TX-65 Paul Sinanian (PG9) FE IV<br>TX-650 Joy Tirado (PG8) FE IV | Scott Medley as Direct Report and Project lead<br>Project HR / legal / communication and gov. aff.<br>Until 12/22 |
|---|---|---|---|---|---|
| Expat Stephan Dombrowski will return to Germany mid 2021<br>- Replacement in Discussion<br>- Local candidate (Michael Davis PG-8)<br><br>Project HR Supplier with Ryan Childers need To be implemented as a line function – in discussion TX-6 with MN | 1) Corey Epps – first and only minority candidate within HR Firstline<br>-good market value – more offers on FE III<br>-very important to keep him in that HR position / Signal<br>2) Jan Collins (Pot candidate FE III) will move into logistics on FE III position – replacement Kathy Keiser (PG-9) within HR | | 1) TX-64 as onboard function for external candidate (MFK)<br>2) NEW – include Diversity, Inclusion and equity as new permanent role – within Recruiting (Projectlead PZ-AM) | TX-650 box was already established in Phase 1 – Staffing now in Phase 21 (Reintegration Joy from Assignment SLP) | 1) Possible position for Scott within the next 2-3 years could be TV-54 – Greer 3 as replacement of an Expat!<br>2) Project covers all HR topics with legal background, Immigration, Visa, Workforce related topics BMW MC, CWF, Third Party Provider, Entities Movements Greer 3, Con DC, Issue free, Leadership Curriculum for Leaders for Issue free,<br>3) Stabilization for all upcoming changes SMM |

# TX-6 ORG. STRUCTURE REVIEW. VERTRAULICH – HR ONLY.

| TX-60 HR Planning and Steering | TX-61 *HR Management, Employee relation* | TX-62 HR Services | *TX-64 Health Mgt., Occup. Safety, Gastro and Recruiting* | *TX-65 Talent Programs, Training* | Project HR / legal / communication and gov. aff. Until 12/22 |
|---|---|---|---|---|---|
| Stabile Structure / Organization still in development<br>1) Planning and steering installed with focus on strategic workforce planning but still need to support/develop TX- 61 Business Developers to take over the operational technology steering<br>2) Comp and Ben installed incl. AFHC Steering<br>3) NEW T&C global assignments will move back to TX-60 Planning, Steering | Stabile Structure / Organization needs to be further developed in 2021 in regards to strong business developers<br>1) Business Developers in place – good progress, visible in technology, one face to the technologies – still in development – but right step! Good feedback and confirmation from technologies<br>2) Employee relation important for issue free strategy / Coverage A and B Shift | Stabile Organization until we get HRI (central HR system)<br>1) HR IT – support for systems and driver for innovation and digitalization/HR ITlocal and global Landscape<br>2) HR Service Center – efficient (HR App, Chatbot and RPA in place) and excellent for our associates – supports the issue free strategy (even more important within the next years)<br>3) NEW HR payroll (Enrichment - since 1/2021 integration and execution OFK payroll within MC) | Organization still in development<br>1) NEW Safety Organization centralized – COC Safety for Plant 10 started 01/21<br>2) Occupational health, Admin Workers comp, Short/longTermDisability impact because of private insured plant– means we need to handle and pay our injured people!<br>3) Foodservice, new Tender in 21<br>4) ProviderManagement Steering<br>• IHS (Hartfort)<br>• Workers Comp<br>• CWF agencies (MAU, Adecco, Agile One)<br>• Food services (AVI)<br>5) NEW CWF Agency Implementation (Master Vendor, Managed Service Provider, Tender in 2020 / new agencies) (25-30% temp of total capacity means (>3000 CWF)<br>6) **Focus on Recruiting and "Umbau"**<br>• internalDevelopment,Backfill/ Stellen markt, (direct/indirect)<br>• External Recruiting, incl. New talent programs (direct/indirect)<br>• Talent scouting, "Hunting" critical competencies<br>7) Operational CWF – Einsatz Zeitarbeitskraefte (direct/indirect) Attrition approx. 40%<br>8) Diversity, Inclusion and equity added as new permanent role | Stabile Organization<br>1) Talent Program – restructure and renew done (demand increasing)<br>2) Training – implementation Production Academy in progress<br>3) TX-650 box was already established in Phase 1 – Staffing now in Phase 2 after Joy returned from SLP<br>4) NEW Blitz 3/4 Trainer on board (future competency) for E Mobility<br>5) NEW curriculum in development for future competency / flashing for new launch years 22ff<br>6) Project Texecellence Center (NEW Training Center) until End/22 | Project HR / legal / gov aff. with focus Issue Free topics and actions. (nur Arbeitstitel)<br>1) Project covers all HR topics with legal background, Immigration, Visa, Workforce related topics BMW MC, CWF, Third Party Provider, Entities Movements Greer 3, Con DC, Issue free, Leadership Curriculum for Leaders for Issue free, CWF, policies etc.<br>2) Necessary Future trends / benchmarks – which we need to consider and/or implement!<br>3) Target – checked and updated strategy and actionplan in place<br>4) Additionally stabilization for all upcoming changes within SMM and critical positions |

| Pers.no. | Personnel Number | Start date | End date | Name of ES | Name of EG | Object description | Cost ctr | Object description | Object description |
|---|---|---|---|---|---|---|---|---|---|
| 39 | Sherry Coonse McCraw | 7/26/1993 | 12/31/1994 | Exempt | Active | TS-40 | | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 1/1/1995 | 9/4/2000 | Exempt | Active | TS-40 | 1803 | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 9/5/2000 | 12/31/2000 | Exempt | Active | TS-40 | 1803 | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 1/1/2001 | 5/30/2001 | Exempt | Active | TS-40 | 1803 | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 5/31/2001 | 5/31/2001 | Transfer | Expatriate | TS-40 | 1803 | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 6/1/2001 | 8/27/2001 | Transfer | Expatriate | Intl | 1803 | Manager of Assembly Planning | Planning Manager |
| 39 | Sherry Coonse McCraw | 8/28/2001 | 3/12/2002 | Transfer | Expatriate | Intl | 1803 | Expatriate | |
| 39 | Sherry Coonse McCraw | 3/13/2002 | 12/31/2003 | Transfer | Expatriate | Intl | 1803 | Expatriate | Expatriate |
| 39 | Sherry Coonse McCraw | 1/1/2004 | 9/18/2004 | Exempt | Active | TS-44 | 1803 | Department Manager Assembly Planning | Department Manager |
| 39 | Sherry Coonse McCraw | 9/19/2004 | 5/26/2007 | Exempt | Active | TS-42 | 1803 | Dept Manager Engineering & Planning | Department Manager |
| 39 | Sherry Coonse McCraw | 5/27/2007 | 12/22/2007 | Exempt | Active | TS-4 | 1400 | Assembly Logistics Structure Proj. Mgr. | Project |
| 39 | Sherry Coonse McCraw | 12/23/2007 | 7/31/2008 | Exempt | Active | TS-4 | 1400 | Assembly Logistics Structure Proj. Mgr. | Project |
| 39 | Sherry Coonse McCraw | 8/1/2008 | 12/31/2009 | Exempt | Active | TS-49 | 1401 | Assembly Logistics Structure Proj. Mgr. | Project |
| 39 | Sherry Coonse McCraw | 1/1/2010 | 6/5/2010 | Exempt | Active | TS-41 | 1401 | Assembly Logistics Structure Proj. Mgr. | Project |
| 39 | Sherry Coonse McCraw | 6/6/2010 | 10/1/2011 | Exempt | Active | TS-41 | 1401 | Dept Mgr Prod Steering, Maint Proc Optim | Department Manager |
| 39 | Sherry Coonse McCraw | 10/2/2011 | 1/31/2013 | Exempt | Active | TS-8 | 1010 | Plant Expansion Project | Project |
| 39 | Sherry Coonse McCraw | 2/1/2013 | 7/31/2014 | Exempt | Active | TS-1 | 1010 | Vice President Targets, Prod Ctr, Financ | Vice President |
| 39 | Sherry Coonse McCraw | 8/1/2014 | 12/27/2014 | Exempt | Active | TS-7 | 1010 | Vice President Finance, VPS | Vice President |
| 39 | Sherry Coonse McCraw | 12/28/2014 | 1/31/2015 | Exempt | Active | TS-7 | 1010 | Vice President Finance, VPS | Vice President |
| 39 | Sherry Coonse McCraw | 2/1/2015 | 6/30/2017 | Exempt | Active | TS-7 | 1010 | Vice President Finance, VPS | Vice President |
| 39 | Sherry Coonse McCraw | 7/1/2017 | 8/31/2017 | Exempt | Active | TS-7 | 1010 | Vice President Finance, Compliance | Vice President |
| 39 | Sherry Coonse McCraw | 9/1/2017 | 3/31/2019 | Exempt | Active | TS-4 | 1010 | Vice President Assembly | Vice President |
| 39 | Sherry Coonse McCraw | 4/1/2019 | 11/30/2020 | Exempt | Active | TX-4 | 1010 | Vice President Assembly | Vice President |
| 39 | Sherry Coonse McCraw | 12/1/2020 | 12/19/2020 | Exempt | Active | TX-4 | 1010 | Vice President Assembly | Vice President |
| 39 | Sherry Coonse McCraw | 12/20/2020 | 3/31/2022 | Exempt | Active | TX-4 | 1010 | Vice President Assembly | Vice President |
| 39 | Sherry Coonse McCraw | 4/1/2022 | 12/31/9999 | Exempt | Active | TX-6 | 1010 | Vice President of Human Resources | Vice President |

DEFENDANT'S EXHIBIT
tabbies'
17

BMW MC 001214

**To:** Engelhorn Robert, TX[Robert.Engelhorn@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-09-23T16:58:07Z
**Importance:** Normal
**Subject:** FW: PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx
**Received:** 2021-09-23T16:58:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Robert – fuer dich zur Info.

Gruesse Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Thursday, September 23, 2021 12:56 PM
**To:** Koepnick Claudia, PM-6 <Claudia.Koepnick@bmw.de>; Burgmeier Eva, PM-62 <Eva.Burgmeier@bmw.de>
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6.pptx

Hallo Ihr beiden,

Anbei meine ueberarbeitete Variante – lasst mich wissen, ob das fuer Euch i.O. ist.
Aber bitte mit Planstand angeben und am Montag darauf hinweisen, dass die lokalen Gespraeche erst nach Bestaetigung von Eva stattfinden.

Und bitte absolut um Vertraulichkeit bitten – keiner meiner Mitarbeiter kennt hierzu einen Stand.
Gespraeche fuehre ich erst nach P Kreis ab naechster Woche.

Gruesse Christine

DEFENDANT'S EXHIBIT 18

JA2279

# NACHFOLGEPLANUNG TX-60, TX-61.

**TX-6 (LL II)**

Besetzung durch AF

**TX-60 (LL III)**

- Eva Burgmeier
- Alexander Seefelder

→ Kelly Dawsey

**TX-61**

- Kelly Dawsey (TX-60)

Mittelfristig in NFPI für:
TX-71 (aktuell: Gene Ko)

→ Corey Epps

**TX-64**

- Corey Epps (TX-61)

kurzfristig Wechsel auf TX-64 (aktuell: Scott Medley)

in NFPI für:
TX-16 (akt. JT Tucker ggf. 2-3 Jahre vor Retirement)
TV-54 (akt. Bettina Rahmann/ Expat 12/23)

→ Scott Medley

**TX-6 HR project (2 Jahre)**

- Scott Medley (TX-64)

in NFPI für:
TV-54 Versorgungsbetriebe Amerika (akt. Bettina Rahmann, Expat 12/23)
PI-41 Immobilienbereitst./Region Amerika (Kevin McCraw)
PI-45 Sicherheit/Region Amerika (Todd Kreisher, 2-3 Jahre vor Retirement)



CONFIDENTIAL

**TX-6 & TX-60 Info-Share Documentation**
Wednesday, September 29, 2021

**Attendees:**

| | |
|---|---|
| Kelly Dawsey | |
| Christine Petrasch | |
| | |

| **Agenda Item:** | **Notes:** |
|---|---|
| TX FC II Meeting | FC II with TX 10/7 |
| Signature for Benefits Mail Box | Premise Health EHS Tool Agreement |
| 10/8 TX Strategy Talk Eff Enabler / CWF PLT | VACATION |
| IPP Planning prepared for HRNC | Did Corey brief you? |
| Rich Everly $600 Short on RIA | Earnings sent from BM were incorrect. |
| Gunter Thumser Ok to Proceed? | 2/22 → 6 mos. Only |
| VSP Mailings Friday | |
| Knudt at AFHC (Has? Halifax) | |
| | |
| T Circle | MC 10/11; FC II 10/18; Vorhalt 10/25 |
| | |
| | |
| | |
| | |

**List of Open Points:**

| Item | Responsible | Due | Status |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

DEFENDANT'S EXHIBIT 19

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 228 of 452

9/30/21

- Shay

Oct/Nov = Diversity

[redacted]

↳ Scott to Project for 2 years -

↳ Corey to TX-64

TX-60 & TX-61 Peel FL III

- move out w/i 1 year to Sye.

↳ JT waiting to move Rec. & reclass to FL IV

"Only way to help + fix & stabilize is you take over TX-61" b/c Shay will take the Associate position & you can balance & help + influence TX-60."

Eva Baufmeier

Shay will fall back where we were before.

Only way to get local TX-6 is have an intl. TX-60 to be a bridge to Germany. Already discussed w/ T+P & Dee's Done.

Q: Was there any consideration to the people in the factories?

No, they don't care.

- Recruiting to TX-65 -

Doesn't know if Shay knows about this!

Send wage prog. to CP.

**TX-6 & TX-60 Info-Share Documentation**
Monday, October 4, 2021

| Attendees: | |
|---|---|
| Kelly Dawsey | |
| Christine Petrasch | |
| | |

| Agenda Item: | Notes: |
|---|---|
| TX-6 FC II with TX on 10/7 | add TX FC II; Vorhalt review and T External Hire Requests rest of 2021 |
| ✓ TX-60 Manager Proxy Signature | |
| ✓ CWF PLT Tomorrow ~~5:00~~ 3:00 | |
| ✓ SMM = Miscellaneous VST | TX-7 Indirect HC Guidance |
| OOO: Thursday PM & Friday | |
| : Next week Tuesday PM – Friday SCMA HR meeting | |
| | |
| HR Connect Thursday details | 1:00-2:00 -9 in HRM & P+S |
| | |
| Think about positions | |
| | |
| TX-1 = TV-54 / TX-14 → Bettina's job | Mc in these roles; MN-7 until mid of '22; |
| in TX-71 Controlling | (& TX-72), PI |
| Let me know what we need to do & where I can push | |

Let me know what you want to do. Take this serious

Don't show any fear, be dead serious

**List of Open Points:**

| Item | Responsible | Due | Status |
|---|---|---|---|
| IPP Planning in HRNC Preview | | | |
| Knudt at AFHC | | | |
| T Circle | | | MC 10/11; FC II 10/18; Vorhalt 10/25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Dawsey 2661

| | | | |
|---|---|---|---|
| | | | |

I just got off of the phone w/ Germany on HR Personnel Development. I said good, I have a compa to topics let me review them quickly & I'll let you update. I reviewed business topics.

Then she said, there was another meeting w/ Sharon & she is now saying that she doesn't want the "older experienced" talent to stay in HR when she takes over. She says it's a shame that Kacey did not move over & get experience in another technology. I responded that I was told by Johanna that I needed to move to HR Services to be considered & I did that & now here we are that my experience should have been outside of HR. I said, "you know this too, they make up the rules to fit the situation at hand & she said, "yes". Because of this, you need to take this seriously & look around, even external to HR, for another job. Let me know what you want to do. Do not show any Fear because honestly, they don't deserve you! 6 ~~She~~ said look at MN, 7, TX-7 PI, ....

6 CP = 70000962 ✓
60 KD = 70000966 ✓
61 CE = 70000792 ✓
64 SM = 70001004 X
65 PS = 70007515 X
62 = 70004741 (Draft)

**To:** Koepnick Claudia, PM-6[Claudia.Koepnick@bmw.de]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-10-01T18:03:33Z
**Importance:** Normal
**Subject:** PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx
**Received:** 2021-10-01T18:03:00Z
PR_210726_PE-Tag_P-Kreis_final_Auszugfür TX6_v3.pptx

...wie erwartet – hier die von Sherry entschiedene Version.

.... sie will noch nicht einmal mit unserer langjaehrigen TX-6 Assistenz arbeiten....

Bitte mache die Eva fix und bitte lasse uns mit dem Assignment prozess – geplanter Starttermin waere bereits der 1.01.

Gruesse christine

DEFENDANT'S EXHIBIT 20

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 231 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 232 of 452

# NACHFOLGEPLANUNG TX-60, TX-61.

TX-6 (LL II)

Besetzung durch AF

## TX-60 (LL III)

- Eva Burgmeier
- Alexander Seefelder

Kelly Dawsey

## TX-64

- Kelly Dawsey (TX-60)

in NFP für:
**TX-71** (aktuell: Gene Ko – mittelfr.)
Ggf. **MN-7** (Nachbesetzung geplant Mitte 22)
Ggf. **TV-54** Greer 3 Amerika (akt. Bettina Rahmann, Expat 12/23)

Scott Medley

## TX-6 HR Project (2 Jahre)

- Scott Medley (TX-64)

in NFP für:
**TV-54** Greer 3 Amerika (akt. Bettina Rahmann, Expat 12/23)
**PI-41** Immobilienbereitst./Region Amerika (Kevin McCraw)
**PI-45** Sicherheit/Region Amerika (Todd Kreisher, 2-3 Jahre vor Retirement)

JA2285



CONFIDENTIAL

# CURRENT TX-6 ORGANIZATIONAL OVERVIEW. DATE 10/2021.

**TX-6**
Human Resources



Christine Petrasch

**TX-60**
HR Planning, Steering



Kelly Dawsey

- -HR Planning, Steering
- -Compensation & Organization
- -Benefits (Active/Retiree)
- -Associate Family Health Center
- -Associate Wellbeing
- -OFCCP Compliance

**TX-61**
HR Management, Employee Relations



Corey Epps

- -HR Business Developer
- -Employee Relations/Associate Engagement
- -Performance Management
- -Talent Management/Succession Planning

**TX-62**
HR Services



Michelle Keith

- -HR Service Center
- -Domestic & International Payroll & Payroll Accounting
- -Time Management
- -HRIS
- -HR VPS Management
- -HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro



Scott Medley

- -Domestic & International Recruiting
- -International Associate Relations
- -Occupational Health Management
- -Occupational Safety Management
- -Food Services

**TX-65**
Talent Programs, Training



Paul Sinanian

- -Leadership & Professional Development
- -Technical Training & Development
- -Talent Development Program Management
- (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

JA2286



CONFIDENTIAL

# TX-6 HR PROJECT (2 YEARS WITH STARTING DATE 01/2022 ).

Work in progress – we also will add Workforce Development – get qualified WF here in SC together with state/ governmental affairs.

**BMW Manufacturing Co., LLC Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

### Responsibility

-Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal managing through volatility, uncertainty, complexity and ambiguity (VUCA).

-Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.

-Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free environment at BMW MC is maintained.

-Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements. Works as a consultant to all entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.

-Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

### Competence

JA2287

-BA/BS degree in Business, Engineering or a 4 year applicable field of study.
-10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
-Leadership experience, preferably in an automotive manufacturing environment.
-Strategic, Operational planning and implementation skills.
-Project Management and implementation experience.
-Advanced communication skills addressing all levels of the organization.
-Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
-Excellent communication skills and ability to manage at all levels within BMW MC.
-Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

### Task

-Developing an updated BMW MC Issue Free strategy and operational program that ensures the maintenance of the union free environment.
-Conducts a gap analysis in all relevant topics (i.e. leadership, policies, legal compliance) to the updated strategy that serves as the basis for the creation of the action plan / Issue Free Strategy Roadmap.
-Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
-Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
-Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
-Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
-Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
-Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| | | | | | |
|---|---|---|---|---|---|
| **Creation Date** | 05/24/2021 | **Valid From** | To be confirmed | **Comments** | |
| **Creator** | Kelly | | Dawsey | | TX-60 |
| **Participant Business** | | | | | |
| **Reviewer** | Christine | | Petrasch | | TX-6 |



CONFIDENTIAL

**Cc:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]
**To:** Sanders Monique, TX-61[Monique.Sanders@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-09-13T21:18:33Z
**Importance:** Normal
**Subject:** Re: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine
**Received:** 2023-03-01T23:10:36Z

Ok - we will talk about that tomorrow! There is a rule in Germany, if there is a position within next 12 month on the horizon - it is no problem! So all should be good!

Sent from my iPhone

> On Sep 13, 2021, at 5:06 PM, Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com> wrote:
>
> Christine,
>
> In speaking with Kelly, there are some challenges with promoting Corey into G11.
>
> - The G10 promotion was in September 2020
> - The position is not currently graded as a FL III. This would be the first FL IV direct report to be promoted to G11.
>
> @Kelly, please advise of next steps if Christine wants to move forward.
>
> Kind Regards,
> Monique
>
> **From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
> **Sent:** Monday, September 13, 2021 2:25 PM
> **To:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
> **Subject:** RE: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine
>
> Ok super
>
> **BMW Manufacturing Co., LLC**
> Christine Petrasch
> Vice President of Human Resources
> 1400 Highway 101 South
> Greer, SC 29651
> USA
> Phone: 864-802-4506
> Cell Phone: 864-901-6433
> Mail: Christine.Petrasch@bmwmc.com

DEFENDANT'S EXHIBIT 21

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 235 of 452

Web: http://www.bmwusfactory.com

**From:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
**Sent:** Monday, September 13, 2021 2:00 PM
**To:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Subject:** RE: Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine

I am checking TX-60 on this and I will follow-up with you.

Kind Regards,
Monique

**From:** Petrasch Christine, TX-6 <Christine.Petrasch@bmwmc.com>
**Sent:** Monday, September 13, 2021 12:04 PM
**To:** Sanders Monique, TX-61 <Monique.Sanders@bmwmc.com>
**Subject:** Monique - where are we with Coreys promotion into G11 - I will need to go to Germany an will come back end of September christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 236 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 237 of 452

**To:** 'Sherry McCraw'[Sherry.Coonse-McCraw@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-10-01T13:32:03Z
**Importance:** Normal
**Subject:** FW: Promotion Corey Epps
**Received:** 2021-10-01T13:32:00Z

FYI too

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

**From:** Petrasch Christine, TX-6
**Sent:** Friday, October 1, 2021 8:13 AM
**To:** Dawsey Kelly, TX-60 <Kelly.Dawsey@bmwmc.com>
**Cc:** Engelhorn Robert, TX <Robert.Engelhorn@bmwmc.com>; Koepnick Claudia, PM-6 <Claudia.Koepnick@bmw.de>
**Subject:** Promotion Corey Epps

Dear Kelly,

Corey Epps Promotion G10 to G11 (October 2021) was discussed and confirmed in SMM Portfolio Round April 2021.
Corey will take over a FE III within the next 12 months! Therefore – please go ahead with his paperwork and realization.

PM-6 is informed!

Thanks Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

DEFENDANT'S EXHIBIT
tabbies
22

# TX-6
# HR WORKSHOP VI.
## NOVEMBER 11, 2021.



JA2291

TX-6 | November 11, 2021

BMW GROUP THE NEXT 100 YEARS

DEFENDANT'S EXHIBIT 33

# TX-6 MANAGEMENT WORKSHOP.

**AGENDA- NOVEMBER 11, 2021** **Location: CTC Dogwood / Time: 8:00 am – 5:00 pm**

| # | TOPIC | RESPONSIBLE | *TIME |
|---|---|---|---|
| 1) | TX-6 Weekly Managers Meeting | All | 8:00 – 9:00 |
| 2) | Monthly Budget Update, Review of Red Targets, Open GR List<br>2022 Budget Strategic Direction Overview Discussion | Michael Davis, TX-60<br>TX-6, 60, 61, 62, 64, 65 | 9:00 – 9:20<br>9:20 – 10:00 |
| 3) | Manager's Discussion: Accountability of DM Forum<br>(Christine Step Out for the Network Circle Meeting) | TX-60, 61, 62, 64, 65 | 10:00 – 10:30 |
| 4) | BREAK | All | 10:30 – 10:45 |
| 5) | P Leadership Conference Topics Review<br>2021 TX/TX-6 Target Review Preparation (12/8 2:15 – 3:15)<br>2022 Roadmap & Target Finalization | All | 10:45 – 11:30 |
| 6) | Lunch (Marlyn will pick up from 2 Chefs & bring to us, send order to Marlyn by EOB 11/9) | All | 11:30 – 12:00 |
| 7) | Business Check-In | All | 12:00 – 12:15 |
| 8) | TX-6 Employee Survey Results Overview & Next Steps Planning | All | 12:15 – 1:15 |
| 9) | 2022 IT Project Prioritization / Digi Topic Prioritization | Michelle Keith & All | 1:15 – 2:00 |
| 10) | New Training Facility Update / TXCELLENCE | Paul Sinanian | 2:00 – 2:30 |
| 11) | TX & TX-4 Addresses the Changes in TX-6 Organization | TX / TX-4 / TX-6 | 2:30 – 3:30 |
| 12) | BREAK | All | 3:30 – 3:45 |
| 13) | TX-6 Organization Discussion Debrief | All | 3:45 – 4:15 |
| 14) | Miscellaneous Topics: Café Service Provider Update, Retention Project Update, COVID Testing Planning, Cre8 Reporting, ... | All | 4:15 – 5:00 |

*time is flexible

# BMW Plant 10 HR REORGANISATION.

Org-Development 2019.



TX-6, August 2019

BMW GROUP

THE NEXT 100 YEARS

Rolls-Royce Motor Cars Limited

BMW MC 000248

CONFIDENTIAL

DEFENDANT'S EXHIBIT 24

**Slide 1**

**PCT1** Petrasch Christine, TX-6, 8/19/2019

CONFIDENTIAL

# WHY ARE WE CHANGING THE HR ORGANISATION?



1. Integration TX-64 Function Health, Safety and Foodservice into TX-6. (May 2019)
2. Implementation HR Businesspartner Function to strengthen HR role for technology . Drive Leadership and Learning Culture transformation.
3. Define Career development path within HR for local development. Introduce HR qualification landscape to ensure solid HR Knowledge.
4. Implement local and regional Digitalisationteam. (Collaboration US entities, MX, ZA). Drive digital Transformation for innovative and efficient HR processes..
5. Strengthen Leadplant role for HR. (Collaboration TX and ZA)



CONFIDENTIAL

BMW MC 000250

# HOW WILL THIS NEW ORGANISATION BE ACHIEVED?

1. Strengthen Governance Role for all HR topics. Establish digitalization Lead Role within TX-62.
2. Implement HR Business-partner Role to have one point of contact for Management and ensure HR Governance within the Technologies.
3. Disciplinary leadership within the local HR Organisation to support local development and HR Succession planning.
4. Bundle HR Operational topics to support the "Issues free Strategy".



CONFIDENTIAL

BMW MC 000251

# SUBSTRUCTURE FOR TX-6, CONFIRMED IN FO-CIRCLE NOVEMBER 4TH, 2019.




**No increase in grading, no increase of management capacities.**

**Review in Q1 2021 allocation of recruiting to TX-65, Talent Programs, Training, according to HR Master Plants.**

* Associate Family Health Center



CONFIDENTIAL

BMW MC 000252

# TX-6 Organizational overview - New structure SINCE 12/2019.

**TX-6**

Human Resources



Christine Petrasch

**TX-60**

HR Planning, Steering



Kelly Dawsey

-HR Planning, Steering

-Compensation & Organization

-Benefits (Active/Retiree)

-Associate Family Health Center

-Associate Wellbeing

-OFCCP Compliance

**TX-61**

HR Management, Employee Relations



Corey Epps

-HR Business Developer

-Employee Relations/Associate Engagement

-Performance Management

-Talent Management/Succession Planning

**TX-62**

HR Services



Michelle Keith

-HR Service Center

-Domestic & International Payroll & Payroll Accounting

-Time Management

-HRIS

-HR VPS Management

-HR Digitalization

**TX-64**

Recruiting, Health Mgt., Occup. Safety, Gastro



Scott Medley

-Domestic & International Recruiting

-International Associate Relations

-Occupational Health Management

-Occupational Safety Management

-Food Services

**TX-65**

Talent Programs, Training



Paul Sinanian

-Leadership & Professional Development

-Technical Training & Development

-Talent Development Program Management

(EOMDP, GLDP, Student Programs, RPM, Tech Scholars)



CONFIDENTIAL

# FOCUS - HR BUSINESS PARTNER ON "EYE-LEVEL" WITH TECHNOLOGIES.

| 1 Personnel Planning / -Steering | 2 Personnel Development | 3 Talent Management / Recruiting | 4 Organizational Development / -Change | 5 Local Talent Development | 6 Leadership / Culture transformation |
|---|---|---|---|---|---|
| • Competence restructuring (ramp-up /-down, transfer, steering of replacement of fluctuation, CWF...)<br>• Labor costs transparency / steering<br>• Management capacity steering | • Competence realignment- cross- divisional (Strategic Workforce Planning)<br>• Implementation of Expert Career<br>• Salary planning within technology | • Creation of talent transparency<br>• Talent pool development<br>• Onboarding / Touch Points<br>• Cross-divisional talent development and staffing | • Higher proactive involvement of TX-6x in Organizational change and development | • Domestic talent strategy realization<br>• EXPAT-Strategy steering<br>• Succession planning | • Follow Up Process SL<br>• Follow Up Process SM<br>• Driving Mobilization Leadership transformation within technology<br>• Support projects like property damage etc. |

Reduction from SIX to ONE Face to our "Customer" (Technologies)!

| HR "Backbone" to ensure efficient and stable work environment | | | |
|---|---|---|---|
| **Clear HR Structure and Competence**<br>• TX-6x, Role definition, e.g. strategic business partner on "eye-level", cultural transformation, enhancement of leadership culture, shaping organization change, digital competency<br>• Assessment and development of HR (on top of HRM and Personnel Services) | **HR Digitalization - innovative HR IT**<br>• Collaboration on requirement management HR IT-Strategy and target picture<br>• Integration with Global HRIS, e.g. TMS | **Efficient HR Services**<br>• HR Platform<br>• Multi-Channel-Communication strategy, ex. mobile app., eServices<br>• HR Services >NEXT<br>• Automatization / Process Optimization | **HR Process Improvement**<br>• Business Structure Analysis<br>• Continuous Improvement of HR Process, e.g. Portfolio and Succession Planning |



CONFIDENTIAL

BMW MC 000254

JA2299

# Focus – Digitalization within HR.












BMW MC 000255

CONFIDENTIAL

# NEW SIGNIFICANT CHANGES ARE AHEAD OF US?

1. Covid situation as accelerator for Workforce Changes! Tight labor market, Covid management, Supply situation.
2. Governmental impact or external influences on Business leads to increasing uncertainty. Tax, pro Union trend, Shortage Resources
3. Future Generation Needs are different!
4. Transition - Strategic Workforce development along the whole Employee Journey.



CONFIDENTIAL

# HR Challenges Future Workforce / Part T/TX Target Review 11/2021.







Transformation Project "Needs of Future Workforce" along the entire Employee Journey!



CONFIDENTIAL

BMW MC 000257

JA2302

# TX-6 Organizational overview – Changes starting date 02/22.

**TX-6**
Human Resources



Christine Petrasch

**TX-6 Project**



Scott Medley

1

"Normal next - Tomorrows Workforce"

- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

**TX-60**
HR Planning, Steering



Kelly Dawsey

-HR Planning, Steering
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

**TX-61**
HR Management, Employee Relations



Corey Epps

-HR Business Developer
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

**TX-62**
HR Services



Michelle Keith

-HR Service Center
-Domestic & International Payroll & Payroll Accounting
-Time Management
-HRIS
-HR VPS Management
-HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro

-Domestic & International Recruiting
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

**TX-65**
Talent Programs, Training



Paul Sinanian

-Leadership & Professional Development
-Technical Training & Development
-Talent Development Program Management
(EOMDP, GLDP, Student Programs, RPM, Tech Scholars)



CONFIDENTIAL

# TX-6 Organizational overview – Changes starting date 02/22.

**TX-6**
Human Resources



Christine Petrasch

**TX-6 Project**



Scott Medley

"Normal next - Tomorrows Workforce"

- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

**TX-60**
HR Planning, Steering

-HR Planning, Steering
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

**TX-61**
HR Management, Employee Relations



Corey Epps

-HR Business Developer
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

**TX-62**
HR Services



Michelle Keith

-HR Service Center
-Domestic & International Payroll & Payroll Accounting
-Time Management
-HRIS
-HR VPS Management
-HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro

2



Kelly Dawsey

-Domestic & International Recruiting
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

**TX-65**
Talent Programs, Training



Paul Sinanian

-Leadership & Professional Development
-Technical Training & Development
-Talent Development Program Management
(EOMDP, GLDP, Student Programs, RPM, Tech Scholars)



CONFIDENTIAL

# TX-6 Organizational overview – Changes starting date 02/22.






CONFIDENTIAL

BMW MC 000260

# Eva Burgmeier.



**Eva Burgmeier**

| | |
|---|---|
| Date of birth: | [redacted] |
| Place of birth: | Regensburg |
| Nationality: | german |
| Marital status: | married, two daughters |

**Work experience**

**06.2004 – present BMW AG**

10.2019 – present **Head of HR Management** A, P Division, Foundations, BKK, M-B, G-B

02.2019 – 09.2019 **Head of Planning and Steering** Plant Regensburg TU-6-S

09.2015 – 01.2019 **Expert Planning and Steering** Plant Dingolfing TD-6-S

08.2014 – 08.2015 parental leave

04.2013 – 07.2014 **Expert HR Management** Development Total Vehicle PM-51

06.2012 – 03.2013 parental leave

07.2011 – 05.2012 **Head of HR Management** Retail Outlet Region South/Bavaria PM-420

08.2009 – 06.2011 **Expert HR Management** A Division, Foundations PM-62

11.2007 – 07.2009 **Head of Grading** E Division PZ-P-3

07.2005 – 10.2007 **Specialist Grading** Development Powertrain, Driving Experience, Body, Exterior, Interior, Software, Electronics PZ-42

06.2004 – 06.2005 **Specialist HR Management** Development Driving Experience PM-50

**Education**

**Study of personnel development**
10.2004 – 12.2007 Technical University Kaiserslautern: Master of Arts (grade: 1,8)

**Study of law**
06.2004 2nd state examination (honors exam: 8,75 points)
04.2002 – 06.2004 legal traineeship, Regensburg
11.1997 – 01.2002 University Regensburg: 1st state examination (honors exam: 8,5 points)

**School**
09.1987 – 07.1997 high school Seligenthal, Landshut: graduation (grade: 2,0)
09.1994 – 06.1995 Foothill High School, Pleasanton, Kalifornien, USA
09.1983 – 07.1987 elementary school Seligenthal, Landshut



BMW MC 000261

CONFIDENTIAL

# Projectletter – "Normal next – Tomorrows Workforce" needs to be finalized and aligned with all Input from TX, P, T strategy topics/targets

Work in Progress

## Input TX Workshop

**BMW Manufacturing Co., LLC Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

**Responsibility**

-Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal m volatility, uncertainty, complexity and ambiguity (VUCA).
-Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.
-Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free e MC is maintained.
-Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements. Works as a entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.
-Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

**Competence**

-BA/BS degree in Business, Engineering or a 4 year applicable field of study.
-10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
-Leadership experience, preferably in an automotive manufacturing environment.
-Strategic, Operational planning and implementation skills.
-Project Management and implementation experience.
-Advanced communication skills addressing all levels of the organization.
-Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
-Excellent communication skills and ability to manage at all levels within BMW MC.
-Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

**Task**

-Developing an updated BMW MC Issue Free strategy and operational prog maintenance of the union free environment.
-Conducts a gap analysis in all relevant topics (i.e. leadership, policies, lega updated strategy that serves as the basis for the creation of the action plan / Roadmap.
-Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
-Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
-Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
-Provides direction and guidance on inter-country Workforce Transfers and business entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
-Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
-Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| | | | | | |
|---|---|---|---|---|---|
| **Creation Date** | 05/24/2021 | **Valid From** | To be confirmed | **Comments** | |
| **Creator** | Kelly | Dawsey | TX-60 | | |
| **Participant Business** | | | | | |
| **Reviewer** | Christine | Petrasch | TX-6 | | |









CONFIDENTIAL

BMW MC 000262

JA2307

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 255 of 452

**To:** Keith Michelle, TX-62[Michelle.Keith@bmwmc.com]; Corey Epps[Corey.Epps@bmwmc.com]; Sinanian Paul, TX-6[Paul.Sinanian@bmwmc.com]
**Cc:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]; Medley Scott, TX-64[Scott.Medley@bmwmc.com]; Owens Marlyn, TX-6[Marlyn.Owens@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-12-10T14:22:03Z
**Importance:** Normal
**Subject:** Follow up TX-6 Organisation
**Received:** 2021-12-10T14:21:00Z

...as discussed – we are aligned

1. Marlyn will send out the meeting for today – 3.30 – 3.45pm Title Follow up TX-6 organisation
    a. I will give them the infos I will get today from SMM Meeting (3.00-3.15pm)
    b. And the information that we will have on Monday a meeting from 8.30 – 9 am to talk about all the changes
2. Marlyn will send out the meeting for Monday 8.30 – 9 am same title
3. Kelly and Scott will have the pre info for their teams on Monday 8.00 – 8.15 am

We will not have the interns with us – and marlyn will tell everybody do not forward this meetings!

I will send you the presentation we used for Robert and Sherry

christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

DEFENDANT'S EXHIBIT 25

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 256 of 452

**To:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]; Medley Scott, TX-64[Scott.Medley@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-12-13T10:58:25Z
**Importance:** Normal
**Subject:** TX-6 Orgstructure_02_2022.pptx
**Received:** 2021-12-10T22:52:00Z
TX-6 Orgstructure_02_2022.pptx

Dear both – here is the reduced PP – in case you need this for Monday morning

christine

DEFENDANT'S EXHIBIT 26
tabbies

# BMW Plant 10 HR REORGANISATION.

Org-Development 2019.



TX-6, August 2019

BMW GROUP

THE NEXT 100 YEARS

Rolls-Royce Motor Cars Limited

# WHY ARE WE CHANGING THE HR ORGANISATION?



1. Integration TX-64 Function Health, Safety and Foodservice into TX-6. (May 2019)

2. Implementation HR Businesspartner Function to strengthen HR role for technology . Drive Leadership and Learning Culture transformation.

3. Define Career development path within HR for local development. Introduce HR qualification landscape to ensure solid HR Knowledge.

4. Implement local and regional Digitalisationteam. (Collaboration US entities, MX, ZA). Drive digital Transformation for innovative and efficient HR processes..

5. Strengthen Leadplant role for HR. (Collaboration TX and ZA)

# HOW WILL THIS NEW ORGANISATION BE ACHIEVED?

1. Strengthen Governance Role for all HR topics.
   Establish digitalization Lead Role within TX-62.

2. Implement HR Business-partner Role to have one point of contact for
   Management and ensure HR Governance within the Technologies.

3. Disciplinary leadership within the local HR Organisation to support local development and HR Succession planning.

4. Bundle HR Operational topics to support the "Issues free Strategy".

JA2313

# TX-6 Organizational overview - New structure SINCE 12/2019.

**TX-6**
Human Resources



Christine Petrasch

**TX-60**
HR Planning, Steering



Kelly Dawsey

- -HR Planning, Steering
- -Compensation & Organization
- -Benefits (Active/Retiree)
- -Associate Family Health Center
- -Associate Wellbeing
- -OFCCP Compliance

**TX-61**
HR Management, Employee



Corey Epps

- -HR Business Developer
- -Employee Relations/Associate Engagement
- -Performance Management
- -Talent Management/Succession Planning

**TX-62**
HR Services



Michelle Keith

- -HR Service Center
- -Domestic & International Payroll & Payroll Accounting
- -Time Management
- -HRIS
- -HR VPS Management
- -HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro



Scott Medley

- -Domestic & International Recruiting
- -International Associate Relations
- -Occupational Health Management
- -Occupational Safety Management
- -Food Services

**TX-65**
Talent Programs, Training



Paul Sinanian

- -Leadership & Professional Development
- -Technical Training & Development
- -Talent Development Program Management (EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

# FOCUS - HR BUSINESS PARTNER ON "EYE-LEVEL" WITH TECHNOLOGIES.

| 1 Personnel Planning / -Steering | 2 Personnel Developme nt | 3 Talent Management / Recruiting | 4 Organization al Development | 5 Local Talent Developme nt | 6 Leadership / Culture transformation |
|---|---|---|---|---|---|
| • Competence restructuring (ramp-up /-down, transfer, steering of replacement of fluctuation, CWF...)<br>• Labor costs transparency / steering<br>• Management capacity steering | • Competence realignment- cross-divisional (Strategic Workforce Planning)<br>• Implementation of Expert Career<br>• Salary planning within technology | • Creation of talent transparency<br>• Talent pool development<br>• Onboarding / Touch Points<br>• Cross-divisional talent development and | • Higher proactive involvement of TX-6x in Organizational change and development | • Domestic talent strategy realization<br>• EXPAT-Strategy steering<br>• Succession planning | • Follow Up Process SL<br>• Follow Up Process SM<br>• Driving Mobilization Leadership transformation within technology<br>• Support projects like property damage etc. |

Reduction from SIX to ONE Face to our "Customer" (Technologies)!

## HR "Backbone" to ensure efficient and stable work environment

| Clear HR Structure and Competence | HR Digitalization - innovative HR IT | Efficient HR Services | HR Process Improvement |
|---|---|---|---|
| • TX-6x, Role definition, e.g. strategic business partner on "eye-level", cultural transformation, enhancement of leadership culture, shaping organization change, digital competency<br>• Assessment and development of HR (on top of HRM and Personnel Services) | • Collaboration on requirement management HR IT-Strategy and target picture<br>• Integration with Global HRIS, e.g. TMS | • HR Platform<br>• Multi-Channel-Communication strategy, ex. mobile app., eServices<br>• HR Services >NEXT<br>• Automatization / Process Optimization | • Business Structure Analysis<br>• Continuous Improvement of HR Process, e.g. Portfolio and Succession Planning |

# Focus – Digitalization within HR.










JA2315

# NEW SIGNIFICANT CHANGES ARE AHEAD OF US?

1. Covid situation as accelerator for Workforce Changes! Tight labor market, Covid management, Supply situation.

2. Governmental impact or external influences on Business leads to increasing
uncertainty. Tax, pro Union trend, Shortage Resources

3. <u>Future Generation Needs are different!</u>

4. Transition - Strategic Workforce development along the whole Employee Journey.

JA2317

# HR Challenges Future Workforce / Part T/TX Target Review 11/2021.







Transformation Project "Needs of Future Workforce" along the entire Employee Journey!

# TX-6 Organizational overview – Changes starting date 02/22.

**TX-6**
Human Resources

Christine Petrasch

**TX-6 Project**

Scott Medley

1

"Normal next - Tomorrows Workforce"
- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

**TX-60**
HR Planning, Steering

Kelly Dawsey

-HR Planning, Steering
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

**TX-61**
HR Management, Employee

Corey Epps

-HR Business Developer
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

**TX-62**
HR Services

Michelle Keith

-HR Service Center
-Domestic & International Payroll & Payroll Accounting
-Time Management
-HRIS
-HR VPS Management
-HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro

-Domestic & International Recruiting
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

**TX-65**
Talent Programs, Training

Paul Sinanian

-Leadership & Professional Development
-Technical Training & Development
-Talent Development Program Management
(EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

# TX-6 Organizational overview – Changes starting date 02/22.



# TX-6 Organizational overview – Changes starting date 02/22.

**TX-6**
Human Resources

Christine Petrasch

**TX-6 Project**

Scott Medley

"Normal next - Tomorrows Workforce" (2 Years)

- Internal Check – needs of the future workforce – what do we need to offer as a company / Focus Direct in 2022
- Initiatives Workforce Development South Carolinas/Region
- Issue free Environment

**TX-60**
HR Planning, Steering

Eva Burgmeier

-HR Planning, Steering
-Compensation & Organization
-Benefits (Active/Retiree)
-Associate Family Health Center
-Associate Wellbeing
-OFCCP Compliance

3

**TX-61**
HR Management, Employee

Corey Epps

-HR Business Developer
-Employee Relations/Associate Engagement
-Performance Management
-Talent Management/Succession Planning

**TX-62**
HR Services

Michelle Keith

-HR Service Center
-Domestic & International Payroll & Payroll Accounting
-Time Management
-HRIS
-HR VPS Management
-HR Digitalization

**TX-64**
Recruiting, Health Mgt., Occup. Safety, Gastro

Kelly Dawsey

-Domestic & International Recruiting
-International Associate Relations
-Occupational Health Management
-Occupational Safety Management
-Food Services

**TX-65**
Talent Programs, Training

Paul Sinanian

-Leadership & Professional Development
-Technical Training & Development
-Talent Development Program Management
(EOMDP, GLDP, Student Programs, RPM, Tech Scholars)

# Eva Burgmeier.



**Eva Burgmeier**

Date of birth: [redacted]
Place of birth: Regensburg
Nationality: german
Marital status: married, two daughters

**Work experience**

**06.2004 – present BMW AG**

10.2019 – present **Head of HR Management** A, P Division, Foundations, BKK, M-B, G-B

02.2019 – 09.2019 **Head of Planning and Steering** Plant Regensburg TU-6-S

09.2015 – 01.2019 **Expert Planning and Steering** Plant Dingolfing TD-6-S

08.2014 – 08.2015 parental leave

04.2013 – 07.2014 **Expert HR Management** Development Total Vehicle PM-51

06.2012 – 03.2013 parental leave

07.2011 – 05.2012 **Head of HR Management** Retail Outlet Region South/Bavaria PM-420

08.2009 – 06.2011 **Expert HR Management** A Division, Foundations PM-62

11.2007 – 07.2009 **Head of Grading** E Division PZ-P-3

07.2005 – 10.2007 **Specialist Grading** Development Powertrain, Driving Experience, Body, Exterior, Interior, Software, Electronics PZ-42

06.2004 – 06.2005 **Specialist HR Management** Development Driving Experience PM-50

**Education**

**Study of personnel development**
10.2004 – 12.2007 Technical University Kaiserslautern: Master of Arts (grade: 1,8)

**Study of law**
06.2004 2nd state examination (honors exam: 8,75 points)
04.2002 – 06.2004 legal traineeship, Regensburg
11.1997 – 01.2002 University Regensburg: 1st state examination (honors exam: 8,5 points)

**School**
09.1987 – 07.1997 high school Seligenthal, Landshut: graduation (grade: 2,0)
09.1994 – 06.1995 Foothill High School, Pleasanton, Kalifornien, USA
09.1983 – 07.1987 elementary school Seligenthal, Landshut

# Projectletter – "Normal next – Tomorrows Workforce" needs to finalized and aligned with all Input from TX, P, T strategy topics/targets

Work in Progress

## Input TX Workshop

**BMW Manufacturing Co., LLC Task, Competence, Responsibility:**
TX-6, Workforce Engagement and Development in a Non-Union Environment with focus on Legal / HR Topics

**Responsibility**

-Responsible for the re-development of the Issue Free Strategy for the Business Entity BMW Manufacturing Co., LLC, considering the workplace transformation to a new normal m volatility, uncertainty, complexity and ambiguity (VUCA).
-Responsible for developing an ideal workforce / leadership model, conducting a gap analysis and setting an action plan to work towards achievement of the ideal Issue Free State.
-Responsible for defining and developing the leadership training (for instance Positive Management Leadership training) / preparation that is needed to ensure that the union free e MC is maintained.
-Works as a consultant to HR and Senior Leadership on immigration topics including VISA's, localization requirements and international travel personnel requirements. Works as a entities in the US Region on Workforce Transfers, policy differences / interpretations and BMW Occupational health and safety workplace guidelines.
-Develops the HR and Legal guidelines for on-going projects / initiatives such as Connected Work, Contract Workforce management and mitigation of co-employment risks.

**Competence**

-BA/BS degree in Business, Engineering or a 4 year applicable field of study.
-10+ years of professional experience to include Human Resources, Business Operations and Non-union workplace steering.
-Leadership experience, preferably in an automotive manufacturing environment.
-Strategic, Operational planning and implementation skills.
-Project Management and implementation experience.
-Advanced communication skills addressing all levels of the organization.
-Knowledge of US Fair Labor Practices, Co-employment risks, National Labor Relations and other applicable US legal standards.
-Excellent communication skills and ability to manage at all levels within BMW MC.
-Collaboration ability allowing for strategic movement to ensure the workplace / workforce of the future.

**Task**

-Developing an updated BMW MC Issue Free strategy and operational prog maintenance of the union free environment.
-Conducts a gap analysis in all relevant topics (i.e. leadership, policies, lega updated strategy that serves as the basis for the creation of the action plan Roadmap.
-Develops revised / updated HR policies that will take BMW MC into the next 25 years of operations while mitigating the risks of unionization.
-Evaluates current leadership development programs against the updated strategy and redesigns and plans the go-live of such programs (for instance Positive Management Leadership Take 2).
-Steers as a consultant, the increasingly complex immigration environment to ensure business continuity when external to BMW MC BMW resources are needed to support the business.
-Provides direction and guidance on inter-country Workforce Transfers and business area entity transfers (i.e. Continental Distribution Center from BMW NA to BMW MC).
-Develops strategic HR and Legal input and guidelines on topics such as, Contract Workforce Management and mitigation of co-employment risks, Connected Works application and implementation to address the changing workforce.
-Works as a partner with the Governmental Affairs and Legal Teams ensuring knowledge transfer in on-boarding of new Senior Leadership and within the AJ community.

| | | | | | |
|---|---|---|---|---|---|
| **Creation Date** | 05/24/2021 | **Valid From** | To be confirmed | **Comments** | |
| **Creator** | Kelly | Dawsey | | TX-60 | |
| **Participant Business** | | | | | |
| **Reviewer** | Christine | Petrasch | | TX-6 | |







JA2322

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 1:57 PM |
| **To:** | Slatter, Laura (Greenville); McCoy, Ellison F. (Greenville); Moody, D. Randle, II (Greenville) |
| **Subject:** | Fwd: Kelly Dawsey Information |
| **Attachments:** | Kelly Dawsey, SHRM-SCP Resume .pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

External email ›

First time sender ›

This is the initial email from Greg Dawsey - Kelly's husband.
Mr. Dawsey was doing work on my neighbors house and I met him through genuine neighborly hello's.

This is not typical of any recruiting efforts. I find it to be 'reverse-recruiting', as we are not seeking candidates for a specific position or client, we market the candidate, the candidate's experience/background to several companies seeking like/kind professionals, and sometimes we have success, as we did with Kelly Dawsey.

---------- Forwarded message ---------
From: **Greg Dawsey** <gdawsey@prem-cr.com>
Date: Wed, Sep 8, 2021 at 4:43 AM
Subject: Kelly Dawsey Information
To: Sherrill Miller <sherrill@morseandsavage.com>

Sherrill,

Attached is the information we discussed. Please let us know if there are any format changes that may need to be done, etc.

Thanks in advance for your help.

Greg

--

Greg Dawsey
Project Manager
**Premier Restoration**
PO Box 2066

DEFENDANT'S EXHIBIT 27



Morse and Savage 000001

Anderson SC 29622
gdawsey@prem-cr.com

Serving The Upstate of South Carolina

Virus-free. www.avg.com

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***
***linkedin.com/in/sherrill-miller-89056a130***



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 271 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 272 of 452

# KELLY G. DAWSEY, SHRM-SCP

403 Carriage Hill Road ◆ Simpsonville, SC 29681
864-245-1207 ◆ kdawsey@charter.net

## Human Resources Manager

Visionary HR leader known for engaging all levels of the organization towards critical business initiatives. Progressive, decisive, innovative and contributes bottom-line results by translating organization objectives into tangible results.

**Key Strengths**

| | | |
|---|---|---|
| ✓ **Effective Leadership** | ✓ **Project Management** | ✓ **Productivity Improvement** |
| ✓ **Customer Relations** | ✓ **HR Start-Up** | ✓ **Budgeting / Forecasting** |
| ✓ **Change Management** | ✓ **Talent Development** | ✓ **Strategic Planning** |

Achievements include developing peak performing human resources programs & initiatives that support business strategy, productivity, and profitability. Expertise in all generalist HR areas including recruitment, HRIS, training/development, wage & salary program development and administration, benefits development and administration, and talent development programs such as succession planning.

### Professional Certification and Education

Senior Professional in Human Resources (SHRM-SCP)
Clemson University, BS Administrative Management

### Current External Work

SC Manufactures Association HR Board

## Professional Experience

**Since February 2015** **BMW Manufacturing Co., LLC** **Greer, SC**
**Manager HR Planning, Compensation & Benefits, Organization & Associate Wellbeing**

Manage the HR Planning department (6 functional areas, 15 employees) including Compensation, Benefits, Organization, HR Planning, the Associate Family Health Center and Wellbeing programs at BMW Plant Spartanburg.

- **Compensation & Benefits:** Manage the multi-million-dollar **Total Rewards** program for Plant Spartanburg. Including the development of the strategic HR plan for future years, ensuring compliance with US Legal requirements, while balancing Associate Satisfaction. Plan covers approx. 22,000 covered lives.
- **Organization:** Oversight and local **Organizational Development** with corporate guidelines and ensuring accuracy of implementation. Management of the organizational structure in **SAP**, including the inputs for **Job Grading**, as well as Associate placement within the structure. Compliance with US legal law, including Government Subcontractor **AAP** compliance.
- **HR Planning:** Management of the **Long- and Short-Range HR Planning** area ensuring accurate input to long-range development evaluations with regards to topics that have HR impact. Manages the Integrated Management System **ISO Compliance**, **Target Development**, Reporting and **Budget** management.
- **Associate Family Health Center:** Management and oversight of the operational and future strategy topics for the Plant Spartanburg **On-Site Integrated Medical / Health Center.**
- **Wellbeing:** Manage the holistic **Wellbeing** programs offered to Associates and Family members.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 273 of 452



**November 2011 – January 2015** **BMW Manufacturing Co., LLC** **Greer, SC**
**Section Manager, Human Resources Operations**

Managed the HR Operations department (5 functional areas, 16 employees) including: management and accountability of the multi-million dollar bi-weekly payroll and time management functions for 5,000 plus employees.

- **Payroll & Time Management:** Accountable to the P&L for payroll financial activity through Payroll Administration as well as the Payroll Accounting functions.
- **Corporate Compliance:** Ensured Corporate Compliance on HR Operations legal topics from I-9 administration to annual fiduciary audits as well as Internal Control process procedures because of Sarbanes Oxley compliance.
- **HR Associate Service Center:** Led the launch project of the HR Associate Service Center from planning, development, staffing, training, software as a service implementation, through go-live and stabilization. Contributed to the corporate bottom-line by bundling HR administrative tasks and creating resource efficiency.
- **Human Resources Information System:** Manage the HR Modules of SAP. Manage the business system requirements changes as well as ensuring upgrades and future system changes were planned, tested, and implemented accurately without disruption to the business.
- **Project HRI (Human Resources International) Leader:** Managed the cross-functional BMW US entity project in coordination with the parent company in Germany to implement standard HR processes and standard SAP HRIS functionality across the US.

**May 2000 – October 2011** **BMW Manufacturing Co., LLC** **Greer, SC**
**Section Manager, Compensation & Organization**

Managed the strategic and operational compensation and organization functions (2 functional areas, 4 employees)

- **Compensation Management:** Developed and managed compensation programs by balancing the competitiveness of the packages with the fixed costs / bottom line results to BMW. Ensured compensation program compliance with federal and state laws and competitiveness for employee attraction, retention, and motivation.
- **Short-term and Long-range Structural & Financial Planning:** Conducted planning for compensation programs including base pay and incentive bonus programs.
- **Senior Leadership Consultant:** Led BMW Senior Leaders in compensation and organization initiatives including structure adjustment recommendations and implementation.
- **HR Data Integrity:** Ensured data integrity of compensation and organization data for BMW within SAP (HRIS System).

**September 1998 – April 2000** **BMW Manufacturing Co., LLC** **Greer, SC**
**Coordinator, Human Resources**
Managed the Employee Relations function for a department with 1,000 associates including exempt & nonexempt personnel. Supervised 2 employee relations representatives.

- HR consultant to line management from first line supervision to the department Vice President.
- Business Partner to the department management in performing salary and succession planning.
- Conflict resolution.
- Ensuring Human Resource compliance with ISO 9000 and 14000.

**June 1995- August 1998** **BMW Manufacturing Corporation** **Greer, SC**
**Employee Relations Representative** for 700 employees.

- Employee concern investigations/resolutions.
- Policy development & policy interpretation.
- Employee advocate and management resource.
- Plant Start-Up Team.

**June 1990- May 1995** **Westinghouse Savannah River Site** **Aiken, SC**
**Human Resources Manager, Human Resources Representative, Recruiter**

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 1:59 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: K Dawsey Follow-Up Information |
| **Attachments:** | K Dawsey Interest Overview.docx; Kelly G. Dawsey, SHRM-SCP Resume.docx |

External email ›

Email communication after our first meeting which was virtual.

---------- Forwarded message ---------
From: **Kelly G. Dawsey** <kdawsey@charter.net>
Date: Mon, Sep 13, 2021 at 9:40 PM
Subject: K Dawsey Follow-Up Information
To: sherrill@morseandsavage.com <sherrill@morseandsavage.com>

Sherrill,

It was a pleasure to meet you on Friday. Although our meeting was virtual, I felt like I had known you for a very long time. I hope that your office search ended successfully on Friday afternoon.

I have completed some research and have provided a number of things to you in the attached document.

**-List of Companies that I AM Interested in Pursuing**

This list is not all inclusive, but includes only those that came to mind or attracted me through my initial search. I would welcome others to the list that you are aware of culture and fit. I would be looking for a culture of fast paced, change orientation and leadership that is focused on collaborative business results versus personal agendas.

**-List of Companies that I am NOT Interested in Pursuing**

This list includes locations with HR leaders that I am currently professionally engaged with or companies that I know from experience that I would not be interested in pursuing a position with.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 275 of 452

**-Recruiting Companies / Consulting Companies to Avoid**

I previously worked with Christine Stroud at BMW and still keep in touch with her periodically but would not trust her to my career search.

John Hammes is a friend of my brother and has attempted a couple of times to get me to move companies. He hosts several upstate HR Managers in periodic meetings for best practice sharing.

**-Positions Interested in Pursuing**

I attached companies and specific, currently posted positions, that I would be interested in exploring to see if there is a job and salary match. These positions were posted on Linked IN.

I have also attached a copy of my resume in Word format so that you are able to modify, as needed, for positions and companies that you would submit my qualifications to for consideration.

I look forward to working with you.

Kind regards,

Kelly G. Dawsey, SHRM-SCP

kdawsey@charter.net

864-245-1207

--
*Sherrill the Recruiter*

*Sherrill Miller*
864.341.1108
*www.morseandsavage.com*
*linkedin.com/in/sherrill-miller-89056a130*

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 277 of 452

**KELLY DAWSEY**
**INITIAL INTEREST OVERVIEW**

**Companies Interested in Pursuing**

Clemson University
Milliken and Company
Ryobi
Arthrex
Robert Bosch
Bosch Rexroth Corp
AVX
GE Power
E&I Engineering Corp.
Nestle Prepared Foods
Rich Products Corporation
Arkema
Siemens
Spectrum
SYNNEX Corp.

**Companies Not Interested in Pursuing**

Yanfeng
Lear Seating
ZF Transmissions
Hubbell Lighting
Scan Source
Michelin
Lima One Capital
Proterra
Fluor
Faurecia
Benore Logistics Systems
Draexlmaier
Magna International
AFL
Mitsubishi Polyester Film
Plastic Omnium
Spartanburg Steel
Sage Automotive

**Recruiting Companies to Avoid**

Group 928, Christina Stroud
John Hammes Consulting, Inc., John Hammes

## Positions Interested in Exploring

**Director of Compensation & Benefits**
Clemson University
Clemson, SC
2 days ago · 7 applicants
Full-time · Director
1,001-5,000 employees · Higher Education

**Deputy Chief Human Resources Officer / Associate Chief Human Resources Officer**
Clemson University
Clemson, SC
6 days ago · 20 applicants
Full-time · Executive

**Manager Facility HR**
Nestlé
Spartanburg, SC
Actively recruiting

---

**Human Resources Manager**
Rich Products Corporation
Fountain Inn, SC

---

**Regional Human Resources Manager**
Arkema
Greenville, SC

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:06 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: K Dawsey Follow-Up Information |
| **Attachments:** | MORSE AND SAVAGE Sherrill CONSULTANT AGREEMENT.docx |

External email >

Attached is the 'agreement' established between the two parties.

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Wed, Sep 15, 2021 at 7:16 PM
Subject: Re: K Dawsey Follow-Up Information
To: Kelly G. Dawsey <kdawsey@charter.net>

Hi there...
Please find attached the service agreement we discussed~Call me if you have any questions or concerns : )

I'm ready when you are...
Please make check payable to Morse and Savage.

Thank you~Let's do this!

On Mon, Sep 13, 2021 at 9:40 PM Kelly G. Dawsey <kdawsey@charter.net> wrote:

> Sherrill,
>
> It was a pleasure to meet you on Friday. Although our meeting was virtual, I felt like I had known you for a very long time. I hope that your office search ended successfully on Friday afternoon.
>
> I have completed some research and have provided a number of things to you in the attached document.
>
> **-List of Companies that I AM Interested in Pursuing**

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 280 of 452

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:08 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: * Update Week of 9.21.21 |

External email 〉

An update to Kelly Dawsey regarding our efforts.

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Wed, Sep 22, 2021 at 12:31 PM
Subject: * Update Week of 9.21.21
To: Kelly G. Dawsey <kdawsey@charter.net>

Good Morning!
Happy Tuesday!
Hope all is well ~

Just a quick update for you~
Progress is being made : )
I've reached out to AVX, Bosch, DartPoints, Shaw, ABB, and Hubbell this week.
I've had actual conversation with AVX, Bosch, and Hubbell - and I've emailed/presented to the others.

Each client I've spoken to is reviewing-forwarding for review your resume and my summary. I will follow-up with each of these on Tuesday, 9.28.21.

In addition to these clients, I have the following list to share and discover with/for you next week : )
Plastic Omnium, Sealed Air, E&J Gallo, Henkel, Hilti, Stryker, and Siemens.

I shall be in touch!
I'm on it : )

Please give me a call if you have any questions, or need me for anything regarding the above : )

Regards,

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 281 of 452

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:13 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: Designated Weekly Check In Time |

External email >

Kelly Dawsey and I rarely spoke on the phone., this is one of our emails discussing the best way to schedule time to discuss updates.

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Thu, Sep 30, 2021 at 7:12 AM
Subject: Re: Designated Weekly Check In Time
To: Kelly Dawsey <kdawsey@charter.net>

Good Morning Kelly!
Great to hear from you~

Tuesdays are best for me...
1030-1130am., I am available tomorrow, Friday, from 11am-Noon.

We've had interest, however, salary hasn't aligned. I remain confident without any hesitation ~ its just a matter of timing and the right match/fit.

: )

Shall we schedule tomorrow?

I'd also like to plan a time to meet with you face to face~ I'm available next Wednesday or Thursday, 1130, or 1230'ish ~ please let me know what works for you ~

Best~

On Wed, Sep 29, 2021, 7:12 AM Kelly Dawsey <kdawsey@charter.net> wrote:

> Hello Sherrill,
>
> I wanted to touch base with you to see if we could put a designated time on our calendars weekly to check in. Please let me know if this works for you, and if yes, what are some day and time options that would work for you.

Thank you.

Kelly

On Sep 22, 2021, at 12:31 PM, Sherrill Miller <sherrill@morseandsavage.com> wrote:

Good Morning!
Happy Tuesday!
Hope all is well ~

Just a quick update for you~
Progress is being made : )
I've reached out to AVX, Bosch, DartPoints, Shaw, ABB, and Hubbell this week.
I've had actual conversation with AVX, Bosch, and Hubbell - and I've emailed/presented to the others.

Each client I've spoken to is reviewing-forwarding for review your resume and my summary. I will follow-up with each of these on Tuesday, 9.28.21.

In addition to these clients, I have the following list to share and discover with/for you next week : )
Plastic Omnium, Sealed Air, E&J Gallo, Henkel, Hilti, Stryker, and Siemens.

I shall be in touch!
I'm on it : )

Please give me a call if you have any questions, or need me for anything regarding the above : )

Regards,

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***

--

*Sherrill the Recruiter*

***Sherrill Miller***
864.341.1108
[***www.morseandsavage.com***](http://www.morseandsavage.com)
[***linkedin.com/in/sherrill-miller-89056a130***](https://linkedin.com/in/sherrill-miller-89056a130)



**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:11 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: Lead |
| **Attachments:** | IMG-0577.JPG.jpg |

External email ›

An internet lead sent from Kelly Dawsey for me to follow up with.

---------- Forwarded message ---------
From: <kdawsey@charter.net>
Date: Thu, Sep 30, 2021 at 7:11 AM
Subject: Lead
To: sherrill@morseandsavage.com <sherrill@morseandsavage.com>

Sherrill,

I just had this one come across my desk. Can you please reach out to them ASAP or provide some guidance if I need to contact them via Linkedin. There has been some positive developments.

Thank you.

Kelly

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***
***linkedin.com/in/sherrill-miller-89056a130***

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 285 of 452



es & Retail | Accounting & Finance | Computer & IT | Advertising & Marketing | Admin & Office | Healthcare

# VP/Director of Human Resources

DartPoints
Greenville, SC

Apply on LinkedIn

22 days ago · Full-time

Position Summary

The Human Resources Director oversees the overall strategic direction, planning, coordination, administratio
function at DartPoints. The Director is responsible for developing and ensuring effective implementation of p
workforce planning, talent acquisition, talent management and development, employee engagement, legal c
and benefits, and payroll.

Primary Responsibilities

• Develop and drive talent management strategies to ensure effective staffing alignment with the needs of th
identify talent needs, develop core competencies and corresponding development opportunities, and engage

**From:** Sherrill Miller <sherrill@morseandsavage.com>
**Sent:** Monday, March 20, 2023 2:20 PM
**To:** Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey
**Subject:** Fwd: Status?

External email

More companies we present Kelly Dawsey to.

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Wed, Nov 10, 2021 at 2:36 PM
Subject: Re: Status?
To: Kelly G. Dawsey <kdawsey@charter.net>

Yes - Kelly, I'm embarrassed to be as delayed/irresponsible in communications with you as I have been. Being sick for 3-weeks put my desk/office in a tailspin!
I sincerely apologize to you both personally and professionally.
If you will allow me, let's schedule a call Friday morning....whenever you are available.
There really are no excuses - just know you have been on my radar!
The list below is a tracking list of companies I have
I've represented you to the following:

We had interest from Shriners Hospital - however, Shriners chose another candidate due to salary. (Mr. Tisdale - outgoing HR Director/VP)

AVX put me on hold because they already had candidates in the process. I was notified last Thursday that they've hired someone.

Berry Wehmiller - Global VP of People - resume forwarded to VP (but this position is 40% travel)

Volvo Group - ID&E Employee Relations Director - still in review

PPG - People Operations Manager - Resume forwarded to AFaukes

98Ventures - Initial interest - not getting call back

Bostik - Regional Hr Manager - recent

Berry Global - HR Manager - Sent to Corp - LFabion

Thermo Fisher - remote - Recent (KBaldasaro)



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 287 of 452

Faurecia, Milliken Chemical, Hubbell, Furman University, Claflin University, Charleston Chamber of Commerce, Porter Gaud, Belmond Management Company, and Greystar Real Estate have each been present with your resume and summary/credentials. Some of these were represented blind/confidentially, specifically the local companies. I had some interest, and some conversations back and forth. Companies not in the 'automotive' industry were reluctant to do anything more than review...they seemed apprehensive about the long-term tenure in one industry....

Kelly - I can't express my own dismay in this situation.
I have 100% represented you to my full-professional level, when I've been able to do so over these last few weeks. In my current conversations with clients/companies, I refrain from the discussion of salary above $125k - $135k. Very few companies have salaries above $135k-$140k thus far.

Please allow me to schedule lunch with you, so we can meet face-to face, shake hands, and carry on with our plan : )
Our initial conversations were truly sincere, heart-felt connected chats!
I got very sick.. Getting sick kicked my backside, and I've been dangling getting better over (3) antibiotics, inhalers - and (4) negative Covid tests, and several days just sleeping away the hours because of the cough meds w codeine.
Still - an excuse, but I think I was already worn slap out and exhausted from the surgery I had in July. I think it all caught up with me.

I am, as I was in the beginning, just as committed and dedicated to assisting you in your next career step ~ I shan't give up or walk away unless you tell me to do so.......

Please advise.

Sherrill

On Tue, Nov 9, 2021 at 5:18 AM Kelly G. Dawsey <kdawsey@charter.net> wrote:

> Sherrill,
>
> Good morning.
>
> It has been some time now since I have heard from you and I wanted to request a check-in. I texted last Wednesday but still no response. Is everything okay?
>
> I had expected that we have a status update by now and that I would have heard from the two companies that you indicated back in early October that had expressed interest, but as well, no response from either of them.
>
> Is it possible that I get some response from you?

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 289 of 452

Thank you.

Kind regards,

Kelly

--

*Sherrill the Recruiter*

***Sherrill Miller***

864.341.1108

[***www.morseandsavage.com***](http://www.morseandsavage.com)



--

*Sherrill the Recruiter*

***Sherrill Miller***

864.341.1108

[***www.morseandsavage.com***](http://www.morseandsavage.com)

[***linkedin.com/in/sherrill-miller-89056a130***](http://linkedin.com/in/sherrill-miller-89056a130)

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 290 of 452

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:21 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: Meeting You~ |

External email >

*** Bosch Rexroth

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Wed, Nov 17, 2021 at 3:48 PM
Subject: Meeting You~
To: Kelly G. Dawsey <kdawsey@charter.net>

Hello Dear Kelly~

Just wanted to send a quick note to tell you again how much I enjoyed meeting you yesterday! I say again too, I appreciate your professional trust and faith - and I'm excited about your scheduled conversation with Bosch Rexroth tomorrow.
...please share, as soon as you can, an update after you speak with Claude. I'll be anxiously waiting to hear all about your chat! : )

(if 'this' opportunity is not appealing, we shall march forward to the next)
: )

Were you able to review the Hubbell position?
What say ye?

Best~

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***

**From:** Sherrill Miller <sherrill@morseandsavage.com>
**Sent:** Monday, March 20, 2023 2:18 PM
**To:** Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey
**Subject:** Fwd: NO FEE CANDIDATE - Kelly Dawsey for Dir. Diversity/Inclusion
**Attachments:** Kelly Dawsey, SHRM-SCP by Morse & Savage.docx

External email ›

Contains topics of a financial nature ›

SUBMIT of Kelly Dawsey to another client.

---------- Forwarded message ---------
From: **Amber Morse** <amber@morseandsavage.com>
Date: Fri, Oct 22, 2021 at 2:35 PM
Subject: NO FEE CANDIDATE - Kelly Dawsey for Dir. Diversity/Inclusion
To: <ecohen@hubbell.com>

Kelly Dawsey -

A local Greenville woman, dedicated to her passion of Human Resources, seeking her next, but last home to hang her hat, so to speak...

Kelly 100% brings the 'down to earth' rapport in regards to focused teamwork, and the practical things and actions of a Human Resource Leadership. Kelly is not prideful or boastful, but is responsible. Kelly is authentic - respectful, and a listener... Wanting to help others comes naturally for her.
Kelly is authentic in caring about the world we live in and improving it.

* Kelly has made a significant impact on shaping-transforming by leveraging data, technology and market insights/best practices to meet the talent needs of an evolving organization.

* Kelly is currently responsible for diversity, organizational enhancement and with the human resources background she will be able to bring the highest level possible (99% +) assurance to establish and define strength and excellence in any employee hire moving forward.

* Kelly has the ability to ensure compliance with policies and best practices.
She has pior built credible, trusted working relationships with diverse managers and leaders across the organization to understand business objectives and enable success
Kelly has developed and managed a reporting process (KPIs, metrics, and reporting methodologies) that creates transparency, effective communication, decision making and accountability relative to current and future needs of the organization.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 291 of 452

* Kelly has successfully identified innovative ways to source diverse candidates for a multi-disciplined range of positions, while continually optimizing a recruiting process from lead generation to closed hire, driving efficiency and candidate conversion with streamlined processes.
She has created talent attraction strategies and lead sourcing, recruiting, and interviewing efforts to attract and hire a strong, diverse talent pool

* Kelly works diligently to develop and mentor staff through on-boarding, open communication, training and development opportunities and performance management processes; She builds and maintains employee morale and motivation; ensures the team is appropriately staffed with required competencies; fosters a diverse and inclusive workplace.

Kelly's technical proficiency, and strategic focus in the areas of employment/diversity, benefits, compensation/payroll, EEO/AAP, employee relations/progressive discipline/terminations, related compliance and policies to departments have enabled her to accomplish the goals of the department and organization.

Kelly likes to maintain a winning environment consisting of honesty, integrity, compliance, all while recognizing and rewarding results, and focusing on development of the team she supports as the Human Capital - Human Resource leader.

Kelly seeks salary $130k - $145k - - Please speak with Kelly personally about her salary expectations - she is seeking the kind/type of Human Resource environment being described/offered by Hubbell Inc., and is effectively hoping salary to be discussed.

Again - there is no fee and there will never be a fee for Kelly Dawsey.

Thank you,

Amber Morse
National Account Manager
864-567-4998
www.morseandsavage.com

--
*Sherrill the Recruiter*
***Sherrill Miller***

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 293 of 452

**Slatter, Laura (Greenville)**

| | |
|---|---|
| **From:** | Sherrill Miller <sherrill@morseandsavage.com> |
| **Sent:** | Monday, March 20, 2023 2:22 PM |
| **To:** | Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey |
| **Subject:** | Fwd: Job Descriptions |

External email >

Leads to Kelly Dawsey for Madewell Concrete, 98 Ventures

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Thu, Dec 2, 2021 at 7:15 PM
Subject: Job Descriptions
To: Kelly G. Dawsey <kdawsey@charter.net>

**Trailhead Media**
Human Resources Manager - Qualified applicant must have a thorough knowledge of employment policies, practices and law.

Advertise and screen job applicants.
Develop and maintain job descriptions and pay scales for various positions.
Prepare Employment Agreements when necessary.
Ensure compliance with all employment law and payday laws as well as intercompany policies and procedures.
Work with senior management to develop employee handbooks for the various states that we work in.
Ability to lead and motivate employees.
Ability to train managers on various employment issues when necessary.
Must be able to work with legal representatives, insurance representatives and upper management in a professional manner. Will handle unemployment hearings and other legal proceedings.
Must be technologically proficient.
Competitive Salary and benefits are offered and is commensurate with experience level. Interested applicants should submit resume and experience details.
*********************************

**Madewell Concrete** is looking for an innovative, experienced, and meticulously organized Director of HR to join our growing and multi-location team! The primary responsibility for this individual will be the administration, implementation, and management of the Human Resources department alongside the CFO.

**CEO - Kevin Johnston

** CFO - Dan Martin - from automotive/Fehrer in Duncan; current interim CFO but will be full-time in Spring 2022

** Sara Middleton - Recruiter

RESPONSIBILITIES:
• Manage and develop Human Resources department and team
• Administer compensation and benefit plans
• Manage and administer payroll weekly
• Provide support to employees in various HR-related topics such as leaves and compensation and resolve any issues that may arise
• Promote HR programs to create an efficient and conflict-free workplace
• Develop and implement human resource policies
• Undertake tasks around performance management as needed
• Maintain employee files and records in electronic and paper form
• Enhance job satisfaction by resolving issues promptly, applying new perks and benefits and organizing team building activities
• Ensure compliance with labor regulations and HR Laws
• Prepare and complete HR audit of company

MINIMUM EXPERIENCE REQUIRED
• 5-8 years in equivalent or similar role
• Bachelor's Degree in related field (or equivalent experience)
• Strong experience in managing payroll and benefits administration
• Experience working with HRIS platforms
• Ability to think strategically and execute tactically
• Self-reliant, results-oriented, and strong work ethic
• Exceptional written, oral, interpersonal, and presentation skills with the ability to effectively interface with people at all levels
*****************************************************

**98Ventures**
98 Ventures is headquartered in Greenville, SC, and offers support for all of our team members and clients across the country. 98 Ventures is an executive management services company specializing in human resources, accounting, risk management, communications, application development, information technology, recruiting, legal, data analysis, operations support, and training and development. We support multiple companies across various industries including logistics, fulfillment services, and technology.

Director of HR
As the Director of Human Resources, you will be responsible for the overall direction and administration of the Human Resources Department(s). The Director of Human Resources plans and directs all functions and activities of the Department; directs the development and implementation of policies, goals and objectives; manages organizational changes; ensures the enforcement of all applicable laws, ordinances and regulations; prepares and presents reports to the Senior and Executive Leadership on activities, issues and needs of the division/department; and performs related duties as assigned.

Responsibilities
(include, but are not limited to)
Set expectations for the HR Department(s) to enforce regulations consistently, serve employees, communicate rules/steps/processes clearly and comprehensively, and uphold the policies and values of the organization
Work with other directors and managers on consistent approach to management and staff relations
Help managers and others navigate processes and procedures
Develop an inclusive department that connects employees with benefits
Support understanding and communication of the various HR programs and systems
Enforce a commitment to upholding confidentiality- ensuring staff maintain confidentiality and professionalism-establish practices that protect staff and staff interests

Establish clear business practices in relation to EEO and other complaints
Establish proactive communication practices
Establish system of accountability for behavior, management follow-through on behavioral issues
Be committed to 98 Ventures and its clients- have a visible presence internally, and support staff in the field and in headquarters
Set high standards for quality of work for self and team
Demonstrate an understanding of the need for culture change at 98 Ventures and serve as the agency's champion with respect to employee engagement and organizational development
. Requirements:

Bachelor's degree in Human Resources Management or related major with at least 5 years of HR experience
Professional in Human Resources (PHR) certification preferred
Microsoft Office including Word, Excel, Outlook, and payroll software
Federal and state employment law
Effectively communicate in writing and verbally
Make independent judgments which have considerable impacts on the organization
Problem solve, and creativity think of new solutions
--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***

--
*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***
***linkedin.com/in/sherrill-miller-89056a130***

## Slatter, Laura (Greenville)

**From:** Sherrill Miller <sherrill@morseandsavage.com>
**Sent:** Monday, March 20, 2023 2:24 PM
**To:** Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey
**Subject:** Fwd: Happy New Year!

External email ›

January 2022 updates with Kelly Dawsey

---------- Forwarded message ---------
From: **Sherrill Miller** <sherrill@morseandsavage.com>
Date: Mon, Jan 10, 2022 at 10:44 AM
Subject: Re: Happy New Year!
To: Kelly G. Dawsey <kdawsey@charter.net>

Hello Dear Lady~
Glad to hear from you, and so happy for you!

I'd be delighted to have lunch with you on Wednesday, January 26th!
Just let me know what time and where : )

Best~

On Mon, Jan 10, 2022 at 8:27 AM Kelly G. Dawsey <kdawsey@charter.net> wrote:

> Hello Sherrill,
>
> Good morning. I hope that you had a great new year and holiday season.
>
> You certainly played a part in helping me to enjoy the holidays. I submitted my resignation last Monday and the week was hard but also exciting to think about the new challenges.
>
> As we discussed, I wanted to schedule lunch with you so that I can thank you in person.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 296 of 452

Would you be able to meet on Wednesday, January 26, for lunch?

Let me know.

Thank you.

Kelly

--

*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***

--

*Sherrill the Recruiter*
***Sherrill Miller***
864.341.1108
***www.morseandsavage.com***
***linkedin.com/in/sherrill-miller-89056a130***

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 298 of 452

**Slatter, Laura (Greenville)**

**From:** Sherrill Miller <sherrill@morseandsavage.com>
**Sent:** Monday, March 20, 2023 2:25 PM
**To:** Slatter, Laura (Greenville); Moody, D. Randle, II (Greenville); McCoy, Ellison F. (Greenville); Kelly G. Dawsey
**Subject:** Fwd: Reference Letter Morse and Savage
**Attachments:** K Dawsey Morse and Savage Reference Letter.pdf

External email >

A requested reference for Morse and Savage provided from Kelly Dawsey.

---------- Forwarded message ---------
From: **Kelly G. Dawsey** <kdawsey@charter.net>
Date: Tue, Mar 1, 2022 at 8:20 AM
Subject: Reference Letter Morse and Savage
To: Sherrill Miller <sherrill@morseandsavage.com>

Sherrill,

Please find attached the requested reference letter.

Kind regards,

Kelly

--
*Sherrill the Recruiter*
***Sherrill Miller***

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 299 of 452

864.341.1108
[*www.morseandsavage.com*](http://www.morseandsavage.com)
*linkedin.com/in/sherrill-miller-89056a130*

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 300 of 452

**Kelly G. Dawsey SHRM-SCP**

March 1, 2022

**To:** Whom It May Concern

**Regarding:** Reference / Experience Overview for Morse & Savage Direct Hire Masters

First, let me start with my introduction. I am Kelly Dawsey, a professional Human Resources leader with over 30 years of experience in the Human Resources field. My first Human Resources role was in Aiken, South Carolina with Westinghouse at an employer of 20,000 employees. Five years later, I found myself moving to the upstate of South Carolina as one of the founding Human Resources professionals tasked to manage the start-up of an automotive manufacturer that had chosen Greer, South Carolina as the first manufacturing site in the United States. I spent over 26 years of my career successfully leading numerous Human Resources roles, projects and people at BMW Manufacturing. Through this experience, I have come in contact with countless Recruiting and Talent Placement companies.

Most recently, I made the career decision to change companies, and this is where I became acclimated with Morse and Savage, Talent Acquisition Specialists. As my situation was unique, an Executive level placement with specific culture and role requirements, I felt sure that it would take a talented recruiting agency and team to make my new placement successful and Morse and Savage did not disappoint.

Although my experience with this talented recruiting company is the opposite recruiting action, company sell on candidate, that a start-up company is requiring of them, candidate sell on company, the required skillset to achieve the required success is the same.

In my experience, I found Morse and Savage to be professional, credible, and driven by integrity. They are very well networked and have many years of experience in the recruiting industry which allows them to "Make it Happen" for their clients. After my experience and professional relationship with this company, I would label them diligent, dedicated, trustworthy and in simple terms, gets the job done when the highest standards are needed.

I fully recommend this recruiting company, which I cannot say for all companies that I have done business within my career. They did not disappoint when I entrusted them to assist me and I have confidence that they can get any job done that is put in front of them.

Sincerely,

Kelly G. Dawsey

Kelly G. Dawsey SHRM-SCP

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 301 of 452

# MORSE AND SAVAGE CONSULTANT AGREEMENT

This Consultant Agreement is made between **Morse and Savage, LLC, Sherrill Miller** – Direct Hire Master, located at 12 Pelham Road, Suite 4, Greenville, SC 29607 andis a company organized and existing under the laws of the State of South Carolina, and

**Kelly Dawsey**, a Human Resource Professional in South Carolina, who has sought and requested **Morse and Savage Group, LLC, Sherrill Miller** to promote, present, and represent {her} in selecting clients who will then review, consider, and possibly interview and/or hire {her}. This agreement does not have an expiration date, nor does this agreement guarantee placement of the candidate. Kelly Dawsey reserves the right to cancel this agreement at any time and will forfeit the consulting fee upon cancellation. Sherrill Miller will perform consulting services from the office address listed above. As the consultant, Sherrill Miller shall be responsible for payment of all taxes including Federal, State, and local taxes as it relates to the fee of $1500.00

Sherrill Miller will provide full-service resume updates per individual job postings, client submissions, review follow-up with each client, interview preparations with Kelly Dawsey, and additional consultative services as needed.

**CONFIDENTIAL INFORMATION**

Sherrill Miller agrees all information received during any furtherance of her obligations in accordance with this contract, which concerns personal, financial, or other affairs of the candidate, Kelly Dawsey, and as such all information will be treated in full confidence and will not be revealed to any other persons, firms, or organizations, except to speak to required/expected salary negotiations on behalf of Kelly Dawsey.

This agreement is executed upon receipt of signed agreement here within, and payment of the agreed fee set between the two parties of$1500 dollars.

Both parties hereto have executed this agreement as of September _________, 2021.,

**Sherrill Miller**

Morse and Savage, LLC

864.341.1108

sherrill@moreseandsavage.com

[signature]

**Kelly Dawsey**

Professional Human Resources

864.245.1207

kdawsey@charter.net

DEFENDANT'S EXHIBIT 28

Dawsey 2746

S GREG DAWSEY
KELLY G DAWSEY
403 CARRIAGE HILL RD
SIMPSONVILLE, SC 29681-5278

8865
67-448/539 SC
1573

9/16/2021 Date

Pay to the Order of Marsha A. Savage $ 1500.00

Fifteen Hundred & 00/100 Dollars

Photo Safe Deposit® Details on back

BANK OF AMERICA

ACH R/T 053904483

For

MP

[redacted]

Harland Clarke

ISLAND BREEZES

DEFENDANT'S EXHIBIT
D29

Dawsey 2747



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 302 of 452

M|W MADEWELL CONCRETE

December 10, 2021

To: Kelly Dawsey

RE: Offer for Employment

Dear Kelly,

I am pleased to confirm our recent discussions with this offer letter of employment as **Director of Human Resources** at Madewell Home Services. You will be the leader of Human Resources in strategic planning, implementation, and managing of Human Resources activities of Madewell Home Services and its subsidiaries, including but not limited to employee relations, compensation and benefits administration, labor law compliance, and employee development. You will report directly to Dan Martin, CFO of Madewell Home Services. We anticipate your start date to be **January 31 of 2022**.

Your base of operations will be Greenville, South Carolina. Your initial compensation will be **$150,000** annual base salary. You will be eligible to participate in the benefits programs offered by Madewell Home Services the first of the month after 30 days of consecutive employment.

Under the Immigration Reform and Control Act (IRCA), our Company is required to verify the identity and work authorization of all employees. Therefore, you will be required to complete the I-9 form and supply acceptable forms of supporting documentation within your first three (3) days of employment.

The nature of the relationship between Madewell Home Services and you is and will remain at-will at all times. You will be employed at the sole discretion of Madewell Home Services and on a voluntary basis by you. Should your employment end with Madewell Home Services, your right to receive salary and all benefits and incidents of employment, including any bonuses, compensation and benefits, shall cease.

We want to welcome you to the team and look forward to many successful years ahead with you as a key contributor to the team's planned growth and all of our mutual success.

Sincerely,

**Sara Middleton**
**Director of Recruiting**
**Madewell Home Services**

Cc: Kevin Johnston, CEO
Dan Martin, CFO

Accepted:
DocuSigned by:
Kelly Dawsey
142F6036109E40F...
Kelly Dawsey

12/15/2021
Date

DEFENDANT'S EXHIBIT 30

tabbies



THIS DOCUMENT DOES NOT CREATE AN EXPRESSED OR IMPLIED CONTRACT OR ALTER AT-WILL EMPLOYMENT STATUS.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 303 of 452

From: "Sara Middleton" <sara@madewellconcrete.com>
To: "Kelly Dawsey" <kdawsey@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Thursday December 9 2021 1:42:10PM
Re: Madewell Concrete Offer!

---

Hey Kelly!

You are so welcome! I can answer a couple of these, but I will defer to Kevin and Dan for the others! I've commented on ones I can answer below:

Can you give me an overview of the financial performance of Madewell over the last 3 years?
-When will Madewell Home Services be incorporated? **Madewell Home Services is already incorporated! 2021!**
-Can you confirm if there is an Annual Holiday calendar? **Madewell Concrete's is attached for 2022, but attaching the template because has not been finalized. One thing you may want to audit coming on board ;)**
-Is there any Vacation as part of the offer? I have a planned trip to Las Vegas March 21-25; could this time off be accommodated? **Yes, our PTO policy is also attached, and YES we will absolutely honor your existing trip. For executives, we will usually start at the "1st calendar year" mark. If you should need additional, your leader Dan would be the one to grant the request ☺ (we do know you've been with BMW for 20+ years).**
-Could a start date of Monday, 1/31 be acceptable? **It is acceptable, but we would gladly have you sooner ;)**

For the first question, would you be against hopping on a call with Dan and Kevin?

**Sara Middleton**
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

MADEWELL
CONCRETE

On Thu, Dec 9, 2021 at 2:32 PM Kelly Dawsey <kdawsey@charter.net> wrote:

> Hello Sara,
>
> I hope all is well your way and appreciate the time allowed thus far for my decision.
>
> I have only a few more questions before a final decision can be rendered:
>
> -Can you give me an overview of the financial performance of Madewell over the last 3 years?
> -When will Madewell Home Services be incorporated?
> -Can you confirm if there is a Annual Holiday calendar?
> -Is there any Vacation as part of the offer? I have a planned trip to Las Vegas March 21-25; could this time off be accommodated?
> -Could a start date of Monday, 1/31 be acceptable?
>
> I look forward to your responses and share your excitement.
>
> Kind regards,

Kelly

On Dec 9, 2021, at 11:08 AM, Sara Middleton <sara@madewellconcrete.com> wrote:

Happy Thursday Kelly!

I hope you are doing well while this big decision is being made! I know it is exciting and terrifying at the same time. WIth all that you have going on and the conversations you are needing to have, is there a possibility we might receive your decision by the end of the week?

We too, are very excited!

**Sara Middleton**
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

M|W
MADEWELL
CONCRETE

On Wed, Dec 8, 2021 at 9:23 AM Sara Middleton <sara@madewellconcrete.com> wrote:

> Fantastic! Thanks Kelly! I look forward to hearing from you!!
>
> **Sara Middleton**
> Director of Recruiting
> d 864-509-9137
> m 803-669-9808
> w madewell
>
> M|W
> MADEWELL
> CONCRETE
>
> On Wed, Dec 8, 2021 at 7:22 AM Kelly G. Dawsey <kdawsey@charter.net> wrote:
>
>> Thank you, Sara.
>>
>> At first glance, it looks solid. I will come back with any questions I may have.

Have a great day!

Kind regards,

Kelly

**From:** Sara Middleton
**Sent:** Tuesday, December 7, 2021 4:14 PM
**To:** Kelly Dawsey
**Subject:** Re: Madewell Concrete Offer!

Hey Kelly!

Here we are! Please let me know if you have any questions! I may or may not be able to answer them, but I can get the answer quickly from our broker 😊.

Warmest Regards,


**Sara Middleton**

Director of Recruiting

d 864-509-9137

m 803-669-9808

w madewell

M|W
MADEWELL
CONCRETE




USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 306 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 307 of 452

On Tue, Dec 7, 2021 at 1:29 PM Kelly Dawsey <kdawsey@charter.net> wrote:

Thank you, Sara.

Kelly

On Dec 7, 2021, at 9:08 AM, Sara Middleton <sara@madewellconcrete.com> wrote:

Good Morning Kelly!

I absolutely will! I have a call schedule with our broker to have them put together that exact booklet that I (or "we") would be able to send to all in the next year. Hang tight and i'll try and have that over to you by EOD!

Let me know if questions come up from either you or your husband!

Happy Tuesday!

Sara Middleton

Director of Recruiting

d 864-509-9137

m 803-669-9808

w madewell

M|W

MADEWELL
CONCRETE

On Mon, Dec 6, 2021 at 7:30 PM Kelly G. Dawsey <kdawsey@charter.net> wrote:

Sara,

Thank you very much for the offer of employment with Madewell! As your mail indicates, I will discuss it with my husband.

For full consideration, I wanted to ask about the "benefits that Madewell offers" that I would be eligible for after 30 days of consecutive employment, as mentioned in the offer letter. Could you let me know?

Thank you.

Kelly

**From:** Sara Middleton
**Sent:** Monday, December 6, 2021 4:32 PM
**To:** kdawsey@charter.net
**Subject:** Madewell Concrete Offer!

Kelly,

Thank you for your time and willingness to meet us quickly and get to know us the last few days. We have thoroughly enjoyed getting to know you and your goals/passions, while also allowing us to share the vision of Madewell (and beyond). We are honored to extend this invitation to innovation in the position of Director of Human Resources. We are confident in our decision to offer YOU this position, and know that while working alongside and with our team, you will become not only a better leader professionally, but personally in life as well.

What you can find attached is your offer for employment, and it is populated with a start date of January ___, 2021. Let me know which day! Please let me know if you have any questions as you are reviewing our offer with your husband or trusted advisors.

Once ready to sign, I'll have this sent via our HRIS platform for your electronic signature!

Congratulations and Kindest Regards,

**Sara Middleton**

Director of Recruiting

d 864-509-9137

m 803-669-9808

w madewell

MADEWELL
CONCRETE

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 309 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 310 of 452

From: "Sara Middleton" <sara@madewellconcrete.com>
To: kdawsey@charter.net
Cc:
Bcc:
Priority: Normal
Date: Tuesday November 30 2021 3:08:00PM
Madewell Concrete - Let's Meet!

---

Kelly,

It was such a pleasure speaking with you and hearing about your interest, experiences, and season of life you are in. I think you would enjoy our Director of HR role, but definitely do the digesting. For next steps we will plan to welcome you in our space on Friday at 8:30am. You'll be meeting myself and our CEO Kevin Johnston, perhaps our CFO as well .

I forgot to mention we have started having every applicant take the Enneagram assessment. We are obsessed with it and it does not have anything to do with making a decision to hire you. This is simply a tool we use to learn how to invest in you as an individual and leader of Madewell. It's a great tool for any relationship as well, send it to your husband if you aren't already familiar! It will ask for your email, and once they email you the results, you can just forward them to me at sara@madewellconcrete.com . And then I will suggest you unsubscribe because they will blow up your inbox.

Take the assessment here: https://assessment.yourenneagramcoach.com/

Thank you for your time again Kelly, and we look forward to continuing the conversation!

Kindest Regards,

**Sara Middleton**
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

M|W
MADEWELL
CONCRETE

From: kdawsey@charter.net
To: "Sara Middleton" <sara@madewellconcrete.com>
Cc:
Bcc:
Priority: Normal
Date: Monday December 13 2021 9:06:33AM
Re: Madewell Offer Acceptance

---

Sara,

I do not see docusign document if you could please resend it.

Kind Regards.

Kelly

----------------------------------------

From: "Sara Middleton"
To: "Kelly G. Dawsey"
Cc:
Sent: Monday December 13 2021 7:20:42AM
Subject: Re: Madewell Offer Acceptance

Kelly, we are BEYOND thrilled! Thank you so much! I have this saved. Did you see the docusign as well? If not I can resend that!

**Sara Middleton**
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

NEW MWC_Watermar orange.png

On Mon, Dec 13, 2021 at 7:21 AM <kdawsey@charter.net> wrote:

> Good morning Sara.
>
> Please find attached my offer acceptance, as discussed on Friday. Please let me know the appropriate next steps.
>
> Kind Regards,
>
> Kelly G. Dawsey

From: kdawsey@charter.net
To: "sara@madewellconcrete.com" <sara@madewellconcrete.com>
Cc:
Bcc:
Priority: Normal
Date: Monday December 13 2021 5:21:28AM
Madewell Offer Acceptance

---

Good morning Sara.

Please find attached my offer acceptance, as discussed on Friday. Please let me know the appropriate next steps.

Kind Regards,

Kelly G. Dawsey

**Kelly G. Dawsey, SHRM-SCP**
403 Carriage Hill Road
Simpsonville, SC 29681
[illegible]

To: Sara Middleton

Re: Offer Acceptance, Madewell Concrete

Please accept this written confirmation, as a follow-up to the verbal as given on Friday, December 10, 2021, as my acceptance of the job offer from Madewell Concrete.

Due to the approaching holidays and year-end benefits earned, I would like to give my formal two week notice to my current employer on Monday, January 3, 2022 and to start with Madewell Concrete on Monday, January 31, 2022. This time will allow me a formal two week notice as well as some personal time to refresh and renew to bring my best to the start of employment with Madewell.

Therefore, please record my start date of employment with Madewell Concrete to be, Monday, January 31, 2022.

I look forward to working, strategizing and moving the business forward with this passionate team.

Kind regards,

Kelly G. Dawsey

From: sara@madewellconcrete.com
To: kdawsey@charter.net, kj@madewellconcrete.com, d.martin@madewellconcrete.com
Cc:
Bcc:
Priority: Normal
Date: Tuesday November 30 2021 3:08:10PM
Invitation: Interview: Kelly Dawsey & Madewell Concrete @ Fri Dec 3, 2021 8:30am - 9:30am (EST) (kdawsey@charter.net)

---

You have been invited to the following event.

**Interview: Kelly Dawsey & Madewell Concrete**

| | |
|---|---|
| When | Fri Dec 3, 2021 8:30am – 9:30am Eastern Time - New York |
| Where | 25 E Court St Suite 100, Greenville, SC 29601, USA (map) |
| Calendar | kdawsey@charter.net |
| Who | • sara@madewellconcrete.com - organizer<br>• kj@madewellconcrete.com<br>• d.martin@madewellconcrete.com<br>• kdawsey@charter.net |

Going (kdawsey@charter.net)? more details »
Yes - Maybe - No more options »

Invitation from Google Calendar

You are receiving this courtesy email at the account kdawsey@charter.net because you are an attendee of this event.

To stop receiving future updates for this event, decline this event. Alternatively you can sign up for a Google account at https://calendar.google.com/calendar/ and control your notification settings for your entire calendar.

Forwarding this invitation could allow any recipient to send a response to the organizer and be added to the guest list, or invite others regardless of their own invitation status, or to modify your RSVP. Learn More.

From: "Sara Middleton" <sara@madewellconcrete.com>
To: kdawsey@charter.net
Cc:
Bcc:
Priority: Normal
Date: Monday December 6 2021 2:32:10PM
Madewell Concrete Offer!

---

Kelly,

Thank you for your time and willingness to meet us quickly and get to know us the last few days. We have thoroughly enjoyed getting to know you and your goals/passions, while also allowing us to share the vision of Madewell (and beyond). We are honored to extend this invitation to innovation in the position of Director of Human Resources. We are confident in our decision to offer YOU this position, and know that while working alongside and with our team, you will become not only a better leader professionally, but personally in life as well.

What you can find attached is your offer for employment, and it is populated with a start date of January ___, 2021. Let me know which day! Please let me know if you have any questions as you are reviewing our offer with your husband or trusted advisors.

Once ready to sign, I'll have this sent via our HRIS platform for your electronic signature!

Congratulations and Kindest Regards,

Sara Middleton
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

M|W
MADEWELL
CONCRETE

From: "Sara Middleton" <sara@madewellconcrete.com>
To: "Kelly G. Dawsey" <kdawsey@charter.net>
Cc:
Bcc:
Priority: Normal
Date: Tuesday December 28 2021 2:20:00PM
Almost Madewell Time :)

---

Hey Kelly!

I hope you and your family had an awesome Christmas! I can't think of a better reflection for the upcoming new year than parting with the last 25 years of your career, with a brand new challenge on the horizon of 2022! How exciting and sweet at the same time! I just wanted to let you know how EXCITED we are to welcome you on board and that we have so much happening already I can't wait to share! Wahoo! I know you are taking some space in between to separate and getting ready for a fresh start, but I wanted to offer that you are more than welcome to come by any time, call me, or ask me for anything to help you feel prepared!

Cheers to the end of 2021 and Happy 2022 to you!

**Sara Middleton**
Director of Recruiting
d 864-509-9137
m 803-669-9808
w madewell

M|W

MADEWELL
CONCRETE

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 317 of 452

**To:** Davis Michael, TX-600[Michael.Davis@bmwmc.com]; Ziska Joe, TX-600[Joseph.Ziska@bmwmc.com]; Lominac Chris, TX-600[Chris.Lominac@bmwmc.com]; Scalise Twana, TX-61[Twana.Scalise@bmwmc.com]; Smith Donell, TX-64[Donell.Smith@bmwmc.com]; Frye Terry, TX-65[Terry.Frye@bmwmc.com]; Wooldridge Jeni, TX-620[Jennifer.Wooldridge@bmwmc.com]
**Cc:** Dawsey Kelly, TX-60[Kelly.Dawsey@bmwmc.com]; Medley Scott, TX-64[Scott.Medley@bmwmc.com]; Sinanian Paul, TX-6[Paul.Sinanian@bmwmc.com]; Keith Michelle, TX-62[Michelle.Keith@bmwmc.com]; Corey Epps[Corey.Epps@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2021-12-09T14:23:24Z
**Importance:** Normal
**Subject:** 2021 / 2022 Target Presentation Preparation
**Received:** 2021-12-09T14:23:00Z

Dear colleagues,

We as TX-6 circle had yesterday an excellent target presentation and also very fruitful discussion with our TX.

I know that you all spend/spent a lot of time and effort into that presentation and also during the year on steering our targets.
Without your passion for that topic we would not be able to have such a great basis and foundation on showing our targets, kpi's, status and also having very good discussions on HR development.

Let us say "Thank you to all of you" for that.
We really appreciate your hard work.

Best regards Christine

**BMW Manufacturing Co., LLC**
Christine Petrasch
Vice President of Human Resources
1400 Highway 101 South
Greer, SC 29651
USA
Phone: 864-802-4506
Cell Phone: 864-901-6433
Mail: Christine.Petrasch@bmwmc.com
Web: http://www.bmwusfactory.com

DEFENDANT'S EXHIBIT 31

Brian Murphy –
> 864-370-9400

M 9/27

Samantha Legal Assistant 100% confidential
- No conflicts w/ BMW

- Name, Phone #, email, How found us?; When Hired, Position, Salary
↳ Thur 6/5/95

Employee Handbook - Perf. Review [Sept.] – Coaching No
4,4

When will be told – Wed.
So, you haven't been told

Cut in pay – potentially
level of job – FL III to FL IV
Non compete – NO

---

Samantha called me back in minutes & schedule me to come in tomorrow at 4:00.

SC A
KW A
AMH A German TX-60
JH G Kelly TX-60
CP G Kelly TX-60
SM A German TX-60

2011
[signature] 2014-2017
2015
2019
2020

DEFENDANT'S EXHIBIT
32

Dawsey 2628



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 318 of 452

**To:** McCraw Sherry, TX-4[Sherry.Coonse-McCraw@bmwmc.com]
**Cc:** Engelhorn Robert, TX[Robert.Engelhorn@bmwmc.com]
**From:** Petrasch Christine, TX-6
**Sent:** 2022-01-03T16:49:50Z
**Importance:** Normal
**Subject:** Fwd: Kelly G. Dawsey BMW MC Resignation Letter
**Received:** 2023-03-01T23:10:27Z
Kelly G. Dawsey BMW MC Resignation Notice.pdf

Dear Sherry - also for your confidential information!
I informed Robert today and tried to reach you - … talked to your voicemail!

Please find below Kelly's resignation letter!

For communication - I will inform today all my directs and Kelly will inform her team this evening!

Tomorrow evening I will inform all TX-6! …next SMM we will inform officially!

In parallel - Robert you and I should talk tomorrow if we postpone Scott's project to talk about TX-64 position!

Please call me when available!

Thanks Christine

Sent from my iPhone

Begin forwarded message:

**From:** "Dawsey Kelly, TX-60" <Kelly.Dawsey@bmwmc.com>
**Date:** January 3, 2022 at 4:41:04 PM GMT+1
**To:** "Petrasch Christine, TX-6" <Christine.Petrasch@bmwmc.com>
**Subject: Kelly G. Dawsey BMW MC Resignation Letter**

Christine,

As per our discussion earlier today. Thank you for your time while you are away.

Kind regards,

Kelly

**BMW Manufacturing Co., LLC**
Kelly G. Dawsey, SHRM-SCP
Department Manager Planning, Steering, Compensation and Benefits, Grading

DEFENDANT'S EXHIBIT 33

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 320 of 452

P.O. Box 11000
Spartanburg, SC 29304
USA
Tel: +1 864-802-5526
Fax:+1 864-801-5526
Mail: kelly.dawsey@bmwmc.com
Web://www.bmwusfactory.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 321 of 452

January 3, 2022

BMW Manufacturing Co., LLC
Attention: Christine Petrasch, VP Human Resources
1400 Highway 101 South
Greer, SC

Christine,

Please accept this as written notification of my employment resignation from BMW Manufacturing Co., LLC. As is customary and professional in the United States, I am providing a two-week notice prior to my resignation date.

Therefore, my last day of work with BMW MC will be Friday, January 14, 2022.

Sincerely,

Kelly G. Dawsey

DEFENDANT'S EXHIBIT 34



BMW_MC_000435

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 322 of 452

GSP INTERNATIONAL AIRPORT
ROGER MILLIKEN FIELD

July 1, 2022

Ms. Kelly G. Dawsey
403 Carriage Hill Road
Simpsonville, SC 29681

Re: Offer for the Position of Vice President – Chief Human Resources Officer

Dear Ms. Dawsey,

I am pleased to offer you the position of Vice President – Chief Human Resources Officer with the Greenville-Spartanburg Airport District ("District"). Your qualifications and experience fit the needs of the District very well and I think that the position will provide you with an opportunity for positive career growth.

This position is classified by the District as Qualified, Full-Time, Exempt, Non-Differential. In addition to the terms shown below, you will be a member of the South Carolina Retirement System and eligible for the South Carolina Deferred Compensation Program which is provided to GSP Airport District employees. You will be eligible for health, dental, vision, and additional state and District benefits. You will also be provided with a copy of the employee handbook which describes the District's policies and procedures that will govern certain aspects of your employment.

Per our discussions, the terms of this employment offer are as follows:

1. Your beginning annual salary will be $175,000.00.
2. You will receive an $500 per month auto allowance, which will be subject to applicable State and Federal Taxes.
3. You will receive a monthly cell phone allowance of $120.00, which is not subject to State and Federal Taxes at this time. You will also receive reimbursement for your phone equipment once every two years.
4. You will be eligible for the Employee Incentive Pay Plan (EIPP) which is disbursed annually and is contingent on the District meeting their organizational goals for the fiscal year.

DEFENDANT'S EXHIBIT 36

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 323 of 452

GSP INTERNATIONAL AIRPORT
ROGER MILLIKEN FIELD

5. You will accrue three (3) weeks of vacation time per year and will receive one (1) week of professional leave annually.
6. This offer of employment is contingent upon successful completion of the following:
   a. Criminal Background Check, Motor Vehicle Check, and a Fingerprint based Criminal History Check
   b. Pre-employment Drug Screen
   c. Fit-for Duty Physical
   d. Proof of eligibility to work in the United States
   e. Education/License/Certification Verification
   f. Employment Verification (which may include professional references)
7. You will also be required to pass a ten (10) year background check to obtain an airport identification badge.
8. The salary and benefits outlined in this offer letter are subject to changes in District policies and procedures that may occur in the future.
9. Your employment start date will tentatively be July 25, 2022 but will be no later than August 1, 2022.

Please note that your employment with the District is at-will and neither this letter nor any other oral or written representations may be considered a contract for any specific period of time.

If you have any questions concerning the information outlined above, please contact me or Kendall Griswold, Human Resources Generalist. This offer of employment will expire at close of business today, Friday, July 1, 2022. If the above terms of the employment are acceptable to you, please acknowledge this by signing this letter below and returning a copy.

Sincerely,

David N. Edwards, Jr., A.A.E
President/CEO

Accepted by: ________
Kelly G. Dawsey

Name: Kelly Groomes Dawsey

EE group: 1 Active | Hire Date: 06/05/1995

EE subgroup: 04 Exempt | Cost Center: 1204 HR Plan, Total Rewar

Choose: 01/01/1800 o 12/31/9999 | STy.

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 07/04/2021 | 12/31/9999 | 00 | A1 | III | 11 | 7,786.54 | USD | 202,450.00 | USD |
| 0 | 12/01/2020 | 07/03/2021 | 00 | A1 | III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| 0 | 09/27/2020 | 11/30/2020 | 00 | A1 | FL-III | 11 | 7,557.69 | USD | 196,500.00 | USD |
| 0 | 03/31/2019 | 09/26/2020 | 00 | A1 | FL-III | 11 | 7,301.19 | USD | 189,831.00 | USD |
| 0 | 04/01/2018 | 03/30/2019 | 00 | A1 | FL-III | 11 | 7,057.69 | USD | 183,500.00 | USD |
| 0 | 04/02/2017 | 03/31/2018 | 00 | A1 | FL-III | 11 | 6,846.15 | USD | 178,000.00 | USD |
| 0 | 03/20/2016 | 04/01/2017 | 00 | A1 | FL-III | 10 | 6,448.85 | USD | 167,670.02 | USD |
| 0 | 10/04/2015 | 03/19/2016 | 00 | A1 | FL-III | 10 | 6,230.77 | USD | 162,000.02 | USD |
| 0 | 03/22/2015 | 10/03/2015 | 00 | A1 | FL-III | 09 | 5,903.48 | USD | 153,490.50 | USD |

Entry 1 of 34

Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 53**

Dawsey 0051

## Overview Basic Pay

Payments and deductions

Name: Kelly Groomes Dawsey
EE group: 1 Active — Hire Date: 06/05/1995
EE subgroup: 04 Exempt — Cost Center: 1204 HR Plan, Total Rewar
Choose: 01/01/1800 to 12/31/9999 STy.

| STy | Start Date | End Date | Ty. | PSA | PS group | Lv | Amount | Curre... | Annual salary | Curre... |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 04/01/2007 | 03/29/2008 | 00 | A1 | FL-IV | 09 | 3,733.20 | USD | 97,063.32 | USD |
| 0 | 02/19/2006 | 03/31/2007 | 00 | A1 | FL-IV | 09 | 3,589.62 | USD | 93,330.12 | USD |
| 0 | 10/03/2004 | 02/18/2006 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 09/05/2004 | 10/02/2004 | 00 | A1 | FL-IV | 09 | 3,461.54 | USD | 90,000.04 | USD |
| 0 | 07/04/2004 | 09/04/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/08/2004 | 07/03/2004 | 00 | A1 | FL-IV | 09 | 3,214.81 | USD | 83,585.06 | USD |
| 0 | 02/09/2003 | 02/07/2004 | 00 | A1 | FL-IV | 08 | 2,807.69 | USD | 72,999.94 | USD |
| 0 | 02/11/2002 | 02/08/2003 | 00 | A1 | FL-IV | 08 | 2,615.38 | USD | 67,999.88 | USD |
| 0 | 08/27/2001 | 02/10/2002 | 00 | A1 | FL-IV | 08 | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 04/09/2001 | 08/26/2001 | 00 | A1 | COORD | C | 2,461.53 | USD | 63,999.78 | USD |
| 0 | 05/08/2000 | 04/08/2001 | 00 | A1 | COORD | C | 2,296.14 | USD | 59,699.64 | USD |
| 0 | 06/07/1999 | 05/07/2000 | H1 | H2 | HISTORY | H | 2,180.76 | USD | 56,699.76 | USD |
| 0 | 05/03/1999 | 06/06/1999 | H1 | H1 | HISTORY | H | 1,090.38 | USD | 56,699.76 | USD |
| 0 | 10/26/1998 | 05/02/1999 | H1 | H1 | HISTORY | H | 1,047.11 | USD | 54,449.72 | USD |
| 0 | 05/04/1998 | 10/25/1998 | H1 | H1 | HISTORY | H | 951.92 | USD | 49,499.84 | USD |
| 0 | 06/05/1995 | 05/03/1998 | H1 | H1 | HISTORY | H | 0.00 | USD | 0.00 | USD |

Entry 16 of 31

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 326 of 452

# Statement Details

**BMW Savings Plan**

KELLY G DAWSEY
403 CARRIAGE HILL RD.
SIMPSONVILLE, SC 29681-

**Retirement Savings Statement**

Customer Service: (800) 421-3844
Fidelity Brokerage Services LLC
900 Salem Street, Smithfield, RI 02917

---

**Your Account Summary**

Statement Period: 01/01/2021 to 12/31/2021

| | |
|---|---|
| **Beginning Balance** | **$766,758.68** |
| Your Contributions | $18,744.23 |
| Employer Contributions | $22,142.51 |
| Exchange In | $31,500.00 |
| Exchange Out | -$31,500.00 |
| Fees | -$64.00 |
| Change In Market Value | $184,422.67 |
| **Ending Balance** | **$992,004.09** |

**Additional Information**

| | |
|---|---|
| Vested Balance | $992,004.09 |
| Dividend & Interest | $2,289.79 |

CONFIDENTIAL



Dawsey v. BMW
EXHIBIT
PLAINTIFF 54



## ASSOCIATE FAMILY HEALTH CENTER

The AFHC offers a wide range of high-quality, affordable health care services in one location for Associates, spouses and dependent children enrolled in a BMW health care plan. The services available include Medical, Prescription Drug, Dental and Vision as well as counseling services and Lifestyle Programs for chronic health conditions.



## ASSOCIATE ASSISTANCE PROGRAM

BMW's AAP allows you to talk to licensed behavioral health professionals, 24 hours a day for emotional support and counseling. Counseling sessions are available face-to-face, by phone or televideo and can cover any number of issues, including family and relationship issues, stress management, alcohol/substance abuse and more.



## RETIREMENT

BMW offers a 401(k) plan which helps you to save for retirement while lowering your current tax liability. You'll receive a 60 cent match for each dollar you contribute, up to 6% of your base pay. BMW also offers two retirement plans which are totally funded by BMW as well as Retiree Medical and a Vehicle Programs to support you during retirement.



## LIFE INSURANCE AND AD&D

Life Insurance protects your family in the event of your death. BMW automatically offers you up to two times your base earnings in Life Insurance coverage and up to two additional times your base earnings for Accidental Death and Dismemberment coverage.

Dawsey v. BMW
EXHIBIT
PLAINTIFF 55

**Copy B To Be Filed With Employee's FEDERAL Tax Return** — **2022** — OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number: XXX-XX-9473 | 1 Wages, tips, other comp.: 64338.64 | 2 Federal income tax withheld: 7231.97 |
| | 3 Social security wages: .64338.64 | 4 Social security tax withheld: 3989.00 |
| b Employer ID number: 81-4189935 | 5 Medicare wages and tips: 64338.64 | 6 Medicare tax withheld: 932.91 |

c Employer's name, address, and ZIP code

Madewell Construction LLC
25 E Court Street Suite 100
Greenville, SC 29601

000031_GA7183

d Control Number
GA7183 164 Dawsey Kelly G 164

e Employee's first name and initial — Last name

Kelly G Dawsey
403 Carriage Hill Road
Simpsonville, SC 29681

f Employee's address, and ZIP code

| | | |
|---|---|---|
| 7 Social security tips | 8 Allocated tips | 9 Verification Code |
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code See inst. for box 12 |
| 13 Statutory employee | 14 Other<br>S125 4892.14 | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Empl.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| SC | 110168336 | 64338.64 | 3900.58 |

| 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|
| | | |

Form W-2 Wage and Tax Statement — Dept. of the Treasury - IRS
This information is being furnished to the Internal Revenue Service

Dawsey v. BMW
**EXHIBIT PLAINTIFF 56**

**Mrs. Kelly Dawsey - 001429 - GSP Airport District**

# Total Compensation

**Year** 2025

**Total Compensation $271,676.88**

**Earnings Paid $195,322.40**

| Earning | Amount |
|---|---|
| Auto Allowance | $5,500.00 |
| Flex Holiday | $2,327.09 |
| Group Term Life - Imputed Income | $714.48 |
| Holiday | $5,493.26 |
| Professional Leave | $2,362.50 |
| Salary | $163,917.15 |
| Sick Pay | $1,591.55 |
| Telework 1 | $6,383.90 |
| Vacation | $7,032.47 |

**Employer Paid Benefits $62,669.36**

| Deduction | Amount |
|---|---|
| 401K Employer Match | $9,730.44 |
| Basic Life AD&D | $650.96 |
| Dental Plus | $149.28 |
| Long Term Disability | $4.47 |
| Medical Standard Plan | $15,971.70 |
| SC Incidental Death Benefit | $288.41 |
| SC Retirement | $35,827.32 |
| State Basic Employee Life Ins | $43.80 |
| Supp Long Term Disability | $2.98 |

**Employer Paid Taxes $13,685.12**

| Tax | Amount |
|---|---|
| Employer Medicare | $2,766.92 |
| Social Security Employer Tax | $10,918.20 |

Dawsey v. BMW
EXHIBIT
PLAINTIFF 57

(Year 2025) Total Compensation: $271,676.88



Mrs. Kelly Dawsey - 001429 - GSP Airport District

# Total Compensation

Year 2024

**Total Compensation $298,416.80**

**Earnings Paid $221,864.84**

| Earning | Amount |
|---|---|
| Auto Allowance | $6,000.00 |
| Bereavement | $2,309.39 |
| Employee Incentive Pay Plan Payout | $19,526.56 |
| Flex Holiday | $1,494.03 |
| Group Term Life - Imputed Income | $751.05 |
| Helene Leave 2024 | $769.80 |
| Holiday | $5,984.13 |
| Holiday Bonus | $400.00 |
| Professional Leave | $3,621.13 |
| Salary | $164,927.00 |
| Sick Pay | $2,950.79 |
| Telework 1 | $1,520.82 |
| Vacation | $11,610.14 |

**Employer Paid Benefits $62,952.41**

| Deduction | Amount |
|---|---|
| 401K Employer Match | $9,310.13 |
| Basic Life AD&D | $656.84 |
| Dental | $149.28 |
| Dental Plus | $161.72 |
| Medical Standard Plan | $15,256.02 |
| SC Incidental Death Benefit | $301.82 |
| SC Retirement | $37,038.60 |
| State Basic Employee Life Ins | $78.00 |

**Employer Paid Taxes $13,599.55**

| Tax | Amount |
|---|---|
| Employer Medicare | $3,146.35 |
| Social Security Employer Tax | $10,453.20 |


(Year 2024) Total Compensation: $298,416.80
$221,864.84
$13,599.55
$62,952.41
Earnings Paid
Employer Paid Benefits
Employer Paid Taxes

Mrs. Kelly Dawsey - 001429 - GSP Airport District

# Total Compensation

**Year** 2023

**Total Compensation $266,608.88**

**Earnings Paid $203,631.85**

| Earning | Amount |
|---|---|
| Auto Allowance | $6,000.00 |
| Employee Incentive Pay Plan Payout | $13,438.99 |
| Flex Holiday | $2,076.35 |
| Group Term Life - Imputed Income | $689.49 |
| Holiday | $5,621.00 |
| Holiday Bonus | $400.00 |
| Professional Leave | $3,582.36 |
| Salary | $162,820.35 |
| Sick Pay | $873.11 |
| Telework 1 | $724.23 |
| Vacation | $7,405.97 |

**Employer Paid Benefits $50,162.49**

| Deduction | Amount |
|---|---|
| Basic Life AD&D | $616.80 |
| Dental | $161.72 |
| Dental Plus | $319.28 |
| Medical Standard Plan | $15,035.90 |
| SC Incidental Death Benefit | $283.63 |
| SC Retirement | $33,667.16 |
| State Basic Employee Life Ins | $78.00 |

**Employer Paid Taxes $12,814.54**

| Tax | Amount |
|---|---|
| Employer Medicare | $2,882.14 |
| Social Security Employer Tax | $9,932.40 |

(Year 2023) Total Compensation: $266,608.88



Mrs. Kelly Dawsey - 001429 - GSP Airport District

# Total Compensation

**Year** 2022

**Total Compensation $92,966.97**

## Earnings Paid $70,340.41

| Earning | Amount |
|---|---|
| Administrative Leave | $105.17 |
| Auto Allowance | $2,500.00 |
| Group Term Life - Imputed Income | $132.70 |
| Holiday | $2,019.24 |
| Holiday Bonus | $400.00 |
| Salary | $64,510.22 |
| Vacation | $673.08 |

## Employer Paid Benefits $17,401.10

| Deduction | Amount |
|---|---|
| Basic Life AD&D | $226.10 |
| Dental | $62.20 |
| Dental Plus | $122.80 |
| Medical Standard Plan | $4,701.70 |
| SC Incidental Death Benefit | $104.75 |
| SC Retirement | $12,153.55 |
| State Basic Employee Life Ins | $30.00 |

## Employer Paid Taxes $5,225.46

| Tax | Amount |
|---|---|
| Employer Medicare | $990.45 |
| Social Security Employer Tax | $4,235.01 |

(Year 2022) Total Compensation: $92,966.97



**Form W-2 Wage & Tax Statement 2022**
**Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.**

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number<br>XXX-XX-9473 | 1 Wages, tips, other compensation<br>62023.92 | 2 Federal income tax withheld<br>7889.87 |
| c Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | 3 Social security wages<br>68306.62 | 4 Social security tax withheld<br>4235.01 |
| | 5 Medicare wages and tips<br>68306.62 | 6 Medicare tax withheld<br>990.45 |
| | 7 Social security tips<br>0.00 | 8 Allocated tips<br>0.00 |
| b Employer identification number (EIN)<br>57-0408425 | 9 | 10 Dependent care benefits<br>0.00 |
| e Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | 11 Nonqualified plans<br>0.00 | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| | 12 See instructions for box 12<br>C 132.70<br>DD 25356.74 | 14 Other<br>S125 2033.79<br>SCRS 6282.70 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 62023.92 | 4149.11 | | | |

Dawsey v. BMW
**EXHIBIT PLAINTIFF 58**

**Form W-2 Wage & Tax Statement 2023**
**Copy C-For EMPLOYEE'S RECORDS.**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Department of the Treasury - Internal Revenue Service

OMB No. 1545-0008

| | | |
|---|---|---|
| a Employee's social security number<br>XXX-XX-9473 | 1 Wages, tips, other compensation<br>181748.82 | 2 Federal income tax withheld<br>24005.77 |
| c Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | 3 Social security wages<br>160200.00 | 4 Social security tax withheld<br>9932.40 |
| | 5 Medicare wages and tips<br>198768.11 | 6 Medicare tax withheld<br>2882.14 |
| | 7 Social security tips<br>0.00 | 8 Allocated tips<br>0.00 |
| b Employer identification number (EIN)<br>57-0408425 | 9 | 10 Dependent care benefits<br>0.00 |
| e Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | 11 Nonqualified plans<br>0.00 | 13 Statutory employee ☐ Retirement plan ☐ Third-party sick pay ☐ |
| | 12 See instructions for box 12<br>C 689.49<br>DD 71067.09 | 14 Other<br>S125 4863.74<br>SCRS 17019.29 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 181748.82 | 11129.96 | | | |

DAA

Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 59**

Mrs. Kelly Dawsey - 001429 - GSP Airport District

W-2

Scan QR code to go to TurboTax and import your W-2 information and file your return. Or by typing this into your browser: https://turbotax.intuit.com/affiliate/ultipaper

**Form W-2 Wage & Tax Statement 2024**
**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service OMB No. 1545-0008

| | | |
|---|---|---|
| **a** Employee's social security number<br>XXX-XX-9473 | **1** Wages, tips, other compensation<br>189538.03 | **2** Federal income tax withheld<br>24880.33 |
| **c** Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | **3** Social security wages<br>168600.00 | **4** Social security tax withheld<br>10453.20 |
| | **5** Medicare wages and tips<br>216989.84 | **6** Medicare tax withheld<br>3299.26 |
| | **7** Social security tips<br>0.00 | **8** Allocated tips<br>0.00 |
| **b** Employer identification number (EIN)<br>57-0408425 | **9** | **10** Dependent care benefits<br>0.00 |
| **e** Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | **11** Nonqualified plans<br>0.00 | **13** Statutory employee ☐ Retirement plan ☑ Third-party sick pay ☐ |
| | **12** See instructions for box 12<br>C 751.05<br>D 9344.95<br>DD 75587.48 | **14** Other<br>S125 4875.00<br>SCRS 18106.86 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 189538.03 | 11437.43 | | | |



Dawsey v. BMW
**EXHIBIT**
**PLAINTIFF 60**

Mrs. Kelly Dawsey - 001429 - GSP Airport District

W-2

Scan QR code to go to TurboTax and import your W-2 information and file your return. Or by typing this into your browser: https://turbotax.intuit.com/affiliate/ultipaper

**Form W-2 Wage & Tax Statement 2025**
**Copy B - To Be Filed With Employee's FEDERAL Tax Return.**

This information is being furnished to the Internal Revenue Service.

Department of the Treasury - Internal Revenue Service | OMB No. 1545-0029

| | | |
|---|---|---|
| **a** Employee's social security number<br>XXX-XX-9473 | **1** Wages, tips, other compensation<br>198364.40 | **2** Federal income tax withheld<br>26019.85 |
| **c** Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | **3** Social security wages<br>176100.00<br>**5** Medicare wages and tips<br>227970.68<br>**7** Social security tips<br>0.00 | **4** Social security tax withheld<br>10918.20<br>**6** Medicare tax withheld<br>3557.31<br>**8** Allocated tips<br>0.00 |
| **b** Employer identification number (EIN)<br>57-0408425 | **9** | **10** Dependent care benefits<br>0.00 |
| **e** Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | **11** Nonqualified plans<br>0.00 | **13** Statutory employee ☐ Retirement plan ☑ Third-party sick pay ☐ |
| | **12** See instructions for box 12<br>C 774.02<br>D 10598.57<br>DD 22346.24 | **14** Other<br>S125 4875.00<br>SCRS 19007.71 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 198364.40 | 11595.15 | | | |

**Form W-2 Wage & Tax Statement 2025**
**Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.**

Department of the Treasury - Internal Revenue Service OMB No. 1545-0029

| | | |
|---|---|---|
| **a** Employee's social security number<br>XXX-XX-9473 | **1** Wages, tips, other compensation<br>198364.40 | **2** Federal income tax withheld<br>26019.85 |
| **c** Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | **3** Social security wages<br>176100.00 | **4** Social security tax withheld<br>10918.20 |
| | **5** Medicare wages and tips<br>227970.68 | **6** Medicare tax withheld<br>3557.31 |
| | **7** Social security tips<br>0.00 | **8** Allocated tips<br>0.00 |
| **b** Employer identification number (EIN)<br>57-0408425 | **9** | **10** Dependent care benefits<br>0.00 |
| **e** Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | **11** Nonqualified plans<br>0.00 | **13** Statutory employee ☐ Retirement plan ☑ Third-party sick pay ☐ |
| | **12** See instructions for box 12<br>C 774.02<br>D 10598.57<br>DD 22346.24 | **14** Other<br>S125 4875.00<br>SCRS 19007.71 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 198364.40 | 11595.15 | | | |

**Form W-2 Wage & Tax Statement 2025**
**Copy C-For EMPLOYEE'S RECORDS.**

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

Department of the Treasury - Internal Revenue Service | OMB No. 1545-0029

| | | |
|---|---|---|
| **a** Employee's social security number<br>XXX-XX-9473 | **1** Wages, tips, other compensation<br>198364.40 | **2** Federal income tax withheld<br>26019.85 |
| **c** Employer's name, address, and ZIP code<br>Greenville-Spartanburg Airport District<br>2000 GSP Drive<br>Suite 1<br>Greer, SC 29651<br>USA | **3** Social security wages<br>176100.00 | **4** Social security tax withheld<br>10918.20 |
| | **5** Medicare wages and tips<br>227970.68 | **6** Medicare tax withheld<br>3557.31 |
| | **7** Social security tips<br>0.00 | **8** Allocated tips<br>0.00 |
| **b** Employer identification number (EIN)<br>57-0408425 | **9** | **10** Dependent care benefits<br>0.00 |
| **e** Employee's name, address, and ZIP code<br>Kelly G Dawsey<br>403 Carriage Hill Road<br>Simpsonville, SC 29681 | **11** Nonqualified plans<br>0.00 | **13** Statutory employee ☐ Retirement plan ☑ Third-party sick pay ☐ |
| | **12** See instructions for box 12<br>C 774.02<br>D 10598.57<br>DD 22346.24 | **14** Other<br>S125 4875.00<br>SCRS 19007.71 |

| 15 State | Employer's state ID No. | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| SC | 25032248-6 | 198364.40 | 11595.15 | | | |

**1. The following information reflects your final pay statement plus employer adjustments that comprise your W-2 statement.**

| Earnings Description | Wages, Tips, Other Comp. | Social Security Wages | Medicare Wages |
|---|---|---|---|
| **Gross Wages** | **232845.68** | **232845.68** | **232845.68** |
| **Less Exempt Wages** | - 0.00 | - 0.00 | - 0.00 |
| **Less Deferred Comp** | - 29606.28 | | |
| **Less Housing/Transportation** | - 0.00 | - 0.00 | - 0.00 |
| **Less Dependent Care** | - 0.00 | - 0.00 | - 0.00 |
| **Less Sec 125** | - 4875.00 | - 4875.00 | - 4875.00 |
| **Less Excess Wages** | | - 51870.68 | |
| **Taxable Wages (Reported on Form W2)** | **198364.40 Box 1 of W-2** | **176100.00 Box 3 of W-2** | **227970.68 Box 5 of W-2** |

**2. Employee W-4 profile to change your Employee W-4 profile information, file a new W-4 with the payroll department**

FIT: **U 0** SIT Res: **SCSIT M 0** SIT Work: **SCSIT M 0**

### Notice to Employee

**Do you have to file?** Refer to the Form 1040 instructions to determine if you are required to file a tax return. Even if you don't have to file a tax return, you may be eligible for a refund if box 2 shows an amount or if you are eligible for any credit.

**Earned income tax credit (EITC).** You may be able to take the EITC for 2025 if your adjusted gross income (AGI) is less than a certain amount. The amount of the credit is based on income and family size. Workers without children could qualify for a smaller credit. You and any qualifying children must have valid social security numbers (SSNs). You can't take the EITC if your investment income is more than the specified amount for 2025 or if income is earned for services provided while you were an inmate at a penal institution. For 2025 income limits and more information, visit www.irs.gov/EITC. See also Pub. 596. **Any EITC that is more than your tax liability is refunded to you, but only if you file a tax return.**

**Employee's social security number (SSN).** For your protection, this form may show only the last four digits of your SSN. However, your employer has reported your complete SSN to the IRS and the Social Security Administration (SSA).

**Clergy and religious workers.** If you aren't subject to social security and Medicare taxes, see Pub. 517.

**Corrections.** If your name, SSN, or address is incorrect, correct Copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask the employer to file Form W-2c, Corrected Wage and Tax Statement, with the SSA to correct any name, SSN, or money amount error reported to the SSA on Form W-2. Be sure to get your copies of Form W-2c from your employer for all corrections made so you may file them with your tax return. If your name and SSN are correct but aren't the same as shown on your social security card, you should ask for a new card that displays your correct name at any SSA office or by calling 800-772-1213. You may also visit the SSA website at www.SSA.gov.

**Cost of employer-sponsored health coverage (if such cost is provided by the employer).** The reporting in box 12, using code DD, of the cost of employer-sponsored health coverage is for your information only. **The amount reported with code DD is not taxable.**

**Credit for excess taxes.** If you had more than one employer in 2025 and more than $10,918.20 in social securityand/or Tier 1 railroad retirement (RRTA) taxes were withheld,you may be able to claim a credit for the excess againstyour federal income tax. See the Form 1040 instructions. If you had more than one railroademployer and more than $6,409.20 in Tier 2 RRTA tax waswithheld, you may be able to claim a refund on Form 843. See the Instructions for Form 843.

### Instructions for Employee

**Box 1.** Enter this amount on the wages line of your tax return.

**Box 2.** Enter this amount on the federal income tax withheld line of your tax return.

**Box 5.** You may be required to report this amount on Form 8959. See the Form 1040 instructions to determine if you are required to complete Form 8959.

**Box 6.** This amount includes the 1.45% Medicare tax withheld on all Medicare wages and tips shown in box 5, as well as the 0.9% Additional Medicare Tax on any of those Medicare wages and tips above $200,000.

**Box 8.** This amount is **not** included in box 1, 3, 5, or 7. For information on how to report tips on your tax return, see the Form 1040 instructions.

You must file Form 4137 with your income tax return to report at least the allocated tip amount unless you can prove with adequate records that you received a smaller amount. If you have records that show the actual amount of tips you received, report that amount even if it is more or less than the allocated tips. Use Form 4137 to figure the social security and Medicare tax owed on tips you didn't report to your employer. Enter this amount on the wages line of your tax return. By filing Form 4137, your social security tips will be credited to your social security record (used to figure your benefits).

**Box 10.** This amount includes the total dependent care benefits that your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over your employer's plan limit is also included in box 1. See Form 2441.

**Box 11.** This amount is (a) reported in box 1 if it is a distribution made to you from a nonqualified deferred compensation or nongovernmental section 457(b) plan, or (b) included in box 3 and/or box 5 if it is a prior year deferral under a nonqualified or section 457(b) plan that became taxable for social security and Medicare taxes this year because there is no longer a substantial risk of forfeiture of your right to the deferred amount. This box shouldn't be used if you had a deferral and a distribution in the same calendar year. If you made a deferral and received a distribution in the same calendar year, and you are or will be age 62 by the end of the calendar year, your employer should file Form SSA-131, Employer Report of Special Wage Payments, with the Social Security Administration and give you a copy.

**Box 12.** The following list explains the codes shown in box 12. You may need this information to complete your taxreturn. Elective deferrals (codes D, E, F, and S) and designatedRoth contributions (codes AA, BB, and EE) under all plans are generally limited to a total of $23,500 (Generally, $16,500 for SIMPLE plans; $26,500 for section 403(b) plans if you qualify for the 15-year rule explained in Pub. 571). Deferrals under code G are limited to $23,500. Deferrals under code H are limited to $7,000.

However, if you were at least age 50 in 2025, your employer may have allowed an additional elective deferral or designated Roth contribution (catch-up contribution) to your plan. For information about the limits on these catch-up contributions, including the higher limit if you were age 60 through 63 as of December 31, 2025, see Pub. 525. Contact your plan administrator for more information. Amounts in excess of the overall elective deferral limit must be included in income. See the Form 1040 instructions.

**Note:** If a year follows code D through H, S, Y, AA, BB, or EE, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

**A—**Uncollected social security or RRTA tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**B—**Uncollected Medicare tax on tips. Include this tax on Form 1040 or 1040-SR. See the Form 1040 instructions.

**C—**Taxable cost of group-term life insurance over $50,000 (included in boxes 1, 3 (up to the social security wage base), and 5)

**D—**Elective deferrals to a section 401(k) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(k) arrangement.

**E—**Elective deferrals under a section 403(b) salary reduction agreement

**F—**Elective deferrals under a section 408(k)(6) salary reduction SEP (this includes elective deferrals made to a Roth SEP IRA)

**G—**Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan

**H—**Elective deferrals to a section 501(c)(18)(D) tax-exempt organization plan. See the Form 1040 instructions for how to deduct.

**J—**Nontaxable sick pay (information only, not included in box 1, 3, or 5)

**K—**20% excise tax on excess golden parachute payments. See the Form 1040 instructions.

**L—**Substantiated employee business expense reimbursements (nontaxable)

**M—**Uncollected social security or RRTA tax on taxable cost of groupterm life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**N—**Uncollected Medicare tax on taxable cost of group-term life insurance over $50,000 (former employees only). See the Form 1040 instructions.

**P—**Excludable moving expense reimbursements paid directly to a member of the U.S. Armed Forces (not included in box 1, 3, or 5)

**Q—**Nontaxable combat pay. See the Form 1040 instructions for details on reporting this amount.

**R—**Employer contributions to your Archer MSA. Report on Form 8853.

**S—**Employee salary reduction contributions under a section 408(p) SIMPLE plan (this includes salary reduction contributions made to a Roth SIMPLE IRA)

**T—**Adoption benefits (not included in box 1). Complete Form 8839 to figure any taxable and nontaxable amounts.

**V—**Income from exercise of nonstatutory stock option(s) (included in boxes 1, 3 (up to the social security wage base), and 5). See Pub. 525 for reporting requirements.

**W—**Employer contributions (including amounts the employee elected to contribute using a section 125 (cafeteria) plan) to your health savings account. Report on Form 8889.

**Y—**Deferrals under a section 409A nonqualified deferred compensation plan

**Z—**Income under a nonqualified deferred compensation plan that fails to satisfy section 409A. This amount is also included in box 1. It is subject to an additional 20% tax plus interest. See the Form 1040 instructions.

**AA—**Designated Roth contributions under a section 401(k) plan

**BB—**Designated Roth contributions under a section 403(b) plan

**DD—**Cost of employer-sponsored health coverage. **The amount reported with code DD is not taxable.**

**EE—**Designated Roth contributions under a governmental section 457(b) plan. This amount does not apply to contributions under a taxexempt organization section 457(b) plan.

**FF—**Permitted benefits under a qualified small employer health reimbursement arrangement

**GG—**Income from qualified equity grants under section 83(i)

**HH—**Aggregate deferrals under section 83(i) elections as of the close of the calendar year

**II—**Medicaid waiver payments excluded from gross income under Notice 2014-7

**Box 13.** If the "Retirement plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct. See Pub. 590-A.

**Box 14.** Employers may use this box to report information such as state disability insurance taxes withheld, union dues, uniform payments, health insurance premiums deducted, nontaxable income, educational assistance payments, or a member of the clergy's parsonage allowance and utilities. Railroad employers use this box to report railroad retirement (RRTA) compensation, Tier 1 tax, Tier 2 tax, Medicare tax, and Additional Medicare Tax. Include tips reported by the employee to the employer in railroad retirement (RRTA) compensation.

**Note:** Keep **Copy C** of Form W-2 for at least 3 years after the due date for filing your income tax return. However, to help **protect your social security benefits**, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year.

# The Expert Report Of John E. Gibson, Jr., CPA, ABV

**SUBMITTED IN THE MATTER OF:**

**Kelly Dawsey**

**v.**

**Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"**

December 22, 2025

CONFIDENTIAL

PLAINTIFF'S EXHIBIT
62

# Table of Contents


Introduction ........ 3

Summary of Expert Opinions ........ 4

Basis for Opinions ........ 5

- Loss Period ........ 5
- Future Compensation ........ 5
- Mitigating Compensation ........ 6
- Health Insurance Benefits ........ 8
- Lost Future Compensation ........ 8
- Present Value ........ 8

Exhibit A ........ 9

Exhibit B ........ 11

Exhibit C ........ 12

## Introduction

Kelly Dawsey began employment with BMW Group in 1995 and resigned from BMW Group in January of 2022 and her last day of employment was January 17, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am a retired shareholder of Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I currently provide consulting and advisory services as the sole member of Gibson Advisory, LLC. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina and am Accredited in Business Valuation by the American Institute of Certified Public Accountants. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals of working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. I am being compensated for my services at $450 per hour. Professionals working under my direction are

[1] Per discussions with Mrs. Dawsey and attorney.

being compensated at $200 – $350 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $605,118, see table below.[2]

| | Period | | Present Value of Lost Future |
|---|---|---|---|
| **Type** | **Beginning Date** | **Ending Date** | **Compensation** |
| Back Pay[i] | 01/18/22 | 02/17/26 | $ 389,907 |
| Front Pay (Pre-Retirement)[ii] | 02/18/26 | 07/05/28 | 169,851 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 45,360 |
| **Total** | | | **$ 605,118** |

Footnotes:

[i] Back pay refers to lost future compensation prior to February 18, 2026 and is not discounted; I intend to update the back pay period as necessary.

[ii] Front pay refers to lost future compensation from February 18, 2026 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

[2] See Exhibit C-1.

# Basis for Opinions

## Loss Period

The compensation and benefits Mrs. Dawsey would have earned but for the Incident ("Future Compensation") begin on January 18, 2022, the day immediately following Mrs. Dawsey's last paid workday for the BMW Group. The loss period ends July 5, 2033, the day Mrs. Dawsey turns sixty-five years old. Mrs. Dawsey would not have received benefits from her employment with BMW Group after July 5, 2033.[3]

## Future Compensation

As of January 17, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to earn in the future working for BMW Group, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW Group – 2017 through 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consists of her base salary, additional compensation, employer retirement contributions, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual base salary as of the DOI and applying annual increases of 3.27%.[6] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Based on a review of Mrs. Dawsey's Form W-2's for the Historical Period, taxable income exceeded her base salary. Based on discussions with Mrs. Dawsey, she received additional compensation in addition to her base salary consisting of bonuses, company vehicle, and other employee benefits. I calculated Mrs. Dawsey's implied additional compensation for each year of the Historical Period by subtracting her base salary from her wages reported on Box 5 of her Form W-2. I then calculated her additional compensation as a percentage of her base earnings for each year and then computed the average additional compensation percentage to base earnings of 30.36% for the Historical Period. I calculated the future additional compensation by multiplying the historical average percentage of 30.36% to the future base compensation for each period through July 5, 2028, when Mrs. Dawsey reaches the age of sixty.

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW Group. As part of the program, BMW would match of $0.60 for each $1.00 the employee contributed, up to a maximum match

---

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per analysis of BMW historical pay summary.

of 6.00% of the employee's annual base salary.[7] In addition, Mrs. Dawsey was entitled to participate in another retirement plan funded completely by BMW known as a Retirement Income Account ("RIA"). As part of the RIA plan, BMW contributes up to 8.00% of base salary for employees aged 50 – 54, up to 9.00% for employees aged 55 – 59 and up to 10.00% of base salary when reaching age 60.[8] For the years 2019 through 2021, BMW made contributions to Mrs. Dawsey's retirement account in the form of the 401(k) match and to the RIA. I reviewed Mrs. Dawsey's BMW Savings Plan Retirement Savings Statements for the years 2019 through 2021 and BMW's contributions ranged from 7.70% to 11.10% of Mrs. Dawsey's base salary. In determining the future employer retirement contribution for 2022, I used the average of the three-year period ended in 2021 of 9.50%. I increased the future employer retirement contribution by 1.0% when Mrs. Dawsey reached the ages of fifty-five and sixty.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[9]

Based on my analysis, Mrs. Dawsey's future compensation is approximately $2.10 million.

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as November of 2025.[10] Compensation and benefits Mrs. Dawsey has earned since the Incident and is expected to earn through retirement ("Mitigating Compensation") will reduce her Future Compensation. Mitigating Compensation consists of her mitigating base salary, mitigating bonus, mitigating vehicle allowance, group term life insurance, and retirement benefits.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for the years 2022 through 2025 based on her actual reported earnings.[11] To determine Mrs. Dawsey's reasonable mitigating base salary from 2026 through her retirement, I applied annual increases of 6.20%.[12]

---

[7] Per discussions with Mrs. Dawsey and Summary of BWM Benefits.

[8] Per discussions with Mrs. Dawsey.

[9] Per discussions with Mrs. Dawsey, Annual increases based on historical Social Security Cost of Living Adjustments.

[10] Per discussions with Mrs. Dawsey, Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.

[11] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 through 2024 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.

[12] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with GSP through July of 2025.

GSP offers an annual bonus incentive of between 5.00% and 10.00% of base salary, based on eligibility.[13] Mrs. Dawsey was eligible for this incentive in 2023. I included the actual bonuses received for the years 2023 and 2024. I applied a 10.00% bonus amount for the years 2025 through 2027 based on Mrs. Dawsey's salary grade as of June of 2025. As Mrs. Dawsey's plans to retire at age sixty, her last day of employment in my calculations is July 5, 2028. I did not include a prorated percentage of Mrs. Dawsey's anticipated bonus for the year 2028 because to be eligible for the incentive pay plan an employee must be employed at the date of the payout.[14] The payouts for fiscal year 2023 and 2024 were paid in December of 2023 and 2024. I used Mrs. Dawsey's expected retirement date of July 5, 2028, therefore she would not be employed in December of 2028.

GSP provides a monthly vehicle and phone allowance and group long-term life insurance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle and phone allowance at $7,200, or $620 per month for the portion of the loss period Mrs. Dawsey was and is expected to be employed by GSP.[15] In addition, I calculated the mitigating group long-term life insurance by increasing the actual 2025 benefit by 6.0% for the years 2026 through 2028.

As part of her employment with GSP, Mrs. Dawsey is required to participate and contribute to the South Carolina Retirement System ("SCRS"). All employees are required to contribute 9.00% of their salary to the SCRS. GSP also makes an annual contribution to the SCRS. In the fiscal years (ended June 30th) of 2024 and 2023, GSP contributed 18.41% and 17.41% of employee salaries to the SCRS.[16] Mrs. Dawsey is considered a Class Three member under the SCRS plan and as such must have eight years of service to receive the monthly pension benefit. Mrs. Dawsey will not have eight years of service upon her retirement and will not receive an annuity upon her retirement and as such I have not included any SCRS benefit in my analysis.

GSP also offers employees a 401(k) and 457 plan under the South Carolina Deferred Compensation Plan. GSP matches 100% of employee contributions to the plans up to 5% of the employee's gross income.[17] Based on review of Mrs. Dawsey's pay stubs, she is participating in the 401(k) plan and contributing 5% of her gross income. I have included GSP's matching retirement contribution in my analysis of mitigating compensation.

Based on my analysis, Mrs. Dawsey's mitigating compensation is approximately $1.48 million.

---

[13] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.
[14] Based on GSP Airport District Human Resources Policies and Procedures Employee Incentive Pay Plan and discussion with Mrs. Dawsey.
[15] Based on total compensation reports provided by Mrs. Dawsey.
[16] GSP International Airport 2024 Annual Comprehensive Financial Report.
[17] Ibid.

## Health Insurance Benefits

Mrs. Dawsey participated in BMW Group's group health insurance plan for the years 2017 through 2021. Based on a review of Mrs. Dawsey's Form W-2 for the years 2019 through 2021, the total amount reported in Box 12 (Code DD) was $20,075, $23,592, and $23,592, respectively. Box 12 (Code DD) is for informational purposes only as health insurance premiums paid by the employer are no taxable to the employee. Mrs. Dawsey also participates in the GSP group health insurance plan. Based on a review of Mrs. Dawsey's total compensation reports for the years 2023 and 2024 and the year-to-date 2025, the total amount of health insurance premiums (including dental) paid by GSP were $15,517, $15,567, and $16,121, respectively. Based on discussion with Mrs. Dawsey, GSP pays 80% of the insurance premiums and the employee pays 20% of the premium. Based on my analysis, the health insurance premiums paid by the employers are similar and therefore not included in my analysis.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.513% to 3.896%.[18]

John E. Gibson, Jr., CPA/ABV, CVA

[18] See U.S. Treasury Quotes, *Wall Street Journal*, December 16, 2025.

## Exhibit A

# John E. Gibson, Jr. ("Jay"), CPA, ABV – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Served as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice from July of 2009 through June of 2024.

## EDUCATION

**1984** Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

**2009 – July 2025** **Shareholder, Elliott Davis, LLC, Greenville, SC**
**2006 – 2009** **Shareholder, Elliott Davis, LLC, Augusta, GA**
**2005 – 2006** **Senior Manager, Elliott Davis, LLC, Augusta, GA**
**1999 – 2001** **Senior Manager, Elliott Davis, LLC, Anderson, SC**
**1984 – 1996** **Various Positions, Elliott Davis, LLC**

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

**2001 – 2005** **Vice-President of Finance, Santens of America, Inc.**

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999** **Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.**

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants

**Exhibit B**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

Wise, Becky et al v. Spivey, MD, Steven et al.: in the United States District Court for Northern District of Georgia
Testified in Deposition (Video) – 9/2021

Jensen v. Jensen: In the Family Court, State of South Carolina, Pickens County
Testified in Trial – 12/2021

Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al.: In the General Court of Justice Superior Court Division, State of North Carolina, Mecklenberg County
Testified in Trial – 3/2022

Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al.: In Arbitration in the State of South Carolina, Greenville County
Testified in Arbitration – 5/2022

Antioch Group, LLC v. Southern Arms Homecare, LLC and Mekosha Austin: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Trial – 3/2023

Ruzicka v. Ruzicka: In the Family Court, State of South Carolina, Greenville County
Testified in Trial – 4/2023

James R. Burrows, III individually and derivatively on behalf of Atlantic Waterworks and Supply, Inc. v. Chris McCameron, Carolina Automatic Sprinkler Co., Inc. and Atlanta Waterworks and Supply, Inc.: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Deposition – 4/2023

Farzana Investment, Inc. v. Swift Creek Convenience, LLC, Cleveland Petroleum, LLC and Derek Coryea: In the Superior Court, State of North Carolina, Johnson County
Testified in Deposition – 9/2023

Hawkins v. Hawkins: In the Family Court, State of South Carolina, Anderson County
Testified in Trial – 2/2024

Lisa A. Reynolds and Shanna M. Stephens v. Jonathan J. Anderson and Anderson, Reynolds & Stephens, LLC: In Arbitration in the State of South Carolina, Charleston County
Testified in Arbitration – 10/2024

## Exhibit C

# Dawsey v BMW
## Exhibit C-1
## Lost Future Compensation Analysis

| Present Value of Lost Future Compensation | $ 605,118 |
|---|---|

| Period | | Future Compensation [1] | | Less: Mitigating Compensation [2] | | Lost Future Compensation | | Discount Rate [3] | | Present Value of Lost Future Compensation |
|---|---|---|---|---|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | | | | | | |
| ***Back Pay [4]*** | | | | | | | | | | |
| 01/18/2022 - 12/31/2022 | $ | 276,070 | $ | (139,571) | $ | 136,499 | | NA | $ | 136,499 |
| 2023[6] | | 298,535 | | (205,160) | | 93,375 | | NA | | 93,375 |
| 2024 | | 309,418 | | (232,715) | | 76,703 | | NA | | 76,703 |
| 2025 | | 319,535 | | (245,989) | | 73,546 | | NA | | 73,546 |
| 01/01/2026 - 2/17/2026 | | 43,394 | | (33,610) | | 9,784 | | NA | | 9,784 |
| Total | $ | 1,246,952 | $ | (857,045) | $ | 389,907 | $ | - | $ | 389,907 |
| ***Front Pay (Pre-Retirement) [5]*** | | | | | | | | | | |
| 2/18/2026 - 12/31/2026 | | 286,591 | | (221,983) | | 64,608 | | 3.715% | | 63,593 |
| 2027 | | 340,774 | | (271,666) | | 69,108 | | 3.513% | | 65,769 |
| 01/01/2028 - 07/05/2028[7] | | 171,508 | | (128,088) | | 43,420 | | 3.537% | | 40,489 |
| Total | $ | 798,873 | $ | (621,737) | $ | 177,136 | | | $ | 169,851 |
| ***Front Pay (Post-Retirement) [5]*** | | | | | | | | | | |
| 07/06/2028 - 12/31/2028 | $ | 4,974 | $ | - | $ | 4,974 | | 3.537% | $ | 4,560 |
| 2029 | | 10,458 | | - | | 10,458 | | 3.614% | | 9,236 |
| 2030 | | 10,754 | | - | | 10,754 | | 3.698% | | 9,133 |
| 2031 | | 11,058 | | - | | 11,058 | | 3.807% | | 9,004 |
| 2032 | | 11,371 | | - | | 11,371 | | 3.896% | | 8,869 |
| 01/01/2033 - 07/05/2033[8] | | 5,958 | | - | | 5,958 | | 3.896% | | 4,558 |
| Total | $ | 54,573 | $ | - | $ | 54,573 | | | $ | 45,360 |
| **Total** | **$** | **2,100,398** | **$** | **(1,478,782)** | **$** | **621,616** | | | **$** | **605,118** |

**Footnotes:**

[1] See Exhibit C-2.

[2] See Exhibit C-3.

[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published December 16, 2025.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[5] Front pay refers to the period beginning February 18, 2026 through July 5, 2033.

[6] Mitigating compensation from 2022 to retirement, July 5, 2028, based on current employment with GSP. Annual increases based on discussions with client and historical increases.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

# Dawsey v BMW
## Exhibit C-2
## Lost Future Compensation and Benefits

| Total Future Compensation and Benefits | $ 2,100,398 |
|---|---|

| Period | Base Compensation [1] | Additional Compensation [2] | Retirement Benefits [3] | Retiree Medical Payments [4] | Total Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay [5]*** | | | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 | $ - | $ 276,070 |
| 2023 | 212,707 | 64,578 | 21,250 | - | 298,535 |
| 2024 | 219,663 | 66,690 | 23,065 | - | 309,418 |
| 2025 | 226,846 | 68,870 | 23,819 | - | 319,535 |
| 01/01/2026 - 2/17/2026 | 30,806 | 9,353 | 3,235 | - | 43,394 |
| Total | $ 887,412 | $ 269,419 | $ 90,121 | $ - | $ 1,246,952 |
| ***Front Pay (Pre-Retirement) [8]*** | | | | | |
| 2/18/2026 - 12/31/2026 | $ 203,458 | $ 61,770 | $ 21,363 | $ - | $ 286,591 |
| 2027 | 241,924 | 73,448 | 25,402 | - | 340,774 |
| 01/01/2028 - 07/05/2028[6] | 127,648 | 38,754 | 5,106 | - | 171,508 |
| Total | $ 573,030 | $ 173,972 | $ 51,871 | $ - | $ 798,873 |
| ***Front Pay (Post-Retirement) [7]*** | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ 4,974 | $ 4,974 |
| 2029 | - | - | - | 10,458 | 10,458 |
| 2030 | - | - | - | 10,754 | 10,754 |
| 2031 | - | - | - | 11,058 | 11,058 |
| 2032 | - | - | - | 11,371 | 11,371 |
| 01/01/2033 - 07/05/2033[8] | - | - | - | 5,958 | 5,958 |
| Total | $ - | $ - | $ - | $ 54,573 | $ 54,573 |
| **Total** | **$ 1,460,442** | **$ 443,391** | **$ 141,992** | **$ 54,573** | **$ 2,100,398** |

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.

[2] Based on Mrs. Dawsey's historical earnings and includes vehicle allowance, bonus, and other compensation.

[3] Retirement benefits include a 401(k) matching contribution from BMW and a contribution by BMW to a retirement income account (RIA) based on historical data.

[4] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[6] Front pay refers to the period beginning February 18, 2026 through July 5, 2033.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

# Dawsey v BMW
## Exhibit C-3
## Mitigating Compensation and Benefits

| | |
|---|---|
| **Total Mitigating Compensation and Benefits** | **$ (1,478,782)** |

| *Period* | *Base Compensation* [1] | *Bonus Compensation* [2] | *Vehicle/Phone Allowance and GT Life Insurance* [3] | *Retirement Benefit* [4] | *Total Mitigating Compensation* |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay*** [5] | | | | | |
| 01/18/2022 - 12/31/2022 | $ (136,471) | NA | $ (3,100) | $ - | $ (139,571) |
| 2023 | (183,591) | (13,439) | (8,129) | - | (205,160) |
| 2024 | (195,688) | (19,527) | (8,191) | (9,310) | (232,715) |
| 2025 | (206,952) | (20,475) | (8,214) | (10,348) | (245,989) |
| 01/01/2026 - 2/17/2026 | (28,356) | (2,750) | (1,086) | (1,418) | (33,610) |
| Total | $ (751,058) | $ (56,191) | $ (28,721) | $ (21,076) | $ (857,045) |
| ***Front Pay*** [6] | | | | | |
| 2/18/2026 - 12/31/2026 | $ (187,280) | $ (18,165) | $ (7,174) | $ (9,364) | $ (221,983) |
| 2027 | (229,006) | (22,901) | (8,309) | (11,450) | (271,666) |
| 01/01/2028 - 07/05/2028[7] | (117,946) | - | (4,245) | (5,897) | (128,088) |
| Total | $ (534,232) | $ (41,066) | $ (19,728) | $ (26,711) | $ (621,737) |
| **Total** | **$ (1,285,290)** | **$ (97,257)** | **$ (48,449)** | **$ (47,787)** | **$ (1,478,782)** |

**Footnotes:**

[1] Base compensation for 2022 through 2024 based on actual reported earnings. Base compensation for 2025 through Mrs. Dawsey's retirement, July 5, 2028, are increased based on annual increases observed during her employment with GSP in 2024 and 2025.

[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.

[3] Vehicle and phone allowance of $620 per month or $7,200 annually per annual total compensation report. Group long-term insurance is actual for 2023 through 2025 and projected to increase 6.0% thereafter.

[4] Retirement benefit consists of employer match of the Mrs. Dawsey's 401(k) contribution.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[6] Front pay refers to the period beginning February 18, 2026 through July 5, 2028.

[7] Estimated retirement date of July 5, 2028.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 360 of 452

elliott davis

# The Expert Report Of John E. Gibson, Jr., CPA/ABV, CVA

**SUBMITTED IN THE MATTER OF:**

**Kelly Dawsey**

**v.**

**BMW**

DRAFT

January 18, 2023

CONFIDENTIAL

elliottdavis.com

DEFENDANT'S EXHIBIT 38

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 361 of 452

## Table of Contents

Introduction....................3
Summary of Expert Opinions....................4
Basis for Opinions....................5
Loss Period....................5
Future Compensation....................5
Mitigating Compensation....................6
Lost Future Compensation....................7
Present Value....................7
Exhibit A....................8
Exhibit B....................10
Exhibit C....................11

DRAFT

## Introduction

Kelly Dawsey began employment with BMW in 1995 and resigned from BMW on January 14, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am currently a Shareholder, Forensic Valuation and Litigation Services Specialty Group Leader, with Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina, am Accredited in Business Valuation by the American Institute of Certified Public Accountants, and am a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

[1] Per discussions with Mrs. Dawsey and attorney.

DRAFT

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 362 of 452

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. Elliott Davis is being compensated for our services at $220 – $560 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $829,537, see table below.[2]

| Type | Period: Beginning Date | Period: Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/15/22 | 12/31/22 | $ 164,462 |
| Front Pay (Pre-Retirement)[ii] | 01/01/23 | 07/05/28 | 624,918 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,157 |
| **Total** | | | **$ 829,537** |

Footnotes:

[i] Back pay refers to lost future compensation prior to January 1, 2023 and is not discounted; I intend to update the back pay period as necessary and before trial.

[ii] Front pay refers to lost future compensation from January 1, 2023 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary and before trial.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

[2] See Exhibit C-1.



DRAFT

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 363 of 452

## Basis for Opinions

### Loss Period

The compensation and benefits Mrs. Dawsey would have generated but for the Incident ("Future Compensation") begin on January 15, 2022, the day immediately following Mrs. Dawsey's resignation. The loss period ends July 5, 2033, the last day Mrs. Dawsey would have received benefits from her employment with BMW.[3]

### Future Compensation

As of January 14, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to generate in the future, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW – 2017 – 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consist of her base salary, bonus, vehicle allowance, 401(k)-matching program, retirement investment account program, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual salary as of the DOI[6] and applying annual increases of 3.27%.[7] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Mrs. Dawsey indicated she was eligible for and did receive an annual bonus in connection with her employment with BMW. I calculated Mrs. Dawsey's implied bonus for each year of the Historical Period by subtracting her base salary from her wages reported on her Form W-2. I then calculated her bonus as a percentage of her base earnings. Finally, I calculated the average bonus percentage for the Historical Period, which is applied to Mrs. Dawsey's annual base earnings through retirement.

BMW provided a company vehicle to Mrs. Dawsey as part of her employment. I calculated the yearly vehicle allowance at $9,600, or $800 per month through the loss period.[8]

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW. As part of the program, BMW would match of $.60 for each $1.00 the employee contributed, up to a maximum match of 6.00% of

---

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per BMW historical pay summary.
[7] Annual increase percentage based on historical growth of Mrs. Dawsey's annual salary during the Historical Period.
[8] Per discussions with Mrs. Dawsey.



DRAFT

the employee's annual base salary.[9] I applied this formula to Mrs. Dawsey's base earnings to determine the value of the benefit she could have earned but for the Incident.

Mrs. Dawsey was entitled to a Retirement Investment Account ("RIA") as an employee of BMW. As part of the program, BMW contributes 8.00% of base salary for employees aged 50 – 54, 9.00% for employees aged 55 – 59 and 10.00% of base salary when reaching age 60.[10] I applied the above parameters when calculating the contributions BMW would have made to Mrs. Dawsey's RIA but for the Incident.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[11]

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as December 2022.[12] Compensation and benefits Mrs. Dawsey has generated since the Incident, and is expected to generate through retirement ("Mitigating Compensation") reduce her Future Compensation in my analysis. Mitigating Compensation consist of her mitigating base salary, mitigating bonus, and mitigating vehicle allowance.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for 2022 based on her actual reported earnings.[13] To determine Mrs. Dawsey's reasonable mitigating base salary from 2023 through her retirement, I utilized her agreed upon annual salary[14] with GSP and applied annual increases of 3.27%.[15]

GSP offers an annual bonus incentive of 8.00% of base salary, based on eligibility.[16] Mrs. Dawsey would first become eligible for this incentive in 2023. I included the 8.00% bonus amount for the years 2023 – 2027 in Mrs. Dawsey's total mitigating compensation calculation. Mrs. Dawsey's planned retirement at age 60 excludes her from eligibility for the bonus incentive in 2028.

DRAFT

[9] Per discussions with Mrs. Dawsey.
[10] Per discussions with Mrs. Dawsey.
[11] Per discussions with Mrs. Dawsey; Annual increases based on historical Social Security Cost of Living Adjustments.
[12] Per discussions with Mrs. Dawsey; Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statement from Greenville-Spartanburg Airport District.
[13] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statement from Greenville-Spartanburg Airport District.
[14] Per signed offer letter from Greenville-Spartanburg Airport District dated July 1, 2022.
[15] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with BMW during the Historical Period.
[16] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 365 of 452

GSP provides a monthly vehicle allowance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle allowance at $6,000, or $500 per month[17] for the portion of the loss period Mrs. Dawsey was, and is expected to be employed by GSP.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.504% to 4.760%.[18]

DRAFT

John E. Gibson, Jr., CPA/ABV, CVA
Shareholder

[17] Per signed offer letter from Greenville-Spartanburg Airport District dated July 1, 2022.
[18] See U.S. Treasury Quotes, *Wall Street Journal*, January 13, 2023.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 366 of 452

**Exhibit A**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Serves as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice.

## EDUCATION

**1984** Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

| | |
|---|---|
| **2009 – Present** | **Shareholder, Elliott Davis, LLC, Greenville, SC** |
| **2006 – 2009** | **Shareholder, Elliott Davis, LLC, Augusta, GA** |
| **2005 – 2006** | **Senior Manager, Elliott Davis, LLC, Augusta, GA** |
| **1999 – 2001** | **Senior Manager, Elliott Davis, LLC, Anderson, SC** |
| **1984 – 1996** | **Various Positions, Elliott Davis, LLC** |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

DRAFT



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 367 of 452

**2001 – 2005** **Vice-President of Finance, Santens of America, Inc.**

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999** **Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.**

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants

National Association of Certified Valuators and Analysts

DRAFT

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 368 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 369 of 452



**Exhibit B**

## John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

DRAFT

**EXPERT TESTIMONY**

- Sandifer v. Sandifer, Greenville County (SC) Family Court, Docket No 2017-DR-23-3483, March 2018
- William G. Allen, et al v. Commissioner of Internal Revenue, US Tax Court, Docket No 28210-15 & 31951-15, April 2018
- Hearing on Plaintiff's Motion Requiring Turnover or Assignment of Defendant Brent P. Edgerton's Ownership in Tarheel Terrier Corporation, Court of Common Pleas Greenville County (SC), October 10, 2018
- Jensen v. Jensen, Pickens County (SC) Family Court, December 2021
- Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al, Mecklenburg County (NC) General Court of Justice Superior Court Division, March 2022
- Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al in Arbitration, Greenville County (SC), May 2022

**DEPOSITION TESTIMONY**

- Sandifer v Sandifer (Docket No 2017-DR-23-3483), March 2018
- Pete A. Lang and Lang Capital, LLC v. Jeffery T. Cutter, et al (Case No: 0:16-CV-00087-JMC), United States District Court for the District of South Carolina Rock Hill Division, October 25, 2018
- Gernado Cato v. SCDOT, et al. (Case 2017-CP-40-4432), Richland County (SC) Court of Common Pleas, May 2020
- Wise, Becky et al v. Spivey, MD, Steven et al in the United States District Court for Northern District of Georgia, September 2021

**Exhibit C**

DRAFT

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 370 of 452

# Dawsey v BMW
## Exhibit C-1
## Lost Future Compensation Analysis

| Present Value of Lost Future Compensation | $ 829,537 |
|---|---|

| *Period* | | *Future Compensation* [1] | | *Less: Mitigating Compensation* [2] | | *Lost Future Compensation* | *Discount Rate* [3] | | *Present Value of Lost Future Compensation* |
|---|---|---|---|---|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | | | | | | |
| ***Back Pay*** [4] | | | | | | | | | |
| 01/15/2022 - 12/31/2022 | $ | 301,999 | $ | (137,537) | $ | 164,462 | NA | $ | 164,462 |
| Total | $ | 301,999 | $ | (137,537) | $ | 164,462 | | $ | 164,462 |
| ***Front Pay (Pre-Retirement)*** [5] | | | | | | | | | |
| 2023[6] | $ | 312,603 | $ | (198,090) | $ | 114,513 | 4.760% | $ | 111,881 |
| 2024 | | 323,632 | | (204,371) | | 119,261 | 4.722% | | 111,286 |
| 2025 | | 333,900 | | (210,859) | | 123,041 | 4.209% | | 110,991 |
| 2026 | | 344,506 | | (217,557) | | 126,949 | 3.891% | | 111,072 |
| 2027 | | 355,455 | | (224,475) | | 130,980 | 3.749% | | 110,988 |
| 01/01/2028 - 07/05/2028[7] | | 188,016 | | (105,773) | | 82,243 | 3.656% | | 68,700 |
| Total | $ | 1,858,112 | $ | (1,161,125) | $ | 696,987 | | $ | 624,918 |
| ***Front Pay (Post-Retirement)*** [5] | | | | | | | | | |
| 07/06/2028 - 12/31/2028 | $ | 4,880 | $ | - | $ | 4,880 | 3.656% | $ | 4,005 |
| 2029 | | 10,227 | | - | | 10,227 | 3.656% | | 8,098 |
| 2030 | | 10,483 | | - | | 10,483 | 3.586% | | 8,049 |
| 2031 | | 10,745 | | - | | 10,745 | 3.546% | | 7,990 |
| 2032 | | 11,014 | | - | | 11,014 | 3.504% | | 7,940 |
| 01/01/2033 - 07/05/2033[8] | | 5,753 | | - | | 5,753 | 3.504% | | 4,075 |
| Total | $ | 53,102 | $ | - | $ | 53,102 | | $ | 40,157 |
| **Total** | **$** | **2,213,213** | **$** | **(1,298,662)** | **$** | **914,551** | | **$** | **829,537** |

DRAFT

**Footnotes:**

[1] See Exhibit C-2; based on historical earnings, vehicle allowance, retirement benefits, and retirement medical payments.

[2] See Exhibit C-3; based on historical earnings and vehicle allowance.

[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published January 13, 2023.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.

[5] Front pay refers to the period beginning January 1, 2023 through July 5, 2033.

[6] Mitigating compensation from 2023 to retirement, July 5, 2028, based on current employment agreement. Annual increases based on discussions with client and historical increases.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

**Dawsey v BMW**
**Exhibit C-2**
**Lost Future Compensation and Benefits**

| Total Future Compensation and Benefits | $ 2,213,213 |
|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle Allowance [3] | Employer 401(k) Match [4] | Retirement Income Account (RIA) [5] | Retiree Medical Payments [6] | Total Future Compensation |
|---|---|---|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | | | | |
| ***Back Pay [7]*** | | | | | | | |
| 01/15/2022 - 12/31/2022 | $ 205,973 | $ 62,533 | $ 9,600 | $ 7,415 | $ 16,478 | $ - | $ 301,999 |
| Total | $ 205,973 | $ 62,533 | $ 9,600 | | $ 16,478 | $ - | $ 301,999 |
| ***Front Pay (Pre-Retirement) [8]*** | | | | | | | |
| 2023 | $ 212,708 | $ 64,578 | $ 9,600 | $ 7,657 | $ 18,060 | $ - | $ 312,603 |
| 2024 | 219,664 | 66,690 | 9,600 | 7,908 | 19,770 | - | 323,632 |
| 2025 | 226,847 | 68,871 | 9,600 | 8,166 | 20,416 | - | 333,900 |
| 2026 | 234,265 | 71,123 | 9,600 | 8,434 | 21,084 | - | 344,506 |
| 2027 | 241,925 | 73,448 | 9,600 | 8,709 | 21,773 | - | 355,455 |
| 01/01/2028 - 07/05/2028[9] | 127,648 | 38,754 | 4,905 | 4,595 | 12,114 | - | 188,016 |
| Total | $ 1,263,057 | $ 383,464 | $ 52,905 | $ 45,469 | $ 113,217 | $ - | $ 1,858,112 |
| ***Front Pay (Post-Retirement) [8]*** | | | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ - | $ - | $ 4,880 | $ 4,880 |
| 2029 | - | - | - | - | - | 10,227 | 10,227 |
| 2030 | - | - | - | - | - | 10,483 | 10,483 |
| 2031 | - | - | - | - | - | 10,745 | 10,745 |
| 2032 | - | - | - | - | - | 11,014 | 11,014 |
| 01/01/2033 - 07/05/2033[10] | - | - | - | - | - | 5,753 | 5,753 |
| Total | $ - | $ - | $ - | $ - | $ - | $ 53,102 | $ 53,102 |
| **Total** | **$ 1,469,030** | **$ 445,997** | **$ 62,505** | **$ 45,469** | **$ 129,695** | **$ 53,102** | **$ 2,213,213** |

DRAFT

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.
[2] Based on Mrs. Dawsey's historical earnings.
[3] Per discussions with Mrs. Dawsey, value of vehicle allowance is $800 per month or $9,600 annually.
[4] Per discussions with Mrs. Dawsey, BMW matches $0.60 for each $1.00 of employee contributions, up to a maximum match of 6.00% of the annual base salary.
[5] Per discussions with Mrs. Dawsey, BMW contributes a percentage of the employee's base salary to their RIA based on age.
[6] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.
[7] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.
[8] Front pay refers to the period beginning January 1, 2023 through July 5, 2033.
[9] Estimated retirement date of July 5, 2028.
[10] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 373 of 452

# Dawsey v BMW
## Exhibit C-3
## Mitigating Compensation and Benefits

| Total Mitigating Compensation and Benefits | $ (1,298,662) |
|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle Allowance [3] | Total Mitigating Compensation |
|---|---|---|---|---|
| **DOI: January 14, 2022** | | | | |
| ***Back Pay [4]*** | | | | |
| 01/15/2022 - 12/31/2022 | $ (135,037) | NA | $ (2,500) | $ (137,537) |
| Total | $ (135,037) | $ - | $ (2,500) | $ (137,537) |
| ***Front Pay [5]*** | | | | |
| 2023 | $ (177,861) | $ (14,229) | $ (6,000) | $ (198,090) |
| 2024 | (183,677) | (14,694) | (6,000) | (204,371) |
| 2025 | (189,684) | (15,175) | (6,000) | (210,859) |
| 2026 | (195,886) | (15,671) | (6,000) | (217,557) |
| 2027 | (202,292) | (16,183) | (6,000) | (224,475) |
| 01/01/2028 - 07/05/2028[6] | (102,773) | NA | (3,000) | (105,773) |
| Total | $ (1,052,173) | $ (75,952) | $ (33,000) | $ (1,161,125) |
| **Total** | **$ (1,187,210)** | **$ (75,952)** | **$ (35,500)** | **$ (1,298,662)** |

DRAFT

**Footnotes:**

[1] Base compensation for 2022 based on actual reported earnings. Base compensation for 2023 through Mrs. Dawsey's retirement, July 5, 2028, based on her offer letter ("Offer Letter") from Greenville-Spartanburg Airport District ("GSP") and increased annually in accordance with annual increases observed during her employment with BMW in the five years preceeding her resignation.

[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.

[3] Vehicle allowance of $500 per month or $6,000 annually per Offer Letter.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.

[5] Front pay refers to the period beginning January 1, 2023 through July 5, 2028.

[6] Estimated retirement date of July 5, 2028.

# The Expert Report Of John E. Gibson, Jr., CPA, ABV

**SUBMITTED IN THE MATTER OF:**

**Kelly Dawsey**

**v.**

**Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"**

October 31, 2025

CONFIDENTIAL

DEFENDANT'S EXHIBIT 39

## Table of Contents

Introduction....3
Summary of Expert Opinions....4
Basis for Opinions....5
  Loss Period....5
  Future Compensation....5
  Mitigating Compensation....6
  Lost Future Compensation....7
  Present Value....7
Exhibit A....8
Exhibit B....10
Exhibit C....12



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 375 of 452

## Introduction

Kelly Dawsey began employment with BMW Group in 1995 and resigned from BMW Group in January of 2022 and her last day of employment was January 17, 2022. ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am a retired shareholder of Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I currently provide consulting and advisory services as the sole member of Gibson Advisory, LLC. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina and am Accredited in Business Valuation by the American Institute of Certified Public Accountants. I have testified in various economic damages, family law cases, and business valuation related disputes over the past twelve years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals of working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the compensation calculations supporting my opinion contained herein. My opinion is based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without my express written consent.

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. I am being compensated for my services at $450 per hour. Professionals working under my direction are

[1] Per discussions with Mrs. Dawsey and attorney.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 376 of 452

being compensated at $200 – $400 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinion

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $662,702, see table below.[2]

| Type | Period: Beginning Date | Period: Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/18/22 | 12/31/24 | $ 414,624 |
| Front Pay (Pre-Retirement)[ii] | 01/01/25 | 07/05/28 | 207,192 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,886 |
| **Total** | | | **$ 662,702** |

I intend to update my report upon receipt of additional information, as necessary, and before trial.

[2] See Exhibit C-1.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 377 of 452

# Basis for Opinions

## Loss Period

The compensation and benefits Mrs. Dawsey would have generated but for the Incident ("Future Compensation") begin on January 18, 2022, the day immediately following Mrs. Dawsey's last paid work day for the BMW group. The loss period ends July 5, 2033, the day Mrs. Dawsey turns sixty-five years old. Mrs. Dawsey would not have received benefits from her employment with BMW Group after July 5, 2033.[3]

## Future Compensation

As of January 17, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to generate in the future working for BMW Group, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW Group – 2017 through 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consist of her base salary, other income, employer retirement contributions, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual salary as of the DOI and applying annual increases of 3.27%.[6,7] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Based on a review of Mrs. Dawsey's Form W-2's for the Historical Period, the taxable income exceeded her base salary. Based on discussions with Mrs. Dawsey, she received additional compensation in addition to her base salary consisting of bonuses, company vehicle, and other employee benefits. I calculated Mrs. Dawsey's implied additional compensation for each year of the Historical Period by subtracting her base salary from her wages reported on Box 5 of her Form W-2. I then calculated her additional compensation as a percentage of her base earnings for each year and then computed the average additional compensation percentage to base earnings of 30.36% for the Historical Period. I calculated the future additional compensation by multiplying the historical average percentage of 30.36% to the future base compensation for each period through July 5, 2028 when Mrs. Dawsey reaches the age of sixty.

---

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per BMW historical pay summary.
[7] Annual increase percentage based on historical growth of Mrs. Dawsey's annual salary during the Historical Period.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 378 of 452

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW Group. As part of the program, BMW would match of $.60 for each $1.00 the employee contributed, up to a maximum match of 6.00% of the employee's annual base salary.[8] In addition, Mrs. Dawsey was entitled to receive additional employer contributions to her retirement account beginning at the age of fifty. As part of the program, BMW contributes 8.00% of base salary for employees aged 50 – 54, 9.00% for employees aged 55 – 59 and 10.00% of base salary when reaching age 60.[9]

I reviewed Mrs. Dawsey's BMW Savings Plan Retirement Savings Statements for the Historical Period. In 2017 and 2018, the employer retirement contribution was 3.60% of her base compensation. In 2019, the year Mrs. Dawsey reached the age of fifty, the employer retirement contribution was 9.70% of base compensation. For the three years 2019 through 2021, the employer retirement contribution was 9.50% of base compensation. In determining the future employer retirement contribution, I used the average of 9.50% until Mrs. Dawsey were to reach the age of fifty-five and then used 10.50% for the retirement contribution. Upon the year of Mrs. Dawsey reaching the age of sixty, I used 11.50% for the retirement contribution.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[10]

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as July 2025.[11] Compensation and benefits Mrs. Dawsey has generated since the Incident, and is expected to generate through retirement ("Mitigating Compensation") will reduce her Future Compensation in my analysis. Mitigating Compensation consist of her mitigating base salary, mitigating bonus, and mitigating vehicle allowance.

---

[8] Per discussions with Mrs. Dawsey.
[9] Per discussions with Mrs. Dawsey.
[10] Per discussions with Mrs. Dawsey; Annual increases based on historical Social Security Cost of Living Adjustments.
[11] Per discussions with Mrs. Dawsey; Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 379 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 380 of 452



In my analysis, I calculated Mrs. Dawsey's mitigating base salary for the years 2022 through 2024 based on her actual reported earnings.[12] To determine Mrs. Dawsey's reasonable mitigating base salary from 2025 through her retirement, I utilized her agreed upon annual salary[13] with GSP and applied annual increases of 5.70%.[14]

GSP offers an annual bonus incentive of 8.00% of base salary, based on eligibility.[15] Mrs. Dawsey was first become eligible for this incentive in 2023. I included the actual bonuses received for the years 2023 and 2024 and applied an 8.00% bonus amount for the years 2025 through 2027 in Mrs. Dawsey's total mitigating compensation calculation. Mrs. Dawsey's planned retirement at age sixty excludes her from eligibility for the bonus incentive in 2028.

GSP provides a monthly vehicle allowance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle allowance at $6,000, or $500 per month[16] for the portion of the loss period Mrs. Dawsey was and is expected to be employed by GSP.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.510% to 3.782%.[17]

John E. Gibson, Jr., CPA/ABV, CVA
Shareholder

---

[12] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 and 2024 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[13] Per compensation summary from Greenville-Spartanburg Airport District dated October 1, 2025.
[14] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with GSP through July of 2025.
[15] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.
[16] Per signed offer letter from Greenville-Spartanburg Airport District dated July 1, 2022.
[17] See U.S. Treasury Quotes, *Wall Street Journal*, January 13, 2023.

## Exhibit A

# John E. Gibson, Jr. ("Jay"), CPA, ABV – Curriculum Vitae

**PROFESSIONAL OVERVIEW**

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Serves as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice.

**EDUCATION**

**1984** Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

**EMPLOYMENT**

| | |
|---|---|
| **2009 – July, 2025** | **Shareholder, Elliott Davis, LLC, Greenville, SC** |
| **2006 – 2009** | **Shareholder, Elliott Davis, LLC, Augusta, GA** |
| **2005 – 2006** | **Senior Manager, Elliott Davis, LLC, Augusta, GA** |
| **1999 – 2001** | **Senior Manager, Elliott Davis, LLC, Anderson, SC** |
| **1984 – 1996** | **Various Positions, Elliott Davis, LLC** |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 381 of 452

witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

**2001 – 2005** **Vice-President of Finance, Santens of America, Inc.**

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999** **Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.**

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 382 of 452

## Exhibit B

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

Becky Wise, et al. v. Steven Spivey, MD, et al.: In the United States District Court for Northern District of Georgia
Testified in Deposition (Video) – 9/2021

Jensen v. Jensen: In the Family Court, State of South Carolina, Pickens County
Testified in Trial – 12/2021

Vanguard Pai Lung, LLC and Pai Lund Machinery Mill Co. Ltd. v William Moody, et al.: In the General Court of Justice Superior Court Division, State of North Carolina, Mecklenburg County
Testified in Trial – 3/2022

Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al.: In Arbitration in the State of South Carolina, County of Greenville
Testified in Arbitration – 5/2022

Antioch Group, LLC v. Southern Arms Homecare, LLC and Mekosha Austin: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Trial – 3/2023

Ruzicka v Ruzicka: In the Family Court, State of South Carolina, Greenville County
Testified in Trial – 4/2023

James R. Burrows, III, individually, and derivatively on behalf of Atlantic Waterworks and Supply, Inc. v. Chris McCameron, Carolina Automatic Sprinkler Co, Inc., and Atlantic Waterworks and Supply, Inc.: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Deposition – 4/2023

Farzana Investment, Inc. v. Swift Creek Convenience, LLC, Cleveland Petroleum, LLC, and Derek Coryea: In the Superior Court, State of North Carolina, Johnson County
Testified in Deposition – 9/2023

Hawkins v. Hawkins: In the Family Court, State of South Carolina, Anderson County
Testified in Trial – 2/2024

Lisa A. Reynolds and Shanna M. Stephens v. Jonathan J. Anderson and Anderson, Reynolds & Stephens, LLC: In Arbitration in the State of South Carolina, Charleston County
Testified in Arbitration – 10/2024



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 383 of 452

# Exhibit C

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 384 of 452

**Dawsey v BMW**
**Exhibit C-1**
**Lost Future Compensation Analysis**

| | |
|---|---|
| **Present Value of Lost Future Compensation** | **$ 662,702** |

| *Period* | *Future Compensation* [1] | *Less: Mitigating Compensation* [2] | *Lost Future Compensation* | *Discount Rate* [3] | *Present Value of Lost Future Compensation* |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay*** [4] | | | | | |
| 01/18/2022 - 12/31/2022 | $ 276,070 | $ (137,537) | $ 138,533 | NA | $ 138,533 |
| 2023[6] | 298,535 | (202,868) | 95,667 | NA | 95,667 |
| 2024 | 309,418 | (221,016) | 88,402 | NA | $ 88,402 |
| 2025 | 319,535 | (227,513) | 92,022 | NA | $ 92,022 |
| Total | $ 1,203,558 | $ (788,934) | $ 414,624 | | $ 414,624 |
| ***Front Pay (Pre-Retirement)*** [5] | | | | | |
| 2026 | 329,985 | (238,323) | 91,662 | 3.976% | 79,969 |
| 2027 | 340,774 | (251,565) | 89,209 | 3.550% | 76,249 |
| 01/01/2028 - 07/05/2028[7] | 180,431 | (119,838) | 60,593 | 3.510% | 50,974 |
| Total | $ 851,190 | $ (609,726) | $ 241,464 | | $ 207,192 |
| ***Front Pay (Post-Retirement)*** [5] | | | | | |
| 07/06/2028 - 12/31/2028 | $ 4,974 | $ - | $ 4,974 | 3.510% | $ 4,114 |
| 2029 | 10,458 | - | 10,458 | 3.559% | 8,331 |
| 2030 | 10,754 | - | 10,754 | 3.626% | 8,233 |
| 2031 | 11,058 | - | 11,058 | 3.718% | 8,108 |
| 2032 | 11,371 | - | 11,371 | 3.782% | 7,991 |
| 01/01/2033 - 07/05/2033[8] | 5,958 | - | 5,958 | 3.782% | 4,109 |
| Total | $ 54,573 | $ - | $ 54,573 | | $ 40,886 |
| **Total** | **$ 2,109,321** | **$ (1,398,660)** | **$ 710,661** | | **$ 662,702** |

**Footnotes:**

[1] See Exhibit C-2; based on historical earnings, vehicle allowance, retirement benefits, and retirement medical payments.

[2] See Exhibit C-3; based on historical earnings and vehicle allowance.

[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published October 24, 2025.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2022 and is not discounted.

[5] Front pay refers to the period beginning January 1, 2025 through July 5, 2033.

[6] Mitigating compensation from 2023 to retirement, July 5, 2028, based on current employment agreement. Annual increases based on discussions with client and historical increases.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

**Dawsey v BMW**
**Exhibit C-2**
**Lost Future Compensation and Benefits**

| | |
|---|---|
| **Total Future Compensation and Benefits** | **$ 2,109,321** |

| Period | Base Compensation [1] | Additional Compensation [2] | Retirement Income Account (RIA) [5] | Retiree Medical Payments [6] | Total Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay [7]*** | | | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 | $ - | $ 276,070 |
| 2023 | 212,707 | 64,578 | 21,250 | - | 298,535 |
| 2024 | 219,663 | 66,690 | 23,065 | - | 309,418 |
| 2025 | 226,846 | 68,870 | 23,819 | - | 319,535 |
| Total | $ 856,606 | $ 260,066 | $ 86,886 | $ - | $ 1,203,558 |
| ***Front Pay (Pre-Retirement) [8]*** | | | | | |
| 2026 | 234,264 | 71,123 | 24,598 | - | 329,985 |
| 2027 | 241,924 | 73,448 | 25,402 | - | 340,774 |
| 01/01/2028 - 07/05/2028[9] | 127,648 | 38,754 | 14,029 | - | 180,431 |
| Total | $ 603,836 | $ 183,325 | $ 64,029 | $ - | $ 851,190 |
| ***Front Pay (Post-Retirement) [8]*** | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ 4,974 | $ 4,974 |
| 2029 | - | - | - | 10,458 | 10,458 |
| 2030 | - | - | - | 10,754 | 10,754 |
| 2031 | - | - | - | 11,058 | 11,058 |
| 2032 | - | - | - | 11,371 | 11,371 |
| 01/01/2033 - 07/05/2033[10] | - | - | - | 5,958 | 5,958 |
| Total | $ - | $ - | $ - | $ 54,573 | $ 54,573 |
| **Total** | **$ 1,460,442** | **$ 443,391** | **$ 150,915** | **$ 54,573** | **$ 2,109,321** |

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.

[2] Based on Mrs. Dawsey's historical earnings.

[3] Per discussions with Mrs. Dawsey, value of vehicle allowance is $800 per month or $9,600 annually.

[4] Per discussions with Mrs. Dawsey, BMW matches $0.60 for each $1.00 of employee contributions, up to a maximum match of 6.00% of the annual base salary.

[5] Per discussions with Mrs. Dawsey, BMW contributes a percentage of the employee's base salary to their RIA based on age.

[6] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Socia Security's Cost of Living Adjustments.

[7] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.

[8] Front pay refers to the period beginning January 1, 2025 through July 5, 2033.

[9] Estimated retirement date of July 5, 2028.

[10] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 386 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 387 of 452

# Dawsey v BMW
# Exhibit C-3
# Mitigating Compensation and Benefits

| Total Mitigating Compensation and Benefits | $ (1,171,147) |
|---|---|

| Period | | Base Compensation [1] | | Bonus Compensation [2] | | Vehicle Allowance [3] | | Total Mitigating Compensation |
|---|---|---|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | | | | |
| *Back Pay* [4] | | | | | | | | |
| 01/18/2022 - 12/31/2022 | $ | (135,037) | | NA | $ | (2,500) | $ | (137,537) |
| 2023 | $ | (183,429) | $ | (13,439) | $ | (6,000) | $ | (202,868) |
| 2024 | | (195,489) | | (19,527) | | (6,000) | | (221,016) |
| 2025 | | (205,105) | | (16,408) | | (6,000) | | (227,513) |
| Total | $ | (513,955) | $ | (32,966) | $ | (14,500) | $ | (561,421) |
| *Front Pay* [5] | | | | | | | | |
| 2026 | | (215,114) | | (17,209) | | (6,000) | | (238,323) |
| 2027 | | (227,375) | | (18,190) | | (6,000) | | (251,565) |
| 01/01/2028 - 07/05/2028[6] | | (116,838) | | NA | | (3,000) | | (119,838) |
| Total | $ | (559,327) | $ | (35,399) | $ | (15,000) | $ | (609,726) |
| **Total** | **$** | **(1,073,282)** | **$** | **(68,365)** | **$** | **(29,500)** | **$** | **(1,171,147)** |

**Footnotes:**

[1] Base compensation for 2022 through 2024 based on actual reported earnings. Base compensation for 2025 through Mrs. Dawsey's retirement, Jul based on her offer letter ("Offer Letter") from Greenville-Spartanburg Airport District ("GSP"), Mrs. Dawsey's reported income, increased annually in accordance with annual increases observed during her employment with BMW in the five years preceeding her resignation.

[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.

[3] Vehicle allowance of $500 per month or $6,000 annually per Offer Letter.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.

[5] Front pay refers to the period beginning January 1, 2025 through July 5, 2028.

[6] Estimated retirement date of July 5, 2028.

# The Expert Report Of John E. Gibson, Jr., CPA, ABV

**SUBMITTED IN THE MATTER OF:**

**Kelly Dawsey**

**v.**

**Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"**

December 1, 2025

CONFIDENTIAL

DEFENDANT'S EXHIBIT 40

# Table of Contents

Introduction....3
Summary of Expert Opinions....4
Basis for Opinions....5
  Loss Period....5
  Future Compensation....5
  Mitigating Compensation....6
  Lost Future Compensation....8
  Present Value....8
Exhibit A....9
Exhibit B....11
Exhibit C....12



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 389 of 452

## Introduction

Kelly Dawsey began employment with BMW Group in 1995 and resigned from BMW Group in January of 2022 and her last day of employment was January 17, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am a retired shareholder of Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I currently provide consulting and advisory services as the sole member of Gibson Advisory, LLC. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina and am Accredited in Business Valuation by the American Institute of Certified Public Accountants. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals of working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. I am being compensated for my services at $450 per hour. Professionals working under my direction are

[1] Per discussions with Mrs. Dawsey and attorney.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 390 of 452

being compensated at $200 – $350 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $579,471, see table below.[2]

| | Period | | Present Value of |
|---|---|---|---|
| Type | Beginning Date | Ending Date | Lost Future Compensation |
| Back Pay[i] | 01/18/22 | 12/31/24 | $ 384,415 |
| Front Pay (Pre-Retirement)[ii] | 01/01/25 | 07/05/28 | 154,170 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,886 |
| **Total** | | | **$ 579,471** |

Footnotes:

[i] Back pay refers to lost future compensation prior to January 1, 2025 and is not discounted; I intend to update the back pay period as necessary and before trial.

[ii] Front pay refers to lost future compensation from January 1, 2025 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary and before trial.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

[2] See Exhibit C-1.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 391 of 452

## Basis for Opinions

### Loss Period

The compensation and benefits Mrs. Dawsey would have generated but for the Incident ("Future Compensation") begin on January 18, 2022, the day immediately following Mrs. Dawsey's last paid workday for the BMW Group. The loss period ends July 5, 2033, the day Mrs. Dawsey turns sixty-five years old. Mrs. Dawsey would not have received benefits from her employment with BMW Group after July 5, 2033.[3]

### Future Compensation

As of January 17, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to generate in the future working for BMW Group, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW Group – 2017 through 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consist of her base salary, additional compensation, bonus, employer retirement contributions, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual base salary as of the DOI and applying annual increases of 3.27%.[6] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Based on a review of Mrs. Dawsey's Form W-2's for the Historical Period, taxable income exceeded her base salary. Based on discussions with Mrs. Dawsey, she received additional compensation in addition to her base salary consisting of bonuses, company vehicle, and other employee benefits. I calculated Mrs. Dawsey's implied additional compensation for each year of the Historical Period by subtracting her base salary from her wages reported on Box 5 of her Form W-2. I then calculated her additional compensation as a percentage of her base earnings for each year and then computed the average additional compensation percentage to base earnings of 30.36% for the Historical Period. I calculated the future additional compensation by multiplying the historical average percentage of 30.36% to the future base compensation for each period through July 5, 2028, when Mrs. Dawsey reaches the age of sixty.

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW Group. As part of the program, BMW would match of $.60 for each $1.00 the employee contributed, up to a maximum match

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per analysis of BMW historical pay summary.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 392 of 452

of 4.00% of the employee's annual base salary.[7] In addition, Mrs. Dawsey was entitled to participate in another retirement plan funded completely by BMW known as a Retirement Income Account ("RIA"). As part of the RIA plan, BMW contributes up to 8.00% of base salary for employees aged 50 – 54, up to 9.00% for employees aged 55 – 59 and up to 10.00% of base salary when reaching age 60.[8] For the years 2019 through 2021, BMW made contributions to Mrs. Dawsey's retirement account in the form of the 401(k) match and to the RIA. I reviewed Mrs. Dawsey's BMW Savings Plan Retirement Savings Statements for the years 2019 through 2021 and BMW's contributions ranged from 7.70% to 11.10% of Mrs. Dawsey's base salary. In determining the future employer retirement contribution for 2022, I used the average of the three-year period ended in 2021 of 9.50%. I increased the future retirement contribution by 1.0% when Mrs. Dawsey reached the ages of fifty-five and sixty.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[9]

Based on my analysis, Mrs. Dawsey's future compensation is approximately $2.10 million.

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as November of 2025.[10] Compensation and benefits Mrs. Dawsey has generated since the Incident and expected to generate through retirement ("Mitigating Compensation") will reduce her Future Compensation. Mitigating Compensation consist of her mitigating base salary, mitigating bonus, mitigating vehicle allowance, group term life insurance, and retirement benefits.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for the years 2022 through 2025 based on her actual reported earnings.[11] To determine Mrs. Dawsey's reasonable mitigating base salary from 2026 through her retirement, I applied annual increases of 6.10%.[12]

[7] Per discussions with Mrs. Dawsey.
[8] Per discussions with Mrs. Dawsey.
[9] Per discussions with Mrs. Dawsey, Annual increases based on historical Social Security Cost of Living Adjustments.
[10] Per discussions with Mrs. Dawsey, Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[11] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[12] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with GSP through July of 2025.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 393 of 452

GSP offers an annual bonus incentive of between 5.00% and 10.00% of base salary, based on eligibility.[13] Mrs. Dawsey was eligible for this incentive in 2023. I included the actual bonuses received for the years 2023 and 2024. I applied a 10.00% bonus amount for the years 2025 through 2027 based on Mrs. Dawsey's salary grade as of June of 2025. As Mrs. Dawsey's plans to retire at age sixty, her last day of employment in my calculations is July 5, 2028. I applied a prorated percentage of Mrs. Dawsey's anticipated bonus for the year 2028.

GSP provides a monthly vehicle allowance and group long-term life insurance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle allowance at $6,000, or $500 per month for the portion of the loss period Mrs. Dawsey was and is expected to be employed by GSP.[14] In addition, I calculated the mitigating group long-term life insurance by increasing the actual 2025 benefit by 6.0% for the years 2026 through 2028.

As part of her employment with GSP, Mrs. Dawsey is required to participate and contribute to the South Carolina Retirement System ("SCRS"). All employees are required to contribute 9.00% of their salary to the SCRS. GSP also makes an annual contribution to the SCRS. In the fiscal years (ended June 30th) of 2024 and 2023, GSP contributed 18.41% and 17.41% of employee salaries to the SCRS.[15] Mrs. Dawsey is considered a Class Three member under the SCRS plan and as such must have eight years of service to receive the monthly pension benefit. Mrs. Dawsey will not have eight years of service upon her retirement and will not receive an annuity upon her retirement and as such I have not included any SCRS benefit in my analysis.

GSP also offers employees a 401(k) and 457 plan under the South Carolina Deferred Compensation Plan. GSP matches 100% of employee contributions to the plans up to 5% of the employee's gross income.[16] Based on review of Mrs. Dawsey's pay stubs, she is participating in the 401(k) plan and contributing 5% of her gross income. I have included GSP's matching retirement contribution in my analysis of mitigating compensation.

Based on my analysis, Mrs. Dawsey's mitigating compensation is approximately $1.48 million.

## Health Insurance Benefits

Mrs. Dawsey participated in BMW Group's group health insurance plan for the years 2017 through 2021. Based on a review of Mrs. Dawsey's Form W-2 for the years 2019 through 2021, the total amount reported in Box 12 (Code DD) was $20,075, $23,592, and $23,592, respectively. Box 12 (Code DD) is for informational purposes only as health insurance premiums paid by the employer are no taxable to the employee. Mrs. Dawsey also participates in the GSP group health insurance plan. Based on a review of Mrs. Dawsey's total compensation reports for the years 2023 and 2024 and the year-to-date 2025, the total amount of health insurance premiums (including dental) paid by

---

[13] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.
[14] Based on total compensation reports provided by Mrs. Dawsey.
[15] GSP International Airport 2024 Annual Comprehensive Financial Report.
[16] Ibid.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 394 of 452

GSP were $15,517, $15,567, and $16,121, respectively. Based on discussion with Mrs. Dawsey, GSP pays 80% of the insurance premiums and the employee pays 20% of the premium. Based on my analysis, the health insurance premiums paid by the employers are similar and therefore not included in my analysis.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.510% to 3.782%.[17]

John E. Gibson, Jr., CPA/ABV, CVA

[17] See U.S. Treasury Quotes, *Wall Street Journal*, January 13, 2023.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 395 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 396 of 452



Exhibit A

# John E. Gibson, Jr. ("Jay"), CPA, ABV – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Serves as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice.

## EDUCATION

**1984** Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

| | |
|---|---|
| **2009 – July 2025** | **Shareholder, Elliott Davis, LLC, Greenville, SC** |
| **2006 – 2009** | **Shareholder, Elliott Davis, LLC, Augusta, GA** |
| **2005 – 2006** | **Senior Manager, Elliott Davis, LLC, Augusta, GA** |
| **1999 – 2001** | **Senior Manager, Elliott Davis, LLC, Anderson, SC** |
| **1984 – 1996** | **Various Positions, Elliott Davis, LLC** |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.

**2001 – 2005** **Vice-President of Finance, Santens of America, Inc.**

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999** **Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.**

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 397 of 452

**Exhibit B**

# John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

**EXPERT TESTIMONY**

- Sandifer v. Sandifer, Greenville County (SC) Family Court, Docket No 2017-DR-23-3483, March 2018
- William G. Allen, et al v. Commissioner of Internal Revenue, US Tax Court, Docket No 28210-15 & 31951-15, April 2018
- Hearing on Plaintiff's Motion Requiring Turnover or Assignment of Defendant Brent P. Edgerton's Ownership in Tarheel Terrier Corporation, Court of Common Pleas Greenville County (SC), October 10, 2018
- Jensen v. Jensen, Pickens County (SC) Family Court, December 2021
- Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al, Mecklenburg County (NC) General Court of Justice Superior Court Division, March 2022
- Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al in Arbitration, Greenville County (SC), May 2022

**DEPOSITION TESTIMONY**

- Sandifer v Sandifer (Docket No 2017-DR-23-3483), March 2018
- Pete A. Lang and Lang Capital, LLC v. Jeffery T. Cutter, et al (Case No: 0:16-CV-00087-JMC), United States District Court for the District of South Carolina Rock Hill Division, October 25, 2018
- Gernado Cato v. SCDOT, et al. (Case 2017-CP-40-4432), Richland County (SC) Court of Common Pleas, May 2020
- Wise, Becky et al v. Spivey, MD, Steven et al in the United States District Court for Northern District of Georgia, September 2021





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 398 of 452

## Exhibit C





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 399 of 452

**Dawsey v BMW**
**Exhibit C-1**
**Lost Future Compensation Analysis**

| Present Value of Lost Future Compensation | $ 579,471 |
|---|---|

| Period | Future Compensation [1] | Less: Mitigating Compensation [2] | Lost Future Compensation | Discount Rate [3] | Present Value of Lost Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay*** [4] | | | | | |
| 01/18/2022 - 12/31/2022 | $ 276,070 | $ (139,571) | $ 136,499 | NA | $ 136,499 |
| 2023[6] | 298,535 | (203,720) | 94,815 | NA | 94,815 |
| 2024 | 309,418 | (231,275) | 78,143 | NA | $ 78,143 |
| 2025 | 319,535 | (244,577) | 74,958 | NA | $ 74,958 |
| Total | $ 1,203,558 | $ (819,143) | $ 384,415 | | $ 384,415 |
| ***Front Pay (Pre-Retirement)*** [5] | | | | | |
| 2026 | 329,985 | (254,496) | 75,489 | 3.976% | 65,859 |
| 2027 | 340,774 | (269,653) | 71,121 | 3.550% | 60,789 |
| 01/01/2028 - 07/05/2028[7] | 171,508 | (138,792) | 32,716 | 3.510% | 27,522 |
| Total | $ 842,267 | $ (662,941) | $ 179,326 | | $ 154,170 |
| ***Front Pay (Post-Retirement)*** [5] | | | | | |
| 07/06/2028 - 12/31/2028 | $ 4,974 | $ - | $ 4,974 | 3.510% | $ 4,114 |
| 2029 | 10,458 | - | 10,458 | 3.559% | 8,331 |
| 2030 | 10,754 | - | 10,754 | 3.626% | 8,233 |
| 2031 | 11,058 | - | 11,058 | 3.718% | 8,108 |
| 2032 | 11,371 | - | 11,371 | 3.782% | 7,991 |
| 01/01/2033 - 07/05/2033[8] | 5,958 | - | 5,958 | 3.782% | 4,109 |
| Total | $ 54,573 | $ - | $ 54,573 | | $ 40,886 |
| **Total** | **$ 2,100,398** | **$ (1,482,084)** | **$ 618,314** | | **$ 579,471** |

**Footnotes:**

[1] See Exhibit C-2.

[2] See Exhibit C-3.

[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published October 24, 2025.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2025 and is not discounted.

[5] Front pay refers to the period beginning January 1, 2026 through July 5, 2033.

[6] Mitigating compensation from 2022 to retirement, July 5, 2028, based on current employment with GSP. Annual increases based on discussions with client and historical increases.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 400 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 401 of 452

# Dawsey v BMW
## Exhibit C-2
## Lost Future Compensation and Benefits

| Total Future Compensation and Benefits | $ 2,100,398 |
|---|---|

| Period | Base Compensation [1] | Additional Compensation [2] | Retirement Benefits [3] | Retiree Medical Payments [4] | Total Future Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay [5]*** | | | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 | $ - | $ 276,070 |
| 2023 | 212,707 | 64,578 | 21,250 | - | 298,535 |
| 2024 | 219,663 | 66,690 | 23,065 | - | 309,418 |
| 2025 | 226,846 | 68,870 | 23,819 | - | 319,535 |
| Total | $ 856,606 | $ 260,066 | $ 86,886 | $ - | $ 1,203,558 |
| ***Front Pay (Pre-Retirement) [8]*** | | | | | |
| 2026 | 234,264 | 71,123 | 24,598 | - | 329,985 |
| 2027 | 241,924 | 73,448 | 25,402 | - | 340,774 |
| 01/01/2028 - 07/05/2028[6] | 127,648 | 38,754 | 5,106 | - | 171,508 |
| Total | $ 603,836 | $ 183,325 | $ 55,106 | $ - | $ 842,267 |
| ***Front Pay (Post-Retirement) [7]*** | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ 4,974 | $ 4,974 |
| 2029 | - | - | - | 10,458 | 10,458 |
| 2030 | - | - | - | 10,754 | 10,754 |
| 2031 | - | - | - | 11,058 | 11,058 |
| 2032 | - | - | - | 11,371 | 11,371 |
| 01/01/2033 - 07/05/2033[8] | - | - | - | 5,958 | 5,958 |
| Total | $ - | $ - | $ - | $ 54,573 | $ 54,573 |
| **Total** | **$ 1,460,442** | **$ 443,391** | **$ 141,992** | **$ 54,573** | **$ 2,100,398** |

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.

[2] Based on Mrs. Dawsey's historical earnings and includes vehicle allowance, bonus, and other compensation.

[3] Retirement benefits include a 401(k) matching contribution from BMW and a contribution by BMW to a retirement income account (RIA) based on historical data.

[4] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.

[6] Front pay refers to the period beginning January 1, 2025 through July 5, 2033.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

**Dawsey v BMW**
**Exhibit C-3**
**Mitigating Compensation and Benefits**

| | |
|---|---|
| **Total Mitigating Compensation and Benefits** | **$ (1,482,084)** |

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle and GT Life Insurance [3] | Retirement Benefit [4] | Total Mitigating Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| *Back Pay [5]* | | | | | |
| 01/18/2022 - 12/31/2022 | $ (137,071) | NA | $ (2,500) | $ - | $ (139,571) |
| 2023 | (183,591) | (13,439) | (6,689) | - | (203,720) |
| 2024 | (195,688) | (19,527) | (6,751) | (9,310) | (231,275) |
| 2025 | (206,785) | (20,679) | (6,774) | (10,339) | (244,577) |
| Total | $ (723,135) | $ (53,645) | $ (22,715) | $ (19,649) | $ (819,143) |
| *Front Pay [6]* | | | | | |
| 2026 | $ (215,370) | $ (21,537) | $ (6,820) | $ (10,769) | $ (254,496) |
| 2027 | (228,508) | (22,851) | (6,869) | (11,425) | (269,653) |
| 01/01/2028 - 07/05/2028[7] | (117,636) | (11,764) | (3,510) | (5,882) | (138,792) |
| Total | $ (561,514) | $ (56,152) | $ (17,199) | $ (28,076) | $ (662,941) |
| **Total** | **$ (1,284,649)** | **$ (109,797)** | **$ (39,914)** | **$ (47,725)** | **$ (1,482,084)** |

**Footnotes:**

[1] Base compensation for 2022 through 2024 based on actual reported earnings. Base compensation for 2025 through Mrs. Dawsey's retirement, July 5, 2028, are increased based on annual increases observed during her employment with GSP in 2024 and 2025.

[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.

[3] Vehicle allowance of $500 per month or $6,000 annually per annual total compensation report. Group long-term insurance is actual for 2023 through 2025 and projected to increase 6.0% thereafter.

[4] Retirement benefit consists of employer match of the Mrs. Dawsey's 401(k) contribution.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through December 31, 2024 and is not discounted.

[6] Front pay refers to the period beginning January 1, 2025 through July 5, 2028.

[7] Estimated retirement date of July 5, 2028.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 402 of 452

# The Expert Report Of John E. Gibson, Jr., CPA, ABV

**SUBMITTED IN THE MATTER OF:**

**Kelly Dawsey**

**v.**

**Bayerische Motoren Werke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"**

December 22, 2025

CONFIDENTIAL

DEFENDANT'S EXHIBIT 41
tabbies

## Table of Contents

Introduction .......... 3
Summary of Expert Opinions .......... 4
Basis for Opinions .......... 5
 Loss Period .......... 5
 Future Compensation .......... 5
 Mitigating Compensation .......... 6
 Health Insurance Benefits .......... 8
 Lost Future Compensation .......... 8
 Present Value .......... 8
Exhibit A .......... 9
Exhibit B .......... 11
Exhibit C .......... 12



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 404 of 452

## Introduction

Kelly Dawsey began employment with BMW Group in 1995 and resigned from BMW Group in January of 2022 and her last day of employment was January 17, 2022 ("Date of Incident" or "DOI" and "Incident").[1]

I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.

I am a retired shareholder of Elliott Davis LLC, one of the largest regional public accounting firms in the United States. I currently provide consulting and advisory services as the sole member of Gibson Advisory, LLC. I have been providing relevant analytical services for more than thirty years. My experience includes extensive consulting work in tax, accounting, financial, economic, and business issues of commercial litigation, with emphasis on business valuation and economic damages. Exhibit A of this report contains my Curriculum Vitae ("CV") and identifies my professional experience. In addition, as set forth in my CV, I am a Certified Public Accountant licensed in the state of South Carolina and am Accredited in Business Valuation by the American Institute of Certified Public Accountants. I have testified in various economic damages, family law cases, and business valuation related disputes over the past ten years. Exhibit B of this report contains my testimony experience in the last four years.

This report represents the work I, or professionals of working under my direction, have performed, which includes discussing, reading, reviewing, and analyzing pertinent information. In my analyses, I may reference precedents related to the evaluation of damages. I am not providing any legal opinions of any statutes or case law that are cited.

Exhibit C of this report reflects the summary schedule supporting the opinions contained herein. My opinions are based upon the data and information reviewed by me at this time. I reserve the right to update, supplement, or revise my opinions.

My engagement in this matter is management consulting in accordance with the applicable standards of the American Institute of Certified Public Accountants. I have not been engaged to provide an "audit" under generally accepted auditing standards (GAAS) of any of the financial information or other documents provided by the parties. This report has been prepared in connection with the above referenced matter for the specific purposes of this litigation and is not to be used for any other purpose without the express written consent of Elliott Davis.

Please note that any usage of "we" or "our" in this report refers to me and individuals working under my supervision. I am being compensated for my services at $450 per hour. Professionals working under my direction are

---

[1] Per discussions with Mrs. Dawsey and attorney.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 405 of 452

being compensated at $200 – $350 per hour. Compensation is not contingent in any way on the conclusions or opinions I reach, the substance of any testimony I may provide, or the outcome of this litigation.

## Summary of Expert Opinions

Based upon my knowledge, skills, education, experience, and training in the matters of this nature, review of the material provided as of the date of this report, and research and analysis I conducted relative to this matter, it is my opinion, to a reasonable degree of professional certainty, more probable than not, the present value of Mrs. Dawsey's lost future compensation is $605,118, see table below.[2]

| Type | Period: Beginning Date | Period: Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/18/22 | 02/17/26 | $ 389,907 |
| Front Pay (Pre-Retirement)[ii] | 02/18/26 | 07/05/28 | 169,851 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 45,360 |
| **Total** | | | **$ 605,118** |

Footnotes:

[i] Back pay refers to lost future compensation prior to February 18, 2026 and is not discounted; I intend to update the back pay period as necessary.

[ii] Front pay refers to lost future compensation from February 18, 2026 through July 5, 2033 and is discounted; I intend to update the front pay period as necessary.

I intend to update my report upon receipt of additional information, as necessary, and before trial.

[2] See Exhibit C-1.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 406 of 452

## Basis for Opinions

### Loss Period

The compensation and benefits Mrs. Dawsey would have earned but for the Incident ("Future Compensation") begin on January 18, 2022, the day immediately following Mrs. Dawsey's last paid workday for the BMW Group. The loss period ends July 5, 2033, the day Mrs. Dawsey turns sixty-five years old. Mrs. Dawsey would not have received benefits from her employment with BMW Group after July 5, 2033.[3]

### Future Compensation

As of January 17, 2022, Mrs. Dawsey had been working in a Human Resources capacity for BMW for more than 25 years.[4] Future Compensation represents compensation and benefits Mrs. Dawsey would have been able to earn in the future working for BMW Group, but for the Incident.

In my analysis, I considered Mrs. Dawsey's historical compensation and benefits for the last five years of her employment with BMW Group – 2017 through 2021 ("Historical Period").[5] Mrs. Dawsey's Future Compensation consists of her base salary, additional compensation, employer retirement contributions, and retiree medical payments.

I calculated Mrs. Dawsey's base earnings by utilizing her annual base salary as of the DOI and applying annual increases of 3.27%.[6] Annual increases to Mrs. Dawsey's base earnings are based on the growth of her annual salary during the Historical Period.

Based on a review of Mrs. Dawsey's Form W-2's for the Historical Period, taxable income exceeded her base salary. Based on discussions with Mrs. Dawsey, she received additional compensation in addition to her base salary consisting of bonuses, company vehicle, and other employee benefits. I calculated Mrs. Dawsey's implied additional compensation for each year of the Historical Period by subtracting her base salary from her wages reported on Box 5 of her Form W-2. I then calculated her additional compensation as a percentage of her base earnings for each year and then computed the average additional compensation percentage to base earnings of 30.36% for the Historical Period. I calculated the future additional compensation by multiplying the historical average percentage of 30.36% to the future base compensation for each period through July 5, 2028, when Mrs. Dawsey reaches the age of sixty.

Mrs. Dawsey was eligible to participate in a 401(k)-matching program as an employee of BMW Group. As part of the program, BMW would match of $0.60 for each $1.00 the employee contributed, up to a maximum match

[3] Per discussions with Mrs. Dawsey.
[4] Per Mrs. Dawsey's employment history.
[5] Per Mrs. Dawsey's Form W-2 Wage & Tax Statements from 2017 through 2021.
[6] Per analysis of BMW historical pay summary.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 407 of 452

of 6.00% of the employee's annual base salary.[7] In addition, Mrs. Dawsey was entitled to participate in another retirement plan funded completely by BMW known as a Retirement Income Account ("RIA"). As part of the RIA plan, BMW contributes up to 8.00% of base salary for employees aged 50 – 54, up to 9.00% for employees aged 55 – 59 and up to 10.00% of base salary when reaching age 60.[8] For the years 2019 through 2021, BMW made contributions to Mrs. Dawsey's retirement account in the form of the 401(k) match and to the RIA. I reviewed Mrs. Dawsey's BMW Savings Plan Retirement Savings Statements for the years 2019 through 2021 and BMW's contributions ranged from 7.70% to 11.10% of Mrs. Dawsey's base salary. In determining the future employer retirement contribution for 2022, I used the average of the three-year period ended in 2021 of 9.50%. I increased the future employer retirement contribution by 1.0% when Mrs. Dawsey reached the ages of fifty-five and sixty.

As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.50%.[9]

Based on my analysis, Mrs. Dawsey's future compensation is approximately $2.10 million.

## Mitigating Compensation

Following the Incident, Mrs. Dawsey was able to secure employment as Director of Human Resources at Madewell Home Services, LLC, and later as VP and Chief Human Resource Officer for Greenville-Spartanburg Airport District ("GSP"). Mrs. Dawsey continues to work in her position at GSP as recently as November of 2025.[10] Compensation and benefits Mrs. Dawsey has earned since the Incident and is expected to earn through retirement ("Mitigating Compensation") will reduce her Future Compensation. Mitigating Compensation consists of her mitigating base salary, mitigating bonus, mitigating vehicle allowance, group term life insurance, and retirement benefits.

In my analysis, I calculated Mrs. Dawsey's mitigating base salary for the years 2022 through 2025 based on her actual reported earnings.[11] To determine Mrs. Dawsey's reasonable mitigating base salary from 2026 through her retirement, I applied annual increases of 6.20%.[12]

---

[7] Per discussions with Mrs. Dawsey and Summary of BWM Benefits.
[8] Per discussions with Mrs. Dawsey.
[9] Per discussions with Mrs. Dawsey, Annual increases based on historical Social Security Cost of Living Adjustments.
[10] Per discussions with Mrs. Dawsey, Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[11] Concrete Driveway Company (Madewell Home Services, LLC) Compensation Detail report dated December 13, 2022; 2022 through 2024 Form W-2 Wage & Tax Statements from Greenville-Spartanburg Airport District.
[12] Growth rate consistent with annual increases Mrs. Dawsey earned during her employment with GSP through July of 2025.





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 408 of 452

GSP offers an annual bonus incentive of between 5.00% and 10.00% of base salary, based on eligibility.[13] Mrs. Dawsey was eligible for this incentive in 2023. I included the actual bonuses received for the years 2023 and 2024. I applied a 10.00% bonus amount for the years 2025 through 2027 based on Mrs. Dawsey's salary grade as of June of 2025. As Mrs. Dawsey's plans to retire at age sixty, her last day of employment in my calculations is July 5, 2028. I did not include a prorated percentage of Mrs. Dawsey's anticipated bonus for the year 2028 because to be eligible for the incentive pay plan an employee must be employed at the date of the payout.[14] The payouts for fiscal year 2023 and 2024 were paid in December of 2023 and 2024. I used Mrs. Dawsey's expected retirement date of July 5, 2028, therefore she would not be employed in December of 2028.

GSP provides a monthly vehicle and phone allowance and group long-term life insurance to Mrs. Dawsey as part of her employment. I calculated the yearly mitigating vehicle and phone allowance at $7,200, or $620 per month for the portion of the loss period Mrs. Dawsey was and is expected to be employed by GSP.[15] In addition, I calculated the mitigating group long-term life insurance by increasing the actual 2025 benefit by 6.0% for the years 2026 through 2028.

As part of her employment with GSP, Mrs. Dawsey is required to participate and contribute to the South Carolina Retirement System ("SCRS"). All employees are required to contribute 9.00% of their salary to the SCRS. GSP also makes an annual contribution to the SCRS. In the fiscal years (ended June 30th) of 2024 and 2023, GSP contributed 18.41% and 17.41% of employee salaries to the SCRS.[16] Mrs. Dawsey is considered a Class Three member under the SCRS plan and as such must have eight years of service to receive the monthly pension benefit. Mrs. Dawsey will not have eight years of service upon her retirement and will not receive an annuity upon her retirement and as such I have not included any SCRS benefit in my analysis.

GSP also offers employees a 401(k) and 457 plan under the South Carolina Deferred Compensation Plan. GSP matches 100% of employee contributions to the plans up to 5% of the employee's gross income.[17] Based on review of Mrs. Dawsey's pay stubs, she is participating in the 401(k) plan and contributing 5% of her gross income. I have included GSP's matching retirement contribution in my analysis of mitigating compensation.

Based on my analysis, Mrs. Dawsey's mitigating compensation is approximately $1.48 million.

---

[13] GSP Airport District Human Resources Policies and Procedures Section 207.03 – Employee Incentive Pay Plan, p. 162-163.
[14] Based on GSP Airport District Human Resources Policies and Procedures Employee Incentive Pay Plan and discussion with Mrs. Dawsey.
[15] Based on total compensation reports provided by Mrs. Dawsey.
[16] GSP International Airport 2024 Annual Comprehensive Financial Report.
[17] Ibid.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 409 of 452

## Health Insurance Benefits

Mrs. Dawsey participated in BMW Group's group health insurance plan for the years 2017 through 2021. Based on a review of Mrs. Dawsey's Form W-2 for the years 2019 through 2021, the total amount reported in Box 12 (Code DD) was $20,075, $23,592, and $23,592, respectively. Box 12 (Code DD) is for informational purposes only as health insurance premiums paid by the employer are no taxable to the employee. Mrs. Dawsey also participates in the GSP group health insurance plan. Based on a review of Mrs. Dawsey's total compensation reports for the years 2023 and 2024 and the year-to-date 2025, the total amount of health insurance premiums (including dental) paid by GSP were $15,517, $15,567, and $16,121, respectively. Based on discussion with Mrs. Dawsey, GSP pays 80% of the insurance premiums and the employee pays 20% of the premium. Based on my analysis, the health insurance premiums paid by the employers are similar and therefore not included in my analysis.

## Lost Future Compensation

Lost Future Compensation represents the compensation Mrs. Dawsey was unable to earn because of the Incident. Lost compensation is calculated by subtracting Mitigating Compensation from Mrs. Dawsey's Future Compensation.

## Present Value

The present value calculation is performed to translate Lost Future Compensation into values as of the date of this report. The discount rates utilized in my analysis range from 3.513% to 3.896%.[18]

John E. Gibson, Jr., CPA/ABV, CVA

[18] See U.S. Treasury Quotes, *Wall Street Journal*, December 16, 2025.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 410 of 452

**Exhibit A**

# John E. Gibson, Jr. ("Jay"), CPA, ABV – Curriculum Vitae

## PROFESSIONAL OVERVIEW

Provided comprehensive accounting, auditing, and consulting services to clients and companies for over thirty years. He has worked in both public accounting and private industry. He has served a number of industry groups including manufacturing/distribution, financial institutions, construction, retail, healthcare (including nursing facilities), and not-for-profits. Served as Elliott Davis, LLC's leader of the forensic, valuation and litigation support services practice from July of 2009 through June of 2024.

## EDUCATION

**1984** Wofford College, Spartanburg, South Carolina, BA Accounting and Economics

## EMPLOYMENT

| | |
|---|---|
| **2009 – July 2025** | **Shareholder, Elliott Davis, LLC, Greenville, SC** |
| **2006 – 2009** | **Shareholder, Elliott Davis, LLC, Augusta, GA** |
| **2005 – 2006** | **Senior Manager, Elliott Davis, LLC, Augusta, GA** |
| **1999 – 2001** | **Senior Manager, Elliott Davis, LLC, Anderson, SC** |
| **1984 – 1996** | **Various Positions, Elliott Davis, LLC** |

Elliott Davis, LLC is a regional accounting firm providing accounting and advisory services to clients in the Southeastern United States. Started with the Firm in 1984 as a staff accountant working with audit and tax clients preforming audit and tax services for clients in the following industries: construction, manufacturing/ distribution, real estate, and retail as well as governmental and non- profit organizations until 1996. Jay left the firm in 1996 to work for a manufacturing client. Returned to the firm in 1999 and performed business valuations, consulting, and audit services for a variety of clients until 2001. Jay returned to the firm in 2005 and performed audit services and business valuation engagements for clients in a variety of industries. In 2009 he was named the leader of the firm's business valuation practice and later the practice leader of the forensic, valuation and litigation support practice. He has determined the value of closely held securities of companies and partnerships in many industries for a variety of purposes, including shareholder disputes, buy-sell agreements, estate and gift tax, marital dissolution proceedings, corporate planning, mergers and acquisitions, and financial reporting. He has also served as an expert witness and consulting expert in litigation matters involving divorce, shareholder disputes, and economic damages.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 411 of 452

**2001 – 2005** **Vice-President of Finance, Santens of America, Inc.**

Served in the capacity of Vice-President of Santens of America, Inc., a wholly owned subsidiary of Santens International. Santens of America, Inc. was a manufacturer of terry towels and sold product directly to major retailers such as Wal-Mart, K Mart, Kohl's, Sears, Target, Bed Bath & Beyond, etc. Responsibilities included direction of the following areas: human resources, information technology, accounting, and finance.

**1996 – 1999** **Controller, Griffin Thermal Products, Inc./Griffin Radiator, Inc.**

Served as part of the management team in the capacity of corporate controller. Activities included financial reporting, cost analysis, return on investment analysis, evaluation of potential acquisitions, and strategic planning.

## MEMBERSHIPS AND ORGANIZATIONS

American Institute of Certified Public Accountants

South Carolina Association of Certified Public Accountants





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 412 of 452

**Exhibit B**

## John E. Gibson, Jr. ("Jay"), CPA/ABV, CVA – Testimony Experience

Wise, Becky et al v. Spivey, MD, Steven et al.: in the United States District Court for Northern District of Georgia
Testified in Deposition (Video) – 9/2021

Jensen v. Jensen: In the Family Court, State of South Carolina, Pickens County
Testified in Trial – 12/2021

Vanguard Pai Lung, LLC, and Pai Lund Machinery Mill Co. Ltd. v. William Moody, et al.: In the General Court of Justice Superior Court Division, State of North Carolina, Mecklenberg County
Testified in Trial – 3/2022

Jason H. Blasenak v. Emergency Pavilions, LLC; Emergency MD, LLC, et al.: In Arbitration in the State of South Carolina, Greenville County
Testified in Arbitration – 5/2022

Antioch Group, LLC v. Southern Arms Homecare, LLC and Mekosha Austin: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Trial – 3/2023

Ruzicka v. Ruzicka: In the Family Court, State of South Carolina, Greenville County
Testified in Trial – 4/2023

James R. Burrows, III individually and derivatively on behalf of Atlantic Waterworks and Supply, Inc. v. Chris McCameron, Carolina Automatic Sprinkler Co., Inc. and Atlanta Waterworks and Supply, Inc.: In the Court of Common Pleas, State of South Carolina, Greenville County
Testified in Deposition – 4/2023

Farzana Investment, Inc. v. Swift Creek Convenience, LLC, Cleveland Petroleum, LLC and Derek Coryea: In the Superior Court, State of North Carolina, Johnson County
Testified in Deposition – 9/2023

Hawkins v. Hawkins: In the Family Court, State of South Carolina, Anderson County
Testified in Trial – 2/2024

Lisa A. Reynolds and Shanna M. Stephens v. Jonathan J. Anderson and Anderson, Reynolds & Stephens, LLC: In Arbitration in the State of South Carolina, Charleston County
Testified in Arbitration – 10/2024



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 413 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 414 of 452

## Exhibit C

# Dawsey v BMW
## Exhibit C-1
## Lost Future Compensation Analysis

| Present Value of Lost Future Compensation | $ 605,118 |
|---|---|

| *Period* | *Future Compensation* [1] | *Less: Mitigating Compensation* [2] | *Lost Future Compensation* | *Discount Rate* [3] | *Present Value of Lost Future Compensation* |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay*** [4] | | | | | |
| 01/18/2022 - 12/31/2022 | $ 276,070 | $ (139,571) | $ 136,499 | NA | $ 136,499 |
| 2023[6] | 298,535 | (205,160) | 93,375 | NA | 93,375 |
| 2024 | 309,418 | (232,715) | 76,703 | NA | 76,703 |
| 2025 | 319,535 | (245,989) | 73,546 | NA | 73,546 |
| 01/01/2026 - 2/17/2026 | 43,394 | (33,610) | 9,784 | NA | 9,784 |
| Total | $ 1,246,952 | $ (857,045) | $ 389,907 | $ - | $ 389,907 |
| ***Front Pay (Pre-Retirement)*** [5] | | | | | |
| 2/18/2026 - 12/31/2026 | 286,591 | (221,983) | 64,608 | 3.715% | 63,593 |
| 2027 | 340,774 | (271,666) | 69,108 | 3.513% | 65,769 |
| 01/01/2028 - 07/05/2028[7] | 171,508 | (128,088) | 43,420 | 3.537% | 40,489 |
| Total | $ 798,873 | $ (621,737) | $ 177,136 | | $ 169,851 |
| ***Front Pay (Post-Retirement)*** [5] | | | | | |
| 07/06/2028 - 12/31/2028 | $ 4,974 | $ - | $ 4,974 | 3.537% | $ 4,560 |
| 2029 | 10,458 | - | 10,458 | 3.614% | 9,236 |
| 2030 | 10,754 | - | 10,754 | 3.698% | 9,133 |
| 2031 | 11,058 | - | 11,058 | 3.807% | 9,004 |
| 2032 | 11,371 | - | 11,371 | 3.896% | 8,869 |
| 01/01/2033 - 07/05/2033[8] | 5,958 | - | 5,958 | 3.896% | 4,558 |
| Total | $ 54,573 | $ - | $ 54,573 | | $ 45,360 |
| **Total** | **$ 2,100,398** | **$ (1,478,782)** | **$ 621,616** | | **$ 605,118** |

**Footnotes:**

[1] See Exhibit C-2.

[2] See Exhibit C-3.

[3] Per Wall Street Journal U.S. Treasury and Bonds quotes published December 16, 2025.

[4] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[5] Front pay refers to the period beginning February 18, 2026 through July 5, 2033.

[6] Mitigating compensation from 2022 to retirement, July 5, 2028, based on current employment with GSP. Annual increases based on discussions with client and historical increases.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

# Dawsey v BMW
## Exhibit C-2
## Lost Future Compensation and Benefits

| Total Future Compensation and Benefits | $ 2,100,398 |
|---|---|

| Period | *Base Compensation* [1] | *Additional Compensation* [2] | *Retirement Benefits* [3] | *Retiree Medical Payments* [4] | *Total Future Compensation* |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| ***Back Pay*** [5] | | | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 | $ - | $ 276,070 |
| 2023 | 212,707 | 64,578 | 21,250 | - | 298,535 |
| 2024 | 219,663 | 66,690 | 23,065 | - | 309,418 |
| 2025 | 226,846 | 68,870 | 23,819 | - | 319,535 |
| 01/01/2026 - 2/17/2026 | 30,806 | 9,353 | 3,235 | - | 43,394 |
| Total | $ 887,412 | $ 269,419 | $ 90,121 | $ - | $ 1,246,952 |
| ***Front Pay (Pre-Retirement)*** [8] | | | | | |
| 2/18/2026 - 12/31/2026 | $ 203,458 | $ 61,770 | $ 21,363 | $ - | $ 286,591 |
| 2027 | 241,924 | 73,448 | 25,402 | - | 340,774 |
| 01/01/2028 - 07/05/2028[6] | 127,648 | 38,754 | 5,106 | - | 171,508 |
| Total | $ 573,030 | $ 173,972 | $ 51,871 | $ - | $ 798,873 |
| ***Front Pay (Post-Retirement)*** [7] | | | | | |
| 07/06/2028 - 12/31/2028 | $ - | $ - | $ - | $ 4,974 | $ 4,974 |
| 2029 | - | - | - | 10,458 | 10,458 |
| 2030 | - | - | - | 10,754 | 10,754 |
| 2031 | - | - | - | 11,058 | 11,058 |
| 2032 | - | - | - | 11,371 | 11,371 |
| 01/01/2033 - 07/05/2033[8] | - | - | - | 5,958 | 5,958 |
| Total | $ - | $ - | $ - | $ 54,573 | $ 54,573 |
| **Total** | **$ 1,460,442** | **$ 443,391** | **$ 141,992** | **$ 54,573** | **$ 2,100,398** |

**Footnotes:**

[1] Base compensation and annual increases based on Mrs. Dawsey's historical earnings.

[2] Based on Mrs. Dawsey's historical earnings and includes vehicle allowance, bonus, and other compensation.

[3] Retirement benefits include a 401(k) matching contribution from BMW and a contribution by BMW to a retirement income account (RIA) based on historical data.

[4] Per discussions with Mrs. Dawsey, monthly retiree medical payments are paid to an employee after retirement from age 60 to 64. Annual increases based on historical Social Security's Cost of Living Adjustments.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[6] Front pay refers to the period beginning February 18, 2026 through July 5, 2033.

[7] Estimated retirement date of July 5, 2028.

[8] Retirement medical payments end when Mrs. Dawsey turns 65 years old.

# Dawsey v BMW
## Exhibit C-3
## Mitigating Compensation and Benefits

| Total Mitigating Compensation and Benefits | $ (1,478,782) |
|---|---|

| Period | Base Compensation [1] | Bonus Compensation [2] | Vehicle/Phone Allowance and GT Life Insurance [3] | Retirement Benefit [4] | Total Mitigating Compensation |
|---|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | | |
| *Back Pay [5]* | | | | | |
| 01/18/2022 - 12/31/2022 | $ (136,471) | NA | $ (3,100) | $ - | $ (139,571) |
| 2023 | (183,591) | (13,439) | (8,129) | - | (205,160) |
| 2024 | (195,688) | (19,527) | (8,191) | (9,310) | (232,715) |
| 2025 | (206,952) | (20,475) | (8,214) | (10,348) | (245,989) |
| 01/01/2026 - 2/17/2026 | (28,356) | (2,750) | (1,086) | (1,418) | (33,610) |
| Total | $ (751,058) | $ (56,191) | $ (28,721) | $ (21,076) | $ (857,045) |
| *Front Pay [6]* | | | | | |
| 2/18/2026 - 12/31/2026 | $ (187,280) | $ (18,165) | $ (7,174) | $ (9,364) | $ (221,983) |
| 2027 | (229,006) | (22,901) | (8,309) | (11,450) | (271,666) |
| 01/01/2028 - 07/05/2028[7] | (117,946) | - | (4,245) | (5,897) | (128,088) |
| Total | $ (534,232) | $ (41,066) | $ (19,728) | $ (26,711) | $ (621,737) |
| **Total** | $ (1,285,290) | $ (97,257) | $ (48,449) | $ (47,787) | $ (1,478,782) |

**Footnotes:**

[1] Base compensation for 2022 through 2024 based on actual reported earnings. Base compensation for 2025 through Mrs. Dawsey's retirement, July 5, 2028, are increased based on annual increases observed during her employment with GSP in 2024 and 2025.

[2] Based on GSP's Human Resources Policies and Procedures Section 207.03 - Employment Incentive Pay Plan.

[3] Vehicle and phone allowance of $620 per month or $7,200 annually per annual total compensation report. Group long-term insurance is actual for 2023 through 2025 and projected to increase 6.0% thereafter.

[4] Retirement benefit consists of employer match of the Mrs. Dawsey's 401(k) contribution.

[5] Back pay refers to the period beginning the day following Mrs. Dawsey's resignation through February 17, 2026 and is not discounted.

[6] Front pay refers to the period beginning February 18, 2026 through July 5, 2028.

[7] Estimated retirement date of July 5, 2028.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 418 of 452

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA, SPARTANBURG DIVISION**

---

**KELLY DAWSEY,**

**Plaintiff,**

**v.**

**BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT and BMW MANUFACTURING CO., LLC collectively d/b/a "BMW GROUP",**

**Defendants.**

**7:22-03738-TMC-KFM**

---

# EXPERT REBUTTAL REPORT OF NICHOLAS R. HARRIS

**NOVEMBER 20, 2025**

**CONFIDENTIAL**

Nicholas R. Harris
Partner
GreerWalker LLP

DEFENDANT'S EXHIBIT 42

BMW MC 001946

# TABLE OF CONTENTS


**I. QUALIFICATIONS ..... 1**

**II. SCOPE OF THIS ENGAGEMENT ..... 1**

**III. BACKGROUND ..... 2**

A. Parties ..... 2

B. Ms. Dawsey's Position with BMW Manufacturing ..... 2

C. BMW's Alleged Wrongdoing ..... 4

D. Ms. Dawsey's Post-BMW Employment ..... 5

**IV. SUMMARY OF MR. GIBSON'S REPORT AND OPINIONS ..... 6**

**V. SUMMARY OF OPINIONS ..... 7**

**VI. BASIS FOR OPINIONS ..... 7**

A. Mr. Gibson's Calculation is a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, not BMW's alleged wrongdoing ..... 7

B. BMW's alleged wrongdoing did not damage Ms. Dawsey. ..... 10

C. Even as a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, Mr. Gibson's Calculation is unsupported and overstated because of errors and omissions that, if corrected, would drastically reduce his Calculation. ..... 13

*1. Mr. Gibson ignores important components of Ms. Dawsey's mitigating earnings from GSP. ..... 13*

*2. Mr. Gibson understates Ms. Dawsey's mitigating bonus income. ..... 14*

*3. Mr. Gibson ignores key information regarding the BMW Retirement Income Account. ..... 15*

*4. Mr. Gibson's analysis of "retiree medical payments" is unsupported. ..... 17*

**VII. INFORMATION RELIED UPON ..... 18**

**VIII. COMPENSATION ..... 18**

**IX. PURPOSE AND USE ..... 18**





USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 419 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 420 of 452

## I. Qualifications

I am a Partner at GreerWalker LLP ("GreerWalker") where I lead GreerWalker's Forensic and Valuation Services practice. GreerWalker is a public accounting and business advisory firm based in North Carolina and South Carolina.

I have more than eighteen years of accounting and finance experience, including more than sixteen years dedicated to forensic accounting and valuation services. I have served as a consultant or expert witness on accounting matters in hundreds of disputes. That experience includes the valuation of economic damages to businesses and individuals, along with other forms of forensic accounting, business valuation, and intellectual property valuation. I have prepared expert reports and testified as an expert witness in state court, federal court, and arbitration. I frequently provide opinions and analysis on the valuation of lost wages resulting from alleged wrongful termination, alleged wrongful death, and other similar or related claims.

I hold a Bachelor of Business Administration from the University of Michigan. I am a Certified Public Accountant ("CPA"), Accredited in Business Valuation ("ABV") with the American Institute of Certified Public Accountants ("AICPA"). I hold the Chartered Financial Analyst ("CFA") charter. I am a Certified Fraud Examiner ("CFE"). My curriculum vitae is included with this report as Appendix A. It includes a list of matters in which I have testified as an expert witness at trial or by deposition in the last four years and publications that I have authored in the past ten years.

## II. Scope of This Engagement

GreerWalker was retained by Jackson Lewis, counsel for BMW Manufacturing Co., LLC ("BMW Manufacturing"), to opine on Kelly Dawsey's ("Ms. Dawsey" or "Plaintiff") alleged damages, if any, related to her allegations against BMW. As part of that scope of work, I was asked to review and critique, if necessary, the report prepared by John E. Gibson, Jr., ("Mr. Gibson") dated October 31, 2025 (the "Gibson Report" or "Mr. Gibson's Report"). I refer to Bayerische Motoren Werke Aktiengesellschaft ("BMW AG") and BMW Manufacturing collectively as "BMW or "Defendants."

If necessary and requested, I will respond to Mr. Gibson's, or other witnesses, future amended opinions, conclusions, findings, reports, or testimony. Such responses may not be limited to the topics included in this report. If requested by Jackson Lewis, I will testify at

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 421 of 452

deposition and trial.

I understand that liability, and findings of fact, will ultimately be determined by the trier of fact in this matter. My opinions on Ms. Dawsey's alleged damages are intended to assist the trier of fact.

I have personally supervised and reviewed the work performed by staff working with me on this matter. When used in this report, "I" refers to me and my staff working under my direct supervision and control.

## III. Background

In this section, I provide selected background that is relevant to my scope of work and opinions. I do not express any opinions in this section.

### A. Parties

BMW AG is a foreign corporation with a principal place of business in Munich, Bavaria, Germany.[1] BMW Manufacturing was incorporated in the State of Delaware with a principal place of business in Spartanburg County, South Carolina.[2] BMW AG indirectly owns BMW Manufacturing.[3]

Ms. Dawsey is a former employee of BMW Manufacturing. On June 5, 1995, Ms. Dawsey joined BMW Manufacturing as a staff recruiter.[4] During Ms. Dawsey's employment at BMW Manufacturing, she held various positions, including roles within the HR department.[5] On January 3, 2022, Ms. Dawsey submitted her letter of resignation to BMW Manufacturing.[6] Her resignation was effective on January 14, 2022.[7]

### B. Ms. Dawsey's Position with BMW Manufacturing

BMW Manufacturing uses a hierarchy of "Function Levels" to classify employee skills or positions. At BMW Manufacturing, there is one Function Level I Position which is occupied by Robert Engelhorn ("Mr. Engelhorn"), a German citizen.[8] Function Level II is a Vice President

[1] Amended Complaint, par. 3.
[2] Amended Complaint, par. 4.
[3] Amended Complaint, par. 6 and Answer to Amended Complaint, par. 6.
[4] Amended Complaint, par. 39 and BMW MC 1879-1880.
[5] Amended Compliant, par. 39.
[6] Ms. Dawsey's resignation letter (BMW_MC_000435).
[7] Ms. Dawsey's resignation letter (BMW_MC_000435).
[8] Amended Complaint, par. 35 and Answer to Amended Complaint, par. 35.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 422 of 452

("VP") position.[9] The VP of HR at BMW Manufacturing is the only Function Level II employee within the Human Resources ("HR") department.[10] At the time of Ms. Dawsey's allegations, Christine Petrasch ("Ms. Petrasch"), a German National, was the VP of HR.[11] Function Level III is the next highest position at BMW Manufacturing after Function Levels I and II.[12]

Within this Function Level structure, BMW Manufacturing labels specific positions. For example, Ms. Dawsey's latest role at BMW Manufacturing was the "TX-60" position, in which she was responsible for HR planning and for benefits and employee compensation.[13] The following snapshot depicts the organizational leadership structure of HR at BMW Manufacturing as of October 2020.

**Figure 1**
**Organizational Structure – BMW Manufacturing HR Leadership[14]**




BMW requires approval (called "verification") of the corporate office in Germany for any promotion of a BMW Manufacturing employee to a Function Level II or Function Level III

---

[9] Amended Complaint, par. 36.
[10] Amended Complaint, par. 36.
[11] Amended Complaint, par. 33 and https://www.bmwgroup-werke.com/spartanburg/en/news/2018/bmw-manufacturing-announces-management-change-petrasch.html.
[12] Answer to Amended Complaint, par. 38.
[13] Answers to Amended Complaint, par. 40.
[14] BMW MC 000248-262 at 253.

position.[15] I understand from BMW Manufacturing that Ms. Dawsey had not received the requisite verification for a Level II position.[16]

### C. BMW's Alleged Wrongdoing

Ms. Dawsey alleges that BMW discriminated against her based on her national origin, race, and sex. In support of these allegations, Ms. Dawsey cites the following events in her Amended Complaint:

- On or about September 15, 2021, Ms. Petrasch told Ms. Dawsey that BMW had determined that Sherry McCraw ("Ms. McCraw"), a White American woman, would be the next VP of HR in Spartanburg.[17]
- BMW has a rule that if there is a United States citizen as VP, there must be one German national next in line, which would be a Function Level III position.[18]
- On or around September 29, 2021, Ms. Dawsey was informed that the only way BMW Group could get a local into the VP of HR position was to have a German in Plaintiff's position (TX-60) to serve as a "bridge to Germany."[19]
- On November 11, 2021, Ms. Petrasch reiterated that Ms. Dawsey was being removed from TX-60 (Function Level III) because a German national needed to be put in that position since the VP of HR was now a United States citizen.[20]
- Later in 2021, Ms. Petrasch began to encourage Ms. Dawsey to look for jobs outside of HR.[21]
- Ms. Petrasch told Ms. Dawsey that BMW was considering moving Ms. Dawsey to different positions, but that the positions would possibly be designated as Function Level IV.[22]
- Ms. Petrasch, through her assistant, arranged for Ms. Dawsey to interview for other positions in other departments outside of HR. [23]

---

[15] Amended Complaint, par. 20.
[16] Deposition Transcript of Kelly Dawsey, p. 87.
[17] Amended Complaint, par. 42.
[18] Amended Complaint, par. 42.
[19] Amended Complaint, par. 43.
[20] Amended Complaint, par. 50.
[21] Amended Complaint, par. 56.
[22] Amended Complaint, par. 56.
[23] Amended Complaint, par. 58.


USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 423 of 452

- BMW never offered Ms. Dawsey a position and never promised her one.[24]
- BMW also employed a black male, Corey Epps, a Function Level IV employee. BMW told Ms. Dawsey that, while they might move Ms. Dawsey to a Function Level IV position (which they never did), they were going to promote Mr. Epps from Function Level IV to Function Level III.[25]

Ms. Dawsey complains that BMW told her that "her best-case scenario might be a demotion to Level IV" and she resigned from BMW Manufacturing "to accept the best available employment opportunity."[26] Ms. Dawsey asserts that she began looking for positions outside of BMW because she had no offers at BMW and she wished to continue her career in human resources.[27] She adds that, to ensure continued employment "in her field," she had no reasonable alternative but to resign.[28] Based on these allegations, Ms. Dawsey she asserts the following legal claims: (1) National Origin Discrimination Title VII; (2) Race Discrimination Title VII; (3) Race Discrimination Section 1981; and (4) Sex Discrimination Title VII.[29]

**D. Ms. Dawsey's Post-BMW Employment**

On or around December 10, 2021, nearly four weeks before Ms. Dawsey's notice of resignation to BMW, Ms. Dawsey received an offer for employment as Director of Human Resources at Madewell Home Services, LLC ("Madewell"). On January 31, 2022, Ms. Dawsey started her new position at Madewell Home Services, LLC ("Madewell").[30]

On or around July 1, 2022, only five months after starting her position with Madewell, Ms. Dawsey received an offer for employment as Vice President – Chief Human Resources Officer with the Greenville-Spartanburg Airport District ("GSP").[31] Ms. Dawsey's employment with GSP started on or around August 1, 2022.[32]

---

[24] Amended Complaint, par. 59.
[25] Amended Complaint, par. 60.
[26] Amended Complaint, pars. 56 and 61.
[27] Amended Complaint, par. 61.
[28] Amended Complaint, par. 63.
[29] See Amended Complaint.
[30] Madewell Concrete Driveway Company - Compensation detail report (Dawsey 2832-872, at 872).
[31] Dawsey 2864-5.
[32] Dawsey 002873.


USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 424 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 425 of 452

## IV. Summary of Mr. Gibson's Report and Opinions

Ms. Dawsey retained John E. Gibson, Jr., CPA/ABV, CVA (the "Plaintiffs Expert or Mr. Gibson"), to offer opinions on Ms. Dawsey's alleged lost earnings damages caused by BMW's alleged wrongdoing. The Gibson Report describes Mr. Gibson's "Scope of Engagement" as follows:

> I have been engaged by the law firm Stephenson and Murphy, LLC, acting as counsel for Mrs. Dawsey, to evaluate and render opinions regarding the economic remedies due Mrs. Dawsey, if any, in connection to Mrs. Dawsey's employment with BMW. For the purposes of my analyses, I have been asked to assume liability, but express no opinions on such.[33]

The following figure is a summary of Mr. Gibson's opinion of Ms. Dawsey's alleged damages from the Gibson Report.

**Figure 2**
**Summary of Ms. Dawsey's Alleged Losses Per Mr. Gibson[34]**

| Type | Period: Beginning Date | Period: Ending Date | Present Value of Lost Future Compensation |
|---|---|---|---|
| Back Pay[i] | 01/18/22 | 12/31/24 | $ 414,624 |
| Front Pay (Pre-Retirement)[ii] | 01/01/25 | 07/05/28 | 207,192 |
| Front Pay (Post-Retirement)[ii] | 07/06/28 | 07/05/33 | 40,886 |
| **Total** | | | **$ 662,702** |

I refer to Mr. Gibson's analysis, summarized above and detailed in the Gibson Report, as Mr. Gibson's "Calculation."

[33] Gibson Report, p. 3.
[34] Gibson Report, p. 4.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 426 of 452

## V. Summary of Opinions

Mr. Gibson's Calculation is a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, not BMW's alleged wrongdoing. In my opinion, BMW's alleged wrongdoing did not damage Ms. Dawsey.

Even as a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, Mr. Gibson's Calculation is unsupported and overstated because of errors and omissions that, if corrected, would drastically reduce his Calculation. Mr. Gibson's Report does not provide enough detail about his assumptions, sources, and calculations to fully correct his Calculation. However, if these details can be provided through Mr. Gibson's testimony, the production of documents from Ms. Dawsey, or otherwise, I may present a corrected version of Mr. Gibson's Calculation at trial. To that end, I specifically request, by way of this report, that Ms. Dawsey or her counsel provide Ms. Dawsey's 2023 and 2024 year-end pay statements that reflect her full-year medical, retirement, and other benefits received from GSP. I also request any documentation or information on retiree medical (or similar) benefits available to Ms. Dawsey through GSP.

A more detailed discussion of my opinions is provided below.

## VI. Basis for Opinions

### A. Mr. Gibson's Calculation is a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, not BMW's alleged wrongdoing.

The American Institute of Certified Public Accountants ("AICPA") issues forensic and valuation services practice aids. These practice aids provide, for example, technical guidance to practitioners in the valuation of economic damages. The AICPA practice aid titled "Measuring Damages Involving Individuals," states:

> The forensic practitioner who is hired to calculate economic damages involving individuals determines monetary amounts that would have been realized "but for" the damage incident, and then applies reductions for amounts actually realized or received. A further reduction may apply for amounts that would have been received had the claimant mitigated damages, depending on the facts of the case.[35]

In other words, Ms. Dawsey's alleged damages are her economic losses caused by BMW's

[35] AICPA Practice Aid, Measuring Damages Involving Individuals, 2020, p. 19.

alleged wrongdoing. They do not include losses caused by other factors that would have existed but for BMW's alleged wrongdoing.

This concept is widely accepted among damages experts and supported by other treatises on economic damages valuation, such as the Litigation Services Handbook which states:

> An expert retained to measure damages must therefore understand and be prepared to explain the following:
>
> - The defendant's wrongful conduct;
> - How the plaintiff alleges the defendant's wrongful conduct caused damages to the plaintiff and how the defendant alleges that it did not cause the damages;
> - The logic that connects the defendant's alleged wrongful conduct and the plaintiff's damages;
> - Other factors that could have caused or exacerbated the plaintiff's damages, and
> - Whether the plaintiff's damages were reasonably expected to result from the defendant's alleged wrongful conduct.[36]

The Gibson Report fails to even identify BMW's alleged wrongful conduct. In fact, the Gibson Report does not state *any* alleged wrongdoing by BMW. Nor does it cite, reference, or footnote Ms. Dawsey's Complaint, Amended Complaint, or any other document that states Ms. Dawsey's allegations against BMW. Moreover, the Gibson Report fails to explain how BMW's alleged wrongful conduct caused *any* damages to Ms. Dawsey let alone the alleged damages that he calculated.

Instead, Mr. Gibson's Calculation quantifies losses attributable to Ms. Dawsey's resignation from BMW. Indeed, his analysis compares (a) Ms. Dawsey's projected compensation at BMW to (b) Ms. Dawsey's compensation from other employers after her resignation from BMW. This assumes that BMW's alleged wrongdoing forced Ms. Dawsey to resign. It also assumes that BMW's alleged wrongdoing forced Ms. Dawsey to resign precisely when she did *and* take a purportedly lower-paying position with another employer.

These assumptions conflict with available evidence. For example, testimony from Sherrill Miller, Ms. Dawsey's headhunter, suggests that Ms. Dawsey resigned from BMW because of her own desire to reduce her job responsibilities, not BMW's alleged wrongdoing. For instance,

[36] Litigation Services Handbook, The Role of the Financial Expert, 6th ed., p. 4.3.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 427 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 428 of 452

Ms. Miller testified that, in September 2021, Ms. Dawsey was looking for employment outside of BMW because "she wanted to lessen her load of responsibilities."[37] Ms. Miller further testified that the only reason Ms. Dawsey was considering employment outside of BMW Manufacturing was to "slow down from all the responsibilities" and "do something different."[38] Ms. Miller's testimony also suggests that Ms. Dawsey was willing to accept a reduced salary for such a reduction in job responsibilities. Ms. Miller testified that Ms. Dawsey was willing to accept a salary as low as $150,000 annually compared to her $202,450 salary with BMW at that time.[39] Thus, Mr. Gibson's quantification of losses attributable to Ms. Dawsey's resignation, rather than her would-be reduction in compensation associated with her alleged "demotion" by BMW, is unsupported.

Furthermore, I have seen no evidence that BMW's alleged wrongdoing forced Ms. Dawsey to resign when she did, as Mr. Gibson's Calculation assumes. Rather, it seems that the timing of Ms. Dawsey's offer from Madewell did. In other words, regardless of BMW's alleged wrongdoing, Ms. Dawsey could have continued her employment with BMW, perhaps until her retirement, or at least until her eventual employment with GSP. As discussed below, when Ms. Dawsey's full retirement, medical, and other benefits from GSP are considered, Ms. Dawsey's current compensation from GSP is comparable to, and perhaps even more than, her "but-for" compensation from BMW. Thus, had Ms. Dawsey simply continued her employment with BMW until she commenced her employment with GSP, her alleged lost earnings would be nominal, if anything.

Relatedly, I have seen no evidence that BMW's alleged wrongdoing forced Ms. Dawsey to experience gaps in employment between her positions with BMW, Madewell, and GSP, as Mr. Gibson's Calculation assumes. Rather, these short times of unemployment seem attributable to Ms. Dawsey's desire to change positions and employers, and/or her desire to take personal time between those positions, not BMW's alleged wrongdoing.[40]

In summary, Mr. Gibson's Calculation quantifies losses caused by Ms. Dawsey's decision to resign from BMW, not BMW's alleged wrongdoing. Therefore, Mr. Gibson's opinions are irrelevant and inapplicable as a measure of Ms. Dawsey's alleged damages.

[37] Deposition Transcript of Sherrill Miller, p. 34.
[38] Deposition Transcript of Sherrill Miller, p. 39.
[39] Deposition Transcript of Sherrill Miller, p. 48.
[40] Deposition Transcript of Kelly Dawsey, pp. 299-300.

### B. BMW's alleged wrongdoing did not damage Ms. Dawsey.

Contrary to Mr. Gibson's Calculation, a properly constructed damages analysis would compare (a) Ms. Dawsey's would-be earnings at BMW, but for her alleged demotion, to (b) Ms. Dawsey's would be earnings at BMW after her alleged demotion. As discussed below, these two amounts are the same. Thus, Ms. Dawsey has not been damaged.

On December 10, 2021, the same date as Ms. Dawsey's offer letter from Madewell, Ms. Dawsey received an email that attached a slide presentation depicting a new organizational structure for BMW Manufacturing HR.[41] In fact, Ms. Dawsey testified that she presented this proposed structure to the employees in her department.[42] The following images are snapshots of two sequential slides from that document.

**Figure 3**
**Snapshot of Organizational Restructure for BMW Manufacturing HR[43]**




[41] Deposition Transcript of Kelly Dawsey, pp. 252-253 and 288-289.
[42] Deposition Transcript of Kelly Dawsey, pp. 252-253 and 288-289.
[43] BMW _MC_000468-82. BMW MC 000248-62.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 429 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 430 of 452




These images show that, starting in February 2022, Scott Medley would move from his TX-64 position to a TX-6 Project position, and Ms. Dawsey would move from her TX-60 position to the TX-64 position vacated by Mr. Medley.[44] In other words, Ms. Dawsey was going to stay within HR.

Nonetheless, Ms. Dawsey alleges that this transfer from TX-60 to TX-64 constituted a demotion because it would have coincided with a "demotion" from Function Level III to Function Level IV.[45] Yet, such a "demotion" is organizational and would not have affected Ms. Dawsey's compensation. At BMW Manufacturing, "Personal Grade," not Function Level, determines employees' salary, bonus and benefits.[46] Ms. Dawsey acknowledged this fact in her deposition.[47] As of her resignation from BMW Manufacturing, Ms. Dawsey was Personal Grade 11.[48] The following snapshot from BMW's Implementation of Exempt Grading, Salary, Bonus and Benefits Structures shows that Function Level III and Function Level IV positions can both receive compensation at Personal Grade 11.

[44] BMW_MC_000468-482, at 480.
[45] Amended Complaint, par. 56.
[46] BMW Manufacturing Corp. Human Resources – Implementation of Exempt Grading, Salary, Bonus and Benefit Structure, p. 5 (Dawsey 0291-301, at 297).
[47] Deposition Transcript of Kelly Dawsey, p. 72.
[48] Dawsey 0051.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 431 of 452

**Figure 4**
**Function Level to Personal Grade Mapping for BMW Manufacturing[49]**




Prior to Ms. Dawsey's anticipated transfer into the TX-64 position in February 2022, Scott Medley ("Mr. Medley") held the TX-64 position.[50] Ms. Dawsey and Mr. Medley were both Function Level III and Personal Grade 11 while in the TX-60 and TX-64 positions, respectively.[51] In fact, as of Ms. Dawsey's resignation from BMW Manufacturing, Ms. Dawsey's TX-60 annual salary was identical to Mr. Medley's TX-64 annual salary with each earning $202,450 annually.[52] Furthermore, based on my review of Ms. Dawsey and Mr. Medley's historical compensation from BMW Manufacturing, Mr. Medley and Ms. Dawsey received comparable compensation from 2019 through 2021.[53]

In other words, BMW's alleged demotion of Ms. Dawsey from Function Level III to Function Level IV had no apparent financial impact to Ms. Dawsey. Rather, as discussed above, it was Ms. Dawsey's own decision to resign from BMW Manufacturing, and accept an outside position, that caused a change in Ms. Dawsey's financial position.

---

[49] BMW Manufacturing Corp. Human Resources – Implementation of Exempt Grading, Salary, Bonus and Benefit Structure, p. 5 (Dawsey 0291-301, at 297).
[50] BMW MC 000248-62, at 53.
[51] Dawsey 2861. BMW MC 000707.
[52] Dawsey 2861. BMW MC 000707.
[53] As such, for the purposes of my analysis, I used Mr. Medley's compensation as a proxy for Ms. Dawsey's "but-for" earnings from BMW Manufacturing. BMW MC 1928. BMW MC 1929. BMW MC 1930. BMW MC 1911-1912. BMW MC 1913. BMW MC 1914.

### C. Even as a measure of losses attributable to Ms. Dawsey's decision to resign from BMW, Mr. Gibson's Calculation is unsupported and overstated because of errors and omissions that, if corrected, would drastically reduce his Calculation.

In this section, I discuss additional critiques of Mr. Gibson's Calculation, setting aside the critical shortfalls discussed above. The critiques discussed in this section are not intended to validate Mr. Gibson's Calculation, or a corrected version thereof, as a reasonable measure of Ms. Dawsey's alleged damages.

#### 1. Mr. Gibson ignores important components of Ms. Dawsey's mitigating earnings from GSP.

The following image is a snapshot of Exhibit C-3 to the Gibson Report.

**Figure 5**
**Snapshot of Gibson Report, Exhibit C-3**

| *Period* | *Base Compensation* [1] | *Bonus Compensation* [2] | *Vehicle Allowance* [3] | *Total Mitigating Compensation* |
|---|---|---|---|---|
| **DOI: January 17, 2022** | | | | |
| ***Back Pay*** [4] | | | | |
| 01/18/2022 - 12/31/2022 | $ (135,037) | NA | $ (2,500) | $ (137,537) |
| 2023 | $ (183,429) | $ (13,439) | $ (6,000) | $ (202,868) |
| 2024 | (195,489) | (19,527) | (6,000) | (221,016) |
| 2025 | (205,105) | (16,408) | (6,000) | (227,513) |
| Total | $ (513,955) | $ (32,966) | $ (14,500) | $ (561,421) |
| ***Front Pay*** [5] | | | | |
| 2026 | (215,114) | (17,209) | (6,000) | (238,323) |
| 2027 | (227,375) | (18,190) | (6,000) | (251,565) |
| 01/01/2028 - 07/05/2028[6] | (116,838) | NA | (3,000) | (119,838) |
| Total | $ (559,327) | $ (35,399) | $ (15,000) | $ (609,726) |
| **Total** | **$ (1,073,282)** | **$ (68,365)** | **$ (29,500)** | **$ (1,171,147)** |

In this exhibit, Mr. Gibson attempts to quantify Ms. Dawsey's "mitigating compensation and benefits" from Madewell and GSP. As shown above, Mr. Gibson includes Ms. Dawsey's base compensation, bonus compensation, and vehicle allowance.[54] Notably, he excludes other benefits that Ms. Dawsey apparently received. These benefits include employer-sponsored health coverage, life insurance, and retirement benefits reflected in Ms. Dawsey's W-2s and available pay statements. They also include a $120 monthly cell phone allowance as referenced in Ms. Dawsey's offer letter from GSP.[55]

These mitigating benefits that Mr. Gibson omitted from his Calculation appear to be

[54] Gibson Report, Exhibit C-3.
[55] Dawsey 2864-5.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 432 of 452

substantial. For instance, Ms. Dawsey's 2023 W-2 from GSP reflects $71,067 of employer-sponsored health coverage, $17,019 of "SCRS," $4,863 of "S125," and $689 of life insurance.[56] Ms. Dawsey's 2024 W-2 from GSP reflects $75,587 of employer-sponsored health coverage, $18,107 of "SCRS," $4,875 of "S125," and $751 of life insurance.[57] While I am not certain that all of these benefits were employer-paid, the substantial portion appears to be. Indeed, Ms. Dawsey's available partial-year pay statements for 2022 and 2025 reflect substantial employer-paid medical, dental, SC retirement, 401(k), and life insurance benefits.[58] The "working at GSP" section of gspairport.com refers to "generous employee benefits" including South Carolina Retirement Defined Benefit Plan, South Carolina Deferred Compensation plan "with a generous company match," health insurance, life insurance, and disability insurance.[59] Yet, Mr. Gibson's Calculation includes none of these benefits.

The inclusion of any of these benefits in mitigating income would drastically reduce Mr. Gibson's Calculation. In fact, they could entirely offset many of the annual "lost future compensation" amounts reflected in Mr. Gibson's Calculation. In other words, Ms. Dawsey's compensation from GSP is approximately equal to, if not greater than, her alleged lost compensation from BMW Manufacturing. As stated above, if additional information can be provided on these benefits, specifically the amount of those which were paid by GSP as compensation to Ms. Dawsey, I may present an adjusted version of Mr. Gibson's Calculation at trial. To assist in that effort, I am formally requesting, by way of this report, Ms. Dawsey's detailed pay statements for 2023 and 2024 which, to my knowledge, have not been produced.

**2. Mr. Gibson understates Ms. Dawsey's mitigating bonus income.**

The figure above shows the mitigating bonus compensation that Mr. Gibson included in his Calculation. This mitigating bonus compensation appears to be understated for several reasons. First, Mr. Gibson includes no mitigating bonus compensation for 2022. However, this lack of bonus compensation results from Ms. Dawsey's resignation from Madewell to accept employment at GSP, not BMW's alleged wrongdoing. Indeed, Ms. Dawsey's offer letter from Madewell states, "Should your employment end with Madewell Home Services, your right to receive salary and all benefits and incidents of employment, including any bonuses, compensation and benefits, shall cease."[60]

---

[56] Dawsey 002875. Code DD = Cost of employer-sponsored health coverage. Code C = Taxable cost of group-term life insurance over $50,000. https://www.irs.gov/instructions/iw2w3.
[57] Dawsey 002873-83 at 76.
[58] Dawsey 002877. Dawsey 2870.
[59] https://gspairport.com/working-at-gsp/.
[60] Madewell 000003.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 433 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 434 of 452

Second, Mr. Gibson provides no reasonable explanation for why Ms. Dawsey's expected bonus compensation will decrease in 2025 and continue to under-perform her 2024 bonus in 2026 and 2027. For 2023 and 2024, Mr. Gibson used Ms. Dawsey's actual bonus compensation.[61] However, for 2025 through 2027, Mr. Gibson assumed that Ms. Dawsey's bonus will be 8.00% of her projected base compensation.[62] However, Ms. Dawsey's 2024 bonus was 9.989% of her base compensation.[63] Moreover, available evidence shows that the GSP incentive plan payout ranges from 5% to 10%.[64] I see no reason why Ms. Dawsey cannot continue to receive bonuses near the top end of that range.

Third, the Gibson Report does not explain his assumption that Ms. Dawsey will not receive any bonus compensation in 2028. Meanwhile, in Exhibit C-2, Mr. Gibson's Calculation assumes that Ms. Dawsey's alleged lost compensation and benefits from BMW Manufacturing includes a partial year bonus for 2028. I see no reason for this inconsistency, particularly since available evidence suggests that GSP pays bonuses based on a fiscal year ending June 30th, i.e., five days prior to Ms. Dawsey's assumed retirement date.[65]

Adjustment for these unsupported assumptions would materially reduce Mr. Gibson's Calculation.

### 3. Mr. Gibson ignores key information regarding the BMW Retirement Income Account.

The following image is a snapshot from Exhibit C-2 to the Gibson Report.

[61] Gibson Report, p. 7.
[62] Gibson Report, p. 7.
[63] Dawsey 002873-83 at 83. Gibson Report, Exhibit C-3. [9.989% = 19,527 / 195,489]
[64] Dawsey 002873-83 at 82.
[65] Dawsey 002873-83 at 81.

**Figure 5**
**Snapshot of Gibson Report, Exhibit C-2**

| Period | Base Compensation [1] | Additional Compensation [2] | Retirement Income Account (RIA) [5] |
|---|---|---|---|
| DOI: January 17, 2022 | | | |
| *Back Pay* [7] | | | |
| 01/18/2022 - 12/31/2022 | $ 197,390 | $ 59,928 | $ 18,752 |
| 2023 | 212,707 | 64,578 | 21,250 |
| 2024 | 219,663 | 66,690 | 23,065 |
| 2025 | 226,846 | 68,870 | 23,819 |
| Total | $ 856,606 | $ 260,066 | $ 86,886 |
| *Front Pay (Pre-Retirement)* [8] | | | |
| 2026 | 234,264 | 71,123 | 24,598 |
| 2027 | 241,924 | 73,448 | 25,402 |
| 01/01/2028 - 07/05/2028[9] | 127,648 | 38,754 | 14,029 |
| Total | $ 603,836 | $ 183,325 | $ 64,029 |

In this exhibit, Mr. Gibson attempts to quantify Ms. Dawsey's alleged lost compensation from BMW Manufacturing. For 2028, despite his assumption that Ms. Dawsey would have retired on July 5, 2028, Mr. Gibson assumes that Ms. Dawsey would have been eligible to receive a $14,029 Retirement Income Account ("RIA") contribution for 2028. However, BMW's RIA policies seemingly would have precluded this contribution. They state:

> You are eligible to receive an RIA Contribution if you are hired or rehired by BMW on or after March 1, 2012; you are not eligible to participate in the BMW Pension Plan; and you are still employed on December 31 of the Plan Year (or last day of any other period) for which the RIA Contribution is made.[66]

Ms. Dawsey acknowledges the fact that RIA contributions are contingent on employment at the end of the year in her deposition.[67] Additionally, to calculate "Additional Compensation" as shown in the figure above, Mr. Gibson applies a 30.36% markup to Ms. Dawsey's projected base compensation.[68] I note that the Gibson Report provides no calculations in support of that percentage. Thus, Mr. Gibson's 30.36% mark-up *may* include employer contributions to Ms. Dawsey's retirement account.

Yet, as shown above, in addition to "Additional Compensation," Mr. Gibson also included BMW Manufacturing's alleged would-be RIA contributions to Ms. Dawsey's retirement account. Mr. Gibson describes these contributions as follows:

[66] Dawsey 1282-318 at 85.
[67] Deposition Transcript of Kelly Dawsey, pp. 289-290.
[68] Gibson Report, p. 5.

> Mrs. Dawsey was entitled to receive additional employer contributions to her retirement account beginning at the age of fifty. As part of the program, BMW contributes 8.00% of base salary for employees aged 50 – 54, 9.00% for employees aged 55 – 59 and 10.00% of base salary when reaching age 60.[69]

The Gibson Report then seems to contradict this statement by stating:

> In determining the future employer retirement contribution, I used the average of 9.50% until Mrs. Dawsey were to reach the age of fifty-five and then used 10.50% for the retirement contribution. Upon the year of Mrs. Dawsey reaching the age of sixty, I used 11.50% for the retirement contribution.[70]

These percentages are inexplicably higher than the additional contribution amounts of 8%, 9%, and 10%, unless they also include contributions from the standard 401(k) matching program that may be included in Mr. Gibson's 30.36% "Additional Compensation" markup. Thus, Mr. Gibson may be overstating Ms. Dawsey's alleged lost earnings by double-counting these alleged lost benefits. I reserve the right to update or amend this opinion if Mr. Gibson provides additional information on his Calculation.

**4. Mr. Gibson's analysis of "retiree medical payments" is unsupported.**

Mr. Gibson's Calculation includes $40,886 for the present value of alleged lost post-retirement benefits.[71] The only discussion in the Gibson Report related these alleged lost post-retirement benefits is the following statement:

> As part of Mrs. Dawsey's employment with BMW she would have received retiree medical payments but for the Incident. Mrs. Dawsey would have received these payments from age 60 to 64, after her retirement. As of 2022, retiree medical payments were $717 per month, and I applied annual increases of 2.5%.[72]

For the $717 monthly benefit amount, Mr. Gibson cites "discussions with Mrs. Dawsey" and no other sources.[73] This amount, or the inflation-adjusted equivalent, seems to be the premium payment that BMW Manufacturing purportedly would have paid on Ms. Dawsey's behalf from age 60 to 64. Mr. Gibson's Calculation merely totals the present value these payments. It does not consider the portion of medical insurance premiums for which Ms. Dawsey would have been responsible. Nor does it consider the cost of alternative coverage that Ms. Dawsey will have to acquire following her retirement from GSP, or another employer, if any. Under the premises of Mr. Gibson's Calculation, which again are not reasonable or relevant as discussed above, these

[69] Gibson Report, p. 6.
[70] Gibson Report, p. 6.
[71] Gibson Report, Exhibit C-1.
[72] Gibson Report, p. 6.
[73] Gibson Report, footnote 10.



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 436 of 452

should have been considered. I reserve the right to present this information at trial in a "corrected" version of Mr. Gibson's Calculation or otherwise.

## VII. Information Relied Upon

In addition to my years of experience as a financial professional, the expert opinions contained in this report are based on the facts and circumstances of this matter and the documents that I received, reviewed, and relied upon during the course of my retention on this matter. The documents upon which I relied in forming the opinions contained in this report are listed in **Appendix B** and in the footnotes to this report.

The opinions contained in this report are based on currently available information. I reserve the right to supplement or amend my opinions should new or additional information that is relevant to my opinions become available.

In connection with this report, I prepared supplemental work papers that serve as an integral basis for the opinions contained herein. The information contained in this report may be used to develop illustrative exhibits for use at trial.

## VIII. Compensation

GreerWalker is being compensated for my work on this matter at a rate of $590 per hour. Rates for personnel that may assist me vary from $165 to $690 per hour. Since this engagement is not yet complete, it is not now possible to determine the total compensation that will be paid to GreerWalker for this engagement. My compensation is not contingent on the outcome of this case.

## IX. Purpose and Use

This report should not be used for any purpose other than as stated herein. The analysis and opinions contained in this report are based upon documents, information, facts, and allegations that are unique to this case. This report, including any portion thereof, shall not be distributed to any third party without my prior, written consent.

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 438 of 452

# Appendix A

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 439 of 452

GreerWalker


# Nicholas R. Harris, CPA/ABV, CFA, CFE

*Curriculum Vitae*

**Partner, Forensic and Valuation Services**

227 West Trade Street, Suite 1100
Charlotte, NC 28202
Phone: (704) 816-7039
E-mail: nick.harris@greerwalker.com




## SUMMARY OF EXPERIENCE

Nick specializes in business valuation and forensic accounting including internal accounting investigations and the valuation of economic damages to businesses and individuals. Nick frequently offers opinions and analysis in contract disputes, shareholder disputes, post-acquisition disputes, and divorce. Nick also frequently conducts cost and billing audits involving construction and other commercial contracts. Nick has valued damages resulting from wrongful death, wrongful termination, personal injury, business interruption, breach of contract, unfair and deceptive trade practices, intellectual property infringement, false advertising, and fraud. Nick's opinions and analysis often involve lost profits, disgorgement, reasonable royalty, lost wages and earnings, and other accounting opinions.

Nick has testified as an expert witness in State Court, Federal Court, and Arbitration. Nick has also presented damages calculations for mediation and settlement purposes. Prior to joining GreerWalker in January 2017, Nick was a Principal in the Chicago office of a national consulting firm focused on litigation and business consulting.

## PROFESSIONAL HISTORY

| | | |
|---|---|---|
| 2017 - Present | GreerWalker LLP<br>Partner, Forensic and Valuation Services | Charlotte, NC |
| 2009 - 2016 | The Kenrich Group LLC<br>Principal | Chicago, IL |
| 2007 - 2009 | JPMorgan Chase Bank NA<br>Financial Analyst | New York, NY |
| 2006 | Deloitte<br>Audit and Enterprise Risk Intern | Detroit, MI |

## EDUCATION

| | |
|---|---|
| 2014 | Certificate in Specialized Studies, Audit and Forensic Accounting<br>Northwestern University |
| 2007 | Bachelor of Business Administration<br>University of Michigan, Ross School of Business |

## PROFESSIONAL CERTIFICATIONS

| | |
|---|---|
| 2018 | Accredited in Business Valuation (ABV) |
| 2016 | Certified Public Accountant (CPA) |
| 2012 | Chartered Financial Analyst (CFA), Charter Holder |
| 2011 | Certified Fraud Examiner (CFE) |

## PROFESSIONAL AFFILIATIONS

Past President, Association of Certified Fraud Examiners (ACFE) Charlotte Chapter

Member, American Institute of Certified Public Accountants (AICPA)

Member, AICPA Forensic and Valuation Services Section

Member, North Carolina Association of Certified Public Accountants

Member, Financial Consulting Group (Business Valuation/Litigation Services)

Member, Chartered Financial Analyst Institute

## PUBLICATIONS

*How Contractors Can Avoid Claim Pricing Pitfalls*, published in CFMA (Construction Financial Management Association) Building Profits magazine (March/April 2019 Edition)

## COMMUNITY SERVICE

Charlotte Center for Legal Advocacy, Past Board of Trustees and Finance Committee Chair

Larry King's Clubhouse, Past Board of Directors and Treasurer

Charlotte Area Chapter of the ACFE, Past Board of Directors and President

## TESTIMONY EXPERIENCE

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| Holmwood Capital Advisors, LLC and Holmwood Capital, LLC v. HC Government Realty Holdings, L.P. and HC Government Realty Trust, Inc. | Delaware State Chancery Court | Moore & Van Allen PLLC, John T. Floyd and Joseph M. Piligian | | 9/5/2025 |
| Randy Black, on behalf of himself, and as Attorney-in-Fact for Bruce Kiser v. Case Farms, LLC | United States District Court for the Western District of North Carolina, Statesville Division | Hamilton Stephens Steele + Martin, PLLC, Mark R. Kutny and Rebecca K. Cheney, Attorneys for Defendant | | 8/22/2025 |



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 440 of 452

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| Rev Tech Labs, LLC d/b/a Queen City Fin Tech and Carolinas Fintech Ventures, LP d/b/a CFV Ventures v. Cirrus Secure, Inc., Frideswide Square, Inc., and individually, David Brooks | United States District Court for the Western District of North Carolina, Charlotte Division | Wagner Hicks PLLC, Sean Wagner and Jonathon Townsend, Attorneys for Plaintiffs | | 8/5/2025 |
| ModoPayments, LLC v. Volvo Financial Services LLC | New York State Supreme Court | Stafford PLLC, Mark A. Stafford | | 7/9/2025 |
| John Griffing v. Gray, Layton, Kersh, Solomon, Furr & Smith, P.A. | North Carolina Superior Court | Bell, Davis & Pitt, P.A., Edward B. Davis and Kevin J. Roak, Attorneys for Defendants | | 6/17/2025 |
| New-Indy Catawba LLC v. Amec Foster Wheeler Kamtech, Inc. Amec Foster Wheeler Ventures, Inc., Wood Group US Holdings, Inc., and Wood Group USA, Inc. | American Arbitration Association | Robinson, Bradshaw & Hinson, P.A., Stephen M. Cox, David C. Kimball, Benjamin C. DeCelle, and Spencer T. Wiles, Attorneys for Respondents | | 6/16/2025 |
| PHO Kannapolis, LLC and BRC Kannapolis, LLC v. City of Kannapolis | North Carolina Superior Court | Cranfill Sumner LLP, Jack Wright, Attorney for Defendant | | 6/5/2025 |
| Truist Financial Corporation and Grandbridge Real Estate Capital, LLC v. Matthew Rocco, Joe Lovell, John Randall, Colliers Mortgage Holdings, LLC, and Colliers Mortgage LLC | North Carolina Superior Court | Buchanan Ingersoll & Rooney PC, Andrew Shapren and Robert Fitzgerald, Attorneys for Plaintiff | | 4/29/2025 |



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 441 of 452

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| William Wesley Livingston, Angela Baucom Livingston, and Jason Baucom individually and as Executor of The Estate of Amon L. Baucom, Jr. (all Plaintiffs individually and derivatively on behalf of Baucom's Nursery Company) v. Gary C. Baucom, Eric J. Baucom, Cory R. Baucom, Christopher C. Baucom, Baucom's Nursery Company (Nominal Defendant), Baucom's Leasing Company, LLC, and Green Gardens II, LLC | Arbitration | Hamilton Stephens Steele + Martin, PLLC, Mark R. Kutny, Attorney for Defendants | 4/9/2025 and 4/10/2025 | |
| Gree USA, Inc. v. L.G. Sourcing, Inc. and Lowe's Companies, Inc. 17-CVS-1999 | North Carolina Superior Court | Moore & Van Allen PLLC, Thomas D. Myrick, Scott M. Tyler, and William M. Butler, Attorneys for Defendant | | 10/14/2024 |
| Value Health Solutions Inc. and Nagarajan Parthasarathy v. Pharmaceutical Research Associates, Inc. and PRA Health Sciences, Inc. 2018-CVS-12318 | North Carolina Superior Court | Mainsail Lawyers, David Guidry, Attorney for Plaintiffs | | 9/12/2024 and 2/25/2020 |
| MB Charlotte, LLC (a.k.a. Monterrey Bay-Charlotte, LLC) v. Irvin Hart Naylor, Jr. and Takila Shamere Williams Naylor | American Arbitration Association | Rosenwood, Rose & Litwak, PLLC, Nancy Litwak, Attorney for Respondent | 6/17/2024 | |
| California Creative Solutions, Inc. v. Joseph Arakkal | JAMS Arbitration | Villmer Caudill, PLLC, Bo Caudill, Attorney for Respondent | 1/30/2024 | 12/1/2023 |
| Cleveland Construction, Inc., v. Arras Asheville Residences, LLC and MHG Asheville TR, LLC | American Arbitration Association | Bradley Arant Boult Cummings LLP, Avery Simmons and James F. Archibald, Attorneys for Respondents | | 10/10/2023 |
| Heidi Stanley v. Kevin Stanley | Arbitration | Bell Law Firm, Hannah Bell, Attorney for Plaintiff | 10/3/2023 | |
| Parul M. Madhiwala v. Manoj T. Madhiwala 23-CVD-1961 | North Carolina District Court | Hunt Law, PLLC, Gregory Hunt, Attorney for Plaintiff | 9/5/2023 | |



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 442 of 452

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| Dorinda Holaday, as Ancillary Administrator of the Estate of John Holaday v. Epicentre SPE (Charlotte), LLC; Epicentre (Charlotte), LLC; CIM Management, Inc.; CIM Group, LLC; Raheem Shacklette; and Universal Protection Service, LLC d/b/a Allied Security and/or Allied Universal 21-CVS-2396 | North Carolina Superior Court | Cranfill Sumner, LLP, Samuel H. Poole, Attorney for the Epicentre Defendants and Christopher J. Derrenbacher, Attorney for Allied Security | | 8/15/2023 |
| Securities and Exchange Commission v. Martin A. Sumichrast 3:22-CV-00246-FDW-DSC | United States District Court for the Western District of North Carolina, Charlotte Division | Carlton Fields, P.A., Ellyn S. Garofalo, and Bell Davis & Pitt, P.A., Mark A. Jones, Attorneys for Defendant | | 7/31/2023 |
| BluSky Restoration Contractors, LLC, v. Steven W. Brown 21-CVS-10032 | North Carolina Superior Court | Wagner Hicks PLLC, Sean Wagner and Tyler Peacock, Attorneys for Defendants | | 6/8/2023 |
| Ernest Cutter III, individually and derivatively on behalf of A Common Law General Partnership d/b/a Hot Dog Shoppe v. Gregory Vojnovic and Hot Dog Shoppe Holdings, LLC 21-CVS-10487 | North Carolina Superior Court | Nelson Mullins Riley & Scarborough LLP, Thomas G. Hooper and Mark A. Stafford, Attorneys for Defendants | | 2/17/2023 |
| Iredell Water Corporation v. City of Statesville 5:21-CV-00132-KDB-DSC | United States District Court for the Western District of North Carolina, Statesville Division | Hamilton Stephens Steele + Martin, PLLC, Keith J. Merritt and Mark R. Kutny, Attorneys for Defendant | | 12/20/2022 |
| John Bean Technologies Corporation v. B GSE Group, LLC and Bryan Bullerdick 1:17-cv-00142-RJS | United States District Court for the District of Utah, Central Division | Bell Davis & Pitt, P.A., Edward B. Davis and Joshua B. Durham, Attorneys for Defendants | 10/4/2022 | 3/26/2019 |
| MRK Ivey's Hotel, LLC, MRK Tryon NC, LLC, MRK Tryon NC 2, LLC v. Insurance Office of America, Inc., Thomas D. Dorsey, Robert Johnson Architects, Inc., and Burke Developer, LLC 20-CVS-2564 | North Carolina Superior Court | Wolfe Pincavage, LLP, Cristina Rodriguez, Attorney for Plaintiffs | | 9/21/2022 |



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 443 of 452

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| Pediatrix Medical Group of Tennessee, P.C. v. United Healthcare Insurance Company, United Healthcare of Tennessee, Inc. United Healthcare Plan of the River Valley, Inc., and their other affiliates 01-21-0016-4975 | American Arbitration Association | Nelson Mullins Riley & Scarborough LLP, Mark A. Stafford and Candace S. Friel, Attorneys for Claimant | | 7/21/2022 |
| B&B Electrical and Utility Contractors, Inc. and Southern Electric Corporation of Mississippi v. Fluor Enterprises, Inc. and Fluor Daniel Caribbean, Inc. 6:20-CV-00832-JD | United States District Court for the District of South Carolina, Greenville Division | Hamilton Stephens Steele + Martin, PLLC, Tracy T. James, Attorney for Plaintiffs | | 1/19/2022 and 1/31/2022 |
| Piedmont Parking Solutions, LLC d/b/a Carolina Site v. William Sclater Heindl III and WSH Construction, Inc. f/k/a Carolina Site Concepts, Inc. 20-CV-11905 | North Carolina Superior Court | Johnston, Allison & Hord, P.A., B. David Carson and David V. Brennan, Attorneys for Plaintiff | | 8/17/2021 |
| Maaco Franchisor SPV, LLC v. Gregg A. Sadwick and Greba Corporation 3:20-CV-147 | United States District Court for the Western District of North Carolina, Charlotte Division | Moore & Van Allen PLLC, Benjamin E. Shook, Attorney for Plaintiff | | 5/25/2021 |
| EarthKind, LLC v. The Lebermuth Company Inc. and Robert M. Brown, United States 5:19-cv-00051-GCM | District Court for the Western District of North Carolina, Statesville Division | Moore & Van Allen PLLC, Scott M. Tyler and Christopher D. Tomlinson, Attorneys for Plaintiff and Counterclaim Defendant | | 11/18/2020 |
| Platinum Press, Inc. v. Danielle Douros-Hawk, 3C! Packaging, Inc., John Cullen, and Russell Hill 3:18-CV-00458-GCM | United States District Court for the Western District of North Carolina, Charlotte Division | Lewis Brisbois Bisgaard & Smith LLP, Kevin V. Parsons and Philip A. Hinson, Attorneys for Plaintiff | | 8/11/2020 |
| Belcher Pharmaceuticals, LLC v. Hospira, Inc. 8:17-cv-2353-T-30JSS | United States District Court for the Middle District of Florida | Buchanan Ingersoll & Rooney PC, S. Lloyd Smith, Attorney for Plaintiff | | 6/21/2019 |
| Frederike Hecht a/k/a Freddie Hecht and Bill Hecht v. Charleston Custom Homes and Remodeling, LLC and NBM Construction Company, Inc., Joint Venture 01-18-0003-9393 | American Arbitration Association | Womble Bond Dickinson (US) LLP, William Warnock, Jr., Attorney for Claimants | | 5/21/2019 |



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 444 of 452

| Action or Proceeding | Forum | Clients' Attorneys | Trial / Hearing | Deposition |
|---|---|---|---|---|
| Y2 Yoga Cotswold, LLC v. Vinroy W. Reid; VR King Construction LLC; VR Investments, LLC; Baranko Enterprise Inc., and Spend Management Solutions, LLC 16-CVS-23179 | North Carolina Superior Court | Rabon Law Firm, PLLC, David Guidry, Attorney for Plaintiff | 10/26/2018 | |
| Alan Thomas Withrow 11-30117 | United States Bankruptcy Court for the Western District of North Carolina | Moon Wright & Houston, PLLC, Richard S. Wright, Attorney for Debtor | 6/13/2018 | |
| William Patrick Cune and Sallie Ann Cune 16-31409 | United States Bankruptcy Court for the Western District of North Carolina | Moon Wright & Houston, PLLC, Richard S. Wright, Attorney for Debtors | 5/16/2018 | |

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 445 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 446 of 452

# Appendix B

# Kelly Dawsey v. Bayerische Motoren Worke Aktiengesellschaft and BMW Manufacturing Co., LLC collectively d/b/a "BMW Group"
# Documents Relied Upon

***Pleadings and Other Legal Filings***
Amended Complaint, dated February 9, 2023
Answer of Defendant BMW Manufacturing Co., LLC to Plaintiff's Amended Complaint, dated February 23, 2023

***Bates Stamped Document***

| Beginning Bates | Ending Bates |
|---|---|
| Dawsey 0051 | Dawsey 0052 |
| Dawsey 0291 | Dawsey 0301 |
| Dawsey 1282 | Dawsey 1318 |
| Dawsey 2832 | Dawsey 2872 |
| Dawsey 002873 | Dawsey 002883 |
| BMW MC 1879 | BMW MC 1880 |
| BMW MC 1911 | BMW MC 1914 |
| BMW MC 1928 | BMW MC 1930 |
| BMW MC 000248 | BMW MC 000262 |
| BMW_MC_000433 | BMW_MC_000435 |
| BMW_MC_000468 | BMW_MC_000482 |
| BMW MC 000682 | BMW MC 000708 |
| Madewell 000003 | Madewell 000003 |

***Expert Reports***
Expert Report of John E. Gibson, Jr., dated January 18, 2023
Expert Report of John E. Gibson, Jr., dated October 31, 2025

***Deposition Transcripts***
Deposition transcript of Kelly Dawsey, dated August 30, 2023
Deposition transcript of Sherrill Miller, dated January 24, 2024

***Publicly Available Information***
AICPA Practice Aid - Measuring Damages Involving Individuals, 2020
Litigation Services Handbook, The Role of the Financial Expert, 6th ed
https://www.irs.gov/instructions/iw2w3
https://gspairport.com/working-at-gsp/
https://www.bmwgroup-werke.com/spartanburg/en/news/2018/bmw-manufacturing-announces-management-change-petrasch.html



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 447 of 452

BMW Manufacturing Co., LLC
P.O. Box 11000
Spartanburg, SC 29304-4100

# Statement of Earnings and Deductions

Name :**Kelly Groomes Dawsey**
Associate No:00000934
Position :Dept Mgr HR Planning
Cost Center :1208

Payroll :Salaried
Pay period :12/08/2019 to 12/21/2019
Payroll in :201926
Pay Date :12/20/2019

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 5,130.28 | | 7,301.19 | | 491.18- | | 1,576.42- | | 103.31- |

| **EARNINGS AND DEDUCTIONS** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **CATEGORY** | | Retro Amount | Rate | Hours | This Period | Total | YTD Amount |
| **EARNINGS** | | | | | | | |
| Salaried | | | | | 7,301.19 | 7,301.19 | 188,126.44 |
| Personal Use of Auto | | | | | | | 9,094.54 |
| Tax Assist Auto | | | | | | | 3,259.59 |
| Fuel Allotment | | | | | | | 1,560.00 |
| Plant Bonus | | | | | | | 8,190.86 |
| Personal Bonus | | | | | | | 31,109.14 |
| **Earnings Total** | | | | | **7,301.19** | **7,301.19** | **241,340.57** |
| **PRE-TAX DEDUCTIONS** | | | | | | | |
| EE 401K Basic | | | 6.00 % | | 438.07- | 438.07- | 11,287.55- |
| EE Dental Deduction | | | | | 2.68- | 2.68- | 69.68- |
| EE Medical Deduction | | | | | 46.15- | 46.15- | 1,199.90- |
| EE Vision Deduction | | | | | 4.28- | 4.28- | 111.28- |
| **Total** | | | | | **491.18-** | **491.18-** | **12,668.41-** |
| **AFTER TAX DEDUCTIONS** | | | | | | | |
| Auto Lease | | | | | | | 474.74- |
| Dependent Auto Insur | | | | | | | 342.08- |
| Vehicle Penalty | | | | | | | 2,000.00- |
| United Way | | | | | 20.00- | 20.00- | 520.00- |
| EE Spouse Life | | | | | 2.66- | 2.66- | 69.16- |
| EE Supp Life | | | | | 80.65- | 80.65- | 2,078.07- |
| **Total** | | | | | **103.31-** | **103.31-** | **5,484.05-** |
| **TAXES** | | | | | | | |
| **Federal** | **FED** | | | | | | |
| TX Withholding Tax | | | | | 973.16- | 973.16- | 36,908.18- |
| TX EE Social Securit | | | | | | | 8,239.80- |
| TX EE Medicare Tax | | | | | 171.16- | 171.16- | 3,860.21- |
| **State** | **SC** | | | | | | |
| TX Withholding Tax | | | | | 432.10- | 432.10- | 13,982.66- |
| **Total** | | | | | **1,576.42-** | **1,576.42-** | **62,990.85-** |
| **OTHER INFORMATION** | | | | | | | |
| RIA Eligible Earning | | | | | 7,301.19 | 7,301.19 | 188,126.44 |
| EE GTLI Taxable | | | | | 34.99 | 34.99 | 900.08 |
| ER 401k Contribution | | | | | 262.84 | 262.84 | 6,772.50 |

| **PAYMENT DETAILS** | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 3286 | 0000093401314001 | 250.00 | USD |
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 2839 | 0000093401314002 | 4,880.28 | USD |

DEFENDANT'S EXHIBIT 55

BMW MC 001911



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 448 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 449 of 452

BMW Manufacturing Co., LLC
P.O. Box 11000
Spartanburg, SC 29304-4100

# Statement of Earnings and Deductions

| | |
|---|---|
| Name | :**Kelly Groomes Dawsey** |
| Associate No | :00000934 |
| Position | :Dept Mgr HR Planning |
| Cost Center | :1208 |

| | |
|---|---|
| Payroll | :Salaried |
| Pay period | :12/08/2019 to 12/21/2019 |
| Payroll in | :201926 |
| Pay Date | :12/20/2019 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 5,130.28 | | 7,301.19 | | 491.18- | | 1,576.42- | | 103.31- |

BMW MC 001912

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 450 of 452

BMW Manufacturing Co., LLC
P.O. Box 11000
Spartanburg, SC 29304-4100

# Statement of Earnings and Deductions

| | |
|---|---|
| Name | :Kelly Groomes Dawsey |
| Associate No | :00000934 |
| Position | :Dept Mgr HR Planning |
| Cost Center | :1204 |

| | |
|---|---|
| Payroll | :Salaried |
| Pay period | :12/06/2020 to 12/19/2020 |
| Payroll in | :202026 |
| Pay Date | :12/18/2020 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 4,708.44 | | 7,596.15 | | 893.77- | | 1,969.78- | | 24.16- |

| CATEGORY | Retro Amount | Rate | Hours | This Period | Total | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS AND DEDUCTIONS** | | | | | | |
| **EARNINGS** | | | | | | |
| Salaried | | | | 7,557.69 | 7,557.69 | 191,369.94 |
| Personal Use of Auto | | | | | | 11,522.42 |
| Tax Assist Auto | | | | | | 2,750.00 |
| Fuel Allotment | | | | | | 1,560.00 |
| Plant Bonus | | | | | | 9,406.32 |
| Personal Bonus | | | | | | 30,570.55 |
| ER Flex Credits | | | | 38.46 | 38.46 | 999.96 |
| **Earnings Total** | | | | **7,596.15** | **7,596.15** | **248,179.19** |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| EE 401K Basic | | | 6.00 % | 453.46- | 453.46- | 11,482.16- |
| EE 401K Supplemental | | | 4.00 % | 302.31- | 302.31- | 5,318.46- |
| EE Medical Deduction | | | | 138.00- | 138.00- | 3,588.00- |
| **Total** | | | | **893.77-** | **893.77-** | **20,388.62-** |
| **AFTER TAX DEDUCTIONS** | | | | | | |
| United Way | | | | 20.00- | 20.00- | 520.00- |
| EE Spouse Life | | | | 4.16- | 4.16- | 89.13- |
| **Total** | | | | **24.16-** | **24.16-** | **609.13-** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| TX Withholding Tax | | | | 1,340.83- | 1,340.83- | 37,912.57- |
| TX EE Social Securit | | | | | | 8,537.40- |
| TX EE Medicare Tax | | | | 176.12- | 176.12- | 3,969.49- |
| **State** | **SC** | | | | | |
| TX Withholding Tax | | | | 452.83- | 452.83- | 13,897.48- |
| **Total** | | | | **1,969.78-** | **1,969.78-** | **64,316.94-** |
| **OTHER INFORMATION** | | | | | | |
| RIA Eligible Earning | | | | 7,557.69 | 7,557.69 | 191,369.94 |
| EE GTLI Taxable | | | | 36.41 | 36.41 | 919.06 |
| ER 401k Contribution | | | | 272.08 | 272.08 | 6,889.28 |

**PAYMENT DETAILS**

| Method | Detail | Check No | Amount | Currency |
|---|---|---|---|---|
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 3286 | 0000093401362001 | 250.00 | USD |
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 2839 | 0000093401362002 | 4,458.44 | USD |

BMW Manufacturing Co., LLC
P.O. Box 11000
Spartanburg, SC 29304-4100

## Statement of Earnings and Deductions

| | |
|---|---|
| Name | :**Kelly Groomes Dawsey** |
| Associate No | :00000934 |
| Position | :Dept Mgr Planning, Comp & |
| Cost Center | :1204 |

| | |
|---|---|
| Payroll | :Salaried |
| Pay period | :12/19/2021 to 01/01/2022 |
| Payroll in | :202127 |
| Pay Date | :12/31/2021 |

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| 5,411.33 | | 7,786.54 | | 0.00 | | 2,313.67- | | 61.54- |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Hours | This Period | Total | YTD Amount |
| **EARNINGS** | | | | | | |
| Salaried | | | | 7,786.54 | 7,786.54 | 207,032.68 |
| Personal Use of Auto | | | | | | 12,057.59 |
| Tax Assist Auto | | | | | | 2,750.00 |
| Fuel Allotment | | | | | | 1,560.00 |
| Plant Bonus | | | | | | 8,611.65 |
| Personal Bonus | | | | | | 33,987.85 |
| ER Flex Credits | | | | | | 999.96 |
| **Earnings Total** | | | | **7,786.54** | **7,786.54** | **266,999.73** |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| EE 401K Basic | | | | | | 11,841.60- |
| EE 401K Supplemental | | | | | | 7,658.40- |
| EE Medical Deduction | | | | | | 3,588.00- |
| **Total** | | | | **0.00** | | **23,088.00-** |
| **AFTER TAX DEDUCTIONS** | | | | | | |
| United Way | | | | 20.00- | 20.00- | 540.00- |
| Job Assigned Auto | | | | 41.54- | 41.54- | 916.85- |
| EE Spouse Life | | | | | | 108.16- |
| EE Supp Life | | | | | | 889.99- |
| **Total** | | | | **61.54-** | **61.54-** | **2,455.00-** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| TX Withholding Tax | | | | 1,602.77- | 1,602.77- | 49,486.55- |
| TX EE Social Securit | | | | | | 8,853.60- |
| TX EE Medicare Tax | | | | 182.98- | 182.98- | 4,413.09- |
| **State** | **SC** | | | | | |
| TX Withholding Tax | | | | 527.92- | 527.92- | 15,574.63- |
| **Total** | | | | **2,313.67-** | **2,313.67-** | **78,327.87-** |
| **OTHER INFORMATION** | | | | | | |
| RIA Eligible Earning | | | | 7,786.54 | 7,786.54 | 207,032.68 |
| EE GTLI Taxable | | | | | | 975.11 |
| ER 401k Contribution | | | | | | 7,104.96 |

| PAYMENT DETAILS | | | | |
|---|---|---|---|---|
| **Method** | Detail | Check No | **Amount** | **Currency** |
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 3286 | 0000093401415001 | 250.00 | USD |
| HR Payroll Bank Transfer | **BANK OF AMERICA, NATIONAL ASSOCIATION** 2839 | 0000093401415002 | 5,161.33 | USD |

BMW MC 001914



USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 451 of 452

USCA4 Appeal: 26-1793 Doc: 16-6 Filed: 09/03/2026 Pg: 452 of 452

BMW Manufacturing Co., LLC
P.O. Box 11000
Spartanburg, SC 29304-4100

# Statement of Earnings and Deductions

Name :Kelly Groomes Dawsey
Associate No:00000934
Position :Integration: default posi
Cost Center :1204

Payroll :Salaried
Pay period :11/21/2022 to 11/21/2022
Pay Date :11/21/2022

| Check Amount | = | Gross | - | Tax Exempt Ded | - | Taxes | - | Non Tax Exempt Ded |
|---|---|---|---|---|---|---|---|---|
| | | 2,982.22 | | 0.00 | | 565.07- | | 0.00 |

| EARNINGS AND DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|
| **CATEGORY** | Retro Amount | Rate | Hours | This Period | Total | YTD Amount |
| **EARNINGS** | | | | | | |
| Salaried | | | | | | 8,565.19 |
| Personal Use of Auto | | | | 2,417.15 | 2,417.15 | 2,417.15 |
| Tax Assist Auto | | | | 565.07 | 565.07 | 565.07 |
| Fuel Allotment | | | | | | 130.00 |
| **Earnings Total** | | | | **2,982.22** | **2,982.22** | **11,677.41** |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| EE 401K Basic | | | | | | 513.91- |
| EE 401K Supplemental | | | | | | 342.61- |
| EE Medical Deduction | | | | | | 286.16- |
| **Total** | | | | **0.00** | | **1,142.68-** |
| **AFTER TAX DEDUCTIONS** | | | | | | |
| United Way | | | | | | 40.00- |
| Job Assigned Auto | | | | | | 38.57- |
| EE Spouse Life | | | | | | 3.34- |
| EE Supp Life | | | | | | 78.50- |
| **Total** | | | | **0.00** | | **160.41-** |
| **TAXES** | | | | | | |
| **Federal** | **FED** | | | | | |
| TX Withholding Tax | | | | 336.93- | 336.93- | 2,119.48- |
| TX EE Social Securit | | | | 184.90- | 184.90- | 711.40- |
| TX EE Medicare Tax | | | | 43.24- | 43.24- | 166.37- |
| **State** | **SC** | | | | | |
| TX Withholding Tax | | | | | | 490.32- |
| **Total** | | | | **565.07-** | **565.07-** | **3,487.57-** |
| **OTHER INFORMATION** | | | | | | |
| RIA Eligible Earning | | | | | | 8,565.19 |
| EE GTLI Taxable | | | | | | 82.86 |
| ER 401k Contribution | | | | | | 308.35 |

BMW MC 001915