No. 26-1793

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

KELLY DAWSEY,
Plaintiff-Appellee,

v.

BMW MANUFACTURING CO., LLC,
Defendant-Appellant.

On Appeal from the United States District Court
for the District of South Carolina

MOTION OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE OUT OF TIME

Pursuant to Federal Rules of Appellate Procedure 27 and 29(a)(6), the Equal Employment Opportunity Commission (EEOC) respectfully moves for leave to file an amicus curiae brief in support of Plaintiff-Appellee out of time. In support of this motion, the EEOC states as follows:

1. The EEOC administers and enforces various federal statutes that prohibit employment discrimination, including Title VII of the Civil Rights Act of 1964.

2. This case presents important questions concerning the application of the "some harm" standard for claims of discrimination under Title VII that the Supreme Court clarified in *Muldrow v. City of St. Louis*, 601 U.S. 346 (2024). The case also involves the quantum of evidence necessary to sustain a jury award of punitive damages under 42 U.S.C. § 1981a for violations of Title VII.

3. Because the EEOC has a substantial interest in the proper resolution of these questions, it wishes to provide its views to this Court by filing an amicus curiae brief.

4. As a federal government agency, the EEOC normally "may file an amicus brief without the consent of the parties or leave of court." Fed. R. App. P. 29(a)(2). Although an amicus brief must ordinarily be filed "no later than 7 days after the principal brief of the party being supported is filed," "[a] court may grant leave for later filing, specifying the time within which an opposing party may answer." Fed. R. App. P. 29(a)(6).

5. Because Plaintiff-Appellee filed her brief on October 1, 2026, four days before it was due, *see* Dkt.14, an amicus brief in support of Plaintiff-Appellee was due on October 8.

6. The EEOC acted as expeditiously as possible in completing its internal process for authorization to participate as amicus curiae and preparing this brief, but it was unable to meet that deadline.

7. The EEOC has not filed any other motion in this case for leave to file out of time.

8. The EEOC has contacted counsel for Plaintiff-Appellee and counsel for Defendant-Appellant to ask for their respective positions on this motion.

9. Counsel for Plaintiff-Appellee does not oppose the relief requested in this motion.

10. Counsel for the EEOC made several attempts to contact counsel for Defendant-Appellant, emailing counsel of record yesterday and calling counsel today. As of the time of filing, the EEOC has not received a response.

11. The EEOC notes that the Defendant-Appellant will have an opportunity to address the amicus brief in its reply brief, which is not due until October 22, 2026. Furthermore, this Court may, if necessary, set a time for either party to answer the amicus brief. *See* Fed. R. App. P. 29(a)(6).

12. The EEOC's proposed amicus brief is attached for filing in the event this Court grants this motion.

WHEREFORE the EEOC respectfully requests that this Court grant it leave to file the accompanying amicus curiae brief out of time.

Respectfully submitted,

CHRISTOPHER LAGE
Deputy General Counsel

JENNIFER S. GOLDSTEIN
Associate General Counsel

JEREMY D. HOROWITZ
Assistant General Counsel

s/James Driscoll-MacEachron
James Driscoll-MacEachron
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014
james.driscoll-maceachron@eeoc.gov

October 14, 2026

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 476 words.

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it has been prepared in proportionally spaced typeface using Microsoft Word 365 in Book Antiqua 14 point.

s/James Driscoll-MacEachron
James Driscoll-MacEachron
Attorney
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of General Counsel
131 M St. N.E., 5th Floor
Washington, D.C. 20507
(602) 661-0014
james.driscoll-maceachron@eeoc.gov

October 14, 2026