**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 15, 2026

---

RESPONSE REQUESTED

---

No. 26-1793, Kelly Dawsey v. BMW Manufacturing Company, LLC
7:22-cv-03738-TMC

TO: BMW Manufacturing Company, LLC

RESPONSE DUE: 10/26/2026

Response is required to the motion to file amicus brief on or before 10/26/2026.

If the content of a party's brief will be affected by the court's ruling on the motion to file amicus brief, the party may file a motion for extension of time to file the brief until after the court has ruled on the motion to file amicus brief.

J. Neal, Deputy Clerk
804-916-2702