FILED: October 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1793
(7:22-cv-03738-TMC)

---

KELLY DAWSEY

Plaintiff - Appellee

v.

BMW MANUFACTURING CO., LLC, d/b/a BMW Group
Defendant - Appellant

and

BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, d/b/a BMW Group

Defendant

------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Amicus Supporting Appellee

---

O R D E R

---

Equal Employment Opportunity Commission has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court

/s/ Nwamaka Anowi, Clerk