FILED: November 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1793
(7:22-cv-03738-TMC)

---

KELLY DAWSEY

Plaintiff - Appellee

v.

BMW MANUFACTURING CO., LLC, d/b/a BMW Group
Defendant - Appellant

and

BAYERISCHE MOTOREN WERKE AKTIENGESELLSCHAFT, d/b/a BMW Group

Defendant

------------------------------

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Amicus Supporting Appellee

---

O R D E R

---

In light of appellant's having filed its reply brief prior to entry of an order disposing of the motion to exceed length limitations and extend the deadline for

filing the reply brief, the court grants leave for appellant to file a letter brief of no more than 8 pages by no later than November 23, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk